# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>LAWRENCE RUDOLPH<br><br>*Defendants* | )<br>)<br>)<br>)  Case No.  21-mj-00209-MEH<br>)<br>) |

## CRIMINAL COMPLAINT

I, Donald Peterson, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about January 18, 2017, within the State and District of Colorado and elsewhere, the defendant LAWRENCE RUDOLPH, having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice did knowingly deliver and cause to be delivered by means of commercial interstate carrier, namely Federal Express, according to the direction thereon, a matter and thing, namely a package containing documents related to a claim for life insurance.

All in violation of Title 18, United States Code, Sections 1341

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X**  Continued on attached sheet.

*s/ Donald Peterson*
*Complainant's signature*

Donald Peterson, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 12/16/2021

*Judge's signature*

City and state:  Denver, CO

Hon. Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*