# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>LAWRENCE RUDOLPH<br><br>*Defendants* | Case No. 1:21-mj-00209-MEH |

## SUPERSEDING CRIMINAL COMPLAINT

I, Donald Peterson, the complainant in this case, state that the following is true to the best of my knowledge and belief:

**COUNT 1:** On or about January 18, 2017, within the State and District of Colorado and elsewhere, the defendant LAWRENCE RUDOLPH, having devised and intended to devise a scheme and artifice to defraud and to obtain, by means of materially false and fraudulent pretenses, representations and promises, money and property, for the purpose of executing such scheme and artifice did knowingly deliver and cause to be delivered by means of commercial interstate carrier, namely Federal Express, according to the direction thereon, a matter and thing, namely a package containing documents related to a claim for life insurance.
All in violation of Title 18, United States Code, Sections 1341

**COUNT 2:** On or about October 11, 2016, the defendant LAWRENCE RUDOLPH, being a national of the United States as defined by the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(22), willfully, deliberatively, maliciously, and with premeditation and malice aforethought, unlawfully killed Bianca Rudolph, a national of the United States as likewise defined by the Immigration and Nationality Act, while she was outside the United States but within the jurisdiction of another country.
All in violation of Title 18, United States Code, Sections 1119 and 1111

| *Code Sections* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1341 | Mail Fraud |
| 18 U.S.C. §§ 1119 and 1111 | Foreign Murder |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ Donald Peterson*
Complainant's signature

Donald Peterson, FBI Special Agent
Printed name and title

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: December 22, 2021

Judge's signature

City and state: Denver, CO

Hon. Scott T. Varholak, U.S. Magistrate Judge
Printed name and title