DEFENDANT: LAWRENCE RUDOLPH

YOB: 1955

ADDRESS (CITY/STATE): Paradise Valley, AZ

OFFENSE(S): **Count 1:** Mail Fraud (18 U.S.C. § 1341)
**Count 2**: Foreign Murder 18 U.S.C. § 1119

LOCATION OF OFFENSE (COUNTY/STATE): Arapahoe/Colorado

PENALTY: **Count 1:** NMT 20 years' imprisonment; NMT $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 3 years' supervised release; $100 special assessment.

**Count 2:** NLT life imprisonment or death; NMT $250,000 fine or both; $100 Special Assessment

AGENTS: FBI SA Donald Peterson
FBI SA Scott Dahlstrom
Rocky Mountain Safe Streets Task Force Officer Shawna Gilbert

AUTHORIZED BY: Bryan David Fields
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention **(is)** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:    _____ Yes    __X__ No