IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-mj-00209-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAWRENCE RUDOLPH,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCKET NO. 13 AND 14**
_____

    The United States of America, by and through United States Attorney Cole Finegan, and the undersigned Assistant United States Attorney, respectfully moves to restrict document, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

1

Respectfully submitted this 3rd day of January, 2022.

                RESPECTFULLY SUBMITTED,

                COLE FINEGAN
                UNITED STATES ATTORNEY

                By: *s/ E. Garreth Winstead*
                E. GARRETH WINSTEAD
                Assistant U.S. Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                FAX: (303) 454-0406
                E-mail: Garreth.Winstead@usdoj.gov
                Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of January, 2022, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCKET NO. 13 AND 14** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Michelle Trujillo*
MICHELLE TRUJILLO
Supervisory Legal Assistant
U.S. Attorney's Office