IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-mj-00209-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAWRENCE RUDOLPH

     Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 05 2022

JEFFREY P. COLWELL
CLERK

---

## GOVERNMENT'S MOTION TO UNRESTRICT

---

The United States hereby moves the Court to remove the restrictions in the case pursuant to the Court's Orders to Restrict (doc. 6, 21).   As a basis therefore the United States provides the following representations:

The portion of the investigation in this case underlying the interest in restriction is substantially completed.   Accordingly, there no longer exists sufficient reason to keep the restricted materials from public access.   Accordingly, the United States moves that the restrictions imposed by the two Orders to Restrict in this case be removed.

Counsel for the defense has been consulted and takes no position on this motion.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:    */s Bryan Fields*                       
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:    *E. Garreth Winstead*            
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 5th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

*s/ E. Garreth Winstead*
United States Attorney's Office