INFORMATION SHEET

DEFENDANT:  LAWRENCE RUDOLPH

YEAR OF BIRTH: 1955

ADDRESS: Arizona

<u>COMPLAINT FILED</u>?   __X__ YES   _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  <u>21-MJ-209-MEH</u>

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?  _X_ YES ___ NO

| | |
|---|---|
| OFFENSES: | Count 1:  18 U.S.C. §§ 1119 and 1111 (Foreign Murder) |
| | Counts 2: 18 U.S.C. § 1341 (mail fraud) and § 2 (aiding and abetting and willfully causing). |

LOCATION OF OFFENSES: Arapahoe, Colorado, and elsewhere

| | |
|---|---|
| PENALTY: | <u>Count 1</u>:  NLT life imprisonment or death; NMT $250,000 fine or both; $100 Special Assessment |
| | <u>Count 2</u>: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from each offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; and restitution (each count). |
| AGENTS: | Donald Peterson<br>Scott Dahlstrom<br>Federal Bureau of Investigation |
| AUTHORIZED BY: | Bryan David Fields<br>Garreth Winstead<br>Assistant U.S. Attorneys |

ESTIMATED TIME OF TRIAL:

____ five days or less   _X_  over five days

THE GOVERNMENT will seek detention in this case.