IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LAWRENCE RUDOLPH,

       Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 7th day of January, 2022.

                                        COLE FINEGAN
                                        United States Attorney

By:    *s/ J. Bishop Grewell*
           Assistant United States Attorney
           United States Attorney's Office
           1801 California Street, Suite 1600
           Denver, Colorado 80202
           Telephone: 303-454-0100
           Fax: 303-454-0405
           Email: Bishop.Grewell@usdoj.gov

           Counsel for Plaintiff United States of America

## CERTIFICATE OF SERVICE

I certify that on this 7th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Kayla Keiter*
Legal Assistant
United States Attorney's Office