IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

vs.

LAWRENCE RUDOLPH,

_____/

## **LAWRENCE RUDOLPH'S MOTION TO ENLARGE PAGE LIMIT**

Lawrence Rudolph respectfully requests an extension of the Court's 15-page limit for his Motion to Revoke Order of Detention. That motion, which is 19 pages long, amounts to a *de novo* appeal of the magistrate judge's order of detention, which raises a number of issues that require fulsome discussion and explanation. The government's case agent testified for several hours, and this case is unique in several ways, including that the government's evidence is circumstantial and built on inferences drawn from tests.

The government does not object to this motion.

WHEREFORE Lawrence Rudolph respectfully requests that he be afford four additional pages for this critical filing.

Respectfully submitted,
**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
(305) 379-6667
markuslaw.com

By: _____
DAVID OSCAR MARKUS
Florida Bar Number 119318
dmarkus@markuslaw.com

**CERTIFICATE OF SERVICE**

This motion was filed on January 17, 2022, through CM/ECF.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　DAVID OSCAR MARKUS