# AFFIDAVIT OF JULIAN RUDOLPH

Pursuant to 28 U.S.C. 1746, I, Julian Rudolph, declare under penalty of perjury:

1. I am a member in good standing of the Florida Bar, who practices in Miami, Florida.
2. I am the son of Lawrence and Bianca Rudolph.
3. I fully support my father Lawrence in this matter. My sister, AnaBianca, and I know him better than anyone else, and we know that he is innocent.
4. I also know that he will appear for all court appearances in this case.
5. I am so convinced that he will not flee, I am willing to secure his bond with my home. This is my most significant asset, so if he flees, it would put me in a terrible position.
6. I am also willing to have my father stay with me at my home in Miami for as long as necessary and to cooperate in making whatever arrangements the Court requires. I promise to do all I can to ensure that my father complies with all conditions of his release. Furthermore, I understand that aiding my father in any attempt to abscond would not only put my home at risk but my license to practice law as well.
7. My father has serious medical conditions, including being pacemaker dependent. If he is not released on bond, where his heart can be monitored, he could suffer a fatal heart attack.
8. Should the Court require any further information from me, I am happy to provide it.

I declare under penalty of perjury that the foregoing is true and correct.

January 16, 2022

_____
Julian Rudolph