## AFFIDAVIT OF ANABIANCA RUDOLPH

Pursuant to 28 U.S.C. 1746, I, AnaBianca Rudolph, declare under penalty of perjury:

1. I am the daughter of Lawrence and Bianca Rudolph.
2. I am a dentist, who practices at Three Rivers Dental Group at the offices in Pittsburgh, PA and Cranberry Township, PA. My father also works at Three Rivers and we are extremely close.
3. I fully support my father Lawrence in this matter. My brother, Julian, and I know him better than anyone else, and we know that he is innocent.
4. I also know that he will appear for all court appearances in this case.
5. I am so convinced that he will not flee, I am willing to secure his bond with my home. This is my most significant asset, so if he flees, it would put me in a terrible position.
6. I am also willing to have my father stay with me at my home in Cranberry, PA, for as long as necessary and to cooperate in making whatever arrangements the Court requires. I promise to do all I can to ensure that my father complies with all conditions of his release.
7. My father has serious medical conditions, including being pacemaker dependent. If he is not released on bond, where his heart can be monitored, he could suffer a fatal heart attack.
8. Should the Court require any further information from me, I am happy to provide it.

I declare under penalty of perjury that the foregoing is true and correct.

January 16, 2022

_____
AnaBianca Rudolph