INFORMATION SHEET

DEFENDANT:  LAWRENCE RUDOLPH

YEAR OF BIRTH: 1955

ADDRESS: Arizona

COMPLAINT FILED?   __X___ YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:  21-MJ-209-MEH

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  X  YES ___ NO

OFFENSES:          Count 1:  18 U.S.C. §§ 1119 and 1111 (Foreign Murder)

                    Counts 2: 18 U.S.C. § 1341 (mail fraud) and § 2 (aiding and abetting and willfully causing).

LOCATION OF OFFENSES: Arapahoe, Colorado, and elsewhere

PENALTY:          Count 1:  NLT life imprisonment or death; NMT $250,000 fine or both; $100 Special Assessment

                  Count 2: Imprisonment of NMT 20 years, a fine of NMT $250,000 or NMT the greater of twice the gross pecuniary gain or twice the gross pecuniary loss resulting from each offense, or both fine and imprisonment; $100 special assessment; a term of supervised release NMT 3 years; and restitution (each count).

AGENTS:          Donald Peterson
Scott Dahlstrom
Federal Bureau of Investigation

AUTHORIZED BY:          Bryan David Fields
E. Garreth Winstead
J. Bishop Grewell
Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

____ five days or less  _X_ over five days

THE GOVERNMENT will seek detention in this case.