INFORMATION SHEET

DEFENDANT: LORI MILLIRON

YEAR OF BIRTH: 1957

ADDRESS: Arizona

COMPLAINT FILED? _____ YES __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ YES __X__ NO

| | | |
|---|---|---|
| OFFENSES: | Count 3: | 18 U.S.C. § 3 (Accessory after the Fact) |
| | Count 4: | 18 U.S.C. § 1503 (obstruction of grand jury proceeding) |
| | Counts 5-9: | 18 U.S.C. § 1623(a) (perjury before grand jury) |

LOCATION OF OFFENSES: Denver, Colorado

PENALTY:    Count 3: NMT 15 years' imprisonment; NMT $125,000 fine or both; $100 Special Assessment; a term of supervised release NMT 3 years

    Count 4: NMT 10 years' imprisonment, NMT $250,000 fine or both; $100 Special Assessment, a term of supervised release NMT 3 years.

    Counts 5-9: NMT 5 years' imprisonment, NMT $250,000 fine or both; $100 Special Assessment, a term of supervised release NMT 3 years.

AGENTS:    Donald Peterson
Scott Dahlstrom
Federal Bureau of Investigation

AUTHORIZED BY:    Bryan David Fields
E. Garreth Winstead
J. Bishop Grewell
Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

____ five days or less __X__ over five days

THE GOVERNMENT will seek detention in this case.