IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LAWRENCE RUDOLPH and
2. LORI MILLIRON,

Defendants.

## MOTION TO RESTRICT SUPERSEDING INDICTMENT

The United States of America respectfully moves the Court for an Order restricting the Superseding Indictment and Arrest Warrant in this matter at a Level 3, which would make it viewable by "the filer and the Court" only, as well as this Motion and any Order issued by the Court with regard to this Motion. It submits the following grounds:

1. Said Superseding Indictment, Arrest Warrant, and this Motion charge LORI MILLIRON for the first time with crimes related to the murder of Bianca Rudolph. LORI MILLIRON currently resides in Arizona and is not under any kind of court supervision.

2. LORI MILLIRON is generally aware of the pending charges against co-defendant LAWRENCE RUDOLPH. But she is not aware of the investigation into the conduct forming the basis for the charges in the Superseding Indictment or of any pending charges against her. Releasing the Superseding Indictment and alerting her to an arrest warrant before she can be arrested creates a substantial risk of flight. *See, e.g., United States v. Yang*, 2019 WL 5864733,

at *8 (N.D. Cal. Nov. 7, 2019) (possibility of flight risk is a legitimate prosecutorial objective justifying the sealing of indictments).

    3. As set forth in the detention hearing of co-defendant LAWRENCE RUDOLPH, ECF No. 37, evidence shows that prior to his detention RUDOLPH had access to vast wealth and that he and MILLIRON were siphoning cash from their business for their life together. While detained at the Denver Detention Center, RUDOLPH spoke to MILLIRON on December 28, 2021. The call was recorded. During the call, RUDOLPH instructed MILLIRON to go to the center right drawer of his desk, look for a green bag with the word "safari" on the side and look for envelopes in the bag, one of which would contain a credit card. RUDOLPH told MILLIRON "I'm not going to mention which one it is," and then instructed MILLIRON "don't say what it is." RUDOLPH then directs MILLIRON to confirm that the card was valid and to use it for a vehicle rental and other expenses. Taken together, this suggests that MILLIRON has or would quickly be able to access considerable financial resources to flee from any prosecution. MILLIRON retains access to a passport and has extensive international travel, including a trip to Mexico in December 2021 for a vacation in a condominium in Los Cabos owned by RUDOLPH.

    4. The government requests that the Superseding Indictment be restricted only until such time as MILLIRON is arrested and brought before a court for her initial appearance. Accordingly, the requested restriction is narrowly tailored to protecting against the risk of flight identified above.

    WHEREFORE, it is respectfully requested that the Superseding Indictment, Arrest Warrant in this matter, as well as this Motion, be restricted until such time as MILLIRON has her initial appearance pursuant to Federal Rule of Criminal Procedure 5 in a United States District Court. The government further requests authority to provide a copy of the Superseding

Indictment and arrest warrant to any attorney who enters an appearance for MILLIRON following her arrest in this matter.

Respectfully submitted this 9th day of February, 2022.

COLE FINEGAN
United States Attorney

By: /s Bryan Fields
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By: E. Garreth Winstead
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

By: J. Bishop Grewell
J. Bishop Grewell
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bishop.Grewell@usdoj.gov
Attorney for the Government