IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. **LORI MILLIRON,**

    Defendants.

## ORDER TO RESTRICT SUPERSEDING INDICTMENT

The Court has for consideration the Government's Motion to Restrict wherein the Government asks this Court to restrict the Superseding Indictment in the above-referenced case. Upon consideration,

IT IS ORDERED that the Superseding Indictment and Arrest Warrant are hereby restricted at a Level 3 until such time as the Defendant is arrested and brought to Court for her initial appearance pursuant to Federal Rule of Criminal Procedure 5.

IT IS FURTHER ORDERED that the Government shall have authority to disclose the Superseding Indictment and Arrest Warrant to any counsel who enters an appearance for LORI MILLIRON in connection with this matter.

Dated this 10th day of February, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge