**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 22-cr-012-WJM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **RESTRICTION LEVEL 2** |
| Plaintiff, | |
| v. | |
| 1.   LAWRENCE RUDOLPH and | |
| 2.   [REDACTED], | |
| Defendant. | |

**ORDER TO CHANGE RESTRICTION LEVEL OF SUPERSEDING INDICTMENT**

The Court has for consideration the Government's Motion to Change the Restriction level of the Superseding Indictment wherein the Government asks this Court to change its restriction level. Upon consideration,

IT IS ORDERED that the Superseding Indictment, ECF No. 53, is hereby restricted at a Level 2 so that it may be shared with counsel for Defendant LAWRENCE RUDOLPH only until such time as the other person named as a defendant in the Superseding Indictment is brought to court for an initial appearance pursuant to Federal Rule of Criminal Procedure 5.

IT IS FURTHER ORDERED that counsel for Defendant LAWRENCE RUDOLPH shall not disclose the existence or substance of the additional charges to anyone other than necessary defense counsel employees until the other person named in the has an initial appearance pursuant to Federal Rule of Criminal Procedure 5. Defense counsel is ordered not to disclose the Superseding Indictment to LAWRENCE RUDOLPH until the

other person named in the Superseding Indictment has an initial appearance pursuant to Federal Rule of Criminal Procedure 5.

    IT IS FURTHER ORDERED that the Government shall have authority to disclose the Superseding Indictment and Arrest Warrant to any counsel who enters an appearance for the other person in connection with this with matter.

    IT IS FURTHER ORDERED that all restrictions on the Superseding Indictment shall be lifted once the additional person named in the Superseding Indictment is arrested and brought before a court for an initial appearance pursuant to Federal Rule of Criminal Procedure 5.

    Dated this 11th day of February, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge