IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. LAWRENCE RUDOLPH and
2. LORI MILLIRON

Defendants.

## NOTICE OF SUPERSEDING INDICTMENT PURSUANT TO WJM REVISED PRACTICE STANDARD IX.J

The United States of America hereby provides notice of the filing of a superseding indictment and attaches a redline comparison between the superseding indictment and the original indictment, as directed by WJM Revised Practice Standard IX.J.

COLE FINEGAN
United States Attorney

| | | |
|---|---|---|
| By: */s Bryan Fields* <br> Bryan Fields <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1801 California St. Suite 1600 <br> Denver, CO 80202 <br> (303) 454-0100 <br> Bryan.Fields3@usdoj.gov <br> Attorney for the Government | By: *E. Garreth Winstead* <br> E. Garreth Winstead <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1801 California St. Suite 1600 <br> Denver, CO 80202 <br> (303) 454-0100 <br> Garreth.Winstead@usdoj.gov <br> Attorney for the Government | By: *J. Bishop Grewell* <br> J. Bishop Grewell <br> Assistant United States Attorney <br> U.S. Attorney's Office <br> 1801 California St. Suite 1600 <br> Denver, CO 80202 <br> (303) 454-0100 <br> Bishop.Grewell@usdoj.gov <br> Attorney for the Government |