IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

vs.

LAWRENCE RUDOLPH,

_____/

### LAWRENCE RUDOLPH'S UNOPPOSED MOTION TO ENLARGE PAGE LIMIT

Lawrence Rudolph respectfully requests a six-page enlargement for his motion challenging venue over Count 1 in this district. This case appears to be only the second in the nation's history in which the prosecution claimed to have a virtually unfettered choice among federal districts for charging a foreign crime. (The Second Circuit rejected the first. *See* Motion at 8–9.) The legal issue the government has created through its effort to manufacture venue here is complex and entails, among other things, a detailed examination of the pertinent venue statute's 232-year history.

WHEREFORE Lawrence Rudolph respectfully requests that the Court permit the filing of the appended motion to dismiss Count 1 for lack of venue.

### CERTIFICATES OF SERVICE AND CONFERRAL

This unopposed motion was filed by CM/ECF on February 22, 2022.

                                                  Respectfully submitted,

                                                  MARKUS/MOSS PLLC
                                                  40 N.W. Third Street
                                                  Penthouse One
                                                  Miami, Florida 33128
                                                  Tel: (305) 379-6667
                                                  markuslaw.com

                                 By:    /s/ David Oscar Markus
                                                  David Oscar Markus
                                                  Florida Bar Number 119318
                                                  dmarkus@markuslaw.com