IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 22-cr-012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     LAWRENCE RUDOLPH,
2.     LORI MILLIRON,

    Defendants.

**ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES**

This matter comes before the Court *sua sponte*.  This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel.  See *United States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003).  Accordingly, the Court ORDERS as follows:

1. On or before **March 10, 2022** any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2. On or before **March 10, 2022** any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under Restriction Level 3) informing the Court of as much.

3. Should any Defendant contemplate entering into a Joint Defense Agreement after the date of this Order, that Defendant shall submit such Agreement to the Court (filed under Restriction Level 3) **for *in camera* review <u>PRIOR TO ITS EXECUTION</u>.**

4. No further motion to restrict any such Notice is necessary.

Dated this 24th day of February, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge