IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     **LAWRENCE RUDOLPH**,
2.     LORI MILLIRON,

    Defendants.
_____/

**LAWRENCE RUDOLPH'S UNOPPOSED MOTION
TO ENLARGE PAGE LIMIT FOR MOTION TO DISMISS THE SUPERSEDING
INDICTMENT FOR IMPROPER JOINDER
OR, ALTERNATIVELY, TO SEVER LORI MILLIRON**

    Lawrence Rudolph respectfully requests a 5 page enlargement, including the signature block, for his Motion to Dismiss the Superseding Indictment for Improper Joinder or, Alternatively, to Sever Lori Milliron. The legal issues related to joinder are complex and entail, among other things, a detailed examination of the meaning of 18 U.S.C. §3 and of the nature of government's charges against Lori Milliron. The proposed Motion is appended hereto.

    Wherefore Lawrence Rudolph respectfully requests that the Court permit the filing of the appended motion.

## CERTIFICATES OF SERVICE AND CONFERRAL

The government does not oppose this relief. This motion was filed by CM/ECF on March 18, 2022.

                              Respectfully submitted,

                              MARKUS/MOSS PLLC
                              40 N.W. Third Street
                              Penthouse One
                              Miami, Florida 33128
                              Tel: (305) 379-6667
                              Fax: (305) 379-6668
                              markuslaw.com

                              By:    /s/ David Oscar Markus
                                         David Oscar Markus
                                         Florida Bar Number 119318
                                         dmarkus@markuslaw.com