IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

 Defendants.
_____/

### LAWRENCE RUDOLPH'S NOTICE THAT MAY TRIAL CONFLICT HAS RESOLVED

Undersigned counsel previously informed the Court that he was specially set in another trial starting May 9, 2022. The Court in that case, *United States v. William Harwin*, case number 2:20-cr-0115-VMC-MRM, *sua sponte* continued the case until the September setting. Accordingly, defense counsel no longer has a conflict for the May setting. We are now available to try the case then (as previously set by this Court), but would still prefer the trial to proceed in June or July.

         Respectfully submitted,

         MARKUS/MOSS PLLC
         40 N.W. Third Street
         Penthouse One
         Miami, Florida 33128
         Tel: (305) 379-6667
         Fax: (305) 379-6668
         markuslaw.com

         By: /s/ David Oscar Markus
            David Oscar Markus
            Florida Bar Number 119318
            dmarkus@markuslaw.com