IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 22-cr-12-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LAWRENCE RUDOLPH,
2.    LORI MILLIRON,

    Defendants.
_____

**ORDER ON THE GOVERNMENT'S MOTION TO RESTRICT PORTIONS OF ITS RESPONSE TO DEFENDANT LAWRENCE RUDOLPH'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT FOR IMPROPER JOINDER OR, ALTERNATIVELY, TO SEVER LORI MILLIRON**
_____

    This matter is before the Court on the Government's Motion to Restrict Document (ECF No. 99). Upon consideration and for good cause shown,

    IT IS ORDERED that the portions of the Government's Motion for Amendment of Conditions of Release highlighted in Attachment 1 of the Government's Motion to Restrict Document, the attached transcript of Lori Milliron's grand jury testimony, and any order revealing the contents of the contents of those portions, are hereby restricted at a "Level 1 Restriction" and will be "viewable by case participants & court" only, until further ordered by the Court.

1

Dated this 31st day of March, 2022.

BY THE COURT:

_____
William J. Martinez
United States District Judge