IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. LAWRENCE RUDOLPH, and
2. LORI MILLIRON,

   Defendants.

___

**UNITED STATES' FIRST BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**
___

  COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby files the following First Bill of Particulars:

  1. In the Notice of Forfeiture on Pages 8-9 of the Superceding Indictment returned on February 9, 2022, the United States alleged that, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) it would seek forfeiture of any and all rights, title, and interest in all property constituting and derived from any proceeds Defendant Rudolph obtained directly and indirectly as a result of such offense or offenses or shall be liable for a money judgment in the amount of proceeds that he obtained as a result of the scheme alleged in Count Two of the Superceding Indictment.

  2. Accordingly, the United States gives notice that as a result of the violations of 18 U.S.C. §§ 1341 and 2, as alleged in Count Two of the Superceding

Indictment, and by this reference fully incorporated herein, the United States seeks forfeiture of the defendants' interest in the following:

    a)    Real Property located at 7000 N. 39th Place, Paradise Valley, Arizona;

    b)    Real Property located at 103 Morningside Drive, Cranberry Township, Pennsylvania;

    c)    All funds seized from Bank of New York Mellon account #10532701000, in the name of Lawrence P. Rudolph Trust;

    d)    All funds seized from Vanguard account #0540-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust;

    e)    All funds seized from held in Vanguard account #0585-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust;

    f)    2018 Aston Martin DB-11, VIN SCFRMFAV5JGL03309; and

    g)    2017 Bentley Bentayga, VIN SJAAC2ZV2HC014709.

DATED this 4th day of May, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney


        s/ *Kurt J. Bohn*
        Kurt J. Bohn
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: kurt.bohn@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of May 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

      s/*Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: kurt.bohn@usdoj.gov