IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LAWRENCE RUDOLPH, and
2.     LORI MILLIRON

        Defendants.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 4th day of May, 2022.

        COLE FINEGAN
        United States Attorney

By:     s/ *Kurt J. Bohn*
        Kurt J. Bohn
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Ste. 1600
        Denver, CO 80202
        (303) 454-0100
        kurt.bohn@usdoj.gov
        *Attorney for the United States*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                s/ *Charisha Cruz*
                Paralegal Specialist
                Office of the U.S. Attorney