## **<u>JUROR QUESTIONNAIRE</u>**

1.  Full Name: _____   Age: _____

2.  Where in Colorado do you live?_____

3.  Place of Birth:  _____

4.  In what other cities or states have you lived? _____

5.  Do you have any specific health, hearing, vision, or other physical problems that might make it difficult for you to sit as a juror in this case? ❏  YES  ❏  NO

    a)  If YES, please explain: _____
    _____

6.  Are you currently taking any medication that might interfere with your ability to concentrate? ❏  YES  ❏  NO

7.  Is English your first or native language? ❏  YES  ❏  NO

    a)  If NO, how well do you understand written English?

    ❏ Very well         ❏ Well         ❏ Not Very Well         ❏ Poorly

    b)  If NO, how well do you understand spoken English?

    ❏ Very well         ❏ Well         ❏ Not Very Well         ❏ Poorly

8.  What is your current job status?

    ❏ Working full-time         ❏ Working part-time         ❏ Retired         ❏Unemployed

    ❏ Homemaker         ❏ Disabled         ❏ Student

9.  How long has the above been your job status? _____

10.  Current occupation and employment:  IF UNEMPLOYED, RETIRED, OR DISABLED STATE YOUR LAST OCCUPATION:

    a)  Occupation & Employer: _____

    b)  Length of Employment:  _____

    c)  Job Description: _____

    d)  What are your main job responsibilities? _____

    e)  Is this job representative of the type of work you have done for most of your working career? ❏  YES  ❏  NO

        a.  If no, please explain:
        _____

11.     What jobs have you held in the past? _____

12.     Have you, a family member, or close friend ever filed a claim for disability?
        ❑ YES (Self)   ❑ YES (Friend/family)   ❑ NO
        a) If YES, please explain: _____
        _____

13.     Have you ever had personal issues with anyone at work (coworker, supervisor, subordinate)?
        ❑ YES   ❑ NO
        a) If YES, please explain: _____
        _____

14.     How far did you go in school [if college, please name the school(s) and degree(s)]?_____
        _____

15.     Have you or your spouse/partner ever served in the military? ❑ YES ❑ NO
        a) If YES, please describe the branch, ranks, years of services: _____
        _____
        b) Were you ever involved in a court martial? ❑ YES ❑ NO
                a. If YES, please explain:_____

16.     Marital Status:
        ❑ Single                    ❑ Married _____Yrs.              ❑ Living w/Someone
        ❑ Separated                 ❑ Divorced and Not Remarried      ❑ Divorced and Remarried
        ❑ Widowed and Remarried     ❑ Widowed and Not Remarried

17.     Regarding your spouse, ex-spouse, or partner, what is this person's occupation? _____
        _____

18.     Please list the gender, age and occupation for each of your:

| CHILDREN | | | STEP-CHILDREN | | | GRANDCHILDREN | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Gender | Age | Occupation | Gender | Age | Occupation | Gender | Age | Occupation |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

19.   Do you own your home, do you rent, or do you live with your parents or other family members?

❑  Own  ❑  Rent  ❑  Live with Parent/Family  ❑  Other: _____

20.   Have you attended any seminars or courses in any of the following areas: constitutional law, criminal law, criminology or law enforcement?  ❑  YES  ❑  NO

a)  If YES, which courses or seminars? _____

_____

21.   Have you attended any seminars or courses in any of the following areas: firearm identification, ballistics, forensics?  ❑  YES  ❑  NO

a)  If YES, which courses or seminars? _____

_____

22.   Have you, any family members or friends ever been employed by any law enforcement agency?  ❑  YES (Self)     ❑  YES (Friends/family)     ❑ NO

a)  If YES, which agency? _____

_____

23.   Have you, any family members or friends ever applied for a job in law enforcement?

❑  YES  ❑  NO

a)  If YES, please explain: _____

_____

24.   Have you ever belonged to a group or organization involved in law enforcement, or the criminal justice process, such as Neighborhood Watch, Colorado Organization for Victim Assistance (COVA), prisoners' rights, court monitoring, etc.?  ❑  YES  ❑  NO

a)  If YES, please explain: _____

_____

25.   Have you, any family members or friends ever worked as a secretary, clerk, filing assistant, dispatcher, or back-up employee of any law enforcement agency?  ❑  YES  ❑  NO

a)  If YES, please explain: _____

_____

26.   Have you, a family member, or close friend ever been the victim of or a witness to a crime?

❑  YES (Self)  ❑  YES (Family member/close friend)  ❑  NO

a)  If YES, please explain, **without providing names or other identifying information**, who was involved, when and where it occurred, what happened. _____

_____

     b)  Was anyone apprehended? ❑ YES ❑ NO

     c)  Were you satisfied with the way law enforcement handled the matter? ❑ YES ❑ NO

27.     Have you, a family member, or close friend ever been arrested, charged, or convicted of a crime other than routine traffic violations?

     ❑ YES (Self)   ❑ YES (Friends/family)   ❑ NO

     a)  If YES, please describe the circumstances surrounding the incident(s):

     _____

     _____

     b)  If YES, do you believe that you or your family member or friend were fairly treated in connection with such matter? Why or why not?

     _____

     _____

28.     Have you or anyone close to you ever been asked to testify in court as an expert witness, or as a witness with special knowledge or training?

     ❑ YES (Self) ❑ YES (Family member/close friend) ❑ NO

     a)  If YES, please explain: _____

     _____

29.     Have you had any pleasant or unpleasant experiences involving law enforcement?

     ❑ YES ❑ NO

     a)  If YES, please explain: _____

     _____

30.     Do you know any prosecuting attorneys, defense attorneys or judges on a personal, casual or professional basis? ❑ YES ❑ NO

     b)  If YES, who do you know and what is the nature of your relationship? _____

     _____

31.     Do you know anyone who works in the United States Attorney's Office, a state or local prosecutor's office, the Federal Public Defender, or as a criminal defense attorney? ❑ YES ❑ NO

     a)  If YES, who do you know?_____

     _____

32.     Have you, any family members, or close friend ever been interviewed by the police or any other law enforcement agency? ❑ YES (Self) ❑ YES (Family member/close friend) ❑ NO

     a)  If YES, why were you/they interviewed? _____

     _____

33. Some of the witnesses in this case may be law enforcement officials from local, federal, or foreign agencies. Would you be inclined to believe a witness more because of his or her employment in law enforcement?  ❑  YES    ❑ NO

    a) If YES, please explain: _____

_____

34. If you have served on a civil  or criminal jury:  ❑  YES  ❑  NO

    a) If yes, how many times?_____

    b) Was it a:  _____Civil Jury  _____Criminal Jury

    c) Were you ever the foreperson? ❑  YES  ❑  NO

    d) Did you reach a verdict in each case? ❑  YES  ❑  NO

    e) Regarding any past jury experience, please describe some of the key lessons or observations you took from that (those) experience(s)._____

_____

35. Have you ever served on a state or federal grand jury?  ❑  YES  ❑  NO

    a) If YES, please give dates and details: _____

36. Have you ever gone hunting?  ❑  YES  ❑  NO

    a) What is your level of experience with hunting? _____

    b) What kind of animals have you hunted?_____

37. Do you have any strong feelings about hunting? ❑  YES  ❑  NO

    a) If YES, please explain: _____

_____

38. Do you believe that hunting big game animals (like lions, elephants, leopards) is immoral?  ❑  YES  ❑  NO

    a) If YES, please explain: _____

_____

39. Do you, a family member, or close friend own a firearm?  ❑  YES  ❑  NO

    a) If YES, please note what type/when it was purchased:_____

40.   Do you, any family members, or close friends have a license to carry firearms (either in Colorado or any other state)?  ❏  YES (self)  YES (family or friend) ❏  NO

   a)  If YES, please note what state(s):_____

41.   Have you ever taken courses, training sessions, or seminars on how to properly handle and care for a firearm?  ❏  YES  ❏  NO

42.   Have you ever fired a shotgun? ❏  YES  ❏  NO

43.   Whether or not you have experience with firearms, do you believe they are designed to avoid accidental discharge? ❏  YES  ❏  NO

   a)  If NO, please explain:_____
       _____

44.   Are you part of any group/organization that advocates against the use of firearms or have you ever attended/participated in a protest/demonstration advocating against the use of firearms? ❏  YES  ❏  NO

   a)  If YES, please explain:_____
       _____

45.   Do you have any thoughts/opinions about the possession of firearms that would interfere with your ability to decide this case fairly and impartially? ❏  YES  ❏  NO

   a)  If YES, please explain:_____
       _____

46.   Have you ever been through a divorce? ❏  YES  ❏  NO

   a)  If yes, how would you characterize it?

       ❏  Very Amicable  ❏  Somewhat Amicable ❏  Somewhat Hostile  ❏  Very Hostile

47.   Have you, or anyone close to you, been strongly affected by marital infidelity, either growing up or as an adult? ❏  YES  ❏  NO

   a)  If YES, please explain:_____
       _____

48.   Has a romantic partner ever been unfaithful to you? ❏  YES  ❏  NO

                                                ❏  I'D RATHER NOT ANSWER

49. Do you believe adultery or infidelity is a problem in this country? ❑ YES ❑ NO

   a) If YES, please explain: _____

   _____

50. Have you ever been in a relationship, where your romantic partner disagreed about whether you could each see other people? ❑ YES ❑ NO

51. Would you have strong positive or negative feelings about a romantic partner asking whether a relationship could be non-exclusive? ❑ YES ❑ NO

   a) If YES, please explain: _____

   _____

52. Have you ever had an office romance? ❑ YES ❑ NO

53. Do you feel that you may make certain assumptions about the defendant because he had an extramarital affair that would impact your ability to remain fair and impartial? ❑ YES ❑ NO

   a) If YES, please explain: _____

   _____

54. Do you, a family member, or close friend have any background, training, or experience with life insurance and / or insurance investigations? ❑ YES (Self) ❑ YES (Family member/close friend) ❑ NO

   a) If YES, please explain:_____

   _____

55. Do you have life insurance? ❑ YES ❑ NO

   a) If YES, is it term insurance or whole life? _____

56. Have you, a family member, or close friend ever had to file a life insurance claim?
   ❑ YES (Self) ❑ YES (Family member/close friend) ❑ NO

   a) If YES, please explain:_____

   _____

57. Have you ever had a member of your immediate family die? ❑ YES ❑ NO

   a) If YES, please explain:_____

   _____

58. Have you ever had to make funeral arrangements for anyone? ❑ YES ❑ NO

   a) If YES, please explain:_____

   _____

59.　Has anyone close to you (family member or close friend) ever been killed, either intentionally, in an accident, or in circumstances where the cause of death was not determined?　❑ YES ❑ NO

　　　a) If YES, was the death investigated by the authorities?_____

　　　_____

60.　Please list any civic, social, professional, or religious organization to which you now belong, or have belonged to in the past: _____

61.　Have you ever served as an officer in any one of these groups?　❑ YES ❑ NO

　　　a) If YES, which one(s)? _____

62.　Have you ever attended/participated in a protest/demonstration related to a particular cause? ❑ YES ❑ NO  If YES, what was the cause(s)? _____

63.　How do you primarily get your news? Please identify the names of any source(s) you use.
　　　a) Newspapers / Magazines: _____
　　　b) Radio (includes talk radio): _____
　　　c) Television or Cable News: _____
　　　d) Internet: _____
　　　e) Social Media: _____

64.　Do you watch or listen to any crime / mystery programs, either fiction (Law & Order, Criminal Minds, CSI, etc.) or non-fiction (48 Hours Mystery, Dateline, Investigation Discovery, Serial Podcast, etc.)? ❑ YES ❑ NO

　　　a) If YES, which ones:_____

　　　_____

65.　Please list your 3 favorite television shows:
　　　　　1. _____
　　　　　2. _____
　　　　　3. _____

66.　Please list the 3 people you admire the most:
　　　　　1. _____
　　　　　2. _____

3. _____

67. Please list the 3 people you admire the least:
    1. _____
    2. _____
    3. _____

68. Please list the one person you feel most influenced in your life and why: _____

_____

69. Prior to the pandemic, how often did you travel (for pleasure and/or business)?

❑ Less than once a year          ❑ Once a year               ❑ A few times per year

❑ Once a month                   ❑ A few times per month      ❑ Every week

70. What are some countries that you frequently traveled to? _____

_____

71. Do you have any views about Zambia and / or law enforcement in Zambia that might affect the way in which you evaluate an investigation conducted by Zambian officials? _____

_____

72. Have you ever traveled to Africa?
    a) If yes, where did you go? _____
    b) What was the purpose of the trip? _____

73. Are you:
    ❑ Very Conservative    ❑ Conservative    ❑ Moderate    ❑ Liberal    ❑ Very Liberal

74. What are your hobbies or interests outside of work and family? _____

_____

75.    Are you a religious person? ❑  YES  ❑  NO

    a)  If yes, what is your religion?_____

76.    Do you have any religious or ethical beliefs that would prevent you from passing judgment on another person? ❑  YES  ❑  NO

    a)  If YES, please explain:_____

      _____

77.    Do you attend religious services? ❑  YES  ❑  NO

    a)  If YES, how often: _____

78.    Have you made any lifestyle choices / modifications out of the concern of animal welfare (*i.e.*, adopted a vegan or vegetarian diet, stopped purchasing leather / fur goods, only purchase products labeled 'cruelty-free')?  ❑  YES  ❑  NO

79.    Do you a family member, or a close friend have views about animal rights or animal welfare? ❑  YES  ❑  NO  If YES, please explain:_____

    a)

80.    Do you have any strong feelings about dentists? ❑  YES  ❑  NO

    a)  If YES, please explain:_____

      _____

81.    Do you have any fear or strong anxiety about going to the dentist or doctor? ❑  YES  ❑  NO

82.    Have you heard, read, or watched anything about this case? ❑  YES  ❑  NO

    a)  If YES, please note what you recall as facts: _____

      _____

    b)  If YES, please check where you have gained any knowledge about the case: (Check all that apply and note the source):

        ❑  Television: _____

        ❑  Radio: _____

        ❑  Newspaper: _____

        ❑  Magazine: _____

        ❑  Internet: _____

        ❑  Social Media: _____

        ❑  Family or Friends: _____

        ❑  Overheard discussions: _____

❑  Other: _____

c) Have you formed any opinions about the parties or the case based on anything you have heard or read? ❑  YES  ❑  NO

If YES, please explain: _____

_____

d) What types of opinions have you expressed about this case, if at all?_____

_____

83. Have you ever commented on this case in a blog post, article, social media, or any other forum?
❑ Yes          ❑ No
a) If YES, what did you comment?_____

_____

84. If chosen to sit as a juror, the Court will order you not to discuss this case amongst yourselves or with any others until it is submitted to you for decision. This instruction will extend to any subject connected with the trial. The Court will also instruct you that you must neither form nor express any opinion on any subject connected with the case until it is finally submitted to you for your decision. If the Court instructs you not to read, listen to, view or discuss any news media coverage of this case, including the use of the Internet:

a) Will you follow these instructions? ❑  YES  ❑  NO

b) Will you immediately notify the Court if you are accidentally exposed to any such coverage? ❑  YES  ❑  NO
Would you find it difficult to not discuss this case with your family members or friends until you were discharged from your jury service? ❑  YES  ❑  NO

85. Is there anything that you feel is important for the parties to know about you?

_____

_____

_____

86. The trial will likely last at least three weeks.  Would serving as a juror for that length of time impose a substantial hardship on you?  ❑  YES  ❑  NO  If Yes, please explain:_____

87. Have you, a family member, or a close friend ever been attacked by a wild animal?   ❑  YES ❑ NO  If Yes, please explain:

_____

88.   Have you, a family member, or a close friend had a pleasant or unpleasant interaction with an employee of a United States embassy?   ❑  YES  ❑  NO  If Yes, please explain:

*   *   *

I swear that the answers given above are truthful to the same effect as if I were sworn under oath in open court to give truthful answers to the same.


_____                                                     _____
(Juror Number)                                                      (Signature)


_____
(Date)