EXHIBIT A
U.S. v. Rudolph, et al
22-cr-00012-WJM



