EXHIBIT B
U.S. v. Rudolph, et al
22-cr-00012-WJM



# Transcript of **Dr. Lawrence P. Rudolph, DDS**

**Date:** May 17, 2016

**Case:** Rudolph, D.D.S. -v- Safari Club International

Planet Depos, LLC
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

INV_00015294

Videotaped Deposition of Dr. Lawrence P. Rudolph, DDS
Conducted on May 17, 2016

7 (Pages 25 to 28)

### Page 25

1  Q  So they bought you out?
2  A  Yes, sir.
3  Q  They paid you for your ownership share in
4  that company, and they continued to operate it after
5  the sale?
6  A  Yes, sir. Now I may have misspoken. I
7  don't know who's operating that business now.
8  Q  My question was at the time of the sale.
9  A  Oh, at the time of the sale. Yes, sir.
10 Q  At the time of the sale, were you
11 personally practicing dentistry?
12 A  You have to define practice.
13 Q  Were you seeing patients?
14 A  In what capacity?
15 Q  How do you define practicing dentistry?
16 A  Multi-faceted. Practicing dentistry can
17 be diagnosis, could be treatment planning, can be
18 oversight of associates, staff, auxiliaries. It can
19 be providing direct clinical services. So it's wide
20 and varied.
21 Q  What was your primary function for The
22 Dentistry when you still owned a portion of it?
23 A  My primary function?
24     MR. HOWARD: At the end, or do you mean
25 throughout his --

### Page 26

1      MR. HARDY: Throughout.
2      MR. HOWARD: Okay.
3  Q  It may have changed over time. Just
4  describe what your primary function in support of
5  The Dentistry was during the time period in which
6  you had an ownership interest in it.
7  A  The entire time period?
8  Q  Yes, sir.
9  A  It was multi-faceted and varied. The
10 services I just described, marketing, management,
11 treatment planning, facilities manager, dental
12 services, staff oversight. Essentially you're a
13 miniature COO.
14 Q  Now the list of things that you just
15 identified, one of which was dental services.
16 A  Uh-huh.
17 Q  What does that mean?
18 A  Dental services? Providing clinical care
19 to patients.
20 Q  What percentage of your time personally
21 was spent on providing clinical care to patients?
22 A  Percentage of time --
23 Q  Devoted to the business?
24 A  Okay, so if I -- explain to me, if I put
25 in X number of hours, you mean how much was clinical

### Page 27

1  and how much was the --
2  Q  Other stuff?
3  A  -- other services? 50/50, 60/40.
4  Q  Had there come a time when you stopped
5  providing clinical services to patients completely?
6  A  Yes, sir.
7  Q  When was that?
8  A  Would have been in -- now I misspoke. I
9  misspoke. You have to define again clinical
10 services.
11 Q  You defined it. Or please do define it.
12 Because you used the phrase clinical services to
13 patients to define dental services. So what do you
14 then mean by clinical services to patients?
15 A  Well, the clinical services, again, can
16 be treatment planning, can be oversight of treatment
17 planning. Can be oversight of staff, that's a
18 clinical service. Training staff. Observation of
19 associates. And then there's the direct hands-on
20 placing crowns on a patient, so --
21 Q  When was the last time you actually had
22 direct patient contact?
23 A  It would have been sometime late, mid to
24 late 2006.
25 Q  What prompted you to cease providing that

### Page 28

1  type of service?
2  A  I suffered an injury that made me unable
3  to perform the material and substantial duties of a
4  clinical dentist.
5  Q  What was the injury?
6  A  I was hurt while I was in Africa.
7  Q  And how were you hurt?
8  A  I was hit with a crocodile, attacked me,
9  and hurt me.
10 Q  Can you describe that incident, please?
11 A  Describe it? Yes, sir. I was on a
12 safari in Zambia. And I was fishing on the banks of
13 the Kafue River. And it was morning. Actually I
14 caught a fish. And I was bringing the fish in.
15 When I reached for it, a crocodile came out and
16 grabbed me and pulled me in, rolled me over.
17 Q  Crocodile pulled you into the river?
18 A  Yes, sir.
19 Q  Wrestled with it?
20 A  No. He just rolled me over. I managed
21 to free myself, get up onto a rock. And short story
22 is I had to do medevac'ed out, flown to South Africa
23 and treated.
24 Q  Did it bite you?
25 A  Yes, sir.

**29**

1  Q  And could you describe the nature and
2  extent of the injuries you sustained as a result of
3  that crocodile attack?
4  A  I was bit on my arm, on my hand, and the
5  back of my left leg.
6  Q  Where did you receive medical treatment
7  for that?
8  A  Professional care?
9  Q  Uh-huh.
10  A  South Africa.
11  Q  Did you receive any medical treatment in
12  the United States or follow-up care in the United
13  States?
14  A  Yes, sir.
15  Q  And where did you receive that care?
16  A  2006, I can't recall right now. I'd have
17  to check the records.
18  Q  You described that incident as being the
19  cause that then prevented you from performing direct
20  patient care, clinic care --
21  A  Yes, sir.
22  Q  -- in your dental practice. Did you
23  pursue any type of insurance claim as a result of
24  that attack and the injuries you sustained?
25  A  I did, yes, sir.

**30**

1  Q  And could you describe the nature and --
2  describe the insurance claim you filed, or that you
3  submitted. What type of claim was it? To whom did
4  you submit it?
5  A  I don't know what you mean. Describe the
6  claim process?
7  Q  What -- was there an -- you had an
8  insurance policy that you were seeking to recover
9  on; is that what happened?
10  A  Yes, sir. A private, private policy.
11  Q  Private disability policy?
12  A  Yes, sir. It wasn't through the company,
13  it was my own private policy.
14  Q  And they granted your claim?
15  A  Yes, sir.
16  Q  Did you continue making contributions to
17  the -- you know, efforts on behalf of the business
18  after your injury?
19  A  You have to define contributions.
20  Q  Did you continue to support the
21  enterprise in any way?
22  A  Financially?
23  Q  Financially or with your activities?
24  A  Probably.
25  Q  How so?

**31**

1  A  I know I managed the marketing. That was
2  my thing. I like to do the marketing.
3  Q  Other than marketing, did you do anything
4  else on behalf of The Dentistry after your injury?
5  A  Not that I can recall right now.
6  Q  Did you physically go to one of The
7  Dentistry's locations and perform work while you
8  were --
9  A  No, I don't think so. Not that I can
10  recall.
11  Q  Where did you perform the marketing
12  services on behalf of The Dentistry after you
13  sustained this crocodile injury?
14  A  You're talking about physical location?
15  Q  Uh-huh.
16  A  2006, '7, best of my recollection, I
17  would meet most of my contacts outside of the
18  office.
19  Q  And by contacts who do you refer to?
20  A  Television agents, broadcast as well as
21  cable. TV production, radio production. Go to
22  their studios, things like that.
23  Q  Were you drawing a salary for providing
24  these services?
25  A  I don't recall.

**32**

1  Q  Were you receiving distributions on
2  profits of the business at that time?
3  A  I actually don't recall.
4  Q  After your business partners acquired
5  your ownership interest in The Dentistry in 2007 or
6  2008 as you've described it, what, if anything, did
7  you do professionally after that?
8  A  Professionally, as a dentist?
9  Q  As a dentist or a businessman?
10  A  Bear with me, it's a long time ago now.
11  The best of my recollection, for a period of time I
12  didn't do anything.
13  Q  Were there -- as part of the transaction
14  or otherwise in the sale of The Dentistry, were you
15  a party to any restrictive covenants like non
16  compete agreements or non solicitation agreements in
17  relation to the dental practice?
18  A  Not that I can recall.
19  Q  Did you at some point participate in a
20  new dental practice in any way?
21  A  Participate?
22  Q  Participate, purchase, own, work at, be
23  involved with?
24  A  Yes, sir. Sometime in or around 2008,
25  2009, it's a long time frame because I'm not sure, I

**Page 33**

1  can't give you a specific date, I started a new
2  dental group called Three Rivers Dental.
3      Q   Did you start that alone or with other
4  partners?
5      A   I started it alone.
6      Q   Does that dental practice exist today?
7      A   Yes, sir.
8      Q   And do you still own it?
9      A   Yes, sir.
10     Q   Do you now have business partners that
11 own it with you, or do you still own it alone?
12     A   I own it alone.
13     Q   Describe that practice.
14     A   Could you be more specific?
15     Q   Describe your business, describe Three
16 Rivers Dental. What is it?
17     A   It's a multi office group dental practice
18 where each one is its own separate LLC. And each
19 separate LLC employs staff, and also engages
20 independent contractor dentists.
21     Q   Are you the sole member of each LLC?
22     A   Yes, sir.
23     Q   And identify by name each of those LLCs.
24     A   It would be Three Rivers Dental Group
25 Jennerstown, LLC. Three Rivers Dental Group

**Page 34**

1  Greentree, LLC. Three Rivers Dental Group
2  Greensburg, LLC.
3      Q   And then in the aggregate, if you would
4  aggregate all three of those LLCs together, how many
5  employees do you have?
6      A   Full time?
7      Q   Full time, part time, how many employees?
8  Full time, part time, casual?
9      A   I would say it would vary between 9 and
10 12.
11     Q   And again in the aggregate, when you
12 combine all three of those LLCs, how many
13 independent contractors are connected with those
14 three practices?
15     A   They vary from -- you have to be careful
16 with connected. That are engaged with the LLC?
17     Q   Yes.
18     A   Three to four.
19     Q   Who bears the primary responsibility for
20 the day to day management of those -- of Three
21 Rivers Dental?
22     A   Each one of my offices has a designated
23 office manager.
24     Q   And each designated office manager then
25 provides the day-to-day management of the operation?

**Page 35**

1      A   Yes, sir.
2      Q   And do each of those individuals report
3  directly to you?
4      A   Currently, yes.
5      Q   Currently. Is that something that's
6  recent?
7      A   I've had several regional managers, but
8  currently I do not have one.
9      Q   And what would a regional manager do?
10     A   Well, they would be the one that the
11 office managers, would be their direct supervisor.
12     Q   And how many regional managers would you
13 have at any one time?
14     A   Only one.
15     Q   Would the regional manager report
16 directly to you?
17     A   Yes, sir. That's the theory.
18     Q   That's the theory. Did that not work in
19 practice?
20     A   It doesn't seem to, but --
21     Q   Now as it relates to Three Rivers Dental
22 and the specific LLCs that it encompasses, have you
23 provided any clinical care to patients?
24     A   No, sir. Unless you want to define
25 treatment planning, oversight, some of that. But

**Page 36**

1  direct clinical care, no, sir.
2      Q   As you've defined direct clinical care
3  today, you have not?
4      A   That is correct.
5      Q   And why is that?
6      A   Due to my injury, my ability to provide
7  the material and substantial duties of my practice
8  has been removed.
9      Q   So help me understand that better. So
10 physically speaking, what physical impairments as a
11 result of that crocodile attack have prevented you
12 now from doing what you just described?
13     A   A dentist requires the use of both of his
14 hands. And there's fine manipulation skills with
15 your hands that you need to ensure that you do the
16 procedure properly, but also safely for the patient.
17 And the damage to my left hand resulted in my
18 inability to do that on a routine basis.
19     Q   So what specifically about your left hand
20 is specifically preventing you from doing those
21 things?
22     A   The accident that I had resulted in nerve
23 damage to my left hand. Partial loss of my thumb.
24 Damage to the palm. And the laceration again
25 produced the numbness.

37

1  Q  Your hand remains numb today?
2  A  At times, yes, sir.
3  Q  And was anybody with you when you
4  experienced this crocodile attack?
5  A  With me when it happened?
6  Q  Yes, sir.
7  A  No, sir.  No, sir.
8  Q  How were you found and airlifted out of
9  that location?
10  A  I was about anywhere from five to six
11  hundred yards from the safari camp.  And I managed
12  to find my way back by going upriver.  I found the
13  camp again.
14  Q  Who -- how many people were with you on
15  that particular expedition, that were at the camp?
16  A  I don't know.  You say total people?
17  Q  Who were you with?  Did you go there
18  alone, or were you there with a group of people that
19  you knew?
20  A  There were at least two professional
21  hunters, full camp staff.  Yeah, that's a typical
22  safari camp.
23  Q  Did you go with friends?
24  A  No, sir.
25  Q  You went on your own?

38

1  A  Yes.