IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.
_____/

## LAWRENCE RUDOLPH'S NOTICE OF WITHDRAWAL OF HIS MOTION FOR ISSUANCE OF RULE 17(c) SUBPOENAS

Lawrence Rudolph, by and through undersigned counsel, hereby withdraws his motion for the issuance of Rule 17(c) subpoenas to CBS Broadcasting, Inc., DE117. Subsequent to the filing of the motion and the Court's request for additional briefing, DE120, the parties conferred. The government informed the defense that it had determined not to call Spencer Kakoma to testify. Given that development, the defense has decided to otherwise deploy its resources and withdraw the motion.

## Certificate of Service

This motion was filed using CM/ECF and served on the prosecution through that system on May 20, 2022. In addition, a copy was emailed to CBS associate general counsel Gayle Sproul.

        Respectfully submitted,

        MARKUS/MOSS PLLC
        40 N.W. Third Street
        Penthouse One
        Miami, Florida 33128
        Tel: (305) 379-6667
        Fax: (305) 379-6668
        markuslaw.com

        By:    /s/ David Oscar Markus
                David Oscar Markus
                Florida Bar Number 119318
                dmarkus@markuslaw.com

                /s/ A. Margot Moss
                A. MARGOT MOSS
                Florida Bar Number 091870
                mmoss@markuslaw.com