IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    1. LAWRENCE RUDOLPH and
    2. LORI MILLIRON,

        Defendants.

---

GOVERNMENT'S REPORT IN RESPONSE TO
THE COURT'S ORDER OF MAY 24, 2022 [ECF NO. 129]

---

On May 24, 2022, this Court issued an order, ECF No. 129, directing the United States
Attorney's Office to file a report summarizing in detail all steps the Government has taken, or in
the immediate future will take, to eliminate to the fullest extent practicable any grounds upon
which this Court should reasonably consider his recusal from the above referenced case in light
of his former Term Law Clerk beginning work on May 23, 2022, as an Assistant U.S. Attorney.

In response, the United States Attorney's Office (USAO) informs the Court that it has
taken and will take the following steps:

(1)      The former Term Law Clerk will be walled off this case. The USAO will take
steps to ensure the former Term Law Clerk has no access to any electronic or hard copy case
materials and she has been instructed not to communicate with anyone in the USAO about this

case.  The former Term Law Clerk will not be given any assignments on this case, nor will she be involved in any way on this case going forward.

(2)     The undersigned AUSA, all other AUSAs, and staff assigned to this case have been instructed not to discuss this case with, or share any materials related to this case with, the former Term Law Clerk.

(3)     The former Term Law Clerk has also been instructed to alert her supervisors immediately if she should inadvertently be exposed to the case so that appropriate steps can be taken to notify the parties to this case and the Court.

Respectfully submitted,


COLE FINEGAN
United States Attorney


By:     */s Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:     */s E. Garreth Winstead*
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

By:     */s J. Bishop Grewell*
J. Bishop Grewell
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bishop.Grewell@usdoj.gov
Attorney for the Government