IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. LORI MILLIRON,

    Defendants.

### GOVERNMENT'S SUPPLEMENTAL PROFFER IN SUPPORT OF ITS NOTICE OF RULE 404(b) EVIDENCE

The United States submits this supplemental proffer, as directed in the Court's Order of May 26, 2022, ECF No. 132, in support of admitting its Notice of Rule 404(b) evidence, ECF No. 118 (the "404(b) Notice").

**I.    Proffer of Witnesses and Likely Exhibits Solely Devoted to Evidence of the Crocodile Incident**

In the chart below, the government identifies the witnesses it proposes to call, its estimate of the time for direct examination, a proffer of the relevant facts, and a description of the likely exhibits to be offered. These witnesses would be solely devoted to the crocodile attack.

| Witness | DX Estimate | Proffer of Likely Testimony | Likely Exhibits |
| --- | --- | --- | --- |
| Clint Burton | 45 minutes | Mr. Burton will testify to the facts set forth in Section II of the government's 404(b) Notice, pages 4-7. | Photographs of Thumb injury. See 404(B) Notice, Exhibit A.<br><br>Diagram of Chinyembe Hunting Camp |

1

| Witness | DX Estimate | Proffer of Likely Testimony | Likely Exhibits |
|---|---|---|---|
| Dr. James Caruso | 30 minutes | Dr. Caruso will testify to his review of the reported narratives provided by Clint Burton and defendant Lawrence Rudolph, the medical records submitted by Rudolph to the insurance companies, and the photographs. He will testify to the facts set forth in Section II of the government's 404(b) Notice, at the top of page 8. | Photographs of thumb injury |
| Principal Insurance Company – Designated Witness | 30 minutes | A witness designated by Principal Insurance company will describe the policy in effect at the time of the accident, describe the claims process, authenticate the documents provided by Rudolph in support of his claim— including his written narrative—and summarize the amount paid on the policy. | Documents submitted by Lawrence Rudolph on January 9, 2007, including (i) list of other policies, (ii) a claim form, (iii)) descriptions of crocodile incident and effects, and (iiv) medical records. |
| Unum/Paul Revere Insurance Company | 15 minutes | A witness designated by Unum will authenticate documents provided by Rudolph in support of his claim for disability payments, which comprise many of the same documents submitted to Principal and American General and summarize the amount paid. | Letter submitted on December 12, 2006, and cited attachments, including (i) claim form, (ii) description of the incident and its effects, (iii) medical records |
| American General Assurance Company | 15 minutes | A witness designated by American General will authenticate a document provided by Rudolph in support of his claim for disability payments, which comprise many of the same documents submitted to Principal and Unum and summarize the amount paid. | Claim form submitted on October 30, 2006. |
| Timothy Runco, DDS | 20 minutes | Timothy Runco, a former business partner of the defendant's, will testify that the defendant ordered powerful injectable narcotic pain relievers— not normally used at the dental practice— before leaving for the trip in 2006. | None |

2

## II. Proffer of Testimony Related to the Crocodile Incident that Can be Elicited from Witnesses Who Are Already Likely to Testify

Several of the witnesses the government already intends to call for testimony about the charged offenses also have information about the crocodile incident that could be elicited during the trial. Eliciting testimony from these witnesses would take only about thirty total minutes. The chart below includes the *marginal* amount of time spent on the crocodile incident:

| Witness | DX Estimate (marginal) | Proffer of Likely Testimony | Likely Exhibits |
|---|---|---|---|
| Jason Roussos | 10 | Mr. Roussos can testify that he observed the wounds during a hunt one month later in November/December 2006 and that the leg wounds were insignificant | None |
| J. Alain Smith | 10 | Mr. Smith can testify to an account of the crocodile incident given by Lawrence Rudolph in which Rudolph stated he had to be physically pulled from the water by others. | None |
| Court Reporter or Agent | 10 | A witness will read the portions of Lawrence Rudolph's May 17, 2016 deposition recounting the crocodile incident. | Deposition of Lawrence Rudolph on May 17, 2016, pages 27-30 and 36-47. See 404(B) Notice, Exhibit B |

## III. *Daubert* Impact

The government intends to call only one expert witness concerning the crocodile incident: Dr. James Caruso. Caruso is a medical doctor using well-established methods and principles of forensic medicine. Should the defendant seek to challenge the admissibility of testimony from a forensic medical examiner about photographs of medical conditions and evidence of the circumstances surrounding them, the government believes that the Court can decide the issue as a matter of law without a hearing. If the Court decides that a hearing is necessary, the government had already planned to call two other medical examiners to provide

3

testimony about the injuries of Bianca Rudolph. Additional discussion regarding Dr. Caruso's methods and conclusions should not, in the context of any larger discussion about the admissibility of expert medical opinions, consume more than fifteen to twenty minutes.

                  Respectfully submitted,

                  COLE FINEGAN
                  United States Attorney

| By: */s Bryan Fields* | By: /s *E. Garreth Winstead* | By: /s *J. Bishop Grewell* |
|---|---|---|
| Bryan Fields | E. Garreth Winstead | J. Bishop Grewell |
| Assistant United States Attorney | Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Garreth.Winstead@usdoj.gov | Bishop.Grewell@usdoj.gov |
| Attorney for the Government | Attorney for the Government | Attorney for the Government |

4

## **CERTIFICATE OF SERVICE**

   I hereby certify that on 31st day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                 *s/ Bryan Fields*
                 United States Attorney's Office