EXHIBIT A
U.S. v. Rudolph, et al
22-cr-00012-WJM

Figure 1 Logic Chain:
Relevance of Lynn Henthorn's Death.

Henthorn's wives died in highly-unusual accidents that occurred under similar circumstances.



It is improbable that anyone would lose both of their wives in such rare accidents by random chance.



Because it is unlikely the accidents happened by chance, they are likely the product of design.



As the lone witness and beneficiary of both acts, Henthorn must have been the designer, carrying out a plan to kill both women in situations made to look like accidents.