IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

    1.  LAWRENCE RUDOLPH and
    2.  LORI MILLIRON,

     Defendants.

---

## GOVERNMENT'S MOTION TO ENLARGE PAGE LIMIT

---

The Court's practice standards permit a five-page response to motions *in limine*. WJM Practice Standards III.G.2. The government respectfully requests a fifteen-page enlargement for its response to the defendant's motion *in limine*, ECF No. 150, for a total of twenty pages. The defendant's motion seeks exclusion of evidence without a full proffer that would help the court evaluate whether that exclusion is appropriate. It raises legal issue that relate to several possible witnesses and multiple distinct statements, all of which require the detailed analysis of several different hearsay rules and other rules of evidence. A thorough response will facilitate the efficient resolution of complex evidentiary questions and therefore ultimately conserve judicial resources.

For these reasons, the government respectfully requests that the Court permit the filing of a 20-page response to the defendant's motion *in limine*. The government has consulted with

. . . .

. . . .

. . . .

counsel for defendant Lawrence Rudolph, who states that he has "no position" on this request.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: _/s Bryan Fields_
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By: _/s E. Garreth Winstead_
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

By: _/s J. Bishop Grewell_
J. Bishop Grewell
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bishop.Grewell@usdoj.gov
Attorney for the Government

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

<u>*s/ Bryan David Fields*</u>
United States Attorney's Office