IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **LAWRENCE RUDOLPH**,
2.    LORI MILLIRON,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Lauren I. Doyle of MARKUS/MOSS PLLC enters her appearance as counsel on behalf of LAWRENCE RUDOLPH in the above-styled cause. The clerk of this court is requested to send copies of all court notices pertaining to this cause to undersigned counsel.

    Respectfully submitted,

    **MARKUS/MOSS PLLC**
    40 N.W. Third Street
    Penthouse One
    Miami, Florida 33128
    Tel: (305) 379-6667
    Fax: (305) 379-6668
    markuslaw.com

    By:    /s/ Lauren I. Doyle
            Lauren I. Doyle
            Florida Bar Number 117687
            ldoyle@markuslaw.com