

# Transcript of **Dr. Lawrence P. Rudolph, DDS**

**Date:** May 17, 2016

**Case:** Rudolph, D.D.S. -v- Safari Club International

Planet Depos, LLC
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services



GOVERNMENT EXHIBIT 2

```
                                                        1
 1             IN THE UNITED STATES DISTRICT COURT
 2         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 3    --------------------------x
 4    DR. LAWRENCE P. RUDOLPH,  :
 5    D.D.S.,                   :
 6         Plaintiff,           : Civil Action No.
 7      -v-                     : 2:12-cv-01710-AJS
 8    SAFARI CLUB INTERNATIONAL,:
 9         Defendant.           :
10    --------------------------x
11
12    Videotaped Deposition of DR. LAWRENCE P. RUDOLPH, DDS
13                 Pittsburgh, Pennsylvania
14                  Tuesday, May 17, 2016
15                        8 a.m.
16
17
18
19    Job No.: 109547
20    Pages: 1 - 252
21    Reported by: Keith G. Shreckengast, RPR
22
23
24
25
```

Videotaped Deposition of Dr. Lawrence P. Rudolph, DDS
Conducted on May 17, 2016

184

```
 1   somewhere?                                              14:25:14
 2       A    I didn't go to meet Eddie, no.                 14:25:17
 3       Q    Do you recall connecting with him to meet      14:25:21
 4   others, or to participate in hunting or fishing         14:25:24
 5   events?                                                 14:25:27
 6       A    I was on a fishing event, and Eddie was        14:25:28
 7   there.                                                  14:25:32
 8       Q    Okay.  What fishing event was that?            14:25:32
 9       A    That was called the Kenai River Classic,       14:25:36
10   to the best of my recollection.                         14:25:42
11       Q    And when did that event take place?            14:25:44
12       A    That happened sometime in the summer of        14:25:49
13   2009.                                                   14:25:55
14       Q    And Kenai, where is Kenai?  Is that in         14:25:57
15   Alaska?                                                 14:26:03
16       A    I'm sorry, it's in Alaska.                     14:26:03
17       Q    Do you recall either enroute to that           14:26:06
18   event, or in conjunction with that event, joining       14:26:10
19   Mr. Grasser to meet with Governor Palin?                14:26:16
20       A    I do.                                          14:26:19
21       Q    Okay.  Describe what you recall of that        14:26:20
22   encounter.                                              14:26:23
23       A    He suggested I go meet Governor Palin.         14:26:25
24       Q    And who all joined in that meeting?            14:26:29
25       A    It was myself, Eddie, and my aide, Lori        14:26:32
```

Videotaped Deposition of Dr. Lawrence P. Rudolph, DDS
Conducted on May 17, 2016

185

1  Milliron.
2     Q    Your aide.  In what capacity was Mr. --
3  Ms. Milliron accompanying you?
4     A    She was there in a capacity as a medical
5  aide to me.
6     Q    Medical aide?
7     A    Yes, sir.
8     Q    What was her medical training,
9  background?
10    A    She had had some training in CPR,
11 advanced CPR, advanced cardio life support.  And
12 also how to use an AEA?
13    Q    And how did you become acquainted with
14 Ms. Milliron?
15    A    At one time she worked for me.
16    Q    In what capacity?
17    A    Dental hygienist.
18    Q    When you traveled to Alaska with
19 Ms. Milliron on the trip in which you met Governor
20 Palin, did you and Ms. Milliron share hotel rooms?
21    A    No.
22    Q    Did she spend time in your room or you
23 spend time in her room during your travels together?
24    A    While we were at the lodge, we shared a
25 large cabin, that had multiple bedrooms.

Videotaped Deposition of Dr. Lawrence P. Rudolph, DDS
Conducted on May 17, 2016

186

| | | | |
|---|---|---|---|
| 1 | Q | Who else shared the cabin with the two of | 14:27:58 |
| 2 | you? | | 14:28:01 |
| 3 | A | I don't believe anyone. | 14:28:02 |
| 4 | | (Exhibit 32 was marked for | 14:28:04 |
| 5 | identification.) | | 14:28:04 |
| 6 | Q | Dr. Rudolph, you've been presented with | 14:28:45 |
| 7 | Exhibit 32. It's a multi page exhibit labeled SCI | | 14:28:47 |
| 8 | 220 through SCI 227. On page 220 there are two | | 14:28:53 |
| 9 | photographs there. Do you see those? | | 14:29:00 |
| 10 | A | Yes, sir. | 14:29:02 |
| 11 | Q | Do you know who is pictured in those | 14:29:03 |
| 12 | photographs? | | 14:29:06 |
| 13 | A | It's a really bad photo, but I'm going to | 14:29:09 |
| 14 | speculate that it's Lori. | | 14:29:12 |
| 15 | Q | Ms. Milliron? | 14:29:14 |
| 16 | A | Yes. | 14:29:15 |
| 17 | Q | And were these photographs taken at the | 14:29:17 |
| 18 | Kenai Classic that the two of you attended together? | | 14:29:19 |
| 19 | A | In the upper left corner it looks like it | 14:29:22 |
| 20 | says Kenai Classic. | | 14:29:25 |
| 21 | Q | Did you take these? | 14:29:27 |
| 22 | A | No, I don't believe so. | 14:29:28 |
| 23 | Q | Do you know who did? | 14:29:30 |
| 24 | A | No, I don't. | 14:29:31 |
| 25 | Q | If you look at the second page, 222, is | 14:29:36 |