**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No.  22-CR-00012-WJM                                    Date June 29, 2022

Case Title: United States of America v. **1. Lawrence Rudolph** and 2. Lori Milliron,

<u>Lawrence Rudolph (Defendant)</u>  WITNESS LIST

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY ||||||
|---|---|---|---|---|---|---|
| Avalli, Charles J. (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Baden, Michael (May Call) | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Gilbert, Shawna (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Gupta, Sundeep (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Flores, Dianne (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Haag, Lucien (May Call) | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Hoffman, Mitchell (May Call) | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Kakoma, Spencer (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Milliron, Lori (May Call) | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Paci, Whitney (May Call) | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Rudolph, AnaBianca (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Rudolph, Julian (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Sutton, Paulette (May Call) | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Vasquez, Rick (May Call) | Direct: | 30 | Cross: | 30 | Total: | 60 |
|  | Direct: |  | Cross: |  | Total: |  |
|  | Direct: |  | Cross: |  | Total: |  |

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:	<u>/s/ David Oscar Markus</u>
	David Oscar Markus
	Florida Bar Number 119318
	dmarkus@markuslaw.com

	<u>/s/ A. Margot Moss</u>
	A. Margot Moss
	Florida Bar Number 091870
	mmoss@markuslaw.com