IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.**    **LAWRENCE RUDOLPH**,
2.    LORI MILLIRON,

      Defendants.

_____/

**NOTICE OF FILING LAWRENCE RUDOLPH'S PROPOSED EXHIBIT LIST**

      Lawrence Rudolph files the attached proposed Exhibit List.

                    Respectfully submitted,

                    **MARKUS/MOSS PLLC**
                    40 N.W. Third Street
                    Penthouse One
                    Miami, Florida 33128
                    Tel: (305) 379-6667
                    Fax: (305) 379-6668
                    markuslaw.com

              By:    /s/ David Oscar Markus
                    David Oscar Markus
                    Florida Bar Number 119318
                    dmarkus@markuslaw.com

                    /s/ A. Margot Moss
                    A. Margot Moss
                    Florida Bar Number 091870
                    mmoss@markuslaw.com