## LIST OF PROPOSED EXHIBITS

CASE NO. 22-CR-00012-WJM

**DEFENDANT'S LIST 1. Lawrence Rudolph**

CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | Bianca Rudolph & Doug Scandrol Email Chain, 8/2000 | | | | | | | |
| B | | Handwritten Letter from Bianca Rudolph to Lawrence Rudolph, 8/2000. LR_00000042-47 | | | | | | | |
| C | | Letter from Lawrence Rudolph to Gary Gentile, 4/13/1999 | X | | | | | | |
| D | | Letter from Gary Gentile to Lawrence Rudolph, 4/29/1999 | X | | | | | | |
| E | | Letter from Gary Gentile to Lawrence Rudolph, 5/25/1999 | X | | | | | | |
| F | | Letter from Gary Gentile to Lawrence Rudolph, 8/27/1999 | X | | | | | | |
| G | | Letter from Gary Gentile to Lawrence Rudolph, 9/27/1999 | X | | | | | | |
| H | | Letter from Gary Gentile to Lawrence Rudolph, 10/19/1999 | X | | | | | | |
| I | | Letter from Gary Gentile to Lawrence Rudolph, 10/27/1999 | X | | | | | | |
| J | | Letter from Lawrence Rudolph to Gary Gentile | X | | | | | | |
| K | | Letter from Gary Gentile to Lawrence Rudolph, 1/20/2000 | X | | | | | | |
| L | | Letter from Gary Gentile to Michael Stewart, 8/16/2000 | X | | | | | | |
| M | | Letter from Gary Gentile to Lawrence Rudolph, 8/17/2000 | X | | | | | | |

## LIST OF PROPOSED EXHIBITS

CASE NO. 22-CR-00012-WJM  **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| N | | Letter from Gary Gentile to Richard Brabender, 8/22/2000 | X | | | | | | |
| O | | Letter from Gary Gentile to James Beck, 8/22/2000 | X | | | | | | |
| P | | Letter from Gary Gentile to Michael Stewart, 8/22/2000 | X | | | | | | |
| Q | | Letter from Gary Gentile to Michael Stewart, 9/14/2000 | X | | | | | | |
| R | | Letter from Gary Gentile to Lawrence Rudolph, 9/19/2000 | X | | | | | | |
| S | | Letter from Lawrence Rudolph to Gary Gentile, 8/15/2001 | X | | | | | | |
| T | | Letter from Gary Gentile to Lawrence Rudolph, 8/16/2001, LR_00000055 | X | | | | | | |
| U | | Lawrence Rudolph Billing Slips, Goldberg, Gruener, Gentile Horoho & Avalli, P.C, 2000, LR_000000117-118 | X | | | | | | |
| V | | Certification of Business Records, Gentile Horoho & Avalli, P.C., Two Originals of Postnuptial Agreement, 8/25/2000, 62 pages | X | | | | | | |
| W | | Postnuptial Agreement, 8/25/2000 (without addendum), LR_00000087-116 | | | | | | | |
| X | | Postnuptial Agreement, 8/25/2000 (with addendum), LR_00000056-86 | | | | | | | |
| Y | | Letter from Susan Donohue, Great West Life Insurance, to Lawrence Rudolph, 9/21/2004 | X | X | | | | | |

## LIST OF PROPOSED EXHIBITS

CASE NO. 22-CR-00012-WJM  **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Z | | Letter from William Gorman, Luttner Financial Group, to Bianca Rudolph, 2/25/2016 | X | X | | | | | |
| A1 | | Letter from Lawrence Rudolph to William Gorman, Luttner Financial Group, 11/01/2016 | X | X | | | | | |
| A2 | | Letter from Liz Devich, Luttner Financial Group, to Lawrence Rudolph, 11/3/2016 | X | X | | | | | |
| A3 | | Will of Bianca T. Rudolph, 4/25/2016, DEF_00000001-9 | X | X | | | | | |
| A4 | | Email from Jaime Gonzalez, Conventional Church of Our Lady of Angels, to Lawrence Rudolph, 10/20/2016 LR_00000053-54 | X | X | | | | | |
| A5 | | Funeral Poem from Lawrence Rudolph to AnaBianca Rudolph | X | X | | | | | |
| A6 | | Prayer Card from Bianca Rudolph's Funeral | X | X | | | | | |
| A7 | | Composite Photos of Bianca Rudolph's Welcome Gifts | X | X | | | | | |
| A8 | | Composite Photos of Bianca Rudolph's Funeral Gathering | X | X | | | | | |
| A9 | | Composite Photos of Lawrence & Bianca Rudolph in Chinyembe Camp INV_00000409, INV_00000417, INV_00000462 | X | X | | | | | |
| A10 | | Department of State Activity Log, INV_00000603-605 | X | | | | | | |
| A11 | | Email Chain, Westhassel to Krafft, Branson and others, INV_00000617-620 | X | | | | | | |

## LIST OF PROPOSED EXHIBITS

CASE NO. 22-CR-00012-WJM **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A12 | | Email Chain, Westhassel to Krafft, Kazmar and others, INV_00000624-627 | X | | | | | | |
| A13 | | Email Chain, Westhassell to Kazmar and others, INV_00000640-642 | X | | | | | | |
| A14 | | Diligence Website, https://digroup-us.com | X | | | | | | |
| A15 | | Report from Diligence International Group, DLG_00000221-225 | X | X | | | | | |
| A16 | | Report from Diligence International Group, DLG_00000387-423 | X | X | | | | | |
| A17 | | Report from Diligence International Group, DLG_00000644-654 | X | X | | | | | |
| A18 | | Report from Diligence International Group, DLG_00000685-689 | X | X | | | | | |
| A19 | | Bianca Rudolph's Deposition Transcript *Rudolph v. Safari Club International,* 07/22/2016, INV_00014384-14435 | X | | | | | | |
| A20 | | Charles DeFrance ERT Photographic Log, 12/3/2020, INV_000008085-8089 | X | X | | | | | |
| A21 | | Photographs from Charles DeFrance testing on 12/3/2020, INV_00007787-7963 | X | X | | | | | |
| A22 | | Charles DeFrance ERT Photographic Log, 12/10/2020, INV_000008091-8094 | X | X | | | | | |
| A23 | | Photographs from Charles DeFrance testing on 12/10/2020, INV_00007965-8073 | X | X | | | | | |
| A24 | | Charles DeFrance ERT Photographic Log, 7/14/2021, INV_000005713-5716 | X | X | | | | | |

LIST OF PROPOSED EXHIBITS

CASE NO. 22-CR-00012-WJM **DEFENDANT'S LIST 1. Lawrence Rudolph**
CASE CAPTION United States v. 1. Lawrence Rudolph and 2. Lori Milliron

| EXHIBIT LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A25 | | Photographs from Charles DeFrance testing on 7/14/2021, INV_00005985-6014 & INV_00006016-6105 | X | X | | | | | |
| A26 | | Ammunition Photos, INV_0008126-8161 | X | X | | | | | |
| A27 | | Annotated Photos, INV_00008095-8125 | X | X | | | | | |
| A28 | | Charles DeFrance Sketch Worksheet, INV_00000921-930 | X | X | | | | | |
| A29 | | Browning Shotgun Receipt, INV_00000141 | X | X | | | | | |
| A30 | | Curriculum Vitae of Rick Vasquez | | | | | | | |
| A31 | | Curriculum Vitae of Michael M. Baden, M.D. | | | | | | | |
| A32 | | Curriculum Vitae of T. Paulette Sutton, M.S., M.T., (A.S.C.P.), C.L.S. | | | | | | | |
| A33 | | Curriculum Vitae of Mitchell S. Hoffman, CPA/ABC | | | | | | | |
| A34 | | Curriculum Vitae of Dianne C. Flores | | | | | | | |
| A35 | | Curriculum Vitae of Avram Rosen | | | | | | | |
| A36 | | Curriculum Vitae of Lucien C. Haag | | | | | | | |
| A37 | | Photographs of Expert Lucien C. Haag | | | | | | | |