IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez
Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.
_____/

## PROPOSED VOIR DIRE QUESTIONS

Pursuant to Rule 24 of the Federal Rules of Criminal Procedure, and this Court's practice standards, WJM Revised Practice Standards, Jury Selection Protocol, Lawrence Rudolph tenders the proposed attorney voir dire questions.

    Respectfully submitted,

    MARKUS/MOSS PLLC
    40 N.W. Third Street
    Penthouse One
    Miami, Florida 33128
    Tel: (305) 379-6667
    markuslaw.com

    By:    /s/ David Oscar Markus
            David Oscar Markus
            dmarkus@markuslaw.com

            /s/ A. Margot Moss
            A. Margot Moss
            mmoss@markuslaw.com

# VOIR DIRE QUESTIONS

## *Charges*

1. Is there anything about the nature of the charges that will affect your ability to be fair and impartial in this trial?

2. This case involves a charge of murder. Does anyone have a problem being a juror in this type of case?

## *Presumption of Innocence*

3. When it comes to a criminal case, a bedrock principle is the presumption of innocence. Is there anything about the nature of the charges or Dr. Rudolph himself that makes it difficult for you to presume him to be innocent in this case? What is your thought about the fact that you must presume him innocent as he sits here today?

4. While some people may not have formed attitudes, opinions or beliefs about guilt or innocence based on what they have heard, sometimes people still have emotional reactions to the nature of the allegations. What is your reaction? What are you thinking about Dr. Rudolph's guilt or innocence?

5. Is it possible that the Government could charge someone with such a serious offense and that person is Not Guilty? Do you believe completely innocent people can be wrongly accused?

6. Do any of you feel that since Dr. Rudolph was arrested and is the defendant, in this case, he must have done *something* wrong or illegal? What is the first thing that came to your mind when you saw Dr. Rudolph?

7. Do you think that because a person sits here today accused of a criminal offense that means Dr. Rudolph is guilty? Do you believe where there's smoke there's fire?

8. Has a family member or someone close to you ever been accused of a crime?

### *Judging the Credibility of Witnesses – Types of Witnesses*

9. If someone comes to court and takes an oath, will you automatically believe that what a witness testifies to is true/fact?

10. Is it possible that a witness could testify and be mistaken about things they testify to?

11. Is it possible that a witness misremembers something?

12. Is it possible that different witnesses see and hear things differently?

13. Is it possible that a witness could come into court and lie?

14. Do you think it's possible that people who suffer traumatic experiences may not remember everything accurately?

15. Do you feel comfortable judging whether a witness is telling the truth or a lie, is mistaken or confused, or remembers things incorrectly? How do you do that? What do you look for?

16. If you were selected as a juror in this trial, would you be inclined to view testimony given by a government official as being more credible than other witnesses just because of their position/employment?

17. Would you hold the testimony of a law enforcement individual or government official in higher regard?

18. Witnesses will testify that may be qualified as an expert on a particular area. Will you automatically believe that expert's opinion or will you consider that testimony as you would another witness?

19. Do you think that an expert can make mistakes?

20. Do you think that someone labeled an expert can be biased?

21. Do you believe that the information an expert provides is only as good as their testing or interpretation of testing?

**<u>Burden of Proof</u>**

22. Dr. Rudolph is not required to disprove the case or present any evidence at all. What do you think of that?

23. If the Government does not present sufficient evidence to prove its case beyond a reasonable doubt, does it matter to you whether the defense presents any evidence?

24. Can you hold the Government to its burden?

25. What does Dr. Rudolph have to prove to you?

26. If the Government presented their case and you felt that something was missing, will you expect the defense to give that information to you?

27. Do you think someone accused of a crime should have to prove they are innocent?

**<u>Beyond A Reasonable Doubt</u>**

28. How many of you understand / are aware of the various levels of burden of proof? What are some of the levels of proof? How many of you understand that proof

"beyond a reasonable doubt" is the highest burden that we have under the law – higher than "clear and convincing" and higher than "preponderance of the evidence?"

29. Have you ever served on a jury in a civil case? What is the level of proof in a civil case? Why is there a different level of proof in a civil case?

30. Even though the law states that the Government must prove its case against Dr. Rudolph beyond a reasonable doubt before you ever can find him guilty, at the end of the day, if you think he probably did it, what will your verdict be?

31. If you believe that the defendant may have committed the crime he is charged with, yet, the Prosecution did not meet its burden of proving beyond a reasonable doubt, how many of you would follow your "gut" feeling as opposed to the law? How many of you think it would be hard to render a verdict that is at odds with what your "gut" is telling you, even if the Prosecution did not meet its burden?

32. Do you believe that because of the seriousness of the charge that the Government should be held to a higher or lesser legal standard?

### **_Right to Remain Silent_**

33. Dr. Rudolph does not have to testify and you will be instructed that you cannot hold his choice not to testify against him as evidence of guilt. If you don't hear from a defendant in this case, does that suggest to you that he may be hiding something or that he is guilty?

34. If Dr. Rudolph does not testify, will that factor into your ability to reach a verdict?

35. If Dr. Rudolph does not testify, will you hold it against him?

36.     The judge will instruct you that if Dr. Rudolph does not testify, you cannot consider that when deciding this case.  Can you do that?

**<u>Scene and Post-Autopsy Photographs</u>**

37.     Part of a murder case involves looking at photographs of the deceased at the scene and after an autopsy.  Will you have any difficulty seeing photographs of a shotgun wound and body decomposition?

38.     Will that type of evidence affect your ability to be fair and impartial towards Dr. Rudolph?

39.     Just because photos show a deceased woman, does that mean Dr. Rudolph is guilty?

40.     Can you look at this type of evidence and analyze it for what it is supposed to present as evidence?

41.     Will you be able to set your sympathy aside and judge this case objectively based solely on the evidence the Government may or may not present?

**<u>Firearms</u>**

42.     Has anyone had a bad experience involving a firearm?  Or been the victim of a crime involving a firearm?  How will that experience affect your ability to listen to the evidence in this case and objectively reach a verdict?

43.     Do any of you have any moral, ethical, or religious beliefs that would make it difficult to be fair and impartial in a case involving a firearm death?

**<u>Hunting</u>**

44.     Have you ever been on a safari?

6

45.     You will hear that Dr. Rudolph and his wife, Bianca Rudolph, were avid hunters.  How does that impact your ability to be fair and impartial to either side?

46.     Do you think you would be better qualified to serve on a jury where big game hunting was not involved?