IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE RUDOLPH and
LORI MILLIRON

      Defendants.

## GOVERNMENT'S LIST OF PROPOSED WITNESSES

The government hereby submits its preliminary list of proposed witnesses. The government reserves the right, with reasonable notice depending on the circumstances, to call additional witnesses should a need arise during trial.

Respectfully submitted this 22nd day of June, 2022.

      COLE FINEGAN
      United States Attorney

| By: /s *Bryan Fields* | By: /s *E. Garreth Winstead* | By: /s *J. Bishop Grewell* |
|---|---|---|
| Bryan Fields | E. Garreth Winstead | J. Bishop Grewell |
| Assistant United States Attorney | Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Garreth.Winstead@usdoj.gov | Bishop.Grewell@usdoj.gov |
| Attorney for the Government | Attorney for the Government | Attorney for the Government |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

|  |  |
|---|---|
| By: | /s Bryan Fields |
|  | Bryan Fields |
|  | Assistant United States Attorney |
|  | U.S. Attorney's Office |
|  | 1801 California St. Suite 1600 |
|  | Denver, CO 80202 |
|  | (303) 454-0100 |
|  | Bryan.Fields3@usdoj.gov |
|  | Attorney for the Government |