**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 22-cr-00012-WJM                               Date: June 22, 2022

Case Title: United States v. Rudolph, et al.

PLAINTIFF WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|---|
| Rachel | Anders | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Charlene | Arnold | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Paul | Babaz | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Mwene Casiuss | Banda | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Bruce | Bradtmiller | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Chris | Calgaro | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Vincent | Chibesa | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Stephen | Cina | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Ryan | Cook | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Stephen | DeFrance | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Ralph | Finizio | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Vince | Finizio | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Anthony | Giustini | Direct: | 15 | Cross: | 15 | Total: | 30 |
| William | Gorman | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Tom | Griffin | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Anna | Grimley | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Sherri | Houck | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Adam | Howard-Davies | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Francis | Jani | Direct: | 30 | Cross: | 30 | Total: | 60 |

| First | Last | | | | | | |
|---|---|---|---|---|---|---|---|
| Marguerite | Jenkins | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Ryan | Jibson | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Rhonda | Loosle | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Brian | Lovelace | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Boyd | Malama | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Daniel | Maswahu | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Kennedy | Mboloma | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Barbara | McClure | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Helen | Meyer | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Peter | Milnes | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Greg | Mirabelli | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Gilbert | Morlock | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Andi | Murphy | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Grace | Musazulwa | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Musawa | Musese | Direct: | 39 | Cross: | 39 | Total: | 60 |
| Casius | Mwiinga | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Erin | Newton | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Cassandra | Olmstead | Direct: | 45 | Cross: | 45 | Total: | 90 |
| James | Padish | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Donald | Peterson | Direct: | 120 | Cross: | 120 | Total: | 240 |
| Steven | Rodgers | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Rochelle | Sanchez | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Marianne | Mercer | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Kelly | Siebels | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Rolecia | Smith | Direct: | 25 | Cross: | 25 | Total: | 50 |
| Alain | Smith | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Marcus | Stemple | Direct: | 20 | Cross: | 20 | Total: | 40 |

| First | Last | Direct | Cross | Total |
|---|---|---|---|---|
| Mark | Swanepoel | 120 | 120 | 300 |
| Pieter | Swanepoel | 20 | 20 | 40 |
| Maryann | Versmessen | 20 | 20 | 40 |
| Richard | Vorder Bruegge | 20 | 20 | 40 |
| Debra | Wagner | 45 | 45 | 90 |
| Levi | Weaver | 20 | 20 | 40 |
| Otto | Westhassel | 60 | 60 | 120 |
| Valerie | Wood | 30 | 30 | 60 |
| Roston | Yeyenga | 20 | 20 | 40 |