**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. <u>22-cr-00012-WJM</u>   PLAINTIFF'S LIST: ☒   DEFENDANT'S LIST: ☐   THIRD PTY DEFTS. LIST: ☐

CASE CAPTION <u>United States</u> vs. <u>Lawrence Rudolph and Lori Milliron</u>   DATE <u>July 11, 2020</u>

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Donald Peterson | FARO Rendering of Chinyembe (Digital) | | X | | | | | |
| 2 | Donald Peterson | Annotated Copy of FARO rendering of Chinyembe | | X | | | | | |
| 3 | Ryan Jibson | Browning Auto-5 Semiautomatic Shotgun (physical) | | X | | | | | |
| 4 | Rochelle Sanchez | Shotgun Soft Cases (physical) | | X | | | | | |
| 5 | Boyd Malama | Shotgun Cartridge Found at Chinyembe on 10/11/16 (physical) | | X | | | | | |
| 6 | Boyd Malama | Sample Cartridges collection on 10/11/16 (physical) | | X | | | | | |
| 7 | Daniel Maswahu | Plastic Wadding (physical) | | X | | | | | |
| 8 | Ryan Cook | Browning Auto-5 Semiautomatic Shotgun Trigger Assembly (physical) | | X | | | | | |
| 9 | Donald Peterson | Time-lapse Video of Travel Between Mumbwa and | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Chinyembe (Digital) | | | | | | | |
| 10 | Mark Swanepoel | Diligence Reports | | X | | | | | |
| 11 | Mark Swanepoel | Map of Africa and Zambia | | X | | | | | |
| 12 | Mark Swanepoel | Chinyembe Safari Camp Diagram | | X | | | | | |
| 13 | Mark Swanepoel | Photographs of Safari Truck | | X | | | | | |
| 14 | Mark Swanepoel | Zambian Police Service Photographs 10/11/16 (1) of scene | | X | | | | | |
| 15 | Mark Swanepoel | Zambian Police Service Photographs 10/11/16 (2) of scene | | X | | | | | |
| 16 | Mark Swanepoel | Swanepoel Photographs of Chalet on 10/11/16 | | X | | | | | |
| 17 | Otto Westhassel | Photographs of Bianca Rudolph on 10/13/12 | | X | | | | | |
| 18 | Roston Yeyenga | Rudolph Statement - 2016.10.11 | | X | | | | | |
| 19 | Roston Yeyenga | Mumbwa Police Station | | X | | | | | |
| 20 | Grace | FSG Funeral Home | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 21 | Otto Westhassel | Ambassador St. Ann's | | X | | | | | |
| 22 | Boyd Malama | Coroner's Authority for Burial | | X | | | | | |
| 23 | Mark Swanepoel | Swanepoel - Import Permit | | X | | | | | |
| 24 | Boyd Malama | Zambia Ministry of Health Form | | X | | | | | |
| 25 | | RESERVED | | X | | | | | |
| 26 | Boyd Malama | Order to Autopsy | | X | | | | | |
| 27 | Vincent Chibesa | Photographs of Shotgun Ammunition - Chibesa | | X | | | | | |
| 28 | Boyd Malama | Shotgun Receipt | | X | | | | | |
| 29 | Vincent Chibesaa | Zambia Evidence Packets | | X | | | | | |
| 30 | Pieter Swanepoel | Shot pattern - Pieter Swanepoel | | | | | | | |
| 31 | Otto Westhassel | Certified Report of Death of an American Citizen Abroad | | X | | | | | |
| 32 | Otto Westhassel | Death Certificate - Republic of Zambia | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Otto Westhassel | Copy of Passport of Bianca Rudolph | | X | | | | | |
| 34 | Otto Westhassel | Letter from Zambia Police Service | | X | | | | | |
| 35 | Otto Westhassel | Report from Office of State Forensic Pathologist | | X | | | | | |
| 36 | Otto Westhassel | Report from Office of the Inspector-General | | X | | | | | |
| 37 | Otto Westhassel | Ministry of Health - Brought in Dead (B.I.D.) Form | | X | | | | | |
| 38 | Otto Westhassel | Notice of Death | | X | | | | | |
| 39 | Otto Westhassel | Declaration of Kelvin Ngolofwana | | X | | | | | |
| 40 | Otto Westhassel | Letter to Lawrence Rudolph - 2016.10.14 | | X | | | | | |
| 41 | Mark Swanepoel | Swanepoel Photos - Bianca Hunting | | | | | | | |
| 42 | Cassandra Olmstead | Bianca's Photos - Olmstead | | | | | | | |
| 43 | Ralph Finizio | Ralph Finizio Email (Redacted) | | X | | | | | |
| 44 | Ralph Finizio | Ralph Finizio Email Thread (2) (Redacted) | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 45 | Ralph Finizio | Photos of Rudolph Back Patio | | X | | | | | |
| 46 | Helen Meyer | Email from Bianca Rudolph to Helen Meyer (Redacted) | | X | | | | | |
| 47 | Ralph Finizio | Larry's Eulogy for Bianca | | X | | | | | |
| 48 | Ralph Finizio | Lawrence Rudolph Birth Certificate | | X | | | | | |
| 49 | Ralph Finizio | Bianca Rudolph Birth Certificate | | X | | | | | |
| 50 | William Gorman | Email from William Gorman to Lawrence Rudolph 6/2/16 | | X | | | | | |
| 51 | William Gorman | Email Chain between William Gorman and Lawrence Rudolph July 2016 | | X | | | | | |
| 52 | William Gorman | Email Chain between William Gorman and Lawrence Rudolph July 15, 2016 | | X | | | | | |
| 53 | William Gorman | Email Chain between William Gorman, Liz Devich and Lawrence Rudolh on November 1, 2016 | | X | | | | | |
| 54 | William Gorman | Email chain between William Gorman and Lawrence Rudolph on December 6, 2016 | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 55 | Donald Peterson | Email chain between Whitney Paci and Lawrence Rudolph on October 19 - 20 2016 | | X | | | | | |
| 56 | | Will of Bianca Rudolph | | X | | | | | |
| 57-59 | | RESERVED | | | | | | | |
| 60 | Brian Lovelace | Photographs of Steak 44 | | | | | | | |
| 61 | Brian Lovelace | Text Messages Between Steak 44 Staff | | | | | | | |
| 62-69 | | RESERVED | | | | | | | |
| 70 | Donald Peterson | Lori Milliron Grand Jury Subpoena | | X | | | | | |
| 71 | Donald Peterson | Transcript of Lori Milliron's Testimony Before the Grand Jury on January 5, 2022 | | X | | | | | |
| 72 | Donald Peterson | Grand Jury Exhibit 1 | | X | | | | | |
| 73 | Donald Peterson | Grand Jury Exhibit 2 | | X | | | | | |
| 74 | Donald Peterson | Milliron and Rudolph Vehicle Decal and Gate Pass | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 75-79 | | RESERVED | | | | | | | |
| 80 | Paul Babaz | Excerpts of Video of Deposition of Lawrence Rudolph on May 17, 2016 | | | | | | | |
| 81 | Paul Babaz | Redacted Transcript of Deposition of Lawrence Rudolph on May 17,2016 | | | | | | | |
| 82 | Paul Babaz | Exhibit 5 to Rudolph Deposition on May 17, 2016 (Text Messages) | | | | | | | |
| 83 | Paul Babaz | Exhibit 39 to Rudolph Deposition on May 17, 2016 (Amended Complaint) | | | | | | | |
| 84 | Paul Babaz | Excerpts of Video of Deposition of Lori Milliron on August 3, 2016 | | | | | | | |
| 85 | Paul Babaz | Redacted Transcript of Deposition of Lori Milliron on August 3, 2016 | | | | | | | |
| 86 | Paul Babaz | Exhibit 3 to Milliron Deposition on August 3, 2016 | | | | | | | |
| 87 | Paul Babaz | Rudolph Response to Interrogatories | | | | | | | |
| 88 | Paul Babaz | Excerpts Video of Deposition of Bianca Rudolph on July 22, 2016 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 89 | Paul Babaz | Redacted Transcript of Deposition of Bianca Rudolph on July 22, 2016 | | | | | | | |
| 90 | Cassandra Olmstead | Printed Emails Between Lori Milliron and Lawrence Rudolph | | X | | | | | |
| 91-99 | | RESERVED | | | | | | | |
| 100 | Charlene Arnold | Letter/Fax to Genworth on November 7, 2016 | X | | | | | | |
| 101 | Charlene Arnold | Letter to Genworth on December 23, 2016 | X | | | | | | |
| 102-109 | | RESERVED | | | | | | | |
| 110 | Greg Mirabelli | Application for Life Insurance - Metlife | X | | | | | | |
| 111 | Greg Mirabelli | Letter/Fax to Metlife on Novembr 7, 2016 | X | | | | | | |
| 112 | Greg Mirabelli | Fax to Metlife on November 15, 2016 | X | | | | | | |
| 113 | Greg Mirabelli | Affidavit of Lawrence Rudolph on December 22, 2016 | X | | | | | | |
| 114-119 | | RESERVED | | | | | | | |
| 120 | Andi Murphy | Documents Provided to Andi Murphy by Lawrence Rudolph on | X | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | December 22, 2016 | | | | | | | |
| 121 | Andi Murphy | Email from Lawrence Rudolph to Andi Murphy on December 22, 2016 | X | | | | | | |
| 122-129 | | RESERVED | | | | | | | |
| 130 | Marguerite Jenkins | Letter/Fax to AAA on November 7, 2016 | X | | | | | | |
| 131 | Marguerite Jenkins | Letter to AAA on December 23, 2016 | X | | | | | | |
| 132-139 | | RESERVED | | | | | | | |
| 140 | Chris Calgaro | Letter/Fax to Fidelity on October 31, 2016 | X | | | | | | |
| 141 | Chris Calgaro | Letter to Fidelity on December 23, 2016 | X | | | | | | |
| 142 | Chris Calgaro | Letter to Fidelity on January 9, 2017 | X | | | | | | |
| 143-149 | | RESERVED | | | | | | | |
| 150 | Rhonda Loosle | Letter/Fax to Ameritas on November 14, 2016 | X | | | | | | |
| 151 | Rhonda Loosle | Letter to Ameritas on December 23, 2016 | X | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 152 | Rhonda Loosle | Letter to Ameritas on January 20, 2017 | X | | | | | | |
| 153-159 | | RESERVED | | | | | | | |
| 160 | Kelly Siebels | Letter to Transamerica on November 7, 2016 | X | | | | | | |
| 161 | Kelly Siebels | Letter to Transamerica on December 23, 2016 | X | | | | | | |
| 162 | Kelly Siebels | Letter to Transmerica on January 12, 2017 | X | | | | | | |
| 163-169 | | RESERVED | | | | | | | |
| 170 | Debra Wagner | Fax/Letter to Great West no November 7, 2016 | X | | | | | | |
| 171 | Debra Wagner | Letter to Lawerence Rudolph on November 18, 2016 | X | | | | | | |
| 172 | Debra Wagner | Letter to Great West on December 16, 2016 | X | | | | | | |
| 173 | Debra Wagner | Letter to Lawrence Rudolph on January 6, 2017 | X | | | | | | |
| 174 | Debra Wagner | Letter to Great West on January 18, 2017 | X | | | | | | |
| 175 | Debra Wagner | Letter to Lawrence Rudolph on February 2, 2017 | X | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 176 | Debra Wagner | Great West Case Checklist | X | | | | | | |
| 177 | Debra Wagner | Great West Case Notes | X | | | | | | |
| 178-179 | | RESERVED | | | | | | | |
| 180 | Rolecia Smith | State Farm - Payment and Line Item Worksheet | X | | | | | | |
| 181 | Rolecia Smith | State Farm - Loss Report | X | | | | | | |
| 182 | Rolecia Smith | State Farm - Payment Settle Information Sheets | X | | | | | | |
| 183 | Rolecia Smith | State Farm - File history Information Sheets | X | | | | | | |
| 184-199 | | RESERVED | | | | | | | |
| 200 | Stephen DeFrance | Allen Company - Sample Gun Case Photos | | X | | | | | |
| 201 | Stephen DeFrance | Original Soft Case - Original | | X | | | | | |
| 202 | Stephen DeFrance | Item # 1 - Debris from Original Soft Case | | X | | | | | |
| 203 | Stephen DeFrance | Item #2 - Particle from Original Soft Case | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 204 | Stephen DeFrance | Item #3 - Two particles from Soft Case | | X | | | | | |
| 205 | Stephen DeFrance | Photos of Original Soft Case - packaging | | X | | | | | |
| 206 | Stephen DeFrance | Photos of Original Soft Case - general | | X | | | | | |
| 207 | Stephen DeFrance | Photos of Original Soft Case - comparison with FBI Case | | X | | | | | |
| 208 | Stephen DeFrance | Photos of Original Soft Case - Examination | | X | | | | | |
| 209 | Stephen DeFrance | Photos of Recovery of Item # 1 - Debris from Original Soft Case | | X | | | | | |
| 210 | Stephen DeFrance | Photos of Examination of Item #1 | | X | | | | | |
| 211 | Stephen DeFrance | Photos of Recovery of Item #2 - Particle from Original Soft Case | | X | | | | | |
| 212 | Stephen DeFrance | Photos of Examination of Item #2 | | X | | | | | |
| 213 | Stephen DeFrance | Photos of Recovery of Item #3 - Two particles from Soft Case | | X | | | | | |
| 214 | Stephen DeFrance | Photos of Examination of Item #3 | | X | | | | | |
| 215 | Stephen DeFrance | Comparison Photographs of Test Ammunition (Batch 1) | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 216-219 | | RESERVED | | | | | | | |
| 220 | Stephen DeFrance | Photographs of targets 3-0 through 3-14 | | X | | | | | |
| 221 | Stephen DeFrance | Photographs of Targets 3-0 through 3-14 Annotated | | X | | | | | |
| 222 | Stephen DeFrance | Photographs of test gun cases 3-1 through 3-14 | | X | | | | | |
| 223 | Stephen DeFrance | Target 3-0 | | X | | | | | |
| 224 | Stephen DeFrance | Target 3-1 | | X | | | | | |
| 225 | Stephen DeFrance | Test gun case 3-1 | | X | | | | | |
| 226 | Stephen DeFrance | High Speed Video of test 3-1 | | X | | | | | |
| 227 | Stephen DeFrance | Target 3-2 | | X | | | | | |
| 228 | Stephen DeFrance | Test gun case 3-2 | | X | | | | | |
| 229 | Stephen DeFrance | High Speed Video of test 3-2 | | X | | | | | |
| 230 | Stephen DeFrance | Target 3-3 | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 231 | Stephen DeFrance | Test gun case 3-3 | | X | | | | | |
| 232 | Stephen DeFrance | High Speed Video of test 3-3 | | X | | | | | |
| 233 | Stephen DeFrance | Target 3-4 | | X | | | | | |
| 234 | Stephen DeFrance | Test gun case 3-4 | | X | | | | | |
| 235 | Stephen DeFrance | High Speed Video of test 3-4 | | X | | | | | |
| 236 | Stephen DeFrance | Target 3-5 | | X | | | | | |
| 237 | Stephen DeFrance | Test gun case 3-5 | | X | | | | | |
| 238 | Stephen DeFrance | High Speed Video of test 3-5 | | X | | | | | |
| 239 | Stephen DeFrance | Target 3-6 | | X | | | | | |
| 240 | Stephen DeFrance | Test gun case 3-6 | | X | | | | | |
| 241 | Stephen DeFrance | High Speed Video of test 3-6 | | X | | | | | |
| 242 | Stephen DeFrance | Target 3-7 | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 243 | Stephen DeFrance | Test gun case 3-7 | | X | | | | | |
| 244 | Stephen DeFrance | High Speed Video of test 3-7 | | X | | | | | |
| 245 | Stephen DeFrance | Target 3-8 | | X | | | | | |
| 246 | Stephen DeFrance | Test gun case 3-8 | | X | | | | | |
| 247 | Stephen DeFrance | High Speed Video of test 3-8 | | X | | | | | |
| 248 | Stephen DeFrance | Target 3-9 | | X | | | | | |
| 249 | Stephen DeFrance | Test gun case 3-9 | | X | | | | | |
| 250 | Stephen DeFrance | High Speed Video of test 3-9 | | X | | | | | |
| 251 | Stephen DeFrance | Target 3-10 | | X | | | | | |
| 252 | Stephen DeFrance | Test gun case 3-10 | | X | | | | | |
| 253 | Stephen DeFrance | High Speed Video of test 3-10 | | X | | | | | |
| 254 | Stephen DeFrance | Target 3-11 | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 255 | Stephen DeFrance | Test gun case 3-11 | | X | | | | | |
| 256 | Stephen DeFrance | High Speed Video of test 3-11 | | X | | | | | |
| 257 | Stephen DeFrance | Target 3-12 | | X | | | | | |
| 258 | Stephen DeFrance | Test gun case 3-12 | | X | | | | | |
| 259 | Stephen DeFrance | High Speed Video of test 3-12 | | X | | | | | |
| 260 | Stephen DeFrance | Target 3-13 | | X | | | | | |
| 261 | Stephen DeFrance | Test gun case 3-13 | | X | | | | | |
| 262 | Stephen DeFrance | High Speed Video of test 3-13 | | X | | | | | |
| 263 | Stephen DeFrance | Target 3-14 | | X | | | | | |
| 264 | Stephen DeFrance | Test gun case 3-14 | | X | | | | | |
| 265 | Stephen DeFrance | High Speed Video of test 3-14 | | X | | | | | |
| 266 | Stephen DeFrance | Photos of testing process and set-up | | X | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 267-299 | | RESERVED | | | | | | | |
| 300 | Erin Newton | Check Number 1910082819 | X | | | | | | |
| 301 | Erin Newton | Check Number 4098716 | X | | | | | | |
| 302 | Erin Newton | Check Number 7185522 | X | | | | | | |
| 303 | Erin Newton | Check Number 7185518 | X | | | | | | |
| 304 | Erin Newton | Check Number 1005064731 | X | | | | | | |
| 305 | Erin Newton | Check Number 74366 | X | | | | | | |
| 306 | Erin Newton | Check Number 9000474925 | X | | | | | | |
| 307 | Erin Newton | Check Number 5500138826 | X | | | | | | |
| 308 | Erin Newton | Check Number 5500138827 | X | | | | | | |
| 309 | Erin Newton | Deposit Slip - Check Number 1910082819 | X | | | | | | |
| 310 | Erin Newton | Deposit Slip - Check Numbers 4098716; 7185522; 7185518; 1005064731 | X | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 311 | Erin Newton | Deposit Slip - Check Numbers 74366; 9000474925 | X | | | | | | |
| 312 | Erin Newton | Deposit Slip - Check Numbers 5500138826; 5500138827 | X | | | | | | |
| 313 | Erin Newton | Check number 1 24 699475 J | X | | | | | | |
| 314 | Erin Newton | Deposit Slip - check number 1 24 699475 J | X | | | | | | |
| 315 | Erin Newton | AA Credit Card x9989 Statement 11/14/16 | X | | | | | | |
| 316 | Erin Newton | American Express Statement 3-03004 11/13/16 | X | | | | | | |
| 317 | Erin Newton | Southwest Airlines Ticket | X | | | | | | |
| 318 | Erin Newton | Southwest Airlines Ticket | X | | | | | | |
| 319 | Erin Newton | American Airlines Ticket | X | | | | | | |
| 320 | Erin Newton | American Airlines Ticket | X | | | | | | |
| 321 | Erin Newton | American Express Statement 0-2100 4/27/17 | X | | | | | | |
| 322 | Erin Newton | American Express Statement 0-2100 5/25/17 | X | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 323 | Erin Newton | American Express Application Approval 0-2011 | X | | | | | | |
| 324 | Erin Newton | American Express Additional Card Approval | X | | | | | | |
| 325 | Erin Newton | Signature Card - PNC Account x3697 | X | | | | | | |
| 326 | Erin Newton | Signature Card - PNC Account x4123 | X | | | | | | |
| 327 | Erin Newton | Barclay Card Applications | X | | | | | | |
| 328-399 | | RESERVED | | | | | | | |
| 400 | | Cook, Ryan - CV | | | | | | | |
| 401 | Ryan Jibson | Browning A5 Invoice | | | | | | | |
| 402 | Ryan Jibson | A5 Owner's Manual | | | | | | | |
| 403 | Ryan Jibson | AUTO-5_Service Manual | | | | | | | |
| 404 | | Auto-5 Review | | | | | | | |
| 405 | | Rodgers, Steven - CV | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 406 | Steven Rodgers | Vista Federal Packing List | | | | | | | |
| 407 | Steven Rodgers | Federal - Ammunition Worksheets | | | | | | | |
| 408 | | P158 00 questions | | | | | | | |
| 409 | Steven Rodgers | Federal Cartridge P158 Custom Order | | | | | | | |
| 410 | | Griffin, Tom - CV | | | | | | | |
| 411 | | Griffin, Tom Report | | | | | | | |
| 412 | | Vorder Bruegge, - CV | | | | | | | |
| 413 | Richard Vorder Bruegge | Vorder Bruegge, Slides | | | | | | | |
| 414 | | Vorder Bruegge, Report | | | | | | | |
| 415 | Donald Peterson | FBI Reach Study Recordings - LL | | | | | | | |
| 416 | Donald Peterson | FBI Reach Study Recordings - BK | | | | | | | |
| 417 | Donald Peterson | FBI Reach Study Recordings - CH | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 418 | Donald Peterson | FBI Reach Study Recordings - TP | | | | | | | |
| 419 | Donald Peterson | FBI Reach Study Recordings - SI | | | | | | | |
| 420 | Donald Peterson | FBI Reach Study Recordings - SS | | | | | | | |
| 421 | Donald Peterson | FBI Reach Study Recordings - AB | | | | | | | |
| 422 | Donald Peterson | FBI Reach Study Recordings - JD | | | | | | | |
| 423 | Donald Peterson | FBI Reach Study Recordings - VP | | | | | | | |
| 424 | Donald Peterson | FBI Reach Study Recordings - KN | | | | | | | |
| 425 | Donald Peterson | FBI Reach Study Recordings - CL | | | | | | | |
| 426 | Donald Peterson | FBI Reach Study Recordings - MH | | | | | | | |
| 427 | Donald Peterson | FBI Reach Study Recordings - SP | | | | | | | |
| 428 | Donald Peterson | FBI Reach Study Recordings - KM | | | | | | | |
| 429 | Donald Peterson | FBI Reach Study Recordings - KC | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 430 | Valerie Wood | Photogrammetry Reference Photos | | | | | | | |
| 431 | | Bradtmiller, Bruce - CV | | | | | | | |
| 432 | | Bradtmiller, Bruce - Prior Cases | | | | | | | |
| 433 | | Bradtmiller, Bruce Report | | | | | | | |
| 434 | Bruce Bradtmiller | Recording of Participant 102 | | | | | | | |
| 435 | Bruce Bradtmiller | Recording of Participant 103 | | | | | | | |
| 436 | Bruce Bradtmiller | Recording of Participant 104 | | | | | | | |
| 437 | Bruce Bradtmiller | Recording of Participant 105 | | | | | | | |
| 438 | Bruce Bradtmiller | Recording of Participant 106 | | | | | | | |
| 439 | Bruce Bradtmiller | Recording of Participant 107 | | | | | | | |
| 440 | Bruce Bradtmiller | Recording of Participant 108 | | | | | | | |
| 441 | Bruce Bradtmiller | Recording of Participant 109 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 442 | Bruce Bradtmiller | Recording of Participant 110 | | | | | | | |
| 443 | Bruce Bradtmiller | Recording of Participant 111 | | | | | | | |
| 444 | Bruce Bradtmiller | Recording of Participant 112 | | | | | | | |
| 445 | Bruce Bradtmiller | Recording of Participant 113 | | | | | | | |
| 446 | Bruce Bradtmiller | Recording of Participant 114 | | | | | | | |
| 447 | Bruce Bradtmiller | Recording of Participant 115 | | | | | | | |
| 448 | Bruce Bradtmiller | Recording of Participant 116 | | | | | | | |
| 449 | Bruce Bradtmiller | Recording of Participant 117 | | | | | | | |
| 450 | Bruce Bradtmiller | Recording of Participant 118 | | | | | | | |
| 451 | Bruce Bradtmiller | Recording of Participant 119 | | | | | | | |
| 452 | Bruce Bradtmiller | Recording of Participant 120 | | | | | | | |
| 453 | Bruce Bradtmiller | Recording of Participant 121 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 454 | Bruce Bradtmiller | Recording of Participant 122 | | | | | | | |
| 455 | Bruce Bradtmiller | Recording of Participant 123 | | | | | | | |
| 456 | Bruce Bradtmiller | Recording of Participant 124 | | | | | | | |
| 457 | Bruce Bradtmiller | Recording of Participant 125 | | | | | | | |
| 458 | Bruce Bradtmiller | Recording of Participant 126 | | | | | | | |
| 459 | Bruce Bradtmiller | Recording of Participant 127 | | | | | | | |
| 460 | Bruce Bradtmiller | Recording of Participant 128 | | | | | | | |
| 461 | Bruce Bradtmiller | Recording of Participant 129 | | | | | | | |
| 462 | Bruce Bradtmiller | Recording of Participant 130 | | | | | | | |
| 463 | Bruce Bradtmiller | Recording of Participant 131 | | | | | | | |
| 464 | Bruce Bradtmiller | Recording of Participant 132 | | | | | | | |
| 465 | Bruce Bradtmiller | Recording of Participant 133 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 466 | Bruce Bradtmiller | Recording of Participant 134 | | | | | | | |
| 467 | Bruce Bradtmiller | Recording of Participant 135 | | | | | | | |
| 468 | Bruce Bradtmiller | Recording of Participant 136 | | | | | | | |
| 469 | Bruce Bradtmiller | Recording of Participant 137 | | | | | | | |
| 470 | Bruce Bradtmiller | DOJ Recruiting Script | | | | | | | |
| 471 | | Milnes, Peter - CV | | | | | | | |
| 472 | | Milnes, Peter Report | | | | | | | |
| 473 | Peter Milnes | Life Insurance Stack | | | | | | | |
| 474 | | Padish, James - CV | | | | | | | |
| 475 | | Padish, James Report | | | | | | | |
| 476 | | Cina, Steven - CV | | | | | | | |
| 477 | | Cina, Steven Report | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 478 | | Newton, Erin - CV | | | | | | | |
| 479 | | Newton, Erin Report | | | | | | | |
| 480 | | Chibesa, Vincent Report | | | | | | | |
| 481 | | Maswahu, Daniel - CV | | | | | | | |
| 482 | | Maswahu, Daniel Report | | | | | | | |
| 483 | | DeFrance, Charles, S. - CV | | | | | | | |
| 484 | | DeFrance, Charles S. - Notes | | | | | | | |
| 485 | | DeFrance, Charles S. Report of Testing (December) | | | | | | | |
| 486 | | DeFrance, Charles S. Report of Testing (July) | | | | | | | |
| 487 | | DeFrance, Charles S. Evidence Log (April) | | | | | | | |
| 488-499 | | RESERVED | | | | | | | |
| 500 | Erin Newton | Summary Exhibit - Bar Graph of Milliron Salary and Cash | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 501 | Erin Newton | Summary Exhibit - Travel of Milliron, Bianca Rudolph and Lawrence Rudolph | | | | | | | |
| 502 | Erin Newton | Summary Exhibit - Import of Animal Tropies | | | | | | | |
| 503 | Erin Newton | Summary Exhibit - Calendar of Milliron Cash Deposits | | | | | | | |
| 504 | Erin Newton | Summary Exhibit - Life Insurance Payouts | | | | | | | |
| 505 | Erin Newton | Summary Exhibit - Credit Card Usage | | | | | | | |
| | | | | | | | | | |
| 3500 | | Interview Report of Wood, Valerie - 11/08/2016 | | | | | | | |
| 3501 | | Interview Report of Meyer, Helen  - 05/16/2019 | | | | | | | |
| 3502 | | Interview Report of Finizio, Ralph - 05/17/2019 | | | | | | | |
| 3503 | | Interview Report of Finizio, Vince - 06/11/2019 | | | | | | | |
| 3504 | | Interview Report of Chibesa, Vincent - 06/18/2019 | | | | | | | |
| 3505 | | Interview Report of Yeyenga, Roston - 06/19/2019 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3506 | | Interview Report of Jani, Francis - 06/19/2019 | | | | | | | |
| 3507 | | Interview Report of Mboloma, Kennedy - 06/20/2019 | | | | | | | |
| 3508 | | Interview Report of Maswahu, Daniel - 06/18/2019 | | | | | | | |
| 3509 | | Interview Report of Musazulwa, Grace - 06/18/2019 | | | | | | | |
| 3510 | | Interview Report of Malama, Boyd  - 06/18/2019 | | | | | | | |
| 3511 | | Interview Report of Wood, Valerie - 07/22/2019 | | | | | | | |
| 3512 | | Interview Report of Grimley, Anna - 10/09/2019 | | | | | | | |
| 3513 | | Interview Report of Wood, Valerie - 10/09/2019 | | | | | | | |
| 3514 | | Interview Report of Sanchez, Rochelle - 01/31/2020 | | | | | | | |
| 3515 | | Interview Report of Swanepoel, Mark - 1/11/2020 | | | | | | | |
| 3516 | | Interview Report of Swanepoel, Mark - 02/04/2020 | | | | | | | |
| 3517 | | Interview Report of Wagner, Deborah - 02/25/2020 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3518 | | Contact with Grimley, Anna Report - 11/15/2019 | | | | | | | |
| 3519 | | Contact with Stemple, Marcus Report - 11/15/2019 | | | | | | | |
| 3520 | | Interview Report of Meyer, Helen - 11/24/2019 | | | | | | | |
| 3521 | | Interview Report of Finizio, Ralph and Finizio, Vince - 11/25/2019 | | | | | | | |
| 3522 | | Contact with Grimley, Anna Report - 12/05/2019 | | | | | | | |
| 3523 | | Interview Report of Westhassel,  Otto - 05/19/2020 | | | | | | | |
| 3524 | | Interview Report of Stemple, Marcus - 11/23/2019 | | | | | | | |
| 3525 | | Meeting with Finizio, Vince Report - 09/10/2020 | | | | | | | |
| 3526 | | Interview Report of Calgaro, Chris - 10/23/2020 | | | | | | | |
| 3527 | | Inverview Report of Loosle, Rhonda - 10/20/2020 | | | | | | | |
| 3528 | | Interview Report of Weaver, Levi - 10/09/2020 | | | | | | | |
| 3529 | | Interview Report of Gritton, Sue - 11/17/2020 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3530 | | Interview Report of Rudolph, Julian - 08/09/2020 | | | | | | | |
| 3531 | | Interview Report of Finizio, Eugenia and Finizio, Ralph - 09/09/2020 | | | | | | | |
| 3532 | | Interview Report of McClure, Barbara - 09/17/2020 | | | | | | | |
| 3533 | | Email from Swanepoel, Pieter - 02/11/2021 | | | | | | | |
| 3534 | | Interview Report of Swanepoel, Pieter and Swanepoel, Lucia - 01/28/2021 | | | | | | | |
| 3535 | | Interview Report of Arnold, Charlene - 01/12/2021 | | | | | | | |
| 3536 | | Phone Call with Dr. Cina Report - 01/14/2021 | | | | | | | |
| 3537 | | Meeting with Dr. Cina Report - 04/22/2021 | | | | | | | |
| 3538 | | Vincent Chibesa Transfer of Custody - 05/04/2021 | | | | | | | |
| 3539 | | Interview Report of Murphy, Andi - 05/14/2021 | | | | | | | |
| 3540 | | Contact with Weaver, Levi - 09/24/2021 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3541 | | Interview Report of Giustini, Anthony - 08/20/2021 | | | | | | | |
| 3542 | | Contact with Finizio, Ralph and Finizio, Vince - 05/27/2021 | | | | | | | |
| 3543 | | Interview Report of Morlock, Gilbert - 01/15/2021 | | | | | | | |
| 3544 | | Interview Report of Swanepoel, Mark - 11/23/2021 | | | | | | | |
| 3545 | | Grimley, Anna Anonymous Call to FBI Public Access Line - 01/24/2017 | | | | | | | |
| 3546 | | Interview Report of Grimley, Anna - 02/15/2017 | | | | | | | |
| 3547 | | Interview Report of Lovelace, Brian - 01/24/2022 | | | | | | | |
| 3548 | | Interview Report of Finizio, Vince - 01/20/2022 | | | | | | | |
| 3549 | | Interview Report of Swanepoel, Pieter - 01/27/2022 | | | | | | | |
| 3550 | | Interview Report of Olmstead, Cassandra - 03/16/2022 | | | | | | | |
| 3551 | | Interview Report of Babaz, Paul - 03/10/2022 | | | | | | | |
| 3552 | | SCI Roster | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3553 | | Interview Report of Finizio, Ralph - 03/23/2022 | | | | | | | |
| 3554 | | Interview Report of Anders, Rachel - 03/24/2022 | | | | | | | |
| 3555 | | Meeting with Bradtmiller, Bruce Report - 03/28/2022 | | | | | | | |
| 3556 | | Interview Report of Gorman, William - 03/29/2022 | | | | | | | |
| 3557 | | Interview Report of Olmstead, Cassandra - 04/19/2022 | | | | | | | |
| 3558 | | Interview Report of Howard-Davies, Adan - 04/19/2022 | | | | | | | |
| 3559 | | Video call with Finizio, Ralph and Finizio, Vince Report - 04/19/2022 | | | | | | | |
| 3560 | | Interview Report of Parsons, Richard - 03/31/2022 | | | | | | | |
| 3561 | | Interview Report of Houck, Sherry - 03/30/2022 | | | | | | | |
| 3562 | | Witness Notifications Report - 01/11/2022 | | | | | | | |
| 3563 | | Interview Report of Brian Lovelace - 04/20/2022 | | | | | | | |
| 3564 | | Evidence Examination Report DeFrance, Charles - 04/28/2022 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3565 | | Interview Report of Howard-Davies, Adan - 04/26/2022 | | | | | | | |
| 3566 | | Interview Report of Smith, Alain - 04/21/2022 | | | | | | | |
| 3567 | | Interview Report of Swanepoel, Pieter - 05/05/2022 | | | | | | | |
| 3568 | | Interview Report of Mboloma,  Kennedy - 05/05/2022 | | | | | | | |
| 3569 | | Interview Report of Howar- Davies, Adan - 05/09/2022 | | | | | | | |
| 3570 | | Interview Report of Loosle, Rhonda - 05/18/2022 | | | | | | | |
| 3571 | | Interview Report of Malama, Boyd - 05/03/2022 | | | | | | | |
| 3572 | | Interview Report ofBanda,  Mweene " Casious" - 05/05/2022 | | | | | | | |
| 3573 | | Interview Report of Mirabelli, Greg - 05/24/2022 | | | | | | | |
| 3574 | | Interview Report of Chibesa, Vincent - 05/02/2022 | | | | | | | |
| 3575 | | Interview Report of Maswahu, Daniel - 05/02/2022 | | | | | | | |
| 3576 | | Interview Report of Musese, Masuka - 05/04/2022 | | | | | | | |

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 3577 | | Interview Report of Jani, Francis - 05/03/2022 | | | | | | | |
| 3578 | | Interview Report of Musazulwa, Grace - 05/02/2022 | | | | | | | |
| 3579 | | Interview Report of Yeyenga, Roston - 05/06/2022 | | | | | | | |