**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.  **LAWRENCE RUDOLPH** and
    2.  **LORI MILLIRON**,

      Defendant.

---

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

---

The United States of America seeks leave to ask any questions contained in the original proposed joint questionnaire, ECF No. 113-1, that are not otherwise asked of jurors and any related follow-up questions arising from the answers. In addition, the government asks for permission to select from among the following *voir dire* questions:

1. Could you please tell me where you are currently employed or where you worked most recently? Where is your spouse/significant other employed now, or where they worked most recently?

2. Have you or a spouse or child ever served in the military?

3. What is your marital status?

4. What are your hobbies?

5. What bumper stickers do you have on your car, if any?

6. Have you ever interacted with law enforcement in another country?

7. What is your view of the United States government? Would these views affect your ability to be fair and impartial in this case?

8. Have you or any members of your family ever been engaged in a lawsuit against the United States government or a department of the United States government?

9. Have you are any members of your family filed a complaint, administrative or other action, against the United States government or a department of the United States government?

10. What are your attitudes and beliefs about people who have chosen law enforcement as their profession?

11. Have you read or seen in the news reports involving allegations of misconduct by law enforcement? How do you feel about those reports? Is there anything about this knowledge that would affect your ability to be fair and impartial in this case?

12. Do you think it is appropriate as a juror in a criminal case to base your vote on "sending a message" to law enforcement?

13. Does anyone watch any crime TV shows like CSI? How about true-crime podcasts? Which ones? How often?

14. Do you think that these types of shows realistically portray the process of gathering and analyzing evidence?

15. Do you have certain expectations of the government based on your experience with these shows?

16. Do you have strong position or negative feelings about insurance companies? If you have a bad experience with an insurance company, what was it? Would that impact your

ability to remain fair and impartial in a case involving insurance companies?

17. Has anyone previously been called to jury service? Did you actually sit as a juror? Civil or criminal case? What jurisdiction? Where you able to reach a verdict? Did you serve as the foreperson?

18. What about service on a grand jury?

19. In your personal or professional life, do you make decisions based on drawing inferences from information that is presented to you? Can you give an example of a time when you did this? Do you make these inferences using reason and common sense or do you only make the decision based on absolute certainty?

20. Do you feel comfortable assessing the credibility of witnesses? What do you look to in your everyday life to assess credibility of people you interact with?

21. This is a criminal trial. Your duty, as jurors, will be to determine whether or not the defendant is guilty of the crime charged in the indictment based on the evidence in the case. It is the judge's duty to determine what punishment, if any, may be imposed in the event of a guilty verdict. Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of punishment which ultimately may be imposed as result of your verdict?

22. Is there anyone who believes they cannot adhere to the Judge's instruction to follow the law? In other words, does everyone understand that if you are selected as a juror, it will be your obligation to follow the law – even if you might personally disagree with it? If you think this may be a problem for you, please explain.

23. Given the COVID-19 pandemic, are any of you uncomfortable serving as a juror? Why?

24. If you are selected as a juror in this case, you will take an oath to decide this case to the best of your ability based on the evidence. It may be a difficult task; it may be hard. But if the evidence is insufficient to prove the defendant guilty beyond a reasonable doubt, your oath will require that you come out of the jury room and tell the defendant that you have found him/her not guilty. Can you give me your assurance that you can do that?

25. But if the evidence proves the defendant committed the crime beyond a reasonable doubt, your oath will require that you come out of the jury room and tell the defendant that you have found him/her guilty. Can you give me your assurance that you can do that?

26. There are many people who, for a variety of reasons, may be uncomfortable with returning a verdict of guilty in a criminal case. That hesitation, that discomfort, might come from personal feelings, political views, religious beliefs, and/or from dissatisfaction with the criminal justice system. Assuming that the government has done their job and proved the defendant guilty beyond a reasonable doubt, do you have any views or beliefs or feelings that would cause you to hesitate to convict the defendant?

27. If you are selected as a juror and hear this case, you will be required to deliberate with eleven other jurors. This will require you to discuss the evidence and the law in this case with those other jurors. Is there anything that might interfere with your ability to deliberate and reach a verdict in this case? Is there anything that leads you to believe that you might be unable or unwilling to engage in such discussions with your fellow jurors?

28. Do you believe that our laws provide criminals with too many rights? Too few rights?

29. The government does not have a burden that goes beyond proving the elements of the crime. For example, the government does not have to prove to you why other foreign or

private investigations reached specific decisions. Can you assure me that you will require that the government prove the elements of the crime to convict, but that you will not go beyond that and require the government to prove every fact in the case?

30. As a juror, you must put aside any emotional feelings, any bias, any sympathy for or prejudice against people who own firearms, who hunt, or who engage in extra-marital affairs, and decide this case on the facts. Does anyone here have any feelings of sympathy for or prejudice against people who own firearms, who hunt, or who engage in extra-marital affairs that might interfere with your ability to be fair and decide this case solely on the facts?

31. Evidence may be direct or circumstantial. Direct evidence is direct proof of a fact, such as testimony by a witness about what the witness personally saw or heard or did. Circumstantial evidence is indirect evidence that is proof of one or more facts from which you can find another fact. Either direct or circumstantial evidence can be the basis of a criminal conviction if the prosecution meets their burden of proof. Will you be able to rely on circumstantial evidence and base your conviction upon it if the prosecution meets their burden of proof?

32. Do any of you feel you would not be able to convict the defendant, despite the strength of the evidence, unless there was direct evidence?

33. The government is not required to prove the defendant's motive in this case. The government does not have to prove why someone committed a crime, if the government proves the elements of the crime as set forth by the judge. People commit crimes for many reasons. A person may commit a crime because he/she wants to, to impress his/her

friends, to feel important or powerful, for a thrill, or to express anger or violent feelings. You may find after listening to the evidence that motive has been established, or you may never determine the defendant's motive. But if the evidence proves that the defendant acted with the intent required by law and committed the crime, can you give me your assurance that you will find the defendant guilty regardless of the motive for his crime?

Dated this 22nd day of June, 2022

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: /s Bryan Fields
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By: /s E. Garreth Winstead
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

By: /s J. Bishop Grewell
J. Bishop Grewell
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bishop.Grewell@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                                    *s/ Bryan Fields*
                                                    United States Attorney's Office