# Report of Laboratory Examination

## In the Case of U.S. v. LAWRENCE RUDOLPH and LORI MILLIRON

## HQDL File No. 6549

*Prepared for*
*David O. Markus, Esq.*
*Markus Moss, PLLC*
*40 NW 3rd Street, PH 1*
*Miami, FL 33128*

*by*
*Dianne C. Flores, Forensic Document Examiner*
*Hart & Flores Questioned Document Laboratory, Inc.*
*11226 SW 156th Place*
*Miami, Florida 33196*
*Telephone     (305) 596-4946*
*e-mail        hqdl2@aol.com*

*June 14, 2022*

*Table of Contents*

**Disputed Documents** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Specimen Documents** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Purpose of the Examination** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**Examination** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

**Results of the Examination** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**Remarks** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

# *Report of Laboratory Examination*

This report makes reference to an examination of original and machine copied documents received via courier on 05/26/22 from David O. Marcus, Esq. of Markus Moss, PLLC.

## Disputed Documents

Q1₁₋₃₀  One (1) original thirty (30) page Agreement dated 08/25/00 that is described as bearing the questioned signature, "Bianca T. Rudolph."

Q2₁₋₃₂  One (1) original thirty-two (32) page Agreement dated 08/25/00 that is described as bearing the questioned signature, "Bianca T. Rudolph."

## Specimen Documents

K1₁₋₆  One (1) original six (6) page Power of Attorney dated 01/12/90 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K2₁₋₂₉  One (1) original twenty-nine (29) page Insurance Trust Agreement dated 08/27/90 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K3₁₋₂  One (1) machine copy of a two (2) page Transamerica Life Companies Application Part 2 Paramedical History dated 10/08/03 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K4₁₋₂  One (1) machine copy of a two (2) page Transamerica Occidental Life Ins. Co., Life Insurance Application for One Life Part 1 dated 01/07/04 that is described as bearing the uncontested signature of Bianca Rudolph.

K5  One (1) machine copy of a Transamerica Occidental Life Co. Application Supplement dated 01/17/0 that is described as bearing the uncontested signature of Bianca Rudolph.

K6  One (1) original United States of America Passport No. 017938248 issued 11/27/06 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K7₁₋₄  One (1) machine copy of a four (4) page American General Life Companies, Life Insurance Application Part B dated 08/07/10 that is described as bearing the uncontested signature of Bianca Rudolph.

K8₁₋₂  One (1) original Transamerica Life Ins. Co. Application Part 2, Non-Medical Health History dated 09/25/10 that is described as bearing the uncontested signature of Bianca Rudolph.

K9  One (1) original Transamerica Life Ins. Co. Application Supplement Residency & Travel Questionnaire dated 09/25/10 that is described as bearing the uncontested signature of

Bianca Rudolph.

K10₁₋₃ One (1) original three (3) page Transamerica Life Ins. Co. Individual Life Insurance Application for One Life Part 1 dated 09/27/10 that is described as bearing the uncontested signature of Bianca Rudolph.

K11₁₋₃ One (1) original undated three (3) page Transamerica Life Ins. Co. Notice and Consent for HIV-Related Testing Pennsylvania that is described as bearing the uncontested signature of Bianca Rudolph.

K12 One (1) original Transamerica Life Ins. Co. HIPAA Authorization for Release of Health-Related Information dated 09/27/10 that is described as bearing the uncontested signature of Bianca Rudolph.

K13 One (1) machine copy of a AAA Life Ins. Co. Group Term Life Insurance Application dated 03/27/12 that is described as bearing the uncontested signature of Bianca Rudolph.

K14 One (1) machine copy of an Acceptance of Community Property With Right of Survivorship dated 03/30/12 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K15₁₋₂ One (1) machine copy of a two (2) page AAA Life Insurance Company Group Term Life Insurance Application dated 05/05/12 that is described as bearing the uncontested signature of Bianca Rudolph.

K16₁₋₄ One (1) machine copy of a four (4) page UNIFI Companies Application for Insurance Health Questionnaire and Agreement dated 08/12/12 that is described as bearing the uncontested signatures of Bianca Rudolph.

K17₁₋₆ One (1) machine copy of a six (6) page UNIFI Companies Application for Insurance Personal Information dated 02/16/14 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K18 One (1) machine copy of a UNIFI Companies Part II - Medical dated 03/26/14 that is described as bearing the uncontested signature of Bianca Rudolph.

K19 One (1) original Pennsylvania Driver's License issued 11/03/15 that is described as bearing the uncontested signature of Bianca Rudolph.

K20 One (1) original Arizona Driver's License issued 03/17/16 that is described as bearing the uncontested signature of Bianca Rudolph.

K21₁₋₉ One (1) machine copy of a nine (9) page Will of Bianca T. Rudolph dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K22₁₋₂₈ One (1) machine copy of a twenty-two (22) page General Dural Power of Attorney of Bianca T. Rudolph dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K23     One (1) machine copy of an Assignment of Personal Property dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K24₁₋₃   One (1) machine copy of a three (3) page The Rudolph Trust dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K25₁₋₃   One (1) machine copy of a three (3) page Beneficiary Deed dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K26₁₋₃   One (1) machine copy of a three (3) page Living Will of Bianca T. Rudolph dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K27     One (1) machine copy of page 8 of the Law Will and Testament of Lawrence P. Rudolph dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K28     One (1) machine copy of page 18-10 of the Rudolph Trust dated 04/25/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K29     One (1) original United States of America Passport No. 5457020647 issued on 04/26/16 that is described as bearing the uncontested signature of Bianca T. Rudolph.

K30     One (1) machine copy of a Hunter's Air 2000 Support Credit Card Authorization dated 05/30/16 that is described as bearing the uncontested signature of Bianca Rudolph.

K31     One (1) original AAA Life Ins. Co. Request for Change Beneficiary/Name dated 09/14/16 that is described as bearing the uncontested signature of Bianca Rudolph.

## Purpose of the Examination

The previously described documents were examined in an effort to determine, if possible, whether Bianca T. Rudolph (K1 through K31) signed her name where it appears on the two (2) Agreements at issue in this case (items Q1₁₋₃₀ and Q2₁₋₃₂).

## Examination

The original disputed documents, items Q1 and Q2, were submitted for laboratory examination along with several original specimens (described above). Each page of the original questioned documents were processed on the ElectroStatic Detection Apparatus (ESDA) for any evidence of latent writing impressions. Latent writing impressions are created when something has been written on top of the individual pages and/or multiple pages of the document being processed. The ESDA lifts recorded latent writing impressions as follows.

| Item # | Results | What does it mean? |
|--------|---------|--------------------|
| Q1-2 | Impression of date and age change from item Q1-1 | Page Q1-1 was sitting over Q1-2 when the date was written and the age changed. |
| Q1-3 | Impression of date and age change from item Q1-1 | Page Q1-1 was sitting over both pages Q1-2 and Q1-3 when the date was written and the age changed. |

| Q1-4 | Very light impressions of the date and age change | Page Q1-1 was sitting over pages Q1-2 through Q1-4 when the date was written and the age changed. |
|---|---|---|
| Q1-5 | Light impression of the age change | Page Q1-1 was sitting over pages Q1-2 through Q1-5 when the age was changed. |
| Q1-27 | Impressions of all the writing on page Q1-26 | Page Q1-26 was fully written on while it was sitting over Q1-27. |
| Q1-28 | Impressions of all the writing on page Q1-26, but Mrs. Rudolph's signature, the word "Witness:" and the date are very light | Q1-26 was fully written on while it was sitting over Q1-27 and Q1-28. |
| Q1-29 | Light impressions from Q1-26 of Mr. Rudolph's signature and the word "Witness:", but the witness signature is still dark | Mr. Rudolph's signature, the word "Witness:" and the witness's signature from item Q1-26 were written while that page sat over Q1-27 through Q1-29.[1] |
| Q1-30 | Light impression of the witness signature only from Q1-26 | The witness signed item Q1-26 while that page was sitting over Q1-27 through Q1-30 |
| Q2-2 | Impression of date and age change from Q2-1 | Page Q2-1 was sitting over Q2-2 when the date was written and the age changed |
| Q2-3 | Impression of date and age change from Q1-1 | Page Q2-1 was sitting over both pages Q2-2 and Q2-3 when the date was written and the age changed. |
| Q2-14 | Impression of a handwritten notation from an unknown source as follows: "? Not worth % @ time of Sep" | A notation was written while sitting over item Q2-14. |
| Q2-16 | A partial impression of a handwritten notation from an unknown source that is deciphered as follows: "? _____ worth give 50,000" | A notation was written while sitting over item Q2-16. |
| Q2-17 | Same impression as that observed in item Q2-16 | A notation was written while sitting over both Q2-16 and Q2-17. |
| Q2-18 | Same impression as that observed in Q2-16 and Q2-17, just lighter | A notation was written while sitting over Q2-16 through Q2-18. |
| Q2-27 | Impressions of all the writing on page Q2-26 | Page Q2-26 was fully written on while it was sitting over Q2-27. |

---

[1]Latent writing impressions will appear lighter and lighter until they disappear the further they get from the page directly under the handwritten item.

| Q2-28 | Impressions of all the writing on page Q2-26 | Q2-26 was fully written on while it was sitting over both Q2-27 and Q2-28. |
|---|---|---|
| Q2-29 | Impressions of most of the writing on page Q2-26, however, the date is no longer visible and Mrs. Rudolph's signature is very light | Item Q2-26 was written while that page sat over pages Q2-27 through Q2-29, but the date is no longer visible. |
| Q2-30 | Partial impression of Mr. Rudolph's signature and most of the witness signature from Q2-26 observed | Item Q2-26 was signed by Mr. Rudolph and the witness while it was sitting over Q2-27 through Q2-30. |
| Q2-32 | Partial letter impressions from an unknown source | Another sheet was sitting over item Q2-32 when certain undecipherable/partial notations were written. |

The original questioned Post-Nuptial Agreements (Q1 and Q2) were examined side-by-side to determine if there were any differences between them. There are no staple holes or watermarks on any of the pages of either document. The paper brighteners compared using UV lighting are consistent with all pages of both documents except for the copy of the check attached to the back of item Q2 (Q2-31), and the lined yellow paper (Q2-32). The margins, font, and page numbering of each page in Q1, and Q2 are also consistent. The date, "August 25th", which was written on the 1st page of each document, was written by two (2) different writers. There are *indications* that the person who wrote the date on item K2-1 also wrote the date on item Q2-1, but additional samples of that person's printed writing would need to be submitted before a stronger opinion can be rendered about the date's author.

The two questioned documents (Q1 and Q2) were also examined using the dichroic filter[2] followed by the VideoSpectral Comparator[3] (VSC4CX) in order to differentiate between inks that may appear identical to the naked eye. The dichroic filter and VSC examination results are as follows:

| Item # | Ink Examination | What does it mean? |
|---|---|---|
| Q1-1/ Q2-1 | All writing had a positive red dichroic reaction, but the luminescence under the VSC was different between the two pages. | The date and age change on item Q1-1 was written with a different ball point pen containing black ink than the one used to fill in the date and age change on Q2-1. |

---

[2]The dichroic filter consists of two (2), 2 X 2 gelatin filters (blue and orange), held together by a plastic frame of the same size. The filter is held between the ink writing on a paper and a light source. When observed through the dichroic filter, some inks appear purple or red, which is considered a positive dichroic reaction. Some inks will have no dichroic reaction. The VSC examination usually confirms the findings of the dichroic filter, but is even more reliable.

[3]The VSC allows documents with original ink to be examined using different settings in the light spectrum. Depending on the setting, certain inks will either fade, luminesce (brighten) or remain unchanged depending on the components of the ink. Like the dichroic filter, this is a non-destructive ink analysis used for differentiation between inks that appear to be the same color to the naked eye.

| Q1-26/ Q2-26 | Mr. Rudolph's signature, the word "Witness:," the date, and the signature line had a positive red dichroic reaction.<br><br>Mrs. Rudolph's signature and that of the witness had a negative reaction. The VSC confirmed results observed using the filter. | Mr. Rudolph signed with the same type of ink used to write the date on Q1-1, as well as the words "Witness:," the date, and the signature line on both Q1-26 and Q1-27.<br><br>Mrs. Rudolph's signature and that of the witness were written with the same type of ink in both documents, different from the date on Q2-1. |
|---|---|---|
| Q2-32 | The entire document was written and signed using a ball point pen containing black ink with a positive red dichroic reaction except the overwriting "7,000," the date , the last sentence on the page, and the signatures of both the witness and Mrs. Rudolph. *(See figure 1 below)* | The exceptions described to the left from the exam of item Q2-32 were written with the same type of ink as the witness signature and Mrs. Rudolph's signature from items Q1-26 and Q2-26. |



Figure 1

All signatures appearing on items Q1 and Q2 were examined microscopically for any evidence of poor line quality defects commonly associated with simulations. The signatures all appear naturally and fluently executed. There is no evidence of poor line quality. The signatures and writing all were written with ball point pens containing black ink (which are more specifically differentiated above). The original uncontested specimens submitted were also examined microscopically and agree in line quality with the questioned signatures.

Thirty-one (31) documents containing thirty-three (33) uncontested specimen signatures were submitted for examination against the questioned signatures on the two Post-Nuptial Agreements (Q1 and Q2). The specimen signatures attributed to Mrs. Rudolph were first examined for internal consistency. The specimens appear on normal course of business documents consisting of both formal and receipt style signatures. The signatures both pre-date and post-date the questioned which is dated 08/25/00. The closest signature was written within 3 ½ years of the questioned documents. The specimens submitted show natural variation from one to the next with good writing ability. The signatures attributed to Mrs. Rudolph did not change much throughout the extended time period based on the samples provided. The greatest deviations observed appear in the signatures from 2014 through 2016. The specimens submitted are considered adequate in both quantity and quality for the stated purpose of this examination.

Comparison charts of the disputed signatures from items Q1 and Q2 against the uncontested specimens (K1 – K31), were prepared as part of the examination in this case. Copies of the charts are attached to the back of this report for ease of reference.

Subsequently, the questioned and uncontested signatures were examined side-by-side. No significant differences were noted between the two sets of writing. The questioned and uncontested signatures agree in slant, spacing, proportions, line placement, letter formation, and connections of strokes. In addition, the three (3) questioned signatures are different from each other (not identical), which is further evidence of genuineness, however, due to the unavailability of any signatures from the year 2000, it is not possible to fully identify Mrs. Rudolph at this time.

The comparison of questioned and uncontested signatures was conducted using accepted methodology in the field of Forensic Document Examination, and following industry-wide standards. It is my professional opinion, in accordance with scientific probability, that Bianca T. Rudolph (K1 – K31) *very probably* signed her name where it appears on the questioned Agreements (Q1 and Q2).

## Results of the Examination

Examination and comparison of the questioned and specimen documents as described in greater detail in the body of this report leads to the following conclusions:

1.   Bianca T. Rudolph *very probably* signed her name where it appears on both items Q1 and Q2.[4]

---

[4]SWGDOC Terminology for Expressing Conclusions of Forensic Document Examiners Section 4.1 defines *very probable* as ... "the evidence is very persuasive, yet some critical feature or quality is missing so that an identification is not in order; however, the examiner is virtually certain that the questioned and known writings were written by the same individual."

2. If uncontested specimen signatures from the 2000 time period are located, they should be submitted for additional examination.

## Remarks

The original and machine copied documents submitted will be returned upon request.

Respectfully submitted,

Dianne C. Flores
Forensic Document Examiner

HQDL 6549
Chart 1

**Questioned Signature(s)**          **Specimen Signatures - Bianca Rudolph**

Q1-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

Q2-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

Q2-32
Addendum
08/25/00

K1-5
POA
01/12/90

K2-25
Ins Trust
Agreement
08/27/90

K3-1
Life Ins
Medical
History
10/08/03

Signature of Proposed Insured

K4-2
Life Ins
Application
01/07/04

Signature of Proposed Insured (or parent or guardian)

K5
Application
Supplement
01/17/04

Proposed Insured

K6
Passport
11/27/06

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

K7-4
Life Ins
Application
08/07/10

Proposed Insured (if under age 18, signature of parent or guardian)

K8-2
Life Ins. App.
Non-Medical
09/25/10

Signature of Proposed Insured

K9
Ins. App.
Questionnaire
09/25/10

Proposed Insured

K10-3
Ins App.
09/27/10

HERE

City-State

Signature of Proposed Insured (or parent or guardian if Proposed Insured is a minor)

K11-2
Notice and
Consent
Undated

Signature of Proposed Insured

Items K19 and K20 enlarged 150%

HQDL 6549
Chart 2

**Questioned Signature(s)**

**Specimen Signatures - Bianca Rudolph**

Q1-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

K12
HIPAA
Authorization
09/27/10

HERE →                    this authorization

Signature of Primary Proposed Insured/Patient or Personal Representa

Q2-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

K13
AAA Life Ins.
03/27/12

Member Signature

Q2-32
Addendum
08/25/00

K14
Acceptance
03/30/12

Bianca T. Rudolph

K15-2
AAA
05/05/12

Member Signature

K16-2
UNIFI App
for Ins
08/12/12

K16-3
UNIFI
Agreement
08/12/12

Print or Type Proposed Insured Name

X

Signature of Proposed Insured

K16-4
UNIFI
Authorization
08/12/12

Print or Type Name of Proposed Insured

X

Signature of Proposed Insured

K17-6
UNIFI App.
Agreement
02/16/14

Proposed Insured Name

X

Signature of Proposed Insured.

K18
UNIFI
Medical
03/26/14

claim

X

K19
PA Driver's
License
11/03/15

Items K19 and K20 enlarged 150%

HQDL 6549
Chart 3

**Questioned Signature(s)**

**Specimen Signatures - Bianca Rudolph**

Q1-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

Q2-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

Q2-32
Addendum
08/25/00

K20
Arizona
Driver's
License
03/17/16

K21-8
Will
04/25/16

K22-27
General POA
04/25/16

Bianca T. Rudolph, Principal

K23
Assignment
04/25/16

Bianca T. Rudolph, Assignor

K24-3
Article One
04/25/16

Bianca T. Rudolph, Trustmaker and Trustee

K25-2
Beneficiary
Deed
04/25/16

Bianca T. Rudolph, Grantor

K26-2
Living Will
04/25/16

Bianca T. Rudolph, Principal

K27
Will
04/25/06

Bianca T. Rudolph, Witness

Items K19 and K20 enlarged 150%

HQDL 6549
Chart 4

## Questioned Signature(s)

Q1-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

Q2-26
Agreement
08/25/00

BIANCA RUDOLPH/Wife

Q2-32
Addendum
08/25/00

## Specimen Signatures - Bianca Rudolph

K28
Rudolph
Trust
04/25/16

Bianca T. Rudolph, Trustmaker and Trustee

K29
Passport
04/26/16

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

K30
Authorization
05/30/16

K31
AAA Change
of Beneficiary
09/14/16

Signature of Policy Owner

Items K19 and K20 enlarged 150%

# Hart & Flores Questioned Document Lab, Inc.
## 11226 SW 156th Place • Miami, Florida 33196

Telephone 305•596•4946

### Curriculum Vitae of Dianne C. Flores

## PROFESSIONAL EXPERIENCE
**HART & FLORES QUESTIONED DOCUMENT LABORATORY, INC. (2008 - PRESENT) - F/D/B/A**
**HART QUESTIONED DOCUMENT LABORATORY, INC. (1983 - 2008)**                      *MIAMI, FL*
*Laboratory Technician*                                                 *Aug. 1999 to Aug. 2004*
*Forensic Document Examiner*                                            *Sept. 2006 to Present*

## CERTIFICATION
*Diplomate        Board of Forensic Document Examiners*
*                 Certification - 2014*
*                 Re-Certified - 2019*

## PRESENTATION OF PROFESSIONAL PAPERS
*"Dateable Signatures"*
*SAFDE - Atlanta, GA - 2006*

## PROFESSIONAL ASSOCIATIONS
*Regular Member              Southeastern Association of Forensic Document Examiners (SAFDE)*

*Associate Member            American Academy of Forensic Sciences (AAFS)*

## CONTINUING EDUCATION AND PROFESSIONAL MEETINGS ATTENDED

| | |
|---|---|
| *April, 2006* | *Southeastern Association of Forensic Document Examiners, Atlanta, GA* |
| *February, 2007* | *American Academy of Forensic Sciences, San Antonio, TX* |
| *April, 2007* | *Southeastern Association of Forensic Document Examiners, Atlanta, GA* |
| *August, 2007* | *American Society of Questioned Document Examiners, Boulder, CO* |
| *September, 2007* | *Midwestern Association of Forensic Scientists, Traverse City, MI* |
| *February, 2008* | *American Academy of Forensic Sciences, Washington, DC* |
| *April, 2008* | *Southeastern Association of Forensic Document Examiners, Atlanta, GA* |
| *August, 2008* | *American Society of Questioned Document Examiners, Asheville, NC* |
| *February, 2009* | *American Academy of Forensic Sciences, Denver, CO* |
| *April, 2009* | *Southeastern Association of Forensic Document Examiners, Peachtree, GA* |
| *April, 2011* | *Southeastern Association of Forensic Document Examiners, Duluth, GA* |
| *February, 2013* | *American Academy of Forensic Sciences, Washington, DC* |
| *October, 2013* | *Association of Forensic Document Examiners, Lombard, IL* |
| *April, 2014* | *Southeastern Association of Forensic Document Examiners, Duluth, GA* |
| *October, 2014* | *Association of Forensic Document Examiners, West Valley City, UT* |

| February, 2015 | American Academy of Forensic Document Examiners, Orlando, FL |
| April, 2016 | Southeastern Association of Forensic Document Examiners, Duluth, GA |
| February, 2017 | American Academy of Forensic Sciences, New Orleans, LA |
| February, 2018 | American Academy of Forensic Sciences, Seattle, WA |
| April , 2018 | Southeastern Association of Forensic Document Examiners, Decatur, GA |
| February, 2019 | American Academy of Forensic Sciences, Baltimore, MA |
| April, 2019 | Southeastern Association of Forensic Document Examiners, Pensacola, FL |
| February, 2020 | American Academy of Forensic Sciences, Anaheim, CA |
| February, 2021 | American Academy of Forensic Sciences, Fully Online |
| September, 2021 | Southeastern Association of Forensic Document Examiners, Fully Online |
| February, 2022 | American Academy of Forensic Sciences, Attended Virtually |

### PROFESSIONAL TRAINING WORKSHOPS TAUGHT

| June, 2006 | Document Examination Workshop for beginning experts from the Dominican Republic through Florida International University |
| Aug., 2006 | Signature training provided to Miami-Dade County Elections Employees |
| Dec., 2010 | Signature training provided to Miami-Dade County Clerk of Circuit Courts Employees |
| Jan., 2012 | Signature training provided to Miami-Dade County Elections Employees |
| Jan., June & Aug, 2016 | Signature training provided to Miami-Dade County Elections Employees |
| May, 2018 | Signature training provided at the Elections Summer Meeting Conference |
| June, 2018 | Signature training provided to Duval County Elections Employees |
| June & Oct., 2018 | Signature training provided to Miami-Dade County Elections Employees |
| Feb., July & Oct., 2020 | Signature training provided to Miami-Dade County Elections Employees |

### PROFESSIONAL EDUCATION WORKSHOPS ATTENDED

| "Fine" & "Subtle" Elements of Handwriting Workshop | 2007 - SAFDE -  Atlanta, GA |
| "Examining Documents Requiring a Multi-Faceted Approach" | 2007 - MAFS - Traverse City, MI |
| "Authenticating and Dating Questioned Documents" | 2007 - ASQDE - Boulder, CO |
| "Courtroom Testimony for Forensic Document Examiners" | 2007 - MAFS - Traverse City, MI |
| "Forensic Examination of Computer Generated Documents" | 2007 - MAFS - Traverse City, MI |

*"Printing Techniques for Questioned Document Examiners"*          2007 - RIT- Rochester, NY

*"The Changing Face of American Handwriting"*          2008 - SAFDE - Atlanta, GA

*"Typography - Testing to Testimony"* and *"Business Records"*   2008 - ABFDE/ASQDE - Asheville, NC

*"Inkjet Technology and Forensic Examinations"*          2009 - SAFDE - Peachtree, GA

*"Indentation Sequencing Workshop"*          2011 - AAFS - Chicago, IL

*"Printing Process Identification for FDEs"*          2013 - AFDE - Lombard, IL

*"Signature Examination of Healthy & Impaired Writers"*          2013 - AAFS - Washington, DC

*"Classification & Identification of Typewritten Documents"*          2014 - SAFDE - Duluth, GA

*"The Examination of Skillfully Simulated Signatures"*          2015 - AAFS - Orlando, FL

*"Difficult Signature Examination Workshop"*          2016 - SAFDE - Duluth, GA

*"Photoshop Actions for Document Examiners Workshop"*          2016 - SAFDE - Duluth, GA

*"Bias and Contextual Information"*          2018 - SAFDE - Decatur, GA

*"Pikaso Write-On 3.0"*          2018 - SAFDE - Decatur, GA

*"Latin Handwriting and Signatures Workshop"*          2019 - SAFDE - Pensacola, FL

*"Deciphering and Associating Complex Indented Writing Impressions"*   2019 - SAFDE - Pensacola, FL

*"A Complete Introduction to Digitally Captured Signatures..."*          2021 - AAFS - Fully Online

*"Technology & Design of Security Docs for Counterfeiting & Alteration Resistance"*          2021 - SAFDE

## EDUCATION

**OKLAHOMA STATE UNIVERSITY**                                     *TULSA, OK*
 Master of Science                                               *Degree: 2008*
Major: Forensic Sciences Administration
Graduate Certificate in Forensic Examination of Questioned Documents          *May, 2008*

**FLORIDA INTERNATIONAL UNIVERSITY**                            *MIAMI, FL*
Bachelor of Business Administration                             *Degree: 2005*
Major: Business Management
Minor: Psychology

**MIAMI DADE COMMUNITY COLLEGE**                                *MIAMI, FL*
Associate in Science  - Major: Legal Assisting (ABA Approved Program)     *Degree: 2002*
Associates in Arts - Major: Business Administration

**Testimony Log**
**Dianne C. Flores**
**Forensic Document Examiner**

**Trials/Hearings:**

| Court Case No./County | Case Title | Date |
|---|---|---|
| F-0126454<br><br>Dade County<br>State/Criminal | **State of Florida** v. Bryant Williams<br>Attorney: Charlie Johnson<br>Office of The State Attorney<br>Judge: Dava J. Tunis | 02/06/07 |
| F-0126454<br><br>Dade County<br>State/Criminal | **State of Florida** v. Bryant Williams<br>Attorney: Charlie Johnson<br>Office of The State Attorney<br>Judge: Dava J. Tunis | 02/07/07 |
| 06-20792-CR<br>Moreno<br><br>Federal Southern District | United States v. **Levi Jones**<br>Attorney: Frank de la Grana<br>Frank de la Grana, P.A.<br>Judge: Moreno | 07/10/07 |
| 06-14770 CA 32<br><br>Miami-Dade County | **Esserman Nissan, Ltd.** v. Cesar Manuel Rodriguez<br>Attorney: Haas A. Hatic<br>Greenspoom Marder, P.A.<br>Judge: Sarah Zabel | 10/17/07 |
| 04-2018 FC 17PJ<br><br>Miami-Dade County | Richard Quincoces v. **Angela Quincoces**<br>Attorney: Roy Granoff<br>Law Offices of Granoff & Kressler, P.A.<br>Judge: Judith Kreeger | 11/08/07 |
| 06-5399<br><br>Miami-Dade County | The Estate of Lyle Glenn Willis, deceased and **Arnold M. Willis** v. Gary Michaud<br>Attorney: Michael A. Dribin<br>Broad & Cassel, P.A.<br>Judge: Norman Gerstein | 09/15/08 |
| 07-20832-CR<br>COOKE<br><br>Federal Southern District | US v. **John C. Kelly**<br>Attorney: Martin A. Feigenbaum<br>Martin A. Feigenbaum, P.A.<br>Judge: Marcia Cooke | 11/06/08 |

-1-

| 0846696 (05)<br><br>Broward County | **LOS MANGOS DE ZACAPA, S.A., SEMILLA VERDE, S.A., and ALTOBASO, INC.** v. Ayal Raz, an individual, and Agritrade International, LLC., a Florida limited liability company<br>Attorney: D. Fernando Bobadilla<br>Lipscomb, Brady & Bobadilla, P.L.<br>Judge: Richard E. Eade | 11/20/08 |
|---|---|---|
| 32 145 Y 00979 07<br><br>Miami-Dade County | **CRG PARTNERS, INC,** and Capital Research Group, Inc. v. Genesis Technology Group, Inc., n/k/a Genesis Pharmaceuticals Enterprises, Inc.<br>Attorney: Jeffery Tew<br>Tew & Cardenas, LLP.<br>3 Arbitrators: Joel Levine, Mark A. Buskstin and Paul Mason | 12/04/08 |
| 07-5695 FC 14<br><br><br>Miami-Dade County | Simona Zimmerman v. **Salomon Mishaan**<br>Attorney: Dori Foster-Morales<br>Elser & Foster-Morales, LLC.<br>Judge: Joel Brown | 01/14/09 |
| 07-26295 CA CE14<br><br>Broward County | Ford Motor Credit Company, LLC. v. Accelerated Response Time, Inc., and **Pamela L. Givans**<br>Attorney: Catherine Riggins<br>Catherine Riggins, P.A.<br>Judge: David Krathen | 02/03/09 |
| 07-20832-CR<br>COOKE<br><br>Federal Southern<br>District | US v. **John C. Kelly**<br>Attorney: Martin A. Feigenbaum<br>Martin A. Feigenbaum, P.A.<br>Judge: Marcia Cooke | 02/12/09 |
| 07-80334<br>MARRA/JOHNSON<br><br>West Palm Beach | Alan Guthartz v. **PARK CENTRE WEST CORP**., 4685 Haverhill, Inc., Shining Star Ranch, Inc., Barnett Guthartz, and Janet Barry<br>Attorney: Nicole Maglio<br>Shendell & Pollock, P.L.<br>Judge: Kenneth Marra | 03/18/09 |
| 08-76280 CA 21<br><br><br>Miami-Dade County | **Kosoy Kendall Association, LLC., David Kosoy and Brian Kosoy** v. First 2 Sale Reality International, LLC. and Jose A. Martinez<br><br>Attorney: Alan Burger<br>Burger & Trailor, P.A.<br>Judge: William Thomas | 04/07/09 |

| | | |
|---|---|---|
| 08-20587<br><br>Federal Southern District | United States v. **Rodolfo Gonzalez**<br>Attorney: Deric Zacca<br>Cabrera & Zacca, LLP.<br>Judge: Joan Lenard | 05/08/09 |
| 08-75790CA 40<br><br>Miami-Dade County | **Reliance Wholesale, Inc**. v. Samantha Godfrey, Jessica Hoppe, Anthony Minnuto, Allied Medical Supply, Inc., and International Pharmaceutical<br><br>Attorney: Courtney B. Wilson<br>Littler & Mendelson, P.A.<br>Judge: Gill Freeman | 08/28/09 |
| 08-010759 CACE 12<br><br>Broward County | **The Estate of Bernice Jolly-Evans**<br>Attorney: Kenneth Mikos<br>Kenneth Mikos, P.A.<br>Judge: Mark Speiser | 09/10/09 |
| 08-CV-60639<br>Cohn/Seltzer<br>Federal Southern District | **Dolores Millette** v. DEK Technologies, Inc., et al.<br>Attorney: Maidenly MaCaluso<br>Grumer & MaCaluso, P.A.<br>Judge: James I. Cohn | 11/09/09 |
| 08-65372 CA 27<br><br>Miami-Dade County | Colonial Bank, successor by merger to Commercial Bank of Florida v. 750 Jefferson Avenue, South Beach Atrium, Vicenzo De Pau, **COLLEGE HEALTH II**, gp., Eric Dimeco, Private Mortgage Services, Metropolitan Mortgage Co. of Miami, ARPA Profic Sharing Plan, Arlene Raijman, City of Miami Beach Florida, Michael A. Stern, Lane Harris Stern, Ivor Rose, C. Wilson, LLC. And Rita Starr<br><br>Attorney:  Lawrence S. Gordon<br>Conway & Simberg, P.A.<br>Judge: Maxine Cohen-Lando | 12/21/09 |
| 09-08794 CACE 13<br><br>Broward County | The Grandis Family Partnership, Ltd. d/b/a Advanced Power Technologies v. **Paul J. Stokes**<br>Attorney:  Michael Bennett<br>Bennett, Aielo, Cohen & Freed, P.A.<br>Judge: Carol Lisa Phillips | 01/11/10 |
| 56 2007 CP 000132<br><br>St. Lucie County | **The Estate of Jane Camp (Probate Matter)**<br>Attorney:  Michael O'Haire<br>O'Haire, Quinn, Candler & Casalino, P.A.<br>Judge: Burton C. Conner | 01/28/10 |

-3-

| | | |
|---|---|---|
| 09-20421 CIV Gonzalez<br><br>Federal Southern District | NCMI Finance Corporation v. **Michael Burke/USDC/Southern District of Iowa**<br>Attorney: Jeffery D. Swartz<br>Miller, Kagan, Rodriguez & Silver, P.L.<br>Judge: Jose A. Gonzalez, Jr. | 03/22/10 |
| 09-68257-CA-20<br><br>Miami-Dade County | Indigo Real Estate, LLC v. **Michael Gindi**, Jeremy Green and Eli Weinstein<br>Attorney: Christopher Maranges/Michael Higer<br>Higer, Lichter & Giver, LLP<br>Judge: Ronald Dresnick | 05/24/10 |
| 09-7193 FC 12<br><br>Miami-Dade County | The Marriage of **Israel Isaac Monteagudo** v. Mirna Letitia Monteagudo<br>Attorney: Ada G. Llerena, Esq.<br>Ada G. Llerena, P.A.<br>General Magistrate: Yadira Pedraza | 06/08/10 |
| F07028171<br><br>Miami-Dade County | State of Florida v. **Mervin Ira Watty**<br>Attorney: Breezye Telfair<br>State Attorney - Eleventh Judicial Circuit<br>Judge: Rosa Rodriguez | 07/12/10 |
| 10-20152-CR-DMM<br><br>Federal Southern District | United States v. **Jose Colon**<br>Attorney: Martin Feigenbaum<br>Martin Feigenbaum, P.A.<br>Judge: Middlebrooks | 07/21/10 |
| 10-20152-CR-DMM<br><br>Federal Southern District | United States v. **Robyn Colon**<br>Attorney: Miguel Caridad<br>Federal Public Defender<br>Judge: Middlebrooks | 07/21/10 |
| 10-20292-CR Middlebrooks<br><br>Federal Southern District | United States v. **Maria Cristina Alvarez**<br>Attorney: Louis Casuso<br>Louis Casuso, P.A.<br>Judge: Middlebrooks | 08/03/10 |

| | | |
|---|---|---|
| 08-30730 CA 30<br><br>Miami-Dade County | Omar Hogben v. **Costa Cruise Lines N.V., LLC**.<br>Attorney: Janice  Burton Sharpstein<br>Jorden Burt, P.A.<br>Judge: Lester Langer | 08/13/10 |
| 10-20699-CR<br>Graham<br><br>Federal Southern<br>District | United States v. **German Rodriguez and Mauricio Gomez**<br>Attorney: Jessica R. Frank, Esq.<br>Fowler White Burnett<br>Judge: Graham | 03/07/11 |
| 50-2008 DR 007025<br>NB-FI<br><br>Palm Beach County | Linda Menegazzi v. **Giampietro Menegazzi**<br>Attorney: Catherine Rodriguez, Esq.<br>Levey, Filler, Rodriguez, Kelso & DeBianchi, LLP<br>Judge: Amy Smith | 07/18/11 |
| 08-026434-CA-01<br><br>Miami-Dade County | **Bank United** v. Carmen O'Campo<br>Attorney: Serena K. Tibbitt, Esq.<br>Kahane & Associates, P.A.<br>Judge: Gill S. Freeman | 11/18/11 |
| 10-58483 CA 40<br><br>Miami-Dade County | **Rodion Sokrovichtchouk**, et al. v. EVS Investments, Inc. et al.<br>Attorney: Rick Reyes, Esq.<br>Tobin & Reyes<br>Judge: Juan Ramirez | 12/06/11 |
| 88-1870 GD 02<br><br>Miami-Dade County | **Melissa M. Leon** v. Yvette Asous<br>Attorney: Elizabeth DeArmas, Esq.<br>DeArmas, Millich & Rice, PL<br>Judge: Celeste H. Muir | 01/18/12 |
| 502007CP002812XX<br>XXMB<br><br>Palm Beach County | **Dr. Ross G. Stone** v. Alma G. Stone<br>Attorney: Rosemary Cooney, Esq.<br>Sonneborn Rutter Cooney & Smith<br>Judge:   Diana Lewis | 03/21/12 |
| 11-20372 CA 27<br><br>Miami-Dade County | **Joaquina C. Cabello** v. Leonel J. Ferradaz and Ivonne Ferradaz<br>Attorney: Loren S. Granoff, Esq.<br>Loren S. Granoff, P.A.<br>Judge: Victoria Platzer | 03/30/12 |

| | | |
|---|---|---|
| 2010/CLE/gen/00375<br><br>Nassau, The Bahamas | **Ian Ross** v. Frederick Ross, Sr. and Patricia Cash<br>Attorney: Richette Percentie<br>Kingdom Law Advocates<br>Judge: Sir Michael Barnett | 10/03/12 |
| 09-053757 CACE 14<br><br>Broward County | **El-Ad Villaggio Condominium Association, Inc.,** v. Ilan Batikoff<br>Attorney: Joseph A. Miles<br>Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A.<br>Judge: Marc H. Gold | 11/20/12 |
| 11-20773-CR-Seitz<br><br>Broward County<br>Federal | United States of America v. **Osman Payan**<br>Attorney: David J. Joffe<br>Joffe & Joffe, P.A.<br>Judge: Jose A. Gonzalez Jr. | 01/10/13 |
| 2011-37387CA-01<br><br>Miami-Dade County | Bank United v. **Eduardo Garcia**<br>Attorney: Cesar R. Sordo<br>Judge: Diane Ward | 01/30/13 |
| 11-20578-CR-Williams<br><br>Miami-Dade County<br>Federal | United States of America v. **Henry Fecker**<br>Attorney: Valentine Rodriguez<br>Valentine Rodriguez, P.A.<br>Judge: Kathleen M. Williams | 02/13/13 |
| 09-5348CA-04<br><br>Miami-Dade County | CMGINTDG, INC, d/b/a CMG International Design Group, Carlos Gutierrez, and Milda Gutierrez, v. **Tatiana Rybak; Arguelles , M.D., P.C.; Florida Storm Properties, LLC, Rybak's Cafe, LLC; Vincent Medical Services, P.C.; and Anti-aging,  Aesthetic and Laser Center, Inc.**<br>Attorney: Marin Shabsels<br>Rosenthal Rosenthal Rasco & Kaplan, LLC<br>Judge: Beth Bloom | 04/11/13 |
| 12-60088 CA JWZ<br><br>Broward County<br>Federal | United States v. **Quelyory A. Rigal**<br>Attorney: Raul C. Recoba<br>Raul C. Recoba PA<br>Judge: Zloch | 04/23/13 |
| 09-053757 CACE 14<br><br>Broward County | **El-Ad Villaggio Condominium Association, Inc.** v. Ilan Batikoff<br>Attorney: Joseph A. Miles<br>Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A.<br>Judge: Carlos A. Rodriguez | 07/16/13 |

| | | |
|---|---|---|
| 13-60669-CV-CHON/SELTZER<br><br>Broward County<br>Federal | **Terrell Owens** v. Pro Sports Financial, Inc.<br>Attorney: Michael W. Simon<br>Simon & Sigolas LLP<br>Judge: James I. Cohn | 07/19/13 |
| 10-23244-CIV-UNGARO<br><br>Federal | **Mercantil Commerce Bank, N.A. v.** Roger Chavez<br>Attorney: Philip A. Allen<br>Garbett, Stiphany, Allen & Roza P.A.<br>Judge: Edwin G. Torres | 07/23/13 |
| 2012-2219CA<br><br>Miami-Dade County | The Blue Parrot Bar v. **The Four Ambassadors Association, Inc.**<br>Attorney: Antonio C. Castro<br>Infante, Zumpano<br>Judge: Victoria Siegler | 09/19/13 |
| 12-20044388<br><br>State<br>(Arbitration) | **Bank of America** v. World Leasing Corp., Jofran Management Corporation, Jofran Motor Credit Corporation, Jose N. Caballero, Jose L. Caballero and Francis Moreno<br>Attorney: David Haft<br>Liebler, Gonzalez & Portuondo, PA<br>Arbitrator: Scott Silverman | 10/07/13 |
| 502009CA17057XXX XMB<br><br>Palm Beach County | **Wells Fargo Bank** v. John Korman<br>Attorney: Nicole P. Planell & Frank G. Cosmen Jr.<br>Quintairos, Prieto, Wood & Boyer PA<br>Judge: Lucy Brown | 01/31/14 |
| 14-00058-CA01<br><br>Miami-Dade County | **Dismex Food Inc.** v. Gilberto Diaz<br>Attorney: Rudy Gomez<br>Allen Norton & Blue<br>Judge: Daryl E. Trawick's | 02/05/14 |
| 13-17385 CA (08)<br><br>Miami-Dade County | Juan Ordonez v. **Terry Byrnes & Luly Byrnes**<br>Attorney: Jessica Schiffrin<br>The Schiffrin Law Firm, PLLC<br>Judge: Elizabeth M. Schwabedissen | 02/20/14 |
| 10-006496 CF 10A<br><br>Broward County<br>State | State of Florida v. **Randy W. Tundidor**<br>Attorney: Richard L. Rosenbaum<br>Law Offices of richard L. Rosenbaum<br>Judge: Cynthia Imperato | 07/28/14 |

| 13-20063-CR-Graham<br><br>Miami-Dade<br>Federal | US v. **Johana Leon**<br>Attorney: Aimee Ferrer<br>Federal Public Defenders Office<br>Judge: Graham | 10/14/14 |
|---|---|---|
| 56-13CF003054<br><br>St. Lucie County<br>State/Criminal | **State Of Florida** v. Jessica Maldonado<br>Attorney: Mr. L. Evans<br>State Attrneys Office<br>Judge: Robert Makemson | 11/04/14 |
| 13-018802<br><br>Broward County<br>State | **ALEJANDRO BRUNO** v. James Paul Furnello<br>Attorney: Randall Gilbert<br>Gilbert & Caddy PA<br>Judge: Thomas Lynch | 04/29/15 |
| 150227-53804-3<br><br>Broward County<br>Federal<br>(Arbitration) | Devery Holmes (member of) The Teamster Union<br>International Brother of Teamsters Council 769 v. **UNITED PARCEL SERVICE**<br>Attorney: Kelly-Ann G. Cartwright<br> Holland & Knight, LLP<br>Arbitration Judge: Robert J. Paci | 07/09/15 |
| CACE 2104-023725<br><br>State<br>Broward County | Robert Weiss v. **CHARLES BONFIGLIO**<br>Attorney: Scott M. Behren<br>Behren Law Firm<br>Judge: Tuter | 12/03/15 |
| 14-30233-CA-01<br><br>State<br>Miami-Dade County | One West Bank N.A., v. **HAK M. LEE & ELLIS J. ENGLISH**<br>Attorney: Jason Martorella<br>Ehrenstein Charbonneau Calderin<br>Judge: Honorable Thomas J. Rebull | 01/14/16 |
| CA12-1681<br><br>State<br>St. Johns County | Gaspar Lazzara v. Menrx Surgical, LLC, **SHARON C. DENNIS**<br>Attorney: Jeff Wilkins<br>Wilkins Von Mertz Law Firm<br>Judge: Howard M. Maltz | 01/29/16 |

| | | |
|---|---|---|
| Finra arb. #15-00696<br><br>State<br>(Arbitration) | **SONDRA A. STEINBERG** v. TD Ameritrade, Inc.<br>Attorney: Robert W. Pearce<br>Robert Wayne Pearce, P.A.<br>Arbitration Judge: | 03/23/16 |
| 2016 CA 002460 MB<br><br>Palm Beach County | **BRUCE A. GUYTON**, a candidate for re-election to the City of Riviera Beach City Council, District 1 v. Lynne L. Hubbard a candidate for election to the City of Riviera Beach City Council, District 1, Susan A. Bucher, in her Official Capacity as Palm Beach County Supervisor of Elections, and The Canvassing Board of the City of Riviera Beach, Florida, and Claudene L. Anthony, City of Clerk for the City of Riviera Beach<br>Attorney: John Whittles<br>Mathison Whittles, LLP<br>Judge: Gregory Keyser | 05/09/16 |
| 50-2012-CA-004753-AN and<br>50-2012-CA-012536-AN<br><br>Palm Beach County | **CLUB VILLAGE, LLC**, plaintiff v. CW Capital Asset Management, LLC, defendants - CF SBC Pledgor 1 2012-1 Trust, plaintiff v. **CLUB VILLAGE, LLC**, defendants<br>Attorney: Kristin Gore<br>Carlton Fields<br>Judge: Edward A. Garrison | 06/28/16 |
| CACE12013505<br><br>Broward County | Annette Cassells v. **PATRICIA CASSELLS**<br>Attorney: Jorge Diaz-Cueto<br>Jorge Diaz-Cueto, P.A.<br>Judge: Michael L. Gates | 07/15/16 |
| 2014-010508-FC-04<br><br>Miami-Dade County | **IVONNE MOREJON** v. Lazaro Perez<br>Attorney: Raul Lopez<br>Raul Lopez, P.A.<br>Judge: Judith Kreeger | 07/18/16 |
| 2014-010508-FC-04<br><br>Miami-Dade County | **IVONNE MOREJON** v. Lazaro Perez<br>Attorney: Raul Lopez<br>Raul Lopez, P.A.<br>Judge: Judith Kreeger | 07/27/16 |
| 2014-15748-CA-04<br><br>Miami-Dade County | **PATENT SERVICES USA, INC. a Florida Corp**. v. Juan Rivera, individually and Desa Industries, Inc. d/b/a World Patent Marketing, a Deleware Corp.<br>Attorney: Gary W. Pollack<br>Pollack, Pollack & Kogan, LLC<br>Judge: Eric Hendon | 08/24/16 |

| 2011-16201 FC-04 (01)<br>Miami-Dade County | The Marriage of **MIREYA CRISTINA CAMBERO CORDERO** v. Jose Fernando de Matos Rebolledo<br>Diaz Reus Attorneys & Solicitors<br>Attorney: Elizabeth R. Cantu<br>Diaz, Reus & Targ, LLC<br>Judge: Sarah Zabel | 12/21/16 |
|---|---|---|
| 2013-014391 FC 04<br><br>Miami-Dade County | Zarina Khasanovna Albegonva v. **ABDULKADR MURAT AYDEMIR**<br>Attorney: Patrick Vilar & Morton Antman<br>Vilar Law, P.A. & Morton Antman, P.A.<br>Judge: Maria Elena Verde | 08/21/17 |
| 2017-1205-CP 02<br><br>Miami-Dade County | In Re: **ESTATE OF IVIS CASTRO a/k/a IVIS MARCUS**, deceased, Ricardo Marcos v. Dayami Quetgles<br>Attorney: Alejandra S. Moreno<br>Casal & Moreno, P.A.<br>Judge: Celeste Muir | 12/13/17 |
| 2015-027596-CA-01<br><br>Miami-Dade County | **GRACE OLAECHEA** v. Lizette Olaechea<br>Attorney: Michelle Ramos<br>Corona Law Firm, P.A.<br>Judge: John W. Thornton | 02/16/18 |
| 11-17211-CA 08<br><br>Miami-Dade County | Luz Murcia v. **SALVADOR VILLEGAS**<br>Attorney: Adriana P. Santiesteban<br>Law Office of Gonzalez & Associates<br>Judge: Dennis Murphy | 04/16/18 |
| 14-27903-CA-01<br><br>Miami-Dade County | **LENIS OSORIO & VELIA POUSO** v. Lucila & Melissa Murphy<br>Attorney: Jesus O. Cervantes<br>Jesus O. Cervantes, P.A.<br>Judge: Maria De Jesus Santovenia | 06/05/18 |
| 16-001225-CA<br><br>Martin County | Wright, Ponsoldt & Lozeau, Trial Attorneys, L.L.P. v. Ali Jaferi and **FRANK GUTTA**<br>Attorney: Steve Simmons<br>Mombach, Boyle, Hardin & Simmons, P.A.<br>Judge: Barbara W. Bronis | 06/11/18 |

| | | |
|---|---|---|
| 2017-004946-CP-02<br><br>Miami-Dade County | The Estate of Gilberto Pupo: **CARLOS MANUEL CRUZ PUPO**, and Pedro Manuel Pupo v. Dayami Garcia a/k/a Dayami Rodriguez a/k/a Dayami Quetgles<br>Attorney: Minerva Poblet<br>Corona Law Firm, P.A.<br>Judge: Mindy S. Glazer | 03/20/19 |
| 2018-40872 CA 01<br><br>Miami-Dade County | **MARTINIANO ENRIQUE NUNEZ** v. Barbara Del Busto and MEB Express, Inc.<br>Attorney: Jesus O. Cervantes<br>Jesus O. Cervantes, P.A.<br>Judge: Maria De Jesus Santovenia | 03/29/19 |
| 2018-40872-CA-01<br><br>Miami-Dade County | **MARTINIANO ENRIQUE NUNEZ** v. Barbara Del Busto and MEB Express, Inc.<br>Attorney: Jesus O. Cervantes<br>Jesus O. Cervantes, P.A.<br>Judge: Mara De Jesus Santovenia | 10/15/19 |
| CACE-18-001202 (18)<br><br>Broward County | **JEFFREY SCHEIBLE** as Personal Representative of the **ESTATE OF JANICE JOHNSON** v. Audley L. Brown and Nea Richardson<br>Attorney: Frances Barrera<br>Frances Barrera, P.A.<br>Judge: Haury | 01/23/20 |
| 15-004685-CI-08<br><br>Pinellas County | John M. Sabow v. Robert E. Schmidt, Jr., **KELLY C. SCHMIDT**, and KB Parkside, LLC<br>Attorney: Kelli Edson<br>Quarles & Brady, LLP<br>Judge: Thomas H. Minkoff | 03/11/20 |
| 2015/CLE/gen01961<br><br>Nassau Bahamas | **ZAMPA OVERSEAS, LTD** v. CBH (Bahamas), Ltd. and Swiss Bank, Campagnie Bancaire Helvetique<br>Attorney: Vanessa L. Smith<br>McKinney, Bancroft & Hughes<br>Justice Ian Winder | 11/13/20 |
| 2018/PROB/DIV/No.0 009<br><br>Nassau Bahamas | The Estate of Alfreda White - **CAROLINE BURDINE COAKLEY** and Phillippa Johnson v. Merilyn DeShanks and Philip White<br>Attorney: Hope Strachan<br>Hope Strachan & Co.<br>Justice: Diane Stewart | 02/08/21 |

-11-

| | | |
|---|---|---|
| FMCE-13-009490<br><br>Miami-Dade County | **JOSE L. URENA** V. Elena J. Urena<br>Attorney: Michael K. Joseph<br>The Joseph Firm, P.A.<br>Judge: N. Hunter Davis | 03/16/21 |
| 2014 CA 003811XXXXMB<br><br>Palm Beach County | Eliyahu Azulay and Royalty Design Kitchen & Bath, Inc. v. Michael D'Angelo III, Michael Surace, Robert Valinoti, Joseph Dioguardi, Jonathan Coleman, Steven M. Fassberg, **THE ORIGINAL BROOKLYN BAGEL CO., INC., d/b/a BROOKLYN WATER ENTERPRISES, INC**., Original Brooklyn Bagels, 247 LLC, NJA Brooklyn Bagels, LLC and John Doe Corportions<br>Attorney: Dori Solomon<br>Lee & Amtzis, P.L.<br>Judge: John S. Kastrenakes | 04/19/21 |
| 19-9346 CA 08<br><br>Miami-Dade County | **ADOLFO PEREZ, SR. and ADA PEREZ** v. Adolfo Perez, Jr. And Blanca Auxiliadora Barroeta Hernandez<br>Attorney: Peter Tappert<br>Weissman Dervishi, P.A.<br>Judge: Lourdes Simon | 04/22/21 |
| FMCE 20-003558<br><br>Miami-Dade County | **JERALD THOMAS GERVASI, JR.** v. JoanMarie Gagliardi<br>Attorney: Paulina Forrest, Esq.<br>Forrest & Forrest, P.L.L.C<br>Judge: Michael J. Davis | 08/17/21 |
| 2020-021458-CA-01<br><br>Miami-Dade County | Corporate Financial, Inc. v. **HEALTH FIRST, INC.**<br>Attorney: Roger S. Kobert<br>Carlton Fields, P.A.<br>Judge: Lourdes Simon | 08/25/21 |
| PRC-20-0002353<br><br>Broward County | **KEVIN MARKS** a/k/a **SCOTT MARKS**, individually; **TIMOTHY MARKS** a/k/a **TIM MARKS**, individually; and as beneficiaries of The Peter Marks Living Trust v. Jonathon Marks a/k/a Jon Marks, individually and as successor trustee to The Peter Marks Living Trust<br>Attorney: Joshua H. Rosenberg, Esq<br>Kelley Kronenberg<br>Judge: Charles M. Greene | 09/09/21 |

| 2017-005267-CA-01  Miami-Dade County | Maria Garcia-Alario v. **GUSTAVO F. GIL** and **MARIA WUSSLER**  Attorney: Cristobal D. Padron  Cristobal D. Padron & Associates, P.A.  Judge: Scott M. Janowitz | 10/26/21 |
|---|---|---|
| 20-cr-60139-WPD  Broward County  Federal | United States v. **KEYAIRA BOSTIC**  Attorney: David A. Howard  David A. Howard, P.A.  Judge: William P. Dimitrouleas | 11/22/21 |
| SU2019CV04678  Supreme Court of Judicature of Jamaica | Karin Murray v. **BRILLIANT INVESTMENTS, LTD**.  Attorney: Zara Lewis  Zara Lewis & Co. Attorney's-at-Law  Justice: Nembhard | 01/25/22 |
| 2021-5656-CP-02  Dade Probate | **In Re: The Estate of Steven Ross**  Attorney: Mohammad Siddiqi and David H. Goldberg  The Siddiqi Law Firm, P.A. / David Howard Goldberg, P.L.  Judge: Jorge Cueto | 02/02/22 |

**Depositions:**

| Court Case No. | Case Title | Date |
|---|---|---|
| F-0126454 | **State of Florida** v. Bryant Williams  Attorney: Charlie Johnson  Office of The State Attorney | 01/26/07 |
| 06-27860 CA 22 | **DT Oil Station, Inc., a FL Corp.** v. Tomas Pequeno  Attorney: Tanesha Walls-Blye  Stephens, Lynn, Klein, Lacava, Hoffman & Puya, P.A. | 10/25/07 |
| 2007 CA 7009 AB | **Martha G. Pearson** v. Roy Hart, D.D.S., and Roy Hart, D.D.S., P.A.  Attorney: Edward R. Blumberg  Deutsch & Blumberg, P.A. | 11/07/07 |
| 99-30171 CA 40 | **One World, Inc.** v. Eddy Deeb, Robert Deeb & Robico, Inc. and Antoine Saati, Georges Saati and Gina Saati  Attorney: Lauren Yelen  Broad & Cassel, P.A. | 01/28/08 |

| | | |
|---|---|---|
| 06-11611 CA 09 | **Irma Ramirez** v. Arlyn de La Riva<br>Attorney: Manuel L. Crespo, Jr.<br>Manuel L. Crespo, Jr., P.A. | 03/24/08 |
| 00-995 COSO 60 | **Diego Martinena** v. Car Choice<br>Attorney: Julio C. Jaramillo<br>Julio C. Jaramillo, P.A. | 05/14/08 |
| 06-641073-CIV<br>Seitz/McAliley | Massachusetts Mutual Life Insurance Co. v. **Murray Levrant,**<br>**Seth Levrant, Svetlana Levrant a/k/a Lana Levrant**<br>Attorney: Debra G. Speyer<br>Law Offices of Debra G. Speyer, P.A. | 06/09/08 |
| 03-CA-000312 | Gulf Coast Orthopedic Center - Alfred O. Bonati, M.D., P.A.<br>v. **Anthony R. Mork, M.D.**<br>Attorney: Dennis Larry<br>Clark, Partington Hart, Larry, Bond & Stackhouse, P.A. | 06/18/08 |
| 06-05045 CA 32 | **Elipidio Santiago** v. Peggy Tuten, and Gabriel Paleaz<br>Attorney: John Kevin Griffin<br>John Kevin Griffin, P.A. | 06/19/08 |
| 01-010661 (08) | First Union National Bank v. **Indian River Enterprises**<br>Attorney: Mitchell A. Chester<br>Law Offices of Mitchell A. Chester, P.A. | 06/23/08 |
| 50 2004 CA 003372<br>XXXX MB DIV.<br>AO | **Harriet Whitehead** v. Peter W. Mettler and Stephen A.<br>Jernigan<br>Attorney: Alan C Gold<br>Alan C Gold, P.A. | 07/30/08 |
| 08-013091(13) | **Ronda Fryberg and Robert Fryberg, as Co-Personal**<br>**Representatives of the Estate of Brandon Fryberg, deceased**<br>**minor,** v. Cesar L. Benarroche, M.D.; Cesar L. Benarroche,<br>M.D., P.A.; Bonnie J. Parker, PSY.D., and Child and Family<br>Psychologists, P.A.<br>Attorney: Gary M. Cohen<br>Grossman & Roth, P.A. | 09/09/08 |
| 50 2005 CA 002654<br>"AO" | A to Z Traders, Inc. and Arnaldo Barros v. Rio Minero Gem,<br>Inc., and **Luis Cubillos**<br>Attorney: Ronald E. D'Anna<br>McClosky, D'Anna & Dieterle, LLP. | 12/08/08 |

| | | |
|---|---|---|
| 50 2004 CA 010818 XXXX AF | **Nicholas J. Wilder, as P.R. of the Estate of Joseph R. Wilder** v. Madeline Stern Wilder<br>Attorney: William J. Berger<br>Buckingham, Doolittle & Burroughs, LLP. | 12/09/08 |
| 07-26295 CA CE14 | Ford Motor Credit Company, LLC. v. Accelerated Response Time, Inc., and **Pamela L. Givans**<br>Attorney: Catherine Riggins<br>Catherine Riggins, P.A. | 01/30/09 |
| 06-16888 CA 30 | **Delphis Sharpe as Personal Representative of The Estate of Lloyd Sharpe, deceased** v. Seth A. Spector, M.D., et al.<br>Attorney: Virginia Forbes<br>Virginia Forbes, P.A. | 03/12/09 |
| 50-2008-CA-00546 6XXXMB AA | **The Wackenhut Corp.** v. William B. Schira, Philip G. Huber and United Global Security Group, LLC.<br>Attorney: Christopher Duke<br>Schwarzberg, Spector, Duke & Rogers, P.A. | 04/22/09 |
| 08-22599 CIV-King/Bandastra | Augusto Gallardo Abellan and Aujul, Ltd. V. **Wachovia Bank**<br>Attorney: Ricardo  Puente<br>Concepcion Sexton & Martinez, P.A. | 07/01/09 |
| 08-3635 CP 05 | **The Estate of Julio Pradas**<br>Attorney: Ramon  Sarmiento<br>Richard Baron & Associates | 09/15/09 |
| 99-03354 CA 27 | Banco Latino, S.A.C.A v. **Explotaciones Mineras de Venezuela, C.A.,et al.**<br>Attorney: Bryan West<br>Tew Cardenas, LLP. | 11/17/09 |
| 08-28846 CA 10 | Wells Fargo Bank, et al. v. **John Cirigliano**<br>Attorney: Arturo Alfonso<br>Law Office of Arturo R. Alfonso, P.A. | 11/23/09 |
| 08-16951 CC 23 2 | Quality Medical Group, Inc. a/a/o Tobias Moss v. **United Automobile Insurance Company**<br>Attorney: Melanie L. Smith<br>Office of General Counsel | 02/10/10 |
| 8:-09-cv-00811T 33TBM | Joseph Trussell v. **Quest Diagnostic, Inc.**<br>Attorney: Kevin E. Vance<br>Epstein Becker & Green, P.C. | 03/03/10 |

| | | |
|---|---|---|
| 1999534 | Lance Risi v. **Hot Scooter Rentals, LLC.**<br>Attorney: Lawrence B. Craig III<br>Valle, Craig & Vazquez, P.A. | 03/18/10 |
| 09-28912 CA 15 | **Lilian Garcia and Jose Javier Sarduy** v. Masons Funeral Home, Inc., and Florida Funeral Home & Crematory, Inc.<br>Attorney: Julio C. Jaramillo, Esq.<br>Julio C. Jaramillo, P.A. | 04/26/10 |
| 3:09-cv 94/MCR/MD | Sean S. Ferrara and Karen Ferrara v. **United States Flag and Touch Football League**<br>Attorney: Millard L. Fretland, Esq.<br>Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A. | 06/04/10 |
| 08-30730 CA 30 | Omar Hogben v. **CARNIVAL CORP. d/b/a CARNIVAL CRUISE LINES & COSTA CRUISE LINES, LLC.**<br>Attorney: Janice Burton Sharpstein<br>Jorden Burt, P.A. | 06/15/10 |
| F07-021143 | The State of Florida v. **Phillip Gregory Harper**<br>Attorney: Charlie Johnson, Esq.<br>State Prosecutor | 08/05/10 |
| SC10-712 and 2010-50,567(17H) | The Florida Bar v. **Sam Thankachen**<br>Attorney: Fred Haddad, Esq.<br>Law Offices of Fred Haddad, P.A. | 09/24/10 |
| 502009CP000832X XXXNB | **Mark Farber** v. Glenn Schanel and Schanel & Associates, P.A.<br>Attorney: Nola Richardson, Esq.<br>Richardson & Tynan | 02/04/11 |
| 10-007689 | Yvonne E. Eckert v. **Dr. Edward Eckert**<br>Attorney: Beverly L. Vesel, Esq.<br>The Law Office of Beverly L. Vesel | 05/26/11 |
| 10-23244-CIV UNGARO | Roger Chavez v. **Mercantil Commercebank, N.A.**<br>Attorney: Joseph D. Perkins, Esq.<br>Garbett, Stiphany, Allen & Roza, P.A. | 06/14/11 |
| F05-8533 | **State of Florida** v. Jane Doe, a/k/a Geralyn Graham<br>Attorney: Sally Weintraub, Esq.<br>State Attorneys Office - 11th Judicial Court | 09/15/11 |

| 88-1870 GD 02 | **Melissa M. Leon** v. Yvette Asous<br>Attorney: Elizabeth M. DeArmas, Esq.<br>DeArmas, Millich & Roce, P.A. | 09/28/11 |
|---|---|---|
| 10-24464 CA 21 | **Margarita Perez-Borroto and Wilfredo Borroto v.** Palm Springs General Hospital, Inc. et al.<br>Attorney: James D. Robinson, Esq.<br>Robinson Pecaro & Mier, P.A. | 11/14/11 |
| 10-002046 (42/98) | **Tania Zogby** v. Robert Zogby<br>Attorney: Renee S. Harris, Esq.<br>Schuttler & Greenberg, LLC | 06/13/12 |
| 09-CA 11229 | **Coast to Coast Equity Group, Inc.** v. Valley Forge Composite Technologies, Inc., a Florida corporation, and Lou Brothers<br>Attorney: Mark C. Perry<br>Law Offices of Mark C. Perry | 09/05/12 |
| 10-58483 CA 40 | **Rodion Sokrovicht Chouk and Aidar Saifoutdinov** v. EVS Investments, Inc., G.B.A. Investments, Inc., Ellenton Video, Inc., BJ Retail Corp., Augusta Video, Inc., Express ATM, Inc., Speedway Video, Inc., 75 Retail Enterprises, Inc., 40 Retail Corporation, Century Drive Retail Corp., Sterlington Retail Corporation, Texarkana Retail Corporation, TGR Investments, LLC, Soulgi Investments, L.L.C., Diamondback Entertainment, Inc., Consolidated Investment Corporation, Evgueni Souliaguine, Tatiana Sulyagina.<br>Attorney: Rick Reyes<br>Tobin & Reyes | 01/24/13 |
| 09-53480 CA 04 | CMGINTDG, INC, d/b/a CMG International Design Group, Carlos Gutierrez, and Milda Gutierrez, v **Tatiana Rybak; Arguelles, M.D., P.C.; Florida Storm Properties, LLC, Rybak's Café, LLC; Vincent Medical Services, P.C.; and Anti-Aging, Aesthetic and Laser Center, Inc.**<br>Attorney: Marin Shabsels<br>Rosenthal Rosenthal Rasco & Kaplan, LLC | 03/14/13 |
| 12-10447 CA (23) | **Namie Wilson et al.** v. Darrell Wilson et, al.<br>Attorney: Vernita C. Williams<br>Vernita Claudette Williams | 04/11/13 |
| 11-CF-70-M | State of Florida v. **Daniel Michie**<br>Attorney: Franklin D. Greenman<br>Greenman & Manz, P.A. | 05/30/13 |

| 2010-58310-CA-01 | Wells Fargo Bank, NA As Successor by Merger To Wachovia Bank, N.A., v. Willie E. Turpin; **SANDRA MAYES**; As the Unknown Spouse of Sandra Mayes, If any; Capital One Bank (USA) N.A. F/K/A Capital One Bank; All Unknown Heirs, Beneficiaries, Leatees Devisees, Personal Representatives, Creditors and any other person claiming by, through, under or against Willie E. Turpin<br>Attorney: Janet C. Tacoronte | 03/17/14 |
| --- | --- | --- |
| 2014-04690 CA 21 | Patagon Enterprise Inc. V. **LAREN INVESTMENT CORP.**<br>Attorney: John G. Marfoe<br>WNF Law, P.L. | 08/26/14 |
| 13-018802 | **ALEJANDRO BRUNO** v. James Paul Furnello<br>Attorney: Randall Gilbert<br>Gilbert & Caddy PA | 08/28/14 |
| 50-2014DR 005306 | **LAZZO MARTIN** v. Elizabeth A. Martin<br>Attorney: Valentine Rodriguez<br>Valentine Rodriguez PA | 04/14/15 |
| 12-33204 CA 25 | **Marie Jozie Pierre a/k/a Marie Jozie Pierre Mezidor, as Personal Representative Of The Estate Of Pierre Sonny Mezidor** v. Tarmac America, LLC d/b/a Titan America<br>Attorney: Edward R. Blumberg<br>Deutsch & Blumberg, P.A. | 08/27/15 |
| FMCE 14-8921 (42)(98) | **Internal Investigation (Randis. Goldberg v. JEFFREY M. GOLDBER)**<br>Attorney: Ian Sietel<br>Law Offices of Ian S. Seitel, P.A. | 10/13/15 |
| CACE 2104-023725 | Robert Weiss v. **CHARLES BONFIGLIO**<br>Attorney: Scott M. Behren<br>Behren Law Firm | 11/20/15 |
| 15004377 (09) | **L&N HOLDINGS, LLC** v. KS Insurance Corporation, A Florida Corporation, D/B/A Alexander, Greep & Tate Insurance, and Ronald allen Green, an individual | 02/22/16 |
| 05-2014-CA-018/202 | **JANET B. SCHOOF, and Terrence J. Schoof v.** Melbourne HMA, LLC, d/b/a Weusthoff Medical Center Melbourne; Edward Danheiser, R.N.; Medical Staffing Network Healthcare, LLC d/b/a Intelistaf Travel; Medical Staffing Network, Inc.; Intelistaf Healthcare, Inc.; and Cross Country Healthcare, Inc. | 03/08/16 |

-18-

| 50-2012-CA-004753 MB and 50-2012-CA-012536 MB | Club Village, LLC, a FL Limited Liability Co.; and Fred DeFalco, an individual v. **CW CAPITAL ASSET MANAGEMENT, LLC,** a FL Limited Liability Co, and Fortress Investment Group, LLC, a Foreign Liability Co., and CF SBC Pledgor 1 2012-1 Trust, a Deleware Statuotory Trust, acting by and through CW CAPITAL ASSET MANAGEMENT, LLC, solely in its capacity as Special Servicer v. Club Village, LLC, a FL Limited Liability Co., and Fred DeFalco, individually and Lee Ann McNabb a/k/a Lee Ann McNabb UCCI and Patrick UCCI, individuals | 04/26/16 |
|---|---|---|
| 15-27484 CA 02 | Safety Guys, a FL, LLC. v. **JOSE NICOLAS TECHERA, DEMETRIUS VANN,** Roberto Vivas, and TSC Southeast, LLC, a FL LLC. | 05/06/16 |
| 12-06331 CA 32 | Deutsche Bank National Trust Co., as trustee for American Home Mortgage Assets Trust 2006-5, Mortgge-Backed Pass-Through Certificates Series 2006-5 v. Bruno Wouters, **GINA WOUTERS**, et al., JP Mortgage Chase Bank**,** National Association, Successor by Merger with Washington Mutual Bank, f/k/a Washington Mutual Bank, FA | 08/31/16 |
| 16-005555 PL | Department of Health, Board of Medicine v. **VICENTE JUAN CHAVEZ** | 11/17/16 |
| 15-cv-07433-RWS | **VIRGINIA L. GIUFFRE v.** Ghislaine Maxwell | 01/04/17 |
| 11-CA-055212 | **DEUTSCHE BANK NATIONAL TRUST CO.,** as Trustee for American Home Mortgage Assets Trust 2006-6, Mortgage-Backed Pass-Through Certificates Series 2006-6 ("Deutsche Bank") v. Diane Mandel, et al. | 03/30/17 |
| 10-28794(10) | **LINDA PRATER** v. Comprehensive Health Center , LLC, Rose-May Seide, M.D. Pierre Phillippe Nicolas, M.D. and Phillippe Louis Jacques, P.A. | 04/05/17 |
| 2013-014391 CF 04 | Zarina Khasanovna Albegonva v. **ABDULKADIR MURAT AYDEMIR** | 05/09/17 |
| B17-3286 | State of Florida v. **KAREL SANTOS HUERTA** | 07/12/17 |
| 2016-CA-1225 | Wright, Ponsoldt, & Lozeau, Trial Attorneys, LLP v. Ali Jaferi and **FRANK GUTTA** | 10/25/17 |

| | | |
|---|---|---|
| 2017-010895-CA-01 (44) | **CITADEL SERVICING CORP.** v. Bankers Mortgage Lending, Inc., Team Real Estate Title and Escrow Services, LLC, Andres Figueredo, Wells Fargo Bank, N.A. and Rockney Francisco Garcia | 07/19/18 |
| 16-021699 CA 15 | **LEMANO INVESTMENTS, LLC** v. Lo Nanny, LLC | 02/07/19 |
| 2018-CA-5349 | David Glaser v. **THE KLOTZ GROUP, INC.** | 10/10/19 |
| 15-004685-CI-08 | John M. Sabow v. Robert E. Schmidt, Jr., **KELLY C. SCHIMDT**, and KB Parkside, LLC | 03/03/20 |
| 06-21790CA-07 (11) and 10-39044CA-07 (consolidated cases) | AG Group Investment, LLC v. All Realty Alliance Corp., G&H Property Investment, LLC, City First Mortgage Corp. and Charles S. Serfaty v. Pinnacle Three Corp. v. AG Group Investments, LLC | 08/24/20 |
| 19-16683 CA 01 | **YOLANDA WILLIS,** as Personal Representative of the Estate of Kevin L. Willis, deceased v. Serena and Christopher Cooper | 10/29/20 |
| 19-CA-5844 | **CHRISTOPHER JERARD GORTON,** individually, and as Personal Representative of the **ESTATE OF JAMES E. GRTON, JR.,** and **JEFFREY EDWARD GORTON,** individually v. Diane D. Floyd, as Personal Representative of the Estate of Judith M. Gorton | 03/09/21 |
| 13-008139-CI | American Ethanol California, Inc., and Weslink Development Co., LLC v. **SUNTRUST BANK** n/k/a **TRUIST BANK** | 11/02/21 |
| CACE-18-012741 (05) | **SANDI CHERENACK,** as P.R. of The Estate of Evelyn Levin, deceased v. Robert Levin, an individual, and Sharon Levin, an individual | 12/01/21 |
| 2021-5656-CP-02 | **IN RE: THE ESTATE OF STEVEN ROSS** Attorney: Mohammad Siddiqi and David H. Goldberg The Siddiqi Law Firm, P.A. / David Howard Goldberg, P.L. | 02/01/22 |

**Sworn Statements:**

| Court Case No. | Case Title | Date |
|---|---|---|
| SP11-11088 | **George Christian Williamson** v. Candace L. Black and Sascha A. Young, as personal representative for the Estate of George A. Williamson<br>Attorney: George J. Lott<br>Lott & Levine, P.A. | 04/19/13 |