

# Transcript of **Lori Milliron**

**Date:** August 3, 2016

**Case:** Rudolph, D.D.S. -v- Safari Club International

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

Videotaped Deposition of Lori Milliron
Conducted on August 3, 2016

34

1  alcohol.  I couldn't say how much.
2      Q.   Did Dr. Rudolph consume alcohol on that
3  trip?
4      A.   I don't remember if he did or not.
5      Q.   Were you in a romantic relationship with
6  anyone at the time you took the Kenai River Classic
7  in 2009?
8      A.   I'm not sure.  I dated people.
9      Q.   Do you recall dating anyone in 2009?
10     A.   I don't remember who that would be.
11            MR. FAZZINI:  If you don't mind, I'd
12  like to take a ten-minute break.
13            MR. HOWARD:  Sure.
14            MR. FAZZINI:  I may be close to
15  finishing.
16            THE VIDEOGRAPHER:  Off the record at
17  10:56.
18            (Recess taken)
19            THE VIDEOGRAPHER:  We're back on the
20  record at 11:04.
21  BY MR. FAZZINI:
22     Q.   Ms. Milliron, thank you very much for your
23  patience so far.  I have just a few more questions.
24            One is who paid for the trip to Kenai,
25  Alaska?

Videotaped Deposition of Lori Milliron
Conducted on August 3, 2016

35

1   A.   I'm not sure who paid for it.  It was all
2   arranged.  I didn't know of any of the arrangements.
3   Q.   Did you pay for it?
4   A.   No, I did not.
5            (Exhibit 2 marked)
6   Q.   I'm going to show you what we're going to
7   mark as Milliron Exhibit 2.  Ms. Milliron, I've
8   handed you what's been marked as Milliron Exhibit 2,
9   and I know the quality of that is poor.  I apologize.
10  But do you recognize that photo?
11  A.   I think that's me.  I've never seen this
12  photo.
13  Q.   Do you have any reason to doubt that's you?
14  A.   I don't know.  The quality isn't very good.
15           MR. HOWARD:  To the extent it's a tall
16  blonde woman with sunglasses on.
17  A.   Yeah, really.
18  BY MR. FAZZINI:
19  Q.   Let me ask you this:  Do those look like
20  any of the fish you caught on the Kenai trip?
21  A.   Yeah, I caught a nice fish like that.  It
22  was fun.
23           (Exhibit 3 marked)
24  Q.   This will be Milliron Exhibit 3.  Just so
25  we're clear, for the record it's comprised of two

Videotaped Deposition of Lori Milliron
Conducted on August 3, 2016

36

1  stapled together packets that you if you look at the
2  bottom corner, they have Bates numbers on them that
3  are SCI000222 through SCI000226.
4       A.   Okay.
5       Q.   Ms. Milliron, have you seen either of these
6  packets before?
7       A.   No, I don't believe so.
8       Q.   Okay.  If you could go to the page that
9  starts SCI000225, which is actually the second
10 stapled packet if you were to separate them.
11      A.   All right.
12      Q.   Did you complete what's been labeled --
13 what's titled the Kenai River Classic Registration
14 Form?
15      A.   I don't remember completing that, no.
16      Q.   You'll see there's a signature line down
17 there at the bottom.  Is that your signature?
18      A.   I don't think so.
19      Q.   Do you recognize that handwriting?
20      A.   No.
21      Q.   If you could look back at SCI000222.  So
22 it's the very first page.
23      A.   Okay.
24      Q.   See that signature line at the bottom?
25      A.   Uh-huh.

Videotaped Deposition of Lori Milliron
Conducted on August 3, 2016

37

```
 1      Q.   Do you recognize that signature?
 2      A.   That looks like Dr. Rudolph's.
 3      Q.   And are you able to identify Dr. Rudolph's
 4   handwriting?
 5      A.   That funny signature, yeah.
 6      Q.   So turning back to SCI000225, having seen
 7   Dr. Rudolph's signature, do you have any knowledge as
 8   to whether Dr. Rudolph signed that?
 9      A.   I don't know if he did.  It kind of all
10   looks the same, though.
11      Q.   When you say "it all," are you referring to
12   the handwriting?
13      A.   I mean all the handwriting looks the same
14   on this.  That would be my guess.
15      Q.   So if you could go to the very last page,
16   which is 227, if you look at the last three numbers,
17   it's the Kenai River Classic Release of Liability.
18   Do you recall filling out that form?
19      A.   I don't.
20      Q.   In looking at the participant signature, is
21   that your signature?
22      A.   No.
23      Q.   Do you recognize whose handwriting that is?
24      A.   Yeah, I think it's Dr. Rudolph's.  Like I
25   said, I didn't complete anything.  All the
```

Videotaped Deposition of Lori Milliron
Conducted on August 3, 2016

38

1    arrangements were made for me.
2        Q.   If you turn to 2225, there's an e-mail
3    address on there and it says LA and it has Milliron
4    on it.  Is that your e-mail address?
5        A.   It used to be.
6        Q.   Have you exchanged any e-mails with
7    Dr. Rudolph since your separation of employment from
8    Three Rivers Dentistry?
9        A.   No, I don't believe so.
10       Q.   How about any text messages?
11       A.   No, I don't believe so.
12       Q.   How about any social media messages?
13       A.   No.
14       Q.   Do you maintain a social media account?
15       A.   When you say social media, like what?
16       Q.   By way of example, Facebook.
17       A.   I do have a Facebook account.  I don't use
18   it.
19       Q.   Is there a particular reason you don't use
20   it?
21       A.   I just never really got into that.  I
22   started -- I thought I would use it and like it, but
23   I just -- I don't.  It doesn't appeal to me.
24       Q.   And just one last question on SCI000225.
25   There's a portion right there at the top that says

```
Jun 25 09 05:10a    OUTDOOR HERITAGE FOUNDATI           9077456175        p.6
06/25/2009  07:41   7244285264      THREE RIVERS DENTAL         PAGE 01/05
```

907-745-6175



**Kenai River Classic Registration Form**

June 30, July 1 and 2, 2009
Please fill out the following required information. Please print clearly.

| | | |
|---|---|---|
| ✓ Participant or ☐ Guest Name | Larry Rudolph | Size (in men's clothing): Large |
| Title (Required) | SCI President | |
| Company Name | SCI | |
| Address City, State Zip | P.O. Box 295 Greensburg, PA 15601 | |
| Phone Number | 724-309-5946 | Fax Number: X |
| Cell Phone Number | X | Email Address: X |

All fishing participants 16 years of age and older must have an Alaska sportfishing license for the event. Complimentary licenses will be provided for those who need them. Please check the appropriate box below:

☐ I have a current Alaska Sportfishing License (SKIP TO NEXT PAGE)
☒ I need a complimentary Alaska Sportfishing License (COMPLETE INFORMATION BELOW)

| | | | | |
|---|---|---|---|---|
| Home Address City, State, Zip | 336 Lakewood Road Greensburg, PA 15601 | | | |
| Sex | ☒ M ☐ F | Birth Date: 1/7/55 | Drivers License Number & State | 15-197-171 PA |
| Weight | 176 | Eye Color: BR | Hair Color | BR |
| Height | 5 FT 11 IN | | | |

By signing this document you understand and agree that pictures of various types will/may be taken of you and you have no objection to their use or the use of your name for publicity and media purposes by KRSA.

SIGNATURE _(signed)_    Date 6/25/09



224 Kenai Avenue, Suite 102, Soldotna, AK 99669  Phone: 907.262.8588  Fax: 907.262.8582  email: kelly@kenairiversportfishing.com


Exhibit 3
Millim
8/13/16
L. Carlisle, CSR

SCI000222

```
Jun 25 09 05:10a    OUTDOOR HERITAGE FOUNDATI         9077456175              p.5
06/25/2009  07:41    7244285264           THREE RIVERS DENTAL         PAGE  02/05
```



# Kenai River Classic
## Registration
## Page 2

*The following information is needed as soon as possible. Please print clearly.*

Name **Dr. Lawrence Rudolph**  Company **SCI**

### ATTENDANCE INFORMATION

| Yes | No | DINNERS |
|---|---|---|
| ✓ |  | I will be attending the Welcome Dinner, June 30 |
| ✓ |  | I will be attending the Dinner and Auction, July 1 |
| ✓ |  | I will be attending the Lunch, July 1 |
| ✓ |  | I will be attending the Barbeque July 2 |

| Yes | No | FISHING |
|---|---|---|
| ✓ |  | I will fish on July 1 |
| ✓ |  | I will fish on July 2 |

### LODGING PREFERENCE
Hotel ✓  or  B&B ___  or  None required ___     Smoking ___ or Non-smoking ✓

Sharing a room? Yes ✓   Name of Person _____   No ___

### GROUND TRANSPORTATION
All Classic ground transportation is provided; however, if you plan to provide your own transportation we need to know, for scheduling purposes.

___ I will have a car (rental or otherwise)      OR      ✓ I will rely on Classic transportation

Physical limitations or special dietary needs? Yes ___ (Provide details on a separate sheet)   No ✓

Emergency Contact Name and Numbers: _____

### FLIGHT INFORMATION
***NOTE: arrivals and departures are to and from Kenai, Alaska unless you plan on renting a vehicle and driving from Anchorage, Alaska.***

ARRIVAL in KENAI - recommend on or before early afternoon June 30   **June 30th**
Airline: **ERA (Alaska)**   Flight # **4836**   Date **2:25 pm**   Time _____ AM or PM

DEPARTURE from KENAI - recommend early to mid-morning of July 3
Airline: **Alaska**   Flight # **4839**   Date **3:40 pm**   Time **G/A 2nd** AM or PM

### YAMAHA

224 Kenai Avenue, Suite 102, Soldotna, AK 99669  Phone: 907.262.8588  Fax 907.262.8582  email: kelly@kenairiversportfishing.com

Jun 25 09 05:10a     OUTDOOR HERITAGE FOUNDATI         9077456175        p.4
06/25/2009  07:41    7244205254          THREE RIVERS DENTAL         PAGE  03/05



# Kenai River Classic
# Release of Liability

*PLEASE READ BEFORE SIGNING*

In consideration of being allowed to participate in any way in the Kenai River Classic fundraiser, its related events and activities, I, _Larry McDonald_, the undersigned, acknowledge, appreciate, and agree that:

1. The risk of injury from the activities involved in this program is significant, including the potential for permanent paralysis and death and while particular skills, equipment and personal discipline may reduce this risk, the risk of serious injury does exist; and,
2. I KNOWINGLY AND FREELY ASSUME ALL SUCH RISKS, both known and unknown, EVEN IF ARISING FROM THE NEGLIGENCE OF THE RELEASEES or other, and assume full responsibility for my participation; and,
3. I willingly agree to comply with the stated and customary terms and conditions for participation. If, however, I observe any unusual significant hazard during my presence or participation, I will remove myself from participation and bring such to the attention of the Organization immediately; and,
4. I, for myself and on behalf of my heirs, assigns, personal representatives and next of kin, HEREBY RELEASE, INDEMNIFY, AND HOLD HARMLESS THE Kenai River Classic, their officers, officials, agents and/or employees, other participants, sponsoring agencies, sponsors, advertisers, and if applicable owners and lessors of premises used for the activity ("releases"), WITH RESPECT TO ANY AND ALL INJURY, DIABILITY, DEATH, or loss or damage to person or property associated with my presence or participation, WHETHER ARISING FROM THE NEGLIGENCE OF THE RELEASEES OR OTHERWISE, to the fullest extent permitted by law.

I HAVE READ THIS RELEASE OF LIABILITY AND ASSUMPTION OF RISK AGREEMENT, FULLY UNDERSTAND ITS TERMS, UNDERSTANT THAT I HAVE GIVEN UP SUBSTANTIAL RIGHTS BY SIGNING IT, AND SIGN IT FREELY AND VOLUNTARILY WITHOUT ANY INDUCEMENT.

X _____  Age: _53_   Date Signed: _6/24/09_
PARTICIPANT'S SIGNATURE

## FOR PARENTS/GUARDIANS OF PARTICIPANTS OF MINORITY AGE
(UNDER AGE 18 AT TIME OF REGISTRATION)

This is to certify that I, as parent/guardian with legal responsibility for this participant, do consent and agree to his/her release as provided above of all the Releasees, and, for myself, my child and our heirs, assigns, and next of king, I release and agree to indemnify and hold harmless the Releasees from any and all liabilities incident to my minor child's involvement or participation in these programs as provided above, EVEN IF ARISING FROM THE NEGLIGENCE OF THE RELEASEES, to the fullest extent permitted by law.

_____  Date Signed: _____
X_____
PARENT/GUARDIAN'S SIGNATURE         (print name)



224 Kenai Avenue, Suite 102, Soldotna, AK 99669  Phone: 907.262.8588  Fax: 907.262.8582  email: kelly@kenairiversportfishing.com

SCI000224

INV_00012281

```
Jun 25 09 05:09a    OUTDOOR HERITAGE FOUNDATI         9077456175         p.3
06/25/2009  07:41   7244205264              THREE RIVERS DENTAL          PAGE  04/05
```

907-745-6175

# Kenai River Classic
## Registration Form

June 30, July 1 and 2, 2009
Please fill out the following required information. Please print clearly.

[✓] Participant or       Lark Millican                Size  Medium
[ ] Guest Name                                        (In men's clothing)

Title (Required)         Ms. (Adm Assistant)

Company Name             Self

Address                  313 Orlando Ave
City, State Zip          New Castle, PA. 16105

Phone Number             _____           Fax Number _____

Cell Phone Number        724-971-4050       Email Address _____

LAMillron@yahoo.com

All fishing participants 16 years of age and older must have an Alaska sportfishing license for the event. Complimentary licenses will be provided for those who need them. Please check the appropriate box below:

[ ] I have a current Alaska Sportfishing License (SKIP TO NEXT PAGE)
[✓] I need a complimentary Alaska Sportfishing License (COMPLETE INFORMATION BELOW)

Home Address
City, State, Zip

Sex        [ ] M  [✓] F      Birth Date  9/9/57       Drives License        PA
                                                      Number & State       19-184-639

Weight     130              Eye Color  Green          Hair Color           Blonde

Height     5 FT  7 IN

By signing this document you understand and agree that pictures of various types will/may be taken of you and you have no objection to their use OR the use of your name for publicity and media purposes by KRSA.

SIGNATURE  L. Millican                     Date  6/24/09

224 Kenai Avenue, Suite 102, Soldotna, AK 99669  Phone: 907.262.8588  Fax: 907.262.8582  email: kelly@kenairiversportfishing.com

SCI000225

INV_00012282



# Kenai River Classic
## Registration
## Page 2

*The following information is needed as soon as possible. Please print clearly.*

Name ___Lori Millican___   Company ___Self___

**ATTENDANCE INFORMATION**

Yes No DINNERS                                                     Yes No FISHING
✓   I will be attending the Welcome Dinner, June 30              ✓   I will fish on July 1
✓   I will be attending the Dinner and Auction, July 1           ✓   I will fish on July 2
✓   I will be attending the Lunch, July 1
✓   I will be attending the Barbeque July 2

**LODGING PREFERENCE**
Hotel ____ or B&B ____ or None required ____      Smoking ____ or Non-smoking ✓

Sharing a room? Yes ____ Name of Person _____         No ____

**GROUND TRANSPORTATION**
All Classic ground transportation is provided; however, if you plan to provide your own transportation we need to know, for scheduling purposes.

____ will have a car (rental or otherwise)   OR   ✓ I will rely on Classic transportation

Physical limitations or special dietary needs? Yes ____ (Provide details on a separate sheet)  No ✓

Emergency Contact Name and Numbers: ∅

**FLIGHT INFORMATION**
***NOTE: arrivals and departures are to and from Kenai, Alaska unless you plan on renting a vehicle and driving from Anchorage, Alaska.***

ARRIVAL in KENAI - recommend on or before early afternoon June 30,
Airline: _Alaska (ERA)_  Flight # _4836_  Date _6/30/09_  Time _2:25 pm_  AM or **PM**

DEPARTURE from KENAI - recommend early to mid-morning of July 3
Airline: _____ Flight # _____ Date _____ Time _____ AM or PM

224 Kenai Avenue, Suite 102, Soldotna, AK 99669  Phone: 907.262.8568  Fax: 907.262.8562  email: kelly@kenairiversportfishing.com



## Kenai River Classic
## Release of Liability

*PLEASE READ BEFORE SIGNING*

In consideration of being allowed to participate in any way in the Kenai River Classic fundraiser, its related events and activities, I, ___Corc Allegreni___, the undersigned, acknowledge, appreciate, and agree that:

1. The risk of injury from the activities involved in this program is significant, including the potential for permanent paralysis and death and while particular skills, equipment and personal discipline may reduce this risk, the risk of serious injury does exist; and,
2. I KNOWINGLY AND FREELY ASSUME ALL SUCH RISKS, both known and unknown, EVEN IF ARISING FROM THE NEGLIGENCE OF THE RELEASEES or other, and assume full responsibility for my participation; and,
3. I willingly agree to comply with the stated and customary terms and conditions for participation. If, however, I observe any unusual significant hazard during my presence or participation, I will remove myself from participation and bring such to the attention of the Organization immediately; and,
4. I, for myself and on behalf of my heirs, assigns, personal representatives and next of kin, HEREBY RELEASE, INDEMNIFY, AND HOLD HARMLESS THE Kenai River Classic, their officers, officials, agents and/or employees, other participants, sponsoring agencies, sponsors, advertisers, and if applicable owners and lessors of premises used for the activity ("releases"), WITH RESPECT TO ANY AND ALL INJURY, DISABILITY, DEATH, or loss or damage to person or property associated with my presence or participation, WHETHER ARISING FROM THE NEGLIGENCE OF THE RELEASEES OR OTHERWISE, to the fullest extent permitted by law.

I HAVE READ THIS RELEASE OF LIABILITY AND ASSUMPTION OF RISK AGREEMENT, FULLY UNDERSTAND ITS TERMS, UNDERSTAND THAT I HAVE GIVEN UP SUBSTANTIAL RIGHTS BY SIGNING IT, AND SIGN IT FREELY AND VOLUNTARILY WITHOUT ANY INDUCEMENT.

X _____  Age: _51_  Date Signed: _6/24/09_
PARTICIPANT'S SIGNATURE

### FOR PARENTS/GUARDIANS OF PARTICIPANTS OF MINORITY AGE
(UNDER AGE 18 AT TIME OF REGISTRATION)

This is to certify that I, as parent/guardian with legal responsibility for this participant, do consent and agree to his/her release as provided above of all the Releasees, and, for myself, my child and our heirs, assigns, and next of kin, I release and agree to indemnify and hold harmless the Releasees from any and all liabilities incident to my minor child's involvement or participation in these programs as provided above, EVEN IF ARISING FROM THE NEGLIGENCE OF THE RELEASEES, to the fullest extent permitted by law.

X _____  _____  Date Signed: _____
PARENT/GUARDIAN'S SIGNATURE      (print name)



224 Kenai Avenue, Suite 102, Soldotna, AK 99669  Phone: 907.262.8588  Fax: 907.262.8582  email: kelly@kenairiversportfishing.com

SCI000227

INV_00012284