IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. LORI MILLIRON,

    Defendants.

## GOVERNMENT'S NOTICE OF WITHDRAWAL OF MOTION TO EXCLUDE TESTMONY FROM RUDOLPH'S PROPOSED HANDWRITING EXPERT

On Tuesday, June 21, 2022, the FBI lab received from the defendant the two original post-nuptial agreements and the specimen documents used by the defendant's expert to authenticate Bianca Rudolph's signature. Today, the government received a report from an expert document analyst at the FBI premised entirely on the signatures that the government has never disputed.

In the opinion of the FBI examiner, the signatures belong to Bianca Rudolph. In light of this evidence, the government will stipulate to the admissibility of the post-nuptial agreements and withdraws its motion to exclude the defendant's expert, ECF No. 180. Although it is stipulating to the admissibility of the agreements, it reserves the right to challenge the validity of those agreements and whether the signatures in fact belong to Bianca Rudolph through the presentation of contrary evidence at trial. That includes evidence that is presently the subject of a motion in limine regarding Bianca Rudolph's statements to Cassandra Olmstead about Rudolph forging Bianca's name to a postnuptial agreement.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   /s Bryan Fields
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By:   /s E. Garreth Winstead
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

By:   /s J. Bishop Grewell
J. Bishop Grewell
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bishop.Grewell@usdoj.gov
Attorney for the Government

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 24th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

                                          *s/ Bryan Fields*
                                          United States Attorney's Office