# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Case No. 22-cr-00012-WJM                             Date: June 28, 2022

Case Title: United States v. Rudolph, et al.

PLAINTIFF WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | | Direct | Cross | Total |
|---|---|---|---|---|
| Rachel | Anders | 30 | 30 | 60 |
| Charlene | Arnold | 20 | 20 | 40 |
| Paul | Babaz | 30 | 30 | 60 |
| Mwene Casiuss | Banda | 30 | 30 | 60 |
| Bruce | Bradtmiller | 45 | 45 | 90 |
| Chris | Calgaro | 20 | 20 | 40 |
| Stephen | Cina | 45 | 45 | 90 |
| Rachel | Clay | 45 | 45 | 90 |
| Ryan | Cook (cross-designated) | 45 | 45 | 90 |
| Stephen | DeFrance | 45 | 45 | 90 |
| Ralph | Finizio | 30 | 30 | 60 |
| Vince | Finizio | 20 | 20 | 40 |
| Anthony | Giustini | 15 | 15 | 30 |
| William | Gorman (cross-designated) | 30 | 30 | 60 |
| Tom | Griffin | 45 | 45 | 90 |
| Anna | Grimley | 30 | 30 | 60 |

| First | Last | Direct | Cross | Total |
|---|---|---|---|---|
| Sherri | Houck | Direct: 30 | Cross: 30 | Total: 60 |
| Adam | Howard-Davies | Direct: 20 | Cross: 20 | Total: 40 |
| Francis | Jani | Direct: 30 | Cross: 30 | Total: 60 |
| Marguerite | Jenkins | Direct: 20 | Cross: 20 | Total: 40 |
| Ryan | Jibson | Direct: 20 | Cross: 20 | Total: 40 |
| Rhonda | Loosle | Direct: 20 | Cross: 20 | Total: 40 |
| Brian | Lovelace | Direct: 20 | Cross: 20 | Total: 40 |
| Boyd | Malama | Direct: 30 | Cross: 30 | Total: 60 |
| Daniel | Maswahu | Direct: 45 | Cross: 45 | Total: 90 |
| Kennedy | Mboloma | Direct: 20 | Cross: 20 | Total: 40 |
| Helen | Meyer | Direct: 20 | Cross: 20 | Total: 40 |
| Peter | Milnes | Direct: 30 | Cross: 30 | Total: 60 |
| Greg | Mirabelli | Direct: 20 | Cross: 20 | Total: 40 |
| Gilbert | Morlock | Direct: 20 | Cross: 20 | Total: 40 |
| Grace | Musazulwa | Direct: 30 | Cross: 30 | Total: 60 |
| Musawa | Musese | Direct: 39 | Cross: 39 | Total: 60 |
| Casius | Mwiinga | Direct: 30 | Cross: 30 | Total: 60 |
| Erin | Newton | Direct: 60 | Cross: 60 | Total: 120 |
| Cassandra | Olmstead | Direct: 45 | Cross: 45 | Total: 90 |
| James | Padish | Direct: 30 | Cross: 30 | Total: 60 |
| Donald | Peterson | Direct: 120 | Cross: 120 | Total: 240 |
| Steven | Rodgers (cross-designated) | Direct: 45 | Cross: 45 | Total: 90 |
| Rochelle | Sanchez | Direct: 20 | Cross: 20 | Total: 40 |

| First | Last | Direct | Cross | Total |
|---|---|---|---|---|
| Kelly | Siebels | 20 | 20 | 40 |
| Rolecia | Smith | 25 | 25 | 50 |
| Alain | Smith | 30 | 30 | 60 |
| Mark | Swanepoel (cross-designated) | 120 | 120 | 300 |
| Pieter | Swanepoel (cross-designated) | 20 | 20 | 40 |
| Maryann | Versmessen (may call) | 20 | 20 | 40 |
| Richard | Vorder Bruegge | 20 | 20 | 40 |
| Debra | Wagner | 45 | 45 | 90 |
| Levi | Weaver | 20 | 20 | 40 |
| Otto | Westhassel | 60 | 60 | 120 |
| Valerie | Wood | 30 | 30 | 60 |
| Roston | Yeyenga | 20 | 20 | 40 |