IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | June 29, 2022 |
| Courtroom Deputy: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Final Trial Preparation Conference**

**4:18 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Discussion held regarding opening statements, stipulations of facts, counsel table rosters, witness lists, exhibit lists, voir dire, pending motions, jury instructions, and the Court's practice standards.

The Court reserves 13 days for trial. Each side shall have 45 minutes for voir dire. The government shall have 30 minutes and defendants shall have a total of 40 minutes for opening statements.

**ORDERED:** A 13-day jury trial is set to commence at 8:30 a.m. on Monday, July 11, 2022, in Courtroom A801.

**ORDERED:**   On or before Tuesday, July 5, 2022, each side shall submit to chambers, via email, a roster identifying by name and capacity at trial everyone who will be at counsel tables.

**ORDERED:**   Parties shall file amended final witness lists no later noon on Wednesday, July 6, 2022, as stated on the record.

**ORDERED:**   The parties shall confer by no later than Friday, July 1, 2022 as to the parties' exhibits lists as stated on the record. Defendant Rudolph shall rename exhibits to start with R-A. Defendant Milliron shall rename their exhibits to start with M-A. Amended final exhibit lists shall be filed on or before noon on July 6, 2022.

**ORDERED:**   Defendant Rudolph's oral Motion for Defendant to be in Civilian Clothes During Trial is granted.

**ORDERED:**   Defendant Rudolph's oral Motion for Defendant to not be Restrained During Trial is granted.

**ORDERED:**   Defendant Milliron's oral Motion for Defendant to Remove Ankle Monitor During Trial is granted.

Defendant Rudolph is remanded to the custody of the United State Marshal.

Defendant Milliron's bond is continued.

**5:23 p.m.       Court is adjourned. Hearing concluded.**

Total time in court:  1 hour 5 minutes