IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 1:22-cr-00012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE RUDOLPH, and
LORI MILLIRON,

    Defendants.

_____

**TRIAL DECORUM ORDER**
_____

To ensure that the trial and related proceedings in this matter are conducted in an orderly manner conducive to a fair adjudication, and to facilitate appropriate access to the Court both for those involved in and attending the trial of this matter as well as for those with other cases and business before the Court, the Court hereby ORDERS as follows:

**Jury Selection Procedures**

1. On Monday, July 11, 2022, prospective jurors will report to the Alfred A. Arraj Courthouse for completion of a Supplemental Questionnaire. Upon completion, the Supplemental Questionnaires will be delivered to the Court and to the parties for review. The Court will determine whether to initially excuse any prospective jurors for cause based upon the answers provided in the Supplemental Questionnaire. All potential jurors not so excused will then

1

      report to Courtroom A801 to complete the remainder of the jury selection process.

2. Because the number of prospective jurors reporting in this case will fill the available seating capacity of Courtroom A801 during initial jury selection, no public or media seating will be available in Courtroom A801 during the jury selection process.  The Public Access Line will, however, be in operation during this time.

## Trial

3. After selection of a jury, trial will commence in Courtroom A801 of the Alfred A. Arraj Courthouse.

4. The courthouse will open at 7:00 a.m. each morning.  In order to enter the courthouse, all individuals must present valid government-issued photo identification, such as a driver's license or passport.

5. The courthouse will close at 6:00 p.m. each evening.  All individuals must exit before this time.

6. A device whose exclusive or principal use is as a camera or video recorder may not be brought into or used in the courthouse or any location in which court business and proceedings are conducted.  There is absolutely no photography or recording permitted anywhere within the courthouse.

## Trial Courtroom

7. Trial will generally be conducted Monday through Friday from 8:45 a.m. to 5:00 p.m.  Courtroom A801 will open to parties, their attorneys, and members of each party's trial team between 8:00 and 8:15 a.m. each morning. The

courtroom will open to the public and media representatives, between 8:15 and 8:30 a.m.

8. No electronic devices of any kind (cell phones, laptops, iPads, etc.) will be permitted inside Courtroom A801, except for parties, their attorneys and trial team, court staff, and media, as described below.

9. Parties, attorneys of record, and their ancillary legal support staff, court staff, and court security staff may have cell phones, PDAs, Blackberries, tablets, laptops, or other digital or electronic devices in the courtroom only for use for trial purposes, and _provided that any audio, video, or image recording functions on those devices are not utilized_.

10. The first row of the courtroom gallery, immediately behind the Plaintiff's counsel and trial team tables, will be reserved for the approved sketch artist and media representatives.

11. Neither the media nor the public will sit in the first row of the courtroom gallery immediately behind the Defendants and their trial teams; it shall remain empty throughout the trial.

12. Members of the public will not be permitted to sit in the first rows of the gallery which are not physically separated from the well of the Court.

13. Attendees in the trial courtroom may not converse or make gestures that are disruptive to the proceedings or distract jurors or witnesses. Attendees in the trial courtroom must remain seated during all proceedings.

14. No food or beverages, with the exception of water, will be permitted in the courtroom gallery.

15. There will be no video overflow offered during this trial. The Public Access Line will terminate at the beginning of the parties' opening statements.

16. One or more courtroom security officers shall be present in the courtroom to ensure compliance with the Court's orders.

## Public Access

17. No seats will be designated or reserved in the courtroom gallery for members of the public; seats are on a first come, first serve basis.

18. No member of the public will be permitted to bring any kind of electronic device (cell phone, laptop, iPad, etc.) into the courtroom.

## Media Access

19. Media representatives shall identify themselves to the courtroom deputy on the first day they attend trial.

20. Media representatives may possess electronic devices in the courtroom (cell phones, laptops, iPads) however, all devices must be powered down and may NOT be used in the courtroom.

21. Media telephone calls and text or other messages must be made and answered <u>outside</u> the courtroom.

22. Wireless/Internet access will not be provided by the Court anywhere in the courthouse or on its grounds.

23. Interviews or broadcasts of any kind are not permitted to be conducted anywhere within the courthouse; these must occur outside the courthouse. To ensure that public access to the courthouse is not impeded, media shall

set up cameras and conduct interviews in the red bricked area below the Arraj Courthouse center fountain and the sidewalk parallel to 19th street.

24. Media questions may be directed to the Court's Public Information Officer, Clerk of Court Jeff Colwell at: media@cod.uscourts.gov  Additional media information is available at:

http://www.cod.uscourts.gov/CourtOperations/Media/Media.aspx

### Juror Contacts and Security

25. Following jurors, obtaining their license plate numbers, photographing them, or attempting in any way to obtain their identities is prohibited.

26. Conversations, interviews, and written communications with prospective jurors, and with seated members of the jury before the Court has discharged the jury, are prohibited.

27. After the jury has been discharged after its final verdict, any juror may consent to be interviewed by the media or other persons.  Jurors are not obligated to discuss this case with anyone at the trial's conclusion, and if any juror indicates his or her desire not to discuss the trial or to be contacted, there shall be no further attempts to contact or communicate with that juror.

28. Any sketch artists rendering drawings of Court proceedings are prohibited from drawing detailed sketches of the faces or other identifying characteristics of any member of the jury.  Only silhouettes or outlines with no distinguishing features will be permitted.

## Witnesses

29. Prospective trial witnesses shall arrive well in advance of the time they are anticipated to testify and proceed to Courtroom A801.  A witness seclusion order will be in effect.  No witnesses may enter the courtroom before their testimony.  All witnesses shall wait in the one of the two small rooms in the alcove outside the Courtroom A801. The room marked "Attorney Conference Room," located on the left (south) side of the alcove outside Courtroom A801 is for Defendants' witnesses.  The small room on the opposite side, marked "Witness Waiting Room" is for Plaintiff's witnesses.

## Other Provisions

30. The United States Marshal and his Deputies shall be responsible for maintaining order and decorum in the courthouse and courtroom.  All persons attending or participating in this trial must promptly comply with any orders given by the Marshal or his Deputies.

31. The Court's ongoing duty to conduct this trial in a safe and orderly manner may result in the modification or amendment of any of the requirements of this order.

32. Any violation of the terms of this Order, of the Court's rules, including the Local Rules of this District, or of any order issued by the presiding judge, will be grounds for removal from the courthouse, and/or for imposing other sanctions for contempt of court.

Dated this 1st day of July, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge