

**U.S. DEPARTMENT OF JUSTICE**

**Cole Finegan**
*United States Attorney*
*District of Colorado*

---

*Bryan David Fields*  *1801 California Street*  *(303) 454-0100*
*E. Garreth Winstead*  *Suite 1600*  *FAX (303) 454-0404*
*J. Bishop Grewell*  *Denver, CO 80202*
*Assistant United States Attorneys*

June 15, 2022

**David Oscar Markus**  **John W. Dill, PA**
Markus & Markus, PLLC  941 West Morse Blvd.
Penthouse 1  Suite 100
40 NW Third Street  Winter Park, Florida 32789
Miami, FL 33128  Phone: (321) 214-4799
Phone: 305-379-6667  Email: john@johnwdill.com
Email: dmarkus@markuslaw.com

**Attorney for Lawrence Rudolph**  **Attorney for Lori Milliron**

**Anita Margot Moss**
Markus/Moss PLLC
40 NW Third Street
Miami, FL 33128
Phone: 305-379-6667
Fax: 305-379-6668
Email: mmoss@markuslaw.com

**Attorney for Lawrence Rudolph**

Re:   *United States v. Rudolph et al.* (22-cr-000012-WJM)
      **Supplemental Notice of Expert Testimony Pursuant to Fed. R. Crim. P. 16(a)(1)(G)**

Dear Counsel:

The government provided notices of its intent to call certain witnesses at the upcoming trial to elicit expert opinions on May 31, 2022. This notice supplements that one.

**A.   FIREARMS AND BALLISTICS EXPERTS - SUPPLEMENTAL**

(1)   <u>Charles S. DeFrance, MFS, CCSR</u> (Federal Bureau of Investigation, Denver Field Division)

June 15, 2022
Page 2 of 5

Special Agent Charles "Stephen" DeFrance is a special agent with the FBI who conducted expert ballistics testing and reconstruction in this case.

        a.     *Summary of Special Agent DeFrance's Supplemental Testimony and Opinions*

Special Agent DeFrance will testify to the methodology and results of his efforts to reproduce the conditions of the shooting death of Bianca Rudolph. He will explain how he went about trying to reproduce those conditions, the variables involved in that reproduction, and how the reproduction was executed. He will identify the assumptions used in his reproduction, the methods of his experiment, and the results.

As you know, Special Agent DeFrance conducted additional testing on June 15, 2022. He will testify about the methodology and results of that examination, consistent with a written report that is still being prepared.

As we have previously discussed, we will provide that report as soon as possible. We agree that your expert should have seven days to review that report before issuing his own report.

    (2)     <u>Steven Rodgers</u> (Vista Outdoors)

        a.     *Summary of Steven Rodgers's Testimony and Opinions*

In addition to the opinions described and referenced in the letter of May 31, 2022, Steven Rodgers will offer the additional opinions outlined in the supplemental report, which is attached. He will testify that the components used to manufacture shotgun ammunition for use in DeFrance's supplemental tests used the same components identified at the scene in Zambia. He will also testify to the procedures and testing done to ensure that the manufactured ammunition is consistent with Vista Outdoor's ballistic specifications for pressure and velocity.

**B.**    **DIVORCE LAW EXPERT**

  (1) James Padish (Padish Law Group, PLLC; Scottsdale, Arizona)

Jim Padish is a retired Maricopa County Judge who presided over numerous divorce cases. He now practices as an attorney specializing in family law.

        a.     *Summary of James Padish's Expert Testimony and Opinions*

James Padish has provided a report answering the questions listed in the notice you received on May 31, 2022. He will testify to the legal methodology used to develop his opinion, including his use of statutes, precedent, and legal references, how the materials provided to him would be evaluated by an Arizona Court, and to the legal conclusions and opinions referenced in his report.

June 15, 2022
Page 3 of 5

    He will testify that Arizona is a community property state. He will explain that this generally means all property and debt acquiring during a marriage are split equally. He will tell the jury that Arizona is a no-fault state, meaning that a person does no have to establish a grounds for divorce. However, money squandered by a spouse during a marriage can be factored into any settlement.

    Mr. Padish will testify that Arizona law would have governed the divorce of Bianca and Larry Rudolph. In the absence of any pre- or -post marital agreement, Arizona law would have required that Bianca receive 50% of the couple's assets and liabilities. Bianca may also have been awarded spousal support.

    Mr. Padish will testify that Arizona law would also govern whether any pre- or post-marital agreement was actually entered into. Lawrence Rudolph would have had the burden of proving such an agreement by a preponderance of the evidence. Mr. Padish will testify that it is unlikely Lawrence Rudolph could have met this threshold.

    If the post-marital agreement provided to the government was determined to be valid, it would dictate the use of Pennsylvania law, a decision that Arizona courts would honor. In that Scenario, Bianca would have received the assets set forth in that agreement.

    b.    *Bases and Reasons for James Padish's Opinions*

| Description of Materials Reviewed | Bates Numbers |
|---|---|
| Financial Summary | NEWTON_00000001 |
| Summary of Payments to Lori Milliron | Not assigned |
| Affidavit of Lori Milliron | Not assigned |
| Deposit Records – Lori Milliron | Not assigned |
| Records from Ameritas | |
|     Rudolph Trust | AMERITAS_00000344 - 369 |
| Will | DEF_00000001 – DEF_000000009 |
| Amended Complaint | INV_000015266 – INV_000 |
| Deposition Transcript (Lori Milliron) | INV_00012285 – INV_00012343 |
| Deposition Transcript (Bianca Rudolph) | INV_00014287 – INV_00014338 |
| Deposition Transcript (Lawrence Rudolph) | INV_00014610 – INV_00014725 |
| Interview of Anna Grimley | INV_00000249-INV_00000256 |

June 15, 2022
Page 4 of 5

| | |
|---|---|
| Interview of Eugenia Finizio | INV_00000886 – INV_00000890 |
| Interview of Valerie Wood | INV_PT_00000003 – INV_PT_00000005 |
| Interview of Valerie Wood | INV_PT_00000035 -36 |
| Interview of Valerie Wood | INV_00000042 - INV_00000046 |
| Interview of Valerie Wood | INV_00000269 – INV_00000273 |
| Interview of Helen Meyer | INV_00000486 – INV_00000494 |
| Interview of Michelle Tantlinger | INV_00000240 – INV_00000244 |
| Interview of Ralph and Vince Finizio | INV_00000496 – INV_00000510 |
| Interview of Levi Weaver | INV_00000842 – INV_00000849 |
| Interview of Lauri Pletcher | INV_00000896 – INV_00000902 |
| Interview of Maryann Vermessen | INV_00000942 – INV_00000948 |
| Interview of Richard Edmunds | INV_00001111 – INV_00001119 |
| Interview of John Tiano | INV_00005684 – INV_00005689 |
| Interview of Gilbert Morlock | INV_00005378 – INV_00005381 |
| Post-nuptial Agreement | LM_00000072 – LM_00000101 |
| Interview of Cassandra Olmstead | INV_00026704 – 00026709 |
| Compilation of Emails | INV_00027675-00027825 |

**C.    ESTATE PLANNING EXPERT**

(2) John Politan, Esq. (The Politan Law Firm)

John Politan is an attorney with extensive estate planning experience.

a.    *Bases and Reasons for John Politan's Opinions*

Applying his legal training and experience, Mr. Politan will testify to his expert conclusion that the Rudolph Family Trust, executed on April 15, 2016, would not qualify as an irrevocable life insurance trust.  This opinion will be related to Mr. Milnes, referenced the significance of this finding in this report, which has already been disclosed to you.

June 15, 2022
Page 5 of 5

      b.    *Politan's Qualifications*

Mr. Politan's qualifications are set forth in the attached biography.

## CONCLUSION

For all of the witnesses identified above, the summaries provided are intended to satisfy the notice requirements of Fed. R. Crim. P. 16(a)(1)(G) and are not intended to be verbatim recitations of the expected testimony. The government anticipates the proffered expert witnesses will offer additional explanation and amplification to justify their opinions identified herein.

The government reserves the right to supplement this expert witness notice if the government decides to elicit additional expert opinions at trial.

Sincerely,

| By: */s Bryan Fields* | By: *E. Garreth Winstead* | By: *J. Bishop Grewell* |
|---|---|---|
| Bryan Fields | E. Garreth Winstead | J. Bishop Grewell |
| Assistant United States Attorney | Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Garreth.Winstead@usdoj.gov | Bishop.Grewell@usdoj.gov |
| Attorney for the Government | Attorney for the Government | Attorney for the Government |