IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

      Defendants.
_____/

**NOTICE OF FILING
LAWRENCE RUDOLPH'S AMENDED EXHIBIT LIST**

    Lawrence Rudolph respectfully submits his Amended Final Exhibit List.

                      Respectfully submitted,

                      **MARKUS/MOSS PLLC**
                      40 N.W. Third Street
                      Penthouse One
                      Miami, Florida 33128
                      Tel: (305) 379-6667
                      Fax: (305) 379-6668
                      markuslaw.com

                      By:    <u>/s/ David Oscar Markus</u>
                              David Oscar Markus
                              Florida Bar Number 119318
                              dmarkus@markuslaw.com

                              <u>/s/ A. Margot Moss</u>
                              A. Margot Moss
                              Florida Bar Number 091870
                              mmoss@markuslaw.com