**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.   22-cr-00012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LAWRENCE RUDOLPH and
LORI MILLIRON

      Defendants.

---

**GOVERNMENT'S LIST OF PROPOSED EXHIBITS**

---

The government hereby submits its final list of proposed exhibits.   The parties have reached a stipulation on the applicability of the authenticity rules and the business records exception to financial, travel, and insurance records but each reserves the right to object on other grounds. The government intend to offer much of the information in those records via Rule 1006 summaries it has provided to defense counsel, but reserves the right to add the underlying records supporting those summaries at trial if objections necessitate offering them individually.

The parties have also reached a stipulation on the admissibility of many exhibits, with the condition that those exhibits be offered through a witness who can be questioned about them.

The government has identified those witnesses in the exhibit list.

Respectfully submitted this 6th day of July, 2022.

COLE FINEGAN
United States Attorney

By: */s Bryan Fields*
Bryan Fields
Assistant United States
Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov
Attorney for the Government

By: /s *E. Garreth Winstead*
E. Garreth Winstead
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Garreth.Winstead@usdoj.gov
Attorney for the Government

By: /s *J. Bishop Grewell*
J. Bishop Grewell
Assistant United States
Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bishop.Grewell@usdoj.gov
Attorney for the Government

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

By:     /s Bryan Fields
        Bryan Fields
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St. Suite 1600
        Denver, CO 80202
        (303) 454-0100
        Bryan.Fields3@usdoj.gov
        Attorney for the Government