# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-cr-00012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE RUDOLPH and
LORI MILLIRON

    Defendants.

## GOVERNMENT'S LIST OF PROPOSED WITNESSES

The government hereby submits its final list of proposed witnesses. The government understands that both parties have cross-designated forensic ballistics expert Lucien Haag as a "will call" witness." If, despite that designation, the defendant ultimately elects not to call Lucien Haag after the government rests, the government will seek leave to re-open its case in chief so that Mr. Haag can describe his expert conclusions to the jury. The parties have cross-designated forensic ballistics expert Rick Vasquez as a "may call."

Respectfully submitted this 6th day of July, 2022.

                          COLE FINEGAN
                          United States Attorney

| By:   /s *Bryan Fields* | By:   /s *E. Garreth Winstead* | By:   /s *J. Bishop Grewell* |
|---|---|---|
| Bryan Fields | E. Garreth Winstead | J. Bishop Grewell |
| Assistant United States Attorney | Assistant United States Attorney | Assistant United States Attorney |
| U.S. Attorney's Office | U.S. Attorney's Office | U.S. Attorney's Office |
| 1801 California St. Suite 1600 | 1801 California St. Suite 1600 | 1801 California St. Suite 1600 |
| Denver, CO 80202 | Denver, CO 80202 | Denver, CO 80202 |
| (303) 454-0100 | (303) 454-0100 | (303) 454-0100 |
| Bryan.Fields3@usdoj.gov | Garreth.Winstead@usdoj.gov | Bishop.Grewell@usdoj.gov |
| Attorney for the Government | Attorney for the Government | Attorney for the Government |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record

|  |  |
|---|---|
| By: | */s Bryan Fields* |
|  | Bryan Fields |
|  | Assistant United States Attorney |
|  | U.S. Attorney's Office |
|  | 1801 California St. Suite 1600 |
|  | Denver, CO 80202 |
|  | (303) 454-0100 |
|  | Bryan.Fields3@usdoj.gov |
|  | Attorney for the Government |