**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. <u>22-cr-00012-WJM</u>                                        Date: <u>July 6, 2022</u>

Case Title: <u>United States v. Rudolph, et al.</u>

<u>PLAINTIFF</u>   AMENDED WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | | ESTIMATED DATE | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---------|---|----------------|---------|----|--------|----|--------|----|
| Ralph | Finizio | July 12, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Vince | Finizio | July 12, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Anthony | Giustini | July 12, 2022 | Direct: | 15 | Cross: | 15 | Total: | 30 |
| Mark | Swanepoel (cross-designated) | July 12, 2022 July 13, 2022 | Direct: | 150 | Cross: | 150 | Total: | 300 |
| Roston | Yeyenga | July 13, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Mwene | Casiuss Banda | July 13, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Boyd | Malama | July 13, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Daniel | Maswahu | July 13, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Francis | Jani | July 14, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Musawa | Musese | July 14, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Casius | Mwiinga | July 14, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Grace | Musazulwa | July 14, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Stephen | DeFrance | July 14, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Stephen | Cina | July 14, 2022 July 15, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Rolecia | Smith | July 15, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Valerie | Wood | July 15, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Helen | Myer | July 15, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Chris | Calgaro | July 15, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Otto | Westhassel | July 15, 2022 | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Pieter | Swanepoel (cross-designated) | July 18, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Debra | Wagner | July 18, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Rhonda | Loosle | July 18, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Greg | Mirabelli | July 18, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Marguerite | Jenkins | July 18, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Charlene | Arnold | July 18, 2022 | Direct: | 20 | Cross: | 20 | Total: | 60 |
| Kelly | Siebels | July 18, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| William | Gorman | July 18, 2022 July 19, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Peter | Milnes | July 19, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Rochelle | Sanchez | July 19, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Richard | Vorder Bruegge | July 19, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Bruce | Bradtmiller | July 19, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Ryan | Jibson | July 19, 2022 July20, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Ryan | Cook | July 20, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Steven | Rodgers (cross-designated) | July 20, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |
| Tom | Griffin | July 20, 2022 | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Paul | Babaz | July 20, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Donald | Peterson | July 20, 2022 July 21,2022 | Direct: | 120 | Cross: | 120 | Total: | 240 |
| Rachel | Clay (cross-designated) | July 21, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Adam | Howard-Davies | July 21, 2022 | Direct: | 20 | Cross: | 20 | Total: | 40 |
| Anna | Grimley | July 21, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Erin | Newton | July 21, 2022 July 25, 2022 | Direct: | 60 | Cross: | 60 | Total: | 120 |
| Rachel | Anders | July 25, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Alain | Smith | July 25, 2022 | Direct: | 30 | Cross: | 30 | Total: | 60 |
| Cassandra | Olmstead | July 25, 2022 | Direct: | 45 | Cross: | 45 | Total: | 90 |

| Sherri | Houck | July 26, 2022 |
|--------|-------|---------------|
| Gilbert | Morlock | July 26, 2022 |
| Levi | Weaver | July 26, 2022 |
| James | Padish | July 26, 2022 |
| Brian | Lovelace | July 26, 2022 |

Direct: 30  Cross: 30  Total: 40

Direct: 20  Cross: 20  Total: 40

Direct: 20  Cross: 20  Total: 40

Direct: 30  Cross: 30  Total: 60

Direct: 20  Cross: 20  Total: 40