IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

v.

1. **LAWRENCE RUDOLPH**,
2. **LORI MILLIRON**,
_____/

### DEFENDANTS' JOINT MOTION FOR
### SUFFICIENT TIME TO PRESENT THEIR CASES

This case is scheduled to commence trial on Monday, July 11, 2022. The Court has ordered that the trial will conclude by July 28, 2022. Yesterday, the government filed its final witness list, which includes 49 witnesses, and proposes to conclude its case on July 26. Even assuming the government is actually able to pull off calling 49 witnesses in 11 trial days, which seems unlikely, then the two defendants will be left with about one day between the two of them (July 27), as jury instructions and closings will need to be done on the last day (July 28).

We respectfully submit that this is unacceptable and would preclude the defendants from presenting their defense, as guaranteed by the Constitution. Accordingly, we request that the Court order that the government rest its case by Wednesday, July 20, 2022, giving it 7 trial days to present its case (assuming no evidence is taken on Monday, July 11). Then the two defendants would have 4 trial days between the two of them to present their cases.

### Certificate of Service

This motion was filed and served on all parties on 7 July 2022 using CM/ECF.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:/s/ David Oscar Markus
David Oscar Markus
Florida Bar Number 119318
dmarkus@markuslaw.com

/s/ A. Margot Moss
A. Margot Moss
Florida Bar Number 091870
mmoss@markuslaw.com

 /s/ *John W. Dill*
John W. Dill, Esquire
Florida Bar Number: 981680
JOHN W. DILL, PA
941 West Morse Blvd.
Suite 100
o(321) 214-4500
c(321) 287-4774
Winter Park, FL 32789