**EXHIBIT A**

---

Witness Anna Grimley may testify that Lori Milliron made certain statements to Ms. Grimley in 2015. When evaluating the case against Ms. Milliron, it is for you to decide whether she made any statement and, if so, what weight to give whatever statement she made. However, any statements Ms. Milliron may have made to Ms. Grimley are to be considered only with regard to the charges against Ms. Milliron.

With regard to the charges against Lawrence Rudolph, you cannot consider these alleged statements at all. In other words, as far as the charges against Dr. Rudolph are concerned, you cannot consider any statements Milliron may have made to Ms. Grimley.[1]

---

[1] This is a slightly modified version of the limiting instruction discussed in the Court's July 7, 2022 Order. (ECF No. 206 at 3.)