IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:             July 11, 2022
Deputy Clerk:     Heidi L. Guerra
Court Reporter:   Mary George
Law Clerk:        Susan Jacoby and Cooper Alison-Mayne

---

Criminal Action No. **1:22-cr-00012-WJM**          Counsel:

UNITED STATES OF AMERICA,                          Bryan David Fields
                                                   Edwin Garreth Winstead III
          Plaintiff,                               Justin Bishop Grewell

v.

LAWRENCE RUDOLPH, and                              David Oscar Markus
LORI MILLIRON                                      Anita Margot Moss
                                                   Lauren I. Doyle
                                                   John W. Dill

          Defendants.

---

**COURTROOM MINUTES**

---

**Jury Trial, Day 1**

**10:32 a.m.    Court in session.**

Jury panel not present.

Appearances of Counsel.

Also seated at Plaintiff's table: Special Agent Scott Dahlstrom, Special Agent Donald Peterson, and FBI Task Force Officer Shawna Gilbert.  AUSA Bryan David Fields is present by telephone.

Also seated at Defendant Rudolph's table: Renato Stabile and Juliana Manrique.

Also seated at Defendant Milliron's table: Dan Reyes and Rhasaan Orange.

Opening remarks by the Court.

**ORDERED:**  Defendants' [207] Motion for Order for Sufficient Time to Present Cases is denied as stated on the record.

**ORDERED:**  At the conclusion of the jury trial, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

**ORDERED:**  Plaintiff's oral motion for Rule 615 sequestration is granted; all witnesses, except Special Agent Donald Peterson, Julian Rudolph, and Anna Bianca Rudolph, are sequestered and excluded from the courtroom.

Plaintiff's oral motion authorizing communication with the jury at the conclusion of the trial is granted. A written order will follow.

**11:37 a.m.    Court in recess.**

**11:49 a.m.**    Counsel allotted 1 hour to review juror questionnaires.

**12:58 p.m.    Court in session.**

**Jury Selection**

Jury panel not present.

Jurors excused for cause:

1. 100426772
2. 100462800
3. 100461551
4. 100467929
5. 100429817
6. 100462720
7. 100472616
8. 100472480
9. 100465634
10. 100429956
11. 100432612
12. 100466766
13. 100428862
14. 100428403
15. 100439440
16. 100426181

**2:03 p.m.         Court in recess.**
**2:11 p.m.         Court in session.**

Jury panel not present.

Juror excused for cause:

    17. 100436444

**2:19 p.m.**          **Court in recess.**
**3:09 p.m.**          **Court in session.**

Jury panel is present.

Court's remarks to prospective jurors.

Voir dire of prospective jurors by the Court.

Jurors excused for hardship:

    1. 100465306
    2. 100445711
    3. 100445479
    4. 100450986
    5. 100437313

**5:05 p.m.** Jury released, to return at 8:35 a.m. on Tuesday, July 12, 2022.

Discussion outside the presence of the jury panel.

**5:10 p.m. Court in recess. Trial continued.**

Total time in court: 4 hours 19 minutes