IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 13, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields<br>Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and<br>LORI MILLIRON | David Oscar Markus<br>Anita Margot Moss<br>Lauren I. Doyle<br>John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 3**

**8:58 a.m.**     **Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Renato Stabile, Rhasaan Orange, and Dan Reyes are present in the courtroom.

Discussion outside the presence of the jury.

**9:06 a.m.** Jury present.

Opening statement for the government by Mr. Grewell.

Opening statement for Defendant Rudolph by Mr. Markus.

**10:24 a.m.**     **Court in recess.**
**10:43 a.m.**     **Court in session.** Jury present.

Opening statement for Defendant Milliron by Mr. Dill.

11:21 a.m. Government's witness Ralph Finizio is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Ralph Finizio by Mr. Fields.

Government's Exhibits 1-40, 43, 45-56, 70-74, 90, 91, 92, 200-215, 220-226, 60, 430, and 44 are admitted into evidence.

Defendant Rudolph's Exhibits RU-RA9, RA15-RA29, RA36, RA37, and RA39 are admitted into evidence.

Defendant Milliron's Exhibits MA, MB, MC1, MC2, ME, and MF are admitted into evidence.

Cross examination of Mr. Ralph Finizio by Mr. Markus.

Redirect examination of Mr. Ralph Finizio by Mr. Fields.

Mr. Finizio is excused.

**12:30 p.m.    Court in recess.**
**1:33 p.m.     Court in session.**

Discussion outside the presence of the jury.

**1:36 p.m.** Jury present.

1:36 p.m. Government's witness Vince Finizio is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Vince Finizio by Mr. Fields.

Cross examination of Mr. Vince Finizio by Mr. Markus.

Mr. Vince Finizio is excused.

2:00 p.m. Government's witness Anthony Giustini is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Giustini by Mr. Fields.

Cross examination of Mr. Giustini by Mr. Markus.

Mr. Giustini is excused.

Case 1:22-cr-00012-WJM   Document 219   Filed 07/13/22   USDC Colorado   Page 3 of 3

2:16 p.m. Government's witness Mark Swanepoel is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Mark Swanepoel by Mr. Winstead.

**3:10 p.m.**	**Court in recess.**
**3:29 p.m.**	**Court in session.** Jury present.

Continued direct examination of Mr. Mark Swanepoel by Mr. Winstead.

**5:06 p.m.** Jury released, to return at 8:35 a.m. on Thursday, July 14, 2022.

**5:07 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 28 minutes