IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 14, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 4**

**8:47 a.m.**   **Court in session.** Jury present.

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Tim Cowdin, and Dan Reyes are present in the courtroom.

Continued direct examination of Mr. Mark Swanepoel by Mr. Winstead.

Cross examination of Mr. Mark Swanepoel by Mr. Markus.

**10:19 a.m.** Jury excused from courtroom.

**10:20 a.m.**   **Court in recess.**
**10:39 a.m.**   **Court in session.** Jury present.

Continued cross examination of Mr. Mark Swanepoel by Mr. Markus.

Redirect examination of Mr. Mark Swanepoel by Mr. Winstead.

Recross examination of Mr. Mark Swanepoel by Mr. Markus.

Mr. Mark Swanepoel is excused.

11:10 a.m. Government's witness Mwene Cassius Banda is called.

Interpreter placed under oath by Courtroom Deputy.

Mr. Mwene Cassius Banda placed under oath by Courtroom Deputy.

Direct examination of Mr. Mwene Cassius Banda by Mr. Fields.

Cross examination of Mr. Mwene Cassius Banda by Ms. Moss.

Redirect examination of Mr. Mwene Cassius Banda by Mr. Fields.

Witness identified Defendant Rudolph.

Mr. Mwene Cassius Banda is excused.

**12:22 p.m.     Court in recess.**
**1:31 p.m.      Court in session.** Jury present.

1:31 p.m. Government's witness Valerie Wood is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Valerie Wood by Mr. Grewell.

Cross examination of Ms. Valerie Wood by Ms. Doyle.

Cross examination of Ms. Valerie Wood by Mr. Dill.

Redirect examination of Ms. Valerie Wood by Mr. Grewell.

Ms. Valerie Wood is excused.

1:58 p.m. Government's witness FBI Special Agent Stephen DeFrance is called and placed under oath by Courtroom Deputy.

Direct examination of Special Agent DeFrance by Mr. Winstead.

Government's Exhibits 217, 268, 269-272, and 273 are admitted into evidence.

**3:17 p.m.** Jury excused from courtroom.

**3:18 p.m.**     **Court in recess.**
**3:36 p.m.**     **Court in session.** Jury present.

Cross examination of Special Agent DeFrance by Ms. Moss.

**5:04 p.m.** Jury released, to return at 8:35 a.m. on Friday, July 15, 2022.

**5:05 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 32 minutes