IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 15, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 5**

**8:50 a.m.    Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Tim Cowdin, and Dan Reyes are present in the courtroom.

**8:53 a.m.** Jury present.

Continued cross examination of Special Agent DeFrance by Ms. Moss.

Cross examination of Special Agent DeFrance by Mr. Dill.

Redirect examination of Special Agent DeFrance by Mr. Winstead.

Special Agent DeFrance is excused.

9:40 a.m. Government's witness Dr. Daniel Maswahu is called and placed under oath by Courtroom Deputy.

Direct examination of Dr. Maswahu by Mr. Grewell.

Voir dire of Dr. Maswahu by Ms. Moss.

Dr. Maswahu is qualified under FRE 702 as an expert in forensic pathology and in particular his autopsy examination of Bianca Rudolph.

Continued direct examination of Dr. Maswahu by Mr. Grewell.

Government's Exhibit 17-1 is admitted into evidence.

**10:20 a.m.** Jury excused from courtroom.

**10:21 a.m.     Court in recess.**
**10:40 a.m.     Court in session.** Jury present.

Continued direct examination of Dr. Maswahu by Mr. Grewell.

Cross examination of Dr. Maswahu by Ms. Moss.

Cross examination of Dr. Maswahu by Mr. Dill.

Redirect examination of Dr. Maswahu by Mr. Grewell.

Dr. Maswahu is excused.

**11:46 a.m.     Court in recess.**
**11:56 a.m.     Court in session.** Jury present.

11:58 a.m. Government's witness Dr. Stephen Cina is called and placed under oath by Courtroom Deputy.

Direct examination of Dr. Cina by Mr. Grewell.

Dr. Cina is qualified under FRE 702 as an expert in field of general forensic pathology and specifically with respect to the wounds in this case.

Continued direct examination of Dr. Cina by Mr. Grewell.

Cross examination of Dr. Cina by Ms. Moss.

**12:34 p.m.** Jury excused from courtroom.

**12:35 p.m.**   **Court in recess.**
**1:36 p.m.**   **Court in session.** Jury present.

Continued cross examination of Dr. Cina by Ms. Moss.

Cross examination of Dr. Cina by Mr. Dill.

Redirect examination of Dr. Cina by Mr. Grewell.

Dr. Cina is excused.

2:31 p.m. Government's witness Boyd Malama is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Malama by Mr. Grewell.

Cross examination of Mr. Malama by Ms. Doyle.

Redirect examination of Mr. Malama by Mr. Grewell.

Mr. Malama is excused.

2:56 p.m. Government's witness Casius Mwiinga is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Mwiinga by Mr. Fields.

**3:10 p.m.**   **Court in recess.**
**3:28 p.m.**   **Court in session.** Jury present.

Cross examination of Mr. Mwiinga by Mr. Markus.

Redirect examination of Mr. Mwiinga by Mr. Fields.

Mr. Mwiinga is excused.

3:47 p.m. Government's witness Musawa Musese is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Musese by Mr. Fields.

Cross examination of Mr. Musese by Mr. Markus.

Cross examination of Mr. Musese by Mr. Dill.

Mr. Musese is excused.

4:20 p.m. Government's witness Francis Jani is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Jani by Mr. Fields.

Cross examination of Mr. Jani by Mr. Markus.

Mr.Jani is excused.

**4:48 p.m.** Jury released, to return at 8:35 a.m. on Monday, July 18, 2022.

**4:49 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 11 minutes