IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:            July 18, 2022
Deputy Clerk:    Heidi L. Guerra
Court Reporter:  Mary George
Law Clerk:       Susan Jacoby and Cooper Alison-Mayne

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields<br>Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and<br>LORI MILLIRON | David Oscar Markus<br>Anita Margot Moss<br>Lauren I. Doyle<br>John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 6**

**8:52 a.m.     Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Tim Cowdin, and Dan Reyes are present in the courtroom.

Discussion held outside the presence of the jury.

**9:02 a.m**     Jury present.

9:04 a.m. Government's witness Pieter Swanepoel is called.

Due to technical difficulties, Mr. Pieter Swanepoel will testify on July 19, 2022.

**9:09 a.m.     Court in recess.**
**9:42 a.m.     Court in session.** Jury present.

9:44 a.m. Government's witness Otto Westhassel is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Westhassel by Mr. Fields.

Government's Exhibit 17-2 is admitted into evidence.

**10:44 a.m**.  Jury excused from courtroom.

**10:45 a.m.     Court in recess.**
**11:04 a.m.     Court in session.** Jury present.

Continued direct examination of Mr. Westhassel by Mr. Fields.

Cross examination of Mr. Westhassel by Mr. Markus.

Defendant Rudolph's Exhibits RA10 and RA11 are admitted into evidence.

Redirect examination of Mr. Westhassel by Mr. Fields.

Mr. Westhassel is excused.

12:09 p.m. Government's witness Helen Meyer is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Meyer by Mr. Grewell.

Cross examination of Ms. Meyer by Ms. Doyle.

Redirect examination of Ms. Meyer by Mr. Grewell.

Ms. Meyer is excused.

**12:29 p.m.     Court in recess.**
**1:33 p.m.      Court in session.** Jury present.

1:34 p.m. Government's witness Rolecia Smith is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Rolecia Smith by Mr. Grewell.

Government's Exhibit 180 is admitted into evidence.

Ms. Rolecia Smith is excused.

1:47 p.m.  Government's witness Chris Calgaro is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Calgaro by Mr. Winstead.

Government's Exhibits 140, 141, and 142 are admitted into evidence.

Cross examination of Mr. Calgaro by Mr. Markus.

Defendant Rudolph's Exhibit RA14 is admitted into evidence.

Redirect examination of Mr. Calgaro by Mr. Winstead.

Mr. Calgaro is excused.

2:20 p.m. Government's witness Rhonda Loosle is called and placed under oath by Courtroom Deputy.

Government's Exhibits 150, 151, 152, 307, and 308 are admitted into evidence.

Direct examination of Ms. Loosle by Mr. Grewell.

Cross examination of Ms. Loosle by Mr. Markus.

Redirect examination of Ms. Loosle by Mr. Grewell.

Ms. Loosle is excused.

2:40 p.m. Government's witness Greg Mirabelli is called and placed under oath by Courtroom Deputy.

Government's Exhibits 301,110, 111, 112, 113, and 120 are admitted into evidence.

Direct examination of Mr. Mirabelli by Mr. Fields.

**3:09 p.m.** Jury excused from courtroom.

**3:10 p.m.     Court in recess.**
**3:27 p.m.     Court in session.** Jury present.

Cross examination of Mr. Mirabelli by Mr. Markus.

Redirect examination of Mr. Mirabelli by Mr. Fields.

Mr. Mirabelli is excused.

3:50 p.m. Government's witness Marguerite Jenkins is called and placed under oath by Courtroom Deputy.

Government's Exhibits 130, 131, and 306 are admitted into evidence.

Direct examination of Ms. Jenkins by Mr. Grewell.

Cross examination of Ms. Jenkins by Mr. Markus.

Ms. Jenkins is excused.

4:03 p.m. Government's witness Debra Wagner is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Wagner by Mr. Fields.

Government's Exhibits 304, 170, 171, 172, 173, 174, and 175 are admitted into evidence.

Cross examination of Ms. Wagner by Mr. Markus.

Redirect examination of Ms. Wagner by Mr. Fields.

Ms. Wagner is excused.

**4:55 p.m.** Jury released, to return at 8:35 a.m. on Tuesday, July 19, 2022.

**4:57 p.m. Court in recess. Trial continued.**

Total time in court: 5 hours 52 minutes