IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     LAWRENCE RUDOLPH, and
2.     LORI MILLIRON,

        Defendants.
_____

### NOTICE OF FORFEITURE HEARING
_____

        COMES NOW the parties and gives notice to the Court that the parties have elected to have any necessary hearing addressing the issue of forfeiture to be determined at the time of sentencing by the Court.

        1.     In the Notice of Forfeiture on Pages 8-9 of the Superceding Indictment returned on February 9, 2022, the United States alleged that, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) it would seek forfeiture of any and all rights, title, and interest in all property constituting and derived from any proceeds Defendant Rudolph obtained directly and indirectly as a result of such offense or offenses or shall be liable for a money judgment in the amount of proceeds that he obtained as a result of the scheme alleged in Count Two of the Superceding Indictment.

2. On May 4, 2022, the United States filed a Bill of Particulars (Doc. # 108) giving notice that the United States would seeks forfeiture of Defendant Rudolph's interest in the assets identified therein.

3. Fed. R. Crim. P. 32.2(b)(5), states that a party must request that the jury be retained to determine forfeiture. In the absence of such an election, the Court determines forfeiture at the time of sentencing.

4. The parties have conferred and agree that the issue of forfeiture will be presented to the Court at the time of sentencing.

DATED this 20th day of July, 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

s/ *Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: kurt.bohn@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of July 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

      s/*Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: kurt.bohn@usdoj.gov