IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: July 19, 2022
Deputy Clerk: Heidi L. Guerra
Court Reporter: Mary George
Law Clerk: Susan Jacoby and Cooper Alison-Mayne

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields<br>Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and<br>LORI MILLIRON | David Oscar Markus<br>Anita Margot Moss<br>Lauren I. Doyle<br>John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 7**

**8:49 a.m.     Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, and Dan Reyes are present in the courtroom.

8:51 a.m. Government's witness Pieter Swanepoel is called via VTC and placed under oath by Courtroom Deputy.

Direct examination of Mr. Pieter Swanepoel by Mr. Winstead.

Cross examination of Mr. Pieter Swanepoel by Ms. Moss.

Redirect examination of Mr. Pieter Swanepoel by Mr. Winstead.

Recross examination of Mr. Pieter Swanepoel by Ms. Moss.

Mr. Pieter Swanepoel is excused.

**10:20 a.m.    Court in recess.**
**10:38 a.m.    Court in session.**

Discussion outside the presence of the jury.

**ORDERED:** Defendant Rudolph's oral motion for mistrial is denied.

**10:43 a.m.** Jury present.

10:44 a.m. Government's witness Peter Milnes is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Milnes by Mr. Fields.

Mr. Milnes is qualified under FRE 702 as an expert in insurance customs and practices, and structure, use, and maintenance of life insurance policies.

Voir dire of Mr. Milnes by Mr. Markus.

Government's Exhibit 473 is admitted into evidence.

Continued direct examination of Mr. Milnes by Mr. Fields.

Cross examination of Mr. Milnes by Mr. Markus.

Cross examination of Mr. Milnes by Mr. Dill.

Redirect examination of Mr. Milnes by Mr. Fields.

Mr. Milnes is excused.

**12:24 p.m.    Court in recess.**
**1:25 p.m.     Court in session.** Jury present.

1:29 p.m. Government's witness William Gorman is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Gorman by Mr. Fields.

Cross examination of Mr. Gorman by Mr. Markus.

Cross examination of Mr. Gorman by Mr. Dill.

Redirect examination of Mr. Gorman by Mr. Fields.

Mr. Gorman is excused.

2:13 p.m. Government's witness Charlene Arnold is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Arnold by Mr. Winstead.

Government's Exhibits 100 and 101 are admitted into evidence.

Cross examination of Ms. Arnold by Mr. Markus.

Ms. Arnold is excused.

2:26 p.m. Government's witness Kelly Siebels is called and placed under oath by Courtroom Deputy.

Government's Exhibits 160, 161, 162, 302, and 303 are admitted into evidence.

Direct examination of Ms. Siebels by Mr. Grewell.

Cross examination of Ms. Siebels by Mr. Markus.

Ms. Siebels is excused.

2:42 p.m. Government's witness Richard Vorder Bruegge is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Vorder Bruegge by Mr. Grewell.

Mr. Vorder Bruegge is qualified under FRE 702 as an expert generally in the field of photogrammetry and specifically with respect to analysis done in this case.

Mr. Vorder Bruegge is excused.

**3:03 p.m.      Court in recess.**
**3:21 p.m.      Court in session.** Jury present.

3:22 p.m. Government's witness Dr. Bruce Bradtmiller is called and placed under oath by Courtroom Deputy.

Direct examination of Dr. Bradtmiller by Mr. Fields.

Dr. Bradtmiller is qualified under FRE 702 as an expert in the field of general antropometry, applied antropometry, and the specific research conducted in this case.

Government's Exhibits 415-429 and 434-469 are admitted into evidence.

Cross examination of Dr. Bradtmiller by Ms. Moss.

Cross examination of Dr. Bradtmiller by Mr. Dill.

Redirect examination of Dr. Bradtmiller by Mr. Fields.

Dr. Bradtmiller is excused.

4:27 p.m. Government's witness Rochelle Sanchez is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Sanchez by Mr. Fields.

Cross examination of Ms. Sanchez by Mr. Markus.

Redirect examination of Ms. Sanchez by Mr. Fields.

Ms. Sanchez is excused.

4:42 p.m. Government's witness Ryan Cook is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Cook by Mr. Winstead.

Mr. Cook is qualified under FRE 702 as an expert in design, testing, history, and functions of firearms including the Browning Auto 5.

Government's Exhibit 402 is admitted into evidence.

**4:59 p.m.** Jury released, to return at 8:35 a.m. on Wednesday, July 20, 2022.

**5:00 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 34 minutes