IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                July 20, 2022
Deputy Clerk:        Heidi L. Guerra
Court Reporter:      Mary George
Law Clerk:           Susan Jacoby and Cooper Alison-Mayne

---

Criminal Action No. **1:22-cr-00012-WJM**         Counsel:

UNITED STATES OF AMERICA,                         Bryan David Fields
                                                  Edwin Garreth Winstead III
         Plaintiff,                               Justin Bishop Grewell

v.

LAWRENCE RUDOLPH, and                             David Oscar Markus
LORI MILLIRON                                     Anita Margot Moss
                                                  Lauren I. Doyle
                                                  John W. Dill
         Defendants.

---

## COURTROOM MINUTES

---

**Jury Trial, Day 8**

**8:46 a.m.       Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott
Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, and Dan Reyes are
present in the courtroom.

Discussion held outside the presence of the jury.

Defendants' [221] Motion for Mistrial is denied. A written order will follow.

**9:05 a.m.       Jury present.**

Continued direct examination of Mr. Cook by Mr. Winstead.

Government's Exhibit 492 is admitted into evidence.

**10:25 a.m.** Jury excused from courtroom.

**10:26 a.m.    Court in recess.**
**10:48 a.m.    Court in session.** Jury present.

Cross examination of Mr. Cook by Ms. Moss.

Government's Exhibit 403 is admitted into evidence.

Redirect examination of Mr. Cook by Mr. Winstead.

Mr. Cook is excused.

11:37 a.m. Government's witness Ryan Jibson is called and placed under oath by Courtroom Deputy.

Government's Exhibit 401 is admitted into evidence.

Direct examination of Mr. Jibson by Mr. Winstead.

Cross examination of Mr. Jibson by Ms. Moss.

Redirect examination of Mr. Jibson by Mr. Winstead.

Mr. Jibson is excused.

11:58 a.m. Government's witness Paul Babaz is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Babaz by Mr. Fields.

Government's Exhibits 83 and 80 are admitted into evidence.

**12:26 p.m.**    Jury excused from courtroom.

**12:27 p.m.    Court in recess.**
**1:33 p.m.     Court in session.** Jury present.

Cross examination of Mr. Babaz by Mr. Markus.

Redirect examination of Mr. Babaz by Mr. Fields.

Mr. Babaz is excused.

1:38 p.m. Government's witness Steven Rodgers is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Rodgers by Mr. Winstead.
Mr. Rodgers is qualified under FRE 702 as an expert in shot gun patterning, functions of shotguns, use and handling of shotguns, function and design of shotgun shells, and the process of shotgun testing.

Government's Exhibit 267 is admitted into evidence.

Cross examination of Mr. Rodgers by Ms. Moss.

Cross examination of Mr. Rodgers by Mr. Dill.

Redirect examination of Mr. Rodgers by Mr. Winstead.

Mr. Rodgers is excused.

**3:17 p.m.      Court in recess.**
**3:37 p.m.      Court in session.** Jury present.

3:38 p.m. Government's witness Gilbert Morlock is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Morlock by Mr. Winstead.

Cross examination of Mr. Morlock by Mr. Dill.

Mr. Morlock is excused.

4:07 p.m. Government's witness Rachel Clay is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Clay by Mr. Fields.

Ms. Clay is qualified under FRE 702 as an expert in the field of forensic document analysis.

Government's Exhibit 493 is admitted into evidence.

Cross examination of Ms. Clay by Mr. Markus.

Redirect examination of Ms. Clay by Mr. Fields

Re-cross examination of Ms. Clay by Mr. Markus.

Ms. Clay is excused.

**5:01 p.m.** Jury released, to return at 8:35 a.m. on Thursday, July 21, 2022.

**5:02 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 28 minutes