IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:              July 21, 2022
Deputy Clerk:      Heidi L. Guerra
Court Reporter:    Mary George
Law Clerk:         Susan Jacoby and Cooper Alison-Mayne

---

Criminal Action No. **1:22-cr-00012-WJM**          Counsel:

UNITED STATES OF AMERICA,                          Bryan David Fields
                                                   Edwin Garreth Winstead III
        Plaintiff,                                 Justin Bishop Grewell

v.

LAWRENCE RUDOLPH, and                              David Oscar Markus
LORI MILLIRON                                      Anita Margot Moss
                                                   Lauren I. Doyle
                                                   John W. Dill

        Defendants.

---

**COURTROOM MINUTES**

---

**Jury Trial, Day 9**

**8:52 a.m.      Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, and Dan Reyes are present in the courtroom.

Discussion outside the presence of the jury.

**8:54 a.m.** Jury present.

8:55 a.m. Government's witness Adam Howard-Davies is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Howard-Davies by Mr. Fields.

Cross examination of Mr. Howard-Davies by Mr. Markus.

Cross examination of Mr. Howard-Davies by Mr. Dill.

Redirect examination of Mr. Howard-Davies by Mr. Fields.

Mr. Howard-Davies is excused.

9:16 a.m. Government's witness Rachel Anders is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Anders by Mr. Fields.

Witness identified the defendants.

Cross examination of Ms. Anders by Mr. Dill.

Ms. Anders is excused.

9:49 a.m. Government's witness Anna Grimley is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Grimley by Mr. Fields.

Cross examination of Ms. Grimley by Mr. Dill.

**10:25 a.m.    Court in recess.**
**10:45 a.m.    Court in session.**

Discussion outside the presence of the jury.

Motion to reconsider is denied.

**10:49 a.m.** Jury present.

Continued cross examination of Ms. Grimley by Mr. Dill.

Redirect examination of Ms. Grimley by Mr. Fields.

Ms. Grimley is excused.

11:07 a.m. Government's witness Sherri Houck is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Houck by Mr. Fields.

Government's Exhibit 57 is admitted into evidence.

Cross examination of Ms. Houck by Mr. Dill.

Cross examination of Ms. Houck by Mr. Markus.

Redirect examination of Ms. Houck by Mr. Fields.

Ms. Houck is excused.

11:57 a.m. Government's witness Levi Weaver is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Weaver by Mr. Fields.

Cross examination of Mr. Weaver by Mr. Dill.

Cross examination of Mr. Weaver by Mr. Markus.

Redirect examination of Mr. Weaver by Mr. Fields.

Mr. Weaver is excused.

**12:18 p.m.     Court in recess.**
**1:23 p.m.     Court in session.** Jury present.

1:24 p.m. Government's witness Tom Griffin is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Griffin by Mr. Winstead.

Mr. Griffin is qualified under FRE 702 as an expert in blood stain pattern analysis.

Cross examination of Mr. Griffin by Ms. Moss.

Redirect examination of Mr. Griffin by Mr. Winstead.

Mr. Griffin is excused.

2:47 p.m. Government's witness Special Agent Donald Peterson is called and placed under oath by Courtroom Deputy.

Direct examination of Special Agent Peterson by Mr. Winstead.

**3:09 p.m.     Court in recess.**
**3:28 p.m.     Court in session.** Jury present.

Continued direct examination of Special Agent Peterson by Mr. Winstead.

Government's Exhibits 94, 121, and 93 are admitted into evidence.

**5:14 p.m.** Jury released, to return at 8:35 a.m. on Monday, July 25, 2022.

**5:14 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 38 minutes