IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 25, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 10**

**8:49 a.m.      Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, Rhasaan Orange, and Dan Reyes are present in the courtroom.

Discussion held outside the presence of the jury.

**8:55 a.m.** Jury present.

Continued direct examination of Special Agent Peterson by Mr. Winstead.

Government's Exhibit 95 is admitted into evidence.

**10:17 a.m.      Court in recess.**
**10:40 a.m.      Court in session.** Jury present.

Cross examination of Special Agent Peterson by Mr. Markus.

Cross examination of Special Agent Peterson by Mr. Dill.

Redirect examination of Special Agent Peterson by Mr. Winstead.

Special Agent Peterson is excused.

12:13 p.m. Government's witness Joseph Smith is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Smith by Mr. Fields.

Cross examination of Mr. Smith by Mr. Markus.

Redirect examination of Mr. Smith by Mr. Fields.

Mr. Smith is excused.

**12:36 p.m.    Court in recess.**
**1:40 p.m.    Court in session.** Jury present.

Discussion held outside the presence of the jury.

**1:53 p.m.** Jury present

1:55 p.m. Government's witness James Padish is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Padish by Mr. Grewell.

Mr. Padish is qualified under FRE 702 as an expert generally in the field of family law, divorce in Arizona, the application of that law to the facts of this case, and specifically the issue of how Arizona courts would resolve the application of the alleged postnuptial agreement in this case.

Cross examination of Mr. Padish by Mr. Markus.

Redirect examination of Mr. Padish by Mr. Grewell.

Mr. Padish is excused.

**2:52 p.m.** Jury excused from the courtroom.

Discussion held outside the presence of the jury.

**2:53 p.m.**     **Court in recess.**
**3:36 p.m.**     **Court in session.**

**ORDERED:**    Defendants' [231] Motion to Exclude Hearsay Statements is denied as stated on the record.

**3:56 p.m.** Jury present.

3:57 p.m. Government's witness Cassandra Olmstead is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Olmstead by Mr. Winstead.

Cross examination of Ms. Olmstead by Ms. Moss.

**5:04 p.m.** Jury released, to return at 8:35 a.m. on Tuesday, July 26, 2022.

Discussion held outside the presence of the jury.

**5:09 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 10 minutes