IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 26, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 11**

**8:52 a.m.**     **Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, Rhasaan Orange, and Dan Reyes are present in the courtroom.

Discussion held outside the presence of the jury.

**8:56 a.m.** Jury present.

Continued cross examination of Ms. Olmstead by Ms. Moss.

Ms. Olmstead is excused.

9:20 a.m. Government's witness Erin Newton is called and placed under oath by Courtroom Deputy.

Government's Exhibits 300, 305, 309-327, and 500-505 are admitted into evidence.

Direct examination of Ms. Newton by Mr. Fields.

**10:24 a.m.    Court in recess.**
**10:45 a.m.    Court in session.** Jury present.

Continued direct examination of Ms. Newton by Mr. Fields.

Ms. Newton is qualified under FRE 702 as an expert in cash flow analysis.

Cross examination of Ms. Newton by Mr. Markus.

Cross examination of Ms. Newton by Mr. Dill.

Redirect examination of Ms. Newton by Mr. Fields.

Ms. Newton is excused.

11:42 a.m. Government's witness Brian Lovelace is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Lovelace by Mr. Winstead.

Witness identified the defendants.

Cross examination of Mr. Lovelace by Mr. Markus.

Mr. Lovelace is excused.

Government rests.

**12:04 p.m.** Jury excused from the courtroom.

Defendant Rudolph's oral Rule 29 motion for acquittal.

Defendant Milliron's oral Rule 29 motion for acquittal.

**ORDERED:**   Defendant Rudolph's oral Rule 29 motion for acquittal is denied as stated on the record.

**ORDERED:**   Defendant Milliron's oral Rule 29 motion for acquittal is denied in part and taken under advisement in part as stated on the record.

**1:17 p.m.    Court in recess.**
**2:16 p.m.    Court in session.** Jury present.

Discussion held outside the presence of the jury.

**2:18 p.m.** Jury present.

2:20 p.m. Defendant Rudolph's witness Lucien Haag is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Haag by Ms. Moss.

Mr. Haag is qualified under FRE 702 as an expert in forensic ballistics, to include internal, external, and terminal ballistics and as a shooting reconstruction expert.

**3:36 p.m.     Court in recess.**
**3:47 p.m.     Court in session.** Jury present.

Continued direct examination of Mr. Haag by Ms. Moss.

Cross examination of Mr. Haag by Mr. Winstead.

Redirect examination of Mr. Haag by Moss.

Mr. Haag is excused.

**5:01 p.m.** Jury released, to return at 8:35 a.m. on Wednesday, July 27, 2022.

**5:01 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 38 minutes