IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,
 Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,
 Defendants.
_____/

## STIPULATION

The United States of America and the defendant, Lawrence Rudolph, stipulate and agree that the forensic document examiner retained by defendant Lawrence Rudolph, Dianne Flores, reached the same conclusion as FBI forensic document examiner Rachel Clay. Using the same methodology described during Ms. Clay's testimony, as well as additional testing, each independently concluded that the signatures on defense exhibits RW and RX, originals of the post-nuptial agreement, were signed by Bianca Rudolph.