IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 27, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 12**

**8:51 a.m.**     **Court in session.**

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, Rhasaan Orange, and Dan Reyes are present in the courtroom.

Discussion held outside the presence of the jury.

**9:00 a.m.** Jury present.

9:01 a.m. Defendant Rudolph's witness Michael Baden is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Baden by Mr. Markus.

Mr. Baden is qualified under FRE 702 as an expert in forensic pathology, autopsies, and cause and manner of death.

Cross examination of Mr. Baden by Mr. Grewell.

Redirect examination of Mr. Baden by Mr. Markus.

Mr. Baden is excused.

**10:33 a.m.     Court in recess.**
**10:51 a.m.     Court in session.** Jury present.

10:52 a.m. Defendant Rudolph's witness Teresa Paulette Sutton is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Sutton by Ms. Moss.

Ms. Sutton is qualified under FRE 702 as an expert in blood stain pattern analysis.

Cross examination of Ms. Sutton by Mr. Winstead.

Government's Exhibits 494-498 are admitted into evidence.

Redirect examination of Ms. Sutton by Ms. Moss.

Ms. Sutton is excused.

12:07 p.m. Defendant Rudolph's witness Mitchell Hoffman is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Hoffman by Mr. Markus.

Mr. Hoffman is qualified under FRE 702 as an expert in accounting, business evaluation, determining net worth, and cash flow.

Cross examination of Mr. Hoffman by Mr. Fields.

**12:34 p.m.** Jury excused from the courtroom.

**12:35 p.m.     Court in recess.**
**1:37 p.m.      Court in session.** Jury present.

Continued cross examination of Mr. Hoffman by Mr. Fields.

Redirect examination of Mr. Hoffman by Mr. Markus.

Mr. Hoffman is excused.

2:26 p.m. Defendant Rudolph's witness Lawrence Rudolph is called and placed under oath by Courtroom Deputy.

Direct examination of Dr. Rudolph by Mr. Markus.

Defendant Rudolph's Exhibits RF, RG, RH, RI, RL, RM, RN, RO, RP, RQ, RR, RS, RT, and RB are admitted into evidence.

**3:12 p.m.**     **Court in recess.**
**3:30 p.m.**     **Court in session.** Jury present.

Continued direct examination of Dr. Rudolph by Mr. Markus.

**4:59 p.m.** Jury released to return at 8:35 a.m. on Thursday, July 28, 2022.

Discussion held outside the presence of the jury.

**5:10 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 41 minutes