IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 28, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 13**

**8:48 a.m.**   **Court in session.**  Jury present.

All counsel, Defendants, Special Agent Donald Peterson, Special Agent Scott Dahlstrom, FBI Task Force Officer Shawna Gilbert, Ilmira Allzova, Rhasaan Orange, and Dan Reyes are present in the courtroom.

Cross examination of Dr. Rudolph by Mr. Fields.

**10:29 a.m.**   **Court in recess.**
**10:49 a.m.**   **Court in session.** Jury present.

Continued cross examination of Dr. Rudolph by Mr. Fields.

Government's Exhibits 607, 84, and 82 are admitted into evidence.

Defendant Rudolph's Exhibit RC is admitted into evidence.

Government's Exhibit 624, 647, and page 8 of Exhibit 625 are admitted into evidence.

**12:35 p.m.     Court in recess.**
**1:35 p.m.      Court in session.** Jury present.

Continued cross examination of Dr. Rudolph by Mr. Fields.

Government's Exhibits 643, 610, 612, 613-615, 616-618, and 611 are admitted into evidence.

Redirect examination of Dr. Rudolph by Mr. Markus.

Dr. Rudolph is excused.

Defendant Rudolph rests.

Defendant Milliron's Exhibits MG4, MG7, and MG9 are admitted into evidence.

Defendant Milliron rests.

**2:59 p.m.** Jury excused from the courtroom.

Government has no rebuttal witnesses.

Defendant Rudolph's renewed oral Rule 29 motion for acquittal.

Defendant Milliron's renewed oral Rule 29 motion for acquittal.

**ORDERED:**  Defendant Rudolph's renewed oral Rule 29 motion for acquittal denied as stated on the record.

**ORDERED:**  Defendant Milliron's renewed oral Rule 29 motion for acquittal denied in part and taken under advisement in part as stated on the record.

**3:12 p.m.     Court in recess.**
**3:44 p.m.     Court in session.**

Discussion held regarding jury instructions.

**3:56 p.m.     Court in recess.**
**4:08 p.m.     Court in session.** Jury present.

The Court's final set of jury instructions are read to the jury.

**5:04 p.m.** Jury released, to return at 8:35 a.m. on Friday, July 29, 2022.

Admitted Exhibits read into the record by Courtroom Deputy.

**5:18 p.m. Court in recess. Trial continued.**

Total time in court: 6 hours 26 minutes