IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | August 1, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## COURTROOM MINUTES

**Jury Trial, Day 15**

**8:47 a.m.    Court in session.**  Jury present.

All counsel, Defendants, and Special Agent Scott Dahlstrom are present in the courtroom.

8:48 a.m. Jury is escorted to the jury deliberation room by the bailiff to continue deliberations.

Counsel is to stay within 10 minutes of the courthouse.

**8:49 a.m.    Court in recess.**
**2:45 p.m.    Court in session.** Jury not present.

All counsel, Defendants, Special Agent Dahlstrom, and FBI Task Force Officer Shawna Gilbert are present in the courtroom.

Parties discussed jurors' notes. No action taken.

**2:48 p.m.     Court in recess.**
**4:44 p.m.     Court in session.** Jury not present.

All counsel, Defendants, Special Agent Dahlstrom, Special Agent Donald Peterson, and FBI Task Force Officer Shawna Gilbert are present in the courtroom.

**4:45 p.m.** Jury present.

Verdict tendered to the Court. Court reads verdict.

Jury finds the defendant, Lawrence Rudolph, guilty as to Count 1 of the Superseding Indictment.

Jury finds the defendant, Lawrence Rudolph, guilty as to Count 2 of the Superseding Indictment.

Jury finds the defendant, Lori Milliron, guilty as to Count 3 of the Superseding Indictment.

Jury finds the defendant, Lori Milliron, guilty as to Count 4 of the Superseding Indictment.

Jury finds the defendant, Lori Milliron, not guilty as to Count 5 of the Superseding Indictment.

Jury finds the defendant, Lori Milliron, guilty as to Count 6 of the Superseding Indictment.

Jury finds the defendant, Lori Milliron, not guilty as to Count 7 of the Superseding Indictment.

Jury finds the defendant, Lori Milliron, not guilty as to Count 8 of the Superseding Indictment.

Jury finds the defendant, Lori Milliron, guilty as to Count 9 of the Superseding Indictment.

**4:53 p.m.** Jury is discharged.

**ORDERED:** Defendant Milliron's pending Rule 29 motion for acquittal is denied.

**ORDERED:  Sentencing for Defendant Rudolph is set for February 1, 2023 at 9:30 a.m.**

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement for Defendant Rudolph.

**ORDERED:** Defendant Rudolph is remanded to the custody of the United States Marshal.

Defendant Milliron placed under oath by Courtroom Deputy.

**ORDERED:** Defendant Milliron's bond is continued subject to the same conditions of release in the Magistrate Judge Wang's [76] Order.

**ORDERED: Sentencing for Defendant Milliron is set for February 8, 2023 at 9:30 a.m.**

**ORDERED:** All hearings and settings in this case other than the Sentencing dates are hereby vacated. Any pending motions are hereby denied as moot.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement for Defendant Milliron.

Exhibits are returned to the custody of their respective parties.

**5:07 p.m.     Court is adjourned. Trial concluded.**

Total time in court: 28 minutes