**Exhibit Admitted at Trial**
**Case No. 1:22-cr-00012-WJM**

| Date Admitted | Exhibit Number & Comments |
|---|---|
| 7/13/2022 | **1 – 40** |
| 7/13/2022 | **43** |
| 7/13/2022 | **45 – 56** |
| 7/13/2022 | **70 – 74** |
| 7/13/2022 | **90** |
| 7/13/2022 | **91** |
| 7/13/2022 | **92** |
| 7/13/2022 | **200 – 215** |
| 7/13/2022 | **220 – 266** |
| 7/13/2022 | **60** |
| 7/13/2022 | **430** |
| 7/13/2022 | **RU – RA9** |
| 7/13/2022 | **RA15 – RA29** |
| 7/13/2022 | **RA36** |
| 7/13/2022 | **RA37** |
| 7/13/2022 | **RA39** |
| 7/13/2022 | **MA** |
| 7/13/2022 | **MB** |
| 7/13/2022 | **MC1** |
| 7/13/2022 | **MC2** |
| 7/13/2022 | **ME** |

## Exhibit Admitted at Trial
## Case No. 1:22-cr-00012-WJM

| Date Admitted | Exhibit Number & Comments |
|---|---|
| 7/13/2022 | **MF** |
| 7/13/2022 | **44** |
| 7/14/2022 | **217** |
| 7/14/2022 | **268** |
| 7/14/2022 | **269** |
| 7/14/2022 | **270** |
| 7/14/2022 | **271** |
| 7/14/2022 | **272** |
| 7/14/2022 | **273** |
| 7/15/2022 | **17-1**: Annotation of page 5 of Exhibit 17 by Dr. Daniel Maswahu |
| 7/18/2022 | **17-2**: Annotation of page 5 of Exhibit by 17 by Otto Westhassel. |
| 7/18/2022 | **RA10** |
| 7/18/2022 | **RA11** |
| 7/18/2022 | **180** |
| 7/18/2022 | **140** |
| 7/18/2022 | **141** |
| 7/18/2022 | **142** |
| 7/18/2022 | **RA14** |
| 7/18/2022 | **150** |
| 7/18/2022 | **151** |
| 7/18/2022 | **152** |

**Exhibit Admitted at Trial**
**Case No. 1:22-cr-00012-WJM**

| Date Admitted | Exhibit Number & Comments |
|---|---|
| 7/18/2022 | **307** |
| 7/18/2022 | **308** |
| 7/18/2022 | **301** |
| 7/18/2022 | **110** |
| 7/18/2022 | **111** |
| 7/18/2022 | **112** |
| 7/18/2022 | **113** |
| 7/18/2022 | **120** |
| 7/18/2022 | **130** |
| 7/18/2022 | **131** |
| 7/18/2022 | **306** |
| 7/18/2022 | **304** |
| 7/18/2022 | **170** |
| 7/18/2022 | **171** |
| 7/18/2022 | **172** |
| 7/18/2022 | **173** |
| 7/18/2022 | **174** |
| 7/18/2022 | **175** |
| 7/19/2022 | **473** |
| 7/19/2022 | **100** |
| 7/19/2022 | **101** |

**Exhibit Admitted at Trial**
**Case No. 1:22-cr-00012-WJM**

| Date Admitted | Exhibit Number & Comments |
|---|---|
| 7/19/2022 | **160** |
| 7/19/2022 | **161** |
| 7/19/2022 | **162** |
| 7/19/2022 | **302** |
| 7/19/2022 | **303** |
| 7/19/2022 | **415 – 429** |
| 7/19/2022 | **434 – 469** |
| 7/19/2022 | **402** |
| 7/20/2022 | **492** |
| 7/20/2022 | **403** |
| 7/20/2022 | **401** |
| 7/20/2022 | **83** |
| 7/20/2022 | **80** |
| 7/20/2022 | **267** |
| 7/20/2022 | **493** |
| 7/21/2022 | TPS3 – Trial Preservation Statement of Anna Grimley[**] |
| 7/21/2022 | **57** |
| 7/21/2022 | **94** |
| 7/21/2022 | **121** |
| 7/21/2022 | **93** |

---

[**] NOT ADMITTED AND NOT PROVIDED TO THE JURY

**Exhibit Admitted at Trial**
**Case No. 1:22-cr-00012-WJM**

| Date Admitted | Exhibit Number & Comments |
|---|---|
| 7/25/2022 | **95** |
| 7/26/2022 | **300** |
| 7/26/2022 | **305** |
| 7/26/2022 | **309 – 327** |
| 7/26/2022 | **500 – 505** |
| 7/27/2022 | **494 – 498** |
| 7/27/2022 | **RF** |
| 7/27/2022 | **RG** |
| 7/27/2022 | **RH** |
| 7/27/2022 | **RI** |
| 7/27/2022 | **RL** |
| 7/27/2022 | **RM** |
| 7/27/2022 | **RN** |
| 7/27/2022 | **RO** |
| 7/27/2022 | **RP** |
| 7/27/2022 | **RQ** |
| 7/27/2022 | **RR** |
| 7/27/2022 | **RS** |
| 7/27/2022 | **RT** |
| 7/27/2022 | **RB** |
| 7/28/2022 | **607** |

**Exhibit Admitted at Trial**
**Case No. 1:22-cr-00012-WJM**

| Date Admitted | Exhibit Number & Comments |
|---|---|
| 7/28/2022 | **84** |
| 7/28/2022 | **82** |
| 7/28/2022 | **RC** |
| 7/28/2022 | **624** |
| 7/28/2022 | **647** |
| 7/28/2022 | **Page 8 of Exhibit 625** |
| 7/28/2022 | **643** |
| 7/28/2022 | **610** |
| 7/28/2022 | **612** |
| 7/28/2022 | **613** |
| 7/28/2022 | **614** |
| 7/28/2022 | **615** |
| 7/28/2022 | **616** |
| 7/28/2022 | **617** |
| 7/28/2022 | **618** |
| 7/28/2022 | **611** |
| 7/28/2022 | **MG4** |
| 7/28/2022 | **MG7** |
| 7/28/2022 | **MG9** |