IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | July 11, 2022 - August 1, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerk: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| v. | |
| LAWRENCE RUDOLPH, and | David Oscar Markus |
| LORI MILLIRON | Anita Margot Moss |
| | Lauren I. Doyle |
| | John W. Dill |
| Defendants. | |

## WITNESS LIST

| PLF | DEF | NAMES OF WITNESSES |
|---|---|---|
| 1 | | Ralph Finizio |
| 2 | | Vince Finizio |
| 3 | | Anthony Giustini |
| 4 | | Mark Swanepoel |
| 5 | | Mwene Casiuss Banda |
| 6 | | Valerie Wood |
| 7 | | Stephen DeFrance |
| 8 | | Dr. Daniel Maswahu |
| 9 | | Dr. Stephen Cina |
| 10 | | Boyd Malama |
| 11 | | Casius Mwiinga |
| 12 | | Musawa Musese |
| 13 | | Francis Jani |
| 14 | | Otto Westhassel |
| 15 | | Helen Meyer |
| 16 | | Rolecia Smith |

|    |   | |
|----|---|---|
| 17 |   | Chris Calgaro |
| 18 |   | Rhonda Loosle |
| 19 |   | Greg Mirabelli |
| 20 |   | Marguerite Jenkins |
| 21 |   | Debra Wagner |
| 22 |   | Pieter Swanepoel (via VTC) |
| 23 |   | Peter Milnes |
| 24 |   | William Gorman |
| 25 |   | Charlene Arnold |
| 26 |   | Kelly Siebels |
| 27 |   | Richard Vorder Bruegge |
| 28 |   | Dr. Bruce Bradtmiller |
| 29 |   | Rochelle Sanchez |
| 30 |   | Ryan Cook |
| 31 |   | Ryan Jibson |
| 32 |   | Paul Babaz |
| 33 |   | Steven Rodgers |
| 34 |   | Gilbert Morlock |
| 35 |   | Rachel Clay |
| 36 |   | Adam Howard-Davies |
| 37 |   | Rachel Anders |
| 38 |   | Anna Grimley |
| 39 |   | Sherri Houck |
| 40 |   | Levi Weaver |
| 41 |   | Tom Griffin |
| 42 |   | Donald Peterson |
| 43 |   | Joseph Alain Smith |
| 44 |   | James Padish |
| 45 |   | Cassandra Olmstead |
| 46 |   | Erin Newton |
| 47 |   | Brian Lovelace |
|    | 1 | Lucien Haag |
|    | 2 | Michael Baden |
|    | 3 | Paulette Sutton |
|    | 4 | Mitchell Hoffman |
|    | 5 | Lawrence Rudolph |