IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**     United States of America
v.
1. Lawrence Rudolph
2. Lori Milliron
22-cr-00012-WJM

## NOTE TO COURT

_____   We the jury have reached a verdict.

✓ ____   We the jury have a question.

In our packets, page 35 is missing Count 7, but is listed on page 47. Could you please confirm the details of Count 7 for us?

_____

_____

8/1/22 @ 2:20 pm
**Date & Time**

**Answer from the Court**

_____

_____

_____

_____

_____

_____

_____             _____
**Date & Time**                              **Judge William J. Martínez**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

**Case Number:**       United States of America
                       v.
                       1. Lawrence Rudolph
                       2. Lori Milliron
                       22-cr-00012-WJM

## NOTE TO COURT

____    We the jury have reached a verdict.

✓    We the jury have a question.

We would like to cancel our question. Thanks!

8/1/22 @ 2:20pm
**Date & Time**

### Answer from the Court

_____

**Date & Time**                                **Judge William J. Martínez**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

**Case Number:**        United States of America
                       v.
                       1. Lawrence Rudolph
                       2. Lori Milliron
                       22-cr-00012-WJM

## NOTE TO COURT

__✓__  We the jury have reached a verdict.

_____  We the jury have a question.

_____

_____

_____

_____

_____

**8/1/2022 @ 4:24**
**Date & Time**

## Answer from the Court

_____

_____

_____

_____

_____

_____

_____          _____
**Date & Time**                      **Judge William J. Martínez**