IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 22-cr-012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LAWRENCE RUDOLPH, and
2. LORI MILLIRON,

    Defendants.

---

## VERDICT FORM

Please do not write anything on this form except to check a response and to sign and date the form.

### COUNT 1

We, the jury, upon our oaths, do unanimously find the defendant, LAWRENCE RUDOLPH, in Count One of the Superseding Indictment charging foreign murder:

    _____    Not Guilty

    ✓    Guilty

### COUNT 2

We, the jury, upon our oaths, do unanimously find the defendant, LAWRENCE RUDOLPH, in Count Two of the Superseding Indictment charging mail fraud:

    _____    Not Guilty

    ✓    Guilty

## COUNT 3

We, the jury, upon our oaths, do unanimously find the defendant, LORI MILLIRON, in Count Three of the Superseding Indictment charging accessory-after-the-fact to the foreign murder charged in Count One:

_____   Not Guilty

__✓__   Guilty

## COUNT 4

We, the jury, upon our oaths, do unanimously find the defendant, LORI MILLIRON, in Count Four of the Superseding Indictment charging obstruction of a grand jury proceeding:

_____   Not Guilty

__✓__   Guilty

## COUNT 5

We, the jury, upon our oaths, do unanimously find the defendant, LORI MILLIRON, in Count Five of the Superseding Indictment charging perjury before a grand jury:

__✓__   Not Guilty

_____   Guilty

## COUNT 6

We, the jury, upon our oaths, do unanimously find the defendant, LORI MILLIRON, in Count Six of the Superseding Indictment charging perjury before a grand jury:

_____  Not Guilty

__✓__  Guilty

## COUNT 7

We, the jury, upon our oaths, do unanimously find the defendant, LORI MILLIRON, in Count Seven of the Superseding Indictment charging perjury before a grand jury:

__✓__  Not Guilty

_____  Guilty

## COUNT 8

We, the jury, upon our oaths, do unanimously find the defendant, LORI MILLIRON, in Count Eight of the Superseding Indictment charging perjury before a grand jury:

__✓__  Not Guilty

_____  Guilty

## COUNT 9

We, the jury, upon our oaths, do unanimously find the defendant, LORI MILLIRON, in Count Nine of the Indictment charging perjury before a grand jury:

_____  Not Guilty

__✓__  Guilty

8/1/2022
**DATE**