IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,
    Plaintiff,

v.

1.    **LAWRENCE RUDOLPH**,
2.    **LORI MILLIRON**,
    Defendants.
_____/

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE POST TRIAL MOTIONS UNDER RULES 29 AND 33

Defendants respectfully request a 45-day extension to file post-trial motions under Rules 29 and 33.

On August 1, 2022, Dr. Rudolph and Ms. Milliron were found guilty of various counts in the superseding indictment. Doc. 247. Post-trial motions are currently due on August 15, 2022. Both defendants respectfully request a 45-day extension in which to file post-trial motions, which would make them due on September 29, 2022. Such a continuance is necessary because of the press of other matters that have been backed up because of this lengthy and complex trial. Because sentencing is not until February, 2023, the requested extension will not impact that date if the motions are denied.

The government has no objection to this motion for extension.

Wherefore, we respectfully request an extension of time to file post-trial motions until September 29, 2022.

                                                  Respectfully submitted,
                                                  MARKUS/MOSS **PLLC**
                                                  40 N.W. Third Street
                                                  Penthouse One
                                                  Miami, Florida 33128
                                                  Tel: (305) 379-6667
                                                  Fax: (305) 379-6668
                                                  markuslaw.com

                                        By:    <u>/s/ David Oscar Markus</u>
                                                        David Oscar Markus
                                                        Florida Bar Number 119318
                                                        dmarkus@markuslaw.com

                                                        <u>/s/ A. Margot Moss</u>
                                                        A. Margot Moss
                                                        Florida Bar Number 091870
                                                        mmoss@markuslaw.com