IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03423-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. REAL PROPERTY LOCATED AT 7000 N 39th PLACE, PARADISE VALLEY, ARIZONA; AND
2. REAL PROPERTY LOCATED AT 103 MORNINGSIDE DRIVE, CRANBERRY TOWNSHIP, PENNSYLVANIA;
3. ALL FUNDS SEIZED FROM BANK OF NEW YORK MELLON ACCOUNT #10532701000, IN THE NAME OF LAWRENCE P. RUDOLPH TRUST;
4. ALL FUNDS SEIZED FROM VANGUARD ACCOUNT #0585-88150069515, IN THE NAME OF LAWRENCE RUDOLPH AND BIANCA T. RUDOLPH TR-RUDOLPH TRUST;
5. ALL FUNDS SEIZED FROM VANGUARD ACCOUNT #0540-88150069515, IN THE NAME OF LAWRENCE P. RUDOLPH AND BIANCA T. RUDOLPH TR-RUDOLPH TRUST;
6. 2018 ASTON MARTIN DB-11, VIN SCFRMFAV5JGL03309; AND
7. 2017 BENTLEY BENTAYGA, VIN: SJAAC2ZV2HC014709;

       Defendants.

_____

**WRIT OF ENTRY**
_____

TO: FEDERAL BUREAU OF INVESTIGATION AND/OR ANY AUTHORIZED LAW ENFORCEMENT OFFICER:

Based upon the United States' *Verified Complaint for Forfeiture In Rem, Verified Amended Complaint for Forfeiture, and Second Amended Verified Complaint for Forfeiture In Rem* and *Motion for Writ of Entry* (Docs. 3, 15, and 32) filed herein against the following defendant real properties:

1

    a.    7000 N. 39th Place, Paradise Valley, AZ 85253, which is more fully described as follows:

Parcel ID Number: 164-03-132, County of Maricopa, State of Arizona.

    b.    103 Morningside Drive, Cranberry Township, Pennsylvania 16066, which is more fully described as follows:

Parcel ID number: 103 S43 A1010000, County of Butler, State of Pennsylvania.

The Court being satisfied that it has jurisdiction over the defendant real properties, and that there is probable cause to believe the defendant real properties are subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. §§ 983(j) and 985(b)(2) authorizing it to enter the defendant real properties, including any structures, for the purpose of conducting an inspection and inventory of the property and, as provided in 19 U.S.C. § 1606, to conduct appraisals; and

The United States having not requested authority to seize the defendant real properties at this time but having stated in its *Motion for Writ of Entry* that it will post a *Notice of Second Amended Complaint for Forfeiture* in a conspicuous place on defendant real properties and serve notice of this action and a copy of the Complaint on the owners of the defendant real properties under 18 U.S.C. §§ 985(c)(1) and (3), and Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(4).

IT IS ORDERED that the United States Marshal Service or its designee, is hereby authorized to:

1. enter the defendant real properties, including any structures, on one or more occasions during the pendency of this forfeiture action, for the purpose of conducting an inspection, inventory, and appraisal; and

2. be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606, which appraisals may include, among other means, still and video photography; and

3. be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real properties, which inspection and inventory may include, among other means, still and video photography; and

4. be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

SO ORDERED this _____ day of _____, 2022.

BY THE COURT:

4

_____
United States District Court
Judge/Magistrate Judge