IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. LAWRENCE RUDOLPH, and
2. LORI MILLIRON,

       Defendants.
_____

**UNITED STATES' AMENDED MOTION FOR WRIT OF ENTRY**
_____

       COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, moves the Court for the issuance of a Writ of Entry to real property located at 7000 N. 39th Place, Paradise Valley, AZ 85253 and 103 Morningside Drive, Cranberry Township, Pennsylvania 16066 pursuant to 28 U.S.C. § 1651, for the purpose of the United States to appraise and secure an accurate record documenting the condition of the property, including conducting an inspection, inventory and appraisal. In support of its motion, the United States submits the following:

I.     STATEMENT OF FACTS

       1.     On February 9, 2022, the Grand Jury returned a Superceding Indictment (Docket # 53) against Defendant Lawrence Rudolph alleging in Count 1 murder in violation of 18 U.S.C. §§ 1119 and 1111, Count 2 mail fraud in violation of 18 U.S.C. §§

1

1341 and 2, and seeking forfeiture of all property constituting and derived from any proceeds he obtained directly and indirectly as a result of such offense or offenses or a money judgment in the amount of the proceeds he obtained as a result of the scheme charged in Count 2.[1]

2. On May 4, 2022, the United States filed its First Bill of Particulars for Forfeiture of Property (Docket # 108) seeking forfeiture of real property, monies, and vehicles. Specifically, the United States gave notice that it is seeking forfeiture of Defendant Rudolph's interest in the following:

a) Real Property located at 7000 N. 39th Place, Paradise Valley, Arizona;

b) Real Property located at 103 Morningside Drive, Cranberry Township, Pennsylvania;

c) All funds seized from Bank of New York Mellon account #10532701000, in the name of Lawrence P. Rudolph Trust;

d) All funds seized from Vanguard account #0540-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust;

---

[1] In related Civil Case No. 21-cv-03423-MEH, US v. Real Property located at 7000 N. 39th Place, Paradise Valley, Arizona; *et al*, filed on December 21, 2021, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a Verified Complaint for Forfeiture In Rem seeking forfeiture of the defendant real properties. (21-cv-03423-MEH, Doc. 3).
On January 7, 2022, pursuant to 18 U.S.C. § 981(a)(1)(C) and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed an Amended Verified Complaint for Forfeiture In Rem seeking forfeiture of the defendant real properties. (21-cv-03423-MEH, Doc. 15).

e) All funds seized from held in Vanguard account #0585-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust;

f) 2018 Aston Martin DB-11, VIN SCFRMFAV5JGL03309; and

g) 2017 Bentley Bentayga, VIN SJAAC2ZV2HC014709.

3. On August 1, 2022, a jury in this matter found Defendant Rudolph guilty of Count 1 murder and Count 2 mail fraud. (Docket # 247). The parties provided notice to the Court that they had agreed to have the issue of forfeiture decided at the time of sentencing. (Docket # 228).

4. The property described in the United States' First Bill of Particulars for Forfeiture of Property included the following real property assets:

a) Real Property located at 7000 N. 39th Place, Paradise Valley, AZ 85253, which is more fully described as follows: Parcel ID Number: 164-03-132, County of Maricopa, State of Arizona.

b) Real Property located at 103 Morningside Drive, Cranberry Township, Pennsylvania 16066, which is more fully described as follows: Parcel ID number: 103 S43 A1010000, County of Butler, State of Pennsylvania.

5. 21 U.S.C. § 853(e)(1) allows, upon application of the United States, for the Court to "take any other action to preserve the availability of the property" that is subject to forfeiture.

6. The issuance of a Writ of Entry is essential for the United States to appraise and secure an accurate record documenting the condition of the property.

7. In Compliance with D.C.COLO.LCivR. 7.1, the undersigned Assistant United States Attorney has conferred with counsel for claimant Lawrence Rudolph, and they have no objection to this motion.

WHEREFORE, the United States respectfully requests that the Court issue a Writ of Entry authorizing the United States Marshal Service, or its designee, to enter the real properties referenced in paragraph 4 above, including any structures, on one or more occasions during the pendency of this criminal forfeiture action:

1) for the purpose of conducting an inspection, inventory, and appraisal of the defendant real properties, including obtaining still and video photography; and

2) to be accompanied on any such occasion by any appraiser(s) selected by the United States Marshal Service to appraise the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606; and

3) to be accompanied on any such occasion by any government or contract personnel selected by it for the purpose of conducting an inventory of the defendant real properties; and

4) to be accompanied on any such occasion by federal, state, and local law enforcement officers selected by it to ensure the safety of any person acting under the Writ of Entry.

DATED this 15th day of September, 2022.

>Respectfully submitted,
>
>COLE FINEGAN
>United States Attorney
>
>By: s/ *Kurt J. Bohn*
>Kurt J. Bohn
>Assistant United States Attorney
>1801 California St., Ste 1600
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>FAX: (303) 454-0402
>E-mail: kurt.bohn@usdoj.gov
>*Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 15th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/ *Charisha Cruz*
Paralegal Specialist
Office of the U.S. Attorney