IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cr-012-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. LAWRENCE RUDOLPH, and
2. LORI MILLIRON,

  Defendants.
_____

## WRIT OF ENTRY
_____

  Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that the United States' Amended Motion for Writ of Entry (ECF No. 254) is GRANTED.

  IT IS FURTHER ORDERED that the United States Marshals Service or its designees be authorized:

  1. To forthwith enter the defendant real properties located at 7000 N. 39th Place, Paradise Valley, AZ 85253, which is more fully described as follows: Parcel ID Number: 164-03-132, County of Maricopa, State of Arizona and 103 Morningside Drive, Cranberry Township, Pennsylvania 16066, which is more fully described as follows: Parcel ID number: 103 S43 A1010000, County of Butler, State of Pennsylvania, including any structures, on one or more occasions during the pendency of this forfeiture action, for the purpose of the United States to conduct an inspection, inventory, and appraisal, including obtaining still and video photography;

2. To be accompanied on any such occasion by any appraiser(s) selected by the United States Marshal Service to appraise the condition and value of the defendant real properties pursuant to 19 U.S.C. § 1606; and

3. To be accompanied on any such occasion by any government or contract personnel selected by it for the purpose of conducting an inventory of the defendant real properties; and

4. To be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Dated this 16th day of September, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge