IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   **LAWRENCE RUDOLPH**,
2.   LORI MILLIRON,

    Defendants.
_____/

### LAWRENCE RUDOLPH'S UNOPPOSED MOTION
### TO ENLARGE PAGE LIMIT FOR MOTION FOR NEW TRIAL
### PURSUANT TO RULE 33

Lawrence Rudolph respectfully requests an 18-page enlargement, including the signature block, for his Motion for New Trial. The legal and factual issues related to the Motion for New Trial in this murder prosecution are complex and entail a detailed analysis of a multi-defendant, three-week trial that consisted of over 45 witnesses. The proposed Motion is appended hereto.

Wherefore Lawrence Rudolph respectfully requests that the Court permit the filing of the appended motion.

## CERTIFICATES OF SERVICE AND CONFERRAL

Undersigned counsel has conferred with Government counsel, and they have no objection to this motion. This motion was filed by CM/ECF on September 29, 2022.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:     /s/ David Oscar Markus
        David Oscar Markus
        Florida Bar Number 119318
        dmarkus@markuslaw.com

        /s/ A. Margot Moss
        A. Margot Moss
        Florida Bar Number 091870
        mmoss@markuslaw.com

        /s/ Lauren I. Doyle
        Lauren I. Doyle
        Florida Bar Number 117687
        ldoyle@markuslaw.com