# EXHIBIT A



Larry Rudolph <larryprt1@gmail.com>

## Fwd: a few things

**Bianca Rudolph** <biancafiniziorudolph@gmail.com>  
To: Larry <larryprt1@gmail.com>

Wed, Oct 19, 2016 at 12:49 PM

Sent from my iPad

Begin forwarded message:

> **From:** "GmailBTR" <biancafiniziorudolph@gmail.com>  
> **Date:** August 9, 2016 at 10:36:36 AM MST  
> **To:** "Cass Olmstead" <cass@compbussol.com>  
> **Cc:** "Bianca Rudolph" <biancafiniziorudolph@gmail.com>  
> **Subject: Re: a few things**
>
> Ok, so here is the deal with the house alarm -
>
> You are first and only on the list to call. The code is 6590 and if they call you the disarm code is safari. If the alarm goes off and they can't reach you, the police will be called.
>
> Here is other important info - ADT Security acct 10037174. phone # 800-662-5378
>
> Our Guard Gate is 480-948-1364. Howard is the Mon-Fri day guy, and Dale is the evening guy and supervisor.
> They have your name on the list to have access 24/7.
>
> There is a key taped under the steps around the back of the house outside.
>
> Hopefully nothing will happen. If we get a wind storm, that may set off the alarm.
>
> Thanks for the help.
>
> I sent Julian's books and you will get them tomorrow.
>
> B
>
> PS - headed to Zambia - will have a data kit for emails (dependent on a satellite) and I think there is some cell service in the area.
>
> **From:** Cass Olmstead  
> **Sent:** Monday, August 08, 2016 10:16 AM  
> **To:** GmailBTR  
> **Subject:** RE: a few things
>
> Hi there –

I was sad too. He said you had something else scheduled. Next time!

Abigail's mailing address is:

102 E Palace Gardens Terrace

London

W8 4RS

United Kingdom

Where are you going? And yes, you can put me down with the alarm company. We told him we would a long time ago. Don't leave without setting it. It's not worth the worry. I will be around if something happens with them. Just make sure you give me the security code and the password for when they call.

Let's try to get together when you get back. It has been eons!

**From:** GmailBTR [mailto:biancafiniziorudolph@gmail.com]
**Sent:** Monday, August 8, 2016 7:54 AM
**To:** Cass Olmstead< cass@compbussol.com>
**Subject:** a few things

Hi there -

    First of all, I am so sorry I didn't get to come with Larry the day he met you. I would have loved to see you, but

I had some appointments I couldn't change. I hope all is well. All good here, just crazy busy, and now we are

getting ready for a big trip.

    Do you have a good mailing address for Abigail Day in London? I have to send her something tomorrow.

    Also, while we are gone, I don't know if I am going to be able to set my house alarm, but I know Larry talked

to you about being on the call list. I honestly don't have anyone's name to give them, so I never set the alarm.

I have a hidden key taped under the steps behind the house if they called and you needed to get in. Are you

around in the next few weeks?

Thanks,

B