IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

    1.  **LAWRENCE RUDOLPH** and
    2.  **LORI MILLIRON**,

      Defendants.

---

### GOVERNMENT'S STATEMENT OF FACTS RELATED TO SENTENCING

---

**I.**    **A jury finds Rudolph guilty of murder and fraud and Milliron guilty of accessory to murder, obstruction, and perjury.**

1.    Lawrence Rudolph shot his wife through the heart with a semiautomatic Browning Auto-5 shotgun in the early morning hours of October 11, 2016, at a remote campsite on the banks of the Kafue river in Zambia. To make the death look like an accident, he fired the shotgun while it was still enclosed in a soft carrying case. When he returned to the United States he falsely represented that his wife shot herself while packing the shotgun so that he could fraudulently obtain $4.8 million in life insurance from seven different insurance companies. On October 31, 2016, Lori Milliron flew to Phoenix from Pittsburgh on a one-way ticket. From that time on, the two lived openly together at Rudolph's residences in Arizona, Idaho, and Cabo San Lucas, Mexico. A jury unanimously found him guilty beyond a reasonable doubt of foreign murder (18 U.S.C. § 1119) and mail fraud (18 U.S.C. § 1341).

2.    Lori Milliron met Lawrence Rudolph in 2004 or 2005. She was a dental hygienist

at a practice called The Dentistry, where Rudolph worked as a dentist. The two engaged in a decade-plus extramarital affair that lasted until Bianca's death. After leaving The Dentistry, she worked in various executive and administrative roles at a practice called Three Rivers Dental Group, which was owned by Rudolph. During the affair, Rudolph paid Milliron tens of thousands of dollars in cash, showered her and her children with gifts, paid rent on increasingly nice residences in Pittsburgh, financed luxury domestic and international travel, and purchased a home for the two of them in Cabo San Lucas, Mexico. As set forth  below, there is substantial evidence that Milliron knew about, and encouraged, Rudolph's plan to murder his wife. She was notified of Bianca's death before Rudolph's children or any other relatives. During an argument in February or March 2020, Rudolph told Milliron "I killed my fucking wife for you." And yet, when summoned before the grand jury, Milliron falsely characterized the reasons Rudolph was giving her so much money, lied about Rudolph's conversations with her regarding Bianca's death, and otherwise provided deliberately false and misleading testimony in an effort to help Rudolph get away with murder. The jury unanimously found her guilty of accessory-after-the-fact to murder (18 U.S.C. § 3), obstruction of a grand jury (18 U.S.C. § 1503), and two counts of perjury 18 U.S.C. § 1623(a)). The jury acquitted her of three other counts of perjury.

**II.      During their marriage, the Rudolphs were avid hunters.**

3.      Lawrence Rudolph met Bianca when he was in dental school and she was an undergraduate at the University of Pittsburgh. They were married in 1982. Rudolph started a dental practice at approximately the same time. Bianca initially worked in the dental office, but later had less involvement in the practice after the couple had two children. After becoming disabled in 2006, Rudolph separated from his partners and started a new group of dental offices known as Three Rivers Dental, which remained in operation at all times relevant to these proceedings.

4.      Rudolph and Bianca often spent time traveling and hunting. As time went by these trips became more frequent, with hunting trips to Africa and other countries being common for them. Prior to meeting Rudolph, Bianca did not have hunting experience. As her relationship with Rudolph developed over the years, she began hunting with him and she became a well-respected international hunter. During their marriage, the Rudolphs were both active members of a prominent hunting organization. At times Bianca would travel and hunt without Rudolph present.

5.      The Rudolphs had successfully pursued and killed some of the most dangerous animals in some of the world's most dangerous and inaccessible places. Witnesses at trial described Bianca as comfortable with firearms, familiar with all of the rules of hunter's safety, and a good shot. Witnesses described Rudolph as an expert. In fact, one professional hunter was so comfortable with Rudolph's skill that he allowed Rudolph to accompany a group of hunters on the extremely risky task of tracking a wounded leopard.

6.      About four years before Bianca's death, the Rudolphs moved from Pennsylvania to Arizona. Rudolph traveled back and forth between Pennsylvania and Arizona to attend to his business at Three Rivers Dental Group. *See* Gov't Exhibit 501. Moving to Arizona isolated Bianca from her friends and gave Rudolph a way to be in Pittsburgh, where Milliron lived, without Bianca knowing about it.

**III.     Rudolph conceals his ongoing affair with Lori Milliron while providing her a lavish lifestyle.**

7.      Between 2014 and 2016, Rudolph's financial support for Milliron increased substantially. He paid her $20,050 cash in 2014, $60,320 cash in 2015, and $75,450 cash in 2016. These cash payments were on top of electronic salary deposits of, respectively, $38,500 in 2014, $73,500 in 2015, and $69,500 in 2016. *See* Gov't Exhibits 500 and 503. Rudolph delivered the cash to Milliron in a variety of ways, sometimes handing it to her and at other times authorizing

her to take it directly from safes located at the dental practices. Paying Milliron in cash allowed Rudolph to keep his financial support for Milliron secret from Bianca and from anyone else who might look at bank statements.

8.     Lawrence Rudolph also provided financial support to Milliron's children. Milliron would express frustration, in the presence of her son and his girlfriend, that Rudolph would not divorce Bianca, who Milliron called a stupid ugly Italian bitch. On the day of her grandson's baptism, Milliron and Rudolph got into an argument over Rudolph's refusal to divorce Bianca.

9.     By 2010, the relationship between Lawrence Rudolph and Lori Milliron had grown into one where the two expressed their deep affection and love for another. *See* Gov't Exhibit 90. In one email sent on July 8, 2010, Rudolph wrote to Milliron: "I can't wait I want love affection romance and attention bb bb." *Id.* at 2. On July 31, 2010, Milliron wrote an email that ended "LOL LOVE YOU BABY." *Id.* at 4. Email exchanges like that continued into 2011 and 2012, with the two expressing their love, desire to vacation together, and updates on Rudolph's efforts to help Milliron's children get into schools and find jobs.

10.     In an April 2011 exchange, Milliron expressed jealousy that Rudolph was on a trip with his wife, Bianca. Rudolph told Milliron that he was flying to Ghana with another well-known hunter to do a "wildlife film." *Id.* at 80. But Milliron later read on an internet blog that Rudolph was there with Bianca. When Milliron confronted him about it, Rudolph lied and said his wife had been left in Brussels. *Id.* at 83.

11.     Milliron expressed jealousy in another exchange in November that year. A Three Rivers Dental employee accidentally responded in an email to Milliron "Luv ya, Charlie." *Id.* at 146. After Milliron asked about it, the employee explained that it was a case of mis-directed messages. The employee had received an email from Rudolph at 2 a.m. the prior evening with the

statement "luv ya Betty." The employee explained to Milliron that Betty was a nickname Rudolph had for her, that she called Rudolph "Charlie," and that when she responded "Luv ya, Charlie," she thought she had been responding to Rudolph, not Milliron. *Id.* at 148. Milliron forwarded these emails to Rudolph: "I guess you have nick names for all your girlfriends. Read below." *Id.*at 148. She then wrote "How can I be ok with this bullshit? You two have pet names for each other? You are fucking killing me here. What else can you throw at me?" *Id.*at 150.

12.     Rudolph explored buying a Cabo San Lucas condominium in 2011 as a getaway for him and Lori Milliron. *Id.* at 120–26, 130–31; 133.

13.     Around this same time, Lawrence Rudolph called a friend to ask for advice about divorce. Rudolph told the friend — who knew about Rudolph's extramarital affairs and his efforts to hide them from Bianca — that he was thinking about divorce. The friend advised against it, telling Rudolph that he would lose half of his money in a divorce at minimum. Rudolph responded that he couldn't live on half of his money. In a follow-up call, Rudolph asked the friend about post-nuptial agreements. The friend laughed and expressed doubt that anyone would sign such a thing.

14.     Lawrence Rudolph served as the president of a prominent hunting organization from 2009 to 2011. He later became aware of rumors that he had engaged in extra-marital affairs while he was president of that organization. One allegation related to a woman he pursued for such a relationship in 2011. Another allegation related to Rudolph's attendance at an Alaska event with Lori Milliron.

15.     In 2012, Rudolph filed a lawsuit against the hunting organization and several of its individual members on the knowingly false and fraudulent pretense that the allegations of an affair were defamatory. *See* Gov't Exhibit 83. Rudolph knew that the allegations were true, but he filed the lawsuit and proceeded to lie repeatedly to deceive the court and his legal adversaries to advance

his personal interests.

16.     As part of the lawsuit's civil discovery, Rudolph received interrogatories. *See* Gov't Exhibit 84. In response to a question asking him to identify anyone who would have information about his allegations of adultery, he fraudulently omitted Lori Milliron. *Id.* at 1-6. In response to a later question asking for email addresses used to communicate information regarding allegations at issue in the lawsuit, he fraudulently omitted the email address he had used to exchange emails expressing his love for Lori Millron. *Id.* at 9-1; Gov't Exhibit 90. When asked specifically to identify email addresses used to communicate with Lori Milliron between 2006 and the time of the interrogatories in 2013, Rudolph lied and stated he "did not communicate with Lori Milliron via email account or other web-based communications." Gov't Exhibit 84 at 18; Gov't Exhibit 90.

**IV.     Rudolph commits fraud to pay for his life with Lori.**

17.     Back in October 2006, Lawrence Rudolph went to the Chinyembe hunting camp to hunt water buffalo. The trip was scheduled for ten to twelve days. At the time, a buffalo hunt cost between $10,000 and $15,000 for the hunt, not including the substantial costs of travelling to Zambia and Chinyembe's difficult-to-access hunting grounds.

18.     The first several days of the hunt were odd. Despite the hunt's cost, Rudolph didn't seem interested in hunting. He simply sat in camp drinking wine and smoking marijuana with the local camp workers. The professional hunter kept pushing Rudolph to hunt. He even called his boss to express frustration that Rudolph wasn't hunting. (During the hunting season, the camp workers partially rely on meat from the hunts for food.)

19.     Several days into the scheduled hunt, the professional hunter convinced Rudolph to go hunting. Because it was Zambian Independence Day (October 24), the professional hunter wanted to provide fresh meat for the holiday celebration. But after Rudolph shot a non-trophy

animal for the camp staff to eat, the professional hunter and Rudolph returned to camp where Rudolph returned to drinking.

20.     One night in the middle of the ten-day hunt, the professional hunter and Rudolph were sitting around the campfire when the hunter finally convinced Rudolph to hunt for his trophy buffalo the next morning. But Rudolph did not prepare for a hunt. Instead, Rudolph continued drinking and began talking obsessively about crocodiles. The hunter shined a flashlight in the Kafue River running by below to illuminate the eyes of several crocs. When Rudolph kept going on and on about the crocodiles, the hunter told him to avoid the area downstream from the camp's skinning shed where the camp staff clean and prepare the game animals killed during the season by the camp's guests. He informed Rudolph that a large number of crocodiles gather there. Rudolph continued drinking heavily that night and smoking marijuana with the workers.

21.     When the camp attendant went to wake Rudolph for the hunt in the four o'clock hour the next morning, Rudolph refused to get up because he was hungover from the night before. Frustrated, the professional hunter decided to do maintenance on his vehicle, which was parked down by the skinning shed on the opposite end of camp from the guest area.

22.     When the hunter returned to the main part of the camp a few hours later, the camp staff told him that Rudolph had recently walked straight out of camp through the main gate, in the opposite direction of the river with a fishing pole and a rifle. The hunter was panicked. He had told Rudolph not to leave the camp without him. Rudolph was his responsibility, and there were dangerous animals in the area. Indeed, Rudolph knew from prior visits to the camp that he was not supposed to leave the camp without a professional hunter.

23.     The hunter sent a scout and a tracker downstream to search for Rudolph. But the hunter went upstream with another tracker. He was confident that Rudolph wouldn't be fishing downstream given their discussions about crocodiles and the skinning shed the night before. Because he had been told that Rudolph had just left camp, he did not expect him to be far away. He walked about a mile when he heard a single gunshot. Downstream.

24.     The hunter rushed back to camp where he found Rudolph calmly bandaging his left hand. Rudolph was "quite relaxed." He told the hunter that he had gone fishing alone. When he caught a fish, he had reached down to "lip" it — sticking his thumb in the fish's mouth to get it out of the river — when a crocodile grabbed the fish and his hand, pulling him into the water. According to Rudolph, the crocodile released him before biting his calf and pulling him back into the water. But he had kicked the crocodile and was able to escape before firing his rifle to signal for help.

25.     Rudolph's jeans were a bit wet, but he was not soaked, was not muddy, and was not even very dirty. The rip in his jeans looked like it had been cut horizontally and then pulled down to create a hanging flap. The jean damage didn't seem to correspond with the various marks on Rudolph's leg, which looked like small cuts made by a pocketknife jammed into the leg rather than a crocodile bite. There didn't appear to be blood associated with the marks on the leg.

26.     The hunter used a satellite phone to medevac Rudolph out of camp. Rudolph had a specific hospital in South Africa where he wanted to be flown instead of the nearest large hospital in Lusaka. But the medevac pilot requested proof of medical necessity, so the hunter asked Rudolph to let him take photographs of the injuries. Rudolph refused and said no photos

8

were necessary. By then, he had wrapped his index finger in thick gauze, preventing any examination of it.

27.     After the hunter explained that the pilot would not fly without proof of injury, Rudolph eventually relented. The hunter took two photographs of the injury to Rudolph's thumb, after Rudolph had already rinsed the wound with hydrogen peroxide.

28.     In a deposition about the incident several years later, Rudolph said that the crocodile not only pulled him into the water, but rolled him over. When periodically asked about his ability to function by the insurance companies in the years after the attack, Rudolph noted relatively sedentary hobbies and fraudulently omitted any reference to the fact that he was still engaged in dangerous sport-hunting requiring considerable dexterity and physical prowess.

29.     The defendant profited from financial fraud at his dental practices. The practice encouraged root canals that were unnecessary, failed to provide fillings so that patients would need more lucrative root canals, manipulated x-ray images to support unnecessary procedures, and drilled unnecessary holes in teeth in order to stimulate more serious procedures that would bill at higher rates.

**V.      Bianca uncovers Rudolph's affair with Milliron and confronts him about it a few months before he kills her.**

30.     Travel records show that Lori Milliron spent almost 80% of her time in Pittsburgh in 2015 and 2016. Rudolph flew to Pittsburgh for his business during that time period, where the two could spend time together. Milliron got to go on a couple of domestic vacations with Rudolph during those two years, and a few relatively short trips to Cabo San Lucas, Mexico. *See* Gov't Exhibit 501. In March 2016, Bianca flew to Pittsburgh to visit her daughter. Rudolph stayed in Phoenix and was joined, for the very first time, by Milliron. *Id.* at 17. The two stayed together in the Rudolphs' mansion. *See* Gov't Exhibit 95. Then they flew together to Pittsburgh,

while Bianca flew by herself to the Rudolphs' residence in Victor, Idaho, just outside of Jackson Hole, Wyoming. Bianca's return to Phoenix on April 12, 2016, was her first day at the marital home following Milliron's trip there. *See* Gov't Exhibit 501.

31.     Two weeks later, the Rudolphs signed a trust document creating plans for the disposition of their wealth in the event one or both were to die. The trust put restrictions on their wealth should one of them remarry. Bianca also signed a will indicating her desire to be cremated. *See* Gov't Exhibit 56; Gov't Exhibit 93.

32.     Bianca met with a friend at a shopping center between Tempe and Paradise Valley, Arizona in Spring 2016, after Milliron's secret visit. The friend also served as a personal assistant to Lawrence and Bianca Rudolph. Bianca told the friend that something was on her mind and then fought back tears as she told her what it was:  Bianca had found a hairclip in her bed that did not belong to her. Bianca asked the friend if she thought Rudolph was having an affair. The friend, who had been tasked with helping Rudolph with his emails, knew about Rudolph's exchanges with Milliron. The friend told Bianca that Rudolph was cheating on her. At that point, Bianca broke down into sobs. Bianca told the friend that she did not believe in divorce and that she wanted to do everything she could to save the marriage. Bianca was afraid that any divorce would result in Rudolph taking all of the money and leaving her destitute. She confided to the friend that Rudolph had forged her signature on a document purporting to deny her money in the event of a divorce. Bianca said that Rudolph forged her signature on many documents and was good at it. Despite her personal objection to divorce and the practical risks involved, Bianca said she was considering a divorce.

33.     As the conversation with the friend continued, Bianca came to the conclusion that she would confront Rudolph with the fact that she knew of his affair. Bianca and the friend role-

played how the confrontation would go and Bianca decided that she would demand that Rudolph stop seeing Milliron, fire her from the practice and try marriage counseling. If Rudolph refused, Bianca resolved to threaten a divorce.

34.     The friend told Bianca that Rudolph and Milliron emailed one another about their affair. Bianca was later able to gain access to Lawrence Rudolph's email account, where she printed out several. *See* Gov't Exhibit 90. Bianca later gave the emails to the friend for safe keeping.

35.     In a later phone call, Bianca told the friend that she had confronted Rudolph. Rudolph initially denied the affair. Bianca told Rudolph that she'd seen the emails and Rudolph finally admitted it. Bianca told the friend that she'd told Rudolph to end the affair and fire Milliron and that Rudolph had agreed.

36.     But Rudolph did not end the affair. Instead, he deceived his wife by making it look like he was doing what Bianca wanted, while continuing the relationship with Milliron. He instructed staff at Three Rivers Dental Group to tell anyone who called about Milliron to deny that she was there. When Bianca's friend called a Three Rivers Dental Group office and asked about Milliron, the employee was reluctant to say that Milliron was still with the company, but eventually told the friend that she was still employed. Later, at an in-person meeting, the friend asked Bianca how things were going. The friend told Bianca that Rudolph was not following through on his stated intent to fire Milliron. Bianca said she knew that:  Rudolph had told her that Milliron was working from home and that he couldn't fire her right away because he had made her a business partner.

37.     Meanwhile, Rudolph practiced that same deception in his lawsuit with the hunting organization, which remained ongoing. On May 17, 2016, he submitted to a deposition under

oath as part of the lawsuit's discovery process. *See* Gov't Exhibit 80. He then violated that oath by claiming that Lori Milliron attended the Alaska event with him "in a capacity as a medical aide to me" while otherwise endeavoring to represent that she was not his lover and that he was not engaged in extramarital affairs. *Id.*

38.     Rudolph and Milliron continued their affair after Bianca's ultimatum. On July 6, the two flew to Cabo San Lucas while Bianca was at the house in Victor. *See* Gov't Exhibit 501. The day before that flight, Lori Milliron ordered a box of propofol using the controlled substance registration for Rudolph's dental practice. *See* Gov't Exhibit 57. Propofol is a powerful anesthesia drug used to sedate patients for medical procedures. Too much is fatal. Rudolph was not an anesthesiologist, had no reason to use propofol, and was not trained to administer it. This was the first and only time that Rudolph's controlled substance license had been used to order propofol.

39.     On August 3, Lori Milliron was deposed as part of Rudolph's ongoing civil defamation suit. She took an oath to tell the truth and then proceeded to brazenly lie so that she could distance herself from Rudolph and otherwise help him win his lawsuit:

        a.     She testified under oath that she was currently living in Houston. This was not true. She had flown to Houston the night before from Pittsburgh. She flew back to Pittsburgh, where she really resided, on August 7. *See* Gov't Exhibit 501.

        b.     She testified under oath that she was unemployed. In fact, she was working for Rudolph at Three Rivers Dental group, where she received salary payments into an account she shared with her daughter. Later in the deposition, she was asked why she was no longer employed. She falsely responded "I retired" and put the time of her retirement in "late 2010, early 2011."

c.      Asked under oath "do you remain in contact with Dr. Rudolph as of today," she answered "I don't." When the questioner asked "what is the last time you spoke with Dr. Rudolph," she said that he had called just to inform her of the deposition. In fact, she had been on vacation with Rudolph in Cabo San Lucas just a few weeks prior, between July 6 and July 11, and that the two had been in Pittsburgh together in the last week of July.

d.      Milliron also repeated, under oath, that she attended the 2009 event with Rudolph as his medical aide. This was not true. She was there as his mistress. Asked whether she was in a romantic relationship with anyone at that 2009 event, she answered "I'm not sure. I dated people." In fact, she was in a relationship with Lawrence Rudolph and had been in that relationship for several years.

e.      When asked under oath "have you ever had a sexual relationship with Dr. Rudolph," Milliron lied: "No, I have not."

f.      When asked under oath "has Dr. Rudolph ever suggested to you that he would like to have a sexual relationship," Milliron lied: "No, he did not."

g.      When asked under oath "Did you ever suggest to Dr. Rudolph that you would like to have a sexual relationship with him," Milliron lied: "No, I have not."

h.      When asked under oath, "do you have any knowledge that Dr. Rudolph had a sexual relationship with anyone outside of Bianca Rudolph," Milliron lied: "No, I'm not aware of that."

i.      When asked under oath "have you exchanged any emails with Dr. Rudolph since your separation of employment from Three Rivers Dentistry," Milliron lied: "No, I don't believe so."

40.      On August 10, Rudolph and Bianca flew to Zambia for a hunt in the Luangwa

Valley with a family that included two professional hunters, who were father and son.  The respective families had developed a friendship with the Rudolphs over the course of many hunts in Africa. The father and son had led hunts throughout Southern Africa. Rudolph was hunting a lion. If time permitted, the plan was for Bianca to hunt a leopard. Time did not permit the leopard hunt, so at the end of the trip the Rudolphs booked a follow-up leopard hunt to take place in October near the border of Kafue National Park. *See* Gov't Exhibits 142 at 11; 501; 607.

41.     Throughout the marriage, Rudolph was his family's primary source of income. He controlled the dental businesses that generated the income and, excepting accounts for Bianca's retirement or a small inheritance from her family, was the sole signatory on their financial accounts. *See* Gov't Exhibits 610-618. He exercised almost complete control over the finances. This was a source of anxiety for Bianca, who confided to close friends that she did not know where the couple's money was located and that she worried about not having any financial independence. *See* Gov't Exhibits 610-618. On September 12— just one week before the couple left on the trip that would end in Bianca's death — Rudolph finally allowed Bianca to be a co-signatory on one of their main investment accounts at Morgan Stanley. *See* Gov't Exhibit 611.

42.     About a month before Bianca's death, Milliron called an expanded functions dental assistant ("EFDA") at Three Rivers Dental Group, to give specific instructions about the propofol she had ordered for Rudolph. This was the first and only time Milliron had given such instructions. Milliron told the EFDA that a package of propofol was coming, that the EFDA should be sure to get the package, and that the EFDA should put it in a back room for Rudolph to pick up. The package arrived and, not long after, so did Rudolph. He asked the EFDA if she had a package for him. She said yes and led him to the back room, where she gave him the propofol. Rudolph told her that he needed it in case there was an accident on an upcoming hunting trip.

43.     Milliron and Rudolph spent a weekend in Houston together between September 16 and September 19. *See* Gov't Exhibit 501. On September 27, Rudolph and Bianca got on a plane to begin their journey to a hunting camp at Chinyembe on the banks of the Kafue River just outside of Kafue National Park. *Id.;* Gov't Exhibit 142 at 11. They took a .375 Remington rifle and a Browning A5 Semi-automatic twelve-gauge shotgun with them. *See* Gov't Exhibit 23. The hunt was scheduled to end on October 11so that Bianca could fly back with Rudolph to attend her nephew's wedding. Bianca told friends and family she was excited for that event, which would give her the opportunity to connect with her family. She also planned to host relatives from Italy at the family home after the wedding and following their trip to see the Grand Canyon.

**VI.     Rudolph murders his wife.**

44.     The Rudolphs flew from Phoenix, through Atlanta, on to Johannesburg, South Africa, and then to Lusaka, Zambia. *See* Gov't Exhibit 142. From there, they drove to the remote campsite at Chinyembe. That camp is approximately 80 miles from the nearest police station or medical clinic in the town of Mumbwa, which is itself a relatively small town about 80 miles from Lusaka. The 80-mile trip between Mumbwa and Chinyembe is only partially paved. Twenty of those miles require driving along a tumbling four-wheel drive jeep track that winds through lion country, over several muddy streams and past swarms of tsetse flies. *See* Gov't Exhibit 9.

45.     Upon arrival in camp, Mark and Pieter welcomed the Rudolphs and performed their usual pre-hunt weapon tests. They test-fired both the shotgun and the rifle to make sure they were working properly. Mark and Pieter found no problems with the shotgun, which worked as designed and produced the desired soft-ball sized shot pattern at about 10 yards. *See* Gov't

Exhibit 30. During the tests, the group discovered that the shotgun still had the restrictor-plug in the magazine. That plug, standard in American shotguns, is used to limit the capacity of the magazine during duck hunts so that a hunter does not have more ammunition than allowed in most jurisdictions. Removing the plug allowed the shotgun to hold its full capacity of 5 shotgun shells:  four in the under-barrel magazine and one the chamber. When not in use, the shotgun was stored in a soft fabric case manufactured by the Allen Company.

46.     Bianca was the hunter during this trip. She carried the Remington rifle and did the shooting, while Rudolph carried the shotgun to protect the group. The father and son professional hungers had recommended a shotgun in case the group was charged by an injured leopard. During a hunt the year prior, Bianca had injured a leopard. While tracking it, the group had been charged and the younger professional hunter had used a shotgun to put the leopard down before it could attack them.

47.     The hunting party rose early each morning for breakfast and started hunting around 7:00 each day. The firearms, unloaded and in their soft cases, were placed in racks on the back of the hunting jeeps by room attendants. The party would drive around the area looking for bait animals. When found, the party would get out, load the firearms, and hunt the bait animals. Typically, the firearms would then be unloaded and placed back in their cases to drive to the blind, where the loading process would be repeated. Bianca killed several animals on the hunt to use as bait for the leopard. On leopard hunts in Zambia, the group uses the bait to attract a leopard into a tree and then waits in a blind to kill the leopard if it takes the bait. The party would usually be in the blind by 3:30 or 4:00 in the afternoon to wait for a leopard. Rudolph, using the shotgun, loaded and unloaded it many times over the course of the hunt.

48.     By the morning of October 10 — the last hunting day — Bianca had still not

bagged a leopard. That afternoon she, a professional hunter, and Rudolph sat in the blind. For this last night, they were allowed to stay out just past sunset. Eventually, the game scouts drove to the blind to pick up Bianca, Mark, and Rudolph. Rudolph unloaded the shotgun onto the seat of the jeep and handed it to the professional hunter's apprentice, who put it into the soft case sitting on the gun rack and zipped it up. When the group returned to camp, attendants picked up the firearms from the back of the jeep and put them in the Rudolphs' hunting chalet. Rudolph encouraged Bianca to stay for more hunting, but Bianca refused because she wanted to attend her nephew's wedding.

49.     Lawrence Rudolph murdered his wife the next morning, at around 5:30 a.m. on October 11, 2016 — the last opportunity to do so while they were still in remote Zambia surrounded by his friends and retainers. While the two were packing to leave, he partially unzipped the shotgun case, put one round in the chamber, pointed the shotgun at Bianca's chest, and pulled the trigger. The shotgun blast, from approximately 1 to 3 feet away, entered Bianca's chest at a slightly downward angle, macerating her heart and killing her within minutes. When the professional hunter and a local game scout arrived, they found Rudolph, distraught, next to his wife. *See* Gov't Exhibits 2, 14, 15, 16, 17, 35.

50.     The professional hunter and the game scout told Rudolph that he had to report the death to the police. They covered Bianca with a blanket and drove to the police station in Mumbwa. Rudolph told the professional hunter that the death was an accident. He claimed that he was in the bathroom while Bianca was packing the shotgun, that he heard a shot, and that when he ran out of the bathroom he found Bianca on the ground with a wound in her chest. Because the shotgun case was a tight fit for the shotgun, he speculated that Bianca may have tried to jam it in.

51.     Rudolph gave a formal statement to investigators with the Zambian Police Service at the station in Mumbwa. The investigators wrote his statement down and he then signed and adopted it.  The statement repeated his claim of the shot firing while he was in the bathroom and his wife was packing the guns:

> I am the husband to the deceased [UI] Bianca Theresa Rudolph. I recall were [sp where] my wife and I went to Mangomba Safari Camp in Kafue National Park on 30/09/2016 for safari hunting. We both have been there all along until when we concluded on 10/10/2016 around 1845 hrs and we were departed back home today 11/10/2016. This morning around 0430 hrs we started packing our belongings and I went to bath while my wife [UI] [UI] packing. We had in our possession two firearms, a rife (Remington 375) and a shotgun (Browning 12 Gauge). I suddenly heard a gun shot and when I went out of the bathroom, I found my wife lying on the floor in the bedroom. The bullet penetrated through the chest and I suspect the firearm must have been left loaded from the previous days activities and this happened while she was trying to pack the firearms in their appropriate pouches. I immediately informed [. . .] the Head waiter and Mr [professional hunter] over what transpired. I tried to resuscitate her but it was in vein [sic] until the matter was reported

Gov't Exhibit 18.

52.     Outside the police statement, Rudolph also spoke to a senior investigator from Zambia's Office of Parks and Wildlife. According to the investigator, Rudolph said he had been taking a shower when he heard the shot.

53.     After making the statement, Rudolph, the professional hunter and the game scout returned to Chinyembe. Zambian Police Service investigators took photographs of the scene, observed Bianca's body, and then declared the death to be an accident. Gov't Exhibits 14, 15, 34. During their investigation, they removed jewelry from Bianca's body and gave it to Rudolph. Bianca's body was then transported to Mumbwa. Because of the circumstances of the death, the Zambian authorities sought and obtained an order to have Bianca's body autopsied by a pathologist. The autopsy was scheduled for the next day at University Teaching Hospital in Lusaka. *See* Gov't Exhibits 26, 34, 37.

**VII.    Rudolph tries to obstruct any investigation of the murder in Zambia.**

54.    In Mumbwa, at around 4:30 p.m., Rudolph called the United States embassy to report his wife's death. Almost immediately, he told the consular chief that he wanted his wife to be cremated. The consular chief told him that Ambassador St. Anne's Funeral Home had the only western-style crematorium in Zambia. *See* Rudolph Exhibit RA10.

55.    Rudolph did not make arrangements for Bianca's body to be brought to Ambassador St. Anne's. Instead, he approached the branch manager at FSG Ideal Funeral Home and made arrangements there. Rudolph told the manager that his wife had died in an accident while trying to pack a gun. Rudolph explained that he did not want his wife to be subjected to an autopsy and asked how it could be prevented. The manager told him that it was not possible because Zambian law required an autopsy when a death occurs in questionable circumstances. At that point, Rudolph offered the manager a cash bribe to enlist the manager's help in getting the autopsy called off. The manager refused.

56.    Bianca's autopsy took place at University Teaching Hospital, as planned. The Zambian pathologist determined that the cause of death was (1) hemorrhagic shock, (2) macerated left side of heart and perforated lung and (3) gunshot injury. *See* Gov't Exhiibit 35. In testimony at trial, the Zambian pathologist told the jury that Zambian forensic pathologists, trained in the British system, are usually not asked about manner of death. He further testified that, in this case, the Zambian police told him that they had already determined the manner of death to be an accident before his examination. He testified that, based on his experience and training, the wound in Bianca's chest was caused by a shotgun that was about 1 meter (3.2 feet) away. He further testified that the wound path was almost directly front to back.

57.    Rudolph had additional conversations with the consular official on October 12,

2016, where he again asked about the most expedient way to have Bianca cremated. The consular official asked if Rudolph wanted help notifying next of kin in the United States. Rudolph declined, saying that he wanted to notify his children himself. *See* Rudolph Exhibit RA10.

58.     After the autopsy, the Zambian authorities issued a Coroner's Authority for Burial, which made it possible for Rudolph to make formal arrangements for the cremation. Bianca's body was transported to FSG Ideal Funeral Home, where it was maintained until he could schedule a cremation at Ambassador St. Anne's. *See* Gov't Exhibit 22.

59.     The consular official — who needed to confirm Bianca's identity and obtain official Zambian death documents before he could issue a Certified Report of Death of an American Abroad  — called Ambassador St. Anne's on October 13, 2016. He was caught off guard when he found out that Rudolph had, instead, made arrangements to have Bianca's body kept at FSG Ideal. The Consular Official was then informed by staff at FSG Ideal Funeral Home that Bianca was going to be cremated the next day. *See* Rudolph Exhibit RA10.

60.     Alarmed at how fast things were proceeding and concerned that he would not be able to identify Bianca before her cremation, the consular official made arrangements to travel to FSG Ideal Funeral home so that he could personally observe the body and compare it to Bianca's passport photograph. He was joined by two federal law enforcement officers from the State Department's Diplomatic Security Service. At FSG Ideal Funeral home, the consular official was able to confirm Bianca's identity. One of the agents took photographs of Bianca's body and the wound. *See* Gov't Exhibit 17;  Rudolph Exhibit RA10.

61.     When he returned to the embassy, the consular chief received what he described as a "one-way" telephone call from Rudolph, who was loud, direct and harsh, expressing anger

over the fact that embassy officials had taken photographs. Rudolph demanded that the photographs be destroyed or deleted. Rudolph personalized the interactions between the two of them, making sure the consular official knew that he had done research on the official's background and career in a way calculated to intimidate and inspire fear. *See* Rudolph Exhibit RA10.

62.     Rudolph met with the consular official just before Bianca's scheduled cremation on October 14, 2016. Because of the prior day's exchange, the consular official did not feel safe being with Rudolph alone. He was escorted there by a security agent. But Rudolph was calm at this meeting and the two met privately for about a half hour discussing the relevant paperwork and next steps. *See* Rudolph Exhibit RA10.

63.     The consular official again asked if Rudolph wanted any help notifying his children or other relatives about Bianca's death. Rudolph again declined. At trial, Rudolph told the jury that he did not want the embassy to notify his children because he wanted to do it in person. He said, under oath, that he wanted to "hold them and hug them and grieve with them." But he had no intention of personally telling his children about their mother's death. On October 13, he booked a return ticket to Phoenix, which was thousands of miles away from Pennsylvania or Florida, where his children resided. *See* Gov't Exhibits 316; 501; 607.

64.     The consular official asked what had happened to Bianca. At trial, he testified that Rudolph was cryptic. Rudolph intimated that the death may not have been an accident and that there were other issues.

65.     The consular official asked about the shotgun that had caused the death. Rudolph described it generally as an "antique" and claimed he didn't know what type it was.

66.     Rudolph expressed deep concerns for his privacy and was adamant that no

information about the death be disclosed. He asked about the Freedom of Information Act and the Privacy Act, making it clear that he did not want anyone to be able to get information about his wife's death.

67.     The Zambian Police Service returned the shotgun to Lawrence Rudolph on October 14, after having it examined by a forensic ballistics expert. *See* Gov't Exhibits 10, 28. The expert, in a report with the subject heading "Suicide" had determined that the working mechanism of the shotgun was "perfect" and that its cocking and firing mechanism were in "good condition." *See* Gov't Exhibit 10. Rudolph had previously discussed with the professional hunter a plan to leave the shotgun with the professional hunter in Zambia. But Zambian law would not permit the transfer and Rudolph was forced to bring the murder weapon with him to the United States.

68.     Bianca's body was cremated later that day at Ambassador St. Anne's. *See* Gov't Exhibit 142 at 23; 152 at 27. Rudolph then met with the consular official again. *See* Rudolph Exhibit RA10. Rudolph declined invitations to enter the embassy and met with the official outside the grounds. There, the official gave him the Certified Report of Death and many supporting documents, including a report from the Zambian Police describing the death as an accident, the report from the office of the state forensic pathologist, and the forensic ballistics report. Gov't Exhibits 31 – 40.

69.     The day of the cremation, Rudolph sent an email to Bianca's brother falsely implying that Bianca was still alive but that the two of them had extended their Africa trip and would miss the wedding. *See* Gov't Exhibit 43. While he did not notify his children or any of Bianca's close family, he did decide to tell one person about the death:  his mistress, Lori Milliron. He texted her that there had been an accident. When asked at trial if Milliron had

responded to the text to ask if he was okay or ask about what had happened, he said no.

**VIII.   After Bianca's funeral, Milliron moves in with Rudolph.**

70.     Rudolph departed Lusaka on October 15 and landed in Phoenix, Arizona, on Monday, October 17. *See* Gov't Exhibit 501, 607. Later that same day, Rudolph's son called the U.S. Embassy in Lusaka, distraught, asking whether his mom was really dead.

71.     Bianca Rudolph's life was the subject of nine life insurance policies issued by seven different companies. On the morning of October 19— only the second full day he had been back in the United States — Rudolph emailed a trust and estates attorney: "who, in your opinion is the very best counsel to manage life insurance claims?" The lawyer responded that she didn't understand how there was a problem that required an attorney. *See* Gov't Exhibit 55. Rudolph eventually retained an attorney to submit life insurance claims instead of using the insurance broker who had sold him many of the policies.

72.     Bianca's funeral was scheduled for October 22. *See* Gov't Exhibit 152 at 28. Several witnesses described it as a small and rushed affair that occurred on short notice without a full Catholic mass or any of the formalities or other features they would have expected at her service.

73.     After the funeral, Rudolph spoke to Bianca's brother and a cousin. They asked for more information about the circumstances of Bianca's death. Rudolph promised he would tell them anything they wanted to know. He then lied to distance himself from the death, telling them that he was outside the cabin when he heard the shot.

74.     The day after the funeral, Rudolph booked a ticket for Milliron to fly from Pittsburgh the next day. *See* Gov't Exhibit 315, But a short time later, he cancelled that ticket and, instead, booked a ticket for another woman to join him on a trip to Las Vegas between

October 26 and October 28. *See* Gov't Exhibits 315-320.  In his direct examination, Rudolph omitted any reference to this companion and instead tried to leave the false impression that he was in Las Vegas taking walks and going to the bar by himself.

75.     On October 24, Rudolph booked a one-way ticket for Milliron to fly from Pittsburgh to join him in Phoenix on Halloween 2016. *See* Gov't Exhibit 320.  The two spent all of November together in Phoenix, the house in Victor, and in Pittsburgh. *See* Gov't Exhibit 501. After some time apart during the December holidays, Milliron began to live openly with Rudolph in Arizona. *See* Gov't Exhibits 74; 501.

## IX.     Rudolph defrauds life insurance companies by lying about the cause of Bianca's death.

76.     By November 14, 2016, Rudolph had submitted claims to all the life insurance companies to collect on the policies listed below. He received payments on those policies between January and March 2017 that added up to $4,877.744.93. The payments were made into an account held in the name of the trust Rudolph and Bianca had created in April 2016. Upon Bianca's passing, Rudolph assumed total control over that trust. *See* Gov't Exhibits 93; 175 300-303; 305-312; 504.

77.     In each claim, he falsely represented that Bianca's death was the result of an accident and fraudulently withheld reports that may have raised questions, like the forensic ballistics report with the heading "suicide" and the description of the shotgun's working mechanism as "perfect." *See* Gov't Exhibits 10; 36; 100; 101; 110-113; 130-131; 140-142; 150-152; 160-162; 170-175. A representative from each of the companies testified that their decision-making would have been different if they had received information that Bianca's death was the result of murder.

| Company | Policy | Approx Claim Date | Approx. Paid Date | Amount Paid |
|---|---|---|---|---|
| Metlife Insurance Company USA | Policy No. 215 150 755 UT | 11/07/16 | 03/06/17 | $772,901.17 |
| Fidelity Life Association | Policy No. 0100382288 | 10/31/16 | 02/27/17 | $100,973.41 |
| AAA Life Insurance Company | Policy GT8107 Certificate 4019648262 | 11/07/16 | 02/03/17 | $200,000.00 |
| Transamerica Life Insurance Company | Policy 42728878 | 11/07/16 | 03/07/17 | $503,438.85 |
| Transamerica Life Insurance Company | Policy 42186233 | 11/07/16 | 03/07/17 | $500,840.86 |
| Great-West Life & Annuity Insurance Company | Policy 104 TLP Certificate 105665 | 11/07/16 | 03/16/17 | 1,000,157.54 |
| Genworth Life and Annuity Insurance Company (Formerly First Colony) | Policy 1308458 | 11/07/16 | 01/09/17 | $44,533.88 |
| Ameritas | Policy T00017578A | 11/14/16 | 03/09/17 | $1,003,049.90 |
| Ameritas | Policy U00013758A | 11/14/16 | 03/09/17 | $751,849.32 |
| **TOTAL** | | | | $4,877,744.93 |

Gov't Exhibit 504

78.     Rudolph sent correspondence and documents representing Bianca's death as an accident via the United States Postal Service and commercial interstate carriers, like Federal Express. *See* Gov't Exhibits 100; 101; 110-113; 130-131; 140-142; 150-152; 160-162; 170-175 The correspondence to Great West Life & Annuity Insurance Company was sent to an address in Colorado. *See* Gov't Exhibits 170-175.

79.     The jewelry that Bianca was wearing when she died was insured. *See* Gov't Exhibit 180.  Rudolph knew this and took action to profit from her death even more by filing a claim for that jewelry with the insurer on November 22, 2016. Rudolph falsely claimed that the jewelry had been lost despite the fact that he had taken possession of it in the cabin where she died. The insurance company sent Rudolph a check for $15,044.00, which he deposited.  *See* Gov't Exhibits 313-314.

80.     Rudolph made active efforts to avoid any questioning about his wife's death.

a.     When a private investigator hired by the insurance companies called to ask about his wife's death, Rudolph picked up the phone. But when the investigator identified herself, he hung up immediately and let a subsequent call go to voicemail.

b.     When Bianca's brother followed up on Rudolph's promise to tell him anything he wanted to know with an email asking for documents related to the death, Rudolph refused to provide them. Instead, he delayed responding directly to the request for several months and then offered to show them only via FaceTime out of a stated concern that the brother might make them public. *See* Gov't Exhibit 44.

c.     In April 2017, a Special Agent from the FBI called Rudolph, who picked up the phone. The agent asked if Rudolph was willing to come in to talk about his wife's death. Rudolph immediately became belligerent, sarcastically asking "why would I want to do that?" He declined to come in and did not follow through on a promise to send in some of the underlying documents related to Bianca's death.

81.     Rudolph also sought to curry favor with witnesses who might have information that could be used against him. On December 12, 2016, two days after he was contacted by the

private investigator, he signed documents committing to a $20,000 loan to the professional

hunter for a business. *See* Gov't Exhibits 624; 647.

82. Rudolph used the life insurance proceeds to help finance a luxury lifestyle for

himself and Milliron.

a. He used some of the life insurance proceeds to finance a custom-built

home. In June, he emailed a photograph of Milliron picking out a possible lot for the house to the

head of the neighborhood homeowner's association. *See* Gov't Exhibit 643. The two did not pick

that lot. Instead, on August 30, 2017, he sent $1.1 million  from the trust account as a down

payment for a home in a different community next door. A few weeks before that, he had sent $3

million to a separate bank account, which he then used as collateral for a $2.5 million

construction loan.

b. In March 2018, he wrote a $125,000 check from the trust account as the

down payment on a 2018 Aston-Martin DB-11.

c. In January 2021, he used some of that $3 million originally from the trust

account to purchase a condominium for him and Milliron in Cabo San Lucas, Mexico.

d. In April 2021, he transferred money to one of his other companies and

then wrote a $162,390.88 check from that company's account towards the purchase of a Bentley

Bentayga.

## X.     Rudolph's Outburst at a Restaurant in Arizona

83. Rudolph and Milliron were regulars at a high-end steakhouse in Phoenix. *See*

Gov't Exhibit 60. They were well-known to the staff. Indeed, a bartender saw them there so

frequently that he mistakenly assumed they were married. In February or March of 2020, that

bartender saw the two enter the back bar. While the two were having drinks the bartender noticed

that they were having an uncomfortable conversation. Then, during a break in the background music, the bartender heard Rudolph exclaim, "I killed my fucking wife for you."

84.     Six months later, on August 9, 2020, the FBI approached Rudolph's son for an interview. Shortly after they were contacted by Rudolph's attorney.

85.     Later that month, knowing that the FBI was investigating Bianca's death, Rudolph blurted out to the EFDA from whom he had previously collected the propofol that he was probably going to jail.

86.     A year later, FBI agents tried to interview Milliron while Rudolph was outside of the country. Although she recognized that they were likely from the FBI, she refused to answer the door and, instead, booked an impromptu ticket to Phoenix. See Gov't Exhibit 71.

## XI.     Rudolph's Arrest in December 2021

87.     On December 16, 2021, the government filed a criminal complaint, supported by an affidavit alleging that Rudolph had committed mail fraud. ECF No.1. Five days later, he and Milliron flew together to Cabo San Lucas. Upon arrival, Rudolph was taken into custody by Mexican immigration authorities. The next day, the government filed a superseding criminal complaint supported by an affidavit alleging that he had committed both mail fraud and foreign murder. ECF No. 4. Rudolph was brought to Colorado by Mexican immigration authorities and arrested by FBI agents later that same day when he arrived at Denver International Airport. After an initial appearance on December 23, a detention hearing was set for January 4, 2022. ECF Nos. 7-8.

88.     On December 27, 2021, Lori Milliron returned to the United States from Mexico. She was served with a subpoena to testify before the grand jury on January 5. *See* Gov't Exhibit 80.

89.     The detention hearing on January 4, featured detailed testimony about the crime, Rudolph's history of threatening behavior, and Milliron's role as a motivating factor for the murder. ECF No. 37. Milliron, who was introduced as Rudolph's "significant other," observed the entire proceeding and heard the evidence the government intended to present to show that Rudolph had committed murder. The following information and facts were presented at the hearing through interview recordings and agent testimony:

a.     Rudolph has a violent temper. A former employee described a meeting where the defendant screamed and insulted the gathered group while stabbing a pen at the wall; as he left, he ripped an exit sign from the ceiling causing sparks to fly from the exposed wiring. Another former employee, with whom he also had an affair, told agents that while she never saw Rudolph use physical violence she saw him yell, scream, pound his fists, and smash property. A third former employee described Rudolph as being the sort of up and down person who could snap in a minute. She saw Rudolph throw things and punch a wall. A fourth employee reported similar behavior: Rudolph came to the practice, screamed at people, and would say "I'll burn this place to the God damn ground." These former employees collectively described a defendant who used his power to keep others terrified.

b.     On at least two occasions, Rudolph's impulsive anger gave way to more deliberative action. The employee who relayed Rudolph's outburst about burning the place down also told the FBI that, in the summer of 2015, Rudolph offered him a "generous commission" of approximately $25,000 to have someone do a "job" — to kill someone for him. Another witness — the ex-wife of the professional hunter who led the hunt in Zambia — told the FBI that Rudolph asked her husband to find a "Nigerian guy" who could go to the United States to scare an unknown person who was also involved in a hunting group. This same witness expressed fear

that Rudolph would retaliate against her. Later, the FBI interviewed one of Rudolph's former dentist colleagues. This dentist told the FBI that Rudolph told him "I'm going to hire a Nigerian to put a fucking bullet in your head" after he refused to comply with Rudolph's request to put false information in a dental record.

        c.     Rudolph had access to vast wealth, self-disclosing assets of approximately $27 million. ECF No. 39.

        d.     Milliron had been having a romantic relationship with Rudolph since the early aughts and he was supporting Milliron and her children financially while fueling a luxury vacation lifestyle with a condo in Cabo, cars, and other expensive items. Further testimony showed that Rudolph was giving Milliron tens of thousands of dollars in cash, siphoning the money out of the dental business.

90.     The magistrate judge hearing the testimony found clear and convincing evidence that Rudolph's past history of threats and temper, as well as the nature of the alleged crime, made him a danger to the community. ECF Nos. 22, 23,37, The findings were upheld on appeal to the district court. ECF No. 48.

**XII.   Milliron's False Statements to the Grand Jury**

91.     On January 5, 2022, Milliron appeared before the grand jury and took an oath to tell the truth. *See* Gov't Exhibits 71 – 73. The petit jury in this case specifically found that she violated that oath and committed two distinct acts of perjury:

        a.     Milliron testified as follows:

             Q:    Why was Larry paying you this additional money if you already had a salary for those things?

             A:    Because he wanted to help me.

             Q:    Did he explain why?

A:      He was very generous.

      . . . .

Q:      So in 2015 you received approximately double your salary
— or your salary again but all in cash?

A:      Yes

Q:      And in 2016 you received a little bit more than your salary
in cash?

A:      Yes.

Q:      Why was Larry so generous to you?

A:      <u>I don't know why</u>.  But like I said, he would give other —
staff members, he would buy them washers and dryers. He
would give them cash if they needed it, a whole variety of
things.

Q:      So your testimony before the members of the Grand Jury
today is that you don't know exactly why he gave you
$60,000 in 2015?

A:      <u>I don't know exactly why</u>.

The jury concluded beyond a reasonable doubt that the underlined statements were

knowingly false. Rudolph himself testified at trial that he gave her the money because she was

his girlfriend. *See* Gov't Exhibit 71.

        b.      Milliron was asked questions about her conversations with Rudolph once

the two of them found out that Rudolph was the subject of an active FBI investigation:

Q:      Did he say anything about the merits of an investigation?

A:      I don't recall.

Q:      Did he say anything about whether it was an accident?

A:      No. He had told me previously it was an accident.

31

. . . .

Q:      Did he proclaim his innocence?

A:      <u>He probably did.  I don't really recall that.</u>

Q:      What do you recall?

A:      I really don't recall.

Q:      As you sit here today with the members of the Grand Jury, you
        don't recall a conversation with Mr. Rudolph about an FBI
        investigation?

A:      There has been a conversation about that, but I think he was
        aggravated. I can't give you specifics.

Q:      Can you give me generalities?

A:      <u>Irritated that there was an FBI investigation because he felt he was
        innocent.</u>

*See* Gov't Exhibit 71.

The jury concluded beyond a reasonable doubt that the underlined statements were

knowingly false. Milliron knew that Rudolph had committed murder. She had encouraged

Rudolph to separate from his wife. When Bianca tried to have her fired and pressured Rudolph to

end his relationship with her, she helped Rudolph obtain a lethal anesthetic drug before the hunts

in Zambia. *See* Gov't Exhibit 57. After Rudolph murdered Bianca, the first person in the United

States he told about the death was Milliron. Once he returned, the two did what they had desired

all along:  they lived openly together, using Rudolph's wealth — now augmented with a $5

million windfall — to finance a luxury lifestyle with vacations around the world, the

construction of a new home, expensive cars, and meals at high-end restaurants. As set forth

above, it was at one of those restaurants in February or March 2020 that Rudolph growled "I

killed my fucking wife for you," to score points in an argument with Milliron. All of these events transpired before August 2020, when Rudolph was notified by his son that the FBI had approached him to ask about the circumstances of his mother's death.

92.     Milliron made other false and misleading statements to the grand jury. *See* Gov't Exhibit 71. When first asked about the nature of her relationship with Rudolph, she testified "we were friends." When asked if they were ever anything more than friends, she again tried to mislead by minimizing the relationship, testifying "yes, we traveled mostly." She also falsely testified that she never asked Rudolph to leave Bianca, that she did not go into work with Rudolph, that she did not leave work with him frequently, and that she only emailed Rudolph "occasionally." When asked whether she had ever deposited cash from the practice into her personal bank account, she testified "I don't recall ever doing that." But at trial, Rudolph testified that Milliron would take cash from the safes with his permission.

93.     Based on these false statements, the petit jury concluded beyond a reasonable doubt that Milliron endeavored to obstruct the grand jury. It further concluded, beyond a reasonable doubt, that she knew Rudolph had committed murder but nevertheless intentionally made herself an accessory to it by taking active steps to prevent his prosecution and punishment — by doing what she could to try to prevent Rudolph from being indicted.

### XIII.   The Trial

94.     Milliron's efforts to hinder or prevent Rudolph's trial or punishment were unsuccessful. The Grand Jury returned an indictment charging him with foreign murder and mail fraud. ECF No.26. The Grand Jury returned an indictment charging Milliron with accessory-after-the-fact, obstruction, and five counts of perjury. ECF No. 53.

95. Lawrence Rudolph testified in his own defense during the trial. Among other things, he testified that he disposed of the murder weapon by paying a trash disposal service in cash to come to his home and carry it away. He admitted that he had been contacted by the FBI before disposing of the murder weapon, but claimed that he did not believe he was actually under investigation. Rudolph's disposal of the murder weapon substantially obstructed the investigation and prosecution of the case by preventing its forensic examination, a fact that he highlighted throughout the trial in an attempt to convince the jury that the inability to test the original shotgun made any forensic reconstruction of the shooting unreliable.

### XIV.   Milliron's Conduct Before and After the Trial

96. Before she was indicted in this case, Milliron taunted and tormented the victim's children, calling one of them "mentally challenged," ridiculing their ability to support themselves, and implying that she would use her influence over Rudolph to cut them off financially, saying "I have 100% you don't; I have the money; your [sic] a sucker."

97. After being indicted, she moved items out of her condominium that included the urn with Bianca's ashes. That urn, placed into a cardboard box, was then stuffed into the back of a storage locker and made inaccessible. When, after the trial, the victim's family asked for access to the urn she refused to cooperate with them, only later agreeing to provide access to the urn to government agents.

98. Milliron willfully and intentionally violated the terms of her court order by talking to Lawrence Rudolph outside the presence of counsel:

a. Despite the clear conditions of her release, Milliron took a call from Lawrence Rudolph on August 6, 2022, and spoke to him for about 8 minutes. Milliron complained about Rudolph's children firing her from the business, locking her out of email

accounts, and otherwise limiting her access to Rudolph's business and financial accounts. Milliron referenced a power of attorney for Rudolph held by his son, Julian, and asked Rudolph to revoke it. Rudolph encouraged Milliron to flee by referencing others who had escaped to either Canada or Mexico to avoid criminal process and telling Milliron directly "you don't want to go inside." Milliron responded "I can't do that."

        b.      Rudolph called Milliron again later that day for about 15 minutes. Milliron again asked Rudolph to reverse Julian's power of authority and complained that Julian was going to throw her out on the street. She admitted to taking money without authorization by paying for a rental in Paradise Valley with one of Rudolph's credit cards. She said that she had visited the house under construction in Paradise Valley, Arizona. That house, which is the subject of a seizure action in 21-cv-03423, was financed using life insurance proceeds fraudulently procured by Rudolph. Rudolph again encouraged Milliron to flee by referencing others he believed had successfully fled to foreign countries. During the call, Milliron complained against a trial witness, calling her an "evil bitch."

        c.      Lori Milliron violated the conditions of her bond by taking a third call from Lawrence Rudolph on August 8, 2022. In this call, Milliron accused Rudolph of taking away the power of attorney behind her back. Later in the call, Rudolph asked if Milliron was receiving disability payments from an insurance company. When she said she was not receiving the full amount, Rudolph encouraged her to lie to the insurance company by saying she was his Executive Administrator and he was out of the country. At least initially, Milliron said she would do it.

        d.      Lori Milliron committed a fourth violation of her release conditions when she took another call from Rudolph that day. Rudolph had previously spoken to his daughter,

AnaBianca, about obtaining Bianca's cremains. On the call, Rudolph asked Milliron about the location of the cremains. Milliron told Rudolph that Bianca's cremains were in a storage locker in Scottsdale. Milliron then attempted to extort Rudolph, explaining that she wouldn't be able to get the cremains unless she was able to move into the house in Paradise Valley and repeatedly asked Rudolph to give her back his power of attorney and to take action to get her "fucking job back."

       e.     A fifth violation took place when Milliron took a third call that day from Rudolph . Milliron complained about Rudolph's children changing the locks on the property at 103 Morningside Drive in Cranberry Township. That property — also financed with fraudulently-obtained life insurance proceeds — is also subject to the forfeiture action docketed at 21-cv-03423. Milliron continued to ask Rudolph to revoke Julian's power of attorney.

       f.     Lori Milliron violated the conditions again when she took yet another call from Rudolph on August 10, 2022. On this call, Milliron acknowledged what she had known all along: that she should not be talking to Rudolph because it was a violation of the court's order.

      99.     Milliron had access to a safe in the condominium she shared with Rudolph. That safe contained, among other things, $200,000 cash, 80 ounces of gold coins, and jewelry that had belonged to Bianca Rudolph. When the Rudolphs' children looked for these items, they could not find them and Milliron refused to provide them. Camera footage shows her taking several items out of the still-under-construction custom home that she and Rudolph were financing with the proceeds of Rudolph's insurance fraud.