FD-302 (Rev. 5-8-10)

- 1 of 6 -

FEDERAL BUREAU OF INVESTIGATION



Date of entry  01/04/2022

John Tiano (Tiano), date of birth ▮▮▮▮▮▮▮▮, 1954, home address of ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ telephone number ▮▮▮▮▮▮▮▮▮▮ was interviewed telephonically. The interview was audio recorded. This report is a summary of the information provided by Tiano and is not a verbatim transcript of the interview. After being advised of the identity of the interviewing Agents, Special Agent Scott Dahlstrom and Task Force Officer Shawna Gilbert, and the nature of the interview, Tiano provided the following information:

Tiano met Lawrence Rudolph (Lawrence) in 1972 while both were in college at the University of Pennsylvania. Both of them were pre-dental students, had the same classes, and sat close together because of their last names being alphabetically close. Tiano and Lawrence established a friendship and Tiano thought Lawrence was very charismatic and likeable. Tiano and Lawrence were at each other's weddings and Lawrence spoke at Tiano's wedding in 1977.

After college, Tiano went to dental school in Philadelphia and Lawrence went to dental school in Pittsburgh. They both kept in touch during this time.

After dental school, both Tiano and Lawrence went to work at different dental offices. In 1980, Tiano opened his own dental practice. In 1982 Lawrence opened his own dental practice. in late 1982, Lawrence talked to Tiano about opening a practice together. In 1983 they opened a practice together and then seven months later, they merged their other offices together. These offices went by the name of The Dentistry.

Tiano and Lawrence operated these offices as the owners from 1983 to 1997. They then sold the offices to an outside company but continued working together. The offices were sold to different companies through the years and then Tiano and Lawrence eventually bought them back in 2003. The last company did not want to be in the Pittsburgh market so the price was good to

Investigation on  01/03/2022  at  Denver, Colorado, United States (Phone)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date drafted  01/03/2022

by  Scott Dahlstrom

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

INV_00005354

buy it. They both worked together from 1983 up until 2007.

Tiano sold the business in 1997 because working with Lawrence was a "nightmare". Lawrence was like "Dr. Jekyll and Mr. Hyde". When he was in a good mood, people liked him. However, when he was in a bad mood he was "intimidating" and employees felt it was dangerous to work there.

Lawrence threatened people. If employees didn't cooperate with whatever he wanted to do, including numerous violations of dental practice, they were afraid he would actually follow through with whatever his threats were. He threw trays of things on the floor and even patients asked what's wrong with him. Everyone lived in fear. But when he had good days he brought in food, laughed, and joked around.

Tiano started seeing the bad side of Lawrence in 1991 or 1992.  Lawrence was all about money. "Money was God" to Lawrence. Nothing else in his life mattered more than money. If he felt there could have been more money made or something happened that affected profits, Lawrence lost control. Tiano stated that Lawrence was a "Manic Depressive".

Lawrence never threatened Tiano with violence. However, Lawrence once said that if a dentist were to turn him in or say something about "this or that" that he would "kill the motherfucker". When Tiano did not go along with Lawrence and his style, Lawrence called him a "pussy" or a "lightweight". Employees told Tiano that when he wasn't around, Lawrence referred to Tiano as "Jane" to employees because Tiano wasn't on board with what Lawrence was doing.

In 2007, Lawrence was injured on a hunting trip in Africa and he collected on a disability insurance policy. According to the buy/sell agreement with Tiano, Lawrence was to get a payout and turn over his ownership shares to Tiano. Lawrence refused to turn over the shares of stock. He wanted to stay in the company and retain ownership.  Tiano didn't want anything to do with him and he had to hire security and guard each office to keep him out of the offices. This was done because Lawrence went to the Greentree office, called the staff in for a meeting and told them they were "M'fers" and everyone better start listening to him. He then jumped up and grabbed an exit sign and ripped it out of the ceiling.  Staff said they weren't dealing with it anymore and that incident was it.

Continuation of FD-302 of  (U) Interview of John Tiano                        , On  01/03/2022  , Page   3 of 6

Tiano then hired security. This was after Lawrence became disabled. Tiano had hired an attorney who told him to lock Lawrence out and that is what Tiano did. Lawrence then stopped coming around.

After Lawrence stopped coming by, an office manager named Frank Langell (Langell), began embezzling money from the dental practice. When Langell was confronted about the embezzlement and was faced with criminal action, Langell stated that he was doing it because Lawrence asked Langell to give him $5,000 a month as part of his payment for leaving. Langell was loyal to Lawrence and once he was fired, there were no more issues. Tiano did not press charges against Lawrence or Langell.

The dispute between Lawrence and Tiano lasted approximately one year. In 2008, Tiano had an issue with one of the dentists who had a previous history of drug abuse. This dentist was Timothy Runco (Runco). A staff member approached Tiano and said Runco was ordering 500 tramadol bottles every three months. Tiano talked to his attorney and fired Runco. Two weeks after that someone tried to kill Tiano. In August 2009, Tiano came out of the office, opened his car door, and the glass shattered. Tiano heard another gunshot and the sunroof shattered. Tiano looked around and saw a man with a gun pointed at him. Tiano hit the ground and crawled around to the back of his car. the man then drove away. Tiano attributed this to Runco's firing and not Lawrence because Lawrence probably would have done it himself instead of hiring someone.  The shooter was a white male, approximately 30 years old and drove a white LTD or "Crown Vic" that appeared to be an old police vehicle.  Tiano reported it to police who took a report. Tiano told them to talk to Runco. They Talked to Runco and his wife and they had an alibi. Runco's wife was a tattoo artist and had members of the Pagan motorcycle gang that went to her shop. Tiano believed she hired someone from the Pagans to take Tiano out.

Tiano did not have any interaction with Lawrence around the time of the attack and he has not spoken to Lawrence since 2009.

After Lawrence had his accident while hunting, Lawrence told Tiano he was in South Africa just back from safari and wanted to do some fishing. Lawrence went fishing on the river by himself and threw a line in the river. Lawrence had caught a fish and was pulling it in. The water was murky as he got the fish to shore. A crocodile following the fish, lunged out, and bit a

piece of Lawrence's hand. As Lawrence turned to run away, the crocodile also got part of his calf. Lawrence said he was lucky to be alive and it could have drug him in and killed him. Tiano believed this was completely staged. Lawrence had the max disability insurance he could get. Every time he signed up he made sure it would pay out if he was unable to practice dentistry. Lawrence also ordered morphine to take with him on every trip. He said he was in a remote areas and in case he had accident while hunting, it could be available. Lawrence spent hundreds of thousands of dollars on trips. One particular guide Lawrence spent most of the trips with. Tiano thinks Lawrence set up a plan with the guide to stage what looked like an attack. Everything Lawrence does is well thought out and well calculated. He bought insurance because he knew he was going to cash it in. Tiano said he can't prove Lawrence faked the attack. Subsequent to the attack, Lawrence was able to collect disability due to the injury because he was not able to practice dentistry. Even though Lawrence was receiving disability, he was still practicing dentistry. Tiano heard from employees of Lawrence that he was still doing so. Tiano saw the wounds on Lawrence's calf and hand.

Tiano stated Bianca Rudolph (Bianca) was "something special". Tiano didn't like her. Bianca was "kind of slutty", a "bitch", "foul mouthed", and she thought she was better then everyone else. Bianca was a miserable person who defended Lawrence to the nth degree.

At one point, Lawrence came to Tiano and said Bianca wanted a divorce. Lawrence started the conversation by saying, "I fucked up", and seemed distraught about it to the point of almost crying. Lawrence cheated on Bianca numerous times. Lawrence thought everyone loved him and no one would ever leave him. Bianca threatened to divorce Lawrence due to the infidelity. Bianca also cheated on Lawrence after finding out with someone from her gym.

After this conversation, Tiano heard from Lawrence every once in a while that their relationship was doing better.

Tiano knows Lawrence cheated because Lawrence told him. Lawrence told him about Russia and the hookers he used there. Lawrence also had affairs with staff members. After Lawrence and Tiano split staff members, they told Tiano who Lawrence was "screwing". Tiano knew of two different people he was with; MaryAnne Versmessan and a second person as well. Tiano also knew of Lori Milliron (Milliron), who was Lawrence's mistress that he had an ongoing

Continuation of FD-302 of (U) Interview of John Tiano , On 01/03/2022 , Page 5 of 6

affair with for years. Lawrence made no secret of this. Tiano never witnessed their relationship being romantic. Lawrence told Tiano of his relationship with Milliron in approximately 2004. Tiano was told about trips they went on together and that he paid for her apartment and her car.

Tiano heard about Bianca's death two months after it happened. He heard she died from an accidental gunshot to the chest from Lawrence's brother, Joe Rudolph (Joe). That is all Joe knew. When Tiano heard about the death, he thought Lawrence killed her or that he had someone kill her. Tiano wondered why did all of this happen when Lawrence was in another country. Tiano heard Lawrence cremated the body while still in Africa and that he Didn't tell his own kids for a month. Tiano wondered how does someone shoot themselves in the chest with a rifle.

Tiano never saw Bianca shoot guns and never went hunting with Bianca. Rudolph never talked about Bianca as a hunter or how she did.

Bianca was involved in the dentistry business in the late 1980s and early 1990s.

Tiano stated that Lawrence didn't ever want to do any fillings. Doing fillings was a low income procedure not worth his time. If a patient came in with a cavity that could be filled, Lawrence took an X-ray and told the patient they needed a root canal and crown. If the X-ray didn't reflect that need, Lawrence got the patient numb, made the hole bigger, and then took another X-ray. Lawrence then sent that X-ray in to the insurance company. Tiano didn't see this first hand but heard it from employees. Lawrence also took a patient X-ray and duplicated it 50 times. Lawrence then sent one of these X-rays into an insurance company instead of correct one. Lawrence refused to do fillings.

Blue Cross Blue Shield did an audit every 10 years or so. Lawrence made every patient sign something that said they were having symptoms for the root canal procedures to cover for these audits. These were also sent to the insurance companies so the company would pay. Tiano stated Lawrence, "covered every track". He documented things to make everything jive. Lawrence started this in the mid-1990s.

AGENT NOTE: Tiano later texted Special Agent Scott Dahlstrom and gave Joe Rudolph's phone numbers as ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮. Tiano gave a

FD-302a (Rev. 5-8-10)

▇▇▇▇▇▇▇▇▇▇

Continuation of FD-302 of  (U) Interview of John Tiano                    , On  01/03/2022  , Page  6 of 6


fax number of ▇▇▇▇▇▇▇▇▇▇. Tiano gave e-mail address of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇