# FEDERAL BUREAU OF INVESTIGATION

Date of entry     09/29/2020

Dr. Tim Runco, telephone number ███████████, residing at ███████████ ███████████████████████████████████ was interviewed at the Pittsburgh Dental Spa at ███████████████████████████████████████. The interview was conducted by SA Donald Peterson and TFO Shawna Gilbert. The interview was audio recorded and this report is a summary of Dr. Runco's statements. After being advised of the identities of the agents and the nature of the interview, Dr. Runco provided the following information:

Dr. Runco first met Dr. Larry Rudolph (hereinafter referred to as "Rudolph") in 1991 when Dr. Runco interviewed to join The Dentistry. At the time, The Dentistry was owned and operated by Rudolph and Dr. John Tiano. By 1993, Dr. Runco was a minority partner in The Dentistry with Rudolph and Dr. Tiano. Dr. Runco remained at The Dentistry for approximately 20 years.

Dr. Runco said Rudolph "can be a charming guy, but it's all a ruse." Dr. Runco went on to say, "The real Larry Rudolph is all sorts of bad things. He's not a good human being. I worked with him for 20 years and he's not a good person." Dr. Runco described Rudolph as a "very vindictive" person with an "awful temper." Although Rudolph was often verbally abusive to co-workers and employees, Dr. Runco never observed Rudolph being physically abusive toward anyone. Rudolph frequently made the statement "I will burn you down" to Dr. Runco and others.

Dr. Runco said Rudolph routinely engaged in insurance fraud while working as a dentist. In the 1990s and early 2000s, The Dentistry provided services to several US Air employees. The dental insurance coverage for US Air patients was unique in that it paid 100% of all treatment costs with no annual maximum. Rudolph regularly manipulated treatment and radiograph processes to justify performing and charging for additional procedures that were not needed. Rudolph refused to do fillings because they did not generate enough profit. As a result, Dr. Runco was often required to handle fillings.

---

Investigation on  09/11/2020  at  Pittsburgh, Pennsylvania, United States (In Person)

File #  ███████████████████                                Date drafted  09/23/2020

by  Donald Peterson, GILBERT SHAWNA JO

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

INV_00000818

Instead, Rudolph would drill out a tooth and send images to the insurance company after the drilling to justify a crown or a root canal. The crowns and root canals generated significantly more profit than a filling. Runco said, "He did that all the time." Although Dr. Tiano equated Rudolph's activities with "assault," he tolerated the behavior because Rudolph was "the biggest earner" and The Dentistry was benefiting financially. Dr. Runco also believed Dr. Tiano was afraid of Rudolph.

Dr. Runco suspected Rudolph committed insurance fraud in 2007 or 2008 when he (Rudolph) suffered an injury to his thumb. According to Rudolph, he was fishing in Africa when an alligator emerged from the water and bit his hand. As a result, Rudolph lost part of a thumb and was unable to continue working as a dentist. It was common for Rudolph to travel to Africa or elsewhere for two to four weeks at a time for big game hunting trips. Rudolph took such trips multiple times each year.

Dr. Runco became suspicious the day Rudolph left for the trip after a DEA form 222 arrived at The Dentistry. The form showed Rudolph had ordered a quantity of injectable narcotics prior to his travel. Dr. Runco said, "He wanted to take some serious pain relievers with him." Based on the timing of the arrival of the form, Rudolph was not successful in obtaining those drugs from that specific manufacturer prior to traveling. The injectable narcotics listed on the form were not used during the normal course of business at The Dentistry, and Dr. Runco had never used them in the practice.

Several weeks after the form arrived at The Dentistry, Dr. Runco was informed that Rudolph had sustained the injury to his thumb in Africa. Dr. Runco said, "Stuff started clicking in my mind." Dr. Tiano said Rudolph had four disability policies, including one policy shared by all three partners in the practice, at the time of his injury. One or two of the policies provided significant lumps sum payments and others provided monthly installments. Dr. Runco said, "Yeah, it's abnormal" when asked about Rudolph having four separate policies. By comparison, Dr. Runco had one disability insurance policy at the time of interview. He purchased the policy early in his career and the benefit was approximately $3,000 per month. Dr. Runco said, "I know he planned this because he wanted to collect on this and quit doing dentistry." Dr. Runco went on to say, "He wanted to be disabled" as the insurance policies "were not little."

Continuation of FD-302 of (U) Interview of Dr. Tim Runco , On 09/11/2020 , Page 3 of 5

The three partners of The Dentistry had multiple written agreements related to their shared ownership of the practice. One such agreement required anyone who suffered a career-ending injury to relinquish their ownership interest in The Dentistry. After suffering the thumb injury that prevented him from continuing to perform dentistry, Rudolph refused to leave The Dentistry. Although it was not necessary, Dr. Tiano offered to buyout Rudolph's interest in the practice, but Rudolph continued to refuse to leave. Rudolph wanted to continue running the business of The Dentistry without working as a dentist.

In 2009, after Rudolph was disabled, he convened a meeting of staff personnel at the Greensburg office. During the meeting, Rudolph cursed, yelled, and made derogatory statements to and about multiple employees. Following the meeting, Rudolph tore an exit sign from the ceiling and threw it down the hallway in anger.

Shortly after the meeting, Assistant Office Manager Ric Edmunds discovered Rudolph was embezzling money from The Dentistry. Rudolph was working with Office Manager Frank Langell to steal cash payments provided by patients. Dr. Runco said Rudolph and Langell "were thick as thieves" at the time. Dr. Runco added, "Frank was probably afraid of him."

Rudolph and Langell encouraged patients to pay cash for treatments by offering discounts for cash payments. They would then take the money and "clear the chart" by deleting the account. Dr. Runco said cash payments for the "large cases" they worked at The Dentistry were rare during the normal course of business. Most customers paid by check or credit card. Dr. Runco said incentivizing cash payments was done "to take the money and put it in your pocket to not pay taxes on it." By contrast, Dr. Runco said approximately one percent of the business at this current practice is transacted in cash payments. Edmunds discovered the deleted accounts file on the computer and brought the irregularities to the attention of Dr. Tiano and Dr. Runco. The file showed Rudolph and Langell stole approximately $400,000 from The Dentistry over five years.

Dr. Tiano and Dr. Runco took the evidence to their attorneys and held meetings with Rudolph and Langell. Dr. Tiano and Dr. Runco agreed not to pursue criminal charges against Rudolph if he agreed to leave the practice.

Continuation of FD-302 of (U) Interview of Dr. Tim Runco , On 09/11/2020 , Page 4 of 5

Rudolph agreed to the terms. Langell was also fired at the time, but later came back to work for Dr. Tiano in computer marketing. Dr. Runco said, "Larry Rudolph probably had him (Langell) scared. He (Rudolph) was abusive and he could get people to do things." Rudolph's ownership shares in The Dentistry were divided between Dr. Tiano and Dr. Runco. Dr. Tiano changed the locks at the offices and hired private security for the property after separating from Rudolph.

Dr. Tiano later made several attempts to buyout Dr. Runco. After a tumultuous legal battle, Dr. Tiano paid Dr. Runco $1.3 million for his share of The Dentistry. After leaving The Dentistry, Dr. Runco used the buyout money to establish his current practice, the Pittsburgh Dental Spa.

During the time Dr. Tiano and Dr. Runco were formalizing their separation, an unidentified individual fired several shots at Dr. Tiano outside the Irwin office. Dr. Tiano was standing near his vehicle when someone shot at him several times, striking his car door. Dr. Tiano was not injured. As a result of their ongoing legal matters related to The Dentistry, Dr. Runco was interviewed by state police to determine his possible involvement in the shooting. Dr. Runco said he had no proof, but "it was probably Larry. He's opportunistic." Dr. Runco thought Rudolph was capable of trying to kill Dr. Tiano as retaliation for his firing from The Dentistry. He believed Rudolph would commit the crime during the ongoing legal issues between Dr. Tiano and Dr. Runco to make it look like Dr. Runco was responsible. Dr. Runco said, "That's something Larry Rudolph would do."

In 2016, Dr. Runco was notified by Attorney Kevin Colosimo that Bianca Rudolph (hereinafter referred to as "Bianca") was killed while hunting in Africa. Colosimo is a friend of Ralph Finizio, who is Bianca's brother. Colosimo said Bianca was shot in the chest inside her tent while she was packing to leave Africa after a safari trip. According to Colosimo, Rudolph had Bianca cremated in Africa within days of her death. Larry and Bianca Rudolph were expected at their nephew's wedding in New York following the safari. They did not show up at the wedding and Rudolph did not inform anyone of the circumstances. Rudolph did not notify anyone in his family, including his two children, of Bianca's death for approximately one and one-half weeks. Based on the circumstances of her death, and the fact that Bianca was an experienced hunter, Dr. Runco believed Larry Rudolph killed his wife. Dr. Runco said, "I know he's capable of this. He's really crazy."

Continuation of FD-302 of (U) Interview of Dr. Tim Runco , On 09/11/2020 , Page 5 of 5

Dr. Runco met Bianca during several social events sponsored by The Dentistry. He said Bianca was "always nice and personable." He described her as a gracious, nice lady.

One of the reasons Dr. Runco believed Rudolph killed Bianca is because Rudolph was having multiple extramarital affairs. Dr. Runco said, "Larry had several affairs while he was married with Bianca." The first affair Dr. Runco became aware of involved Rudolph and a female who worked at the mall where their dental practice was located. Dr. Runco saw Rudolph and the female mall employee together on multiple occasions away from the office.

Later, Rudolph engaged in a long-term, extramarital affair with Lori Milliron. Milliron first started working at The Dentistry as a dental hygienist. She and Rudolph then started an intimate relationship. Dr. Runco said, "I think she got pregnant as well." Dr. Runco said he heard the pregnancy rumor from a co-worker. Dr. Runco said Rudolph and Milliron were initially secretive about their relationship and became much more overt in the years preceding Bianca's death. Rudolph and Milliron were less cautious about hiding their relationship in later years because Bianca was living at the Rudolph's residence in Arizona while Rudolph and Milliron were together in Pennsylvania.

Regarding Bianca's death, Dr. Runco said, "I've got to put everything together. I know this man. I know how he is. I know how crazy he can be. If you're no use to him he'll either fire you, walk away, or kill you. He's so driven by money he didn't want to pay alimony if he divorced her." Dr. Runco went on to say, "It did not surprise me when I heard it, that Bianca died in a freak accident in Africa…he was seeing Lori Milliron." Dr. Runco added, "It was about money, he killed her plain and simple, to me. If she would have said 'I'll just leave you and I don't want anything,' she would still be alive."