FD-302 (Rev. 5-8-10)

- 1 of 9 -

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/19/2021

Richard Edmunds (Edmunds), born ████ 1958, home address ████████████████████████████ cellular phone ████████ was interviewed over the phone by Special Agent (SA) Donald Peterson and Task Force Officer (TFO) Shawna Gilbert, on October 30, 2020. The interview was audio recorded. This report serves only as a summary of what was stated during the interview and is not intended to be a verbatim account of what was discussed. Edmunds reported the following information:

Edmunds worked for the Dentistry as the Chief Operating Officer (COO). Edmunds was not an owner in the company, but the individual in the position before Edmunds was an owner so the title remained with the position. There had been four owners, Doctor John Tiano (Dr. Tiano), Doctor Lawrence Rudolph (Lawrence), Doctor Timothy Runco (Dr. Runco), and Frank Langell (Langell). Langell was the COO and was an officer of the company. Edmunds was hired for the job after Langell was terminated.

Edmunds began working for the Dentistry in 2007. His responsibility was for the daily operations of the three offices, which at the time were in Irwin, West Mifflin, and Green Tree. There were two franchises, which Edmunds could not recall the location of and was not involved in. Edmunds daily responsibilities included staffing, customer service, closing procedures, the stocking of the offices, and employee meetings. Edmunds characterized the role as that of a manager above the office managers. He was originally hired as an office manager of the Irwin office, and he was promoted after approximately one year. Prior to working at the Dentistry, Lawrence was Edmunds' client at gym. Edmunds was the director of training at an athletic club. Lawrence knew Edmunds background and approached Edmunds about the job at the Dentistry. Edmunds met with Dr. Tiano and ultimately, he received an offer. Edmunds was employed at the dentistry for approximately two years. Edmunds had no prior dentistry experience other than his time with the density to rely on for his opinions. Edmunds stated the offices were

Investigation on 10/30/2020 at Denver, Colorado, United States (Phone)

File # ████████                                         Date drafted 01/12/2021

by GILBERT SHAWNA JO, Donald Peterson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

INV_00001111

Continuation of FD-302 of (U) Edmunds Interview , On 10/30/2020 , Page 2 of 9

meeting their goals.

Dr. Tiano and Lawrence had been in business together for a long time. The Green Tree office was originally Lawrence's sole practice. The West Mifflin office belonged to Dr. Tiano. When they decided to make a company, they purchased a building in Irwin, and created another office. The partner of ownership of the building was RJ Williams. The business was doing well.

When asked about Lawrence, Edmunds voiced discomfort with being interviewed by phone. He called through the FBI Office, and then agreed to continue to speak with the interviewers. From that point Edmunds went on to describe that as a dentist Lawrence was a "machine." No other dentist could do the amount of work Lawrence could do. The motivation for this was greed. The dentists were paid on production. They got a portion and the company got a portion. Lawrence was brutal on the employees. He was a "terror." Green Tree was the home base for Lawrence. They were used to Lawrence's behaviors. The Irwin office had some employees with allegiances to various doctors and was full of angry people. Dr. Tiano was very laid back and calm. Lawrence had an aggressive personality and was not popular with staff. Dr. Runco was popular with everyone. Edmunds never saw Lawrence be verbally abusive with staff.

Lawrence was injured on a safari and was unable to do dentistry. Part of the ownership agreement included a clause regarding being unable to work. If this was the case the individual had to sell back their share to the other owners. Dr. Tiano and the other owners invoked that clause. Lawrence was then made a manager. One night at Green Tree, Lawrence called a meeting of the staff. During the meeting he was screaming, swinging from a light, and calling employees names. Edmunds did not witness this incident. After the incident Lawrence was told he could not work for the company and he was not allowed at the office. Security was brought into the office. Edmunds does not know how the situation was resolved.

When speaking of the accident that caused Lawrence to be unable to be a dentist, Edmunds reported Lawrence claims he was attacked by an alligator in Africa. Bianca Rudolph (Bianca) told them of what occurred while Lawrence was still in Africa. They were sent a fax they were to read to patients as to why he was no longer treating patients. Edmunds spoke with Lawrence about what occurred. Lawrence told Edmunds he was unable to sleep one

night, and he was trolling and fishing in a stream. Lawrence caught a small fish. While reeling the fish in Edmunds reached down to pick up the fish and the alligator came up and got him. Edmunds did not believe Lawrence. Edmunds has been hiring and interviewing people his entire life. Edmunds stated you gain a skill set and know when someone is lying to you. Edmunds stated an alligator is a predator and is not going to take the tip of your finger. The story didn't make sense to Edmunds. Edmunds stated the motivation to make a story like this up, if Lawrence did, was that that Lawrence was insured. Prior to the incident with the thumb, Edmunds did not have any indication Lawrence was looking to move on to something else. Edmunds never talked to Lawrence or Bianca about this other than the one conversation with Lawrence.

The story the staff members were told to tell patients was something about Lawrence had a minor injury and would be back to work, and that they were all praying for him. The statement didn't detail the alligator attack. Edmunds believes Lawrence was insured through Lloyds of London. Edmunds never saw Lawrence practice dentistry after the injury.

When discussing business practices at The Dentistry, Edmunds reported two business practices that caused him concern. One involved Maryanne Versmessen (Versmessen). Versmessen was a dental assistant and Lawrence's twenty some year mistress. Prior to working at the Dentistry, Edmunds was at the athletic club. Bianca and Lawrence were his clients. Lawrence purchased sessions for Versmessen with Edmunds as well.

One-night Versmessen came in Edmunds could smell the alcohol on her. Versmessen started rambling. Edmunds sat her down and asked what she was talking about. Versmessen spoke about Lawrence and she told Edmunds she had been sleeping with him. Vermessen was a "jilted woman" because Lawrence had "kicked her to the curb" for a newer assistant at Green Tree. Lawrence was also alleged to have a few other girlfriends too. Edmunds asked Versmessen why she was telling him, and she told Edmunds Lawrence does things unethically. She spoke of Lawrence doing unnecessary work. Edmunds asked what she was trying to tell him and she went on to report Lawrence was doing a lot of procedures such as root canals. These procedures are where you make a lot of money. Lawrence would manipulate the x-ray to show it is a cavity and the tooth needed a crown. Edmunds told Versmessen she is not a dentist.

Continuation of FD-302 of (U) Edmunds Interview, On 10/30/2020, Page 4 of 9

Versmessn told him Lawrence would put something on the tooth. Lawrence would numb the gum. He would put a slight pit in the tooth and put an amalgam in the hole he made. Then he would take an x-ray. Most insurance agencies required a before x-ray as proof the procedure needed completed. Vermessen also told Edmunds if they wanted to do an "endo" on you and there was no reason for it, but there was an x-ray on a different case, they would send the other x-ray in.

Edmunds had known Lawrence for a few years and confronted him about it. Lawrence went through an explanation and Edmunds believed him. Lawrence admitted to having an affair with Versmessen and he had another woman. He explained if the cavity is so big, they could fill it, but within three months the person would be in pain and to another dentist and badmouth them.

After Edmunds spoke with Lawrence, Versmessen showed up angry that he had confronted Lawrence. Edmunds told Vermessen she had no proof of this and if she was lying, she could be sued. Edmunds could see Vermsmessen was having second thoughts. Vermessen told Edmunds she did a "Lewinsky" anyway. Edmunds asked what she was telling him and Vermessen said she had to prove to Bianca that she was having an affair with Lawrence. Versmessen said she invited Lawrence over to her apartment on his birthday and had oral sex with him. She saved the semen in a bag. Edmunds doesn't know why she was saving it. Bianca knew Lawrence was having affairs as she had mentioned it to Edmunds.

Edmunds first started training Lawrence in approximately 2005 to 2006. Bianca started training with him approximately a year later. During the time he was only training with Lawrence, people at the club saw Lawrence out at local bars and there were rumors about this. One day Bianca came in and Edmunds could see she was upset. Edmunds went over to see if she was ready to get started and she didn't say anything. She looked at Edmunds and made a comment about men going out with all these women. Edmunds looked at her and said, "What?" During the conversation Edmunds asked Bianca why she doesn't just get divorced. Bianca looked up and said none of her friends who had done that recommended it.

Bianca never gave him any indication there were issues other than the affairs. When it came to Bianca there was very little discussion. Edmunds

didn't like her. He took her as a client because of Lawrence. Edmunds ended up firing her as a client. This was due to Bianca resisting everything. Bianca told him she didn't want to sweat, and she showed him a list of things she didn't want to do, but she wanted the look. Edmunds told Bianca the only way she could do it is her diet and some reasonable exercise.

Edmunds did not speak with Bianca about hunting, but he knew she was involved with the club and with hunting.

Edmunds had information Bianca was involved in an extramarital relationship. Edmunds explained Kim Racon (Racon), was a group fitness instructor who Lawrence did not like. One day Lawrence asked if Edmunds knew anything about tapping phones, and he went on to say he thought Bianca was cheating on him. Lawrence had found out the man was a "B Lounge" singer from Las Vegas and was Racon's brother. Racon was covering for the affair.

At the Green Tree Office Lawrence was always ranting about customer service. Edmunds spoke with Lawrence about putting a "daisy system" in. This is a system where people call in, they are told the call is being monitored for quality assurance. Edmunds thinks this is where Lawrence got the idea about tapping phones because after this conversation Lawrence brought it up. Edmunds had no independent knowledge to confirm if Bianca was having an affair. Edmunds had the impression that Lawrence believed Bianca was having an affair, and Lawrence had animosity toward Racon.

When speaking of Versmessen, Edmunds stated she had always been a member of the gym. Lawrence was client for a couple of years. Versmessen had paid for some sessions with Edmunds, and Lawrence had paid for some of her sessions. Lawrence explained to Edmunds that Versmessen was like his right hand. She was doing work for him. Prior to the conversation where Vermessen was intoxicated, Edmunds had no knowledge she was engaged in an affair with Lawrence. He knew Lawrence spoke of her, but Edmunds first confirmation was the conversation with Versmessen. After the conversation Edmunds couldn't recall if Lawrence fired her or she was restricted, but eventually she was gone.

When speaking about divorce, Edmunds stated this was not something Bianca seemed interested in. She made a comment about it not working out well for

her friends. Edmunds also spoke with Lawrence about divorce and Lawrence told Edmunds e was too old to be poor. Edmunds knew Lawrence was worth millions and even if Lawrence lost half, he would be a wealthy man. Edmunds guessed Lawrence and Bianca were held together by greed. Edmunds never observed any violence in the relationship.

When asked if he knew or worked with Lori Milliron (Milliron), Edmunds identified her as a dental assistant. Langell or Levi Weaver (Weaver) told Edmunds that Milliron was one of Lawrence's girlfriends. Edmunds never saw anything personally that would give him that indication. Edmunds never spoke with either Lawrence or Milliron about the other. Edmunds never saw anything else that lead him to believe Lawrence was engaged in a relationship with anyone else in the office.

Edmunds spoke about Dr. Tiano being infatuated with his hygienist named Laurie Shrumm (Shrumm). He would give her money and shew would show the other women. Edmunds looked at the Irwin office accounts receivable and saw money sitting in the 90-day column. Edmunds explained the money should have been there. Edmunds asked the office coordinator why they hadn't billed for this and the office coordinator couldn't explain it. Edmunds went down to West Mifflin and pulled up the system and the office was reasonably balanced. There was nothing in the 60 or 90 day. This was Dr. Tiano's home office, and Dr. Runco worked there. Lawrence and Langell never worked there. Edmunds then went to the Green Tree office. Edmunds checked the books and he was shocked. There was a huge number sitting in the 90-day column. Edmunds said something to Langell who said it was all write offs. Edmunds was learning the business. The office's story was they couldn't keep up with correct insurance.

Edmunds was there one night and was going through and started leafing back through the accounts. They were not balancing even on the screen. The money would balance, but maybe there was an error when entering the write off. Edmunds found a category that showed him a bunch of deletions that were all cash. Edmunds looked at this and started going back further and further. He noticed that every cash payment that was made was deleted. The next day Edmunds went to the Irwin office and did the same thing and he found the same thing, but it was not nearly as much money. Then he went to West Mifflin and there were none. Edmunds line of thinking was that this was not a common practice and that something was wrong. Edmunds thought the

only honest person to speak with is Dr. Tiano because his office was clean.

Edmunds approached Dr. Tiano and told him what he found. Every deletion Edmunds found was logged in as Langell, however, this doesn't mean someone else wasn't using Langells account. Dr. Tiano asked Edmunds to help him. Edmunds got Margarete Tilmage (Tilmage) from the Irwin office to go to Green Tree with him. They started going through the records. There was close to a half a million dollars deleted. Edmunds caught it because when they entered the checks into the system, they put the wrong write offs in. Edmunds showed Dr. Tiano what he found. They cleared the Irwin accounts and established that anything under 25.00 wasn't billed it was collected at the time of service.

When it came to Green Tree, Dr. Tiano asked Edmunds to go with him. Dr. Tiano and Langell went into the managers office. Edmunds was not in the office with them. When Langell came out he was gone. Edmunds doesn't know if there was more legal action after that. Edmunds assumed Langell was fired. Edmunds understanding of what was happening with the money was that the money was being stolen from the practice. They were all cash payments. They were putting a write off in instead of a cash balance because they didn't have the cash. Weaver was arrested. Edmunds thinks Weaver was doing the same thing in the Green Tree office. Edmunds also believes that Langell was doing this with Lawrence. Langell had mumbled something to Edmunds one day about having to get Lawrence money. Langell was terrified of something. Edmunds struggled to recall, but he spoke of a meeting at some point where he learned Langell and Lawrence were splitting it.

Edmunds only saw Lawrence one time after Lawrence left The Dentistry. This was cleared with Dr. Tiano. Lawrence wanted some type of record from the Irwin office. Dr. Tiano approved this. Edmunds handed him the document in the parking lot. Edmunds hasn't spoken with Lawrence since.

When asked about Bianca's involvement with the dentistry, Edmunds was uncertain of her involvement. He thought her name may have been on something. Edmunds had a difficult time recalling how he learned of Bianca's death. He mentioned it may have been in the paper. He thought he contacted Dr. Runco who confirmed it was true. Dr. Runco told Edmunds that Lawrence had Bianca cremated over in Africa. The conversation between Edmunds and Dr. Runco was over text. They questioned if Lawrence did it.

Edmunds questioned the story and he stated Bianca knew her way around weapons from his understanding. Edmunds stated his story was like the alligator story. Edmunds stated most people are shot while thinking their gun is unloaded and he also stated Lawrence is a coward who makes a lot of noise but that is about it. Edmunds doesn't think this is something Lawrence would be capable of doing. Edmunds only knew Lawrence as a client at the athletic club and then for a short time at the Dentistry. He did not socialize with Lawrence.

Edmunds stated at one point someone shot at Dr. Tiano. Dr. Tiano was coming out of the Irwin office and someone shot at him and missed. This information was in the local paper and the police were called. Dr. Tiano had a bodyguard for a while. Edmunds has not spoken with Dr. Tiano about this.

When speaking of his observations of Lawrence and Bianca together, Edmunds recalled only seeing them together one time. The owner of the athletic club was considering sale of the club. Lawrence was interested in purchasing the club. Lawrence spoke with Edmunds about it, and Edmunds went to a meeting with Lawrence, Bianca, and the owner of the club. Edmunds stated during the meeting the Rudolphs were the most compatible loving couple. Lawrence was submissive to Bianca, holding her hand. Edmunds almost started laughing because he knew they hated each other. This was the only time he saw them that he could recall. They had the projection of a perfectly wonderful married people. They didn't come out of the meeting with anything.

During the interview Edmunds recalled that Lawrence ordered morphine before the trip to Africa. Either Dr. Tiano or Weaver told Edmunds about this. Edmunds questioned it because they didn't use morphine. Edmunds also reported that he had concerns for the dental offices control of prescription pads, and he spoke with the dentists about this. He voiced concerns about the pads being accessible to anyone and he told them this could be done electronically where it was easily tracked. The dentists were resistant to this. Edmunds called the local Giant Eagle and asked for an audit of prescriptions from their office, however, he never received the report. He called them back and learned it had been shipped to the Irwin office.

The notes taken during the interview are attached to this report in a 1A.

Continuation of FD-302 of  (U) Edmunds Interview                              , On   10/30/2020   , Page   9 of 9