IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO MOTION FOR NEW TRIAL**

Lawrence Rudolph respectfully requests a seven-day extension to file his Reply on the Motion for New Trial.

On August 1, 2022, Dr. Rudolph and Lori Milliron were found guilty of various counts in the superseding indictment. Doc. 247. Post-trial motions have been filed and Mr. Rudolph's reply to his Motion for New Trial is currently due on November 4, 2022. Undersigned counsel is currently in a four-week trial in the Southern District of New York, *United States v. Neil Cole*, 19-CR-00869-ER, and respectfully requests a seven-day extension to file the reply.

The Government has no objection to this motion for extension.

Wherefore, Lawrence Rudolph respectfully requests an extension of time to file a reply to his Motion for New Trial until November 11, 2022.

        Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
       David Oscar Markus
       Florida Bar Number 119318
       dmarkus@markuslaw.com

       /s/ A. Margot Moss
       A. Margot Moss
       Florida Bar Number 091870
       mmoss@markuslaw.com

       /s/ Lauren I. Doyle
       Lauren I. Doyle
       Florida Bar Number 117687
       ldoyle@markuslaw.com