IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

 1. LAWRENCE RUDOLPH and
 2. LORI MILLIRON,

 Defendants.

## UNITED STATES'S MOTION TO ENLARGE PAGE LIMIT

 COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby submits this Motion to Enlarge Page Limit to allow it to file its Motion for Mandatory Restitution and Forfeiture ("Motion").

 1. The Court's practice standards permit a fifteen-page limit for "ALL OTHER" motions.   WJM Practice Standards III.C.1.

 2. The United States' Motion addresses two inter-related issues – restitution and forfeiture.   The Motion addresses the legal basis for both restitution and forfeiture, and the factual support for them.

 3. The United States is requesting allowance to file the Motion up to 42 pages.   The Motion will save the Court, and the parties, time and resources as it allows the United States to properly frame the legal basis, the victims, and

1

provides the necessary tracing for the Court to enter mandatory orders of restitution and forfeiture.

4. The United States has consulted with counsel for Defendant Rudolph and he has no objection to the United States' request to enlarge the page limit.

THEREFORE, the United States respectfully requests that the Court enter an order allowing the United States to file its Motion for Mandatory Restitution and Forfeiture up to 42 pages.

Dated this 9th day of November, 2022,

Respectfully submitted,

COLE FINEGAN
United States Attorney


By:  /s Kurt J. Bohn
Kurt J. Bohn
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
kurt.bohn@usdoj.gov
Attorney for the Government

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

              *s/Kurt J. Bohn*
              United States Attorney's Office