**Exhibit 1**

| Life Insurance Payments | | | | | |
|---|---|---|---|---|---|
| Insurance Company | Policy Number | Payment Posted | Amount Paid | Account Deposited | Bates |
| Genworth Life and Annuity Insurance Company | 1308458 | 1/31/2017 | $ 44,533.88 | Vanguard 30-9515 | VANG_00000284 GENW_00000003 |
| Great West Life Annuity Insurance Company | 0104 TLP Certificate 105665 | 3/16/2017 | $ 1,000,157.54 | Vanguard 30-5266 | VANG_00000623 VANG_00000903 GRTW_00000876 |
| Metlife Insurance Company | 215150755 UT | 3/16/2017 | $ 772,901.17 | Vanguard 30-5266 | VANG_00000623 VANG_00000903 METLIFE_00000104 |
| TransAmerica Life Insurance Company | 42728878 | 3/16/2017 | $ 503,438.85 | Vanguard 30-5266 | VANG_00000623 VANG_00000903 VANG_00000700 |
| TransAmerica Life Insurance Company | 42186233 | 3/16/2017 | $ 500,840.86 | Vanguard 30-5266 | VANG_00000623 VANG_00000903 VANG_00000699 |
| AAA Life Insurance Company | GT8107 Certificate 4019648262 | 3/22/2017 | $ 200,000.00 | Vanguard 30-9515 | VANG_00000222 AAA_00000157 |
| Fidelity Life Association | 0100382288 | 3/22/2017 | $ 100,973.41 | Vanguard 30-9515 | VANG_00000222 VANG_00000286 |
| Ameritas Life Insurance Corp. | T00017578A | 4/5/2017 | $ 1,003,049.90 | Vanguard 30-9515 | VANG_00000222 AMERITAS_00000045 |
| Ameritas Life Insurance Corp. | U00013758A | 4/5/2017 | $ 751,849.32 | Vanguard 30-9515 | VANG_00000222 AMERITAS_00000045 |
| | | Total Paid | $ 4,877,744.93 | | |



PENGAD 800-631-6989

GOVERNMENT EXHIBIT

1

22-cr-00012-WJM Forfeiture Motion