

Life Insurance Payments Exhibit 2