**Exhibit 3**

| Insurance Company | Policy Number | Payment Posted | Amount Paid | Untainted Balance with dividends and interest | Tainted Balance with Dividends and Interest | Total Balance | Percentage of Tainted to Total Balance | Bates |
|---|---|---|---|---|---|---|---|---|
| **Vanguard Facilitating Account 30-9515 After Life Insurance Payments** | | | | | | | | |
| Genworth Life and Annuity Insurance Company | 1308458 | 1/31/2017 | $ 44,533.88 | $ 413,035.35 | $ 44,533.88 | $ 457,569.23 | 9.73% | VANG_00000284 GENW_00000003 |
| AAA Life Insurance Company | GT8107 | 3/22/2017 | $ 200,000.00 | $ 387,625.34 | $ 210,573.39 | $ 598,198.73 | 35.20% | VANG_00000222 AAA_00000157 |
| Fidelity Life Association | 0100382288 | 3/22/2017 | $ 100,973.41 | $ 387,625.34 | $ 311,546.80 | $ 699,172.14 | 44.56% | VANG_00000222 VANG_00000286 |
| Ameritas Life Insurance Corp. | T00017578A | 4/5/2017 | $ 1,003,049.90 | $ 388,000.15 | $ 1,311,103.47 | $ 1,699,103.62 | 77.16% | VANG_00000222 AMERITAS_00000045 |
| Ameritas Life Insurance Corp. | U00013758A | 4/5/2017 | $ 751,849.32 | $ 388,000.15 | $ 2,062,952.79 | $ 2,450,952.94 | 84.17% | VANG_00000222 AMERITAS_00000045 |
| Great West, Brighthouse, and TransAmerica Transfered from Vanguard 30-5266* | | 4/18/2017 | $ 2,778,319.10 | $ 464,689.35 | $ 4,841,271.89 | $ 5,305,961.24 | 91.24% | VANG_00000222 VANG_00000905 |

| Summary of other transactions between 1/31/2017 and 4/18/2017 | | | | | |
|---|---|---|---|---|---|
| **Other Income** | | | **Expenses** | | |
| | Untained | Tainted | | Untainted | Tainted |
| Other Insurance | $ 31,024.71 | | Transfers to Camelback Consulting WF 9749 | $ (78,500.00) | |
| Partnership | $ 2,223.00 | | Other Expenses | | $ (37,668.92) |
| Dividends/Interest/Appreciation** | $ 717.08 | $ 1,426.50 | | | |
| Account Transfers | $ 92,689.20 | | | | |
| Total | $ 126,653.99 | $ 1,426.50 | Total | $ (78,500.00) | $ (37,668.92) |

*A dividend of $980.68 mixed in with the transfer of life insurance from Vanguard 30-5266
**Includes dividend transferred from Vanguard 30-5266 on 4/18/2017



GOVERNMENT EXHIBIT
3
22-cr-00012-WJM
Forfeiture Motion