**Exhibit 4**

| Vanguard Facilitating Account 30-9515 Up to Transfer to Bank of New York Mellon | | | | | | |
|---|---|---|---|---|---|---|
| Transaction | Posted Date | Amount Transferred | Untainted Balance | Tainted Balance | Total Balance | Bates |
| Balance on June 12, 2017 | | | $ 441,769.97 | $ 4,848,750.89 | $ 5,290,520.86 | VANG_00000222 |
| Sale of 7350 SW 89th St, Apt 412S, Miami, FL | 6/13/2017 | $ 297,562.98 | $ 739,332.95 | $ 4,848,750.89 | $ 5,588,083.84 | VANG_00000222 20-0377 Fedwire |
| VPR Builders, LLC | 6/13/2017 | $ (105,000.00) | $ 634,332.95 | $ 4,848,750.89 | $ 5,483,083.84 | VANG_00000222 |
| Transfer to WF 9749 | 6/27/2017 | $ (15,000.00) | $ 619,332.95 | $ 4,848,750.89 | $ 5,468,083.84 | VANG_00000222 |
| Transfer from Unknown Vanguard Account | 6/30/2017 | $ 20,000.00 | $ 639,332.95 | $ 4,848,750.89 | $ 5,488,083.94 | VANG_00000223 |
| Interest/Dividend | 6/30/2017 | $ 4,552.59 | $ 639,863.30 | $ 4,852,773.13 | $ 5,492,636.43 | VANG_00000223 |
| Interest/Dividend | 7/31/2017 | $ 5,105.07 | $ 640,458.01 | $ 4,857,283.49 | $ 5,497,741.50 | VANG_00000223 |
| Transfer to BNYM 1000 | 8/8/2017 | $ (3,000,000.00) | $ 640,458.01 | $ 1,857,283.49 | $ 2,497,741.50 | VANG_00000223 |



GOVERNMENT EXHIBIT
4
22-cr-00012-WJM
Forfeiture Motion