**Exhibit 5**

| Bank of New York Mellon Proceeds Account 10532701000 (BNYM 1000) ||||||||
|---|---|---|---|---|---|---|---|
| Posted Date | Source Account | Amount Transferred | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates |
| 8/9/2017 | Vanguard 30-9515 | $ 3,000,000.00 | $ - | $ 3,000,000.00 | $ 3,000,000.00 | 100% | NYMEL_00000015 VANG_00000223 20-0377 Fedwire |

**Summary of other transactions between 8/9/2017 and 5/31/2021**

**Withdrawals**

| | Dates | Untainted | Tainted | Percentage of Tainted Funds Used | Subpoena | Property |
|---|---|---|---|---|---|---|
| Bank and Advisory Fees | 8/9/2017 to 5/31/2021 | $ - | $ (36,764.88) | | | |
| Transfer to BNYM 3568 | 4/24/2019 and 1/21/2020 | $ - | $ (150,000.00) | 100% | NYMEL_00000153 BNY_00000150 | 7000 N 39th Pl, Paradise Valley, AZ |
| Mortgage Payments | 4/30/2019 and 8/6/2020 | $ - | $ (9,656.36) | 100% | NYMEL_00000153 BNY_00000157 | 7000 N 39th Pl, Paradise Valley, AZ |
| El Encanto de la Lagunam Condo (Mexico) | 1/4/2021 | $ - | $ (100,000.00) | 100% | BNY_00000168 | Lagunam Condo 101 (Mexico) |
| Transfer to Wells Fargo 2446 | 9/28/2020 | $ - | $ (200,000.00) | 100% | BNY_00000158 | 103 Morningside Dr, Cranberry Township, PA |
| Transfer to Morgan Stanley 408-235 | 2/8/2021 | $ - | $ (51,000.00) | 100% | BNY_00000178 | 7000 N 39th Pl, Paradise Valley, AZ |
| Total | | $ - | $ (547,421.24) | | | |

**Other Income**

| | Dates | Untained | Tainted | Total | Percentage of Tainted Funds | Bates |
|---|---|---|---|---|---|---|
| Settlement | 4/21/2021 | $ - | $ 36.69 | $ 36.69 | 100% | BNY_00000412 |
| Net Investment Income | 8/9/2017 to 5/31/2021 | $ - | $ 1,229,537.38 | $ 1,229,537.38 | 100% | |
| Total Seized | | $ - | $ 3,496,092.04 | $ 3,496,092.04 | 100% | |



GOVERNMENT EXHIBIT 5
22-cr-00012-WJM
Forfeiture Motion