**Exhibit 6**

| Vanguard Facilitating Account 30-9515 Up to Construction Payment Towards Proceeds Property in Arizona ||||||
| Transaction | Posted Date | Amount Transferred | Untainted Balance | Tainted Balance | Total Balance | Bates |
|---|---|---|---|---|---|---|
| Balance on August 8, 2017 | | | $ 640,458.01 | $ 1,857,283.49 | $ 2,497,741.50 | VANG_00000223 |
| Transfer to WF 9749 | 8/15/2017 | $ (20,000.00) | $ 620,458.01 | $ 1,857,283.49 | $ 2,477,741.50 | VANG_00000223 |
| Transfer to WF 9749 | 8/15/2017 | $ (10,000.00) | $ 610,458.01 | $ 1,857,283.49 | $ 2,467,741.50 | VANG_00000223 |
| Three Rivers Dental Franchising | 8/16/2017 | $ 20,000.00 | $ 630,458.01 | $ 1,857,283.49 | $ 2,487,741.50 | VANG_00000223 |
| Fidelity National Title (7000 N 39th Pl, Paradise Valley, AZ) | 8/30/2017 | $ (1,154,739.33) | $ (192,562.98) | $ (962,176.41) | | VANG_00000223 20-0377 Fedwire |
| Balance on August 30, 2017 | | | $ 437,895.03 | $ 895,107.14 | $ 1,333,002.17 | |



GOVERNMENT EXHIBIT
6
22-cr-00012-WJM
Forfeiture Motion