**Exhibit 7**

| Transfers from Vanguard Facilitating Account 30-9515 to Vanguard Sub-Accounts ||||||||
|---|---|---|---|---|---|---|---|
| Transfers from Vanguard 30-9515 ||||||||
| Transaction | Posted Date | Amount Transferred | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates |
| Balance on February 1, 2018 | | | $ 880,918.78 | $ 886,741.72 | $ 1,767,660.50 | 50.16% | VANG_00002604 |
| Transfer to 585-9515 | 2/2/2018 | $ (292,500.00) | $ 880,918.78 | $ 594,241.72 | $ 1,475,160.50 | 40.28% | VANG_00002604 |
| Transfer to 569-9515 | 2/2/2018 | $ (195,000.00) | $ 880,918.78 | $ 399,241.72 | $ 1,280,160.50 | 31.19% | VANG_00002604 |
| Transfer to 584-9515 | 2/2/2018 | $ (157,500.00) | $ 880,918.78 | $ 241,741.72 | $ 1,122,660.50 | 21.53% | VANG_00002604 |
| Transfer to 511-9515 | 2/2/2018 | $ (52,500.00) | $ 880,918.78 | $ 189,241.72 | $ 1,070,160.50 | 17.68% | VANG_00002604 |
| Transfer to 1945-9515 | 2/2/2018 | $ (26,250.00) | $ 880,918.78 | $ 162,991.72 | $ 1,043,910.50 | 15.61% | VANG_00002604 |
| Transfer to 1946-9515 | 2/2/2018 | $ (26,250.00) | $ 880,918.78 | $ 136,741.72 | $ 1,017,660.50 | 13.44% | VANG_00002604 |
| | Total | $ (750,000.00) | | | | | |

GOVERNMENT EXHIBIT 7
22-cr-00012-WJM
Forfeiture Motion
PENGAD 800-631-6989