**Exhibit 9**

| Transfers of Tainted Funds into Vanguard Proceeds Account 540-9515 Up to April 16, 2019 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Transaction | Posted Date | Amount | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates |
| Balance on April 15, 2019 | | | $ 785,091.12 | | $ 785,091.12 | 0% | VANG_00002661 |
| Transfer from 569-9515 | 4/16/2019 | $ 179,000.00 | $ 785,091.12 | $ 179,000.00 | $ 964,091.12 | 18.57% | VANG_00002661 |
| Transfer from 584-9515 | 4/16/2019 | $ 161,000.00 | $ 785,091.12 | $ 340,000.00 | $ 1,125,091.12 | 30.22% | VANG_00002661 |
| Transfer from 511-9515 | 4/16/2019 | $ 52,869.00 | $ 785,091.12 | $ 392,869.00 | $ 1,177,960.12 | 33.35% | VANG_00002661 |
| Transfer from 1945-9515 | 4/16/2019 | $ 24,000.00 | $ 785,091.12 | $ 416,869.00 | $ 1,201,960.12 | 34.68% | VANG_00002661 |
| **Total amount of tainted funds** | | | | $ 416,869.00 | | | |



GOVERNMENT EXHIBIT

9

22-cr-00012-WJM

Forfeiture Motion

PENGAD 800-631-6989