**Exhibit 10**

| Vanguard Facilitating Account 30-9515 with Transfers for Proceeds Aston Martin DB-11 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Transaction | Posted Date | Account | Amount | Untainted Balance | Tainted Balance | Total Balance | Bates |
| Balance on February 27, 2018 | | Vanguard 30-9515 | | $ 880,918.78 | $ 136,741.72 | $ 1,017,660.50 | VANG_00002604 |
| Interest/Dividend | 2/28/2018 | Vanguard 30-9515 | $ 1,253.97 | $ 882,004.26 | $ 136,910.21 | $ 1,018,914.47 | VANG_00002604 |
| Bentley of Scottsdale (Downpayment DB-11) | 3/1/2018 | Vanguard 30-9515 | $ (125,000.00) | $ 882,004.26 | $ 11,910.21 | $ 893,914.47 | VANG_00002604 VANG_00002747 |
| Amex 3-03004 (Credit Card Payment) | 3/13/2018 | Vanguard 30-9515 | $ (16,500.00) | $ 877,414.47 | $ - | $ 877,414.47 | VANG_00002604 |

| | Untained | Tainted | Total | Percentage Tainted |
|---|---|---|---|---|
| Aston Martin DB-11 Downpayment | $ - | $ 125,000.00 | $ 125,000.00 | 100.00% |



GOVERNMENT EXHIBIT
10
22-cr-00012-WJM
Forfeiture Motion