**Exhibit 11**

| Transfers from Vanguard Sub-Accounts into Vanguard Facilitating Account 30-9515 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Transfers into Vanguard 30-9515 on January 7, 2021 | | | | | | | |
| Transaction | Posted Date | Amount | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates |
| Balance on December 31, 2020 | | | $ 418,968.94 | $ - | $ 418,968.94 | 0% | VANG_00002697 |
| Transfer from Vanguard 1946-9515 | 1/7/2021 | $ 32,437.46 | $ 418,968.94 | $ 32,437.46 | $ 451,406.40 | 7.19% | VANG_00002709 |
| Transfer from Vanguard 1945-9515 | 1/7/2021 | $ 3,606.30 | $ 418,968.94 | $ 36,043.76 | $ 455,012.70 | 7.92% | VANG_00002709 |
| Transfers from Vanguard 584-9515 | 1/7/2021 | $ 3,444.72 | $ 418,968.94 | $ 39,488.48 | $ 458,457.42 | 8.61% | VANG_00002709 |
| Transfer from Vnguard 511-9515 | 1/7/2021 | $ 3,235.14 | $ 418,968.94 | $ 42,723.62 | $ 461,692.56 | 9.25% | VANG_00002709 |



GOVERNMENT EXHIBIT
11
22-cr-00012-WJM
Forfeiture Motion