## Exhibit 12

### Bentley Bentayga

#### Vanguard 30-9515

| Transaction | Posted Date | Amount | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates |
|---|---|---|---|---|---|---|---|
| Balance on January 28, 2021 | | | $ 418,968.94 | $ 42,723.62 | $ 461,692.56 | 9.25% | VANG_00002709 |
| Income Dividend | 1/29/2021 | $ 3.84 | $ 418,972.42 | $ 42,723.98 | $ 461,696.40 | 9.25% | VANG_00002709 |
| Wire redemption to Unknown Citibank account | 2/17/2021 | $ (25,000.00) | $ 393,972.42 | $ 42,723.98 | $ 436,696.40 | 9.78% | VANG_00002709 |
| Income Dividend | 2/26/2021 | $ 3.46 | $ 393,975.55 | $ 42,724.31 | $ 436,699.86 | 9.78% | VANG_00002709 |
| Income Dividend | 3/31/2021 | $ 3.71 | $ 393,978.89 | $ 42,724.68 | $ 436,703.57 | 9.78% | VANG_00002709 |
| Check to WF 9749 (Check Memo - Bentley Bentayga Camelback Consulting) | 4/20/2021 | $ (150,000.00) | $ 286,703.57 | $ - | $ 286,703.57 | 0.00% | VANG_00005030 |
| Transfer to Vanguard 45-9515 | 4/27/2021 | $ (286,703.57) | $ - | $ - | $ - | | |

#### Wells Fargo 9749

| Transaction | Posted Date | Amount | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates |
|---|---|---|---|---|---|---|---|
| Check from Vanguard 30-9515 (Check Memo - Bentley Bentayga Camelback Consulting) | 4/19/2021 | $ 150,000.00 | $ 218,830.11 | $ 42,724.68 | $ 261,554.79 | 16.33% | WFB_00003495 WFB_00004017 |
| Marketing/Advertising | 4/19/2021 | (7,575.00) | $ 211,255.11 | $ 42,724.68 | $ 253,979.79 | 16.82% | WFB_00003495 WFB_00004017 |
| PA Direct 529 Plan 57706518501 (Mason Moroz) | 4/20/2021 | (600.00) | $ 210,655.11 | $ 42,724.68 | $ 253,379.79 | 16.86% | WFB_00003495 WFB_00004017 |
| Unknown | 4/20/2021 | (475.85) | $ 210,179.26 | $ 42,724.68 | $ 252,903.94 | 16.89% | WFB_00003495 WFB_00004017 |
| Pat Madeara | 4/22/2021 | (2,100.00) | $ 208,079.26 | $ 42,724.68 | $ 250,803.94 | 17.04% | WFB_00003495 WFB_00004017 |
| Check Memo - Bentayga Camelback LLC | 4/26/2021 | (162,390.58) | $ 88,413.36 | $ - | $ 88,413.36 | 0.00% | WFB_00003495 WFB_00004017 |

| | Untained | Tainted | Total | Percentage Tainted |
|---|---|---|---|---|
| Bentley Bentayga | $ 119,665.90 | $ 42,724.68 | $ 162,390.58 | 26.31% |



GOVERNMENT EXHIBIT 12
22-cr-00012-WJM
Forfeiture Motion