## Exhibit 13

| Transaction | Posted Date | Amount | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates | Reference |
|---|---|---|---|---|---|---|---|---|
| **Vanguard Proceeds Account 540-9515 Account Activity Up to August 31, 2021** | | | | | | | | |
| **Transfer from 569-9515** | 4/16/2019 | $ 179,000.00 | $ 785,091.12 | $ 179,000.00 | $ 964,091.12 | 18.57% | VANG_00002661 | Exhibits 8 & 9 |
| **Transfer from 584-9515** | 4/16/2019 | $ 161,000.00 | $ 785,091.12 | $ 340,000.00 | $ 1,125,091.12 | 30.22% | VANG_00002661 | Exhibits 8 & 9 |
| **Transfer from 511-9515** | 4/16/2019 | $ 52,869.00 | $ 785,091.12 | $ 392,869.00 | $ 1,177,960.12 | 33.35% | VANG_00002661 | Exhibits 8 & 9 |
| **Transfer from 1945-9515** | 4/16/2019 | $ 24,000.00 | $ 785,091.12 | $ 416,869.00 | $ 1,201,960.12 | 34.68% | VANG_00002661 | Exhibits 8 & 9 |
| Transfer from 6090 | 4/16/2019 | $ 1,033.11 | $ 786,124.23 | $ 416,869.00 | $ 1,202,993.23 | 34.65% | VANG_00002661 | |
| Income Dividend | 6/26/2019 | $ 6,871.93 | $ 790,615.85 | $ 419,250.31 | $ 1,209,866.16 | 34.65% | VANG_00002661 | |
| Income Dividend | 9/25/2019 | $ 6,477.38 | $ 794,847.65 | $ 421,494.89 | $ 1,216,342.54 | 34.65% | VANG_00002661 | |
| Income Dividend | 12/20/2019 | $ 7,156.43 | $ 799,524.19 | $ 423,974.78 | $ 1,223,498.97 | 34.65% | VANG_00002661 | |
| Change in Value | 12/31/2019 | $ 273,014.46 | $ 977,931.91 | $ 518,581.52 | $ 1,496,513.43 | 34.65% | VANG_00002661 | |
| Income Dividend | 3/9/2020 | $ 5,920.00 | $ 981,800.47 | $ 520,632.96 | $ 1,502,433.43 | 34.65% | VANG_00002661 | |
| Income Dividend | 6/26/2020 | $ 7,236.53 | $ 986,529.35 | $ 523,140.61 | $ 1,509,669.96 | 34.65% | VANG_00002661 | |
| Income Dividend | 9/28/2020 | $ 6,642.35 | $ 990,869.95 | $ 525,442.36 | $ 1,516,312.31 | 34.65% | VANG_00002661 | |
| Income Dividend | 12/21/2020 | $ 7,056.35 | $ 995,481.09 | $ 527,887.57 | $ 1,523,368.66 | 34.65% | VANG_00002661 | |
| Change in Value | 12/31/2020 | $ 247,997.05 | $ 1,157,540.60 | $ 613,825.11 | $ 1,771,365.71 | 34.65% | VANG_00002661 | |
| **Transfer from 569-9515** | 1/7/2021 | 4,657.57 | $ 1,157,540.60 | $ 618,482.68 | $ 1,776,023.28 | 34.82% | VANG_00002713 | Exhibit 8 |
| Income Dividend | 3/25/2021 | 6,464.43 | $ 1,161,753.86 | $ 620,733.85 | $ 1,782,487.71 | 34.82% | VANG_00002714 | |
| Change in Value | 3/31/2021 | 103,148.51 | $ 1,228,981.91 | $ 656,654.31 | $ 1,885,636.22 | 34.82% | VANG_00002713 | |
| Change in Value | 4/30/2021 | 100,583.72 | $ 1,294,538.34 | $ 691,681.60 | $ 1,986,219.94 | 34.82% | VANG_00005036 | |
| Change in Value | 6/30/2021 | 60,396.52 | $ 1,333,902.36 | $ 712,714.10 | $ 2,046,616.46 | 34.82% | VANG_00005036 | |
| Change in Value | 8/31/2021 | 112,170.22 | $ 1,407,010.40 | $ 751,776.28 | $ 2,158,786.68 | 34.82% | VANG_00005039 | |
| **Amount Seized** | | $ 751,776.28 | | | | | | |



GOVERNMENT EXHIBIT
13
22-cr-00012-WJM
Forfeiture Motion