**Exhibit 14**

| Vanguard Proceeds Account 585-9515 Account Activity Up to August 31, 2021 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transaction | Posted Date | Amount | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates | Reference |
| Transfer in from Vanguard 30-9515 | 2/2/2018 | $ 292,500.00 | $ - | $ 292,500.00 | $ 292,500.00 | 100% | VANG_00002609 | Exhibit 7 |
| Income Dividend | 12/26/2018 | 5,405.50 | $ - | $ 297,905.50 | $ 297,905.50 | 100% | VANG_00002609 | |
| Change in Value | 12/31/2018 | (28,955.77) | $ - | $ 268,949.73 | $ 268,949.73 | 100% | VANG_00002609 | |
| Income Dividend | 3/22/2019 | 1,618.29 | $ - | $ 270,568.02 | $ 270,568.02 | 100% | VANG_00002661 | |
| Income Dividend | 6/14/2019 | 1,152.74 | $ - | $ 271,720.76 | $ 271,720.76 | 100% | VANG_00002661 | |
| Income Dividend | 9/13/2019 | 1,481.33 | $ - | $ 273,202.09 | $ 273,202.09 | 100% | VANG_00002661 | |
| Income Dividend | 12/23/2019 | 1,883.27 | $ - | $ 275,085.36 | $ 275,085.36 | 100% | VANG_00002661 | |
| Change in Value | 12/31/2019 | 76,714.19 | $ - | $ 351,799.55 | $ 351,799.55 | 100% | VANG_00002661 | |
| Income Dividend | 3/30/2020 | 1,308.93 | $ - | $ 353,108.48 | $ 353,108.48 | 100% | VANG_00002704 | |
| Income Dividend | 6/30/2020 | 1,503.48 | $ - | $ 354,611.96 | $ 354,611.96 | 100% | VANG_00002704 | |
| Income Dividend | 9/30/2020 | 1,452.35 | $ - | $ 356,064.31 | $ 356,064.31 | 100% | VANG_00002704 | |
| Change in Value | 12/31/2020 | 67,878.73 | $ - | $ 423,943.04 | $ 423,943.04 | 100% | VANG_00002704 | |
| Income Dividend | 12/31/2020 | 1,691.85 | $ - | $ 425,634.89 | $ 425,634.89 | 100% | VANG_00002704 | |
| Income Dividend | 3/24/2021 | 1,457.42 | $ - | $ 427,092.31 | $ 427,092.31 | 100% | VANG_00002713 | |
| Change in Value | 3/31/2021 | 25,912.04 | $ - | $ 453,004.35 | $ 453,004.35 | 100% | VANG_00002713 | |
| Change in Value | 4/30/2021 | 23,258.73 | $ - | $ 476,263.08 | $ 476,263.08 | 100% | VANG_00005035 | |
| Change in Value | 6/30/2021 | 14,243.97 | $ - | $ 490,507.05 | $ 490,507.05 | 100% | VANG_00005035 | |
| Change in Value | 8/31/2021 | 22,696.52 | $ - | $ 513,203.57 | $ 513,203.57 | 100% | VANG_00005039 | |
| Amount Seized | $ 527,736.24 | | | | | | | |



GOVERNMENT EXHIBIT
14
22-cr-00012-WJM
Forfeiture Motion
PENGAD 800-631-6989