**Exhibit 15**

| Transactions | Untainted | Tainted | Total | Percentage Tainted to Total | Last Account Statement Date | Bates | Reference |
|---|---|---|---|---|---|---|---|
| **Property Proceeds 7000 N 39th Pl, Paradise Valley, Arizona** | | | | | | | |
| VPR Builders Vanguard 30-9515 | $ 105,000.00 | $ - | $ 105,000.00 | 0.00% | 4/30/2021 | VANG_00000222 | Exhibit 4 |
| VPR Builders MS 408-235 | $ 54,603.59 | $ 51,000.00 | $ 105,603.59 | 48.29% | 5/31/2021 | BNY_00000178 MSB_00008101 | Exhibit 5 |
| VPR Builders Camelback WF 9749 | $ 436,027.64 | $ - | $ 436,027.64 | 0.00% | 5/25/2021 | Various Bates Numbers | |
| Fidelity National Title | $ 192,562.98 | $ 962,176.35 | $ 1,154,739.33 | 83.32% | 4/30/2021 | VANG_00000222 20-0377 Fedwire | Exhibit 6 |
| Mortgage Payments BNYM 1000 (2 Transactions) | $ - | $ 9,656.36 | $ 9,656.36 | 100.00% | 5/30/2021 | NYMEL_00000153 BNY_00000157 | Exhibit 5 |
| Mortgage Payments BNYM 3568 (23 Transactions) | $ - | $ 99,082.90 | $ 99,082.90 | 100.00% | 5/20/2021 | Various Bates Numbers | Footnote 11 |
| **Total** | **$ 788,194.21** | **$ 1,121,915.61** | **$ 1,910,109.82** | **58.74%** | | | |



GOVERNMENT EXHIBIT 15
22-cr-00012-WJM
Forfeiture Motion