**Exhibit 16**

| Property Proceeds 103 Morningside Dr, Cranberry Township, Pennsylvania ||||||||
| Wells Fargo 3615742446 (WF 2446) ||||||||
| Transaction | Posted Date | Amount | Untainted Balance | Tainted Balance | Total Balance | Percentage of Tainted to Total Balance | Bates |
|---|---|---|---|---|---|---|---|
| Transfer from WF 9749 | 9/3/2020 | $ 1,000.00 | $ 1,000.00 | $ - | $ 1,000.00 | 0.00% | WFB_00002956 |
| Transfer from BNYM 1000 | 9/28/2020 | $ 200,000.00 | $ 1,000.00 | $ 200,000.00 | $ 201,000.00 | 99.50% | WFB_00002956 |
| Transfer from WF 9749 | 9/28/2020 | $ 50,000.00 | $ 51,000.00 | $ 200,000.00 | $ 251,000.00 | 79.68% | WFB_00002956 |
| Wire Transfer Fee | 9/28/2020 | $ (15.00) | $ 51,000.00 | $ 199,985.00 | $ 250,985.00 | 79.68% | WFB_00002956 |
| Transfer from Vanguard 30-9515 | 9/29/2020 | $ 150,000.00 | $ 201,000.00 | $ 199,985.00 | $ 400,985.00 | 49.87% | WFB_00002956 |
| Wire Transfer Fee | 9/29/2020 | $ (15.00) | $ 201,000.00 | $ 199,970.00 | $ 400,970.00 | 49.87% | WFB_00002956 |
| Monthly Service Fee | 9/30/2020 | $ (10.00) | $ 201,000.00 | $ 199,960.00 | $ 400,960.00 | 49.87% | WFB_00002956 |
| Monthly Service Fee Reversal | 9/30/2020 | $ 10.00 | $ 201,000.00 | $ 199,970.00 | $ 400,970.00 | 49.87% | WFB_00002956 |
| American General Services Corp (103 Morningside Dr) | 10/1/2020 | $ (395,573.69) | $ 5,396.31 | $ - | $ 5,396.31 | 0.00% | WFB_00002961 AGS_00000013 |

| Total Amount of Proceeds Towards the Purchase of 103 Morningside Dr, Cranberry Township, Pennsylvania ||||||
| Transaction | Posted Date | Amount | Untained | Tainted | Percentage Untainted | Percentage Tainted |
|---|---|---|---|---|---|---|
| Purchase of 103 Morningside Dr | 10/1/2020 | $ 395,573.69 | $ 195,603.69 | $ 199,970.00 | 49.45% | 50.55% |

On November 23, 2020, WF 2446 was closed and the remaining balance was transferred to PNC Bank Account 10-8062-1775



GOVERNMENT EXHIBIT
16
22-cr-00012-WJM
Forfeiture Motion