IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION FOR
MANDATORY RESTITUTION AND FORFEITURE**

Lawrence Rudolph respectfully requests an extension until January 9, 2023, to file his Response to the Motion for Mandatory Restitution and Forfeiture that was filed by the Government on November 15, 202 (Doc. 296). The Government does not oppose this request.

The Government has filed a 42-page motion addressing its request for restitution and forfeiture, along with 16 exhibits. This Court has entered an order directing a response from Dr. Rudolph to this motion by December 7, 2022 (Doc. 298). Undersigned counsel is currently in a four-week trial in the Southern District of New York, *United States v. Neil Cole*, 19-CR-00869-ER, and respectfully requests an extension to file the response. Because of this trial, other matters, and the holidays,

counsel really needs some extra time to review and respond to the Government's lengthy filing. We are respectfully requesting until January 9, 2023, which is still well enough in advance of the sentencing date in February to give the Government enough time to reply and the Court to review the filings.

Wherefore, Lawrence Rudolph respectfully requests an extension of time to file a response to the Motion for Restitution and Forfeiture until January 9, 2023.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:  /s/ David Oscar Markus
David Oscar Markus
Florida Bar Number 119318
dmarkus@markuslaw.com

/s/ A. Margot Moss
A. Margot Moss
Florida Bar Number 091870
mmoss@markuslaw.com

/s/ Lauren I. Doyle
Lauren I. Doyle
Florida Bar Number 117687
ldoyle@markuslaw.com