IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION FOR
PRELIMINARY ORDER OF FORFEITURE**

Lawrence Rudolph respectfully requests an extension until January 9, 2023, to file his Response to the Motion for Preliminary Order of Forfeiture that was filed by the Government on December 15, 2022, (Doc. 309). The Government does not oppose this request.

On November 15, 2022, the Government filed a 42-page motion addressing its request for restitution and forfeiture, along with 16 exhibits. Doc. 296. This Court entered an order directing a response from Dr. Rudolph to this motion by January 9, 2023. Doc. 304. Subsequently, the Court reset Dr. Rudolph's Sentencing Hearing to May 31, 2023 (Doc. 305), and ordered that all sentencing-related motions be filed by March 10, 2023 (Doc. 308).

Because Dr. Rudolph's responses to the Government's Motion for Restitution and

Forfeiture and the Motion for Preliminary Order for Forfeiture address related issues and arguments, we respectfully request an extension in order to file a consolidated response to both motions. We are respectfully requesting until January 9, 2023, when Dr. Rudolph's response to the Motion for Restitution and Forfeiture is currently due, which is still well enough in advance of the sentencing date in May 2023 to give the Court time to review the filings. The Government does not oppose this motion, and respectfully requests that their time to file a reply be similarly extended by 10 days.

Wherefore, Lawrence Rudolph respectfully requests an extension of time to file a response to the Motion for Preliminary Order of Forfeiture until January 9, 2023.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:  /s/ David Oscar Markus
     David Oscar Markus
     Florida Bar Number 119318
     dmarkus@markuslaw.com

     /s/ A. Margot Moss
     A. Margot Moss
     Florida Bar Number 091870
     mmoss@markuslaw.com

     /s/ Lauren I. Doyle
     Lauren I. Doyle
     Florida Bar Number 117687
     ldoyle@markuslaw.com