IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2.   LORI MILLIRON,

    Defendants.
_____/

### LAWRENCE RUDOLPH'S UNOPPOSED MOTION TO ENLARGE PAGE LIMIT FOR RESPONSE TO MOTIONS FOR MANDATORY RESTITUTION AND FORFEITURE AND PRELIMINARY ORDER OF FORFEITURE

Lawrence Rudolph respectfully requests a 7-page enlargement, including the signature block, for his Response to the Motions for Mandatory Restitution and Forfeiture and Preliminary Order of Forfeiture. Because Rudolph is responding to two motions, a 42-page motion with 16 exhibits and a 11-page motion, a page enlargement for the response is necessary. The legal and factual issues related to the Government's restitution and forfeiture motions in this murder and fraud prosecution are complex and entail a detailed analysis. The proposed Response is appended hereto.

Wherefore Lawrence Rudolph respectfully requests that the Court permit the filing of the appended response.

## CERTIFICATES OF SERVICE AND CONFERRAL

Undersigned counsel has conferred with Government counsel, and they have no objection to this motion. This motion was filed by CM/ECF on January 9, 2023.

>Respectfully submitted,
>
>MARKUS/MOSS PLLC
>40 N.W. Third Street
>Penthouse One
>Miami, Florida 33128
>Tel: (305) 379-6667
>Fax: (305) 379-6668
>markuslaw.com
>
>By:  /s/ David Oscar Markus
>     David Oscar Markus
>     Florida Bar Number 119318
>     dmarkus@markuslaw.com
>
>     /s/ A. Margot Moss
>     A. Margot Moss
>     Florida Bar Number 091870
>     mmoss@markuslaw.com
>
>     /s/ Lauren I. Doyle
>     Lauren I. Doyle
>     Florida Bar Number 117687
>     ldoyle@markuslaw.com