# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-000012

**UNITED STATE OF AMERICA,**

    Plaintiff,

v.

**LAWRENCE RUDOLPH and**
**LORI MILLIRON,**

    Defendants.

_____/

## NOTICE OF APPEARANCE ON BEHALF OF JULIAN RUDOLPH, ANABIANCA RUDOLPH, AND THE ESTATE OF BIANCA RUDOLPH

Christopher P. Hotaling of the law firm of Nixon Peabody, LLP, enters this his Notice of Appearance on behalf of Julian Rudolph, AnaBianca Rudolph and the Estate of Bianca Rudolph.

The Clerk of the Court is requested to send copies of notices in this matter to undersigned counsel via the following email address: chotaling@nixonpeabody.com

                      /s/ *Christopher P. Hotaling*
                      Christopher P. Hotaling, Esq.
                      Illinois Bar No. 6272432
                      NIXON PEABODY LLP
                      70 West Madison Street, Suite 5200
                      Chicago, IL 60602
                      Tel.: (312) 977-4418
                      chotaling@nixonpeabody.com