IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF COLORADO

Criminal Case No. 22-cr-000012

**UNITED STATE OF AMERICA,**

       Plaintiff,

v.

**LAWRENCE RUDOLPH and
LORI MILLIRON,**

       Defendants.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF JULIAN RUDOLPH,
ANABIANCA RUDOLPH, AND THE ESTATE OF BIANCA RUDOLPH**

John R. Sandweg of the law firm of Nixon Peabody, LLP, enters this his Notice of Appearance on behalf of Julian Rudolph, Anabianca Rudolph and the Estate of Bianca Rudolph.

The Clerk of the Court is requested to send copies of notices in this matter to undersigned counsel via the following email address:  jsandweg@nixonpeabody.com

                                  /s/ *John R. Sandweg*
                                  John R. Sandweg
                                  Bar No. 022008
                                  NIXON PEABODY LLP
                                  799 9th Street N.W., Suite 500
                                  Washington, D.C. 20001
                                  (202) 585-8000
                                  jsandweg@nixonpeabody.com