IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

 1. LAWRENCE RUDOLPH and
 2. LORI MILLIRON,

 Defendants.

## UNITED STATES'S UNOPPOSED MOTION TO ENLARGE PAGE LIMIT

 COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby submits this Motion to Enlarge Page Limit to allow it to file its United States' Reply To Defendant's Consolidated Response To Motion For Mandatory Restitution and Forfeiture and Motion for Preliminary Order of Forfeiture. (hereinafter "Reply").

 1. The Court's practice standards permit a ten-page limit for reply briefs. ("ALL OTHER" motions.   WJM Practice Standards III.C.1.)

 2. The United States' Reply addresses three separate issues that the defendant consolidated into one Response brief – restitution, forfeiture, and a fine.

1

3. The United States is requesting allowance to file the Reply up to 11 pages, 1 page over the Court's page limit for a reply brief. The Reply will save the Court, and the parties, time and resources as it allows the United States to rely in one brief.

4. The United States has consulted with counsel for Defendant Rudolph and he has no objection to the United States' request to enlarge the page limit.

THEREFORE, the United States respectfully requests that the Court enter an order allowing the United States to file its Reply brief up to 11 pages.

Dated this 23d day of January, 2023,

                Respectfully submitted,

                COLE FINEGAN
                United States Attorney

By:   /s *Kurt J. Bohn*
       Kurt J. Bohn
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St. Suite 1600
       Denver, CO 80202
       (303) 454-0100
       kurt.bohn@usdoj.gov
       Attorney for the Government

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 23d day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

*s/Kurt J. Bohn*
United States Attorney's Office