IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH**,
2. LORI MILLIRON,

    Defendants.
_____/

# LAWRENCE RUDOLPH'S RESPONSE TO MOVANTS' MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S MOTION FOR MANDATORY RESTITUTION AND FORFEITURE

Based upon our review of *United States v. Kelley*, 997 F.2d 806 (10th Cir. 1993), *United States v. Johnson*, 983 F.2d 216 (11th Cir. 1993), *United States v. Grundhoefer*, 916 F.2d 788 (2d Cir. 1990), and *United States v. Hunter*, 548 F.3d 1308 (10th Cir. 2008), it is our position that the Movants are not prohibited from appearing and arguing their status and rights as victims before this Court. Therefore, we have no objection to their filing a Response to the Government's Motion for Mandatory Restitution and Forfeiture.

## CERTIFICATE OF SERVICE

This motion was filed by CM/ECF on February 1, 2023.

        Respectfully submitted,

        MARKUS/MOSS PLLC
        40 N.W. Third Street
        Penthouse One
        Miami, Florida 33128
        Tel: (305) 379-6667
        Fax: (305) 379-6668
        markuslaw.com

        By:    /s/ David Oscar Markus
                    David Oscar Markus
                    Florida Bar Number 119318
                    dmarkus@markuslaw.com

                    /s/ A. Margot Moss
                    A. Margot Moss
                    Florida Bar Number 091870
                    mmoss@markuslaw.com

                    /s/ Lauren I. Doyle
                    Lauren I. Doyle
                    Florida Bar Number 117687
                    ldoyle@markuslaw.com