UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

May 16, 2023

Christopher Hotaling
Andrew A. Kaplan
Nixon Peabody
70 West Madison Street, Suite 5200
Chicago, IL 60602

John Sandweg
Nixon Peabody
799 Ninth Street, N.W., Suite 500
Washington, DC 20001-5327

**RE:** 23-1162, In re: Rudolph, et al
Dist/Ag docket: 1:22-CR-00012-WJM-1

Dear Counsel:

Your petition for writ of mandamus was docketed today. Please note the case number above. You will be notified as soon as the court takes action on this matter.

In addition, all counselled entities that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. A disclosure statement must be filed even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary. *See* 10th Cir. R. 26.1(A).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Kurt Bohn
        John W. Dill
        Lauren I. Doyle
        Bryan David Fields
        J. Bishop Grewell
        David Oscar Markus
        Anita Margot Moss
        Edwin Garreth Winstead III

CMW/jm