# EXHIBIT B

## RESIGNATION OF TRUSTEE

LAWRENCE P. RUDOLPH, hereby resigns as Trustee of the (i) LAWRENCE P. RUDOLPH SURVIVOR'S TRUST dated April 25 2016, and as AMENDED AND RESTATED on June 15, 2021 established by Lawrence P. Rudolph, as Trustor and (ii) Rudolph Trust, dated April 25, 2016 established by Lawrence P. Rudolph and Bianca T. Rudolph, as Trustors.

Dated this 19TH day of December, 2022.

_____
LAWRENCE P. RUDOLPH, Trustee

Witnessed this date by John Castellano

By_____

9403823v1/23140-0008