# EXHIBIT D



PO Box 10719
3100 Albert Lankford Drive
Lynchburg VA 24506

Nixon Peabody LLP
Attn: Christopher Hotaling
Email: chotaling@nixonpeabody.com

**Information regarding claim**
November 09, 2022

Decedent Name
**Bianca Rudolph**

| Policy Number | Phone: |
| --- | --- |
| **1308458** | 888.325.5433 |
| | Fax: |
| Claim Number | 434.948.5783 |
| **107341** | Website: |
| | Genworth.com |

Dear Mr. Hotaling:

We have received your email regarding the claim payment for this policy. Genworth has no intention to seek restitution of these funds and agree that they should be paid to the beneficiaries of the Rudolph Trust Dated 4/25/16, excluding Mr. Rudolph. Should Genworth be made party to a proceeding on the matter, that would be our position. Having paid the proceeds, Genworth has no further liability for payment under the policy.

If you have any questions, please feel free to contact our office at 888.325.5433 x8124959.

Sincerely,

*Amanda Childress*

Claims Department

abc