# EXHIBIT E

1

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

    Criminal Action No. 22-cr-0012-WJM

    UNITED STATES OF AMERICA,

         Plaintiff,

    vs.

    LAWRENCE RUDOLPH,
    LORI MILLIRON,

         Defendants.
    ------------------------------------------------------------
                     REPORTER'S PARTIAL TRANSCRIPT
     TRANSCRIPTS OF ROLECIA SMITH, CHRIS CALGARO, RHONDA LOOSLE,
        GREG MIRABELLI, MARGARITE JENKINS and DEBRA WAGNER
                         (Jury Trial, Day 6)
    ------------------------------------------------------------


         Proceedings before the HONORABLE WILLIAM J. MARTINEZ,

    Judge, United States District Court for the District of

    Colorado, on the 18th day of July, 2022, in Courtroom A801,

    United States Courthouse, Denver, Colorado.


                              APPEARANCES

         BRYAN D. FIELDS, E. GARRETH WINSTEAD, III, J. BISHOP
    GREWELL, Assistant U.S. Attorneys, 1801 California Street,
    Suite 1600, Denver, Colorado 80202, appearing for the
    plaintiff.

         DAVID O. MARKUS, A. MARGOT MOSS, LAUREN L. DOYLE,
    Markus Moss PLLC, 40 NW Third Street, Penthouse 1, Miami,
    Florida 33175, appearing for the defendant Rudolph.

       JOHN W. DILL, John W. Dill P.A., 941 West Morse
    Boulevard, Winter Park, Florida 32789, appearing for the
    defendant Milliron.
```

DIRECT - MIRABELLI

1    let's go to page 2.  All right.  And let's try and blow up
2    the body of the claim -- of this, if we can.  All right.
3            So what is this?
4    A.   This is the first page of the life insurance claim
5    form.
6    Q.   What's the purpose of the claim form?
7    A.   The purpose of the claim form is to have the claimant
8    provide written documentation to present their claim.
9    Q.   All right.  Let's unzoom out.  And if we could go to
10   page 2.  Is there a page 2?  Oh.  Sorry.  No page 2.  Sorry
11   about that.
12           Now do you see -- apologies.  You can take that
13   down.  When MetLife receives a claim for a life insurance,
14   are they concerned about the manner in which a death occurs?
15   A.   Yes.
16   Q.   Why?
17   A.   Because typically a person -- you know, if a -- if the
18   manner of death is homicide, that's really the only manner
19   of death that could be questioned before a claim is paid,
20   with the exception of a suicide early in a -- in a policy.
21   But if it is a homicide, then we need to rule out any
22   involvement by the beneficiary in the homicide.
23   Q.   Why would you have to rule that out?
24   A.   Because in most states, there's slayer statutes that
25   say you can't profit from killing the insured.

DIRECT - MIRABELLI

1  Q.  When MetLife receives a claim, is there a -- does it
2  make any difference whether or not the death occurs
3  domestically or overseas?
4  A.  Yes.  Typically whenever a death occurs abroad, further
5  investigation is done to validate that the death occurred.
6  Q.  Why?
7  A.  Because in -- in some countries, there's experience in
8  the insurance industry of having fraudulent death claims
9  presented.
10 Q.  Now, after MetLife received the claim in 2016, did it
11 decide to conduct an investigation?
12 A.  Yes.
13 Q.  Why?
14 A.  Well, in this particular case, there was three reasons
15 for the investigation.  The first was because the death
16 occurred within the first two years of the policy.  There's
17 a provision in the policy called the contestable period
18 provision where the contract allows the company to validate
19 the information that was provided at the time of application
20 before paying a claim.
21        The second reason for the investigation in this
22 case was because the death occurred abroad.
23        And the third reason was because when the first
24 death certificate or death document was received, there was
25 no manner of death on it.