# EXHIBIT E

1

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO
2
       Criminal Action No. 22-cr-0012-WJM
3
       UNITED STATES OF AMERICA,
4
       Plaintiff,
5
       vs.
6
       LAWRENCE RUDOLPH,
7      LORI MILLIRON,

8      Defendants.

9      ------------------------------------------------------------

10              REPORTER'S PARTIAL TRANSCRIPT
       TRANSCRIPTS OF ROLECIA SMITH, CHRIS CALGARO, RHONDA LOOSLE,
11       GREG MIRABELLI, MARGARITE JENKINS and DEBRA WAGNER
                     (Jury Trial, Day 6)
12
       ------------------------------------------------------------
13

14          Proceedings before the HONORABLE WILLIAM J. MARTINEZ,

15     Judge, United States District Court for the District of

16     Colorado, on the 18th day of July, 2022, in Courtroom A801,

17     United States Courthouse, Denver, Colorado.

18
                            APPEARANCES
19
           BRYAN D. FIELDS, E. GARRETH WINSTEAD, III, J. BISHOP
20     GREWELL, Assistant U.S. Attorneys, 1801 California Street,
       Suite 1600, Denver, Colorado 80202, appearing for the
21     plaintiff.

22         DAVID O. MARKUS, A. MARGOT MOSS, LAUREN L. DOYLE,
       Markus Moss PLLC, 40 NW Third Street, Penthouse 1, Miami,
23     Florida 33175, appearing for the defendant Rudolph.

24       JOHN W. DILL, John W. Dill P.A., 941 West Morse
       Boulevard, Winter Park, Florida 32789, appearing for the
25     defendant Milliron.

Case No. 1:22-cr-00012-WJM   Document 385-1-5 filed 01/06/23 USDC Colorado pg 19 of 316/24

1   let's go to page 2.  All right.  And let's try and blow up

2   the body of the claim -- of this, if we can.  All right.

3          So what is this?

4   A.   This is the first page of the life insurance claim

5   form.

6   Q.   What's the purpose of the claim form?

7   A.   The purpose of the claim form is to have the claimant

8   provide written documentation to present their claim.

9   Q.   All right.  Let's unzoom out.  And if we could go to

10  page 2.  Is there a page 2?  Oh.  Sorry.  No page 2.  Sorry

11  about that.

12         Now do you see -- apologies.  You can take that

13  down.  When MetLife receives a claim for a life insurance,

14  are they concerned about the manner in which a death occurs?

15  A.   Yes.

16  Q.   Why?

17  A.   Because typically a person -- you know, if a -- if the

18  manner of death is homicide, that's really the only manner

19  of death that could be questioned before a claim is paid,

20  with the exception of a suicide early in a -- in a policy.

21  But if it is a homicide, then we need to rule out any

22  involvement by the beneficiary in the homicide.

23  Q.   Why would you have to rule that out?

24  A.   Because in most states, there's slayer statutes that

25  say you can't profit from killing the insured.

Case No. 1:22-cr-00012-WJM   Document 357-1-5 filed 01/06/23 USDC Colorado pg 20 of 41/24

1   Q.   When MetLife receives a claim, is there a -- does it

2   make any difference whether or not the death occurs

3   domestically or overseas?

4   A.   Yes.   Typically whenever a death occurs abroad, further

5   investigation is done to validate that the death occurred.

6   Q.   Why?

7   A.   Because in -- in some countries, there's experience in

8   the insurance industry of having fraudulent death claims

9   presented.

10  Q.   Now, after MetLife received the claim in 2016, did it

11  decide to conduct an investigation?

12  A.   Yes.

13  Q.   Why?

14  A.   Well, in this particular case, there was three reasons

15  for the investigation.   The first was because the death

16  occurred within the first two years of the policy.   There's

17  a provision in the policy called the contestable period

18  provision where the contract allows the company to validate

19  the information that was provided at the time of application

20  before paying a claim.

21       The second reason for the investigation in this

22  case was because the death occurred abroad.

23       And the third reason was because when the first

24  death certificate or death document was received, there was

25  no manner of death on it.