**BNY MELLON**
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

## MORTGAGE STATEMENT
Statement Date: 06/16/2023

| | |
|---|---|
| **Property Address:** | 7000 N 39TH PL<br>PARADISE VALLEY AZ 85253 |
| Account Number | |
| Payment Due Date | 07/01/2023 |
| **Amount Due** | **$11,716.16** |

*If payment is received after 07/16/2023, a $285.76 late fee will be charged*

+ 0765824  000008406  09MEL1  00919981
LAWRENCE P RUDOLPH

**Contact Us** — 1-800-264-5344

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $2,493,904.01 |
| Current Escrow Account Balance | $0.00 |
| Maturity Date | July 2050 |
| Interest Rate (Until Jul 2030) | 2.750% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $0.00 |
| Interest | $5,715.20 |
| Escrow (for Taxes and Insurance) | $0.00 |
| **Regular Monthly Payment** | **$5,715.20** |
| Fees Charged Since Last Statement | $285.76 |
| Total Fees Charged | $0.00 |
| **Overdue Payment** | **$5,715.20** |
| **Total Amount Due** | **$11,716.16** |

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following: US Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Transaction Activity (5/17/2023 to 06/16/2023)

| Date | Description | Charges | Payments | Escrow Activity |
|---|---|---|---|---|
| 06/16 | Late Charge Assessment | $285.76 | $0.00 | $0.00 |

Total Outstanding Fee Balances*   Late Charge Assessment   $285.76

*Total Outstanding Fee Balances include current charges plus all fees outstanding as of the date of this statement.

### Past Payments Breakdown

| Description | Paid Last Period | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $13.94 |
| Interest | $0.00 | $28,685.63 |
| Escrow (Taxes and Insurance) | $0.00 | $7,515.52 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$36,215.09** |

**IMPORTANT MESSAGES:**

* **Partial payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

For a list of HUD approved Housing Counseling Agencies, go to www.hud.gov or call HUD toll free at 1-800-569-4287.

**NOTICE TO CUSTOMERS WHO ARE IN BANKRUPTCY OR WHOSE OBLIGATION HAS BEEN DISCHARGED AND NOT REAFFIRMED:** TO THE EXTENT YOUR ORIGINAL OBLIGATION WAS DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY UNDER TITLE 11 OF THE UNITED STATES CODE, THE INFORMATION IN THIS MORTGAGE STATEMENT IS FOR REGULATORY COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION. HOWEVER, CREDITOR RETAINS RIGHTS UNDER ITS SECURITY INSTRUMENT, INCLUDING THE RIGHT TO FORECLOSE ITS LIEN.
**PLEASE SEE REVERSE FOR ADDITIONAL IMPORTANT NOTIFICATIONS.**

*Please note: If you have enrolled in our automatic payment service, your payment will process as scheduled pursuant to the terms of your signed Authorization Form. This statement is provided for informational purposes pursuant to regulatory requirements established by the CFPB.*

Your mortgage website: bnymellon.yourmortgageonline.com

Did you know you can view your mortgage information online seven days a week, make a payment, view loan activity, obtain tax, escrow, and insurance information, and much more? You can also view your monthly statement online and sign up for paperless billing. Simply visit bnymellon.yourmortgageonline.com! To sign-up, click on "Register" and follow the step-by-step instructions. Log in to your account and start managing your mortgage on your schedule!

Scan this code and follow the link to our website!



---

**PAYMENT COUPON**
*Return This Portion With Your Payment*

LAWRENCE P RUDOLPH

Loan Number:
Next Payment Due: 07/01/2023

☐ CHECK HERE IF YOUR ADDRESS INFORMATION HAS CHANGED AND COMPLETE FORM ON REVERSE SIDE



Make Check Payable To
BNY Mellon, N.A.

BNY Mellon, N.A.
Department 21265
Pasadena CA  91185-1265

| **Amount Due** | |
|---|---|
| Due By 07/01/2023: | $11,716.16 |

*If payment is received after 07/16/2023, a $285.76 late fee will be charged*

Please designate how you want us to apply any additional funds

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

6602020210254  00571520  00600096  4 Exhibit 2

Page 1 of 2

## IMPORTANT INFORMATION

**Payments:** Detach your payment coupon and mail with your check or money order in the envelope provided. Do not delay payments while waiting for additional or corrected billing statements. Please write your loan number on your check or money order and mail to the Payment Processing Center listed on the front of this statement.

**Automatic Payment Drafting:** For information about automatically deducting your mortgage payment from your checking or statement savings account at no charge, please contact our Customer Service Department toll-free at 1-800-264-5344.

**Late Charges** To avoid any late charges, please schedule the mailing of your payment to arrive no later than the specified due date. Payments received after the grace period may incur a late charge; please refer to your note for your grace period.

**Additional Amounts:** Please ensure your remittance is for the exact amount due shown on the coupon. If you wish to make additional payments to your principal or escrow, please indicate the amounts in the area specified on the coupon. If you do not specify, any additional funds will be applied to your principal balance and/or any outstanding fees.

**Payoff Amounts:** None of the amounts in this statement are payoff amounts. Only certified funds in the form of a Certified Cashier's Check or Wire will be accepted for payoffs; all other payments will be returned. Payoff funds will not be accepted through bill payment services, websites, ACH drafts, or by telephone. To obtain a Payoff Statement, please contact Customer Service at 1-800-264-5344 or fax the request to 1-847-574-7659. Interest and any applicable fees or charges will continue to accrue if certified funds are not received by the date in the Payoff Statement.

**Telephone Payments:** Some payments can be made by telephone. When permitted by applicable law, a fee may apply for this service in the amount of $9.50 when using the automated system, or $11.50 when speaking with a live representative. Payments can be submitted by mail or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-264-5344.

**Inquiries:** General inquiries should be mailed separately from your mortgage payment to our correspondence address. Be sure to include your loan number and telephone number, including area code, on all inquiries. RESPA Notices of Error and Requests for Information must be sent **only** to the address indicated below, **including the specific Attention line noted.**

| Correspondence | Payoff/Overnight Payments | RESPA Notice of Error/ Request for Information |
|---|---|---|
| Mail Stop 1290 | Mail Stop 1270 | Attention: Mail Stop NOE 1290 |
| 1 Corporate Drive, Suite 360 | 1 Corporate Drive, Suite 360 | 1 Corporate Drive, Suite 360 |
| Lake Zurich, IL 60047-8945 | Lake Zurich, IL 60047-8945 | Lake Zurich, IL 60047-8945 |

**Telephone / Fax Numbers and Hours**

Customer Service Department
1-800-264-5344
TDD: 1-866-352-3684
Fax: 1-847-574-7659
Monday - Friday
7:00 am - 7:00 pm CST

Website Address
bnymellon.yourmortgageonline.com

**Hazard Insurance Reminders:** It is your responsibility to maintain proper and sufficient hazard insurance coverage. Hazard insurance includes Fire and Extended Coverage, and where required, Flood Insurance. To protect our mutual interest in the mortgaged property, we will require evidence of proper insurance. Absent this evidence, we are required to force place coverage (not including your equity) on your behalf and charge your mortgage account. You will be given prior notice before coverage is placed. Periodically, please consult your insurance agent to ensure that your policy adequately meets your needs. Please forward all insurance policies and bills that you receive to Hazard Insurance Department, PO Box 961292, Fort Worth, TX 76161-0292 or fax to 855-640-4865.

**Property Tax Reminders:** It is your responsibility to file for any tax exemptions. Should you receive a delinquent, adjusted or corrected tax bill, please forward it directly to Tax Department, Mail Stop 1170, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945. Supplemental bills are often issued in addition to yearly real estate tax bills and are your responsibility. They are not collected through an escrow account.

**Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. If you believe any information we have reported or may report to a credit bureau about your loan is inaccurate, please notify us at the following address: Credit Information Department, Attention: Mail Stop NOE 1290, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945.

---

**ADDITIONAL NOTICE TO CUSTOMERS WHO ARE IN BANKRUPTCY OR WHOSE OBLIGATION HAS BEEN DISCHARGED:** THIS MORTGAGE STATEMENT INCLUDES INFORMATION REQUIRED UNDER THE CONSUMER FINANCIAL PROTECTION BUREAU REGULATIONS. IF THE FIRST NOTICE OR FILING HAS BEEN MADE, THIS IS NOT AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR THE DISCHARGED OBLIGATION BUT INSTEAD REFLECTS THE CREDITOR'S RIGHTS TO ENFORCE THE SECURITY INTEREST IN THE PROPERTY. **LATE CHARGES:** LATE CHARGES DO **NOT** APPLY TO DISCHARGED OBLIGATIONS AND WILL **NOT** BE COLLECTED FROM DEBTORS WITH OBLIGATIONS THAT ARE SUBJECT TO AN AUTOMATIC STAY UNDER TITLE 11 OF THE UNITED STATES CODE.

---

### CHANGE OF ADDRESS OR PHONE NUMBER

☐ Address Change         ☐ Phone Number Change

_____         _____
Loan Number                            Date

_____         _____
Borrower's Name                        Co-Borrower's Name

_____         _____
Street Address                         City/State/Zip

( )_____         ( )_____
Home Phone                             Business Phone

_____         _____
Borrower's Signature                   Co-Borrower's Signature

Exhibit 2
Page 2 of 2