# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __22-cr-00012-WJM__        PLAINTIFF'S LIST: ☒     DEFENDANT'S LIST: ☐     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION __U.S. v. Rudolph, et al.__     DATE __August 4, 2023__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tyson Polski | Hoffman expert report (Govt. trial exhibit 660, pg. 13) LR_00000253. | | | | | | | Defense objection |
| 2 | Tyson Polski | Vanguard facilitating account 30-9515, before insurance VANG_00000221. | | | | | | | Defense objection |
| 3 | Tyson Polski | Vanguard facilitating account 30-5266, before deposit of insurance VANG_00000623. | | | | | | | Defense objection |
| 4 | Tyson Polski | Genworth Financial, check no. 1910082819 $44,533.88 (Govt. trial exhibit 300) VANG_00000284. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Tyson Polski | Brighthouse Life Insurance Company, check no. 004098716 $772,901.17 (Govt. trial exhibit 301) VANG_00000701. | | | | | | | Defense objection |
| 6 | Tyson Polski | Transamerica Life Insurance Company check no. 07185522 $503,438.85 (Govt. trial exhibit 302) VANG_00000700. | | | | | | | Defense objection |
| 7 | Tyson Polski | Transamerica Life Insurance Company, check no. 07185518 $500,840.86 (Govt. trial exhibit 303) VANG_00000699. | | | | | | | Defense objection |
| 8 | Tyson Polski | Great-West Life & Annuity Insurance Company, check no. 1005064731 $1,000,157.54 (Govt. trial exhibit 304) VANG_00000702. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Tyson Polski | Fidelity Life Association, check no. 074366 $100,973.41 (Govt. trial exhibit 305) VANG_00000286. | | | | | | | Defense objection |
| 10 | Tyson Polski | AAA Life Insurance Company, check no. 9000474925 $200,000.00 (Govt. trial exhibit 306) VANG_00000287. | | | | | | | Defense objection |
| 11 | Tyson Polski | Ameritas Life Insurance Corp., check no. 5500138826 $1,003,049.90 (Govt. trial exhibit 307) VANG_00005016. | | | | | | | Defense objection |
| 12 | Tyson Polski | Ameritas Life Insurance Corp., check no. 5500138827 $751,849.32 (Govt. trial exhibit 308) VANG_00005015. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 13 | Tyson Polski | Deposit of insurance proceeds into Vanguard facilitating account no. 30-9515 (Govt. trial exhibit 309) VANG_00000304. | | | | | | | Defense objection |
| 14 | Tyson Polski | Deposit of insurance proceeds into Vanguard facilitating account no. 30-5266 (Govt. trial exhibit 310) VANG_00000742. | | | | | | | Defense objection |
| 15 | Tyson Polski | Vanguard Deposit of insurance proceeds into Vanguard facilitating account no. 30-9515 (Govt. trial exhibit 311) VANG_00000307. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 16 | Tyson Polski | Deposit of insurance proceeds into Vanguard facilitating account no. 30-9515 (Govt. trial exhibit 312) VANG_00000739. | | | | | | | Defense objection |
| 17 | Tyson Polski | Summary Exhibit - Life Insurance Payouts (Govt. trial exhibit 504). | | | | | | | Defense objection |
| 18 | Tyson Polski | Vanguard facilitating account 30-5266, pg. 4 of 4 (June 30, 2017) VANG_00000627. | | | | | | | Defense objection |
| 19 | Tyson Polski | Chart of Life Insurance Payouts into Vanguard accounts (Govt. exhibit 2, forfeiture motion, doc 296-3). | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 20 | Tyson Polski | Vanguard facilitating account 30-9515 pg. 9 of 12 (Dec. 31, 2017) VANG_00000222. | | | | | | | Defense objection |
| 21 | Tyson Polski | Chart of Insurance Deposits into Vanguard facilitating Account 30-9515 after life insurance payments (Govt. exhibit 3, forfeiture motion, doc 296-4). | | | | | | | Defense objection |
| 22 | Tyson Polski | Vanguard facilitating account 30-9515 reflecting $3,000,000 transfer to BNYM proceeds account 1000. (Dec. 31, 2017). VANG_00000223 and (Govt. exhibit 4, forfeiture motion, doc. 296-5). | | | | | | | Defense objection |

6

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Tyson Polski | BNYM proceeds account 1000 opening balance (pg. 13 of 46) BNY_00000482. | | | | | | | Defense objection |
| 24 | Tyson Polski | BNYM proceeds account 1000 opening documents (pg. 1-5) BNY_00000439 – BNY_00000443. | | | | | | | Defense objection |
| 25 | Tyson Polski | BNYM proceeds account 1000 reflecting transfers BNY_00000168, BNY_00000158, BNY_00000157, BNY_00000150, BNY_00000617, BNY_00000178. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 26 | Tyson Polski | BNYM proceeds account 1000 account summary BNY_00000472, BNY_00000518, BNY_00000584, BNY_00000358, BNY_00000164, BNY_00000174, BNY_00000398, BNY_00000408, BNY_00000418, BNY_00000748, BNY_00000758, BNY_00000768, BNY_00000778. | | | | | | | Defense objection |
| 27 | Tyson Polski | BNYM proceeds account 1000 Summary chart (Govt. exhibit 5 forfeiture motion 296-6) | | | | | | | Defense objection |
| 28 | Tyson Polski | Seizure warrant return from BNYM account 1000 $3,496,092.04 (ECF 7, 21-mc-00238-MEH) | | | | | | | Defense objection |
| 29 | Tyson Polski | Chart reflecting transfer related to Arizona property (Govt. exhibit 6 forfeiture motion 296-7) | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 30 | Tyson Polski | Transactions from Vanguard facilitating account 30-9515 to Vanguard sub-accounts (Dec. 31, 2015) VANG_00002604 | | | | | | | Defense objection |
| 31 | Tyson Polski | Vanguard facilitating account 30-9515 deposits into Vanguard sub-accounts VANG_00002601, VANG_00002606 - VANG_00002609. | | | | | | | Defense objection |
| 32 | Tyson Polski | Chart of deposits into Vanguard sub-accounts (Govt. exhibit 7 forfeiture motion 296-8) | | | | | | | Defense objection |
| 33 | Tyson Polski | Chart of activity into and out of Vanguard accounts (Govt. exhibit 8 forfeiture motion 296-9) | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Tyson Polski | Chart of transfers back into Vanguard proceeds account 540-9515 (Govt. exhibit 9 forfeiture motion 296-10) VANG_00002657 – VANG_00002660, VANG_00002712, VANG_00002713. | | | | | | | Defense objection |
| 35 | Tyson Polski | Chart of Vanguard proceeds account 540-9515 up to seizure and documents (Govt. exhibit 13 forfeiture motion 296-14), VANG_00002661, VANG_00002662, VANG_00002713, VANG_00002714, VANG_00005036, VANG_00005039. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Tyson Polski | Seizure warrant return from Vanguard proceeds account 0540-9515 for $751,776.28, check no. 27627499 and Vanguard proceeds account 0585-9515 for $527,736.24, check no. 27627797 (ECF 7, 21-mc-00239-MEH and 21-mc-00242-MEH). | | | | | | | Defense objection |
| 37 | Tyson Polski | Chart for Aston Martin and supporting documents (Govt. exhibit 10, forfeiture motion 296-11), VANG_00002604, VANG_00002747, SAM_00000006. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 38 | Tyson Polski | Vanguard Subaccounts transfers back to Vanguard Facilitating account 30-9515 (Govt. exhibit 11, forfeiture motion 296-12) VANG_00002709 | | | | | | | Defense objection |
| 39 | Tyson Polski | Chart for Bentley, and supporting documents (Govt. exhibit 12, forfeiture motion, 296-13) VANG_00005030, WFB_00006740, WFB_00004017, WFB_00006092. | | | | | | | Defense objection |
| 40 | Tyson Polski | Chart for Vanguard proceeds account 585-9515 and documents (Govt. exhibit 14, forfeiture motion, 296-15), VANG_00002609, VANG_00002661, VANG_00002704, VANG_00002713, VANG_00005035, VANG_00005039. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 41 | Tyson Polski | Seizure warrant return from 2017 Bentley Bentayga, VIN SJAAC22V2HC014709 and 2018 Aston Martin DB-11, VIN 5CFRMFAV5JGL03309 ECF 7, 21-mc-00240-MEH and 21-mc-00241-MEH | | | | | | | Defense objection |
| 42 | Tyson Polski | Arizona Property proceeds chart and documents (Govt. exhibit 15, forfeiture motion, 296-16), BNY_00000178, MSB_00008101, VANG_00000222, VANG_00000223, BNY_00000157, BNY_00000617. | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 43 | Tyson Polski | Pennsylvania Property proceeds chart and documents (Govt. exhibit 16, forfeiture motion, 296-17), AGS_00000013, WFB_00002956, WFB_00002961. | | | | | | | Defense objection |
| 44 | Tyson Polski | Lease Agreement for Pennsylvania Property | | | | | | | Defense objection |
| 45 | Tyson Polski | Addendum – to Residential Lease | | | | | | | Defense objection |
| 46 | Tyson Polski | BNYM facilitating account 3568 opening documents BNY_00000458 – BNY_00000462, BNY_00000665, BNY_00000321. | | | | | | | Defense objection |
| 47 | Tyson Polski | Chart of Payments Towards 103 Morningside Drive | | | | | | | Defense objection |
| 48 | Tyson Polski | Chart – Non-seized/non-transferred accounts | | | | | | | Defense objection |
| 49 | Tyson Polski | Chart – non-seized assets involving transfers | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 50 | Tyson Polski | Chart- assets seized | | | | | | | Defense objection |
| 51 | Tyson Polski | Interest-Only Period Adjustable Rate Note | | | | | | | Defense objection |
| 52 | | Intentionally omitted | | | | | | | Defense objection |
| 53 | | Intentionally omitted | | | | | | | Defense objection |
| 54 | | Intentionally omitted | | | | | | | Defense objection |
| 55 | | Expert Letter to Dr. JC – 05.16.2022 | | | | | | | Defense objection |
| 56 | | Interview of AY – 11.24.2019 | | | | | | | Defense objection |
| 57 | | Interview of Dr. TR – 09.11.2020 | | | | | | | Defense objection |
| 58 | | Interview of Dr. LF – 08.08.2020 | | | | | | | Defense objection |
| 59 | | Interview of LW – 10.09.2020 | | | | | | | Defense objection |
| 60 | | Interview of LP – 11.10.2020 | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 61 | | Interview of UNUM (MT) – 02.08.2021 | | | | | | | Defense objection |
| 62 | | Interview of RE – 10.30.2020 | | | | | | | Defense objection |
| 63 | | Interview of CB – 06.25.2021 | | | | | | | Defense objection |
| 64 | | Interview of CB – 11.07.2021 | | | | | | | Defense objection |
| 65 | | Interview of CB – 05.09.2022 | | | | | | | Defense objection |
| 66 | | CB Emails | | | | | | | Defense objection |
| 67 | | Principal - Docs Received – 01.09.2017 | | | | | | | Defense objection |
| 68 | | American General – - 06.27.2008 Fax | | | | | | | Defense objection |
| 69 | | Unum - Rudolph Claim Detter - 08.12.2006 | | | | | | | Defense objection |
| 70 | | Rudolph SCI Deposition – 05.17.2016 | | | | | | | Defense objection |
| 71 | | CB Thumb Photos | | | | | | | Defense objection |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 72 | | UNUM – Claimant's Supplemental Statement – 07.08.2009 | | | | | | | Defense objection |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |