**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Case No. 22-cr-00012-WJM                    Date: August 4, 2023

Case Title: United States v. Rudolph, et al

PLAINTIFF   FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Tyson Polski | Direct: 1 hr | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |
| | Direct: | Cross: | Total: |