**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    LAWRENCE RUDOLPH,
2.    LORI MILLIRON,

      Defendants.

---

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.


    DATED at Denver, Colorado this 28th day of July, 2023.

                COLE FINEGAN
                United States Attorney

                s/ *Tonya S. Andrews*
                Tonya S. Andrews
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: 303-454-0100
                Fax: 303-454-0405
                Email: tonya.andrews@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

*s/ Charisha Cruz*
Paralegal Specialist
Office of the U.S. Attorney