## ATTACHMENT A

| Insurance Company | Amount ($) | Approx. Claim Date | Date of Payment | Primary Beneficiary | Contingent Beneficiary | Choice of Law |
|---|---|---|---|---|---|---|
| AAA Life Insurance Company | 200,000.00 | 11/7/2016 | 2/7/2017 Tr. Ex. 306 | The Rudolph Trust | Lawrence Rudolph | Arizona |
| Ameritas | 751,849.32 | 11/14/2016 | 3/9/2017 Tr. Ex. 308 | Lawrence Rudolph | AnaBianca and Julian Rudolph | Pennsylvania |
| Ameritas | 1,003,049.90 | 11/14/2016 | 3/9/2017 Tr. Ex. 307 | Lawrence Rudolph | AnaBianca and Julian Rudolph | Pennsylvania |
| Fidelity Life Association | 100,973.41 | 10/31/2016 | 2/27/17 Tr. Ex. 305 | The Rudolph Trust | AnaBianca and Julian Rudolph | Arizona |
| Genworth Life and Annuity Insurance Company | 844,533.88 | 11/7/2016 | 1/9/17 Tr. Ex. 300 | The Rudolph Trust | Lawrence Rudolph | Arizona |
| Great West Life Insurance Company | 1,000,157.54 | 11/7/2016 | 2/14/17 Tr. Ex. 304 | The Rudolph Trust | Lawrence Rudolph | Illinois |
| Metlife Insurance Company | 772,901.17 | 11/7/2016 | 3/6/17 Tr. Ex. 301 | Lawrence Rudolph | AnaBianca and Julian Rudolph | Arizona |
| Transamerica Life Insurance Company | 503,438.85 | 11/7/2016 | 3/9/17 Tr. Ex. 302 | The Rudolph Trust | Lawrence Rudolph | Pennsylvania |
| Transamerica Life Insurance Company | 500,840.86 | 11/7/2016 | 3/9/17 Tr. Ex. 303 | The Rudolph Trust | Lawrence Rudolph | Pennsylvania |