IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | August 21, 2023 |
| Courtroom Deputy: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Probation Officer: | Ryan Kinsella |
| Law Clerk: | Susan Jacoby |

| | |
|---|---|
| Criminal Action No. **1:22-cr-00012-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Edwin Garreth Winstead III |
| Plaintiff, | Justin Bishop Grewell |
| | Kurt J. Bohn |
| v. | |
| LAWRENCE RUDOLPH, | David Oscar Markus |
| | Anita Margot Moss |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:38 a.m.** Court in session.

Court calls case. Appearances of counsel. Defendant is present in custody. Probation Officer present in courtroom.

Defendant placed under oath by Courtroom Deputy.

**ORDERED:** Defendant's [295] Objections are OVERRULED as stated on the record.

Court's remarks regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

10:20 a.m. Government's witness Senior Inspector Tyson Polski is called and placed under oath by Courtroom Deputy.

Direct examination of Senior Inspector Polski by Mr. Bohn.

**ORDERED:** The Government's oral Motion to Unseal is GRANTED; Government Exhibits 28, 36, 41, and their corresponding civil miscellaneous cases are UNSEALED.

Government's Exhibits 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 23, 24, 25, 26, 28, 30, 31, 36, 41, 46, 51, 19, 21, 22, 27, 29, 32, 33, 34, 35, 37, 38, and 39 are admitted into evidence.

**11:12 a.m.** Court in recess.
**11:27 a.m.** Court in session.

Continued direct examination of Senior Inspector Polski by Mr. Bohn.

Government's Exhibits 42, 43, 44, 1, 48, 49, 50, and 40 are admitted into evidence.

Cross examination of Senior Inspector Polski by Ms. Moss.

Defendant's Exhibits H, I, J, K, L, M, N, O, P, Q, R, and S are admitted into evidence.

**12:42 p.m.** Court in recess.
**1:31 p.m.** Court in session.

Continued cross examination of Senior Inspector Polski by Ms. Moss.

Redirect examination of Senior Inspector Polski by Mr. Bohn.

Senior Inspector Polski is excused.

The Court states its consideration of the history and characteristics of the defendant, and the nature and circumstances of the offense under 18 U.S.C. § 3553(a).

Argument given on restitution.

Defendant's Exhibits A, B, C, D, and E are admitted into evidence.

Argument given on forfeiture.

**ORDERED:** The Government's [296] Motion for Order of Restitution and Forfeiture is GRANTED IN PART as stated on the record.

Argument given on fine.

Court's findings and conclusions.

**ORDERED:**   Defendant shall be imprisoned for a term of life as to Count 1 and 240 months as to Count 2 with both sentences to be served concurrently.

The Court recommends that the director of the Bureau of Prisons place the defendant in a medical facility that is appropriate to his security designation.

**ORDERED:**   Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years as to Count 2. The defendant shall be subject to the standard, mandatory, and special conditions of supervised release as stated on the record.

The Court waives the mandatory drug testing provision of 18 U.S.C. § 3563(a)(5).

**ORDERED:**   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:**   Defendant shall pay restitution to the insurance company victims of Count 2 as set forth in the life insurance payments table appended as Exhibit 1 to the Government's [296-2] Motion for Order of Restitution and Forfeiture.

**ORDERED:**   Pursuant to Rule 32.2(b)(4) of the Fed. Rules of Crim. P., the [354] Preliminary Order of Forfeiture is made final as to Defendant Lawrence Rudolph individually.

**ORDERED:**   Defendant shall pay a fine of $2,000,000 to crime victim's fund.

**ORDERED:**   Defendant shall pay a special assessment of $200.

**ORDERED:**   Restitution, forfeiture, and the special assessment amounts are due and payable immediately.

The defendant is formally advised of his right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**   The interest on restitution, individual forfeiture, and fine amounts are waived.

Exhibits are returned to the custody of their respective parties.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal.

**3:29 p.m.**   **Court is adjourned. Hearing concluded.**

Total time in court: 4 hours 47 minutes