IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: August 21, 2023
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Probation Officer: Ryan Kinsella
Law Clerk: Susan Jacoby

| Criminal Action No. **1:22-cr-00012-WJM-1** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE RUDOLPH,<br><br>Defendant. | Bryan David Fields<br>Edwin Garreth Winstead III<br>Justin Bishop Grewell<br>Kurt J. Bohn<br><br><br>David Oscar Markus<br>Anita Margot Moss |

## WITNESS LIST

| PLF | DEF | NAMES OF WITNESSES |
|---|---|---|
| 1 |  | Senior Inspector Tyson Polski |