1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO

2

3    Criminal Action No. 22-cr-0012-WJM

4    UNITED STATES OF AMERICA,

     Plaintiff,

5

     vs.

6

7    LAWRENCE RUDOLPH,
     LORI MILLIRON,

8    Defendants.

9    ------------------------------------------------------------

10              REPORTER'S TRANSCRIPT
                (Jury Trial, Day 3)

11   ------------------------------------------------------------

12

13        Proceedings before the HONORABLE WILLIAM J. MARTINEZ,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 8:58 a.m., on the 13th day of July,

16   2022, in Courtroom A801, United States Courthouse, Denver,

17   Colorado.

18                      APPEARANCES

19        BRYAN D. FIELDS, E. GARRETH WINSTEAD, III, J. BISHOP
20   GREWELL, Assistant U.S. Attorneys, 1801 California Street,
     Suite 1600, Denver, Colorado 80202, appearing for the
21   plaintiff.

22        DAVID O. MARKUS, A. MARGOT MOSS, LAUREN L. DOYLE,
     Markus Moss PLLC, 40 NW Third Street, Penthouse 1, Miami,
23   Florida 33175, appearing for the defendant Rudolph.

24        JOHN W. DILL, John W. Dill P.A., 941 West Morse
     Boulevard, Winter Park, Florida 32789, appearing for the
25   defendant Milliron.

**MARY J. GEORGE, FCRR, CRR, RMR**
**901 19th Street, Denver, Colorado 80294**
**Proceedings Reported by Mechanical Stenography**
**Transcription Produced via Computer**
**P R O C E E D I N G S**

1
2
3
4          (In open court outside the presence of the prospective

5    jury panel at 8:58 a.m.)

6          THE COURT:  All right, there are two matters that I

7    need to raise with counsel before we bring in the jury, and

8    I understand also the Government has something to raise with

9    me before we bring them in.  Let me start with the pleasant

10   one of the two.  Mr. Markus, is the Defendant Rudolph

11   electing to have his counsel make the -- his opening

12   statement today, this morning, or at the conclusion of the

13   Government's evidence?

14          MR. MARKUS:  This morning, Your Honor.  Thank you.

15          THE COURT:  All right.  Thank you.

16          Mr. Dill, same question to you.

17          MR. DILL:  This morning, Your Honor.

18          THE COURT:  All right.  Thank you.

19          All right.  The less pleasant matter to take up.

20   One second.  It has come to my attention that although Ms.

21   Guerra specifically and clearly instructed all counsel that

22   no juror bio lists, no juror seating chart, and no

23   questionnaire was to leave this courtroom, that in fact that

24   instruction was not complied with.  It's my understanding

25   that the Government team took all three of those documents

1    with them to their offices and that some are still not

2    accounted for.  It's my understanding for the Defendant

3    Rudolph, from Mr. Markus, that all three of those documents

4    left the courtroom; that he believes that all copies of

5    those documents have been returned.  Mr. Dill is on my good

6    side because he did not -- he complied with the direction of

7    my courtroom deputy.  And it is my understanding -- and I'd

8    like you to confirm this, Mr. Dill -- that none of these

9    documents left the courtroom that were in your possession

10   and that you have all copies accounted for.

11           MR. DILL:  That's correct, Your Honor.

12           THE COURT:  All right.  Who will be on the hot seat

13   for the Government to take questions about this?

14           MR. WINSTEAD:  I will, Your Honor.

15           THE COURT:  Will you take the lectern.

16           MR. WINSTEAD:  Yes, sir.

17           THE COURT:  Was Ms. Guerra's instruction not clear?

18           MR. WINSTEAD:  It was clear, Your Honor.

19           THE COURT:  So what happened?

20           MR. WINSTEAD:  Totally my fault.  I was scrambling

21   to clean up, put everything in my roller bag, and forgot.

22   And just as an update, we have provided those forms back to

23   Ms. Guerra at this point.  But I have no explanation other

24   than that I forgot.  I did understand her instructions.

25           THE COURT:  All right.  So as an officer of the

4

1    Court, are you representing to me that all of the copies

2    that had been given to you and your litigation team have

3    been returned to Ms. Guerra?

4          MR. WINSTEAD:  Your Honor, as I mentioned to

5    Ms. Guerra, I will at lunchtime go back and just make sure

6    none of them fell out into the roller bag, at which point I

7    will confirm that.  But it is my belief now that all of them

8    have been returned.

9          THE COURT:  All right.  What I'd like you to do is

10   ask someone from your large-sized litigation team to do that

11   during the morning so that at the conclusion of the lunch

12   recess that you can make representation to me to that

13   effect.  And let me ask you this, and if you need to inquire

14   more fully, you're instructed, or your team's instructed, to

15   do that before the conclusion of the lunch recess, which is:

16   Have any copies of these documents been made and shared with

17   anyone outside of your litigation team?

18         MR. WINSTEAD:  They have not.  And I can represent

19   that with certainty as an officer of the Court.

20         THE COURT:  All right.  All right.  Thank you.

21         Mr. Markus, if you'll take the lectern.

22         MS. MOSS:  Your Honor, if I may do it.

23         THE COURT:  All right, Ms. Moss.  Was Ms. Guerra's

24   instruction not clear to you?

25         MS. MOSS:  Your Honor, it was clear.

1              THE COURT:  So what happened?

2              MS. MOSS:  Your Honor, I apologize to the Court.

3    We were just not thinking at the end of the day, so I

4    apologize.

5              THE COURT:  All right.  You know, we've talked

6    about the confidentiality of the jurors' identities for a

7    long time now.  You know that this is an important issue for

8    me, and I'm not pleased that you just -- both you and the

9    Government just happened to not realize that you're acting

10   in contravention of a direct instruction from Ms. Guerra

11   who, by the way, speaks for me out here in the courtroom

12   with respect to courtroom and trial logistics and

13   administration.  So when you disregard her instructions,

14   you're disregarding my instructions.  You understand that?

15             MS. MOSS:  I understand.  We completely understand,

16   Your Honor.

17             THE COURT:  Okay.  Where are these documents now?

18             MS. MOSS:  Your Honor, we believe that the Court is

19   now in possession of all the documents, but we will send

20   someone back to our war room at the hotel to make sure that

21   there's nothing left behind.  And I can represent to the

22   Court that nothing has gone beyond the team.

23             THE COURT:  So I'd like someone from your

24   litigation team to go to your hotel rooms this morning

25   and -- so that you can make that representation to me as an

6

1     officer of the Court before we conclude the lunch recess.

2           MS. MOSS:  We will do that, Your Honor.

3           THE COURT:  All right.  And are you representing to

4     me that no copies of these documents have been made and

5     shared with individuals outside of your litigation team?

6           MS. MOSS:  That is correct, Your Honor.  We have

7     not made copies or shared anything outside of our team.

8           THE COURT:  All right.  Thank you.

9           Mr. Fields, I understand the Government wishes to

10    raise a matter before we bring in the jury.

11          MR. FIELDS:  Yes, Your Honor.  Thank you very much.

12          I just want to note for the record that I was very

13    surprised by yesterday's *Batson* challenge, and even more

14    surprised when I found out -- because I couldn't hear on the

15    sidebar, that the Court found the explanation a little bit

16    thin.  So I just wanted to supplement the record a little

17    bit and note that, for the record, at least one of the

18    prosecutors on the team was definitely race blind because I

19    couldn't see any of the jurors.

20          THE COURT:  Right.

21          MR. FIELDS:  And second, with regard to federal

22    prosecutions for marijuana, I think it's also worth noting

23    that both Mr. Winstead and myself have personally prosecuted

24    those cases, some of which are high profile and in the

25    media, and so we're very attuned to the fact that, while

7

marijuana is legal in Colorado, its illegality federally can create a lot of resentment. Those cases are still actively prosecuted. And so we wanted to note that for the record as well.

And then, third, we just wanted to note that all of our witnesses are important, but one of our major witnesses here is African-American. So there is, I think, based on all of those, no basis to conclude that there was anything race related regarding that strike.

THE COURT: Well, thank you for that. I think in fairness to the defendants, I'm going to allow them to make any additional comment for the record with regard to the *Batson* challenge made with regard to the exclusion of the sole African-American member of the venire panel.

MS. MOSS: Your Honor, we have nothing further to say on Mr. Coleman's excuse.

THE COURT: All right. Mr. Dill, same opportunity to you.

MR. DILL: We'll rest on the record, Your Honor.

THE COURT: All right. Thank you, sir. All right, any other matters that we need to attend to before we bring out the jury? No? All right. Let's bring in the jury.

(In open court in the presence of the jury at 9:06 a.m.)

THE COURT: Good morning, ladies and gentlemen of

1    the jury.  Welcome back now to day 3 of our jury trial.  As

2    I mentioned to you as we were concluding yesterday, we're

3    going to start this morning with the opening statements of

4    the parties.  You should know that I have given the

5    Government and Defendant Rudolph 45 minutes each for their

6    opening statement.  Defendant Milliron will have 35 minutes.

7         Before the opening statements begin, there are a

8    couple of things I need to do.  I'm going to read to you a

9    limiting instruction.  This is a jury instruction that will

10   be included in the final set of instructions that go to you

11   at the conclusion of the case, but because this matter

12   references something that may come up in the opening

13   statement, I'm reading it to you now.

14        One or more of the attorneys in opening statement

15   may make reference to the fact that witness Anna Grimley may

16   testify that Lori Milliron made certain statements to

17   Ms. Grimley in 2015.  When evaluating the case against

18   Ms. Milliron, it is for you to decide whether she made any

19   statement, and if so, what weight to give whatever statement

20   she made.  However, any statements Ms. Milliron may have

21   made to Ms. Grimley are to be considered only with respect

22   to the charges against Ms. Milliron.

23        With regard to the charges against Lawrence

24   Rudolph, you cannot consider these alleged statements at

25   all.  In other words, as far as the charges against

1    Dr. Rudolph are concerned, you cannot consider any

2    statements Milliron may have made to Ms. Grimley.

3            Ms. Guerra, are we -- do we have a crowd-size limit

4    here?  Are we just going to let anybody in the courtroom?

5            COURTROOM DEPUTY:  Folks, if there are not seats,

6    then I apologize, but then you will not be able to sit in on

7    this.  Thank you.

8            THE COURT:  Second thing I need to tell you about

9    the opening statements, ladies and gentlemen of the jury, is

10   I remind you -- I referenced this yesterday in

11   my preliminary instructions, and this is a very important,

12   especially given the limiting instruction I just gave to

13   you -- that the statements and arguments of the attorneys,

14   including their opening statements and closing arguments,

15   are not evidence.

16           All right.  Opening statement for the Government.

17           MR. GREWELL:  Good morning.  I want to start where

18   this trial is going to end for the Government in a few

19   weeks.  I want to start at the back bar of the high-end

20   steakhouse in Phoenix, Arizona; the sort of place that you

21   might expect to find a well-to-do dentist who spends his

22   free time on international hunting safaris.

23           In a few weeks, you will hear from Brian Lovelace.

24   In early 2020, he worked at a restaurant called Steak 44.

25   Mr. Lovelace knew the defendant, Larry Rudolph and he knew

the defendant, Lori Milliron because they were regulars at

his bar.   Indeed, you'll hear about credit card receipts

that show that they ate and drank there frequently.   In

fact, Larry and Lori were seen by Mr. Lovelace so often

together that he mistakenly assumed that Lori was Larry's

wife.   That mistaken belief that Lori and Larry were married

made one particular evening in 2020 pretty surprising for

Brian Lovelace.

Larry and Lori were having a drink.   The music

going on in the background made it difficult for Brian

Lovelace to hear the conversations going on around him, but

at some point, all of a sudden the music stopped.   And in

that brief interlude, that brief silence between the songs,

Larry Rudolph growled, "I killed my fucking wife for you."

He and Lori were having an argument.   An argument

about something only they knew.   And he pulled out the ACE

up his sleeve.   The trump card that he could use to win any

argument with Lori.   What more did she want from him?   He

killed his wife for her.   For her.   Nobody would have heard

him if the music hadn't stopped just then and there; but

there it was.

Brian Lovelace was dumbstruck.   Lori stormed out.

She didn't ask, Larry, "What are you talking about?"   She

didn't stare at him in horror.   She just stormed out in

anger.   Larry apologized to Lovelace, threw some money down,

1    and left.

2        Much like I anticipate that this trial will be

3    something that you remember for the rest of your lives,

4    those words that Larry had said to Lori were something that

5    Brian Lovelace could never forget.  What was Larry Rudolph

6    talking about?  The answer lies over the sea on the other

7    side of the Equator, and across the southern half of Africa,

8    in the dense bush and forest of the nation of Zambia.  A

9    place that couldn't be more remote and removed from that

10   ritzy steakhouse in Phoenix.

11       You see, three and a half years earlier, Lawrence

12   Rudolph had a wife of almost 35 years.  But to Lori

13   Milliron's frustration, it just wasn't her.  She had been

14   his mistress of well over a decade, but his wife was Bianca

15   Rudolph.

16       Bianca Rudolph shared two children with Larry:

17   AnaBianca and Julian.  She had two brothers:  Ralph and

18   Vince Finizio.  You will hear from them later today when

19   we're finished with these openings.

20       Indeed, Ralph's son was getting married the week

21   that Bianca died.  Bianca was also a dedicated Catholic,

22   which is why her friends, people like Helen Meyer and

23   Valerie Wood were so surprised that there was no mass at her

24   funeral.  And she was an independent woman who liked to hunt

25   and who, you will hear, was pretty good with a firearm.

1            You will also hear evidence that Lawrence Rudolph,

2    the man seated here in the black suit and the black tie,

3    murdered her while they were on safari at a rural African

4    hunting camp in 2016 and then he fraudulently collected

5    millions of dollars in life insurance by lying about how she

6    died.  In fact, part of the reason that this case is here is

7    one of the life insurance companies that he lied to is based

8    in Colorado.

9            Both Bianca and Larry were hunters; big-game

10    hunters.  And they were headed to Zambia so that Bianca

11    could hunt for a leopard.  They were scheduled to arrive in

12    Zambia September 30th, 2016.  That's when they arrived.  And

13    they were scheduled to leave on October 11th.  They were

14    staying at the Chinyembe hunting camp.

15            Sorry, the screen is not working.  It's -- it

16    will -- you'll see the Kafue River running through the Kafue

17    National Park.  And the Chinyembe hunting camp is a little

18    bit below where that "L" goes between the dam and Lusaka.

19            THE COURT:  Mr. Grewell, one second.

20            Ms. Guerra, can we fix this situation?

21            .

22            MR. GREWELL:  Oh, there we go.  There we go.

23            THE COURT:  All right.

24            MR. GREWELL:  The nearest police station and

25    medical clinic to Chinyembe are in the town of Mumbwa, 80

1    miles away.  At that time, the Mumbwa police station had

2    three police vehicles, three, to cover several hundred miles

3    in its district, including Kafue National Park.

4           Getting to Chinyembe from the Mumbwa police station

5    requires traveling 60 miles along Kafue National Park and

6    then turning off for another 20 miles over a tumbling Jeep

7    track that winds through lion country, over several muddy

8    streams, and past swarms of tsetse flies.  In fact, you're

9    going to see a video of what it's like to travel over that

10   road, like many of the mountain tracks here in Colorado, a

11   roller coaster that might loosely be called a road.

12          The Rudolphs knew how remote Chinyembe was.  They'd

13   been there on safari many times before.  You'll hear that

14   Larry had brought his medical bag and his satellite phone

15   each time he went to the safari.  He and Bianca also knew

16   the local camp staff, many of whom speak little English.  In

17   fact, when a life insurance investigator was trying to

18   confirm Bianca's death, Larry told that investigator that

19   there was no means of contacting the local Zambians worked

20   at that camp.

21          That week, in October 2016, when the Rudolphs

22   arrived, they were the only guests in the camp.  It was just

23   the Rudolphs, the local Zambia camp staff, and the family of

24   professional hunters who run the camp:  the Swanepoles.

25          The Rudolphs had brought two firearms with them

1    from America for the hunt; a rifle and a semiautomatic

2    Browning shotgun.  The shotgun was for protection in case

3    they needed to fend off any predators in the bush.  You'll

4    hear from Pieter Swanepoel that they test-fired that shotgun

5    the first day and it was working properly.  You'll also hear

6    about the safety precautions taken each day to unload and

7    transport the firearms and how those unloaded firearms were

8    then returned to the cabins each evening.

9         On the last night of the Rudolphs' trip, everyone

10   retired to the cabins early.  You'll hear from hunter Mark

11   Swanepoel that Larry had been trying to convince Bianca to

12   stay a little bit longer but she insisted they were

13   returning to the United States on time.  There was no way

14   that she was going to miss her nephew's wedding later that

15   week.

16        You'll hear from her friend she had been looking

17   forward to it for months.  And after that wedding, she and

18   Larry were scheduled to go on a road trip to the

19   southwestern United States with Bianca's brothers and some

20   family who had come in from Italy for the wedding.

21        The Rudolph's cabin was on the edge of the camp at

22   Chinyembe in an area cordoned off by a grass fence.  Beyond

23   their cabin lie miles and miles of tall grass, bush, and

24   bramble.  And on the far opposite side of the camp, down

25   here, was where all the local Zambians in the camp lived.

1   Besides the guests, only the professional hunters and a few

2   members of that camp staff were allowed inside the grass

3   fenced area that housed the Rudolphs' cabin.

4            Around 5 a.m. On October 11th, a shotgun blast

5   echoed through the camp.  It came from that cordoned off

6   guest area; it came from the Rudolphs' cabin.  The closest

7   people to the cabin, hunter Mark Swanepoel and a Kafue game

8   scout, were in the camp dining hall down here.  They

9   sprinted the 30 or so meters to the Rudolphs' cabin.  And

10  there they found Larry standing over his wife.  The Browning

11  shotgun was on the floor peeking out from a partially zipped

12  soft case with the end blown out.  A spent shotgun shell

13  laying not far from it.

14           Larry called out for help when they entered and

15  Swanepole rushed to Bianca.  She had literally been shot

16  through the heart.  He put pressure on the wound while her

17  husband stood there.  Blood came out of her mouth when

18  Swanepoel gave her mouth-to-mouth resuscitation.  He yelled

19  at Larry to get his medical bag.  Rudolph went out to the

20  porch to look for it, and some time after he returned,

21  Swanepoel told him that Bianca was dead.  Swanepoel then got

22  up, exited the cabin, and threw up.

23           Lawrence Rudolph told different people different

24  stories about what had happened.  He said he was on the

25  toilet when it happened.  He said he was in the shower when

1    it happened.  He said it was -- he was outside and then he

2    ran inside when he heard the gunshot.

3           Despite those varying stories, the Zambian police,

4    with their limited resources, ruled it was an accident.

5    You'll hear from the medical examiner who did the autopsy in

6    Zambia that he was told it was an accident before he even

7    did his autopsy.  You'll also hear at that time that he

8    didn't even have a camera for taking autopsy photos.  But

9    you will see some photos from shortly after the autopsy

10   because when a local Zambian funeral home called the Embassy

11   to let them know that Larry Rudolph was rushing to cremate

12   his wife, an Embassy official hurried over to get those

13   photos.  You'll hear how that enraged Larry Rudolph.

14          But with a case ruled an accident by the Zambian

15   authorities, Rudolph was able to cremate his wife on October

16   14th, three days after her death, and before he had even

17   told their children of her passing.  He then returned home

18   to the United States the next day.

19          Four days after getting back he reached out to a

20   trust attorney.  He wanted a recommendation of someone who

21   could help him process the nine different life insurance

22   policy that he had on Bianca's life with seven different

23   life insurers.

24          On October 22d, just over a week after her death,

25   he rushed through a cheap funeral for Bianca.  To the

1     surprise of her friends and family, there was neither the

2     large gathering nor the Catholic mass that they had expected

3     would happen.  And when those friends and family asked Larry

4     how Bianca had died, he used the same clinical phrase that

5     he used with the life insurers:  accidental discharge of a

6     firearm.

7          And not long after that funeral, Lori and Larry

8     began living their life together.  And perhaps that would

9     have been that; except that it wasn't.  It took some time

10    for the FBI to gather the evidence and put together a case.

11    Several years, in fact.

12         Zambian police had given the shotgun that killed

13    Bianca back to Larry, but they had written down the serial

14    number.  And with that serial number from the shotgun, the

15    FBI was able to track down a matching one from the same

16    manufacturing lot.  Recreating the shells that had been used

17    in the shotgun took a little bit longer.  But with the

18    plastic wadding from the shell that had killed Bianca that

19    was found during the autopsy, and the original spent casing,

20    they were able to recreate -- the shell manufacturer was

21    able to recreate some shells for test-firing.

22         Between the same model shotgun and those shells,

23    the FBI was then able to recreate the pattern that a shell

24    fired from that shotgun would make at different distances.

25    An American forensic pathologist was then able to take the

size of the entry wound recorded from the original autopsy,
those photos taken by that Embassy official at the funeral
home, and the fact that the shotgun wadding was found inside
Bianca Rudolph's body, to identify a range for the distance
from Bianca's chest to the muzzle of the shotgun when she
was shot.

You'll hear from him that the wounds on Bianca
Rudolph's body are not consistent with the muzzle being
pressed up against her chest, but from it being fired from
at least a foot away.

You'll hear how a photograph that Bianca Rudolph
took with her friend, Valerie Wood, was used to estimate the
length of Bianca's arm.  And how a reach study was conducted
that shows the near impossibility of 5-foot 3-inch Bianca
even reaching the trigger on that nearly 4-foot long
shotgun, let alone pulling the trigger if the muzzle was at
least a foot away.

You'll read a report from the Zambian ballistics
examiner who examined the shotgun the day after Bianca died
and who said the firing mechanism was in perfect condition.
You'll hear from the shotgun manufacturers about the safety
features that go into the Browning shotgun's design to make
sure that it won't accidentally fire.

Indeed, after you've heard all of the forensic
evidence, what you will be left with is a scenario where

1    Larry Rudolph picked up that shotgun partially zipped in

2    that soft case and shot his wife at close range.

3          You'll also hear about how Larry Rudolph had

4    $6.8 million worth of motives to kill his wife, in addition

5    to the motive seated with him in this courthouse as a

6    codefendant.  You see, if Bianca died, Larry was free to be

7    with Lori without restraint.  And besides the $4.8 million

8    he would get from the life insurance companies, he could

9    avoid losing at least another $2 million in a divorce.

10         You're going to hear about a postnuptial agreement,

11   an agreement between Larry and Bianca Rudolph that would

12   allegedly limit her to only $2 million if they divorced.

13   But you'll also hear that Larry was worried about the cost

14   of a divorce even after that document was allegedly signed.

15   And you'll hear from an expert that he had reason to be.

16         Still, even if that document was enforced in a

17   divorce, the postnup was still going to cost him $2 million.

18   However, however, if Bianca died in an accident with no

19   witnesses at remote Chinyembe in a country where the medical

20   examiner doesn't even have a camera, and the local police

21   have limited resources, well, then he wouldn't have to pay

22   her a dime.  And he wouldn't have to find out if that

23   postnup was any good.

24         And the life insurance companies -- the life

25   insurance companies would pay him $4.8 million on the

1    multiple policies that he had on Bianca's life.  2 million

2    saved on the postnup, another $4.8 million in the bank from

3    the life insurers, almost $7 million in total.  Not a bad

4    haul.

5              So where does Lori Milliron come in?  I mean, I've

6    told you that she and Larry had had a long affair.  But she

7    wasn't in Zambia.  She didn't shoot Bianca.  So why is she

8    here?  Why is she on trial?  Perjury, obstruction of

9    justice, accessory after the fact.  She tried to help get

10   Larry -- help Larry get away with the murder that he

11   committed for her.

12             This past December Larry Rudolph was arrested on a

13   complaint charging him with the murder of his wife when a

14   flight carrying him from Mexico landed in Denver.  He had

15   been in Mexico with Lori on vacation.

16             After she sat through a hearing where her

17   relationship with Larry was identified as one of his main

18   motives for murder, she then went to testify before a grand

19   jury deciding whether or not they should indict Larry

20   Rudolph for murder.  Unless the grand jury indicted him for

21   murder, the charges wouldn't go forward any more and he

22   would be released.  It was Lori Milliron's chance to come

23   clean.

24             Instead, Lori took an oath before the grand jury,

25   like you'll see many of the witnesses -- not unlike the

witness you'll see many of the witnesses coming in here to
do before you.  And then she proceeded to lie for Larry;
telling falsehood after falsehood to protect the man who had
killed his wife for her, to hide the motives for that
murder, and to keep the money flowing.

She said that she didn't know why Larry had been so
financially generous to her, giving her $20,000 in cash in
2014, and $60,000 in cash in 2015, the year before Bianca
died.  Not true.  You'll hear plenty of evidence about their
ongoing affair that she was trying to hide from the grand
jury; the reason for his generosity.

She said that she didn't even recall receiving that
much cash from Larry during that time period.  Not true.
You don't forget receiving almost a year's salary in cash.

She told the grand jury that a credit card she had
received in 2017 was a perk of working at Larry's dental
practice.  Not true.  You'll see evidence that with Bianca
dead, Larry went ahead and replaced those cash payments with
the personal credit card.  Now that Bianca was dead, there
was no longer any reason to hide those payments to Lori.  He
didn't need to use cash anymore; he could give her a credit
card.

Lori told the grand jury that she had never given
Larry an ultimatum to leave his wife.  Perjury.  You'll hear
to the contrary that Lori admitted that ultimatum to a

1  coworker.  And last, but far from least, despite Larry's

2  confession to her in Phoenix two years earlier, Lori told

3  the grand jury that he confided to her that he was irritated

4  by the FBI investigation because he felt he was innocent.

5      Ladies and gentlemen, it wasn't his proclamation of

6  innocence that caused her to storm out of that steakhouse.

7  Yes, we've come full circle to Brian Lovelace and Steak 44.

8  In January of this year, after the charges were made public,

9  a coworker of Brian Lovelace reached out to the FBI.  She

10  told them about the conversation that Lovelace had overheard

11  between Larry and Lori, and they reached out to Brian

12  Lovelace.

13      Brian Lovelace didn't want to come forward.  He

14  wasn't looking to talk to the FBI.  He didn't want to play a

15  part in any of this.  You'll hear from him that he actually

16  liked Larry.  He thought he was a generous tipper and a good

17  customer.  But that didn't mean that Brian Lovelace could

18  forget what Larry had growled to Lori that fateful night in

19  Phoenix when the music stopped.  "I killed my fucking wife

20  for you."

21      You don't need to take my word for it, ladies and

22  gentlemen.  Take his.

23      THE COURT:  Thank you, counsel.

24      All right, opening statement for Defendant Rudolph.

25      MR. MARKUS:  May I have a moment to get set up,

1    Your Honor?

2              THE COURT:  You may.

3              MR. MARKUS:  Good morning, ladies and gentlemen.

4    Let me get set up for one minute and then we'll start up.

5    Can everybody see that on their screens?  Great.

6              Good morning, ladies and gentlemen.  Larry Rudolph

7    is innocent.  He did not murder his wife of 34 years.

8    Bianca's death was an awful, awful tragedy and a terrible

9    accident.  She was a beloved wife, a beloved mother, and her

10   death was shocking and devastating.  But her husband, Larry

11   Rudolph, did not murder her.  He is innocent.  And let me

12   start off by saying he never confessed.

13             And we're going to talk about Mr. Lovelace for a

14   while, but Mr. Lovelace will end up testifying in this case

15   and testifying for the defense.

16             There's no actual evidence of murder in this case.

17   There's no science to back up the prosecution's claims.

18   Instead, they've chosen speculation over science.  They've

19   chosen fiction over fact.

20             And despite the dramatic delivery that you would

21   hear from a Netflix narrator, we have the evidence on our

22   side.  I'm going to ask you, ladies and gentlemen, to focus

23   on the evidence in this case because this case is about what

24   happened in the early morning of October 11th, 2016.  We're

25   going to ask you to focus on the actual evidence because the

1    prosecution does not have any evidence that Larry Rudolph

2    killed his wife that day, and they're going to try to

3    distract you.

4              They're going to talk about affairs, cremation,

5    life insurance, lawsuits, bartenders, hunting.  The

6    Government will raise anything in this trial to distract you

7    from the day in question.

8              They're going to ask you to focus on all this

9    noise, all this speculation.  We're going to ask you to

10   focus on October 11th, on the day in question.  We're going

11   to ask you to focus on the law and on the evidence.  Why?

12   Because there simply is no actual evidence of murder in this

13   case.  Larry Rudolph is innocent and he did not murder his

14   wife.

15             What's the truth?  Let's talk about it.  This is a

16   picture of Larry and Bianca who had been married for 34

17   years.  Now, let me tell you from the start, they had ups

18   and downs in their marriage, but they were happy together at

19   the time of the accident in 2016.  They enjoyed traveling;

20   they enjoyed going on safaris.  They had been going on

21   safaris twice a year for many years.  And you're going to

22   hear that on this safari in 2016 in Zambia that they were

23   happy; that they were getting along.  That all was well.

24   Every witness will tell you that.

25             Now, they were supposed to travel back to the

1  United States on October 11th to get to their nephew's

2  wedding.  And you're going to hear that Bianca Rudolph was a

3  frenetic traveler.  We know the type, right, that wants to

4  get to the airport hours early, nervous the morning of

5  traveling.  She didn't want to miss her flight.  So they got

6  up early that morning at 4:30 a.m.

7          Now, on these safaris there's lots of staff and

8  help.  And you're going to hear that in the morning when

9  they got up, they opened the curtains; they were wide open.

10  The doors to their cabin were open.  It's a one-room cabin.

11  And people were in and out of that cabin that morning.

12          You're going to hear that one of the staff brought

13  them coffee; another person brought them -- came in to ask

14  them for help -- if they needed help packing.  You're going

15  to hear that Larry Rudolph was in the bathroom when that

16  shot went off.

17          Now, you heard a lot about burden of proof and

18  proof beyond a reasonable doubt.  I'm here to tell you right

19  from the beginning that we're going to prove to you that

20  Larry Rudolph did not murder his wife.  We have no burden.

21  We don't need to say anything, as you heard Ms. Moss say, as

22  the judge said.  But we're going to prove it to you.  We're

23  going to prove to you that the Government's theory in this

24  case makes absolutely no sense.  And it's not backed up by

25  the science and it's not backed up by the witnesses.

1          Before we get there, let me tell you a little about

2     the Rudolph's marriage, because this is really important.

3     So they were married for over 30 years, as you've heard.

4     They met in dental school.  They have two children:  Julian

5     and AnaBianca.  Now, Julian's a lawyer and AnaBianca is a

6     dentist.  She worked at her dad's practice.  And they're

7     here in court today, Julian and AnaBianca.  You'll see them

8     in the courtroom.  They're here to support their father.

9     They know their father best.  And they're here to support

10    Larry.  Thank you.

11          Now, you're also going to hear that this is not the

12    most traditional of marriages.  You're going to hear some

13    things you may not approve of and some things you may not

14    see every day.  For example, Bianca Rudolph had two affairs

15    early in the marriage.  Now, why is this important?  You're

16    going to hear that Bianca apologized to Larry in writing on

17    a lengthy, lengthy note.  And you're going to see that note

18    for yourself, handwritten on paper towels.

19          And at first Larry said, "You know, I think I need

20    to get divorced.  This is the second time you've cheated on

21    me."

22          But -- and he went and sought a divorce lawyer, by

23    the way.  But you're going to hear that he and Bianca

24    decided to try to work it out for the children.  And they

25    came to a couple of understandings.

27

1            First, the first understanding was that they could

2    see other people.  Now, Larry said to her, "It doesn't look

3    like you can stop.  You promised after the first affair that

4    you would stop; it doesn't look like you can.  Let's agree

5    that we can see other people."

6            And Bianca agreed to that with one caveat, "Don't

7    embarrass me."

8            So they had this understanding in their

9    relationship:  "Don't-ask-don't-tell what was going on.

10   You're also going to hear that they agreed to a postnuptial

11   agreement because Larry was basically thinking if she

12   couldn't stop after the second affair, I'd like to have this

13   postnup in place.  So when he spoke to the divorce lawyer,

14   when he told the divorce lawyer, "Listen, we're going to end

15   up reconciling, please draft this postnup," you're going to

16   see the postnuptial agreement.  And that they came to that

17   agreement.

18           And surprisingly, what you're going to find out is

19   after these affairs and after these agreements back in the

20   year 2000, for the next 15, 16 years, their marriage

21   actually grew stronger.

22           Now you're going to hear that Larry had a number of

23   affairs and, sorry, it wasn't just Lori.  He had a number of

24   affairs.  And you're going to hear that Bianca Rudolph is a

25   strong woman -- was a strong woman.  She's not some

28

1    long-suffering wife.

2                So let's get to the day in question.  This is the

3    cabin in Zambia.  And this is a picture from that very

4    morning.  You can see here that it's a small cabin.  Now,

5    some of the window shades had been closed afterwards but

6    they were all opened that morning.  And those two French

7    doors there were also open that morning.  And as I said,

8    people had been in and out of the cabin bringing them

9    coffee, helping them pack.  You see those two bags up in the

10   bottom right of your screen.  Some of the bags had been

11   brought out.

12               And you'll get a chance to examine the scientific

13   and physical evidence from that morning and you're going to

14   hear that they simply don't have any evidence that a murder

15   took place.

16               So let's go inside the cabin.  This is inside.  And

17   this is going to be one of the most important pictures and

18   pieces of evidence you see in the case.  And there's a

19   number of photos.

20               Now, what the prosecutor didn't tell you in his

21   opening is that when those two individuals came running in

22   within a few seconds -- Mark Swanepole, the lead hunter, a

23   man named Spencer Kakoma -- they were there in seconds.

24   Where did they see Larry Rudolph?  They saw him in the

25   bathroom doorway behind the body.  So that's Bianca

1    Rudolph's body under a sheet -- under a blanket there.
2    Larry Rudolph was on the other side.
3         And this is a critical fact in the case.  The two
4    individuals who are there on the scene within seconds don't
5    see Larry Rudolph by the gun.  They don't see him by the
6    blood that you see on the floor.  They see him behind the
7    body in the doorway of the bathroom in shock, in distress,
8    desperate, crying.
9         And you're going to hear that Spencer Kakoma, the
10   other person there with Mark Swanepoel, was so concerned
11   about Larry, was so -- saw Larry so upset and distraught
12   that he takes that gun outside of the cabin and takes it
13   away from Larry because he's so concerned that Larry might
14   try to commit suicide himself after seeing his wife like
15   that.
16        Kakoma unloads the gun, clears it out of that --
17   out of that soft case, and then puts it back.  So this scene
18   here is disturbed.  He tries to put it back, but you'll see
19   that gun case is in different positions in different
20   pictures because Spencer Kakoma -- a person, by the way,
21   that the Government is not going to call in this case.
22   They're bringing over a number of Zambian witnesses but have
23   decided not to bring over the person who was first on the
24   scene and the first person who first touched that gun;
25   they're not calling him.

1          You see here the blood spatter on the floor.  Why

2    is that so important?  Because this tells us where the shot

3    took place.  It took place between the bed -- we talked

4    about the gun being moved -- between the bed and this hard

5    case.

6          Now what is a hard case?  So when you travel with a

7    firearm -- you can see the gun case on the floor.  First you

8    have to put a firearm in a soft case and then you have to

9    put it in a hard case.  And what I want you to focus on here

10   is that that hard case was open.  The other firearm that the

11   prosecutor talked about, the rifle, was already in that hard

12   case.

13         And Larry Rudolph was in the bathroom.  And he was

14   having a problem with his stomach that morning.  You're

15   going to hear about it.

16         And so Bianca was rushed and frenetic and telling

17   Larry, "Come on, get out of the bathroom and help me pack."

18         He kept saying, "I'll be there in a second."

19         And so she decided to pack the gun herself.  And

20   you can see where the blood is between the hard case and the

21   bed.  Now I can't tell you exactly what happened because

22   there are no witnesses, but what it looks like may have

23   happened is she may have taken the soft case off of the bed

24   and tried to lift it up into the hard case when it fell and

25   dropped and went off.

1           You'll hear that she lives for a couple of seconds.

2   She backs toward where Larry is in the bathroom seeking his

3   help; not trying to get out the open doors.  All of the

4   evidence that morning will show that it was an accident and

5   not murder:  every single piece and every single witness.

6           Now, let's talk about what the prosecution's theory

7   must be for this to be correct.  The first and most obvious

8   is that if their theory is correct, Larry Rudolph had to

9   shoot through a soft case.  There's no way -- you're going

10  to see soft cases; there's no way to aim a shotgun through a

11  soft case.

12          Second, he would have had to do it right in

13  front -- you see where the blood is there -- right in front

14  of the open doors and open windows when people are in and

15  out of that cabin.  It makes no sense.

16          You're going to see that he would have had to put

17  the gun in the opposite direction -- see how the gun case is

18  faced away -- and then somehow gotten around the blood and

19  around the body and stood there in the bathroom doorway with

20  some unbelievable acting job when the two people came in

21  because they saw him in shock, crying, despair.  All of

22  those within seconds.

23          You're going to see that there was no blood on

24  Larry Rudolph's shoes because he did not walk through all of

25  that blood on the floor.  He was found in the bathroom

1    doorway behind the body, behind the shot.

2              And, again, you don't have to take my word for

3    this.  You don't have to take my word that this was an

4    accident.  Every single investigator and lay witness who was

5    there says it was an accident.  That's exactly what the

6    police determined.

7              So, remember, on October 11th is when Bianca

8    Rudolph dies.  You're going to hear that the police

9    investigate and on October 13th they say it was an

10   accidental discharge.  You're also going to hear that the

11   person from the U.S. Embassy signs off on Dr. Rudolph to

12   leave the country, Otto Westhassel.  He can go home.

13             You're going to see the Zambian police report,

14   itself, where it talks about how it was an accidental

15   discharge.  You're going to hear that insurance companies

16   investigate.  Not just one or two insurance companies, but a

17   number of insurance companies, because we all know insurance

18   companies don't want to pay.

19             So what do they do?  They hire the best insurance

20   investigative firm in the world, a firm called Diligence,

21   who does its own investigation in Africa.  You're going to

22   hear Larry gives them every document.  Larry cooperates with

23   the investigation.

24             And these insurance companies, who don't want to

25   pay, have this investigation done, and the investigation

1    determines it's an accident, and they pay the claims.

2            Now, I want to just talk for a second about how

3    important this is because Larry Rudolph did not hide from

4    the Zambian authorities when they wanted to interview him.

5    He gave a full interview.  He went down to the police

6    station, answered all their questions.  You're going to hear

7    that he didn't hide from the insurance companies.  They

8    wanted to speak to him as well.  And he went and spoke to

9    them and gave statements because he had nothing to hide.

10   The truth is on his side.  And you'll hear that he has

11   nothing to hide from you all.

12           Even though the burden is on the Government, even

13   though we can say nothing, even though this is the perfect

14   case to say nothing because there's no proof, Larry Rudolph

15   has nothing to hide.  He's going to get on that witness

16   stand and he's going to answer every single question that

17   these professional lawyers have.

18           He's not scared, because he knows the truth is on

19   his side.  He knows he did not murder Bianca Rudolph.  And

20   I'm telling you right now, he's going to get on that stand.

21   And I'll go a step further, ladies and gentlemen.  He's

22   waiving his right to silence.  He's waiving his right to

23   stay quiet.  I'll tell the Government, "Call him as your

24   first witness and ask him whatever questions you want.  He

25   will answer your questions.  He has the truth on his side.

1     He did not murder Bianca."

2               So what happens?  All these years later in December

3     of 2021, there's still no physical evidence.  The

4     prosecution decides to bring a case based on stale

5     testimony, stale witnesses, stale evidence, and they're

6     going to spend this trial trying to explain to you that

7     there's -- you know, why they don't have this evidence.  Why

8     they don't have the proof.  Because no witness will get on

9     the stand and say Larry Rudolph did this.  Not one witness.

10              They're going to call like 50 witnesses and not one

11    will say Larry Rudolph did this.  But it's -- it's even

12    crazier than that, ladies and gentlemen.  They don't have

13    anything that we would see in a normal case.  They don't

14    have physical evidence; for example, DNA or fingerprints.

15              And here's one that's so important that I want to

16    talk to you about:  gunshot residue.  So when you fire a

17    shotgun, or any gun, it releases residue on the person's

18    hands.  And if you shoot -- especially through a soft case

19    where it's all enclosed, your hands would be covered in

20    gunshot residue.  And if we had tested Larry's hands at the

21    time, it would have shown no gunshot residue on his hands.

22    We wouldn't be here today.  It would show his innocence.

23              And so the Government will spend three weeks trying

24    to explain why they don't have the proof, but that's not how

25    a criminal trial works.  You don't win a case as the

1    Government by saying, "Here's why we don't have proof."

2         You're going to hear that one of the critical

3    things to the examiners is seeing her clothes, because if we

4    had Bianca's clothes we could see exactly the size of the

5    wound and we would know exactly the distance from the

6    shotgun to the body.  But instead, what they're going to try

7    to do is say, "Well, we have pictures from days later, after

8    the autopsy, after the body was manipulated, and we're going

9    to try to recreate how far the shot was based on pictures

10   days later without the clothing that their own experts say

11   they wanted, and after the wound has been manipulated."

12        What we do have are the witnesses that were on the

13   scene.  Every single one says they believed Larry and that

14   this was an accident.

15        Now, like I said, it's not my job to prove anything

16   in this case.  It's not my job to prove that Bianca had an

17   accident.  The Government's required to prove it beyond a

18   reasonable doubt.  But the evidence in this case is so clear

19   that it was an accident that I have to go through some of it

20   with you.

21        So first:  Guns, of course, are known risks.  We

22   all know that.  There are over 500 accidental gun deaths a

23   year in the United States alone.  Even with experienced

24   hunters, there are gun accidents.  One of their first

25   witnesses is this professional hunter, Mark Swanepoel.  He's

1    going to talk about accidents that they've had on that

2    safari numerous times, including in 2005 -- in 2015, excuse

3    me, when he -- when Mark Swanepoel, the professional hunter,

4    accidentally shot one of his trackers.  Luckily Larry

5    Rudolph was there with his medical kit and Larry was able to

6    treat the tracker and help the tracker.  Guns are known

7    risks.

8            No. 2, the manual in this case, the actual manual,

9    warns of exactly what happened here.  This is the manual.

10   It says dropping a loaded gun can cause an accidental

11   discharge even with the safety in the "on-safe" position.

12   Be extremely careful while hunting or during any shooting

13   activity to avoid dropping any firearm.

14           So you're going to hear from the gun manufacturer,

15   himself, the prosecutor said.  They're going to call someone

16   from Browning.  Now, this -- you're going to hear this guy

17   from Browning try to explain, "No, no, our guns don't have

18   accidents."  That's what they're going to call this man from

19   Browning to say.

20           Of course he's going to say that.  Of course the

21   man from Browning is going to say Browning guns don't have

22   accidents.  But we don't need to -- we can look at the

23   actual manual, which undercuts that.

24           In this case, you heard the shotgun was altered.

25   They took the shotgun apart and put it back together again

1      so that it could hold five shells instead of three.  And

2      this also might explain why a shell was accidentally left in

3      the shotgun.  It's dangerous to modify shotguns.  You're

4      going to hear that in the United States it's not even

5      permitted to modify it from three shells to five shells.

6      And, in fact, we can look at the manual again which warns:

7      It can be very dangerous to alter the trigger, safety, or

8      other firing mechanism parts of this or any other firearm.

9              The prosecutor also didn't tell you that this was a

10     25-year-old gun that had never been used before and never

11     maintained before.  This was the very first time it was

12     shot.

13             Now, I've already told you about Bianca being a

14     rushed and anxious traveler.  The risks were heightened that

15     morning because she was trying to pack quickly.  Now, let me

16     be clear from the beginning.  No one is saying that Bianca

17     Rudolph committed suicide.  That's not the defense's

18     position at all.  It looks like what happened is it dropped

19     while it was being packed, while Bianca was packing it.  It

20     could have been while she was putting it into the hard case,

21     could have been while she was moving it off the bed.  Could

22     have been while it snagged while she was zipping it.  A

23     number of possibilities you'll hear.

24             I can't tell you exactly, but what I can prove to

25     you is that it wasn't Larry Rudolph.  How can I prove that

38

1    to you?  Because I'm going to ask you to use your common

2    sense, in addition to the science and the witnesses, because

3    it was fired from inside of a soft case.

4         Now, think about it for a second.  For the

5    prosecution's theory to be correct, you get one shot at

6    this, right?  If Larry Rudolph misses, according to the

7    prosecutor, Bianca lives.  People are there within seconds

8    and she says, "My husband just tried to shoot me."

9         It makes no sense that if you're trying to commit

10   murder, you would do it through a soft case with people in

11   and out of the room with the doors and windows open.  And if

12   he misses by just a half an inch or an inch, she lives and

13   he's in a Zambian prison never to be seen or heard from

14   again.

15        None of the facts are consistent with the

16   prosecution's theory.  In fact, what you're going to hear is

17   that Larry acted reasonably after the accident.  We've

18   already spoken about his immediate reaction -- which the

19   prosecutor glazed over because it doesn't fit their case --

20   how desperate, upset.  People there thought he was going to

21   try to throw himself in the river or shoot himself when he

22   saw his wife like that.

23        So the prosecutors pivot and they suggest in their

24   opening that it was suspicious that he got her cremated so

25   quickly within days.  Now, let's talk about this.  This

investigation, you're going to hear, started with this FBI

agent sitting right to my right, suspicious that -- about

the cremation.  And they arrest Larry Rudolph without even

knowing -- and something not even discussed by the

prosecutor in his opening -- that she had a will.  We had to

give it to him.  And what does the will say?

This is Bianca Rudolph's will.  "I wish that my

remains be cremated and my ashes dispersed as my personal

representative sees fit."

So Larry Rudolph is in Zambia.  His wife just had

this accident.  What would the prosecutor have him do?  Wait

around and try to figure out how to get the body sent back?

You're going to hear from their own witness how difficult

that is.  You have to get a special casket lined with

certain materials.  It's very expensive; it's very

time-consuming.  Of course Larry wanted to get home quickly

so he could tell his children.  Of course he wanted to

fulfill her wishes.  What, he should have the body taken

home and then cremate her when he gets back?  Why?  It made

logical sense to have her cremated in Zambia per her wishes.

And, you know, I heard the prosecutor complain in

his opening about the funeral.  I have to take a second here

and talk about this.  Bianca's children and Larry planned

this funeral.  And how dare he say it wasn't good enough?

It was in Phoenix where they lived.  It was there with

1      family and friends.  The kids helped put it together.

2            And the prosecutor also suggested, you know, Larry

3      waited to tell his children about this.  Well, he wanted to

4      tell them in person.  He didn't want to call them on the

5      phone.  And so he was concerned when this Embassy official

6      started taking pictures because he thought they might get on

7      the internet and other things.  And in fact there was an

8      article published on the internet the next day, and so Larry

9      was forced to call his children, which he did not want to

10     do.  He wanted to tell them in person.

11           Now this is really important, ladies and gentlemen.

12     I want to talk about motive because you heard the prosecutor

13     spend a lot of time on this in his opening statement.  Larry

14     Rudolph had no motive and no reason to kill Bianca.  First,

15     the prosecutor says he did it to be with Lori.  The evidence

16     doesn't support that, ladies and gentlemen.

17           First, he and Lori Milliron were on and off again

18     since 2009.  They were up, down, had affairs.  Sometimes

19     yes, sometimes no.  He was with a number of other women,

20     too.  Okay?  And, again, it's not something we all agree

21     with, but it's something he and Bianca understood.  Bianca

22     Rudolph knew and did not ask questions about it.

23           The second motive that the prosecutor mentioned was

24     to avoid an expensive divorce.  Now, you know, that sounds

25     like a nice theory, but it's not supported by the evidence.

1    Because if you look at the evidence, what you're going to

2    see is that the Rudolphs' net worth in 2016 was over

3    $15 million.  And way back in 2000 -- remember, I told you

4    that they had entered into this postnuptial agreement.  And

5    the prosecutor kept saying "alleged" postnuptial agreement,

6    "alleged," "alleged."  No, no, there was a postnuptial

7    agreement signed by Larry Rudolph and Bianca Rudolph.

8            How do we know?  One of the few things that this

9    table and my table will agree on in this trial, one of the

10   very few things, is we have an expert witness who looked at

11   the signatures, and they had an expert witness look at the

12   signatures of the postnup, and both experts agreed it was

13   Bianca Rudolph's signature on that postnup.  And that's

14   devastating to their claim.

15           Why is it devastating?  Because they agreed that if

16   they ever got divorced, Bianca would get 2 million and Larry

17   would get the rest, no matter how much Larry was worth.  And

18   so in 2016, she would get to keep 2 million and he would get

19   to keep over $13 million.

20           There was no motive for murder.  Here's a little

21   pie chart of what he would get to keep if there was a

22   divorce.

23           So he didn't need to, you know, avoid an expensive

24   divorce in this case.  He was going to get to keep almost

25   90 percent of the estate if there was going to be a divorce.

1    And by the way, you're going to hear that nobody wanted a

2    divorce.  Bianca didn't want a divorce and Larry didn't want

3    a divorce.  They were happy.  They were going on safaris.

4          You're going to hear from the people in Zambia who

5    are going to say during these two weeks, Lori and Larry --

6    that's okay --

7          THE COURT:  Let's turn off the phones, folks.

8          MR. MARKUS:  Don't sweat it.  It happens.  I needed

9    a drink anyway.

10          THE JUROR:  My apologies.

11          MR. MARKUS:  No, you're good.  Yeah.  Good.  Okay.

12    Don't worry.

13          So they were happy while they were together on

14    these safaris.  The witnesses will say they were getting

15    along and all was well.  There was no talk of divorce.

16          The third motive the prosecutor mentions is the

17    life insurance money.  Now, again, sounds good in theory,

18    but not backed up by the actual evidence.  And, again, I'm

19    going to say this so many times throughout this trial, I

20    need you all to focus on the evidence and not the theories.

21          So the life insurance.  First of all, you're going

22    to hear that Larry Rudolph has barely touched that life

23    insurance money since 2016.  It went into a trust for the

24    children.  His lifestyle doesn't change.

25          So what does the prosecution do?  They say, "Look.

1    Look at how much life insurance he had.  Look at how much it
2    was.  It was 4.8 million."
3            But yet again, sounds bad, but in practice, the
4    evidence doesn't actually support what the prosecution was
5    saying.
6            First, what he didn't tell you:  Larry Rudolph had
7    the same amount of life insurance on his life, 4.8 million.
8    Same as his wife.  He tried to get more life insurance.  He
9    tried to get more but could not because he has a heart
10   condition.  So he went to the life insurance companies when
11   he had 4.8, tried to get more on his life.  You will see
12   that they turned him down.  So what -- instead what he
13   decides to do is he and his wife decide, let's equal out
14   Bianca's insurance to Larry's insurance so they both have
15   the same amount.
16           You will hear that this insurance is acquired over
17   many years, starting all the way back in 1987.  And that he
18   had the 4.8 million more than two years before Bianca
19   accidentally died.
20           You're going to hear that Bianca and Larry wanted
21   to have this much life insurance for a number of reasons.
22   One, they traveled together to dangerous places on small
23   airplanes, in little boats, with dangerous animals.  And so
24   you're going to hear that they wanted to have insurance to
25   protect the kids.  You're also going to hear from the

1    Government's own experts about estate planning.  And that

2    because the Rudolphs were worth so much money, $15 million,

3    that this amount of insurance is normal and typical for

4    people to have.

5             But, finally -- and this is something I -- I really

6    want to stress to you all:  These aren't life insurance

7    policies that Larry Rudolph took out in secret on Bianca's

8    life.  This is insurance Bianca took out.  She knew it.  She

9    went to the doctor.  She went to the life insurance

10   policies.  She's a strong woman, as you heard the prosecutor

11   say.  This wasn't done in secret right before so that he

12   could collect life insurance.  This was something she wanted

13   and she chose, and she knew about.  So almost all the

14   policies were acquired at least two years before Bianca's

15   death.  And they had a similar amount.

16            Now I want to talk about their experts really

17   quickly.  I see I have about 10 minutes left so I don't want

18   to sit down before I use all my time here.

19            You're going to hear that they didn't test the

20   actual shotgun in this case.  Every expert is going to say

21   how important it is to test the actual gun.  Now, this is

22   critical.  In the soft case -- they haven't been able to

23   replicate how the soft case looks.  In the soft case our

24   expert had to show them there's what's called a blast hole,

25   a big hole about 4 inches from the top of the case.  So

1    after they did all this testing they said, "Oh, shoot,
2    Rudolph's expert has shown us something we didn't know.
3    Let's go redo the testing."

4         So they redo the tests and they still can't
5    replicate it.  Why can't they replicate it?  Because they
6    assumed the gun is held stationary.  They don't do one test
7    where the gun is dropped.  Let me repeat how crazy this is.
8    They don't do one test where the gun is dropped to see if it
9    would create that blast hole.  You know why?  They don't
10   want to know.  They only try to test and recreate where it's
11   held, and they can't recreate it.

12        You're going to see that the targets were made of
13   cardboard.  Cardboard doesn't replicate skin.  They didn't
14   buy this gel that you can get off of Amazon and that their
15   own FBI manual says you should use when doing tests.
16   Instead they try to just use cardboard and replicate it.
17   This is something you can buy off Amazon to replicate skin.

18        You're going to hear that, like I said, they never
19   even considered dropping and how the gun and case would
20   react if it was dropped.  They used brand-new gun cases that
21   aren't even the same pattern as the gun case in question.
22   And they ignore reason -- the reasons why blood is not on
23   the case.

24        So you're going to hear that if the gun dropped, it
25   would recoil away and there wouldn't be blood on it.  You're

1        going to hear that from their own experts.  You're also

2        going to hear that their experts changed their opinions from

3        when they were first starting the case to now.

4              I have another slide on this, but I'm going to skip

5        this slide because I'm running out of time.  But you're

6        going to hear that the experts, just to summarize it,

7        initially said it was right upfront, either a contact wound

8        or very close.  And then they change their opinions later.

9              Thank goodness, though, that the Embassy guy took

10       those photos because what you're going to hear about on

11       those photos of Bianca is that there's no scalloping of the

12       wounds.  There's no pellet marks.  When you fire a shotgun,

13       as you go further back, the pellets disperse.  So as you

14       move farther back, you would expect to see scalloping, rough

15       edges on the wound and pellet marks.  But there are none in

16       the pictures.  You're going to see a smooth wound, meaning

17       it was right up close.  So if you drop something and you

18       reach for it, it could be right up close to your heart.

19             Now, let me just skip this slide real quick.

20             I have to talk about Lovelace for a moment because

21       the prosecutor started and ended there.  Sounded like his

22       case depends on Mr. Lovelace, so let me talk about him for a

23       minute.  You will hear that Larry Rudolph and Lori Milliron

24       were at a bar in 2020.  You will hear that they were in a

25       disagreement.  Larry had just found out about the FBI

1    investigation.  And sorry, Lori, but Lori was complaining

2    about things that didn't really matter.  Money with the --

3    with Julian being on the payroll at the dentistry;

4    complaining about some other things.

5         And Larry said, "Stop, Lori.  Listen.  I've got

6    bigger issues.  They're saying I killed my F-ing wife for

7    you."

8         Now the music cuts off after the disagreement,

9    after he says, "Stop, they're saying," and all the bartender

10   hears is that latter part.  Lovelace will admit that he

11   didn't hear what happened right before the music cuts in.

12   And if this is what their case depends on, I can't believe

13   we're going to be sitting here for three weeks.

14        You're also going to hear, ladies and gentlemen,

15   that you can't tell the angle of the shot because we don't

16   have x-rays from the autopsy.  You heard the prosecutor say

17   that there were different statements that Larry Rudolph

18   made.  He has always said he was in the bathroom.  You're

19   going to hear that from the witnesses.  They're going to try

20   to remember something from six years ago now.  And somebody

21   might say "shower" or something like this, but Larry Rudolph

22   always said he was in the bathroom.  Doesn't -- why would he

23   say he was in the shower?  That doesn't cover anything up.

24        So let me just finish my opening where I started.

25   There's simply no evidence of murder.  No witness will say

1    that Larry Rudolph murdered his wife.  Not one.  Not one

2    witness will say that.  There's no physical evidence to

3    support the prosecution's speculation.  No physical evidence

4    and no witnesses.  Are you kidding me?  Proof beyond a

5    reasonable doubt.  We don't have a witness or piece of

6    physical evidence?  There's no fingerprints, no DNA on the

7    gun.  There's no gunshot residue on Larry Rudolph's hands.

8            Dr. Rudolph's reaction is absolutely consistent

9    with an accident and not murder.  Of course the Zambians,

10   who investigate, clear it.  Now they may disagree with the

11   Zambian authorities, so we may have a disagreement, but

12   that's not proof beyond a reasonable doubt; that's not

13   evidence.  The insurance companies, who never want to pay a

14   claim, investigated and paid.  The witnesses on the scene

15   believed this was an accident.  Even though they initially

16   assumed that she didn't want to be cremated and that this

17   was rushed, we had to disprove that and give them the will.

18           There was no financial motive.  He had a postnup --

19   they had a postnuptial agreement and they were worth a lot

20   of money.

21           So at the end of the day, ladies and gentlemen, I'm

22   going to ask you to please, please focus on the evidence

23   from October 11th.  Use your common sense in this trial.

24   Don't check your common sense at the door.

25           I'm glad he's shaking his head yes because I'm

1      going to ask you to use your common sense.  Murderers don't

2      shoot through soft cases in plain sight with people in and

3      out of the room and risk being sent to a Zambian prison if

4      you miss by half an inch or risk being seen.

5           Your common sense will show you the way in this

6      case because they sure don't have the evidence; they sure

7      don't have the witnesses; and we have the truth on our side.

8           I'm sorry I got a little worked up.  I've been

9      waiting a long time to get up here and tell you that Larry

10     Rudolph is innocent.  Thank you for paying such close

11     attention.  I look forward to being with you over the next

12     few weeks.

13           Larry Rudolph is innocent in this case, ladies and

14     gentlemen.  Thank you.

15           THE COURT:  All right, thank you, counsel.  Folks,

16     we're going to take our morning recess and then when we

17     return, we'll hear the opening statement for Defendant

18     Milliron.  We'll be in recess for 15 minutes.

19           (Recess taken 10:24 a.m. to 10:43 a.m.)

20           THE COURT:  All right, opening statement for

21     Defendant Milliron.

22           MR. DILL:  Thank you, Your Honor.

23           THE COURT:  Mr. Dill.

24           MR. DILL:  Good morning.  Good morning.  I'm John

25     Dill.  I represent Lori Milliron.  This is my chance to talk

1    to you about the evidence.  And we've heard that term a

2    little bit.  "The evidence is going to show this or show

3    that."

4          I want to talk to you a little bit what your job is

5    going to be in this case.  I mean, ultimately at the end of

6    the case, you're going to get the law that the judge gives

7    you and you get all the evidence and your memories of this

8    and he's going to give you a form -- a verdict form and

9    you're going to talk to each other about how you feel about

10   those questions.  That's what your job is going to be.

11         And instead of, you know, raising my voice or

12   pointing at the table or pointing at people, I want to take

13   you through what the actual evidence that you're going to

14   see and how that's going to inform your decision at the end

15   of this case and that I submit that decision will be.

16         Lori Milliron, my client, is not guilty.  She never

17   lied to the grand jury.  She never knew about a murder and

18   tried to cover it up.

19         Ms. Milliron, unfortunately, is caught up in what

20   here looks like a square peg of a Government's theory into a

21   round hole.  So in order to talk to you about how do we get

22   here now in 2022, why are we here, why is my client here, I

23   need to talk to you a little bit about what the accusation

24   in the case is.  Okay?

25         And like we talked about when we had the little

1    conversation yesterday, this case isn't about big-game

2    hunting; it's not about what people do in their marriage;

3    whether people are having affairs; whether Dr. Rudolph or

4    Lori are unpleasant people to work for as bosses.   It

5    doesn't have to do with their wealth or any of that.

6         What the Government's job -- their single job in

7    this case -- is they have to prove to you Dr. Rudolph

8    murdered his wife and my client knew about it and lied to

9    cover it up.  So everything else, as my colleague,

10   Mr. Markus, says, is noise.

11        But let's focus on those questions and whether

12   there is, in fact, evidence, proof beyond a reasonable

13   doubt.  And as I said, it's not -- I could sit here and go

14   (indicating) all we want, but at the end of the day, I have

15   to tell you:  This isn't evidence.  The evidence is going to

16   be what you see from the witness stand.  I'm going to take

17   you through some of it here.  Okay?

18        So we go past the accusation and we start looking

19   at:  Who are these people?  Well, this morning we heard Lori

20   Milliron.  That's his mistress -- his long-time mistress.

21   Well, you know what, you're going to get to know her through

22   this case.  Who's Lori Milliron after all?  Do you mind

23   standing up, Ms. Milliron.

24        And I think she'll forgive me, but this is Lori

25   Milliron.  And she's 64 years old.  Grew up in

1       Pennsylvania -- you can sit back down, thank you -- grew up

2       in Pennsylvania, Steelers country.  Married young.  Didn't

3       have a very pleasant marriage, and had a divorce.  And had

4       three children from that marriage.

5              So she has three grown children and a grandchild

6       which she essentially raised, who's now 12 years old.  That

7       will become important and you'll see why.  That kind of

8       relationship, and her relationship with her kids in this

9       case, some might say, "Well, what difference does that

10      make?"

11             Well, it makes a difference in this case as to who

12      she is and who her family is because the sole witness that

13      the Government is going to call to say that my client gave

14      Dr. Rudolph an ultimatum is going to say -- we expect her to

15      say, that she, my client, in 2015, said to this person, Anna

16      Grimley, that "Dr. Rudolph and I are going to run away

17      together and take a bunch of money and move out of the

18      country."  Okay.  And that she would disappear, right?

19             Well, the fact of the matter is, you're going to

20      find out she has a very close relationship with her kids.

21      She never left the country after the accident with

22      Mrs. Rudolph happened.  They never disappeared.  We'll dig

23      into that a little bit, but when we start looking at what

24      the evidence in the case is, you have to look at:  What is

25      the sound bite and what is the actual truth?  Because this

1    is going to be a -- together, this is going to be a search

2    for the truth.  And I'm going to take you through how we get

3    there and how we find out what actually happened and what is

4    really happening in this case.

5            Ms. Milliron, in 2003 -- at this point in time that

6    she'd been divorced -- and keep in mind she had been

7    divorced and was a single mom raising these three kids with

8    no child support, so supporting herself -- she was a dental

9    hygienist, and had worked in one town as a dental hygienist

10   and one day a week would drive into -- about 40 miles to a

11   place where Dr. Rudolph worked.

12           And, again, she has young children at home, she's

13   working.  And Dr. Rudolph, in 2003, was really nice to her,

14   started courting her.  In fact, you will find out he took

15   about a year.  He kept asking her out and she said, "Well,

16   you're married."

17           He goes, "Oh, we do our own thing, my wife and I."

18           At that point -- this is a few years after what my

19   colleague talked about, about the situation between

20   Mrs. Rudolph and Mr. Rudolph.  And, again, not -- it is

21   nontraditional.  It may somewhat be not what everybody would

22   aspire to, but that's not what this case is about.  Whatever

23   arrangement they had and whatever Dr. Rudolph was doing with

24   Ms. Milliron, it's between consenting adults.  Okay?  It's

25   not -- this isn't a trial for adultery.  It's about whether

1    he committed murder and she knew about it and lied about it.

2            So in 2003, finally she goes out with him and they

3    form a relationship.  We'll find out that Dr. Rudolph had

4    other relationships with other women, but they had a

5    relationship in 2003.  And interestingly, in 2004 to 2009,

6    they start traveling together quite a bit.  Not just

7    locally -- actually he was -- at that time Dr. Rudolph was

8    going for a hunting award called the Weatherby Award and he

9    had to travel all over the world, and Ms. Milliron traveled

10   with him about 65, 70 days a year.  Okay?

11           And so if Mrs. Rudolph had zero idea who

12   Ms. Milliron was, it wouldn't make a lot of sense that he's

13   gone all over the world with itineraries and everything

14   else, coming to the house with -- knowing that he's traveled

15   with her.  And we'll find out evidence that she knew full

16   well that Ms. Milliron had traveled with her husband to

17   Alaska, to different places.  So this wasn't some "Let's

18   keep this whole thing secret or somebody's going to find

19   out."

20           In fact, you'll hear from the witnesses that they

21   call from the dental practice, from back during this time

22   period, from 2003, 2004, 2005, all that time period up until

23   today, everybody knew that Dr. Rudolph and Ms. Milliron had

24   a relationship.  And she described it was a personal and a

25   professional relationship.

1          So there was never, "Let me hide this.  Let's keep
2     it away from the Government.  Keep it secret."
3          Now, out of discretion, Dr. Rudolph had these
4     different, you know, girlfriends, but it wasn't something
5     that, you know, he's advertising, but it was pretty
6     well-known; an open secret.  Everybody knew about it,
7     including Mrs. Rudolph, because you'll find out that during
8     the 2004 period all the way up 2010, Dr. Rudolph is also
9     supporting -- helping support her family.  There's checks
10     written to colleges, checks written on the personal account
11     of Bianca Rudolph and Larry Rudolph from their house to
12     college for one of her children.
13          So this is a long-term relationship that is not
14     building to some crescendo.  It's not a love triangle, that
15     "It's her or me.  I'm giving you an ultimatum."
16          We're going to talk about ultimatum in a minute.
17     "I'm giving you an ultimatum if you don't leave her.  If you
18     don't leave her, I'm giving you an ultimatum."
19          This is a long-standing situation.  2010, 2011, as
20     Mr. Markus said, it becomes somewhat embarrassing for
21     Mrs. Rudolph because somebody working with him has pulled up
22     a bunch of emails between Dr. Rudolph and Lori.  And you're
23     going to see them.  I'm confident you're going to see them.
24          A bunch of emails about, "Hey, I'll see you soon."
25     Lots of business but, "Hey, you're the love of my life."

1    "Hey, I can't wait to see you."

2         So those, from 2010, 2011, and the timeline in this

3    case is critical, okay?  We have to look at what happened

4    when.

5         2010, 2011, these emails become discovered and

6    Bianca becomes aware of them.  And, of course, she knew

7    about Lori Milliron, too, because other employees had come

8    to her and said, "Hey, you know, your husband is dating Lori

9    Milliron."

10        Okay.  Well-known -- well-known to her -- to

11   Mrs. Rudolph that this is going on.  So in 2010, 2011, she's

12   working at Three Rivers Dental Group, which is the dental

13   practice.  Takes her off the payroll.  She takes some time

14   off, travels, works remotely.  And then instead of paying

15   her a salary, essentially is paying her money and supporting

16   her from 2010, '11, '12, '13, '14, '15, okay, '16.

17        And when I talked to you about the emails before,

18   something that's very important that you want to look at,

19   that -- keep in mind, the theory is that he's motivated to

20   now finally live openly with Mrs. Milliron -- or

21   Ms. Milliron.  And we have all these emails, these love

22   emails, "Aha, see, here's the motive in 2010, 2011."  Okay?

23        Well, let's look at the email traffic -- and,

24   again, this isn't my analysis, this is the United States

25   Government's analysis of the emails.

1          The FBI pulled all the emails; the number of emails

2     to Larry; the number of emails exclusively to Larry out of

3     the total number of emails from her personal account.  The

4     same personal account that in 2010 and 2011 these love

5     emails are there, and they're saying, "There's the motive."

6          Well, is this building to a crescendo in 2016, that

7     he's planning to murder his wife for you?  And we heard

8     that.  "I killed my wife for you."  With the inflections and

9     all that.  Does that make sense?  That they're not even

10    really communicating.

11         As a matter of fact, in 2015, Ms. Milliron is now

12    working at a -- working out of a different office further

13    away from her grandchild and her children.  She signed a

14    one-year lease further away from Pittsburgh.  And

15    Dr. Rudolph at that point in time has moved to Arizona and

16    built a mansion with Mrs. Rudolph.

17         You'll see the airline tickets and airline flights.

18    He's flying all around the world at the point in time with

19    Mrs. Rudolph.  He's gone to Africa in 2015 with

20    Mrs. Rudolph.  So where is this he needs to live openly with

21    his mistress in 2015?

22         And in 2015, keep in mind, this is when the alleged

23    ultimatum that -- the ultimatum takes place.  And let's go

24    ahead and focus in on that.  Where's this so-called

25    ultimatum?  It's just outside of Pittsburgh where my client

58

1    has signed a new one-year lease.  She finds out, doesn't --

2    has not known but finds out through rumor that Dr. Rudolph

3    has moved away to Arizona.  So this isn't this ongoing,

4    heated love triangle.

5           In 2015, there's somebody called Anna Grimley.

6    Again, Anna Grimley, the cornerstone, the only witness

7    against my client, and they're saying she lied about, Anna

8    Grimley is working at the office, is a dental -- is actually

9    supposed to be a manager.  She's upset because she's not a

10   manager -- not a regional manager.  She needs help building

11   a dresser.

12          My client says, "Hey, I'm a single mom.  I have

13   tools.  I'll help you out."

14          My client goes over, gets the Ikea instructions

15   out, takes, of course, a few hours, has some small talk,

16   some chitchat with Anna Grimley.  Doesn't really even

17   remember the conversation.  May have mentioned, "Hey, I got

18   this year lease that when my lease is up, I'm out of here.

19   I'm back to closer to where my grandson is so I don't have

20   to drive so far."  But that's the extent of it.

21          And interestingly, Anna Grimley, if we follow --

22   let's say it's a character in a movie -- let's follow Anna

23   Grimley after this so-called ultimatum.  Because Anna

24   Grimley -- the Government says that my client suddenly

25   confessed to her and says, "You know what, I gave him an --

1    I gave him an ultimatum.  I gave him a year, a year, and

2    then I'm leaving you."  That's what -- that's the

3    cornerstone of their case.

4          Let's follow Anna Grimley.  Anna Grimley, although

5    she's sworn in front of the grand jury, "Hey, I left the

6    dental practice because it was shady and I didn't like it."

7    Anna Grimley ends up costing the dental practice about a

8    half a million dollars by her incompetence.  She's written

9    up not once, not twice, but three times, even though she's

10   sworn under oath, and swore here, "I left because I didn't

11   like it."

12         And they fire her, Anna Grimley.  We didn't hear

13   about that.  We'll be curious if she mentions that when she

14   comes in here, but the firing is one thing.  After the

15   incident with Bianca Rudolph, what does Anna Grimley do?

16   She supposedly is armed with this information that "I know

17   what this motive is.  I know what the motive is.  It's that

18   she gave an ultimatum and he would never divorce his wife."

19         Her first call to the FBI in 2017, a few months

20   later, first call to the FBI, "Hey, this is Anna Grimley.

21   Dr. Rudolph was going to give or -- going to divorce his

22   wife."  Okay?  So wait a minute.  I thought there was an

23   ultimatum and he was never going to divorce his wife and now

24   he was going to divorce his wife?  But there's nothing about

25   an ultimatum in 2017.

1        As a matter of fact, when the FBI agents go and

2   talk to her about a couple of years later, they say, "Why

3   don't you tell us about your conversation with Lori

4   Milliron."

5        "Yeah.  Yeah, you know, I don't really remember a

6   whole lot about it."  It's -- and you'll hear this, you got

7   the tapes -- "I don't remember a whole lot about it.  I

8   remember she talked and she may have been moving back to

9   Texas with her kids."

10       Well -- I think it's this gentleman -- "Well, would

11  you say that he gave her an ultimatum?"  First time we hear

12  that word, but not the last.  She goes, "Yeah, she --

13  something was going to happen in a year.  Yeah.  That's

14  right."

15       "Okay.  So it was an ultimatum.  She gave Larry an

16  ultimatum.  That's what you're saying?"

17       "Yeah.  Yeah, that's right."

18       Then interestingly, when she gets to the grand

19  jury, then it's, "She gave an ultimatum," and now today, a

20  week ago, she's telling the press, he -- she said that he

21  was going to get rid of her.

22       So we have to look at:  What was happening when,

23  and what actually makes sense?  Okay?  That's the

24  cornerstone of their case where they say my client lied

25  because she wanted to be with Dr. Rudolph.

1          Fall 2016.  Ms. Milliron finds out through a text

2    message that there's been a horrible accident.  Finds out

3    through a text message, horrible accident to Bianca Rudolph.

4    Gets that from Larry.  And she's up in Pittsburgh.

5          And now keep in mind the theory is he killed his

6    wife for her; that he's going to run away with her and live

7    openly with her.  That's the motive.  Remember, that's the

8    cornerstone of their case against Dr. Rudolph; that he did

9    it for her.  Steak 44.  "See, we got you."

10          Well, in the fall of 2016 after the funeral --

11    after the funeral, Dr. Rudolph buys a plane ticket.  So of

12    course he buys the plane ticket and flies the love of his

13    life to Las Vegas, Nevada.  Now I didn't pull the wrong

14    slide.  So the day after the funeral, he's not flying

15    Ms. Milliron to Las Vegas.  He's flying somebody named

16    Tiffany Joy Reedman.

17          Now, we kind of glossed over that, right?  Why is

18    it that if my client's the love of his life, and he's being

19    killed -- or, rather, Ms. Rudolph is being killed for her,

20    he doesn't fly her to Las Vegas?  He flies this Tiffany Joy

21    Reedman person, who we're not going to hear from.  Who is

22    she?  But certainly traveled to Las Vegas with her.  Now

23    they're going to say, "Well, he did buy a ticket for

24    Ms. Milliron but then he canceled it."  Okay.

25          You know what, we're not here to talk about what's

62

1     appropriate after a funeral.  If he's going off with some
2     woman to have fun in Las Vegas as an escape, you know what,
3     that's not why we're here.  But the fact of the matter is,
4     that is inconsistent.  These are inconsistent with somebody
5     who's doing -- murdering somebody for my client.  And then
6     my client's going to lie and cover it up?
7            She ends up seeing Dr. Rudolph right around the
8     election in 2016.  Goes and sees him in Idaho.  And
9     she'll -- he appears to be very depressed, very down.  I
10    wonder why.  Very depressed and down.  And never really
11    talks about what happened other than it was an accident.
12           And Government will say, "Why wouldn't he tell you
13    more?"
14           Well, let's think about it.  The man's a widower.
15    There's been a horrible accident.  I mean -- and how many
16    people who have a relationship with somebody say, "No, I
17    want you to tell me in detail about what happened."
18           They don't essentially talk about it.  She sees
19    that Dr. Rudolph is down.  She starts spending more time
20    with him, between going to Arizona and going to Pittsburgh.
21    Their relationship, they become closer probably because of
22    the tragedy that happened.  That goes on.
23           And then she ends up continuing on, working, coming
24    back to work, and now she comes back on the payroll like a
25    year later; comes back on the payroll.

1          Now, I heard it right here.  I heard my colleague

2     say:  "She says that she was on the AmEx card in front of

3     the grand jury.  Lies."  She was on the AmEx card because it

4     was a perk for her employment.  That's what she testified in

5     front of the grand jury.  "This is a perk for my

6     employment," okay?

7          She had a salary -- or actually ended up getting a

8     salary, but took a little bit less so she would have a

9     $2,000-a-month spending limit on an AmEx.

10          And let's look at this.  The business -- Three

11    Rivers Dental Group, this is the business card.  And the

12    reason I pull up here, Lawrence Rudolph and Julian Rudolph,

13    okay, in April of 2017, is because the sole piece of

14    evidence that the United States Government has that my

15    client lied about when she became on the credit card that it

16    wasn't a perk, the sole piece of evidence is to say:  Well,

17    Julian Rudolph was on the dental card and he wasn't an

18    employee, so she must have gone on the credit card when she

19    got on there, which was the next month -- you see the huge

20    spending instead of cash, 800 clams, that month.

21          They're saying the sole reason is that Julian

22    Rudolph is not an employee so, therefore, she lied in front

23    of the grand jury.  That's the evidence.  But you know what,

24    the FBI flew all over the world; Africa multiple times.  Had

25    people pretend to be hunters to come to dinner with my

1    client and Dr. Rudolph and pretend -- while they're taping

2    them, pretend to -- pretend to be hunters.  They went all

3    over the world.  They pulled thousands and thousands of

4    documents, hundreds and hundreds of man hours, but they

5    never pulled the payroll from Three Rivers Dental Group,

6    because if they had, probably the first thing -- if they

7    had, they would have seen Julian Rudolph, an attorney, is on

8    the payroll and has been on the payroll since he passed the

9    bar.

10            So the cornerstone of "this is all lies" is based

11    on an assumption, not proof.  And let's look at the proof.

12    Again, more proof as we go through here.  Let's talk about

13    Steak 44.  And it's -- what Ms. Milliron experienced is

14    exactly what my colleague talked about.  Let's just back it

15    up and talk about Steak 44.

16            The Government wants this to be this Danielle Steel

17    type of confession here in the steakhouse, okay?  Does that

18    make a lot of sense?  I mean, in real life do people say to

19    each other, "Hey, I killed my wife for you."

20            "Okay, honey."

21            Right.  Let's think about it.  If he says that to

22    my client, does that make a reasonable person say, "Oh, be

23    still my beating heart; you killed your wife for me."

24            My client said, "If he had said that," like --

25    "like he murdered his wife for me, I'd be gone."  And that's

1      exactly what her kids said.  "No way I'm hanging out with

2      somebody who killed their wife for me."  I mean, she --

3      that's not what happened.

4              What did happen is very close to what Mr. Markus

5      says -- maybe not the complaining part -- but the part

6      about -- the part about Dr. Rudolph was basically saying --

7      and she was asking, "Hey, what about some money?  What

8      are -- the income?"

9              At this point in time they're living in Phoenix.

10     And, again, this is in -- at Steak 44 and -- in the 2020

11     time period, near around the pandemic.  But they're talking

12     about money.  There's issues on the income, that she's

13     helping run the office, and has been.

14             And he said, "You know what, I got all this stuff

15     going on.  I've got -- I got this business situation we

16     have.  I have -- you know, my children, I'm dealing with

17     them.  And they say I fucking killed my wife for you," okay?

18             And so now what we're talking about is in the

19     moments between a Spotify song switching from one song to

20     the other, that that's the Government's opening act and the

21     closing act of this concert of theirs.  That that is

22     everything:  Aha.  Does that make much sense?

23             And of course it's like when somebody may tell an

24     off-color joke or something gets heard, they're embarrassed.

25     She's embarrassed.  It's not storming out.  That's not what

66

1    happened.  And it's not the smoking gun that they want it to

2    be.   It's a conversation heard out of context.  And this

3    case is about "in context" and "out of context."

4              Christmas holidays, 2021.  Dr. Rudolph gets

5    arrested in Mexico.  My client gets served with a subpoena

6    right away.  They take him off; they take him away.  She

7    doesn't see him.  Served with a grand jury subpoena, okay?

8              Now, my client, around this point in time, is

9    concerned about, "Hey, what should I do, you know?  Should I

10   get a lawyer?  You know, I'm not sure what they're going to

11   ask me.  I'll just go in there."

12             And what does she ask -- who does she ask?  She

13   asks my colleague here, who's representing Dr. Rudolph, "Hi

14   there, totally up to you if you want to get a lawyer.  Keep

15   in mind a lawyer in a grand jury, the lawyer sits outside.

16   You have to come in by yourself.  So you're questioned going

17   out, the lawyer's not in there with you."

18             What she said, which is understandable, "I don't

19   want to say the wrong thing."

20             And what's his advice to her?  "Just tell the

21   truth."

22             What does she say when she calls up Dr. Rudolph on

23   the phone and the Government's recording it?  "I'm just

24   going to go in there and be honest and tell the truth."

25             This is all before -- so this is all part of some

1    scheme.  And, again, let's think about it.  My colleague's

2    representing somebody who's supposedly confessed to this to

3    my client and he's saying, "Just go in and tell the truth."

4    Does that -- does that ring true or make sense?

5        Or is it, "Hey, I don't know anything about a

6    murder; he said it was an accident.  We've never really

7    talked about it.  I had a relationship with him before; I

8    have a relationship with him now.  I'm just going to go in

9    and tell the truth."

10       And she goes in front of the grand jury.  And,

11   again, without an attorney, but that's fine.  You know,

12   obviously the attorney's outside, she's not coming in to

13   make up a story or a lie, as they say.  And this is where

14   "in context" and "out of context" is the issue.

15       Told the jury -- you heard before that she

16   denied -- she denied the affair in front of the grand jury.

17   Well, you could have the grand jury testimony.  We're going

18   to go through it together when you have it.

19       He said they were in an open marriage and they did

20   their own thing.  She had affairs with men, he had affairs

21   with women.

22       My colleague here, Mr. Fields:  "While in the

23   relationship did you know whether he was married?"

24       "Yes."

25       "Who was his wife?"

1              "Bianca Rudolph."

2              "Do you know whether he told his wife about the

3       relationship?"

4              "Yes.  I know she was aware."

5              Okay, so where's the lies?  Where are we misleading

6       the grand jury?  Where's the fib?  Where's the thing to keep

7       him from getting indicted?  Because, again, they said if she

8       had told the truth then he would have been indicted.  But

9       guess what, he was indicted.

10             How about this one?  "How do you not remember

11      putting $20,000 in cash?"

12             Okay, well, in context, most people think, "Hey,

13      $20,000, I remember putting $20,000 in cash."

14             "How about $60,000 in cash?"

15             Well, if we look at that out of context, not the

16      rest of the questions, it looks like:  How does somebody not

17      remember a big sack full of cash?  Well, it turns out then

18      they say, "Oh, you don't remember?  Let's look at your

19      deposit slips."

20             And they had all her deposit slips and all the cash

21      flow.  And it turns out for -- that while he was supporting

22      her during that time period, he would pay expenses, he would

23      send her cash, he would give her cash.

24             And when you look at it, and she tells the truth

25      here:  "What are those?"

1           "Deposit slips."

2           "For cash?"

3           "Yes."

4           They seem to go in the account.

5           "Who was the source of that cash?"

6           "That would have been Larry Rudolph."

7           Oh, I'm sorry, I thought we were misleading people

8       and lying.  That's true.

9           "Why was he giving you money?"

10          "He would help me out."

11          "For what?"

12          "Expenses."

13          "What would he give you?"

14          "Give me expenses.  Paid for bills, for education."

15          And then they asked about the relationship.  "What

16      did you do?"

17          "We traveled mostly.  I started with him in 2003,

18      2004."

19          "Were these payments part of that relationship?"

20          "I don't know."

21          "Were you having a sexual relationship with him?"

22          "We did occasionally."

23          "Was he supporting you financially?"

24          "You could say that."

25          "These cash payments, was that part of him

1      supporting you?"

2              "I would say so."

3              "The payments to your daughter, was that --"

4              "Yes."

5              "So earlier when you said you didn't know why he

6      was giving you all the money, do you now have a better

7      understanding?"

8              She said, "I did know why he gave me the money.  I

9      don't know what each specific amount was for."

10             Because, again, we're going back several years.

11     They're like, "What was this for?"  He was supporting her.

12     And beyond that, she says it -- I didn't realize that this

13     would be denied -- she says it in front of the grand jury,

14     "Yeah, we were having an affair."  That's in front of the

15     grand jury.

16             So where is the misleading or the obstruction or

17     the lying that they're talking about?  It's not in the

18     evidence.

19             Did his wife get upset?  Did you ever wonder why

20     his wife would allow him to pay thousands of dollars?  Her

21     answer there, "Well, it was his business."

22             Again, why does she get -- she has a relationship

23     with him.  Again, why is she going to get in the middle of

24     that?  It's his business.  He and his wife do their own

25     thing.  And obviously Ms. Rudolph's aware of it.  Okay.  But

1    where are the lies?

2              And, again, "Do you know whether they had

3    agreements regarding their marriage?"

4              "Yes, they had a written agreement."

5              The postnup that the Government is now calling an

6    alleged postnup.  He had mentioned it and -- through

7    conversation.  Now they're going to say, "Well, there's

8    people coming in and saying that they don't believe that she

9    had it."  That's the extent of the evidence that this

10   postnup has been confirmed by the FBI document examiner that

11   that is fake or an alleged postnup.

12             "Did he ever discuss leaving Bianca?  Did he ever

13   talk about leaving Bianca?"

14             "No, he didn't."

15             "Did he ever talk about a divorce?"

16             "No, he didn't."

17             "Did you ever ask him to leave him and tell him?"

18             Remember, he -- she wants to be married to him so

19   bad.  "I had been married 16 years.  I've been divorced for

20   26.  Had no desire to remarry.  No desire to remarry."

21             And, interestingly, the trust that was put together

22   by Dr. Rudolph, the trust planning thing that they said that

23   he put together a trust, you look at those documents, turns

24   out if Dr. Rudolph gets remarried after those trust

25   documents, there has -- he can't give them to the new spouse

1    here, whoever he marries.  It goes back into the trust.

2            Does that sound like somebody who's planning to

3    murder his wife for his girlfriend when he's tying up all

4    the money into trusts for his family?  That's what the

5    evidence is going to be in this case.

6            "How did you find out?"

7            "Again, said there was a terrible accident."

8            And guess what.  You think, okay, the grand jury

9    listens to all that evidence; the FBI gives all that

10   evidence.  And they talk to the grand jury about Anna

11   Grimley and they -- the -- and then the grand jury indicts

12   my client.  Well, now, grand jury hears all that

13   information, the same information that they're presenting in

14   front of you that they're saying she lied about.  They hear

15   all of that and they don't indict her.  They return an

16   indictment against Dr. Rudolph.

17           Remember, it was like, "Oh, she went in there to

18   obstruct.  She went in there to obstruct and keep them from

19   indicting him."  Well, he was indicted, was he not?

20           And they have to go back a second time and this

21   time they bring Anna Grimley in front of the grand jury who

22   now says, "I specifically remember the conversation.  She

23   said she had given him an ultimatum."  Her quotes.  Where

24   did that word come from?  Were those her words?  And then

25   they indict her for why we're here today.

1          And so when we look at what the evidence that you

2     will see against my client -- and obviously my colleague

3     talked about all the lack of evidence, or the issues and

4     what -- who might be called, but we have Anna Grimley.

5          And I talked to you about her morphing and changing

6     statements, and about:  Is she being helped along here and

7     coached?  They have Sherry Houck, somebody who used to work

8     at the dentistry, saying something about, "Oh, well, I

9     remember they ordered propofol which is a sleep drug, and I

10    thought it was suspicious."  Well, propofol is what they use

11    in the dentistry.  Propofol is not a murder weapon.  There's

12    no propofol anywhere.  It's a red herring in this case.  If

13    you inject somebody with a syringe full of propofol, it

14    doesn't do anything.  Remember when Michael Jackson -- you

15    have to draw an IV and titrate it.

16         So this is -- supposedly they're planning an

17    alternate murder weapon is what the theory is here, by

18    ordering propofol, which is used in the dental practice,

19    that he might bring it to Africa.  And what is he going to

20    do, "Hey, let me draw an IV for you.  Oh, that's not

21    working, let me grab the gun."

22         All right.  It's nonsense.  That's what the

23    evidence in this case is going to be.

24         And then, finally, Rachel Anders.  Okay?  Rachel

25    Anders is going to -- we expect her to say that she

1    overheard a conversation 2011-ish -- yeah, around 2011.  She

2    overheard a conversation at her son's baptism -- now Rachel

3    Anders is the mother of -- I don't know how to say this --

4    so it's -- adam Moroz is my client's son; they had a child,

5    Mason.  And the mother of Mason is Rachel Anders, okay?

6              Now, you'll learn that Rachel Anders, despite

7    telling the FBI, "Please protect my son because I'm worried

8    about this," Ms. Anders has not seen her son in eight years

9    because she lost custody and blames my client.  In fact,

10   told the FBI, "I think she's a money hungry bitch."

11             Rachel Anders, whose alcoholism is so bad -- and

12   I'm not criticizing people for being alcoholic -- when

13   you're talking about memory and things like that, somebody

14   who has had not one, not two, but three children taken away

15   because of their chronic alcoholism, saying that they

16   overheard a conversation which -- here's the original

17   conversation she said she heard at the baptism, that my --

18   that Dr. Rudolph said to -- to Ms. Milliron, "Yeah, I'm

19   going to divorce her because she's worth more to me alive

20   than dead."

21             COURTROOM DEPUTY:  Counsel, two-minute warning.

22             MR. DILL:  Okay.  "More to me alive than dead."  My

23   colleague here, when he talks to her, "Don't you mean more

24   dead than alive?"

25             "No, more alive than dead."  Okay.

1          Well, then, last week when they're talking to her,

2     they said, "Let's go one more time.  Was it more alive than

3     dead Or more dead than alive?"

4          "Hhm.  Yeah, you know, I think it was maybe more

5     dead than alive."

6          Was it because the first time when she told them,

7     she was making it up?  Was it shortly after when they found

8     her outside the Applebee's passed out drunk.  And she got

9     admitted for that.  The first of many, many, many times.  So

10    you get to judge her credibility and her memory, and whether

11    that supports beyond a reasonable doubt that my client lied

12    to protect somebody who had murdered his wife for her.

13         As we take the jury through evidence, as we look at

14    what happened, ask you again to look at the facts and not

15    the rhetoric and the yelling.  Look at what actually

16    happened.  And when you see the truth, when you see the

17    evidence, my client is -- will be then, as she is now,

18    innocent, not guilty.

19         Thank you, Your Honor.

20         THE COURT:  Thank you, counsel.

21         All right, will -- Ms. Guerra, can we get the

22    lectern back to the original --

23         MR. MARKUS:  Your Honor, may we come sidebar on one

24    issue?

25         THE COURT:  Okay.

76

1          (Discussion at sidebar)

2              MR. MARKUS:  Your Honor, there was a lot of talk

3     about the grand jury during my colleague's opening -- during

4     Mr. Dill's opening, and I would request that the Court

5     instruct the jury that whether a grand jury brings back an

6     indictment or not is no evidence at all.  I know the Court

7     did that yesterday, but because there was so much talk about

8     it in Mr. Dill's opening, I would request an instruction to

9     the jury that a grand jury indictment against Mr. Rudolph is

10    no evidence.

11             THE COURT:  Mr. Dill.

12             MR. DILL:  Yeah, I would agree, Your Honor.

13    Obviously it's part of the charges against my client, so I

14    had to mention them, but I have no objection to the request.

15             THE COURT:  Mr. Fields.

16             MR. FIELDS:  No objection.

17             THE COURT:  So basically you want to use -- repeat

18    what I said yesterday?

19             MR. MARKUS:  Just one line that:  You heard

20    Mr. Dill mentioning the grand jury brought an indictment

21    against Dr. Rudolph.  Please remember that's not evidence

22    against Dr. Rudolph.

23             THE COURT:  The superseding indictment.

24             MR. MARKUS:  Yes.

25             THE COURT:  Or both the original --

1        MR. MARKUS:  I would just say superseding

2   indictment.  Thank you.

3        (End of discussion at sidebar)

4        THE COURT:  All right, folks, before the Government

5   calls its first witness, I want to remind you something that

6   I said yesterday, which is -- and the reason I'm doing it is

7   because you heard a lot of reference to the grand jury and

8   indictments from the grand jury.  Please remember that the

9   superseding indictment that was returned by the grand jury

10   in this case was for -- is for informational purposes only

11   for the parties so that the defendants know what they're

12   being charged with and it is not evidence of anything.

13        All right, the Government may call its first

14   witness.

15        MR. FIELDS:  Thank you, Your Honor.  The Government

16   calls Ralph Finizio.

17        COURTROOM DEPUTY:  Please raise your right hand.

18        RALPH FINIZIO, GOVERNMENT'S WITNESS, SWORN

19        COURTROOM DEPUTY:  Thank you.  Please be seated and

20   remove your mask for us.  Then state your full name for the

21   record and spell your first and last names for us.

22        THE WITNESS:  Ralph Anthony Finizio.

23   F-i-n-i-z-i-o.

24        MR. FIELDS:  May I inquire, Your Honor?

25        THE COURT:  You may proceed, counsel.

1          MR. FIELDS:  Your Honor, before I begin, the

2     parties have reached stipulations regarding the

3     admissibility of the following exhibits.

4          THE COURT:  All right.

5          MR. FIELDS:  They are Government's Exhibits 1

6     through 40, 43, 45 through 56, 70 through 74, 90 through 92,

7     200 through 215, and 220 through 266.  In addition, the

8     parties have stipulated to the admissibility of Government's

9     Exhibits 60 and 430.  Those were accidentally mismarked on

10    the exhibit list, Your Honor, but those are stipulated as

11    well.

12          THE COURT:  All right.

13          MR. FIELDS:  And the parties have stipulated to the

14    admissibility of Rudolph Exhibits RU through RA-9, RA-15 to

15    RA-29, RA-36, RA-37, and RA-39.  And then, finally, the

16    parties have stipulated to the admissibility of Milliron

17    Exhibits MA, MB, MC-1, MC-2, ME, and MF.  And I would move

18    to admit all of those exhibits at this time.

19          THE COURT:  All right.  Given the stipulation of

20    the parties, Government Exhibits 1 through 40, 43, 45

21    through 56, 70 through 74, 90, 91, 92, 200 through 215, 220

22    through 266, 60, 430.  RU through RA-9, RA-15 through RA-29,

23    RA-36, RA-37, RA-39, MA, MB, MC-1, MC-2, ME and MF.

24          Given the stipulation of the parties, those

25    exhibits are admitted into evidence and may be published to

DIRECT - FINIZIO

1    the jury.

2         (Exhibits received)

3              MR. FIELDS:   Thank you, Your Honor.

4                      DIRECT EXAMINATION

5    BY MR. FIELDS:

6    Q.    Mr. Finizio, good morning.

7    A.    Good morning.

8    Q.    Who is your sister?

9    A.    Bianca Rudolph is.

10   Q.    Is she still alive?

11   A.    She's not.

12   Q.    When did she die?

13   A.    I don't know the exact date when she died.  It was, I

14   think, just shortly before my oldest son was to be married

15   in October of 2016.  The wedding was the 15th of October.

16   That's the day on which I learned that -- well, actually, I

17   didn't even learn that she had died on that day.  I learned

18   it on that day that she and her husband, Larry, would not be

19   attending the wedding.  I didn't learn until several days

20   later that she had died.

21   Q.    Who was with her when she died?

22              MR. MARKUS:  Objection.  Speculation.

23              THE COURT:  I think you need to lay foundation.

24   BY MR. FIELDS:

25   Q.    Do you know who she was with when she died?

**DIRECT - FINIZIO**

1    A.    Well, I know that she and her husband, Larry, were

2    planning to attend the wedding, and then from the wedding

3    they were to accompany my wife and I and two other family

4    couples on a trip out west that would end at their home in

5    Scottsdale.  So based on that, I believe that her husband

6    was with her on that trip.

7    Q.    What was the cause of her death?

8            MR. MARKUS:  Objection, Your Honor.

9            THE COURT:  Sustained.

10   BY MR. FIELDS:

11   Q.    Do you know the cause of her death?

12   A.    I know it now.  A gunshot wound.

13   Q.    Have you had any discussions with Lawrence Rudolph

14   about the circumstances of the death?

15   A.    Only one.

16   Q.    Are you prepared today to tell the members of the jury

17   about this one discussion?

18   A.    I -- I will testify to the best of my recollection

19   about that one discussion, yes, sir.

20   Q.    Let's back up a little bit.  When was your sister born?

21   A.    1960.  December 4th, I believe, of 1960.

22   Q.    Who are your other siblings?

23   A.    I have an older brother, Vincent, two years older, and

24   me, and Bianca was two years younger than me.  Just the

25   three of us.

DIRECT - FINIZIO

1    Q.    Where was Bianca born?

2    A.    Pittsburgh, Pennsylvania.

3    Q.    Where did she go to college?

4    A.    University of Pittsburgh.

5    Q.    Who did she meet there?

6    A.    She met Larry at the University of Pittsburgh.  I think

7    Larry was a number of years -- I don't know exactly how

8    many -- older than her.  I think she was in her early

9    undergraduate years and Larry may have been in dental school

10   when they met, but that's where they met.

11   Q.    When did you first meet Larry?

12   A.    I don't know how many -- I don't know how long it was

13   before they first started going out, but after they began

14   dating, and I think Larry was actually out of dental school

15   at that point.  Bianca brought him to a family dinner at my

16   parents' home and that's where I first met him.  I believe

17   that's accurate.

18   Q.    Did they get married?

19   A.    They did.

20   Q.    Do you know when?

21   A.    I know the year, 1982.  I have forgotten the date of

22   their wedding anniversary.

23   Q.    Where was the wedding?

24   A.    It was at an event -- a space just in suburban

25   Pittsburgh.

DIRECT - FINIZIO

1    Q.    Was there a church wedding?

2    A.    There was, yes.  At our local -- at the parish that my

3    parents and I and Bianca were members of at the time.

4    Q.    What church was that?

5    A.    St. Thomas More.

6    Q.    What faith tradition?

7    A.    Of Roman Catholic.

8    Q.    How would you describe Bianca's religious views?

9    A.    The -- they seem -- well, let me first say, I -- there

10   were periods in her life where I had opportunity to observe

11   her religious views.  I think when she was in -- we all went

12   to Catholic high school, first grade through 12th grade, and

13   were -- the family was very observant.  And she seemed to,

14   like my brother and I, fall in line, so to speak.  I don't

15   know exactly what her -- how close she stayed to the

16   Catholic faith, because over long periods of time,

17   particularly after her marriage where we didn't have a lot

18   of contact, but I do recall that the -- actually the last

19   time I saw her is when we visited -- my wife and I visited

20   her and Larry at their home in Scottsdale; I think it was in

21   February of the year that she died.

22          And I had a conversation with her then and she --

23   she indicated that she was -- and said things which revealed

24   to me that she was -- sort of reaffirmed her faith and was

25   a -- appeared to be a faithful, practicing Catholic.  I

DIRECT - FINIZIO

1    remember her actually chiding me a little bit for perhaps at

2    that point in my life not being quite as close to our faith

3    as she was.

4    Q.    Where did she and Larry live after the wedding?

5    A.    Greensburg, Pennsylvania.

6    Q.    How many kids did they have?

7    A.    Two.

8    Q.    What are their names?

9    A.    AnaBianca is the oldest and Julian the younger.

10   Q.    Where did your sister work?

11   A.    I believe upon graduation from the University of

12   Pittsburgh she worked at the university in some capacity;

13   research assistant or editorial assistant of some kind.  And

14   then when she got married, for periods of time -- I don't

15   know whether it was continuous or not -- she worked in

16   Larry's dental practice.  I don't think she worked -- ever

17   worked out of the home anywhere else.

18   Q.    What were your sister's hobbies?

19   A.    She was -- she was very interested in Italian language

20   and culture.  She -- I know she did a little sort of amateur

21   writing.  That's what I was aware of prior to her getting

22   married.  And after she got married I really didn't -- until

23   the hunting started, I really had no opportunity to observe

24   what her hobbies were.  I was not aware of any.

25   Q.    Well, so you mentioned the huntings.  Would you

DIRECT - FINIZIO

1    consider that one of her hobbies?

2    A.    I obviously don't know if it was her hobby or Larry's

3    hobby in which she then accompanied him or got involved, but

4    she was -- was -- often said she was on hunting trips.  And

5    I know she did some hunting, I don't know how much, on those

6    hunting trips.

7    Q.    What did she hunt?

8    A.    I think she hunted whatever Larry hunted; mostly big

9    game.  I recall seeing a picture of her with a rhinoceros,

10   which I think she shot.  Was a picture I remember of her,

11   pretty striking, standing next to, or kneeling next to, a

12   dead rhinoceros that I think she had shot.  So that's -- I

13   can't -- other than that, I can't say what other animals she

14   may have shot.

15   Q.    At some point in time during your relationship with

16   your sister, did she ever confide in you about her marriage

17   to Larry?

18   A.    Only once.

19   Q.    Approximately when was that?

20   A.    It's difficult for me to be terribly precise about

21   this.  I apologize.  I think it was 10 to 15 years, maybe,

22   prior to her death.

23   Q.    After she confided in you, did you talk to Larry?

24   A.    I did.

25   Q.    Was it in person or over the phone?

DIRECT - FINIZIO

1    A.    In person.  He had this conversation with my sister,

2    and then Larry contacted me, I've forgotten exactly how, and

3    asked me to meet him after work for a drink, which I did.

4    Q.    What did he say to you?

5    A.    He told me that they were having troubles in their

6    marriage, which I knew from my conversation with Bianca.  He

7    told me that he had had her -- because I think of some

8    suspicions about infidelity, and had her followed, and her

9    telephone calls monitored or tapped, whatever the right word

10   is.  So -- but I presumed at that point that he heard the

11   conversation I had had with Bianca several -- I think only

12   days earlier.

13   Q.    What did he want from you?

14   A.    He asked if I would be willing to help sort of patch

15   things up.  And I told him I would do whatever he and, in

16   particular, Bianca wanted me to do and asked me to do to

17   help make things right, if that's what she wanted.

18   Q.    What do you do for a living?

19   A.    I'm an attorney.

20   Q.    I want to show you now Defense Exhibit RX, which is

21   already admitted into evidence.  Can we pull that up.

22         Have you seen this document before your testimony?

23   If you need to we can scroll to the next couple of pages.

24   A.    Yeah, I think you showed it to me when you described to

25   me what you want me to be questioned -- I'm sorry, what you

DIRECT - FINIZIO

1    might be questioning me about.  That's the only time I've

2    ever seen it.

3    Q.   So let's look at page 30 of this exhibit.  Do you see

4    your name there?

5    A.   I do.

6    Q.   And if we go back up to page 2 of this exhibit -- bear

7    with us, ladies and gentlemen, sometimes it takes a little

8    while to get going, but we'll get smoother.  There we go.

9         Does this purport to be a postnuptial agreement?

10   A.   In looking at it, that's what I understand it to be.

11   Q.   Did Larry ever talk to you about a postnuptial

12   agreement?

13   A.   I don't recall him ever mentioning a postnuptial

14   agreement to me, no.

15   Q.   And now let's go to page 26 of this exhibit.  Do you

16   see signature lines for attorneys on this document?

17   A.   Yes.

18   Q.   Any signatures there?

19   A.   Just Bianca's and Larry's and a witness whose signature

20   I do not recognize.

21   Q.   During the time -- the entire time you knew Bianca and

22   Larry, did the existence of this agreement ever come up?

23   A.   No.

24   Q.   When he said that he wanted to patch things up, did he

25   reference this as a way to patch things up?

DIRECT - FINIZIO

1    A.    I do not recall him mentioning a postnuptial agreement

2    in that conversation we had.

3    Q.    Take that down.    Thank you.

4          But did either Bianca or Larry tell you whether

5    they had resolved their marital troubles?

6    A.    Larry -- I never spoke to Larry about those issues

7    again after that one meeting, and I didn't really speak to

8    Bianca directly about it at any later time either.    Neither

9    of them reached out for any sort of follow-up after those

10   respective conversations.    But I do recall Larry and Bianca

11   coming to a family -- I think it was a Christmas event at my

12   brother's house sometime after I had those conversations,

13   and I think it was in conjunction with -- with Bianca

14   telling me that she would be there, which was an unusual

15   occurrence at the time, they hadn't been all that close to

16   the rest of the family, and that things had been patched up.

17         And at -- I recall at that family event they --

18   they appeared to have been -- they were very affectionate to

19   one another.    I recall that.

20   Q.    During the other opportunities you had to observe them

21   together, did you observe any marital difficulties?

22   A.    I never did.

23   Q.    Would you describe Bianca and Larry as financially

24   secure?

25   A.    I -- I know nothing for certain, but they certainly had

DIRECT - FINIZIO

1    the -- Larry seemed to have a very thriving dental practice

2    and they lived a lifestyle which suggested they were very,

3    very financially secure.

4    Q.    Did you ever learn about -- did they have multiple

5    homes at any given point?

6    A.    Multiple homes?

7    Q.    Yeah.

8    A.    The only home I was aware of -- well, I think actually

9    I was aware of the home in Arizona, and we actually visited

10   there once, in the year that she died.  I think it was on

11   that visit that Bianca mentioned a home in Jackson Hole.

12   That's all I ever heard about prior to her death.

13   Q.    I want to take you to 2016.  Was there a big family

14   event planned for that year?

15   A.    My son's wedding.

16   Q.    You had mentioned that earlier.  Where was that wedding

17   scheduled to take place?

18   A.    Just outside of New York City.  Summit, New Jersey.

19   Q.    And I think you said that Bianca was planning to

20   attend.  How did you know that?

21   A.    She RSVP'd.  She was in -- she had a lot of contact --

22   well, not a lot -- she had some contact with my wife about

23   arrangements for -- about what the wedding would involve and

24   about arrangements for a trip that Bianca and Larry, my wife

25   and I, and two other family couples were planning to take

DIRECT - FINIZIO

1    immediately after the wedding.  The plan was to leave the

2    day -- the day after the wedding for this trip, so I -- she

3    said she was going to be there.  We all expected her to be

4    there.

5    Q.   Now you mentioned this a little bit earlier, but let's

6    get back to it.  When did you find out she wasn't going to

7    be able to make it to the wedding?

8    A.   On the day of the wedding, the afternoon before the

9    wedding, I believe -- maybe it was the morning, we were --

10   my wife and I and some of the guests were walking around the

11   town of Summit where the church was, where the wedding would

12   be, and I got a message from Larry.  I don't frankly

13   remember whether it was an email or a text message.  And it

14   just said that they had been -- and I don't remember the

15   exact word -- held up, something to that effect, in Africa

16   and would not be able to make it to the wedding.

17   Q.   Let's look at Government's Exhibit 43, which has now

18   been admitted into evidence.  Okay.  If we can't pull it up

19   I'll use the document camera.  I'll give it one more second.

20        Sorry, ladies and gentlemen.  Sometimes it does

21   take us a little bit to get into a rhythm, but we'll iron

22   out all these wrinkles.  All right, plan B.  May I use the

23   document camera.

24        All right, seeing this, does this refresh your

25   recollection as to how you were notified?

DIRECT - FINIZIO

1    A.   Yes.   That's the notification I got that I -- to which

2    I referred.

3    Q.   So who is this email from?

4    A.   This is from Larry Rudolph.

5    Q.   Is this your email address?

6    A.   Yes.   I don't want to be inaccurate about anything.

7    This is dated --

8            THE COURT:   One second, sir.

9            THE WITNESS:   Oh, I'm sorry.

10           THE COURT:   Ms. Guerra, is it not working?

11           COURTROOM DEPUTY:   I think I got it.

12           THE COURT:   Okay.   All right.   Why don't you notify

13   IT and then during the lunch break they can come and look at

14   it.

15           COURTROOM DEPUTY:   Will do.

16   BY MR. FIELDS:

17   Q.   Thank you, sir.   You were just saying that you wanted

18   to be accurate, so --

19   A.   Yes, I noticed that this is dated October -- Friday,

20   October the 14th, which was the day before the wedding.   So

21   there was a reception for family and out-of-town guests the

22   Friday night before the Saturday wedding.   And it was the

23   afternoon -- Friday afternoon before that family reception

24   that I received this.   So this is when I learned and -- they

25   were not at the family reception or the wedding the

DIRECT - FINIZIO

1    following day, so apologies.  It was the day before, not the

2    day of the wedding.

3    Q.   We've had it up for a while now so people have had a

4    chance to read it, so could you read it into the record

5    starting with "Ralph."

6    A.   "Ralph, we have had to extend our African trip.

7    Regrettably we will miss the wedding and the trip with all.

8    The overnight in Phoenix will have to be changed.  Sorry for

9    the last minute notice.  Email is spotty here.  Enjoy the

10   wedding.  Regards to all.  Larry."

11   Q.   What is that reference to the overnight in PHX?

12   A.   At the end of the trip that I described, the entire

13   group was to spend the last night before flying back to

14   their respective homes at Larry and Bianca's house in

15   Phoenix.

16   Q.   Did you know what had happened to your sister at this

17   point?

18   A.   No.

19   Q.   Did anyone from Bianca and Larry's family make it to

20   the wedding?

21   A.   No.

22   Q.   That trip that you talked about, did that go forward as

23   planned, the trip after your son's wedding?

24   A.   It did.  The Sunday after the wedding we still had

25   heard nothing and assumed they were detained -- well, we

DIRECT - FINIZIO

1    didn't know they were in Africa, so we didn't know what was

2    preventing them from leaving, so the rest of the group left.

3    And our first stop was Santa Fe, New Mexico, which we -- I

4    think -- yeah, our first stop was -- I know the first stop

5    was Santa Fe, New Mexico.

6         I think we may have been -- our flight may have

7    been canceled or delayed and we left for Santa Fe out of, I

8    believe, Newark a day later than anticipated, but the first

9    stop on the trip was Santa Fe.

10   Q.   What did you learn when you got to Santa Fe?

11   A.   At the hotel, as my wife and I were getting ready to go

12   down to dinner with the rest of the group, I got a phone

13   call on my cell from Julian, Bianca's son, who informed me

14   that there had been an accident and Bianca had been killed.

15   That's -- he was, as you can imagine, extremely upset.

16   Didn't give any further explanation, and I didn't ask for

17   one.  He was crying.  It was a short call.

18   Q.   Did you try to call Larry immediately after getting the

19   call?

20   A.   I think Julian may have told me that Larry would be

21   getting in touch with me to provide arrangement -- to

22   provide information about a memorial service, which he

23   eventually did.  So I don't remember whether I tried to call

24   Larry after that or not.

25   Q.   Were you able to speak with him?

DIRECT - FINIZIO

1    A.    Yes.   I don't know whether it was the next day or the

2    day after.   The next stop on the trip was the Grand Canyon,

3    and our plan was as soon as we heard about the arrangements,

4    we would divert and go there.   And I got a call from Larry

5    while the group was in the Grand Canyon and he confirmed

6    what Julian had said, and told me that a memorial service

7    had been scheduled in Scottsdale for later that week, I

8    forget exactly which day of the week, and he gave me -- I

9    think he gave me the name of the place where the memorial

10   service would occur.

11   Q.    Did he give you a bit more detail about how she had

12   died?

13   A.    He did not.

14   Q.    How much notice did you get about the memorial service?

15   A.    A day, maybe; day and a half.

16   Q.    Did you attend the memorial service?

17   A.    Yes, I did.

18   Q.    Where was it?

19   A.    It was a -- I'm not sure exactly how to describe the

20   place.   It was a little chapel on the grounds of -- I don't

21   know whether it was a seminary of some kind, but it was a

22   little chapel.

23   Q.    Were you able to see Bianca one last time at the

24   memorial service?

25   A.    No.   There was no -- there was no coffin containing a

DIRECT - FINIZIO

1    body.  I'm not even -- I don't even recall seeing an urn

2    with her remains.  And at that point I didn't know what had

3    become of her remains.

4    Q.    Did anyone write an obituary for Bianca?

5    A.    No.

6    Q.    Were you asked to provide anything for the funeral?

7    A.    I was asked to do a reading.  I don't remember what --

8    whether it was Larry or Julian asked me to do a reading.

9    Q.    Approximately how many people were at the memorial

10   service?

11   A.    15-ish, 20-ish.  Something like that.

12   Q.    Did that surprise you?

13   A.    I mean, not -- I don't recall having a reaction to it

14   one way or the other, frankly.  It all -- at least for us it

15   all came up short notice.  I was able to get my daughter on

16   a plane and she attended.  And my brother, Vince, was able

17   to get his -- well, my brother, Vince, and his wife and

18   daughter were able to get on a plane and arrive.  But I

19   don't recall having a reaction in that regard.

20   Q.    Was there a full Catholic mass?

21   A.    No.

22   Q.    How would you describe the memorial service?

23   A.    It was -- I can only give my perception.  It was -- I

24   was sort of totally thrown off.  We had been raised in the

25   Roman Catholic tradition and so I was surprised and somewhat

DIRECT - FINIZIO

1    put off that there was no mass, no service of any kind, just

2    a couple of readings.  I don't -- just a couple of readings.

3          So from -- from my perspective, anyway, I was

4    surprised with the brevity and informality in the whole --

5    the contrast between that and a Catholic funeral mass.

6    Q.   Did anyone speak?

7    Yes.  I know that -- I know Larry did.  I believe AnaBianca

8    did.  And I think Julian may have as well

9    Q.   All right.  So I'm going to try to show you another

10   Government exhibit again.  And I have been told maybe we

11   have ironed out the kinks.

12         Ms. Guerra, do I need to do anything up here.

13         Let's show Government's Exhibit 47, then.

14         MR. COWDIN:  Very sorry.  It's very strange.

15   BY MR. FIELDS:

16   Q.   Does this email -- is this an email sent from the same

17   email address that notified you that they weren't coming to

18   the wedding?

19   A.   Yes, it is.

20   Q.   Have you --

21         THE COURT:  Excuse me, counsel.

22         Is this admitted, Ms. Guerra?

23         COURTROOM DEPUTY:  Yes, it is.

24         THE COURT:  All right.

25         MR. FIELDS:  I'm sorry, Your Honor.

**DIRECT - FINIZIO**

1    THE COURT:  If you could just make reference to the

2    fact that it's been admitted or not, that would be helpful.

3    BY MR. FIELDS:

4    Q.    Did you say, "Yes, it is," sir?

5    A.    It is.

6    Q.    Have you reviewed this document before your testimony?

7    A.    I recall seeing this in some format -- I don't know

8    whether it was electronic or a hard copy -- on the day of

9    the memorial service.

10   Q.    After taking a look at this, do you believe this to be

11   the eulogy that Larry gave at the funeral?

12   A.    It is.  And I -- it could be that I recognize it

13   because it was, for lack of a better description, the script

14   that he used for his remarks.  But I do -- I do recall these

15   words being spoken as part of Larry's eulogy.

16   Q.    Was any mention made of how Bianca had passed away?

17   A.    No.

18   Q.    You can take that down.

19         Was there a reception after the funeral?

20   A.    There was.  At Bianca's home.

21   Q.    Home in Arizona?

22   A.    Yes.

23   Q.    Actually that reminds me:  You said that she lived in

24   Pittsburgh; that's where she was born.  Do you know when she

25   moved to Arizona?

DIRECT - FINIZIO

1    A.    I don't.  I -- I recall learning that they had moved to

2    Arizona and then learning that -- in fact, that it happened

3    some considerable time before I learned of it, so I don't

4    know exactly when they purchased the home and officially

5    moved to Arizona.

6    Q.    Had you been able to meet with Larry personally before

7    this reception?

8    A.    No.  And I -- I didn't try to; we just showed up.  My

9    wife and I and the other family we were traveling with, we

10   showed up at the spot for the reception, and I didn't try to

11   have any discussion with Larry at the reception, no.

12   Q.    You mean --

13   A.    I'm sorry, at the service.  So I saw him, obviously,

14   there and briefly beforehand, but we had no discussion.

15   Q.    Did you want to speak with him at the reception,

16   though?

17   A.    I did.

18   Q.    Were you able to pull him aside to have a personal

19   conversation with him?

20   A.    A brief conversation.  I -- it was -- there were a

21   number of people there and -- and the reception, these folks

22   had congregated on an outdoor patio with a bar, and I recall

23   searching for an appropriate time and a respectful way to

24   pull him aside and -- and get some more information.  And I

25   recall having that opportunity.

**DIRECT - FINIZIO**

1          But we weren't in a private room, we were sort of

2    the -- at the end of that little bar.  And I asked him what

3    had happened.  That's the only conversation I've ever --

4    face-to-face conversation I've ever had with him about it.

5    Q.   Let's pull up Government's Exhibit 45, please, which

6    has been admitted and is in evidence.

7          Is this that back patio area you were talking

8    about?

9    A.   Yes, it is.

10   Q.   Can you describe to us where you remember this

11   conversation taking place.

12   A.   It was at the end of one of those table areas; you

13   know, the bar.  I'm not sure the right terminology.  Those

14   bar platforms.  It was the end of one of them.  I think it

15   was the one that's closest to us looking at this picture.

16         THE COURT:  Excuse me, sir.  Having troubles again.

17   All right.  You may proceed.

18   BY MR. FIELDS:

19   Q.   I think you were saying, if you could actually, if

20   you -- that monitor there, you should be able to -- there's

21   a little pen.  You see that?

22   A.   Yes.

23   Q.   You can actually mark on the screen there where you

24   remember.

25   A.   I -- I think it was here.  And possiblity it was over

DIRECT - FINIZIO

1   here.  But in any event, it was at the far edge of one of

2   these bar areas.

3   Q.   Okay.  We can take that down.

4        Who else was there for this conversation?

5   A.   I believe that my cousin, Anthony, who was -- he and

6   his wife were one of the couples who were accompanying us on

7   that trip -- I believe he was there at the same time.  Part

8   of the conversation, I think.  I mean, I -- I asked the

9   question, as I recall, but I think my cousin, Anthony, was

10  sort of at my elbow or very close.

11  Q.   During this conversation, did Larry say anything about

12  the consulate over in Lusaka?

13  A.   I don't recall anything specific, but I do recall him

14  expressing frustration to both Anthony and me about the

15  difficulties he had had with the consulate and frustrations

16  he had had.  But I don't recall him being specific about it.

17  Q.   Did you ask him what had happened to your sister?

18  A.   I did.

19  Q.   What did he say?

20  A.   He told me two things that I remember.  He said he

21  would tell me anything I wanted to know, and I -- I

22  interpreted that to mean at the appropriate time and place,

23  which I perfectly understood.  I didn't -- I was respectful

24  of the fact that the memorial service had been that morning

25  and he had a house full of guests, so I didn't press.  But

DIRECT - FINIZIO

1    then he went on to say -- to give me a short version, he

2    said they were -- was the morning they were planning to

3    leave, or scheduled to leave, and he was outside of the tent

4    and he heard a gunshot and he ran in and Bianca was on the

5    floor.

6         And I recall him saying that -- or telling me,

7    whether it was in that little snippet of conversation or

8    perhaps when he was talking about his problems with the

9    consulate, that they had taken Bianca's body by Jeep to the

10   nearest town, but that she was -- she was dead.

11   Q.   Did you ask him why he had left your sister alone

12   inside the tent?

13   A.   No, I didn't.

14   Q.   Did he say why he was outside the tent?

15   A.   No, he didn't.

16   Q.   I think you sort of answered this, but let me ask it

17   specifically:  Why didn't you ask him any more follow-ups?

18   A.   It -- I was trying to be respectful, frankly.  It

19   didn't seem like the appropriate time or place to press for

20   more details.

21   Q.   Were you satisfied with Larry's description of how your

22   sister died?

23   A.   Well, I was satisfied with it as far as it went, but

24   there were a lot of additional details, as you can imagine,

25   that I wanted to know.

DIRECT - FINIZIO

1    Q.   Did you reach out to the State Department for

2    information?

3    A.   I did.  I -- I first reached out to -- some reasonably

4    significant time, months or so, maybe it was weeks, after

5    the memorial service to Larry to get additional information.

6    Was unable to get any.  And I did -- I learned -- I have

7    forgotten through what source, that when an American dies

8    abroad, there's some documentation created at the State

9    Department, something -- the terminology I remember is

10   "Consular report of the death of an American abroad."  And I

11   wrote to the State Department to see if I could get a copy

12   of that piece of documentation on Bianca.

13   Q.   Were you able to get that piece of documentation?

14   A.   Yes, I was.  They sent me a letter.  Well, no, I

15   apologize.  They sent me a letter telling me that that

16   documentation did not exist.

17   Q.   And you say you reached out to Larry to get more

18   information?

19   A.   I did.

20   Q.   Now, I want to show you an exhibit that is not yet in

21   evidence.  Let's look at Government's Exhibit 44.  It should

22   be up just on your screen.

23        Is this an email exchange with Larry?

24   A.   Yeah, let me focus here.  Yes, it is.  That's an email

25   from me from my work address to Larry and Larry's response.

**DIRECT - FINIZIO**

1    **Q.   Same email address that was used to notify you that**

2    **they wouldn't be at the wedding and for that eulogy email we**

3    **looked at earlier?**

4    **A.   Yes.**

5         **MR. FIELDS:  Your Honor, at this time I'd move to**

6    **admit Government's Exhibit 44.**

7         **THE COURT:  Any objection?**

8         **MR. MARKUS:  No objection.**

9         **THE COURT:  For Defendant Milliron?  Any objection?**

10        **MR. DILL:  No objection, Your Honor.**

11        **THE COURT:  All right.  There being no objection,**

12   **Government Exhibit 44 is admitted into evidence and may be**

13   **published to the jury.**

14        **(Government's Exhibit 44 received)**

15   **BY MR. FIELDS:**

16   **Q.   Let's look at page 3 of this.  The email chain starts**

17   **at the back.  All right.  So that's page 3.  And if we**

18   **scroll up again to the top of page 2.**

19        **Down at the very bottom here, is that an email from**

20   **you to Larry?**

21   **A.   Yes, it is.**

22   **Q.   What did you ask him?**

23   **A.   Well, would -- I was asking for documentation**

24   **surrounding -- or information surrounding Bianca's death.**

25   **Q.   Let's go to page 3 again.**

DIRECT - FINIZIO

1      And if you could, please read what you wrote.

2  A.    I -- "I didn't want to bother you again about

3  paperwork, so I requested the consular report of death

4  abroad from the state department.  In return I got the

5  attached letter indicating that the U.S. Embassy and

6  consulate have no record of B's death.  The response

7  surprised me because I remember you mentioning after B's

8  memorial service that you had had some frustrating

9  interaction with the Embassy or consulate.  Can you please

10  send me the documentation you have surrounding B's death.

11  I'm not trying to pry, but I have nothing at all documenting

12  her death.  As I mentioned before, it would help with

13  closure for me.  Thanks very much."

14  Q.    Now let's go back up to page 2.  Did he send you a

15  response on July 8th, 2017?

16  A.    Yes, he did.

17  Q.    Please read that for us.

18  A.    "Thanks for taking the time to catch up.  We are all

19  still grieving and coming to terms with our loss.  Julian

20  perhaps the worst.  He was very close to his mother.

21  Perhaps you could call him as you also suffered the loss of

22  your mother early in your life.  Julian could use some

23  counsel.  He is unsure on how to proceed with his legal

24  career.  He is trying to obtain a position with a personal

25  injury plaintiff's attorney so he can acquire the skills

DIRECT - FINIZIO

1    needed to open his own office.  Would you call him sometime,

2    please.  724-953-7362.

3            "I am in Jackson Hole for a few weeks and when I

4    return, I will forward you the documentation you requested.

5    I ask that you keep this confidential, not to be shared with

6    anyone.  I hope you and your family are well."

7    Q.    When did you respond to him?

8    A.    His email to me was on July 8th.  I responded on

9    August 4.

10   Q.    So that's about a month later?

11   A.    Yes.

12   Q.    Had you received documentation by that point in time?

13   A.    No, I had not.

14   Q.    So did you request it again?

15   A.    I did.

16   Q.    Again, these email chains, sometimes they end up one

17   part is on one page, another part on another, so let's go to

18   page 1.

19           Down here at the bottom, did you have to follow up

20   with him again?

21   A.    Yes, I did.

22   Q.    On what date?

23   A.    August 17th of 2017, the year after Bianca's death.

24   Q.    So at that time, had you still not received any

25   documentation?

DIRECT - FINIZIO

1    A.    I had not.

2    Q.    Did you follow up a third time?

3    A.    I did.

4    Q.    On what date?

5    A.    August the 24th of 2017.

6    Q.    What did you do in that follow-up?

7    A.    Asked him again a little more insistently for the

8    documentation.

9    Q.    Did he finally respond?

10   A.    He did respond to that, yes.

11   Q.    On what date?

12   A.    September the 8th of 2017.

13   Q.    Please read his response for us.

14   A.    "Ralph, I have been traveling out of the country and

15   yes I have several documents.  B and I are and were very

16   private people.  Our 35th anniversary was September 4th.

17   This is not a good time for me.  I will do a Facetime with

18   you where you can view the document and affirm they exist

19   and provide you with the closure that you need.  I will not

20   release any documents that for any reason may ultimately

21   become public.  Do you have an iPhone for Facetime?  I

22   cannot assure you a time as yet."

23   Q.    Did you ever have that Facetime with him?

24   A.    No, I didn't.

25   Q.    Did he ever give you any more information?

DIRECT - FINIZIO

1    A.    No, he didn't.

2    Q.    At some point were you able to acquire more information

3    about your sister's death?

4    A.    Yes.   I decided I would try to get what I could on my

5    own, and I actually hired a lawyer in Zambia to obtain

6    whatever documentation was available in the public record,

7    police reports, statements, coroner's report, anything from

8    the consulate, surrounding the removal of the body from the

9    country; whatever they could get.

10        And they ultimately sent me some paperwork.   It

11   wasn't everything that I was hoping to get, but it was, as I

12   recall -- it's been a long time since I looked at it, it's

13   not pleasant reading -- was the police report, it was

14   witness statements, and it was an autopsy report.   I think

15   that's what they were able to get for me.

16   Q.    After this email exchange, did you have any other

17   conversations with Larry?

18   A.    No.

19   Q.    As we sit here in court today, do you know where your

20   sister's ashes are?

21   A.    I don't.

22   Q.    Have you ever been invited to disperse them?

23   A.    No.

24        MR. FIELDS:   Just one moment, please, Your Honor.

25        THE COURT:   All right.

CROSS - FINIZIO

1    MR. FIELDS:  Your Honor, no further questions.

2    THE COURT:  All right.  Cross-examination.

3    MR. MARKUS:  Thank you, Your Honor.

4    THE COURT:  Yeah, go ahead.

5    CROSS-EXAMINATION

6    BY MR. MARKUS:

7    Q.   Hi, Mr. Finizio.  I'm David Markus and I represent

8    Dr. Larry Rudolph.  I'm going to ask you a few questions if

9    that's okay.

10   A.   Sure.

11   Q.   And let me start off by saying that I'm sorry for the

12   loss of your sister.

13   A.   Appreciate that.

14   Q.   I know this can't be easy to testify in court today.  I

15   want to start off with finding out about your sister and the

16   circumstances.  As you said, it was your -- it was supposed

17   to be your son's wedding right around that time, correct?

18   A.   Correct.

19   Q.   And can you understand why Larry Rudolph would not have

20   wanted to tell you about your sister the same day or the day

21   before your son was getting married?

22   A.   I didn't think of it at the time.  But I suppose he

23   could have wanted to spare me that information on the eve of

24   my son's wedding.

25   Q.   I mean, if we're thinking about it now, if you had

CROSS - FINIZIO

1    learned that on the eve of your son's wedding, it probably

2    would have ruined the whole wedding weekend, right?

3    A.    Certainly wouldn't have helped.

4    Q.    Right.  So you can understand why he would send you an

5    email saying, "We can't make it," as opposed to saying your

6    sister passed away.  Do you understand why someone would do

7    that in his situation?

8    A.    I -- I can understand why someone might choose to do

9    that.  Yes.

10   Q.    I forgot my glasses.

11        Now, I think you mentioned that after the wedding,

12   you and the rest of the family were supposed to head out

13   West for both vacation and catching up with the family and

14   so on, right?

15   A.    Yes.  It was a -- it was a planned trip for couples

16   including Bianca and Larry.

17   Q.    Okay.  And after you head out West, I think you find

18   out about Bianca on October 18th when Julian Rudolph calls

19   you, correct?

20   A.    I couldn't -- I couldn't testify as to the date, but I

21   did learn it from Julian after -- shortly after we had

22   started that trip.

23   Q.    Okay.  And after you find out, then the rest of -- you

24   and the rest of the group proceed to the Grand Canyon,

25   right?

CROSS - FINIZIO

1   A.    That's right.

2   Q.    And at that point, you're told about the memorial

3   service that's going to be in Arizona, correct?

4   A.    From Larry while I was in the Grand Canyon, yes.

5   Q.    And I think you testified -- well, stated previously

6   that on the phone when you spoke to Larry he was broken up

7   about Bianca when he spoke to you, correct?

8   A.    Well, I think I said Julian was very, very much broken

9   up.  I don't recall making note of Larry's -- I mean, I

10  think Larry was more -- somewhat more -- I'm -- I'm not

11  discounting or suggesting anything, but when I said "broken

12  up," I was referring to the conversation with Julian, not

13  with Larry.

14  Q.    Well, do you remember being interviewed by the FBI for

15  the first time on May 17th, 2019?

16  A.    I remember being interviewed; I don't remember the

17  date.

18  Q.    Fair enough.  Sometime in the spring of 2019, do you

19  remember speaking with the FBI agents?

20  A.    Yes.

21  Q.    And do you remember saying Larry sounded broken up over

22  the phone?

23  A.    I don't remember saying that, no.  But I don't -- I

24  don't -- certainly don't deny having said it.

25  Q.    Sure.  Now let's back up.  I mean, I think you've

CROSS - FINIZIO

1    talked about Larry and Bianca's marriage over the years.  At

2    the time in 2016, they appeared happy, correct?

3    A.    When I last saw them together in -- I think it was

4    February of 2016 at their home in Arizona, they appeared to

5    be happy, yes.

6    Q.    Things going well in the marriage, it seemed to you.

7    A.    I mean, from what I was able to observe, yes.

8    Q.    And, in fact, the year before that, Larry and Bianca

9    had approached you about splitting an apartment back in

10   Italy, correct?

11   A.    I don't honestly remember that.  I know we went to

12   Italy for some sort of -- I think it was a family event of

13   some kind, and I think it may have been my nephew's wedding.

14   And Bianca and Larry were there and we stayed in the same --

15   it wasn't an apartment, it was a -- some sort of hotel.

16   Q.    And -- and, you know, your mother and Bianca's mother

17   was born in a small town in Italy called Cersiano, right?

18   A.    Corciano.

19   Q.    Sorry, my Italian is not so good.  And Bianca had

20   spoken to you about buying an apartment in Corciano, right?

21   A.    We had from time to time.  And I don't remember exactly

22   the most recent time, prior to her death, we talked about

23   the possibility of buying an apartment in Corciano so our

24   respective families, and my brother's family as well, could

25   spend time there.

CROSS - FINIZIO

1    Q.    Now I think you mentioned early on in the marriage you

2    spoke to both Bianca and Larry Rudolph about some issues

3    they were having, right?

4    A.    I don't know -- yes, I did.  I'm not sure I would

5    characterize it early on in the marriage.  I don't know how

6    far -- I don't know how many years they had been married at

7    the time.

8    Q.    Okay.  Fair enough.  But -- but not any time recent

9    before she died.

10   A.    No.  It was as said -- I think it was 10, maybe 15 --

11   perhaps closer to 10 years before she died.

12   Q.    And both of them had discussed with you that Bianca had

13   been unfaithful to Larry, right?

14   A.    In the conversation that I had with Bianca that

15   preceded my conversation with Larry, she -- she said -- she

16   asked me for a divorce -- reference to a divorce lawyer.

17   She said that her -- she had to get out of her marriage,

18   that she felt oppressed, controlled; that the marriage was

19   over and she had to get out.

20           She confided in me in that same conversation that

21   she was involved with somebody else, yes.

22   Q.    Your sister was a strong, independent woman, right?

23   A.    I would say yes, she was.

24   Q.    Yeah.  And she told you about the affair she was

25   having.  After -- when Larry spoke to you, he talked about

CROSS - FINIZIO

1    wanting to get back together with her to keep the marriage

2    together, correct?

3    A.    He did.

4    Q.    All right.  Now, at some point you learned that they

5    do, in fact, reconcile and stay together, right?

6    A.    Well, neither of them told me that explicitly but from

7    what I observed at that family event I described, it

8    appeared -- that appeared to be the case.

9    Q.    Right.  And they didn't tell you how they had decided

10   to reconcile or the circumstances of their reconciliation,

11   did they?

12   A.    They did not.

13   Q.    I think the prosecutor showed you the postnup that you

14   said Bianca and Larry signed.  They didn't talk to you about

15   that.

16   A.    They did not.

17   Q.    They didn't talk to you about their discussions about

18   why they should or should not get back together, right?

19   A.    They did not.

20   Q.    Right.  There's a lot you don't know about why they

21   decided to get back together; fair enough?

22   A.    Fair.

23   Q.    Okay.  Now, since Larry and Bianca spoke to you at that

24   time about their marriage, after that they never spoke to

25   you about their marriage again, did they?

CROSS - FINIZIO

1    A.    Neither of them did, no.

2    Q.    In fact, would it be fair to say, Mr. Finizio, that

3    they -- they really were private people, correct?

4    A.    Yeah, I would say -- I would go even a little further

5    than that because it -- it was a source of frustration

6    within the family.  They were private to the point of being

7    secretive.  But yes.

8    Q.    I mean, so -- so Larry and Bianca's marriage and their

9    personal affairs, they didn't really talk to other people

10   about, including the family.  They were, to use your words,

11   secretive?

12   A.    Yeah, they certainly didn't talk to me.  I can't vouch

13   for whether they spoke to anybody else.

14   Q.    Okay.  And so I think we're in agreement that both

15   Larry and Bianca were very private -- to the point of

16   secretive -- people.

17   A.    That was my observation.  There were a lot that wasn't

18   apparent to me, certainly, and I think the rest of the

19   family.

20   Q.    Sure.  Now, I want to talk briefly about the service,

21   to fast-forward in 2016.  I think you've -- back at that May

22   interview with the FBI, you told them that the service was,

23   quote, respectful and tasteful.  Do you remember that?

24   A.    Yeah.  I -- I would -- I don't remember having said it,

25   but I don't disagree with that characterization.

CROSS - FINIZIO

1    Q.    Okay.  And I think you saw the eulogy.  I mean, it was

2    a respectful and tasteful service that Larry and the

3    children put together for your sister, correct?

4    A.    Yeah, I think that's right.

5    Q.    All right.  And I think you mention that there was a

6    short conversation that you had with Larry about Bianca and

7    what happened; remember saying that?

8    A.    Yes.  Not at the memorial service but at the reception

9    afterwards.

10   Q.    At the reception.  And do you remember whether Larry

11   used the words "tent" or not?  I think you said "tents."

12   A.    I don't know whether it was "tent" or "hut," frankly.

13   It was something -- something like that.

14   Q.    I'd like to ask you again about that interview with the

15   FBI on May 17th, 2019.  Do you remember telling the FBI

16   agent that Larry Rudolph stated he was either outside when

17   the gun went off or in the bathroom?  Do you remember saying

18   that?

19   A.    I don't remember saying that, no.

20   Q.    Okay.

21   A.    What I recollect from the conversation with Larry is

22   that he said he was outside.

23   Q.    Okay.

24   A.    I -- I do recall -- well, if I can offer a brief

25   explanation.  I have --

CROSS - FINIZIO

1    Q.   Well, let me stop you there for a second and just ask:

2    When you met with the FBI, do you remember them taking notes

3    of what you said?

4    A.   Well, I -- I think at the in-person meetings they did.

5    I also had a conversation by phone, so I don't -- I can't be

6    sure.

7    Q.   Sure.  And would you agree with me that your memory in

8    2019 of what happened is obviously much better than today?

9    A.   I -- I don't know that to be the case.

10   Q.   Okay.

11   A.   I was going to say that I've been quite diligent about

12   avoiding any of the media coverage surrounding my sister's

13   death, but despite that, she can imagine friends, relatives,

14   say things to me.  And I think I remember someone saying

15   that Larry was in the bathroom.  But -- and so maybe that's

16   where it came from in my discussion with the FBI or in the

17   FBI's notes.

18          But, I mean, I -- my honest recollection is at

19   the -- after the memorial service what he told me was he was

20   outside the tent.

21   Q.   Outside.

22   A.   Outside, yes, sir.

23   Q.   Okay.  Back in 2019 when you spoke to the FBI,

24   they're -- there wasn't the press about the case that there

25   is now, right?  You're talking about press since the arrest.

CROSS - FINIZIO

1    A.    Yeah.  I don't know how much there was prior, to be

2    honest with you.

3    Q.    Right.  But when you say your -- you were trying to

4    avoid the press, that's -- that's been since the arrest of

5    Dr. Rudolph in December 2021, right?

6    A.    I've absolutely avoided it -- or tried to since then,

7    and to the extent there was any press or -- or, you know,

8    gossip prior to that, I avoided, to the best of my ability,

9    that as well.

10   Q.    Sure.  And back before the arrest, back when you

11   interviewed with them in 2019, do you remember telling them

12   that Larry may have said he was in the bathroom?

13   A.    I don't.

14   Q.    Okay.  And just to be fair, I mean, we're talking about

15   a conversation back in 2016, right?

16   A.    Right.

17   Q.    And you were distraught at the time understandably.

18   A.    I -- I was -- I was upset, certainly.

19   Q.    I mean, understandably so distraught you couldn't do

20   the reading at the service, right?

21   A.    That's right.  They asked me to do a reading.  I

22   couldn't get through it and my cousin had to take over.

23   Q.    And so, of course -- would you agree with me,

24   Mr. Finizio, that you cannot recall the exact words that

25   Larry Rudolph used?

CROSS - FINIZIO

1   A.   All I can tell you is what I recall him saying.

2   Q.   Sure.  Fair enough.

3   A.   And that's what I recall him saying.  I don't -- I

4   don't profess photographic recall or anything of the sort.

5   I'm just trying to do my best here to recollect --

6   Q.   Please.

7   A.   -- what I was told, because I know this -- that's why

8   I'm here.

9   Q.   Thank you.  And I just want to end with this, two last

10  points:  First, you've been interviewed a number of times by

11  the FBI and the prosecutor since 2019, correct?

12  A.   Correct.

13  Q.   More than -- more than four or five times.

14  A.   I don't know that it's more than four or five times.  I

15  recall two in-person meetings, a couple of phone

16  conversations.  I don't know the exact number, but there

17  were several, yes.

18  Q.   Okay.  And back in 2020, do you remember that the FBI

19  interviewed you and your brother, Vince, together?

20  A.   Yes.

21  Q.   Okay.  And do you remember the FBI asking you and Vince

22  together whether you think Larry Rudolph could have done

23  this?

24  A.   I -- I don't remember that specific question, to be

25  perfectly frank.

CROSS - FINIZIO

1    Q.   Do you remember both you and Vince telling the FBI that

2    you could not imagine that Larry Rudolph could do something

3    like this?

4    A.   I -- I don't -- I don't recall that exchange, but I --

5    nor do I refute it or refute the sentiment.  It's -- to this

6    day it's unimaginable to me that this could happen; that

7    Larry or anyone else could have done something like this.

8    Q.   Thank you, sir.  And I just want to do one last thing.

9    The prosecutor showed you the eulogy that Dr. Rudolph gave.

10            If I could use the doc cam.  This is Exhibit 47,

11   which is in evidence.

12            I want to look at the very end of that eulogy, the

13   part that the prosecutor didn't read to you at the bottom.

14   Do you remember Larry Rudolph saying those words at the

15   eulogy, speaking to his son and daughter, Julian and

16   AnaBianca, "Your mother will always watch over you.  Talk to

17   her every day, pursue your lives and dreams with the same

18   passion and courage that she did.  She will keep a watchful

19   eye on you like she always did, but now from heaven.  And

20   always, always remember your family's here for you.  Bianca

21   was" loving -- "beautiful and loving.  She is with God now.

22   And I will end with the simple and true words she never

23   tired of hearing, I love you, B."

24            Do you remember Dr. Rudolph giving those words at

25   the funeral?

REDIRECT - FINIZIO

1   A.    I specifically remember those last two lines ending

2   with "I love you, B."  The lines before that, I remember him

3   expressing those sentiments but don't remember the exact

4   words.  But that last -- that -- those closing words I do

5   recall, yes.

6   Q.    Thank you, sir.

7            THE COURT:  Mr. Dill, any cross?

8            MR. DILL:  No, Your Honor.

9            THE COURT:  Mr. Fields, is the redirect brief

10  enough that we can do it and then take our lunch break after

11  that?

12           MR. FIELDS:  It will be very brief, Your Honor.

13           THE COURT:  Okay.  Go ahead.

14                    REDIRECT EXAMINATION

15  BY MR. FIELDS:

16  Q.    Hello again, sir.

17  A.    Hi.

18  Q.    You mentioned on cross-examination you characterized

19  Bianca and Larry as being not just private, but secretive.

20  Do you remember that?

21  A.    Yes.

22  Q.    During the conversation, though, that you had in the

23  patio with Larry, what did he promise you regarding details

24  of your sister's death?

25  A.    He told me he would give me any -- any information that

REDIRECT - FINIZIO

1    I asked for.

2    Q.    Did he satisfy that promise?

3    A.    No, he didn't.

4            MR. FIELDS:  No further questions.

5            THE COURT:  All right.  May this witness be excused

6    for the Government?  Mr. Fields?

7            MR. FIELDS:  Yes, Your Honor.

8            THE COURT:  All right.  For the defendants.

9            MR. MARKUS:  Yes, Your Honor.

10           MR. DILL:  Yes, Your Honor.

11           THE COURT:  Mr. Finizio, thank you so much for your

12   testimony.  You're excused and you may step down.

13           THE WITNESS:  Thank you, Your Honor.

14           THE COURT:  All right, folks, we're going to take

15   our lunch recess at this time.  We will be in recess for one

16   hour.

17       (Recess taken 12:32 p.m.)

18                    AFTERNOON SESSION

19       (In open court outside the presence of the jury at 1:33

20   p.m.)

21           THE COURT:  Mr. Winstead, you have a

22   representation -- if you'll take the lectern, please -- to

23   make to me as an officer of the court with respect to the

24   juror bio lists, the seating charts, and the questionnaires.

25           MR. WINSTEAD:  Yes, sir.

REDIRECT - FINIZIO

1          THE COURT:  All right.  Tell me -- I think as the

2     way we left it this morning --

3          MR. WINSTEAD:  Oh.

4          THE COURT:  -- someone on your team was going to

5     confirm that there were no copies of these documents at the

6     U.S. Attorney's Office, and that you are representing to me

7     that no copies of these documents had been made and shared

8     with third parties.  Are you prepared to do that?

9          MR. WINSTEAD:  Yes, sir.  We did have personnel

10    gather up a couple of remaining ones and I provided those to

11    the Court, and that was all of them.

12         THE COURT:  All right.  And you have not made other

13    copies --

14         MR. WINSTEAD:  We've not --

15         THE COURT:  -- that you shared with third parties?

16         MR. WINSTEAD:  Yes, Your Honor.

17         THE COURT:  Thank you.  Mr. Markus or Ms. Moss.

18         MS. MOSS:  Yes, Your Honor.  We had a member of our

19    team go back to our war room at the hotel.  I believe a

20    couple of documents were found there.  I didn't see them.

21    Believe Mr. Markus gave them to Ms. Guerra.

22         THE COURT:  You believe they were, or they were?

23         MS. MOSS:  I have been told that they were.

24         MR. MARKUS:  Yes, Your Honor, they were.

25         THE COURT:  Okay.  And can you, Ms. Moss, as an

122

DIRECT - FINIZIO

1    officer of the Court, represent to me that no copies of

2    these documents were made and provided to third parties?

3              MS. MOSS:  Yes, I can, Your Honor.

4              THE COURT:  All right.  Thank you.  Let's bring in

5    the jury.

6         (In open court in the presence of the jury at 1:36

7    p.m.)

8              THE COURT:  Government may call its next witness.

9              MR. FIELDS:  Thank you, Your Honor.  The Government

10   calls Vince Finizio.

11             COURTROOM DEPUTY:  If you will raise your right

12   hand.

13             VINCE FINIZIO, GOVERNMENT'S WITNESS, SWORN

14             COURTROOM DEPUTY:  Please be seated for me.  And

15   then remove your mask.  And then please state your full name

16   for the record and spell your first and last name for us.

17             THE WITNESS:  My name is Vincent Anthony Finizio.

18   Vincent, V-i-n-c-e-n-t, Finizio, F-i-n-i-z-i-o.

19             MR. FIELDS:  May I inquire?

20             THE COURT:  You may proceed, counsel.

21                      DIRECT EXAMINATION

22   BY MR. FIELDS:

23   Q.   Good afternoon, sir.

24   A.   Good afternoon.

25   Q.   Who is your sister?

DIRECT - FINIZIO

1    A.    Bianca.  Bianca Finizio -- nee, Finizio, later Rudolph.

2    Bianca Theresa, I should say.  We called her Theresa growing

3    up, but she assumed -- she preferred the name Bianca when

4    she got into high school and college.

5    Q.    What is your understanding of how she died?

6    A.    My understanding is that she was -- she was killed by a

7    shotgun blast while packing up at the end of a hunting trip

8    in Africa.

9    Q.    Who told you that?

10   A.    It was my brother who gave me the news.  My brother,

11   Ralph.

12   Q.    Have you had any discussions with her husband?

13   A.    A very brief perfunctory discussion at the -- a week

14   after we were -- well, about a week after we were told there

15   was a service in Phoenix, and that was the first I talked to

16   him after that.  And it was a very brief discussion about

17   the circumstances.

18   Q.    Are you prepared today to tell the jury more about that

19   discussion?

20   A.    Yeah.  Yeah, I wish there were more to tell.  I just

21   asked him what -- what -- what happened?  I mean, at the

22   time I -- I think I must have been in some sort of shock,

23   but, you know, I asked him what happened, and he said that

24   they were packing up to leave and my sister was packing away

25   her gun, and somehow it had not been cleared and it went

DIRECT - FINIZIO

1    off.  And that's pretty much what he said.

2    Q.    Who else was with you when you had this conversation?

3    A.    There were other people in the room.  My brother, my

4    wife, my elder daughter who had come.  Right at that time,

5    my brother, Ralph, was with us for part of it, but I -- some

6    of it was just the two of us there.

7    Q.    Did you ask him any follow-up questions?

8    A.    No.  We just -- nothing that I remember specifically.

9    Just kind of -- I -- just kind of -- again, I think I was in

10   some sort of shock.  We just talked about how -- you know,

11   how sad -- how sudden, how sudden it was, and how horrible.

12   That's about it.

13         I recall -- I recall him making a comment that

14   he -- he would never be able to go hunting again.  And

15   that's kind of about it.  Didn't -- not very -- yeah, he

16   didn't seem to be very forthcoming.  And I, again, myself --

17   I was just kind of in shock, you know, at having -- hearing

18   that my sister had passed away so far away, suddenly, out of

19   sight of anyone.  I mean, just, you know, in the middle of

20   nowhere.  And no -- you know, that's it.  That's all we

21   heard.  A phone call is all I got, apparently second-,

22   third-hand phone call news.

23   Q.    Let's back up a little bit.  So your sister, Bianca, is

24   she an older sister or younger?

25   A.    Younger.  She's our baby sister.

DIRECT - FINIZIO

1    Q.   During the time that she was married to Larry, did you

2    get to know the -- did you get to know Larry very well?

3    A.   Some.  As usual for, you know, brother-in-law.  Not --

4    not -- I wouldn't say very well, no.  No.

5    Q.   But when you did see them interacting together, how

6    would you describe them?

7    A.   I would describe them -- well, you know, we've known

8    them, obviously, since the very beginning of their marriage,

9    a long time.  And we -- we saw them with some frequency

10   early on.  We had children roughly the same age.  We would

11   get together for holidays and things like that.  We saw them

12   with some frequency.  Less so as the years went on.  You

13   know, first everything seemed like a normal married couple.

14   You know, they seemed to be a little more distant from us as

15   the years went on and much more so in the last five, eight

16   years of my sister's life.  Didn't see them all that often.

17   Saw her more often than we saw him or saw them together.

18   Q.   What were your sister's hobbies?

19   A.   Well, she was a very avid big game hunter -- fairly

20   avid.  She took that up, you know, I guess because it was a

21   thing that he did and she -- she got to like it.

22   Q.   Did you ever talk to her about her hunts?

23   A.   Yeah, some.  She was -- yeah, she enjoyed going on

24   them.  I think she enjoyed the challenge, the excitement,

25   you know.  Kind of just -- I think she really enjoyed the

DIRECT - FINIZIO

1    contrast of the lifestyle that she had here, you know, being

2    out in the middle of nowhere and without a -- without a lot

3    of creature comforts and that sort of thing.

4    Q.    What do you do for a living?

5    A.    I'm an architect.

6    Q.    Did you help design a house for your sister?

7    A.    Yes.  Actually, two.  I designed the first house they

8    moved into and then some years after they moved to -- built

9    and moved into another house that I had designed for them.

10   Q.    And as part of those designs, did she want a room for

11   that hobby, that hunting?

12   A.    Yes, both of them.  Yeah.  In the first house, yeah,

13   the "head room" they called it.  There was a room.  And the

14   next house -- they very quickly filled that one up, okay?

15   It -- so the next house they wanted a much bigger room for

16   that purpose, which they intended to fill with, you know,

17   hunting trophies.

18   Q.    When did you find out about your sister's death?  Do

19   you remember the year?

20   A.    Let's see, that was five years ago.  Or -- yeah,

21   five -- five now.  Five years ago this October -- last

22   October.  Whatever.  Yeah.  It was -- it was Monday.  I

23   recall -- well, the family had gathered for a wedding, my

24   brother's son's wedding, and that was Saturday.  And they

25   were expected -- my sister and her husband were expected and

DIRECT - FINIZIO

1    they just didn't show up.  All I knew about that was that

2    Ralph said he got a kind of cryptic text from Mr. Rudolph

3    saying that they -- there was some problem getting out of

4    the country; they wouldn't show up.

5              And then Monday evening I got a call.  Late Monday

6    night, I got a call from my brother, Ralph, saying he had

7    heard -- he had heard from Julian, our nephew, that -- that

8    Bianca had been killed.

9    Q.   Was a memorial service planned?

10   A.   Yes.  Yes.  Next couple of days we were informed of a

11   memorial service that was going to be held in Phoenix that

12   Saturday.  Yes.

13   Q.   Were you able to make it?

14   A.   Yes, I did go there.  And there was some other -- some

15   other relatives who had come for the wedding also came out

16   to the memorial service.

17   Q.   Do you remember where it took place?

18   A.   I don't remember the specific address.  It was a -- I

19   don't know how to describe it.  It wasn't a church, it was

20   some sort of a -- I don't know.  I'm not sure how to

21   describe it exactly.  A complex, how we say.  A complex of

22   some -- you know, some vague semi-religious spiritual

23   nature.  They had a chapel there.  And I didn't really see

24   much else of the complex.

25   Q.   How would you describe the service?

DIRECT - FINIZIO

1    A.    Well, it was brief; sort of perfunctory.  Well,

2    compared to what I'm used to, you know.  We were all raised

3    Catholic, and so, you know, every funeral I had attended

4    there, you know, previously in our family was a Catholic

5    funeral.  So there was a mass and, you know, there were

6    typically viewings before that at a funeral home or some

7    sort of gathering in a funeral home, and then there would be

8    a mass.  And depending on the situation, accompany the body

9    to the burial spot.  But there was none of that.

10           So I thought it was kind of -- I don't know, I

11   guess perfunctory in -- compared to my previous experience

12   in our family.

13   Q.    Why was there no viewing?

14   A.    There was no body.  There was no body.  We were told

15   that -- we were told that Bianca had been cremated.  We were

16   told -- he had mentioned that there was some -- he said that

17   there would be just too much hassle, paperwork, whatever,

18   getting a body out of the country -- out of Zambia to the

19   United States so he had her cremated and -- in lieu of

20   shipping the body back.

21   Q.    When you say "he" told you this --

22   A.    Yeah, Mr. Rudolph.  Yes, the defendant.

23   Q.    Was that during that same conversation you described to

24   us earlier?

25   A.    Yes.  I -- yeah.  I forgot to mention that earlier.

DIRECT - FINIZIO

1   Q.   So this conversation you mentioned earlier, did that

2   happen at the reception following the service?

3   A.   Yeah.  Yeah.  We didn't talk much at the actual

4   service.  We just kind of filed in and, you know, just

5   whatever.  There were a few readings, a few -- a few Bible

6   readings.

7   Q.   Do you remember, did anyone write an obituary for your

8   sister?

9   A.   I don't recall seeing one, no.  We didn't -- I didn't

10  participate in preparing an obituary.  I wasn't asked to.

11  I, again -- it's a thing that one would normally do, but,

12  you know, I didn't -- didn't occur to me because, again, I

13  think I was in some sort of shock and that's normally

14  something that, you know, a husband would do.  We did that

15  when my mother and my father passed, that sort of thing.

16  We, the children did it.  But I don't -- the adult children

17  did it but no, to my knowledge, there was no obituary.

18  Q.   This conversation that you've now referenced a couple

19  of times, do you remember where it occurred?

20  A.   Yeah.  In their -- in their house in Phoenix out -- it

21  was a -- kind of an open kitchen/family room area and then a

22  patio beyond.  It was a kind of a little -- we were sitting

23  at kind of a bar-ish thing that overlooked -- looked out

24  over the patio.

25  Q.   Let me pull up Government's Exhibit 45 which has

DIRECT - FINIZIO

1    already been admitted into evidence.

2           Is this that patio?

3    A.    Oh, I'm sorry.  Yes.  Yes, that looks like it.  Yeah,

4    we would have been -- I believe we were sitting right at --

5    right at the -- right at that bar that you can see with the

6    chairs alongside it, in front of it, yes.

7    Q.    So the chairs right alongside of it, is that sort of

8    here on the left-hand side of the screen -- left --

9    A.    Yeah.  Actually I think I was to the right looking out

10   right where that other chair is, the low chair.  That's what

11   I remember being stand -- standing there and looking out to

12   the -- in that direction.  That's the way I remember it.

13   Q.    All right.  Now you've referenced this conversation a

14   couple of times.  Is there anything else that he mentioned

15   to you during this conversation?

16   A.    Nothing of substance that I -- that sticks in my mind

17   at the moment.  No.

18   Q.    After that conversation, did he reach out to provide

19   any more information?

20   A.    No.  No, he did not.

21   Q.    Have you had any discussions with him since that time?

22   A.    Not about -- not about this.  It was a very painful

23   subject.  I encountered him once or twice -- actually I had

24   been going to his dental office for dental services, you

25   know.  His daughter's a dentist and I had been seeing her.

DIRECT - FINIZIO

1    And in the -- I would say six months, a year, after the

2    death I was there and he -- he wasn't usually there

3    apparently at the office.

4    One time he was there.  I know he was there because

5    I saw and heard his voice and I asked to say hi to him.  He

6    declined.  He told his staff that he couldn't see me.  He

7    declined to do that.  On a later visit, say two years after

8    that, he was there.  I saw him and greeted him.  We had a --

9    you know, kind of a chitchat sort of conversation.  He just

10   mentioned that he was building a new house in Phoenix.

11   Didn't really discuss anything about our -- about, you know,

12   about Bianca.  Again, a very painful subject, and I

13   couldn't -- I don't know.  Didn't know how to -- didn't know

14   how to broach that subject.

15   Q.   Has he made any arrangements with you to do anything

16   with Bianca's ashes?

17   A.   Not to my knowledge.  There was some discussion at the

18   funeral -- at the service with -- with AnaBianca, my niece,

19   Bianca's daughter.  She suggested that possibly with -- in

20   the next year or so they would make a plan to, you know -- I

21   don't know, there was no firm plan to either locate the

22   ashes or, when she mentioned the possibilities back -- back

23   in Italy where, you know, my mother's family is from where

24   we have some relatives buried and they had visited a couple

25   of times.  It wasn't -- it wasn't a firm plan, but she

CROSS - FINIZIO

1    mentioned that there would be a plan within a year or so and

2    that never occurred.  He never mentioned anything of that

3    nature.

4              MR. FIELDS:  Your Honor, may I have a moment?

5              THE COURT:  You may.

6              MR. FIELDS:  Your Honor, at this time I have no

7    further questions.

8              THE COURT:  Cross-examination.

9                        CROSS-EXAMINATION

10   BY MR. MARKUS:

11   Q.   Hello, Mr. Finizio.  I know this is a painful subject

12   so I apologize.  I'm just going to ask you a few questions,

13   if I may.

14   A.   Sure.

15   Q.   Thank you.

16   A.   That's your job.

17   Q.   Thanks.  I want to talk to you about Dr. Rudolph and

18   Bianca Rudolph.  Would you agree with me that they were a

19   very private couple?

20   A.   Private.  I guess in the sense that they didn't share a

21   lot of details with me about -- yeah, they didn't share a

22   lot of details with me about stuff.  Him more so; she --

23   yeah, to a certain extent.  I don't know if "private"

24   exactly is the word.  I'm not sure.  "Reserved," maybe.

25   Q.   Okay.

CROSS - FINIZIO

1    A.    At some points in -- you know, in their marriage it

2    seemed to be more so -- well, you know, we -- again, I said

3    we saw them with some frequency and that seemed to tail off,

4    and it seemed that he would not accompany her on a lot of

5    family stuff and she -- she seemed a little defensive about

6    that, like she had to make excuses for him.

7         She made reference to, you know, needs that he had

8    that, you know, would -- whatever, prevent him from joining

9    us on family occasions and would -- frankly weren't all that

10   frequent.  We're talking, you know, like Christmas,

11   Thanksgiving, maybe a summer picnic, something like that.

12   Q.    Sure.

13   A.    It wasn't like every week or anything like that.

14   Q.    Right.  And I think you've said before, you know,

15   Bianca was very protective of Larry Rudolph and their

16   privacy, right?

17   A.    I would say -- I'd say protective of him.  I don't

18   know -- I don't know what exactly she was protecting.

19   She -- yeah.

20   Q.    Right.  I mean, I think you just mentioned it, you

21   know, he wasn't really coming on a lot of the family trips

22   and she would defend him.

23   A.    Yeah.

24   Q.    Okay.  And the truth is that you and Larry certainly

25   were never very close, right?

CROSS - FINIZIO

1    A.    Not terribly close, no.  Never -- no.  Didn't seem the

2    kind -- he just didn't -- it didn't develop that way.

3    Didn't seem the kind of guy who was, you know, interested in

4    getting that close --

5    Q.    Okay.

6    A.    -- to us.

7    Q.    And so, Mr. Finizio, the memorial service that you

8    discussed, that was in Phoenix, correct?

9    A.    Yeah.

10   Q.    That's where Larry and Bianca lived.

11   A.    Yeah, they had been living there for some time.

12   Q.    So it's normal that they would have the memorial

13   service in the place where they lived, right?

14   A.    Yes.

15   Q.    Okay.

16   A.    Yes.

17   Q.    Now, you mentioned that you had a conversation with

18   Larry Rudolph at, I think it was, the reception after,

19   right?

20   A.    Yeah.

21   Q.    And at some point some people were there, and then you

22   had a conversation with Larry alone; do you remember that?

23   A.    Yeah.

24   Q.    And it was an emotional talk, wasn't it?

25   A.    It was frankly upsetting.  The whole circumstance was

CROSS - FINIZIO

1    upsetting.  I mean, just being there was upsetting, yeah.

2    Q.   And I think you said you were in shock about what had

3    happened.

4    A.   I think I was, yeah.

5    Q.   And do you remember speaking from the heart to Larry

6    and telling him "Don't end up alone like my father"?

7    A.   Actually, I do not specifically remember that.  It's

8    possible I could have said it.  I -- yeah.  My -- yeah, I

9    could have said that.

10   Q.   Okay.

11   A.   I won't deny it, but I don't specifically remember it.

12   Q.   Fair enough.  I want to show you what's been admitted

13   as RA-6.

14        Do you remember this funeral card -- this prayer

15   card at the funeral?

16   A.   Yeah, I remember they had a stack of them there, yes.

17   Uhm-hum.

18   Q.   And this is the original here.  Do you remember it

19   being printed up with Bianca's name and then her -- a prayer

20   underneath?

21   A.   I do remember.  I do remember, uhm-hum.

22   Q.   You also mentioned that it was different than what you

23   were used to because there was no body there; that you

24   had -- you know -- were in other Catholic funerals --

25   A.   Yes.

CROSS - FINIZIO

1    Q.    -- there was a body and a viewing, right?

2    A.    Yeah.  Could I amend my previous answer?  Now that you

3    mention it, I had forgotten, but I do remember now that you

4    mention it about the cards.

5    Q.    You remember seeing that card.

6    A.    I do remember now that you reminded me of it.

7    Q.    Sure.  This is a long time ago now.  It's six years

8    ago, right?

9    A.    Yeah.  I just don't want to misrepresent.

10   Q.    No, no, I'm with you.  I mean, it's hard to remember

11   exactly what was said, exactly what you saw six years ago.

12   I'm with you.

13   A.    Right.

14   Q.    Let's talk about the -- the funeral, itself, with the

15   body and the viewing that you're used to.  I understand that

16   there was no body there.  Did you know that Bianca had a

17   will saying that she wanted to be cremated?

18   A.    No, I did not know that.

19   Q.    Okay.

20   A.    If I could say that, you know, the -- the issue of

21   cremation, *per se*, I did not really find alarming or

22   upsetting.  It's the whole circumstance about, you know -- I

23   mean, I -- you know, I don't know.  The --

24   Q.    No, that's a fair point.  It's the prosecutor that

25   brought it up so I wanted to follow up on his question with

CROSS - FINIZIO

1    you --

2    A.    Yeah.

3    Q.    -- about it.

4          You also mentioned that you continued to go to the

5    dental practice for years after the funeral.

6    A.    Yes.

7    Q.    And I think you said you saw Dr. AnaBianca Rudolph,

8    right?

9    A.    Yes, because by that time he was no longer doing actual

10   dentistry.

11   Q.    Right.  It was still his practice -- you were going to

12   Larry Rudolph's practice but being seen by AnaBianca.

13   A.    Yes.

14   Q.    Okay.

15   A.    Or occasionally some other dentists who were working

16   there in the practice, depending on, you know, what needed

17   to be done.

18   Q.    All right.  And, sir, when you were first interviewed

19   in this case, you told the FBI that you did not believe that

20   Larry Rudolph committed murder.  Do you remember that?

21   A.    I don't believe I said it that way.  I said I don't --

22   I find it hard to believe he could have done that, is what I

23   remember saying.

24   Q.    And do you remember using the words that you believed

25   it was a, quote, tremendous leap, end quote, that he could

138

CROSS - FINIZIO

1   have done this?

2   A.   Words to that effect, certainly, yeah.

3   Q.   Do --

4   A.   I still find the notion shocking that it could have --

5   he could have done it.

6   Q.   Thank you, sir.  I have nothing further.

7            MR. DILL:  No questions, Your Honor.

8            THE COURT:  No questions, Mr. Dill?  Okay.  Any

9   redirect?

10            MR. FIELDS:  No further questions, Your Honor.

11            THE COURT:  All right.  May this witness be excused

12   for the Government?

13            MR. FIELDS:  Yes, Your Honor.

14            THE COURT:  For the defendants?

15            MR. MARKUS:  Yes, Your Honor.

16            THE COURT:  Mr. Dill?  May the witness be excused?

17            MR. DILL:  Oh, yes, sir.  Yes, Your Honor.

18            THE COURT:  All right, Mr. Finizio, thank you for

19   your testimony.  You're excused.  You may step down.

20            All right, the Government may call its next

21   witness.

22            MR. FIELDS:  Thank you, Your Honor.  Government

23   calls Anthony Giustini.

24            COURTROOM DEPUTY:  Stay standing for me; raise your

25   right hand.

139

DIRECT - GIUSTINI

1      ANTHONY GIUSTINI, GOVERNMENT'S WITNESS, SWORN

2              COURTROOM DEPUTY:  Thank you.  Please be seated and

3      remove your mask for us.  And then state your full name for

4      the record and spell your first and last name for us.

5              THE WITNESS:  My name is Anthony Giustini.

6      A-n-t-h-o-n-y.  My last name is spelled G-i-u-s-t-i-n-i.

7              THE COURT:  You may proceed, counsel.

8              MR. FIELDS:  Thank you.

9                       DIRECT EXAMINATION

10     BY MR. FIELDS:

11     Q.   Sir, did you know Bianca Rudolph?

12     A.   I did.

13     Q.   Did you have plans to see her in the fall of 2016?

14     A.   I did.

15     Q.   Instead of seeing her in the fall of 2016, what

16     happened?

17     A.   She was shot and killed in Africa.

18     Q.   Did you talk to her husband after the funeral?

19     A.   I talked to her husband at the funeral.

20     Q.   Are you prepared today to tell the members of the jury

21     about that discussion?

22     A.   Yes.

23     Q.   Are you a blood relative of Bianca's?

24     A.   I am.  My -- Bianca -- Bianca's mother and my

25     grandmother are first cousins.  And my grandmother lost her

DIRECT - GUISTINI

1    parents when she was young and went to live in the same

2    household as Bianca's mother.  So close relatives, yes.

3    Q.   So did you -- did you grow up with her?

4    A.   We did, yes, together.

5    Q.   Were you invited to her wedding?

6    A.   I was invited to her wedding but I did not attend her

7    wedding because I was away.

8    Q.   When was the first time you were able to meet her

9    husband?

10   A.   I do not recall precisely when I first met Larry.  It

11   was certainly at a family gathering of some sort after

12   they -- shortly after they were married.

13   Q.   How frequently would you see them?

14   A.   We would see them at family holidays, vacations.

15   Because we had children who were the same age, so our

16   children would sometimes spend time at their house; they

17   went to camp together.  And we took some family vacations

18   together.

19   Q.   When you saw them together, did you see anything amiss?

20   A.   Between Bianca and Larry?

21   Q.   Yeah.

22   A.   No.

23   Q.   Where did they live during the course of the time you

24   knew them?

25   A.   They lived in Greensburg, Pennsylvania, and then in

DIRECT - GUISTINI

1    Phoenix, Arizona.

2    Q.    Did you ever visit them in Phoenix?

3    A.    Yes, I did.

4    Q.    Approximately when was that?

5    A.    That would have been in 2015 for the Super Bowl when

6    the Super Bowl was in Phoenix.

7    Q.    Was anyone else there?

8    A.    Yes.  There was a couple who was visiting with them.

9    And my recollection is that it was someone who was

10    associated with their hunting trips to Africa.  A hunting

11    guide perhaps.

12    Q.    You mentioned hunting trips to Africa.  Did Bianca go

13    on trips to hunt?

14    A.    Absolutely.

15    Q.    Did she ever talk to you about that?

16    A.    She did.

17    Q.    What did she say?

18    A.    She said that --

19            MR. MARKUS:  Objection, Your Honor.  Hearsay.

20            THE COURT:  Sustained.

21            MR. FIELDS:  Come at it a different way.

22    BY MR. FIELDS:

23    Q.    What do you do for a living?

24    A.    I'm an attorney.

25    Q.    What do you specialize in?

DIRECT - GUISTINI

1  A.   I specialize in corporate and financial transactions in

2  the energy and infrastructure sector, particularly in

3  Africa.

4  Q.   Did you ever talk to your sister about Africa?

5  A.   You mean to Bianca about Africa?

6  Q.   Yes, sorry.  Bianca.

7  A.   Yes, we did talk about Africa.  When we talked about

8  her hunting trips, we actually were talking about Africa,

9  not about the hunting.

10 Q.   Okay.  Did you ever talk to Larry about hunting?

11 A.   Perhaps occasionally, yes.

12 Q.   Did you ever see any photographs of Bianca hunting?

13 A.   I do recall some photos in their house in Greensburg

14 of -- of Bianca and Larry on hunts.  I -- yes, I do.

15 Q.   What did you see?  What kind of animals were they

16 hunting?

17          MR. MARKUS:  Objection, Your Honor.  Relevance.

18          THE COURT:  Overruled.  You may answer, sir.

19          THE WITNESS:  I do not recall what animals were in

20 the photos.

21 BY MR. FIELDS:

22 Q.   All right, so let's go to 2016.  Were you scheduled to

23 attend a family event?

24 A.   Absolutely.

25 Q.   What was the event?

DIRECT - GUISTINI

1    A.    The event was the marriage of Ralph Finizio's son,

2    Anthony.

3    Q.    Did Bianca make it to the wedding?

4    A.    Bianca did not.

5    Q.    What were you scheduled to do after that?

6    A.    We were scheduled to take a trip together with our

7    cousins who had come from Italy for the wedding.  My wife,

8    myself; Ralph Finizio and his wife; Bianca and Larry.  We

9    were going to go to Santa Fe, New Mexico, then to the

10   Grand Canyon, then to Sedona, Arizona, and then we were

11   going to end up at their place in Phoenix.

12   Q.    What did you learn when you got to Santa Fe?

13   A.    We learned that Bianca had been shot and killed in

14   Africa.

15   Q.    Were you also informed of a memorial service?

16   A.    We were, yes.

17   Q.    Were you able to attend that memorial service?

18   A.    I did attend the memorial service, yes.

19   Q.    How would you describe it?

20   A.    It was a relatively small affair.  It was held in -- if

21   my recollection is correct, a Catholic institution that

22   organizes retreats, in the chapel of that institution.  Not

23   far from Bianca and Larry's house.

24   Q.    Was there a reception afterwards?

25   A.    There was at their residence, yes.

DIRECT - GUISTINI

1    Q.    Did you attend that reception?

2    A.    I did.

3    Q.    Had you been able to meet with Larry at the memorial

4    service?

5    A.    I -- I spoke to Larry at the memorial service, yes, but

6    no more than exchanging my condolences.

7    Q.    Were you able to talk to him in a little bit more

8    detail at the reception afterwards?

9    A.    Yes.

10   Q.    Where did that conversation take place?

11   A.    It took place on the patio behind their house where

12   there was a buffet and drinks, and people were eating and

13   drinking and talking.

14   Q.    Who else was there?

15   A.    Well, our Italian cousins were there; Vincent Finizio,

16   Bianca's older brother, and his wife were there.  Ralph

17   Finizio and his wife were there.  My wife was there.  There

18   were -- obviously Bianca's children were there.  Larry,

19   obviously, was there.  There were some of AnaBianca's

20   friends who were in attendance to support her there.  And I

21   do not recall other -- there might have been other people

22   there, but I don't recall who they were.

23   Q.    When you had this conversation with Larry, was there

24   anyone else present with -- just during that conversation?

25   A.    Ralph Finizio.

DIRECT - GUISTINI

1    Q.    During that conversation what did he tell you?

2    A.    Larry told us that they were packing to return to the

3    United States; that he heard a shot.  That he ran into the

4    room where Bianca was; that he found her with a chest wound.

5    That he got his medical kit to try to assist her, but that

6    there was nothing he could -- he could do.

7    Q.    Did he talk about the consulate over in Zambia?

8    A.    He did, yes.  He said that when he got back to Lusaka,

9    the capitol, he went to the consulate for some paperwork,

10   and that he was very poorly received.  That the consul --

11   the vice consul was not helpful; was hostile.  And did not

12   show any sympathy or respect for the fact that he had just

13   lost his wife.

14   Q.    When you said that he had to run into the room, did he

15   say what he had been doing beforehand?

16   A.    My recollection is that he -- he didn't tell us what he

17   was doing, but my recollection is that he said that he was

18   outside.  I assume that means outside the hut, or bungalow,

19   or whatever, in which they were staying.  And that he ran

20   from there into the room where Bianca was.

21   Q.    Did you ask him any follow-up questions?

22   A.    No, we did not.  At the -- at the -- at the reception

23   after the funeral?

24   Q.    Yeah.

25   A.    No, we did not.  It was the -- it was the reception,

CROSS - GIUSTINI

1    you know, after the funeral of his wife and we -- at least I

2    didn't feel that we should press for details.

3    Q.    Have you had any other conversations with Larry about

4    Bianca's death?

5    A.    No.    I've never spoken to Larry since.

6              MR. FIELDS:    Your Honor, may I have a moment?

7              THE COURT:    You may.

8              MR. FIELDS:    No further questions, Your Honor.

9              THE COURT:    All right.    Thank you.

10   Cross-examination.

11                       CROSS-EXAMINATION

12   BY MR. MARKUS:

13   Q.    Hello, Mr. Giustini, my name is David Markus.    I

14   represent Dr. Rudolph.    And if it's okay with you, I'm going

15   to ask you a couple of questions.

16   A.    Perfectly fine, counselor.    Go ahead.

17   Q.    Sure.    Thank you.    You mentioned that you haven't

18   spoken to Dr. Rudolph in the years since.    You guys aren't

19   close, are you?

20   A.    No.

21   Q.    Okay.    Did you call him and ask to talk to him?

22   A.    No.

23   Q.    Okay.    You also said this was a small affair not far

24   from their house.    In other words, the place where the

25   funeral was, was in close proximity to where Larry Rudolph

CROSS - GIUSTINI

1    and Bianca Rudolph lived.

2    A.    That is my recollection, yes.

3    Q.    Okay.  By the way, when you say this is your

4    recollection, I mean, this is now, what, almost six years

5    ago, so it's a ways back.

6    A.    It's six years ago.

7    Q.    Yeah.  You don't remember all the exact words people

8    used and so on, do you?

9    A.    Well, I do remember some of the exact words people

10   used, yes.

11   Q.    Okay.  We'll talk about that, then.

12         Do you remember whether Dr. Rudolph gave a eulogy

13   at the funeral?

14   A.    I do not remember.

15   Q.    You don't remember whether he gave a eulogy?

16   A.    No.

17   Q.    Okay.  Do you agree with me that Dr. Rudolph and Bianca

18   Rudolph were private people?

19   A.    They lived a very private life, yes.

20   Q.    And I think you've used the words before, they were

21   secretive, correct?

22   A.    I have used the words they were secretive?

23   Q.    Yes.  Do you describe Bianca and Larry Rudolph as

24   secretive?  Have you said that about them before?

25   A.    I don't recall having said that, but they were very

148

CROSS - GIUSTINI

1    private people.  I guess you could say secretive, yes.

2    Q.    And is it fair to say that Larry Rudolph really didn't

3    want people knowing about his private life?

4    A.    It certainly appeared that way, yes.

5    Q.    In fact, at one point Larry Rudolph had major heart

6    surgery and he and Bianca missed a family affair, correct?

7    A.    That is correct.  My uncle Charlie's funeral.

8    Q.    And at Uncle Charlie's funeral when Bianca and Larry

9    didn't show up, they didn't even tell you why they didn't

10   show up, correct?

11   A.    That is correct.  Until later.

12   Q.    That's how secretive and private they were.  They

13   didn't tell you that Dr. Rudolph was having major heart

14   surgery.

15   A.    They did not tell us that, no.

16   Q.    You found out much later, correct?

17   A.    I found out at the funeral of Bianca's father when she

18   confided in me that she regretted that situation, yes.

19   Q.    Okay.  And I think you said you didn't press Larry

20   Rudolph at the funeral for details about what had happened,

21   correct?

22   A.    I did say that, yes.

23   Q.    And one of the reasons I'm sure is because, A, it was

24   the funeral, right?

25   A.    That is the reason, yes.

149

CROSS - GIUSTINI

1    Q.    And because he's a private person, right?  You knew

2    that.

3    A.    No, that's not why I didn't press.  I didn't press

4    because it was -- didn't seem proper at the time, given the

5    fact that we had just buried his wife.

6    Q.    Fair enough.  Fair enough.

7          You mentioned the consul and his -- and Larry's

8    discussion about that with you.  Do you remember that?

9    A.    Yes.

10   Q.    He was upset about how he was treated by that person,

11   correct?

12   A.    That is what I said and that is what he said to us,

13   yes.

14   Q.    Okay.  And do you also remember, sir, being interviewed

15   by the FBI back in August of 2021?

16   A.    I -- I do, yes.

17   Q.    And do you remember saying, quote, There's nothing that

18   I know that would lead me to believe that Larry wanted to

19   kill her?  Do you remember saying that?

20   A.    I do not recall saying that, but I believe you if you

21   have the transcript and say that I said that, yes.

22   Q.    Very good.  I have nothing further.  Thank you, sir.

23          THE COURT:  Any questions, Mr. Dill?

24          MR. DILL:  No questions.

25          THE COURT:  All right.  Redirect.

CROSS - GIUSTINI

1          MR. FIELDS:  No, Your Honor.

2          THE COURT:  All right.  May this witness be excused

3    for the Government?

4          MR. FIELDS:  Yes, Your Honor.

5          THE COURT:  For the defendants?

6          MR. MARKUS:  Yes, Your Honor.

7          MR. DILL:  Yes, Your Honor.

8          THE COURT:  Thank you.  Mr. Giustini, thank you so

9    much for your testimony.  You're excused.  You may step

10   down.

11         THE WITNESS:  Thank you very much.

12         THE COURT:  Government may call its next witness.

13         MR. WINSTEAD:  Thank you, Your Honor.  The United

14   States calls Mark Swanepoel.

15         THE COURT:  All right.

16         COURTROOM DEPUTY:  If you will remain standing for

17   me and raise your right hand for me.

18         MARK SWANEPOEL, GOVERNMENT'S WITNESS, SWORN

19         COURTROOM DEPUTY:  Thank you.  Please be seated and

20   remove your mask for us.  State your name for the record and

21   spell your first and last name for us.

22         THE WITNESS: My name is Mark Swanepoel.  M-a-r-k,

23   S-w-a-n-e-p-o-e-l.

24         THE COURT:  You may proceed, counsel.

25         MR. WINSTEAD:  Thank you, Your Honor.

DIRECT - SWANEPOEL

1          **DIRECT EXAMINATION**

2     BY MR. WINSTEAD:

3     Q.    Good afternoon, sir.

4     A.    Afternoon.

5     Q.    Could you please tell me what you do for a living.

6     A.    I'm a professional hunter.  I guess best way to

7     describe that in the United States would be a professional

8     guide.  I take clients on safari.

9     Q.    Where do you work?

10    A.    I work in Zambia and multiple Africa countries, South

11    Africa and Northern Africa.

12    Q.    Mostly in Zambia?

13    A.    Yes, sir, primarily in Zambia.

14    Q.    I notice an accent.  Is that where you're originally

15    from?

16    A.    I'm originally from Zambia and then I was -- well, I

17    was born in South Africa and then went back to Zambia when I

18    was less than a month old.  And I grew up there until

19    basically '91, '92.  And then finished schooling in the

20    University in South Africa and went back to Zambia in about

21    2003 for work.

22    Q.    So are you a South African citizen?

23    A.    South Africa citizen and Italian citizen.

24    Q.    How did you get your Italian citizenship?

25    A.    My mother was born in Italy and she lived there until

DIRECT - SWANEPOEL

1    she was a teenager.  She came to Zambia as I say, when she

2    was a teenager before she finished high school, and after

3    that she met my father and stayed.

4    Q.    Is professional hunting a family business?

5    A.    Yes, sir.  My father was the first professional hunter

6    in our family, although my grandfather hunted a lot on the

7    farm and hunted a lot.  And my brother's a professional

8    hunter.

9    Q.    Do they also work in Zambia?

10   A.    Yes, sir.  My brother hadn't hunted for, I believe,

11   five or six years now, but he did work in Zambia and

12   South Africa prior to him stopping hunting.

13   Q.    How does a person become a professional hunter?

14   A.    Well, I guess firstly you have to really love it.  It's

15   a -- you know, a job that you don't just walk into.  And

16   then various countries have different restrictions on how

17   you become a professional hunter.  Zambia is one of the more

18   strict -- Zambians and Zimbabwe.  And it requires A

19   three-year apprenticeship before you can obtain your

20   professional hunter's license if you pretty much do all

21   that's necessary in order to qualify.

22   Q.    Did you go through that process?

23   A.    Yes, sir, I did.

24   Q.    When was that?

25   A.    2003, 2004; and 2005 I did my apprenticeship.  2006 I

1   returned to South Africa and I finished my diploma.  And

2   2007 I went back, obtained my professional hunter's license

3   restricted, meaning no dangerous game aside from buffalo.

4   And then in 2008 I qualified fully.

5   Q.   What do you mean when you say "dangerous game"?

6   A.   Well, dangerous game would be the dangerous seven;

7   meaning the big five, lion, leopard, buffalo, rhino,

8   elephant.  And then the dangerous seven includes hippo and

9   crocodile.

10  Q.   So when you say you had your restricted license, does

11  that mean you could lead hunts but not for those species?

12  A.   Yes, sir.  I got my restricted with buffalo, meaning I

13  could hunt buffalo out of the dangerous game and any plains

14  game.  So none of the other -- well, crocodile and hippo

15  included, but none of the other big five.

16  Q.   And I think you already said it, but can you remind me

17  what year did you get your full license?

18  A.   2008.

19  Q.   And have you maintained a license since then?

20  A.   Yes, sir.

21  Q.   Is part of becoming a professional hunter developing

22  familiarity with firearms?

23  A.   Yes, sir.  Both for yourself and, you know, familiarity

24  with how the clients that will be joining you on safari use

25  their firearms; mostly to do with safety.

DIRECT - SWANEPOEL

1    Q.   So tell me, for yourself, what -- what do you have to

2    know how to do in order to be a professional hunter?

3    A.   Well, you'd have to have, you know, a pretty good

4    knowledge of, you know, most of the calibers used in

5    hunting, which would mostly be big game rifles.  You know,

6    bird shooting uses more shotgun, but safari hunting is

7    mostly big game rifles, so big caliber.

8         You would have to be proficient in cleaning, using,

9    you know, understanding of how they work.  You know, which

10   caliber are best for what animals.  And then obviously

11   proficiency with shooting, which includes, you know, when

12   you do your -- when you do your exam, it includes a -- you

13   know, a shooting test.

14   Q.   What does that involve?

15   A.   Well, the particular tests vary, but generally speaking

16   it would be three targets within 30 meters, and you need to

17   fire your rifle three times and hit all three targets within

18   a 10-second period.

19   Q.   Why would a test like that be required?

20   A.   Well, generally speaking a professional hunter's only

21   going to use his firearm in a dangerous situation when an

22   animal's been hurt or wounded or whatever else, and it may

23   be charging, or you have to go and assist your client in

24   finishing the animal.

25   Q.   You mentioned before -- can you give me a little bit

DIRECT - SWANEPOEL

1    more details of whether becoming a professional hunter and

2    being a successful professional hunter involves knowing how

3    to supervise others with firearms.

4    A.    Yes, sir.  I would say that's a big part of it.  You

5    know, obviously you're there to guide the clients during

6    their safari, so to assist them with correct choice of, you

7    know, animals, meaning older animals, and the males, as per

8    the licensing in each country But a lot of it has to do with

9    also guiding your clients through, you know, a safe safari;

10   meaning, you know, following safety procedures and making

11   sure that they're not doing anything to endanger themselves

12   or other people on the safari.

13   Q.    So give me an example of what kind of a situation you'd

14   want to avoid in supervising your clients.

15   A.    Well, you want to avoid a client waving a gun around

16   that's loaded.  You know, pointing the barrel in the

17   direction of sort of anyone else, including themselves.

18   You'd want to avoid, as much as possible, you know, somebody

19   walking with a loaded firearm behind someone, although there

20   are occasions where it is necessary when you're stalking.

21          So generally you just wanted to make sure people

22   have a good awareness of the fact that if a gun is loaded,

23   you know, where they're pointing the barrel, and make sure

24   it's on safe, and nobody's got a finger on the trigger.

25   Q.    Do you -- when you begin working with a client, would

DIRECT - SWANEPOEL

1    you pay very close attention to how they handle firearms?

2    A.    Yes.  And most often if a client arrives, you know --

3    we're fortunate in our industry -- or in our business that

4    most of the clientele that come hunting with us are, you

5    know, experienced hunters.  But, still, in general what we

6    will do when a client arrives, as much to make sure that the

7    weapons, when they've traveled, haven't been bumped around,

8    also for us to sort of gauge how a client handles their

9    guns, we'll put a sled a shooting sled and put a target up

10    and allow the client to fire their rifles to make sure that

11    they're still on, still accurate.  And so we can also judge

12    how well the client handles their weapon.

13    Q.    Can you tell me what the name of your current business

14    is.

15    A.    It's Swanepoel Safari Outfitters.

16    Q.    Have you had previous businesses?

17    A.    My father was in partnership with an American

18    gentleman, Doug Scandrol so Swanepoel and Scandrol Safaris,

19    until 2009.  And my father and I became partners and Doug

20    went on his own.

21    Q.    So are you currently partners with your father?

22    A.    Yes, sir.

23    Q.    Generally speaking, who are your customers?

24    A.    Well, we hunt pretty much only Americans.  You know,

25    that's not to say that we wouldn't hunt anyone else, but we

DIRECT - SWANEPOEL

1    only attend the Safari Club shows here in the United States,

2    and so at this point pretty much only American clientele.

3    Q.    And were Bianca and Larry Americans?

4    A.    Yes, sir.

5    Q.    Did you -- can you explain to me, were they generally

6    affluent customers?

7    A.    Larry and Bianca --

8    Q.    No, in general.  I'm sorry.

9    A.    Yes, I would say most clientele who can afford to go on

10   an Africa safari would probably be quite wealthy, yes.

11   Q.    And what do you mean by "quite wealthy"?

12   A.    Well, tough to say.  Wealth is different for everyone,

13   I mean obviously.  But, yeah, I would say, you know, that

14   the cost of the safari pretty high, you know, so you would

15   have to be in a very pretty high income bracket to be able

16   to afford it.

17   Q.    How long is a hunt usually?

18   A.    Well, it varies from country to country and what

19   species you're going after.  Typically what we would call a

20   classical safari, meaning including your cats; dangerous

21   game obviously includes, obviously, buffalo, your elephant,

22   and the other dangerous game I pointed out.

23         But when it comes to cats, generally, the duration

24   of the safari's longer.  Unlike most other of the dangerous

25   game, the cats require you to actually bait them, which

DIRECT - SWANEPOEL

1   means you won't just be driving around and find them walking

2   around the bush.  So it requires more time.  So I would say,

3   you know, 14 days is typical for a leopard hunt; 21 days

4   typical for a lion hunt.

5   Q.    And are there ever longer hunts than that?

6   A.    Yes, sir.  If somebody's coming to do a lion and

7   leopard combination, then we generally make it a 28-day

8   safari and it can go longer depending on what species

9   they're looking for.

10  Q.    So talking about a 14-day hunt, about how much does

11  that cost?

12  A.    If you're doing -- you know, the cats, obviously are

13  probably the more expensive of the safaris you can take, so

14  14-day leopard I believe is just over $40,000 at the moment.

15  Q.    And what does that entail, 40 --

16  A.    That includes your accommodations, your food, your --

17  the work from the professional hunter, all the various

18  trackers, skinners; you know, everybody else involved.

19        That also pays your government fees, concession

20  fees, et cetera.  And what you would pay on top of that is

21  any animal that you intend to shoot, you pay the license fee

22  and an additional trophy fee to the Government when you've

23  harvested the animal.

24  Q.    About how much could that add to the 40,000?

25  A.    Very much depends on how many animals you take, but

DIRECT - SWANEPOEL

1    approximately on a 14-day hunt you would be adding somewhere

2    in the region of 12- to maybe $20,000 on top.

3    Q.    What parts of the year do you do hunts?

4    A.    Excuse me.  Depends, again, which countries you hunt.

5    If you -- if you do all of the countries available, you can

6    hunt almost year-round.  But in Zambia, you pretty much,

7    because of the weather and -- and the times that the hunting

8    season opens, you're restricted to about May -- early May

9    through to late in November.  If you're going late, it

10   depends on the rainy season.

11   Q.    What's the best time of year to hunt for cats?

12   A.    Again, area specific, but in my experience, the best

13   time specifically in the area which I'm the resident

14   professional hunter, the winter months are better.

15        Now our winter is, you know, May, June, July.  The

16   bush is a lot thicker, you know, so it's harder for the cats

17   to hunt, which obviously makes it easier to get them to come

18   to a bait and stay on the bait long enough for us to kill

19   one.

20   Q.    Is August or September a good time?

21   A.    August and September can be good in certain areas.  You

22   know, August we generally call the windy months and it's

23   tough to get a cat to actually hit on a bait.  They get very

24   nervous in high wind.  And early September can also be

25   tough.  You know, in the western part of Zambia early

DIRECT - SWANEPOEL

1    September a lot of the animals drop their young so there's a

2    lot of animals to feed on, which again make it harder to get

3    a cat to stay on bait.

4          As I say, eastern part of Zambia, we can start a

5    little earlier and you can hunt a little bit more

6    successfully in August and September.  But my main area in

7    the western part of Zambia, August is generally not your

8    best month.  And then you preferably start sort of

9    mid-September onwards again.

10   Q.   What about October?

11   A.   October can be very good, it's just hot.  You know,

12   your -- your baits don't last as long.  The cats are also,

13   generally speaking, less apt to move during the daylight

14   hours because of the heat, so they tend to, you know, hunt

15   later in the evening.  Which more is the case on a

16   particular safari there.

17   Q.   If they're hunting later in the evening, how does that

18   affect the ability for you to hunt them?

19   A.   Well, your chance of success drop because we only hunt

20   until 30 minutes after sunset, so natural light.  So

21   obviously if they're feeding late at night, you can't -- you

22   know, you can't shoot them.

23   Q.   With regard to the general expense of hunting, are

24   certain times of the year more attractive or more expensive

25   than others?

DIRECT - SWANEPOEL

1    A.    Obviously we sell our seasons out at the conventions,

2    which is at the beginning of the year.  And we try and sell

3    the season out in advance.  Sometimes during the year,

4    there's -- people maybe cancel or for whatever reason,

5    postpone their safari.  So at the end of the season, you

6    know, you can pick up safaris that have been discounted.

7    Simply we have to utilize 80 percent of the quota in our

8    areas, as per the government stipulation.  So we have to get

9    the clients to come and take the animals, harvest the

10   animals.

11   Q.    Can you tell me about that quota.

12   A.    Basically the Government, together with scientific

13   research, you know, from the area data we provide, and some

14   other projects that go on out there, they will set a quota,

15   meaning, you know, an amount of animals that can be

16   harvested from the area, which would include how many lion,

17   how many leopard, and how many of each species we can take.

18            The Government then requires us to -- you know, to

19   commit to taking 80 percent of that quota.

20   Q.    Thank you.  I think you said that the Government

21   requires you to take the quota.  Why would that be?

22   A.    Well, you know, the premise behind the hunting in a lot

23   of these African counties, they're open areas.  A lot of

24   them border the national parks.  They're actually almost

25   like a buffer zone.  The parks don't have fencing, so these

DIRECT - SWANEPOEL

1    game management areas around the national parks serve a dual

2    purpose to protect the national parks and also to harvest

3    some of the animals.

4         Unfortunately when the animals are in a -- in a

5    certain amount of space, and human habitation falls in, you

6    can only have -- the yield of a land is only so much, it can

7    carry only so much animals.  So the hunting is sort of

8    two-fold:  it's to generate income for the local communities

9    but also to try and cull, *per se*, a certain amount of the

10   older animals off so all of them can survive.

11        So they basically wish for to us take 80 percent

12   for the payment to the communities, for the meat to the

13   communities, and to off-take what they deem necessary from

14   the area.

15   Q.   Thank you.  And I would just remind you, obviously, you

16   know, this is a very artificial setting, but please do just

17   try to speak slowly --

18   A.   Sorry.

19   Q.   We do have to hear --

20   A.   I'm not used to being in town all that much, so this is

21   quite nervous.

22   Q.   Of course.  Did you fly in recently?

23   A.   Yes, sir.  A couple of days back flew in from Africa;

24   quite a flight.

25   Q.   Have you been here before?

DIRECT - SWANEPOEL

1    A.    Yes, sir.  My brother actually lives in Denver so I've

2    been here a few times.  And I come to America generally

3    twice a year; you know, once a year for the conventions.

4    Q.    All right.  I'd like to go back and just finish off

5    about the quota.  What happens if you receive a certain

6    quota and you don't fill it?

7    A.    Well, we basically will pay for 80 percent of the quota

8    regardless, you know, whether we harvest it or not.  And

9    obviously the local communities wouldn't be very happy with

10   us if we don't provide the meat from, you know, said

11   safaris.  They rely quite heavily on it.  These areas are

12   incredibly remote and the villages don't have access to

13   shops or proteins, so it's -- on average per year, I would

14   say -- like we will provide between 9- and 12,000 pounds of

15   meat to the local communities, which to a poor African

16   community that's a lot.

17   Q.    How do you provide it?

18   A.    In the process of hunting we obviously will cut the

19   meat up.  And the Africa people prefer it smoked, so we'll

20   hang it -- the meat up and smoke it over the fires to smoke

21   it to dry it.  And we package it up and take it to the

22   communities.  Most areas have more than one community, more

23   than one chief, that, you know, are sustained off the area,

24   so we'll divide it amongst the communities and, yeah, they

25   get their meat.

DIRECT - SWANEPOEL

1    Q.    Is there -- well, I guess we'll get to that in a

2    minute.

3            You said that you paid for it -- pay for the

4    quotas.    Is there a possibility that you would lose your

5    rights to hunt if you repeatedly didn't fill your quota?

6    A.    Well, like the Government, you know, obviously they're

7    interested in getting the -- the revenue from the 80 percent

8    of the quota.    The community's obviously more interested in

9    getting the meat.    So if you fail to do that through your --

10   through your tender, possibly they may refuse to sign if

11   you -- if you, you know, wish to get the area again.

12           It's a balancing act between pleasing the

13   communities and pleasing the Government.    And then,

14   obviously, you know, pleasing your clients as well.

15   Q.    Do you have several places where you hunt?

16   A.    In -- we have the one area in Zambia which, you know,

17   we work directly with.    And then we've got a partner in

18   Zambia who has another area in the eastern side of Zambia.

19   And then there's an area up in the top part near Lake

20   Tangunyika which probably anybody can go and use if you have

21   clientele, and you buy the quota from the Government.    And I

22   recently did an area which we're in agreement with a

23   gentleman there.

24           And so, yes, in Zambia we have more than one area

25   we operate.    Same applies to the other countries.    There's

DIRECT - SWANEPOEL

1    outfitters in those countries who have areas that they need

2    to, you know, utilize a quota, et cetera.

3          So we would approach them and say, "Look, we've got

4    clients that would like to do a safari there."

5          And then I will generally accompany them, you know,

6    on those safaris with the other outfitters.

7    Q.    What other countries?

8    A.    Oh, I think I've operated nine countries now in Africa.

9    So it would be South Africa, Botswana, Zimbabwe, Zambia,

10   Uganda, Congo, Ethiopia, Cameroon, Tanzania.

11   Q.    So in Zambia and could I get Exhibit 11, page 1, which

12   has already been admitted.

13          MR. WINSTEAD:  And, Your Honor, every exhibit that

14   I talk about with this witness has already been admitted.

15          THE COURT:  All right.  Fine.  Then just go ahead

16   and publish to the jury.

17   BY MR. WINSTEAD:

18   Q.    Sir, can you tell me what we're looking at.

19   A.    That would be -- you know, the highlighted green would

20   be the map of Zambia.

21   Q.    Can I get page 2 of this Exhibit 11.  Page 2.  Any way

22   to zoom out of that?  If not, that's okay.  There we go.

23          What is this?

24   A.    Well, this is just a close-up of the map of Zambia,

25   more of the western side.

DIRECT - SWANEPOEL

1    Q.    All right.  I was about to ask you to zoom in but we're

2    already there.

3             Sir, could you point out where -- I guess I'd like

4    to ask you:  Is there a particular place in -- called

5    Chinyembe where you hunt?

6    A.    Yes, sir.  Chinyembe would be more or less in the

7    middle of the river frontage of the Mumbwa Game Management

8    Area.

9    Q.    So there's -- right on the screen on the right-hand

10   side, there's a little pen.  If you could grab that and

11   first just show us where you're talking about Mumbwa.

12   A.    You're asking the town?

13   Q.    Yes, sir.  All right.  And then what else would you

14   call Mumbwa besides "the town"

15   A.    Well, we call the game management area called Mumbwa

16   West.  There's the east side and west side.  Obviously the

17   west side is the concession that we manage and that would --

18   that's not really to scale, but it would probably be

19   something like that in that corner there.

20   Q.    All right.

21   A.    So the red.

22   Q.    And then where is actual Chinyembe?

23   A.    Well, again, I think depends -- not going to be very

24   accurate, but I would say probably around there somewhere.

25             MR. WINSTEAD:  All right.  For the record, he's

DIRECT - SWANEPOEL

1    marked a little bit left of Mumbwa in the corner of Kafue

2    National Park.

3    A.   So the national park in green.  That black line running

4    from Mumbwa, that is the asphalt road.  On the right hand

5    side, as you can see the green, that's where the national

6    park starts.  Then crosses over the river and the river is

7    also boundary.  So our area as pointed out would run that

8    triangle on bordering -- the northern side bordering the

9    park with the asphalt, and the western side bordering the

10   park with the river.

11   Q.   Do you hunt in the national park?

12   A.   No, sir.  In the game management area only.

13   Q.   What's the game management area?

14   A.   It's approximately 1300 square kilometers My math might

15   be a bit off but, say, about 750 square miles.  It's, as I

16   say, delineated by the Itezhi-tezhi Road, which goes to the

17   dam.  The other boundary's the asphalt road running from

18   Mumbwa to the Hope Bridge, and then the river on the western

19   boundary running down.

20   Q.   Are you the only person that hunts in that area?

21   A.   Primarily, yes.  Obviously sometimes at the end of the

22   season if we haven't utilized all quota, then other

23   outfitters like we do can come in and book the --

24   Q.   And why do you only work in the game management area

25   and not the national park?

DIRECT - SWANEPOEL

1    **A.    It's illegal to hunt in the national park.**

2    **Q.    Are there anything about the types of animals that come**

3    **out of the national park that the desires of the quota and**

4    **the game management has to do with?**

5    **A.    Not really.  I mean basically, as I said, the game**

6    **management area is generally around the national parks and**

7    **they're used for a buffer zone and as I said, for off-take**

8    **of certain types of animals from that particular area.**

9    **Q.    Are you looking for a particular age of animals?**

10   **A.    Yes, sir.  Obviously we only shoot males in Zambia.**

11   **Some countries allow different regulations, but in Zambia we**

12   **only shoot the male of the species.  And it's pretty**

13   **specific that, you know, you've -- the intention is to**

14   **harvest all the males that aren't necessarily breeding**

15   **anymore.**

16   **It's incredibly strict when it comes to lion and**

17   **leopard, you have a minimum age requirement, so five years**

18   **and up.  If you shoot a five-year-old you can be fined, and**

19   **you'll have a probationary period on your license.  If you**

20   **do it twice, you'll lose your professional hunter's license.**

21   **So yes, it's very strict in what we are allowed to harvest**

22   **and what we're not.**

23   **Q.    Going back to Chinyembe, what is the nearest actual**

24   **city or town?**

25   **A.    There is a -- there's a small -- small area by -- a**

DIRECT - SWANEPOEL

1   place called Nalusanga, which is the gate where the green

2   meets that black road.  I can mark it out here.  There are

3   some shops and, you know, there's actually a game scout camp

4   there, but it's not really a city.  So I would say the

5   closest real town would be Mumbwa.

6   Q.   It's hard to judge distances on this map.  About how

7   far would you say it is from Chinyembe to Mumbwa?

8   A.   About -- I would say probably about 150 kilometers or

9   so.  So I would say anywhere between 80, 90 miles, something

10  like that.

11  Q.   Is Chinyembe where Bianca died?

12  A.   Yes, sir.

13  Q.   How long does it take to drive from Mumbwa to

14  Chinyembe?

15  A.   It's very much depending on the conditions of the road,

16  what time of year.  But late in the season, generally

17  speaking if you're -- if you're really going fast, you could

18  probably make it in about 2 1/2 hours from the camp to

19  Mumbwa.   That's knowing the roads and moving.

20  Q.   I've got a video of that drive.  Have you watched that?

21  A.   Yes, sir, you showed it to me on Sunday.

22  Q.   Could you please begin playing Exhibit 9.

23        And, sir, as the video's playing, if you wouldn't

24  mind telling us what we're looking at as it's going.

25  A.   Okay.

DIRECT - SWANEPOEL

1   Q.   And while that's pulling up, I'm going to see if I can

2   get into my computer.

3   A.   Okay, so this looks like the turnoff there's a main

4   western road out of Lusaka heading towards Angola.  And

5   basically that would be this road that we're turning

6   right -- or -- turning into now -- okay, that's coming out

7   of the garrets.  So this is now heading west away from

8   Lusaka, heading towards Chinyembe camp.  That road to the

9   right would have been Mumbwa town.  This is the road

10  basically going to Mumbwa well, to Chinyembe.

11  Q.   The terrain, as we -- that we can see on the left and

12  right, is that typical of this area?

13  A.   Yes, sir.  Obviously this is -- this appears to be like

14  early in the year, so it's quite a bit thicker, you know,

15  more green.  This would now be Nalusanga, the small place I

16  was talking about, which is actually a game stop camp.

17          So now on the right hand side would be national

18  park, on the left-hand side would be Mumbwa East which is

19  what -- a depleted area.  The concession areas in Zambia,

20  right, are depleted; secondary are primary.  "Depleted"

21  meaning loss of a lot of wildlife; "secondary" meaning

22  wildlife not necessarily in abundance and a primary area

23  having wildlife in abundance.

24          Some point here there should be a road to the left

25  which would mark the -- that road just past would mark the

DIRECT - SWANEPOEL

1    difference between east and west.  This is now the turnoff

2    into Mumbwa West concession area.  This road is obviously

3    not maintained by Government, it's maintained by us so it's

4    a bit rough.  Again, this is early in the season, so the

5    bushes are a lot thicker and greener than it would be later

6    in the season.  --

7            These are a couple of the crossing points where the

8    Numsinka [phonetic] and Numsakola [phonetic] River --

9    streams come off the Kafue Rivers and dams.  So there's

10   quite a few of these in the area that require a four-wheel

11   drive to traverse.

12   Q.   Are there a lot of insects in this area?

13   A.   Yes, sir.  There's a lot of particular biting fly

14   called a tsetse fly, which is a lot like a horsefly, just

15   more aggressive.  It's pretty much a buffalo fly, so . . .

16           So that would have been the disk end, which would

17   have probably put you about 30 minutes away from camp now.

18   Q.   What is this?

19   A.   This is what we call Lilly Ponds.  It's, again, these

20   small little ponds in the middle that's basically, again, a

21   four-wheel driving crossing.  Quite a few of these small

22   little perennial holes in the area.

23   Q.   And looks like a lot of flies.

24   A.   Yes, sir, there are a lot.  Should be approaching --

25   approaching the camp shortly; the last tamba before the

DIRECT - SWANEPOEL

1    camp.

2          So this would be now the turnoff to Chinyembe camp.

3    The camp's basically right on the river, and the river road

4    runs mostly north, south, you know, following along the

5    river.  Approximately 35 kilometers of river frontage, so I

6    suppose about 25 miles or so.

7          This would now be the vehicle shade when you arrive

8    in camp.  Obviously this is start of the season so the

9    camp's not fully opened yet.  A lot of things are still

10   under cover, and the grass hasn't been redone, but this is

11   where the vehicles park during the safaris.

12   Q.   All right.  Thank you.  Next I'd like to show you --

13   and I'm going back to Trial Director -- I'd like to show you

14   Exhibit 12.  What is this?

15   A.   Looks like an overhead view of the camp.

16   Q.   Of Chinyembe --

17   A.   Chinyembe camp, yes, sir.

18   Q.   Does it seem accurate?

19   A.   Yes, sir, it does.

20   Q.   All right.  I'd like you to explain the layout and --

21   of what some of these buildings are, if you can.  And so if

22   you wouldn't mind, yeah, just take the pen and, as you're

23   going, you can mark whichever one you're talking about.  And

24   then when you finish talking about that, I'll clear it out

25   and you can talk about the next one.

DIRECT - SWANEPOEL

1    **A.    So this would be more on the northern side of the river**

2    **from the camp.  That is where the skin shed is and the**

3    **trackers and the skinners stay, their accommodations.**

4    **Q.    And just to pause you on that.  Is that where -- can**

5    **you just explain, what is -- what happens at the skin camp?**

6    **A.    Well, basically when we come back to camp with the**

7    **animals that have been harvested in the day, we'll drop them**

8    **at the skinning shed.  There's a skinning slab, you know,**

9    **and a block and tackle so we can lift the animals up and**

10   **skin it.  And also a storage shed so we can safely store the**

11   **animals so lions, leopards, hyenas don't eat the skins and**

12   **meat.**

13        **That's where I said the skinners and trackers'**

14   **accommodations are.**

15   **Q.    Are -- do you also smoke the meat in that area?**

16   **A.    Yes, sir.  There is a little smoking room there as**

17   **well, so that's -- the skinners' job's to sort of handle**

18   **that.  So that's why they stay there.  And basically they**

19   **protect the meat and the skins as well.**

20   **Q.    How many people -- how many personnel is involved with**

21   **that?**

22   **A.    So at the skinning facilities, the two skinners --**

23   **approximately, including the trackers, depending on the size**

24   **of the safari, anywhere between six and nine people staying**

25   **there.**

DIRECT - SWANEPOEL

1    Q.    And tell me again, what -- actually we'll come back to

2    that.  Let's go on to the next building.

3    A.    Okay, the next building, this is generally where we

4    grow vegetables.  It's empty now because it's early in the

5    season, but because it's so isolated it's difficult to get

6    fresh vegetables so we do have a little vegetable garden

7    there.

8              Right next door to that is the staff accommodations

9    for the camp staff or the people that work directly in the

10   camp.  And that appears next door to be the kitchen, which

11   is just outside the perimeter fence of the camp.

12   Q.    All right.  Now just let me pause you.  What's the

13   perimeter fence?

14   A.    It's basically just a thatch grass fence around the

15   perimeter of the main internal camp where the cabins and

16   that are.  It's not to keep any game out; unfortunately, it

17   won't stop anything really from coming in.  It's more just

18   to delineate where, you know, the clients stay and the

19   accommodations are.  And it sort of separates which staff

20   are allowed in and which staff would then remain outside of

21   there.

22   Q.    Can you show me where the -- that fence is.

23   A.    It's pretty thick, but I would say it's approximately

24   like that.  There's no fence on the river side.

25   Q.    When you said it doesn't stop anything from coming in,

DIRECT - SWANEPOEL

1  do animals come into the camp?

2  A.   Yes, sir.  We've had elephant in there, often.  Red

3  lion walked right through the middle of camp while we were

4  having a barbeque by the fireplace.  Animals aren't really

5  too perturbed by us there.  They sort of move in and out as

6  they wish.  We've had hippo feeding on the grass quite

7  often.

8  Q.   Do they come up out of the river?

9  A.   Yes, sir.  Yeah.  They're actually one you really have

10 to be careful for.  Hippos surprisingly kills more people in

11 Africa than any other animal.  They're dangerous.

12 Q.   All right, within that area you just had marked with

13 the fence, can you tell me -- I know it's kind of hard to

14 see with the trees, but can you tell me what buildings are

15 in there.

16 A.   The dining room should be somewhere around there.  And

17 then there's a cabin here -- well, a building -- chalet we

18 call it.  Should be another one there.  And another one

19 there.  And then the log cabins -- there was only one back

20 in 2016, there's two now -- would be about there.

21 Q.   Are -- what -- which of those buildings do customers

22 use?

23 A.   Generally speaking, unless it's a very big group,

24 they'll stay in the log cabin, which would be on that

25 southern -- southern corner.  And then the other chalets are

176

DIRECT - SWANEPOEL

1    for professional hunters.  Or if it's a larger group, then

2    some clients will stay in them as well.

3    Q.    And so just so that I'm -- no, that's good.  Okay.

4          So do the customers often go outside of the grass

5    fence area?

6    A.    Generally speaking they won't walk around outside that

7    perimeter fence on their own unless we're going hunting, and

8    then it's on the hunting vehicle with myself.  And if we're

9    walking, then I'll be accompanying them.

10   Q.    You said that part of the purpose of the grass fence

11   was to delineate who should be in that area.  Who should be?

12   A.    Well, basically it would be your -- your room

13   attendants, your waiters, and possibly the Cook.  There's

14   also a gentleman which lights the boilers.  He puts the

15   firewood and lights the boilers in the morning and the

16   evening, so he would also have access there.

17         And, in general, the skinners and trackers,

18   et cetera, won't really come into that area of the camp.

19   Q.    When you described those camp staff that are allowed

20   in, do they -- do they live inside there?

21   A.    No, sir.  As I pointed out, they stay -- if this is the

22   kitchen, they stay in this building over here.  That's the

23   camp -- direct camp staff's accommodations.

24   Q.    So what circumstances are they allowed inside the

25   fence?

DIRECT - SWANEPOEL

1    A.    Well, generally oversee the waiters when they're

2    serving food during mealtimes.  And the room attendants in

3    the morning when they go and collect the laundry and in the

4    afternoons when they're putting it back.  Also the room

5    attendants would assist the clients in collecting their bags

6    and their gun cases in the morning, take them to the

7    vehicle, and then give them to the trackers to store up on

8    the vehicles.

9    Q.    Are those times fairly carefully controlled or can

10   those members of the staff sort of barge in on the clients

11   whenever they want?

12   A.    No, sir, it's -- it's pretty controlled.  Unless

13   they're called to do so, in general they won't go into the

14   rooms.  As I say, probably after we've left for the hunting

15   activities in the day they'll go and collect the laundry,

16   and then after the afternoon sometimes before we're back at

17   camp, drop the day's laundry back in the rooms, maybe

18   turning down the beds.

19         So, no, they don't really have access to the rooms

20   as they choose.

21   Q.    And can you tell me again, besides the customers, who

22   actually will stay when you're on a hunt inside the fence?

23   A.    Generally speaking it will only be your clients and

24   your professional hunter.  In our case, you know, my father

25   generally will accompany, you know, his -- he's got a lot of

DIRECT - SWANEPOEL

1    stories.  His clients like having him around, so he normally

2    stays in camp while we're out hunting.  And he's 76, so he

3    doesn't really get in the vehicle much anymore.  But in

4    general it will be your clientele and professional hunter

5    that will be -- sometimes if there's a camp manager, which I

6    said my dad usually does, but that's about all the people

7    that would stay inside the camp.

8    Q.   Okay.  So we saw part of the terrain coming in on that

9    video, but what's the terrain like in the surrounding area

10   of Chinyembe?

11   A.   Well, like I said, there's about 25-mile-plus of river

12   frontage.  It's a beautiful big, wide river.  Obviously a

13   lot of the safaris conducted along the river.  The rest of

14   the area, it's reasonably flat.  It's -- it alternates

15   between big, open grassland and woodland Miombo -- we call

16   it Miombo -- it's just big Woodlands, Brachystegia forest.

17   And, yeah, there's a couple of small hills in that but, in

18   general, the elevation doesn't vary too much.

19   Q.   Are there predators in the area?  You sort of already

20   answered that --

21   A.   Yes, sir, there's a lot.  As I said Mumbwa West is

22   considered a five primary area; so four of five in the big

23   area.   There's no rhino in that area, so a lot of buffalo --

24   well, buffalo maybe not as much as other parts of Zambia but

25   buffalo and a lot of lion and leopards.

DIRECT - SWANEPOEL

1    Q.    Are there any nearby villages?

2    A.    In this particular area, no.  Most of the villages are

3    on the boundaries of the area.  My family's been involved in

4    this area for a long time, 30-plus years.  And we've always

5    had a good relationship with the chiefs and the chieftain,

6    and they've kept most of the people outside of the game

7    management area; as I say, provided we continue to give them

8    meat and, you know, funds from the safaris and et cetera.

9          So, no, the -- the villages are probably only at

10   that -- Nalusanga, there's a bit more encroachment the last

11   few years but, in general, from that camp you're probably

12   looking at 20 miles to the nearest village.

13   Q.    Now, on the drive in -- and this happened sort of fast

14   during the video -- so there was a place where the vehicle

15   stopped almost to the point where there was the turnoff and

16   I think you said that was a hunting camp or something like

17   that.  Can you tell us what that is.

18   A.    Okay.  So from Mumbwa, that would be -- we call it

19   Nalusanga, that's the name of the little area.  And it's a

20   game scout camp.  So the game rangers and the game scouts

21   that monitor on the safari stay there.  They also -- that's

22   their deployment base for all of their, you know, game

23   ranging activities and anti-poaching activities in the

24   national park and in the game management areas.

25   Q.    Would you call that a town?

DIRECT - SWANEPOEL

1    **A.    You could -- I mean you could roughly call it, but no,**

2    **sir, I wouldn't call it a town.  It's basically some small**

3    **shops and what we call spazas popped up there because a lot**

4    **of the vehicles and buses had to stop, so it was a security**

5    **point.  They would check the vehicles.**

6        **And they had some basic toilets and some basic**

7    **shopping, you know, that you could do there.  But no, I --**

8    **it's -- it will be tough to call it a town.**

9    **Q.    So what's the nearest medical facility?**

10   **A.    Our true medical facilities would be in Mumbwa town,**

11   **the hospital.**

12   **Q.    Is that the -- that's the place where the drive**

13   **started?**

14   **A.    Yes, sir.  That turnoff, that town over there.  Yes.**

15   **There are one or two village clinics along the way, but as I**

16   **say, most of our clientele will bring bags of medicine with**

17   **when they come on safari.  We request that.  And we donate**

18   **that to the villages and that.  It's very, very basic.**

19   **Q.    Where's the nearest police?**

20   **A.    Mumbwa town would be the nearest police station.**

21   **Q.    As far as the staff, your staff at Chinyembe, do they,**

22   **by and large, speak English?**

23   **A.    Some of the staff that interact more with the**

24   **clientele, they're pretty proficient in English; but I would**

25   **say half the staff, no, they're -- they're more local**

DIRECT - SWANEPOEL

1    languages.

2    Q.   What sort of local languages?

3    A.   Well, there's 54 languages in Zambia national

4    languages.   72 if you include dialects.   So that area

5    there's probably about four or five local languages -- it

6    would be -- it would be pretty pointless naming it, but sort

7    of each tribe has their own language.   And as I say, 54

8    recognized.

9         So, you know, there's a multitude of languages.  A

10   lot of them can speak a language called Chinyanja, which is

11   not belonging to one particular tribe, but it's an African

12   language that most of the African tribes can speak.

13   Q.   Could you possibly spell that.

14   A.   Chinyanja It's C-h-INVy-a-n-j-a, Chinyanja.  Did I

15   spell it correctly?  I'm a bit nervous.   C-h-INVy-a-n-j-a.

16   Chinyanja.

17   Q.   So I -- sorry.  So I've heard of a language that I saw

18   spelled Nyanja.  Is that the same thing?

19   A.   Yes, sir, it is.  Yeah.  Sorry.  Like the lake is

20   called Lake Tezhi, we call it Lake Itezhi-Tezhi.   In the

21   African language, there's a lot of repetition like a lot of

22   languages.  Nyanja is the shortened version of Chinyanja.

23   Q.   Do you speak Nyanja?

24   A.   I do, yes, sir.  Not a hundred percent, but yeah, I

25   do.

DIRECT - SWANEPOEL

1   Q.   All right.  Do the staff at camp have cell phones?

2   A.   They do.  More recently, you know, cell phones have

3   reached most parts of Africa, unfortunately.  But yes, I

4   would say yeah, most of them probably do these days.  You

5   know, cheap cell phones.

6   Q.   Would that -- is that a new thing or would they have

7   had that back in 2016?

8   A.   2016, I would say a lot less had it, and there was only

9   a very -- well, to be honest with you, there was a small

10  little part by the skin shed where there was some signal way

11  up in the tree.  So some of the guides would actually put a

12  rope with a little water bottle with the cell phones in and

13  pull it up to the top of the tree and they could get some

14  messages out like that.

15         More recently, close to the camp we found a spot

16  where there was some signal.  That was about probably 2017,

17  2018.  We put up a booster.  But I believe in 2017, and

18  maybe '17 or18, we actually put a WI-FI system in the

19  camp -- a satellite WI-FI system.  So there's a satellite

20  receiver and we use a company there that provides us

21  internet.  Very slow but it's, you know, better than

22  nothing.

23  Q.   Back in 2016, did you have sat phones?

24  A.   We only had the sat phones, yes, sir.

25  Q.   Was that the main way that you could communicate out?

DIRECT - SWANEPOEL

1    A.   Yes, sir.

2    Q.   Just in case someone's not familiar with that term,

3    what's -- what is that?

4    A.   It's a satellite phone.  So basically it's a

5    specialized service from certain companies in the United

6    States here that you can buy a certain amount of minutes and

7    you can use your satellite phone pretty much anywhere in the

8    world.  It's a -- you know, it runs off of different

9    satellite.

10   Q.   All right.  I'd like to change topics and ask you about

11   how you first met Larry and Bianca.

12   A.   Yeah.  I can't recall exactly when I first met.  It

13   would have been still when I was very young.  Larry as far

14   as I recall, was friends with my dad's partner -- his

15   American partner, Doug Scandrol, and from Pittsburgh.  And,

16   yeah, they started hunting with the safari company many

17   years ago.  You know, I was still in school at the time.

18           Best I could say truly getting to know each other

19   would be in 2008 was the first time that Larry and Bianca

20   hunted with me.  At that stage really we were in the process

21   of parting with our American partner.  And Larry and Bianca

22   loved hunting in Mumbwa so they continued hunting with me

23   there.

24   Q.   2008, is that the same year you got your license?

25   A.   Yes, sir.  Same year.

DIRECT - SWANEPOEL

1    Q.    Was it one of your first hunts?

2    A.    Yes, sir.  You know -- and often in the safari

3    industry, they will generally do that, you know, people --

4    clientele that we sort of know well or that have hunted with

5    a company a lot, we're a little bit green when we first get

6    our licenses so they generally put us with clients that are

7    experienced or, you know, know the company.

8    Q.    Do you remember where that hunt was?

9    A.    That was in the same camp, Chinyembe, in Mumbwa.

10   Q.    Do you remember what happened on that hunt?

11   A.    I may recall incorrectly, but I believe the first

12   safari was with Larry.  Larry and Bianca came, and I think

13   it was a lion hunt.  And I believe only the following year

14   in 2009 was the first time Bianca tried a leopard with me.

15   Q.    Also at Chinyembe?

16   A.    Yes, sir.

17   Q.    Did you ever meet their children?

18   A.    Yes, sir.  I have met Julian and AnaBianca.

19   Q.    Did you ever take them on hunts?

20   A.    Julian came on safari with us.  I believe it was -- oh,

21   I could be wrong, but it was before the closure of hunting

22   in Zambia so it would have been between 2010, 2012.  He came

23   to South Africa, did a safari there, and then he came back

24   to Chinyembe Mumbwa and he did a safari there with us.

25   Q.    Any since then?

DIRECT - SWANEPOEL

1    A.    No, sir, not since then.

2    Q.    Over the years, did you continue to hunt with Larry and

3    Bianca?

4    A.    Yes, sir, many times.  Between 2008 and 2012, I think

5    we did probably four, five safaris in Chinyembe in Zambia.

6    I don't recall anywhere else.  And then from 2013 to --

7    well, to current, to last year, I think somewhere between 12

8    and 15 safaris.  Yeah, until -- yeah.  Until 2016 I think it

9    was about 12 safaris and another three after that.

10   Q.    Were most of their hunts in Chinyembe?

11   A.    No, sir.  Zambia actually closed hunting completely

12   between 2012 and 2016.  So at that stage we were hunting a

13   lot in South Africa, Uganda, Congo.  I did a safari in

14   Ethiopia with Larry which Bianca didn't join on.  But other

15   than that, she was pretty much on every safari.

16   Q.    How many of those hunts did Bianca actually hunt?

17   A.    I would say probably the first -- the first safari 2008

18   to 2012, it was kind of shared.  And from around '13

19   onwards, aside from Larry collecting some of the species

20   that he hadn't managed to collect previously in his hunting

21   career, it was Bianca doing a lot of the hunting.

22        You know, she was -- as far as I recall, she was

23   interested in some of the awards programs, you know, that

24   Safari Club offers, so she was collecting species around

25   Africa.

186

DIRECT - SWANEPOEL

1   Q.   You said before that a hunt between the expenses

2   incurred and the fees and royalties, or whatever they're

3   called, could be in the realm of $60,000; is that right?

4   A.   Yes, sir.   That would be your more expensive, like your

5   leopard and lion, which are very high end.   Plains games

6   safaris are much cheaper.   I mean, you can do -- you know,

7   you are looking -- seven-day plains game safari can be as

8   cheap as $7,000, you know, including your accommodation and

9   animals.

10          Some of those hunts, Uganda and Congo, if you're

11  just doing plains games species, would be in the region of

12  20- to $30,000 including your animals.

13          Obviously when it comes to the big five, you know,

14  your lion, leopard, elephant -- buffalo are not so much,

15  that's a lot cheaper -- but those three primarily are where

16  it becomes very expensive.

17  Q.   How -- if you're talking about a particularly expensive

18  one, what would that run?

19  A.   As I say, 14-day leopard could run you, all in with

20  your trophy fees, et cetera, in the region of 65,000.   You

21  know, an elephant these days, you're probably looking more

22  in the region of 85-.   So, yeah, it's expensive.

23  Q.   Do your clients generally range in the level of their

24  wealth?

25  A.   Yes, sir.   I would say probably most of the clientele

DIRECT - SWANEPOEL

1    we hunt with are what I would consider wealthy.

2    Q.    Can you tell me where the Rudolphs fit on that

3    spectrum?

4    A.    I suppose it's kind of rude, but --

5    Q.    Sorry.

6    A.    No problem.  I mean, you know, without being offensive

7    at all, I wouldn't say that they were in the upper end of

8    wealth.  There's a lot of very wealthy people that hunt.

9    But a lot wealthier than me, let's put it that way.

10   Q.    Were they -- did they typically just book hunts or were

11   they sometimes looking for less expensive ways to hunt?

12   A.    Yeah, I would say, you know, when they started -- from

13   when they started hunting with me, they -- you know, they

14   would obviously look for safaris that could be discounted,

15   people who postponed or canceled.  So not all the safaris

16   were at full price.

17         When we are going for target-specific species in

18   particular countries, then we have to prebook.  Some safaris

19   people book two, three years in advance.  So, you know, in

20   those situations then it's going to be full rate.  But Larry

21   and Bianca were obviously very interested in picking up

22   safaris that had any discount in them.

23   Q.    Did they sometimes hunt during some of the less popular

24   times of the year that you described?

25   A.    Yes, sir Unfortunately if you're taking those safaris,

DIRECT - SWANEPOEL

1   you are going to be there when it's hot and the flies are

2   biting and it's a little bit more uncomfortable than for

3   everyone else there.

4          I would actually go as far as to say that a lot of

5   the safaris from 2013 that I did with Larry and Bianca you

6   know, I used to -- I used to joke that they were my recon

7   hunters.  Because I never hunted Congo before, they were the

8   first clients to go with me there.  I never hunted Uganda

9   before, nobody else really had.  These were countries that

10  previously weren't hunted, so I would contact them and say,

11  "Look, we'll make it as cheap as possible, come with me.

12  Let's see what it's like."  And they were always sort of

13  game to do it.

14  Q.   You had mentioned before, is there a system where

15  professional hunters will trade opportunities to fill up

16  their quotas or things like that?

17  A.   Yes, sir.  And, you know, obviously like in those

18  situations, after this, recently would have got the hunting

19  rights in certain areas, certain countries would reopen, so

20  they would give it to us at a, you know, much discounted

21  rate so that we would come there, do the safari, and then

22  come back.

23          And obviously, you know, clients like, you know,

24  Larry and Bianca were experienced hunters and they knew a

25  lot of people at Safari Club And if they turned around at

                        DIRECT - SWANEPOEL

1    Safari Club and said, "Hey, you know, that country's okay,

2    you're going to be safe going there," it would be enticing

3    other people to go.

4    Q.    And those, the recon hunting opportunities, were those

5    examples of where that kind of situation had happened?

6    A.    Yes, sir.

7            THE COURT:    Mr. Winstead, would this be a good time

8    for our afternoon break?

9            MR. WINSTEAD:    Yes, sir.

10           THE COURT:    All right.    Ladies and gentlemen of the

11   jury, we're going to take our afternoon recess.    We'll be in

12   recess for 15 minutes.

13           (Jury left the courtroom at 3:09 p.m.)

14           THE COURT:    Mr. Swanepoel, because you're in the

15   middle of your testimony, I direct you not to speak with any

16   of the lawyers during the recess.

17           THE WITNESS:    Yes, sir.

18           (Recess taken 3:10 p.m. to 3:29 p.m.)

19           THE COURT:    Mr. Swanepoel, a couple of things.

20   One, I remind you you remain under oath.

21           THE WITNESS:    Yes.

22           THE COURT:    Secondly, you would be doing Ms. George

23   a huge favor if when you are using African tribal names,

24   language names, place names, you slow down and so it would

25   help her catch it because it's -- these names are very

DIRECT - SWANEPOEL

1    foreign sounding to our ears.  You've grown up with these

2    names, but we might as well be talking Matian and it's hard

3    for her to take down Matian.

4            THE WITNESS:  Yes, sir.

5            THE COURT:  So if you could slow down with those.

6            THE WITNESS:  No problem.

7            THE COURT:  All right.  Mr. Winstead, you may

8    resume your examination.

9            MR. WINSTEAD:  Thank you, Your Honor.

10   BY MR. WINSTEAD:

11   Q.   All right, sir, I'd like to ask -- I'd like to loop

12   back.  You had said earlier that part of being a

13   professional hunter was making sure that your clients are

14   handling weapons safely; is that right?

15   A.   Yes, sir.

16   Q.   When you're leading a hunt, does that involve you

17   handling firearms often?

18   A.   No, not necessarily.  I mean, in general, you know,

19   clients will handle their own firearms.  There are

20   exceptions to that.  You know, when you bring a firearm into

21   the country, you bring it on a temporary import permit.  You

22   remain responsible for your firearm and for your actions

23   with the firearm.

24            Our job is just to -- basically just make sure

25   people, you know, follow a code of conduct in the bush.  So

DIRECT - SWANEPOEL

1    unless they particularly are asking for assistance, we don't

2    generally assist.  There is a certain amount of, you know,

3    pride that people take when they hunt and they, you know,

4    believe that they can handle their firearms themselves.  As

5    I say, there is exception to that.

6    Q.   When you hunt with a new client, are you -- are you --

7    is one of the things you're doing is paying attention to how

8    safe they are with the firearms?

9    A.   Yes, sir.  You know, when we're on -- as I say, on the

10   range, if you want to say that, or, you know, doing target

11   practice, I'll see whether they are unloading their weapons

12   or when their weapon is loaded are they putting it on

13   safety.  When they're removing the safety is it just before

14   they are about to fire?  Are they handling the gun unsafe

15   while they're sitting down?  So you're looking at all of

16   those things pretty closely.

17   Q.   Are you looking for competence with firearms as well?

18   A.   Yes, sir.  You know, you want to believe that these

19   people are hunting -- well, not only dangerous game, but any

20   game deserves, you know, to have a clean kill, so you want

21   to make sure that they're handling their firearm correctly

22   and that they can shoot accurately.

23   Q.   What are some things that a client might do that would

24   give you a lot of concern?

25   A.   Well, if I saw client loading a gun and handling it

DIRECT - SWANEPOEL

1   with it not on safe, you know -- in other words, while not

2   having the barrel pointing at the target, and everybody else

3   behind them, and that gun is not on safe, that would give me

4   a lot of concern.

5        If they were swinging a barrel around of a loaded

6   gun, you know, in the direction of other people, that would

7   give me a lot of concern.  You know, I also watch when

8   they're shooting to see if they flinch, if I see them

9   jerking the trigger, you know, when they're on the range,

10  then they're definitely going to be doing that in the field.

11       And as I say, it's not just about protecting

12  themselves and the rest of us, it's also about protecting

13  animals, you know.  In general you don't -- you never want

14  an animal to be wounded.  You try your best to make sure

15  that it's -- you know, it's a good kill.  So yeah, that's --

16  those are the things we look for.

17  Q.   If you had a new client who was pointing the firearm in

18  an unsafe direction, pointing it at you, things like that,

19  what would you do?

20  A.   Well, I mean, first and foremost you're trying to give

21  them a little bit of extra training.  Just remind them, you

22  know, what we sort of expected and what's dangerous, what's

23  not.  I mean, there will be a certain amount of leniency in

24  that regard because, again, not everybody hunts year-round,

25  so sometimes people who come on safari or guns for a while,

DIRECT - SWANEPOEL

1    so you try and reeducate them on what to do, what not to do;

2    and sometimes what we prefer in the field rather to maybe

3    what they've been taught elsewhere.  If it persists, you

4    know, it could get to a point where we terminate the safari.

5           If I start feeling that they're endangering

6    people's lives, mine included, then, you know, we -- we

7    could possibly terminate the hunt.

8    Q.   If you do that, would you be likely to take that client

9    on again?

10   A.   No.  Probably not.

11   Q.   Have you ever had a client have an accidental

12   discharge?

13   A.   Yes, sir.  I've had a few in my career.

14   Q.   Can you give us an example.

15   A.   I've had a gentleman who was extremely competent with a

16   shotgun.  In fact, I believe he was a -- some sort of

17   champion clay pigeon shooter in the UK.  And while we were

18   shooting, and a bunch of rifles on a safari and a couple of

19   the shotguns, you know, while he was clearing his shotgun,

20   he fired the gun right next to my ear.

21          I've had an older gentleman --

22   Q.   And sorry, I'm sorry, sir, if I could pause.  What did

23   you mean when you said "clearing the shotgun"?

24   A.   So unloading the shotgun.  You know, making sure that

25   there's no longer bullets in the chamber.

DIRECT - SWANEPOEL

1        It was also a semi-automatic shotgun.  And I don't

2   know what he did, I wasn't watching him, I was busy

3   unloading another firearm.  And when I said it was right

4   next to my ear, it was both -- we had the guns on the

5   shooting bench and we obviously shot in numerous -- numerous

6   guns, and while he was clearing the one, he fortunately had

7   it pointed up to the air and he fired a round accidentally.

8        I've had an older gentleman, you know, on a safari

9   quite recently, just to go back to recent ones.  When we do

10  a walk-and-stalk, we'll get off the vehicle.  Generally the

11  client will hand the tracker or myself the guns so they can

12  get off the vehicle.  We'll then stalk the animal.

13       If we're in a close enough proximity to the animal

14  that I deem it necessary, I'll ask them to load the gun.

15  You know, obviously the noise would scare the animal.  So

16  we'll do that and then put it on safe and we'll stalk the

17  animals.

18       In the event we're unsuccessful, generally we'll

19  unload the gun on the way back to the vehicle, you know, or

20  once the stalk is over.  Some clients prefer not to -- you

21  know, as I said, it's a dangerous area and they prefer to

22  walk with their gun loaded in case something jumps out at

23  them, I guess.

24       And this particular gentleman, I guess when he got

25  back on the vehicle, he hadn't unloaded the gun.  He was

DIRECT - SWANEPOEL

1    busy unloading it and he fired a shot.  Again, I was sitting

2    in the front, I didn't see why he did it, but, yeah, it does

3    happen.

4    Q.    Had you ever had a negligent -- or --

5    A.    I've had an accidental discharge in my career.  It was

6    quite a few years ago, I think probably 2010 or11 or so.

7    And it was the end of the season and I was clearing a bunch

8    of rifles, you know, from -- well, our rifles to take back

9    to our safe on the farm.  And most of the rifles had the

10   same mechanism, what's called a pre-64 action  -- has a

11   pre-64 action, it's a copy of a Mauser action, which has a

12   claw extractor.  So when you lift the bullet and you pull

13   the -- pull it out of the chamber, you can just continue to

14   cycle it like that and it will eject the bullets.

15          This one particular rifle was a Tikka; it's a

16   different make.  And you have to actually lock the bullet

17   down --

18   Q.    Sir, I'm sorry, can you explain -- can you tell me, how

19   do you spell Tikka?

20   A.    T-i-k-k-a.  It's a -- I believe it's an Australian

21   make.  Anyway, it's a different type of bolt action.  And if

22   you don't lock it, it doesn't actually eject the last round.

23          So in the process of clearing all of these guns,

24   the last one happened to be this Tikka and I ejected most of

25   the bullets and the last one remained in the chamber, and I

DIRECT - SWANEPOEL

1    depressed the trigger and closed the bolt to not leave the

2    gun unloaded, which can weaken the spring.  And,

3    unfortunately, when I closed the bolt it fired a round that

4    I didn't know was in there.  So I actually shot into the

5    ground in my chalet.  Scared me quite a bit.  I don't do

6    that ever again.

7    Q.    All right.  As far as your firearm safety precautions,

8    would you want your clients to generally be carrying around

9    loaded weapons?  And if so -- you've already told us about

10   sort of when you're stalking and things like that.  In

11   general, when do you want them to have their weapons loaded?

12   A.    Generally if we just are walking, you know -- it's hard

13   to explain.  But often we'll maybe see an animal at a

14   distance.  That distance could be way too far to shoot.

15   We'll then find a position to leave the vehicle, get off the

16   vehicle, and then we'll try to walk back or walking into the

17   area where the animals are.

18         There's a difference between walking after animals

19   and what we'll call a stalk.  A stalk would be generally

20   when you've made, you know -- you've seen the animal,

21   you've -- and you've decided that you're going to hunt that

22   animal.  And in that instance now it becomes a lot slower,

23   quieter, you know, and we'll actually stalk.

24         That point, generally we load the guns.  And then

25   we'll stalk up to the animal.  I'll put up the shooting

DIRECT - SWANEPOEL

1    sticks if we get into position, and the client will take

2    their shot.  If we don't -- if we're not successful there,

3    or we are successful and they perhaps reloaded, generally

4    speaking, you know the last time we'll decide to have the

5    guns sort of loaded is when we get back in the vehicle.

6           As I say, in general, my tracker, Bunda, Casiuss,

7    will be on the back of the vehicle already.  And when the

8    clients walk up to the vehicle, you'll let them pass the

9    firearm up to him so he can put it back into the soft cases,

10   which sit on the gun rack.  And he'll generally ask them,

11   "Have you cleared the gun?  Have you unloaded the gun?"

12          And they'll tell him yes or maybe they forgot and

13   they unload it.

14          As I say, it, you know, does happen that sometimes

15   people forget.  But, you know, that's sort of the procedure.

16   Q.   So can I -- well, actually, a couple more questions,

17   then I want to loop back to the vehicles.

18          Do you want the clients to be carrying around

19   loaded firearms in camp?

20   A.   No, sir.

21   Q.   Why is that?

22   A.   Well, when we return to camp, you know, people could

23   have a drink.  You know, when you mix alcohol and firearms,

24   it's a very bad idea.  When -- generally speaking, when we

25   get back to the camps, the porters will carry the gun to the

DIRECT - SWANEPOEL

1   room, secure them safely in the rooms and we can carry on at

2   the dining room and do whatever else.

3        There's not really any need to be walking around

4   the camp with a loaded firearm, so no, we definitely would

5   prefer not to do that.

6   Q.   All right.  I'd like to pull up Exhibit 13, page 1,

7   please.

8        What's this?

9   A.   This is one of our hunting rigs.

10  Q.   When you say a "rig," is it a truck?

11  A.   Vehicle, yes, sir.  Hunting vehicle.

12  Q.   Where do people sit on this when you're going out on a

13  hunt?

14  A.   Generally speaking, the clients will sit on this

15  hunting seat.  We have -- we always have a game scout with

16  us.  He's there to monitor the hunting activities and to

17  monitor me as I'm monitoring the clients; make sure

18  everybody's following the law and procedures.

19       He will either sit in the front of the cab or he

20  could possibly stay up on the back behind these tires

21  together with the other trackers.  So I will either be on

22  the back seat with the clients or sometimes I'm driving.

23  Q.   Can I go to page 2, please.  13, page 2.

24       What's this?

25  A.   These are the gun racks on the back of the vehicle.  So

DIRECT - SWANEPOEL

1    this would be where the soft cases are placed into.  You

2    know, generally the cases will be put in, you know, barrel

3    either side, and then half opened so we don't get too much

4    dust on the scopes and in the mechanisms, but so that

5    they're easily accessible.

6    Q.    Why do you want them to be easily accessible?

7    A.    Well, you know, often you're in a bit of a hurry when

8    you see animals.  They don't stand still for too long.  So,

9    you know, the quicker we can get the guns out and get off to

10   shoot, the more our chance of success.

11   Q.    You said that you always want to have the guns unloaded

12   when they're in these racks.  Why is that?

13   A.    Well, the -- you've seen the roads, and on a vehicle

14   like that, you know, the gun sitting in there bouncing

15   around, there's always a possibility one of them goes off,

16   you know.  And, in general, if you don't have need of a

17   loaded gun, it's better not to have your gun loaded.

18   Q.    And I think you said this before, but just to clarify:

19   Did you say that camp assistance often will carry the guns

20   from the truck back to the cabins?

21   A.    Yes, sir.  So generally when we pull in -- as I say,

22   this is early season, we generally park under that shed over

23   here.  And, obviously, it's the bush.  They can hear the

24   vehicles coming so the -- you know, the room attendants will

25   be there at the gun -- at the side of the vehicle when we

DIRECT - SWANEPOEL

1    stop, and the clients will then either themselves pass the

2    gun bags down to the room attendant or often the clients or

3    myself will already get off the vehicle and the trackers

4    like Bunda would pass the guns down to the room attendants

5    to take it to the room, and our binoculars, backpacks,

6    everything else on the vehicle.

7    Q.   So you said previously -- I'm trying to add it up.  Can

8    you give me an estimate on how many hunts you believe you

9    went on with Bianca.

10   A.   Oh, as I say, I -- I only really had, you know, sort of

11   all the documentation from 2013.  Prior to that, not so

12   much, but I believe in that time from 2013 onwards was

13   approximately 12 hunts.  And prior to that, probably another

14   four or so.  So quite a few safaris.

15   Q.   When you first started hunting with her, did you find

16   out whether she was careful handling firearms?

17   A.   Yes, sir.  She -- she seemed very careful.  She, you

18   know, almost seemed a little bit sort of hesitant to handle

19   the guns a lot.  I don't think she was doing as much hunting

20   back then as she did going forward.  She -- you know, she

21   increased in sort of her abilities throughout the years and

22   became a little more confident with the guns.  And towards

23   the end, I mean for a long period of time she wouldn't

24   really carry guns when we went walking until it was sort of

25   necessary to actually have the gun in her hand.

DIRECT - SWANEPOEL

1        But, yeah, I think her confidence sort of increased
2    as she went along, you know, over the years.
3    Q.   And when you're saying "confidence," did you ever see
4    her swinging guns around or pointing them carelessly or
5    things like that?
6    A.   No, sir.  I can't say I ever saw her do that.  As I
7    say, when I mean confidence, just more in her ability to
8    actually load and unload the gun herself, to actually carry
9    the gun, you know, while we were even walking or stalking.
10   Just general confidence around -- being around the firearms.
11   You know, she was a lot more nervous when I first started
12   hunting with her than she was towards the end.  She was
13   still always very careful around the guns, though.
14   Q.   If she had not been careful around guns, would that
15   have been something you would have noticed?
16   A.   Yes, sir.
17   Q.   And would that have impacted whether you were
18   comfortable taking her on repeated hunts?
19   A.   Yeah.  I would think so.  As with anybody else, yeah.
20   Q.   You said that she was nervous when she was hunting.
21   Can you describe what you mean.
22   A.   As I say, you know, she -- she lacked a lot of
23   confidence in the beginning in her -- you know, in her
24   abilities.  And I think -- I think anybody who hunts, and
25   especially hunts dangerous game, you -- there has to be a

DIRECT - SWANEPOEL

1    certain element of fear.  You know, if you're not afraid,

2    you're stupid because it is -- it is something that, you

3    know, you have to have a lot of respect for; just the

4    animals themselves and what they can do to everybody.

5         So, you know, also just in -- confident in her

6    abilities, her -- you know, her ability to shoot, and as I

7    say, just general handling -- handling the guns herself, you

8    know.  It's something that you develop as you go along.  And

9    I think the more she did it, the more confident she got.

10   Q.   Would she get nervous immediately before taking a shot

11   at an animal?

12   A.   If I recall, yes.  I would say a lot more in the

13   beginning.  But, yeah, there was oftentimes where if I had

14   her on the sticks, I would have to talk her through it, you

15   know, calm her down.  Just remind her, "You've got this.

16   Just slowly, you know.  It's that particular animal.  Do you

17   see it waving its tail?  It's the one turning left.  Take

18   your time.  There's no shot.  Now when you're ready, squeeze

19   the trigger."

20        But sometimes I think we all need it, just to be

21   calmed down, slow down a little bit.  But yes, I would say,

22   you know, that was quite common.

23   Q.   Once you coached her like that, was she a good shot?

24   A.   Yes, sir.  She was -- I believed her to be a pretty

25   good shot.  I mean, she obviously had her -- you know, we

DIRECT - SWANEPOEL

1    call it everybody has a nemesis in the bush and I believe

2    the leopard was hers.  You know, I -- I thought about it a

3    lot and I think possibly, you know, her eyesight, just the

4    fact that she wore contacts and glasses -- I mean a leopard

5    is truly designed to be one of the most incredibly

6    camouflaged animals, so, you know, yeah, I think she was a

7    very good shot; maybe not so much with leopard.

8    Q.    All right.  So just to sum up, did you ever feel unsafe

9    around her when she was handling firearms?

10   A.    No, sir.

11   Q.    Okay.  When you weren't hunting, can you give -- can

12   you tell me whether she would often handle firearms, say,

13   when they're being transported or in camp?

14   A.    No, sir.  In all honesty, you know, she didn't

15   really -- from what I could see, you know, she -- not in a

16   room or whatever, but from moving from the vehicle to the

17   cabin, and, as you say, in traveling and that, I didn't

18   really see her handle the gun too much, you know.

19   Q.    Who would usually handle her guns?

20   A.    Larry was always very helpful with her.  He was

21   generally the person that would assist her in loading and

22   unloading and, you know, also coaching her, trying to build

23   up her confidence.

24   Q.    Was she good at loading and unloading firearms?

25   A.    I think that would be tough for me to say.  I mean,

DIRECT - SWANEPOEL

1   when I saw her doing so, actually doing so, she seemed to do

2   it very well, you know.  Again, as I say, it would probably

3   be less common for her to actually do it herself.  And I

4   don't know how much of -- you know, I don't know how much of

5   that is just masculinity always wanting to take it away and

6   do it ourselves, you know -- but yeah, I would say when she

7   did it, she seemed to be quite proficient at it.  You know,

8   I never felt unsafe around her doing so.

9   Q.   All right.  What about -- what about Larry?  Was he

10  comfortable around firearms?

11  A.   Yes, sir.  I would say he was.

12  Q.   Was he competent with firearms?

13  A.   I would say he was very competent, yes, sir.

14  Q.   Tell me what you mean.

15  A.   Well, let's say an example would be in situations

16  where, let's say, a dangerous animal is wounded.  If I don't

17  have another professional hunter that I can call upon to

18  assist me, it remains my discretion whether I would allow a

19  client to accompany me to assist me.  And in many of

20  those -- in those situations that happened, I would allow

21  Larry to accompany me.  I trusted his ability to shoot, to

22  keep calm in the situation, and to be safe.

23         So that's -- that's a lot of trust, you know,

24  towards somebody who's not a professional.

25  Q.   Why do you have that trust with him?

DIRECT - SWANEPOEL

1    A.    Larry's done a lot of hunting, sir.  I mean, he's done

2    more species than I have around the world and have been

3    doing it for longer than I have.  Maybe not professionally,

4    but when, I think, you've hunted that much, you know,

5    there's always a level of confidence and ability that has to

6    go with it.

7    Q.    And I guess I was going to ask you how many hunts you

8    had done with him but I guess it's the same number as Bianca

9    plus three; is that what you said?

10   A.    I believe it's about three -- three or possibly four

11   safaris more than I did with Bianca, yes, sir.

12   Q.    Was he -- did he handle firearms carefully?

13   A.    Yes, sir.

14   Q.    Was he careful not to point them at other people?

15   A.    Yes, sir.  I found him very proficient in using them

16   and, you know, being safe with them.

17   Q.    During all the hunts you went on with him, do you ever

18   remember him unsafely pointing a firearm at you?

19   A.    No, sir.

20   Q.    Is that something you'd probably remember?

21   A.    Yes, sir, I would.  I think so.  I mean, you know,

22   we -- even in the situation prior to that where, as I say,

23   we'd been on dangerous game and, you know, he was behind me,

24   and if he panicked, could have pulled a shot off, and he

25   didn't.  So I trusted him with a gun.

DIRECT - SWANEPOEL

1    Q.    Was he competent at loading and unloading firearms?

2    A.    Yes, sir.  Based on my recollection, he was.  I mean,

3    as I say, we -- we all believe we are, but, you know, the

4    devil loads the gun.

5    Q.    Was he careful to make sure that when it was time for a

6    firearm to be unloaded, it was?

7    A.    Based on my recollection, yes, sir.

8    Q.    So I think you already answered most of this, but at

9    times did Larry load and unload Bianca's firearms?

10   A.    Yes, sir.  He did assist her with that.  As did I.

11   And, you know, yeah, he did.

12   Q.    Did he generally load and unload his own firearms?

13   A.    Yes, sir.  I don't think I would try and take a gun

14   away from Larry to do that for him.  It will be pretty

15   insulting.

16   Q.    Did you ever help Bianca loading and unloading the

17   firearms?

18   A.    Yes, sir, I have.

19   Q.    What about any other members of your staff?

20   A.    No, sir.  In general most of the staff don't handle the

21   guns, you know, aside from sort of handing them back and

22   forth.  But, you know, the only one who'd be reasonably

23   proficient at that would be the game scout and possibly my

24   tracker, Casiuss, who's also partly an apprentice.  But in

25   general they don't -- they wouldn't be loading and unloading

DIRECT - SWANEPOEL

1   a client's gun, you know.

2   Q.   What about cleaning?

3   A.   Would --

4   Q.   Cleaning firearms.

5   A.   Which staff?

6   Q.   Did your staff ever clean the firearms for clients?

7   A.   No, sir, they wouldn't -- they wouldn't -- again, they

8   wouldn't be handling the clients' firearms, pretty much

9   outside of the bags or putting them in and out of the bags.

10   Q.   Did your clients often clean their firearms in camp?

11   A.   I can't say that that would happen often.  I mean, you

12   know, we did have a cleaning kit in the camp that was

13   available.  It was in the cabin.  Very nice kit that a

14   client had actually left behind.  When I say "cleaning," I

15   mean just generally rubbing down and oiling the gun sort of

16   outside, yes, quite often.  Actually taking the mechanism

17   apart and cleaning inside, or running a bull snake through

18   it, no, not very often.  No.

19   Q.   All right, I'd like to move to 2016.  Did you take

20   Larry and Bianca on any hunts in 2016?

21   A.   Yes, sir.  I took them to the Luangwa Valley, and an

22   area called Nyamapala, N-y-a-m-a-p-a-l-a.  And that was

23   early in 2016, I believe it was August.  And we went

24   specifically on the safari to take a lion for Larry.

25   Q.   And, I'm sorry, what months was that?

208

DIRECT - SWANEPOEL

1    A.    I believe it was August.

2    Q.    And I think this is on the list, but can you spell

3    Luangwa just in case?

4    A.    Luangwa, L-a-UNg-w-a [sic].

5    Q.    Where is Luangwa?

6    A.    It's --

7    Q.    And without -- so just generally speaking, no more

8    place names, then we can --

9    A.    It's on the sort of eastern side of Zambia, so

10   northeastern side of Zambia.

11   Q.    Okay.  And you said you were hunting for a lion?

12   A.    Yes, sir.

13   Q.    Who was hunting?

14   A.    Larry was hunting.

15   Q.    Did Bianca come as well?

16   A.    Yes, sir, she accompanied.

17   Q.    Did she want to hunt anything on that trip?

18   A.    We were planning that if we had enough time and we

19   could harvest the lion with enough time remaining, that we

20   could possibly do the leopard for Bianca.  You know, I

21   believe that -- I can't remember exactly whether we were

22   going to do it in Nyamapala or go to Mumbwa move to Mumbwa.

23   I think I recall possibly moving to Mumbwa.  I do remember

24   at sort of midway through the lion safari and we were

25   working hard for the lion and we decided -- I decided to,

DIRECT - SWANEPOEL

1    look, we're not going to have enough time to now restart

2    trying to hunt the leopard as well.  So fortunately we did

3    manage to get the lion but there wasn't enough time to do

4    the leopard on that trip.

5    Q.    So what did you end up doing?

6    A.    Well, we finished the lion and we went back to Lusaka.

7    I actually went shopping with Bianca to buy some stuff for

8    the cabin.  They actually assisted, you know, in putting

9    some money towards the building of that cabin when we

10   reopened -- reopened the area.  They loved coming to that

11   area and, you know, they sort of said they wanted to come,

12   you know, beginning and end of year if they could.

13          So, yeah, she had pretty good taste with decorating

14   and I don't, so I -- we actually went shopping and she chose

15   a lot of the stuff for the cabin.

16   Q.    Going back to Luangwa, was that the first time you had

17   hunted there?

18   A.    No.  The first time we'd hunted there was the previous

19   year, end of 2015.

20   Q.    Is Laungwa similarly remote to Chinyembe?

21   A.    Yes, sir.  I would actually say it, in some ways, may

22   be even more remote.  There are some villages in the area,

23   but, yeah, it's -- it's a good three-and-a-half hours drive

24   to Chipata, another town like Mumbwa, small town.

25   Q.    On that hunt, what did you decide to do about trying to

DIRECT - SWANEPOEL

1   get a leopard?

2   A.   The --

3   Q.   So, sorry, back in 2016 in Luangwa, you said you didn't

4   have time to get Bianca a leopard hunt.  What did you decide

5   to do?

6   A.   Well, we decided that they would come back for the

7   leopard hunts.  So as I say, we did a bit of shopping and I

8   promised to have everything in the cabin and set up and

9   ready for them when they came to Chinyembe, and then we

10  planned for the October hunt in Chinyembe.

11  Q.   August.  I think you said that was the windy season; is

12  that right?

13  A.   Yes, sir.

14  Q.   Was it windy -- did that impede your ability to get the

15  lion?

16  A.   As I said, you know, various parts of the country are

17  quite different.  Mumbwa's elevation is around 3,800 feet

18  above sea level, a lot windier.  Luangwa is in the valley,

19  it's probably about 800 feet above sea level, so a lot less

20  wind in the Luangwa Valley then there is in Mumbwa so we

21  were able to hunt in August in Laungwa would have been a lot

22  more difficult had we been in Mumbwa.

23  Q.   So you decided to come back to Chinyembe in October --

24  A.   Yes.

25  Q.   -- to hunt for leopard.

DIRECT - SWANEPOEL

1        What had happened the last time they had hunted for

2   leopard?

3   A.   That would have been in Luangwa in 2015 and,

4   unfortunately, Bianca wounded the leopard.  I went after it

5   that evening by myself and I couldn't find it before dark.

6   Followed it a short while in the dark and decided it was,

7   you know, lunacy, so we went back to camp.

8        My father was in camp at the time.  He was a little

9   younger and, I guess, more able.  The next morning we went

10  back.  We picked up the blood trail, we followed for a good

11  couple hours more.  Unfortunately we lost the blood trail in

12  the thicket --

13  Q.   Sorry, just to pause you.  Who's "we" in the --

14  A.   Myself, Larry and my father.  Bianca stayed in the

15  vehicle.  You know, we -- actually Larry was saying it was

16  too unsafe for her to come out with us, which it is.  It's

17  too many people and especially people who can't really shoot

18  in those conditions, it's not worth having them with you.

19       So it was myself on point and I had Larry and my

20  father assisting.  As I say, we still -- about 2 1/2 hours

21  in we actually took a break.  We'd lost him in the thicket

22  probably about the size of this room.  And we had a couple

23  of sandwiches, you know, Coke, and we went back.  And we

24  tried to work back from where we had the blood -- lost

25  blood.

DIRECT - SWANEPOEL

1    Had one of my -- one of the trackers who weren't
2    one of my regular trackers as I say, we just reopened after
3    some years of closure so I didn't have Casiuss with me
4    and -- it turns out this guy -- this gentleman that they put
5    me with was a pontoon boy, not a lot of experience with
6    tracking.  And he made contact with the leopard in the
7    thicket and it charged.  And, I mean it pretty, you know,
8    much managed to stop it at point-blank.  So it was
9    definitely a bad experience all around, and one you wouldn't
10   want to repeat
11   Q.   How did you manage to stop it?
12   A.   Well, as I said, the gentleman that was in the front
13   there, he -- we call it if you make eye contact with that
14   cat, he knows -- as I say, we walked around that thicket a
15   few times; he was there.  And this gentleman made eye
16   contact with it.  And it knew it was not and had been seen.
17   So it burst out of the brush, tried to attack him.

18       The shot that Bianca had made originally had broken
19   the front leg so it slowed him down a little bit.  The
20   tracker ran towards me.  I'm obviously in a small shooting
21   lane.  And, yeah, eventually I knelt down as much as I could
22   to try to get out of his way.  And he actually ran into me
23   with his thigh -- just the top of his thigh.  And I had
24   committed at that point that I couldn't shoot with him in
25   the way, I had to wait for, you know, the impact.

DIRECT - SWANEPOEL

1           And I had my finger on the trigger.  And the minute

2     the impact came, you know, the shot went off.  Unfortunately

3     some of the pellets went into his backside, you know, his

4     glute, if you want to call it that.  And fortunately the

5     rest of the pellet actually hit the leopard in the neck that

6     was right behind him.

7           All I can recall is sort of the cat -- they trip

8     you when they're charging, and I recall his leg flapping and

9     he couldn't trip the gentleman.  So of course the guide

10    knocked me over.  As we were going down, the cat turned and

11    I managed to shoot it again once in its flank.

12    Q.    Was that a frightening experience?

13    A.    Yes, sir, I would say.  I mean, you know, the gentleman

14    got injured.  I came as close as I've ever come to getting

15    mauled by a leopard.  And I don't know if anybody's ever

16    seen a video what a leopard does when it gets into a group

17    of people, it's not just one person who gets bitten.  It's

18    fast, you know.  It will bite everybody and then run away

19    still.  So, yeah I think it was pretty bad.  It was bad as I

20    would ever want it to get.

21    Q.    Did it seem to affect Larry?

22    A.    I -- definitely affected him, yes, sir.  I think it

23    affected all of us.

24    Q.    So when -- moving back to 2016, the October hunt for

25    the leopard, did Larry bring anything to that hunt that he

1    hadn't brought before?

2    A.   Yes, sir.  After that 2015 -- you know, as I say, you

3    know, it was a really close incident.  And, you know,

4    luckily he assisted me in sort of stitching the guy's leg

5    up.  We got him to hospital.  And Larry and them actually

6    got a charter plane in to help fly him to the doctors so he

7    could get the best medical care.  And he was okay, he was

8    safe.

9         But it scared -- I think it scared Larry a lot more

10   than he would want to admit.  I mean I'll openly admit it

11   scared me.  And there was some conversation between him and

12   I during booking up to the 2016 hunt about how one could

13   maybe better protect one's self in a situation like that.

14        And I used to do some motocross, motorcycle

15   motocross, and we wore body armor -- you know, sort of thick

16   rubber body armor on the elbows, shoulders and body, and

17   specifically a spinal guard that runs from the top of your

18   neck down to your coccyx.

19        And we'd run back and forth as to whether that

20   would actually help you in that situation.  And, you know,

21   Larry actually went out and purchased some motocross body

22   armor.  He then bought some, I think -- I think it was

23   baseball equipment as well, which although I didn't say so

24   at the time, I thought this was a little bit much, you know,

25   going with the helmet and what I believed to be sort of

DIRECT - SWANEPOEL

1    private-area protection.

2         But we did actually -- we did actually use -- I

3    still use the motocross body armor today.  It's -- I'm --

4    knock on Wood I've never been mauled by a leopards but I

5    think it would help a little bit.  So there was a lot of

6    discussion on that.

7         Larry also discussed bringing a shotgun, which he

8    didn't have the previous year.  He only had the .375.  I

9    don't know if you want me to go into any detail as to why we

10   use a shotgun with the leopard, but --

11   Q.   That was going to be my next question.

12   A.   Okay.  So, in general, you know, you use rifle to hunt

13   the most dangerous game.  In fact a .375 is minimum for a

14   dangerous game.

15   Q.   And just to pause.  What do you mean when you say "a

16   .375"?

17   A.   A .375 caliber.  So it's a big caliber.  .30 caliber,

18   but a big-caliber bullet; shoots 300-grain projectile and

19   upwards.  So it's what's deemed minimum-caliber requirement

20   for hunting dangerous game.

21        Then obviously we come to leopards.  And as I've

22   explained, the leopard is an incredibly fast and elusive

23   animal at the best of time; and if you've hurt him, even

24   more so.  And there's a debate amongst professional hunters.

25   Most would agree that in that situation, just because of the

DIRECT - SWANEPOEL

1    sheer speed you know that they're able to get to you at,

2    that a semi-automatic shotgun is probably your best bet, you

3    know, for being able to hit this animal moving, you know,

4    that fast.  I'm not sure of the exact stats, but I think

5    they say somewhere in the region of 1, 1 1/2 seconds within

6    10 meters, within 30 feet.  So you can imagine a small

7    target moving, it's tough to actually hit it.  So most of us

8    prefer using a shotgun with double-aught buck, which just

9    gives you a little bit of a baton so your chances of hitting

10   the animal are better.

11        As I say, Larry didn't have that on the 2015 hunt

12   and he said he would like to bring one on the 2016 hunt.  He

13   mentioned to me -- he actually asked me, would -- would he

14   be able to bring a gun with and leave an extra shotgun there

15   so he could use it in the future?

16        Unfortunately, as I said to him, in Zambia you can

17   only bring a gun on a temporary import permit and it has to

18   leave the country with you, so that wasn't possible.

19   Q.   All right.  Before we move on, what -- I'd like to ask

20   you about a couple of other things that Larry brought.  Did

21   he bring -- you mentioned earlier you usually ask clients to

22   bring this -- did he bring a medical kit?

23   A.   Yes, sir.  He -- he always brought a medical kit.  As I

24   say, the previous year in 2015 it was his medical kit that

25   assisted the gentleman who'd been injured in the leopard,

DIRECT - SWANEPOEL

1    you know, in the leopard incident.  He had a pretty

2    comprehensive medical kit then.  I believe, you know, he

3    actually put some stitches in the gentleman, you know, so

4    that I could get him to the nearest town, which is -- as I

5    say, was about 3 1/2 hours away.

6            So, yes, he -- you know, he would generally bring a

7    pretty comprehensive medical kit with, and he did in 2016.

8    Q.    Is it hard to get emergency medical response when

9    you're out in the bush?

10   A.    Yes, sir.  There are some companies, Mid Jet Global

11   Rescue, that you can actually pay, you know, premium to.

12   And if there's a serious medical emergency, you can call

13   them on the satellite phone and they'll arrange a medevac

14   for you.  But that can take hours, you know, at the best of

15   times.

16   Q.    Did you ever -- when you're doing stitches or something

17   like that, did you ever have a reason to use anesthesia

18   drugs?

19   A.    As in general or local?

20   Q.    General, sorry.

21   A.    I -- I've never personally really used it, you know.

22   I -- I'm not a doctor so, you know, injecting somebody with

23   any drugs is, you know, out of what I would do.  Same reason

24   we don't carry, you know, snake bite serum because you know

25   administering it is dangerous and you know it's not

DIRECT - SWANEPOEL

1    something that we'd prefer to do, or can do, actually.

2            So no, I've never really used it; just very strong

3    pain killers.  And obviously trying and assist with whatever

4    the emergency is.

5    Q.    Did Larry bring a satellite phone?

6    A.    Yes, he did.

7    Q.    All right.  You mentioned before that there's a whole

8    process to bring firearms into the country.

9            Would you please pull up Exhibit 23.

10           What is this?

11   A.    This is a -- sorry -- this is a what I call a TIP,

12   which is a tourist import or export permit -- temporary

13   import permit.

14   Q.    And so what -- can you tell me what role this form has

15   in that process.

16   A.    So prior to a client bringing a firearm into a foreign

17   country, we have to approach the police with the particulars

18   of the firearms.  And we have to obtain what is called this

19   temporary import permit.  So that allow -- that basically

20   the country they're entering allows the foreigner to bring a

21   firearm into that country on a temporary basis.

22           So as I say, this would have all the client's

23   particulars, the particulars of the firearms that they wish

24   to bring, and a basic, you know, description of the quantity

25   of ammunition that they would be bringing.

DIRECT - SWANEPOEL

1    Q.   Can you tell me what the two firearms noted on here

2    are.

3    A.   It's a rifle; the make is Remington, and it's a .375

4    And the second one is a shotgun, it's a Browning, and it's a

5    12-bolt or 12-gauge.

6    Q.   And then below where the firearms are marked, is there

7    a section for ammunition?

8    A.   Yes, sir.   That says "Ammunition, quantity and

9    description."   As I say this is generalized often from our

10   side.   Client doesn't necessarily always know how much

11   they're going to be bringing with them on the day, so we --

12   as I said, most clients would never bring more than a

13   hundred rounds of any particular caliber, so we put a

14   hundred per caliber.

15   Q.   All right.   You can take that down.   Thank you.

16        Did Larry tell you how he got that shotgun?

17   A.   I believe when we were speaking about it -- as I say,

18   generally when everybody arrives we'll shoot the guns in --

19   you know, to make sure that they're still shooting straight

20   and they haven't been damaged in transport.

21        And I particularly remember him saying that --

22   something to -- not exactly, but something to the effect

23   that, you know, this is a shotgun that he won in a raffle at

24   one of the Safari Club conventions.   It was a gun that he

25   hadn't used and, you know, he wasn't familiar with.   He just

DIRECT - SWANEPOEL

1    said, "No, I got this in a raffle," if I can remember.

2              And that's why when -- the reason I recall that is

3    when we were shooting it in, we found that it only carried

4    two rounds in the magazine.  And, you know, that, I believe,

5    is a restriction in some states in the United States, where

6    for bird shooting purposes you're only allowed two rounds in

7    the magazine.  I'm not certain of that.

8              But I wasn't a hundred percent confident how to

9    change that to, you know, modify the magazine to carry more.

10   So I actually called my father over to assist us with it.

11   And he said it was a pretty simple process.  It was just a

12   screw in the front of the magazine, underneath the barrel,

13   that you took out, and there was a spring mechanism with --

14   it looked like a red plug that would restrict the amount

15   that the spring could go in.

16             He removed that plug and then he closed it back up,

17   and then it would take more than two in the magazine.

18   Q.   Why did you want more than two?

19   A.   Well, as I said, you know, in a situation -- if the

20   situation occurred with the leopard, or charge or something,

21   and then you would want to carry as many rounds as you

22   could, you know, to truly be able to, I guess, hit the cat

23   in the charge.

24   Q.   After making that modification, did you test-fire it?

25   A.   Yes, sir.  I -- I recall test-firing it.  And I'm not

DIRECT - SWANEPOEL

1    certain whether Larry did as well.  Based on my

2    recollection, Bianca didn't.  I know she shot the .375 just

3    to, as I say, make sure she was confident again with it.

4    But I can't honestly say whether I remember her shooting it

5    or not.

6    Q.    Why do you -- I think you pretty much answered this,

7    but I'd like just a little bit more elaboration.  Why do you

8    shoot -- why do you test-fire weapons at the beginning of a

9    hunt?

10   A.    Well, I mean, as I say, they travel and -- in all

11   honesty, you know, there's not a lot of love for hunting in

12   the world as much as I'd hope there was.  And we found that

13   baggage handlers and in aircrafts, they throw guns around a

14   lot.  So we often just make sure that the guns haven't been

15   damaged in the travel process or, you know, bumped the

16   sights off, so that they're shooting more accurately.

17   Q.    Would you take a firearm on a hunt that wasn't working

18   well?

19   A.    I wouldn't personally, no, sir.  No.  If I knew the gun

20   to be faulty then, no, we wouldn't take it.

21   Q.    So during the hunt, who carried the shotgun?

22   A.    Generally, if I recall correctly, the only time we

23   really pulled the shotgun out to use was when we were

24   sitting in the blind for the leopard.  You know, as I say,

25   we don't really use shotgun for hunting, so -- I know that

DIRECT - SWANEPOEL

1    they do in some places in the United States, but for us in

2    Africa, you use rifle mostly.

3            So the best I can recall, the only times we were

4    really putting -- you know, taking the shotgun out for use

5    was when we were sitting in the blinds and that was when

6    Larry was carrying the shotgun.

7    Q.   Did you do that -- I guess out -- I'll come back to

8    that.  All right.

9            All right, so can you please take me through what

10   the general routine of a hunting day during a 14-day safari

11   looks like.  Like what do you do, briefly.

12   A.   I mean, so basically you wake up in the morning.  We'll

13   have breakfast, depending on what time we want to go out

14   hunting.  Particularly in winter we generally start slightly

15   later just because it's really cold and the dam, which are

16   big open Fields wet, so the animals don't necessarily move

17   around as early.  So let's say we start hunting around 7:00

18   in the morning or so.  We'll drive around, spotting.

19           And then when we see game that we'd like to hunt,

20   we'll get off and, as I say, we'll walk, try to get into

21   position.  We're not always successful, you know.  They

22   are -- they're pretty smart.  But often if we get into

23   position to stalk, to shoot, then we do so.

24           When you're hunting cats, you need to shoot a

25   certain amount of plains game animals in order to utilize

DIRECT - SWANEPOEL

1    the meat for bait.  Some countries allow hunting with dogs;

2    Zambia's not one of those countries.  So the only other way

3    to really -- well, you can do tracking like in Botswana.

4    Again, Zambia does not allow that.

5          So what they deem fair in Zambia is baiting.  So

6    we'll find an area where we believe a leopard would be, you

7    know, by tracks or whatever else, and then we'll put some

8    baits out to try and get a leopard to feed.

9          And once you've got him feeding, you try and batten

10   him, meaning figuring out what time he's coming to feed,

11   trying and let him acclimate to the meat.  I will often, if

12   we build a blind -- which will basically just be a small

13   grass structure -- I will most often let it sit for a night

14   so -- because the cat will most likely come and smell the

15   blind, try and see what's there.  They're very clever.

16         And, yeah, then when you feel you're ready, then

17   we'll go and sit in the blind.  Generally speaking, we'll go

18   in around 3:30, 4:00 in the afternoon.  You know, the cats

19   are mostly nocturnal; however, especially in the winter

20   months they'll move earlier.

21         As I said, the law in Zambia is 30 minutes after

22   sunset, so you're trying to do everything you can to entice

23   the cat, make him comfortable to come during shooting light.

24   As I said, unfortunately on that safari we were late in the

25   year, it was October, it was really hot, and the cats just

DIRECT - SWANEPOEL

1    weren't moving early.  You know, you see on the trail camera

2    they'll come in an hour or two hours after light so

3    unfortunately we failed to shoot one.

4    Q.   And so I think you said before when you're sitting in

5    the blind, was that when Larry would carry the shotgun?

6    A.   Yes, sir.  I think that was about the only times I can

7    really recall him taking the shotgun out.  So as I say,

8    generally when we go and sit in the blind, there would be

9    two seats in the front.  We make the blind quite small; sort

10   of maybe the size of this box I'm in here.  So we'd have two

11   seats in the front and two portals so that Bianca and myself

12   could see the -- see the bait.

13        Normally when we get into the blind, I would load

14   the .375 for her and I'll place the barrel through the

15   portal, and then we would build a rest for her to be able to

16   shoot as comfortably as possible.  And the firearm would

17   actually lay on the rest with just the barrel pointing out.

18   Reason being, again, a leopard is -- its hearing and

19   eyesight's incredible so even when he's in the tree,

20   generally speaking you want as little movement as possible

21   and little bit of noise as possible, so you wanted it set up

22   so that the person really just has to sort of get behind the

23   gun.

24        In those instances, Larry was generally seated

25   behind us, closest to the door.  And, as I say, then we

DIRECT - SWANEPOEL

1    would get into the blind.  And I did witness Larry loading

2    the shotgun, you know, on those occasions.  I actually do

3    recall him loading the shotgun -- well, the magazine was

4    full -- loading the shotgun, and then loading an additional

5    bullet into the magazine.  So, I mean we'll say it's

6    carrying one up, so you've got one in the -- one in the

7    barrel and then your maximum capacity in the magazine.

8    Q.    So you just said loading an extra in the magazine.  Did

9    you mean the chamber?

10   A.    Well, yes, sir.  It's -- at the bottom, yeah, different

11   names.

12   Q.    Was it normal to carry a loaded shotgun in the blind?

13   A.    Not particularly, no.  I mean, I have my gun loaded in

14   the blind, and then whoever the shooter would be would be

15   loaded in the blind.  In general, even if there is somebody

16   else sitting in the blind, no.  You know, they wouldn't

17   necessarily be loading the gun, no.  But as I say, in that

18   particular instance, I think the previous year's incident

19   with the leopard sort of got everybody's hair on end,

20   yeah.

21   Q.    During the hunt, at some point, who was in camp with

22   you?

23   A.    At the beginning of the safari, my mother and father

24   were in camp.  I believe -- I can't remember if she arrived

25   at the start or only for about five days in between, but my

226

DIRECT - SWANEPOEL

1    ex-wife, LeeAnn.  She was also present for, I believe, five

2    days or seven days or so.

3        Both my mother and father left about four or days

4    before the end of the safari and I think LeeAnn went out

5    with them, so . . .

6    Q.    Were there -- was there a game scout?

7    A.    Yes, sir.  There's always a game scout present on

8    safari.

9    Q.    Who was it on this occasion?

10   A.    It was Spencer.  Spencer Kakoma.

11   Q.    Can you -- you briefly, I think, earlier said that

12   their job was to supervise you or watch over you or

13   something like that.  Can you explain what role they played.

14   A.    So basically it's a multi-tier, you know, system in

15   that the clients are there, they have a license from the

16   Government, you know; nonresident hunting license.  So that

17   gives them the right to be in that concession area.  It

18   means the concession fees have been paid for that safari.

19   They then have the right to hunt animals in that area.

20       And then, as I say, each animal requires a license

21   and, if killed, an additional trophy fee.  My job is to make

22   sure that the clients follow the law, shoot the correct

23   animals.  You know, don't break the law in any way, which

24   obviously a client coming from overseas wouldn't necessarily

25   know all the laws, which is why I'm there to guide them and

227

DIRECT - SWANEPOEL

1    assist them.  Also making sure that they shoot, you know,

2    legally aged animals and only older trophies.

3         The game scout's job is to then monitor me and make

4    sure that I'm monitoring the client correctly and I'm not

5    allowing the client to get away with things that they

6    shouldn't be.  So he's a government official, you know, that

7    even doesn't work directly for myself or anyone in the

8    company.  And his job is to basically monitor me while I'm

9    monitoring the clients.

10   Q.   All right.  So the last day of the hunt, can you tell

11   me how that day ended.

12   A.   So we'd -- the hunt was scheduled for 14 days.  If I

13   remember correctly, we were on the 12th day.  There was some

14   discussion before about them -- Larry and Bianca leaving

15   slightly early before the hunt was scheduled to finish.  I

16   believe they had a wedding to attend.  So that was going to

17   be our last afternoon sitting for the leopard.

18        We went and sat for the leopard.  And we waited

19   until, you know, the last possible minute, until the last

20   light, basically, and the vehicle came in to collect us from

21   the blind.

22        At that stage, already now you're pretty much --

23   you know, it's almost dark.  You know, all natural light is

24   gone.  So -- and in general they -- we keep in mind that

25   we're hunting dangerous game.  We've actually enticed it to

DIRECT - SWANEPOEL

1    come right to where we are, so we don't really dally around

2    too much when we are getting out of the blind.

3          We get out, we unload the guns, hand them up in the

4    back of the truck, and we get out of there, which is what we

5    did.

6          We go back to camp.  Obviously --

7    Q.   And so let me pause you there for a second.  First of

8    all, you had mentioned that there was a wedding.  Having

9    ended that day unsuccessful, had you had discussions about

10   potentially extending the hunt?

11   A.   No.  We'd had those discussions prior to already.  And

12   it was pretty much agreed there would be no, you know,

13   extension; they were going.

14   Q.   Who insisted on that?

15   A.   Well, Bianca.

16   Q.   All right.  Then go back to the point when you all were

17   unloading the firearms and getting onto the truck and stuff

18   like that.  Do you recall if you unloaded your firearm?

19   A.   Yes, sir.  When we walked out, I recall Larry going

20   around the off side of the vehicle.  Our vehicle's, you

21   know, steering wheel's on the opposite side so he went

22   around the left side of the vehicle.  I stayed on my side.

23   I unloaded Bianca's .375.  I handed that up to Casiuss

24   Tubunda.  I unloaded my .458.  I keep my gun case on the

25   front in the dash.  And I keep my gun inside its case on the

DIRECT - SWANEPOEL

1   dash.  And I do recall Larry unloading his -- you know, the

2   shotgun in the front opposite me.

3          I can honestly say that I did not count how many

4   bullets he unloaded.  I didn't watch to make sure that he'd

5   unloaded everything, you know.  I just -- I assumed that he

6   had.

7   Q.   Where did you see him unloading the shells to?

8   A.   He was on the left-hand side and, as far as I recall,

9   he was cycling them onto the seat, you know, the passenger

10  seat.  That's best I can recall.

11  Q.   At that point, were all the firearms placed back in

12  soft cases?

13  A.   Yes, sir.  They're handed up onto the back and put in

14  their soft cases.  And I believe Larry and Bianca both sat

15  in the front with me, so they weren't up on that hunting

16  seat as I showed.  It was, you know, in the evening time

17  already.

18  Q.   When you got back to camp, do you remember who carried

19  the firearms back to Larry and Bianca's cabin?

20  A.   Yes, I believe Kennedy did.  There could have been

21  someone assisting him, but he's the main room attendant.

22  Honestly when we get back to camp, and most of the time, we

23  just get out and walk to the dining room, you know.  The

24  guys handle pretty much everything on the back end.

25  Q.   Were they usually carried in the soft cases?

DIRECT - SWANEPOEL

1    A.   Yes, sir.   Yeah.

2    Q.   All right.   I'd like to move to the -- sorry, just one

3    follow-up question.   I'd asked you who insisted on going

4    home for the wedding.   Did Larry want to stay and finish the

5    hunt?

6    A.   Larry always wanted to stay.   You know, if he could --

7    I think if he could spend as much time as I did in the bush,

8    he would, you know.   And Bianca loved being out there as

9    well.   And, as I say, in general they'd never really ended a

10   safari early, you know.   I think this was just one of those

11   situations where she really wanted to get back for.

12   Q.   Okay.   Thank you.   All right.   Now I'd like to move to

13   the following morning.   That's the morning of October 11th,

14   2016.   Do you remember that morning?

15   A.   Yes, sir.

16   Q.   May I please have the podium.

17          THE COURT:   You want the Elmo, you mean?

18          MR. WINSTEAD:   Oh, no, sir, just the video feed up

19   at the podium.

20          THE COURT:   Oh, I see.   All right.

21   BY MR. WINSTEAD:

22   Q.   All right, sir, thank you very much.

23          I'm showing you Government's Exhibit 2.   Have you

24   seen this before?

25   A.   Yes, sir.

231

DIRECT - SWANEPOEL

1    Q.    Can you tell me -- first of all, get a piece of paper

2    for this to be on.   All right, so in this bigger window,

3    what are we looking at here?

4    A.    Looks again to be a closer overhead view of the camp;

5    the interior of the camp.

6    Q.    On the left here, what building is this?

7    A.    That's the dining room.

8    Q.    And on the far right?

9    A.    That is the log cabin.

10    Q.    In between them, is there a building right here?

11    A.    Yes, sir.   There's another log cabin which we built

12    after '16.   It wasn't there in 2016.

13    Q.    Is this the cabin you've been describing where your

14    clients stayed?

15    A.    Yes, sir.

16    Q.    And is this where Larry and Bianca were staying --

17    A.    Yes, sir.

18    Q.    -- on that hunt?

19           All right.   I would like to take you to the early

20    morning of that morning.   What did -- what were you doing?

21    A.    We had a -- we had to leave pretty early in order to,

22    you know, get to Lusaka on time for them to make their

23    flight.   Obviously, as I said, we decided to push through to

24    the last afternoon to try and get the leopard, so, you know,

25    we didn't have much time to sort of mess around in the

DIRECT - SWANEPOEL

1    morning.  I think we were up at 4:30.

2         And, you know, I got packed pretty quickly.  You

3    know, my tracker, Casiuss had actually already collected my

4    stuff, put it on the vehicle, and I was sitting in the

5    dining room.  I could show you where just now.

6    Q.   All right.  So I've switched it to be a view.  Is this

7    the dining room right here?

8    A.   Yes, sir.  So there was a bit of a change.  We -- this

9    freezer over here wasn't there.  There was a table there

10   with a chair -- a couple of chairs.  And that's where we

11   used to do most of our paperwork.  And that particular

12   morning, I think it was around 5 a.m., I was sitting with

13   Spencer, the game scout, and we were finalizing the

14   paperwork that we needed to finalize before leaving.

15        There's some client questionnaires, et cetera, that

16   need to be signed.  And I need to sign off on his paperwork;

17   he signs off on mine.  You know, the daily records and that.

18   So we were busy with that paperwork when we heard the shot.

19   Q.   All right.  So I'd like to come back to that.  But you

20   said that there were some different things in the image

21   we're looking at from 2016.  Do you know when this image was

22   taken?

23   A.   I believe this was taken earlier this year.

24   Q.   I'd like you to show me, as we go through, anything

25   that was particularly different.  But for right now, you're

DIRECT - SWANEPOEL

1    saying the table here was actually over towards the entrance

2    over here?

3    A.    No, sir.  This table was still there.  There was just a

4    small sort of two-seater table there that was there.  That

5    freezer wasn't there.  That's an additional freezer we

6    brought in.

7    Q.    I see.  All right.  And now looking -- are these the

8    cabins that you were discussing --

9    A.    Yes, sir.  So the cabin that we built after 2016 was

10   this one here.  That was not there in 2016.  It was only a

11   single cabin.

12   Q.    Can you show me where the cabin is that was there in

13   2016.

14   A.    This one that I've circled over there, that was the

15   cabin that Larry and Bianca were staying in 2016.

16   Q.    All right.  I'd like to actually switch back to counsel

17   table for a moment, if I may, and ask you to display

18   Exhibit 15, page 16.

19            Is this the cabin?

20   A.    Yes, sir.

21   Q.    And I guess I'll ask you that later.

22            Do you recall if those were Larry and Bianca's bags

23   from that morning?

24   A.    Yes, sir.  As I said, you know, I didn't really pay too

25   much attention when I first sort of approached the cabin,

DIRECT - SWANEPOEL

1    but I believe that's how exactly we left it after --

2    afterwards.  So I believe that would be where the bags were.

3    Q.    So were people packing up that morning?

4    A.    Yes, sir.  As I say, my stuff had already been loaded

5    on the vehicle.  And to the best of my recollection, while I

6    was doing the paperwork, I recall Kennedy actually going

7    there, and I believe may have been the one to take some of

8    the luggage out onto the deck.

9         I recall Bianca, you know, sort of shooing him

10   away.  She wasn't -- they weren't ready yet for the bags to

11   go.  And, yeah, that was shortly before we heard the shot.

12   Q.    Okay.  Do you know what time, about, you heard the

13   shot?

14   A.    I can't say exactly, but I'm going to say probably just

15   after 5 a.m., maybe -- sorry.

16   Q.    No, that's okay.  I'm sorry, I was going to ask to have

17   it at the podium again.

18   A.    Yeah, I would say I do recall getting up around 4:30,

19   and I'd say we started with the paperwork around 5:00, and

20   it was some time shortly after that.  So probably just after

21   5 a.m. Or so, 10 past 5:00, somewhere around there.

22   Q.    What did you do when you heard it?

23   A.    Well, we -- I mean, you know, we sort of try and react

24   pretty quickly to any situation in the bush.  And a gunshot

25   is one of those you react very quickly to.  So we heard the

235

DIRECT - SWANEPOEL

1    shot and immediately Spencer and I kicked away from the

2    table and we ran over to the cabin.

3    Q.    On the left, is this the path that went to the cabin?

4    A.    Yes, sir.

5    Q.    And is this the side-view of the cabin that you were

6    running towards?

7    A.    Yes, sir.  That's the door that we entered in.

8    Q.    This door right here?

9    A.    Yes, sir.

10   Q.    Did you have to open it?

11   A.    Yes, sir.  As far as I can recall.

12   Q.    About how far do you think that is?

13   A.    I couldn't say exactly, but I would say probably around

14   30 meters or so.  About 35 yards or so.

15   Q.    How long did it take you from the time you heard the

16   shot to get to the door, do you think?

17   A.    I try to recall as best I can, but, I mean, in all

18   honesty, I don't think it could have taken more than 15

19   seconds.

20   Q.    And may I send it back to counsel table.  I'm sorry.

21         When you opened the door, what did you see?

22   A.    When -- sorry.  Thought I'd be over this.

23         So when we opened the door, the first thing I

24   recall seeing was -- was Bianca's body.  I don't really

25   recall looking around at too much else.  But I saw her body

236

DIRECT - SWANEPOEL

1    on the inside of the room, closest -- you know, close to the

2    bathroom door.  And I saw Larry sort of in the bathroom door

3    on the opposite side of her body.  I don't recall if he was

4    standing or crouching at the time.  You know, I have an

5    image in my mind of both.  I don't know if he was crouching

6    and stood up when I came in or was standing and crouching

7    when I came in.

8          I -- you have to recall that -- I just recall

9    seeing Bianca on the floor and a lot of blood.

10   Q.   And, sir, obviously you've seen a lot of these

11   photographs before; is that right?

12   A.   Yes, sir.

13   Q.   So I apologize, but I'm going to go through some

14   photographs and if you want to take a break at any point,

15   just let me know?

16   A.   I will try to get over it but I think the situation's

17   getting the better of me.

18   Q.   Could you bring up Exhibit 16, page 12, please.  Is

19   that Exhibit 16?

20         Is that what you saw, sir?

21   A.   Yes, sir.  I mean, there's some things that wasn't

22   there and -- you know, when I first went in.  Obviously the

23   medical case wasn't there.  And that -- the white packet

24   wasn't there.  That was some stuff we tried to use to stop

25   the bleeding.

DIRECT - SWANEPOEL

1    Q.    When you say "the medical case," what are you meaning?

2    A.    The red case on the bed over there.  That was -- to the

3    best of my recollection was in one of the bags.  It was

4    packed away.  And during the process, you know, we asked for

5    it -- well, asked for it to be brought out.

6    Q.    When you first heard the shot, did you hear anything

7    else?

8    A.    I recall the shot and then it sounded a lot like -- I

9    don't know if you've ever heard someone get winded, but it

10   sounded almost like a bit of a scream but like a winding

11   sound, you know.  Not so much a scream that you would

12   typically hear, but more like a -- you know, an expulsion of

13   air, but, yeah, sounded like a shout.

14   Q.    You said you -- you remember approximately where Larry

15   was.  What was he doing when you came in?

16   A.    As I say, he was sort of standing over here in the

17   doorway.  I want to be as accurate as I can but, to be

18   honest, I know I was more focused on Bianca And I do

19   recall -- I have a recollection of him crouched down and I

20   have a recollection of him standing in the doorway.  I can't

21   recall which came first.  I don't know if he stood up when I

22   walked in, but as I say, I was looking a lot more at

23   Bianca.

24   Q.    What did you do?

25   A.    I ran in.  I recall stepping over the firearm when I

DIRECT - SWANEPOEL

1   entered the room.  I ran straight up to Bianca.  Larry

2   was -- you know, he was very visibly upset.  He was

3   shouting, "Help.  Help.  Help me.  Help," you know.  And

4   best of my recollection, I immediately tried to put my hands

5   on her chest to stop the bleeding.

6        I am going to be honest, I mean I looked at it and

7   pretty much thought -- pretty much thought there's not much

8   we're going to do here.  Sorry.

9        So I recall trying to frantically go -- trying to

10   stop the bleeding.  And I recall shouting, "Where's the

11   medical kit?  Let's get the medical kit."

12        Larry, best I can recall, I think he jumped up and

13   I think -- I think him and Banda went to get it because we

14   didn't know where it was.  I believe we got the medical kit

15   out and Larry was searching for some stuff to stop the

16   bleeding and that.  As I say, I think by the time we had

17   anything out, it was pretty much -- there was nothing more

18   we could really do.

19   Q.   Did you try to render first aid like CPR?

20   A.   I recall -- again, how accurate this is, I can't tell

21   you, you know.  It's a situation you never want to be in.  I

22   do recall for some reason not trying to do chest

23   compression.  I just -- because in my head I can remember

24   going, this -- that's just going to push more blood out.

25        I recall CPR; I think maybe myself, maybe even

DIRECT - SWANEPOEL

1    Larry tried.  I don't -- I can tell you I recall because,

2    based on my recollection, I remember throwing up afterwards,

3    having a -- you know, a very bad taste in my mouth, so . . .

4    Q.   What -- was that -- do you think -- was she bleeding

5    out of her mouth when you were trying to do that?

6    A.   I can't tell you with any accuracy, no.

7    Q.   So what -- you -- I think you partially answered this,

8    but can you describe what Larry did.

9    A.   As I say, I remember him getting the medical kit.  I

10   remember him trying to -- if I recall correctly, trying to

11   pack some stuff in to stop the bleeding.  I think that's

12   what those packets were.  I remember him being very frantic.

13   You know, he was, you know, very upset.

14        And I recall sort of a moment where I think the

15   realization had set in that she was gone.  I remember him

16   falling backwards, he knocked a fan off the -- there was a

17   little side table at the back there.  And at that stage he

18   was not doing well at all.  A lot of crying and a lot -- you

19   know, very upset.

20   Q.   Can you bring up Exhibit 14, page 14, please.

21        I see a red circle on her chest.  Is that what you

22   were describing --

23        THE COURT:  Counsel.  You know, I think it would be

24   good if you gave us some warning about these photos.  I

25   think the family in the back in the gallery is having a real

240

DIRECT - SWANEPOEL

1    hard time with these photos.

2         MR. WINSTEAD:  I'm sorry, Your Honor.

3         THE COURT:  Let's not just spring them on the

4    monitor.

5         MR. WINSTEAD:  Yes, Your Honor.  I'm sorry.  I

6    intended to convey that we were going to be looking at a

7    series of these photos when I mentioned that to the witness,

8    but I will clarify we will be looking at, for some time now,

9    various photos of the scene.

10        THE COURT:  All right.

11        MR. MARKUS:  Your Honor, I'm sorry to interrupt.

12   But I know this is very hard for the children and they don't

13   want to view these.  If I could ask that they be excused at

14   this time.

15        THE COURT:  They are free to come and go as they

16   wish.

17        MR. MARKUS:  Thank you, Your Honor.  I apologize.

18        THE COURT:  You may proceed, counsel.

19        MR. WINSTEAD:  Thank you, Your Honor.

20   BY MR. WINSTEAD:

21   Q.   Would you please bring back up Exhibit 14, page 14.

22        All right, sir, when you described a red circle, is

23   this what you were talking about?

24   A.   Yes, sir.  So as I can recall, that was sort of where

25   we packed some of that -- I don't know what exactly it is,

DIRECT - SWANEPOEL

1    but sort of absorbent material in there to try to stop the

2    bleeding.

3    Q.    Okay.  What happened then?

4    A.    I -- it's tough to recall exactly.  I recall Larry

5    being in hysterics sort of in the corner.  And, honestly, I

6    really didn't know what to do so I walked outside.  As I

7    say, I remember retching.  There's quite a bit of moment

8    there where I don't really know what -- what I was doing,

9    what was happening.

10   You know, just sort of trying to -- it all happened

11   so fast that you just sort of get caught up in it and then

12   there's a moment you realize what's actually happened, and

13   that's tough.

14   I think I recall asking Larry for the satellite

15   phone.  I can't even remember if I actually did call Mid Jet

16   or if I just stopped halfway through, but at some point I

17   made a decision that we need -- we needed to go to the

18   police, you know.  Obviously this was now a situation where

19   somebody was dead.  And, as I say, I don't recall if I

20   actually spoke to somebody at Mid Jet or if I just, you

21   know, thought maybe they're not going to carry a dead body.

22   I can't tell you with a hundred percent accuracy now, but as

23   I say, a decision was sort of made, look, we're going to go

24   to the police now.

25   At that stage, Larry was, I mean just sort of, you

1    know, beyond it.  I recall even asking, you know, Banda and

2    Spencer to sort of just contain him a little bit.  And then,

3    yeah, then I came back to the room and I figured it would

4    probably be best to take some photographs of the scene,

5    before leaving, for various reasons.

6         I mean, obviously we -- I knew we were going to be

7    gone for at least four, five hours.  I did speak to my staff

8    and say, "Please stay out of the room," you know.  But you

9    never know in those situations.

10        I think I was just trying to do something to make

11   sense of what was going on and follow some kind of

12   procedure, so I took some photographs.

13        At that stage, we had a blanket over her, I think.

14   And Larry was there with her and I think I actually asked

15   him to step out of the room.  And I removed the blanket and

16   I took some photographs the best I knew how, you know.

17        I don't really know what to do, but I figured at

18   least try and document something before we left.

19   Q.   Would you please bring up Exhibit 16, page 1.

20   A.   So that would -- I think would be the first sort of --

21   not the first, but maybe some of the pictures I took,

22   because I know I took some with the blanket removed.  So I

23   think I actually had to do that afterwards.  But, yeah,

24   that's one of the photos I took.

25   Q.   Who's in this picture?

DIRECT - SWANEPOEL

1    A.    Bianca's under the blanket, Larry's kneeling over her,

2    and I can't recall exactly whose feet those are in the

3    right-hand side.

4    Q.    Is it possible that that was Spencer Kakoma?

5    A.    Yes, sir, it's very possible.

6    Q.    Who else might it be?

7    A.    I think it could have been -- really, the only people I

8    recall being in the room was Spencer and Casiuss Banda.  And

9    that's -- again, that's what I can recall.  I -- you know,

10   like I said, I asked them to sort of just help control

11   Larry.

12   Q.    So this series of photos in Exhibit 16, are those the

13   ones that you took?

14   A.    I believe so, yes, sir.  I mean, this, I believe, is

15   one of the ones I took because -- yeah.

16   Q.    Of these photos, did you take photos at two different

17   times?

18   A.    Yes, I took photos before we left and then when we came

19   back when the police first entered the room, then I took

20   some photos of them entering the room, and then they carry

21   on with their investigation.

22   Q.    Can you please cycle from one page of the exhibit to

23   the next.  And we'll look at this series for a moment.

24   We'll come back to each one.  So next.  Next.  Next.  Next.

25   Next.

DIRECT - SWANEPOEL

1           This photo on the top, is this one of the photos

2     that you took after you came back?

3     A.    Yes, sir, I believe so.

4     Q.    All right.  Next, please.  Next.  Next.  Next.  Next.

5     Next.  Is that it?  Okay.  Thank you.

6           I'd like to talk about some of the other things in

7     the room and the locations of things.

8     A.    Yes, sir.

9     Q.    I'd like to go back to a picture of Bianca from Exhibit

10    14.  It's Exhibit 14, page 14, please.

11          Looking at this picture, do you see her shirt?

12    A.    Yes, sir.

13    Q.    Can you describe it.

14    A.    Well, it's lifted and it was visibly damaged.

15    Q.    Is it short or long-sleeve?

16    A.    Short sleeve.

17    Q.    Do you recall taking any other shirts or jackets or

18    anything like that off her while you were trying to do first

19    aid?

20    A.    No, sir, I don't recall that.

21    Q.    I'd like to go back to Exhibit 16, page 1.

22          You said Larry is the person kneeling in this

23    photo.  Do you know about how long this picture was taken

24    after she died?

25    A.    Oh, sir, I couldn't -- I couldn't tell you exactly.

DIRECT - SWANEPOEL

1    Maybe 10 minutes, 15 minutes.  Somewhere around there.

2    Q.    Please go to Exhibit 16, page 2.

3          What's in this photo?

4    A.    That's the gun and the gun case and then a

5    shell-expended cartridge on the floor.

6    Q.    Why did you take this one?

7    A.    When I came into the room, I recall the gun being more

8    or less by that carpet.  But the gun -- as far as I know,

9    Spencer -- well, I know the gun had been moved.  Spencer

10   said the game scout said while we were busy --

11   Q.    So, yeah, that's great.  I'd like to circle back to

12   that.  So -- well, just to finish the question:  Just

13   simply, why did you take this photo of them?

14   A.    Just sort of to show where the gun and the bullet were

15   in, you know, that's -- actually, the gun being moved is

16   sort of one of the things why I guess it's parked in my mind

17   to maybe take some photos.

18   Q.    So I'd like to go back to that, then.  What do you

19   mean -- how did the gun get moved?

20   A.    To the best of my recollection, when I ran in, the gun

21   was more or less near that carpet by the base of the bed.  I

22   can't recall exactly where it was, but to the best of my

23   recollection, I believe it was possibly facing towards the

24   door, the barrel, because I don't remember having to step

25   that far over it.  I do recall having to step over it, but

DIRECT - SWANEPOEL

1    in the process when -- as I say, when I went outside and I

2    came back now into the room, I asked Spencer, "Where's the

3    gun?"

4              And Spencer said to me, "No, I moved it.  I checked

5    to see if it was clear.  And I put it" -- I can't remember

6    if he said outside or in the corner of the room.  It was --

7    I think he said outside.

8              He says, "I took it outside the room."

9              I guess it was a lot of people walking around the

10   room, he felt that would be safer.  And so I said to him,

11   "Look, Spencer put the gun back as you know where you found

12   it, as close to where you found it as you can," and that's

13   what he did.

14   Q.   Did you watch him put it back?

15   A.   I watched him putting it back, yes, sir.  I didn't see

16   him taking it out the room or checking it.

17   Q.   Did he seem to be acting carefully when he put it back?

18   A.   I mean, I just said to him, "Look, put it back more or

19   less where you found it," and he said, "Yeah, I found it

20   here."

21             So I -- yeah, I can't really recall if he placed it

22   down or sort of, you know, just put it down nonchalantly.

23   Q.   Did he check if the shotgun was empty?

24   A.   He said that he did when he picked it up.  He said that

25   he -- you know, he pulled it out and he had to look, and he

DIRECT - SWANEPOEL

1    said that the mechanism was open, which would happen if it

2    fired its last round, then it remains open.

3         So he said, "When I looked, it was clear, and then

4    I put it back and I took it outside."

5    Q.    Okay.  What about the shell?  Do you remember -- do you

6    know if anyone moved it?

7    A.    I honestly couldn't say while everyone was walking

8    around the room if they did, but as far as I know, that is

9    probably where it was.  I don't think anybody would have

10   kicked it or moved it around, but I can't be certain.  I was

11   busy with Bianca.

12   Q.    All right, may I please go back to the podium.  Going

13   to move in now to a view of the room.

14        Is this the interior of that cabin?

15   A.    Yes, sir.

16   Q.    Is this what it looked like in 2016?

17   A.    No, sir.  There's some changes.  I believe this was

18   taken earlier this year.  So over here, this furniture is

19   not the same.  There was another one of these cupboards over

20   here.  This carpet over here also seems to be changed.  And

21   I believe the bed was also in slightly different position.

22   But more or less the same.

23   Q.    All right.  I'd like to show you photos that are

24   embedded here.  The first one is annotation 1.  Nope, I did

25   it wrong.  How do I go back?  Sorry about that.  I thought I

DIRECT - SWANEPOEL

1    had this down.  12.  Nope, not right.  There we go.  All

2    right, this time I'll hit the right button.

3              All right.  Annotation 1.  Is this approximately

4    the same view of the room?

5    A.    Yes, sir.

6    Q.    And so would you say Bianca's body was over here near

7    the front of the bathroom?

8    A.    Yes, sir.

9    Q.    And you said that the bed was in a slightly different

10    place.  So if I'm counting one, two, three, four of the

11    logs.  One, two, three, four of the logs, would you say

12    the -- this foot of the bed was moved over a couple inches

13    to the middle of that strip?

14    A.    Yes, sir.

15              MR. MARKUS:  Judge, I'm going to object.  I'm

16    not -- my objection is we have the pictures from the actual

17    day, so I'm not sure why we're trying to superimpose them on

18    a picture that is not accurate.  So my objection is

19    relevance to this inaccurate photo and using

20    superimpositions of the previous photos.

21              THE COURT:  I'm going to overrule it for now

22    because I think counsel should be allowed to develop the

23    questioning, the examination here, to make it clear what

24    he's trying to do.  I'm sure he has a purpose for doing this

25    and let's see what it is.

249

DIRECT - SWANEPOEL

1      MR. WINSTEAD:  Yes, sir.  Thank you.

2      COURTROOM DEPUTY:  Counsel, as a reminder, please

3    speak into the microphone.  I know you're leaning that way,

4    but take it with you.  Thank you.

5      MR. WINSTEAD:  Yes, ma'am.

6    BY MR. WINSTEAD:

7    Q.   All right.  Now I'm looking at annotation 3.  Is that

8    the photo of the -- one of the photos of the gun?

9    A.   Yes, sir.

10   Q.   So was it at the foot of the bed in approximately this

11   position?

12   A.   Yes, sir.

13   Q.   Okay.

14   A.   In the photograph, yes.

15   Q.   And then annotation 4, the shotgun shell.

16   A.   Yes, sir.

17   Q.   Was it along one of those rails towards this set of

18   doors here?

19   A.   Yes, sir.  Seems to be somewhere more or less there.

20   Q.   Okay.  Was there just one shell when you were looking

21   through the room?

22   A.   Yes, sir.

23   Q.   I'm going to go over and look from the other angle.  Is

24   this the bathroom?

25   A.   Yes, sir.

DIRECT - SWANEPOEL

1   Q.   Does this appear to be potentially the same rug that

2   was in front of the bed before?

3   A.   It could be, yes, sir.

4   Q.   And is this the view of the room from the other side?

5   A.   Yes.

6   Q.   All right, can I go back to the counsel table, please.

7   All right, I'll come back to that.

8        After taking those photos, what did you do?

9   A.   That was pretty much when we got into the vehicle; got

10  Larry, you know, into the truck.  He didn't necessarily want

11  to come with to the police.  He was very upset.  But as I

12  explained to him, "Look, we have to go to the police and

13  we've get to go to give our reports and that."

14       And we all got into the vehicle, myself, Larry,

15  based on my recollection, was Casiuss Banda, my tracker, my

16  other tracker Mabin, and the game scout, Spencer Kakoma And

17  from there we left the camp to go to Mumbwa town to go to

18  the police station.

19  Q.   Did Larry want to go?

20  A.   You know, he, at that stage was very upset.  You know,

21  he was sort of not very interested in anything, I think.

22  Q.   Do you remember if you locked the -- the cabin when you

23  left?

24  A.   I can't recall if we locked it, sir.  I -- you know, we

25  generally don't lock too much out there.  I couldn't tell

DIRECT - SWANEPOEL

1    you with any confidence whether we did or didn't.  I did

2    tell the staff nobody to go in there, but, you know.

3    Q.    On that day, how long do you remember was the drive to

4    Mumbwa?

5    A.    Well, as I've said before, I mean, I know the road

6    pretty well and I know I made it to the tar road just under

7    an hour.  You know, and then from there, I think in total it

8    took us probably just under 2 1/2 hours to get to Mumbwa.

9    Q.    Okay.  During the drive, did you talk to Larry?

10   A.    Yes, sir.  Sort of that's about the first time I really

11   had any real conversation with him about what had happened.

12            And I recall we left the camp, and Larry doesn't

13   really smoke, but I gave him a cigarette.  I lit up a

14   cigarette.  And I can't tell you exactly how long of silence

15   we had, but at some point I sort of leaned over and said,

16   "Hey, buddy, what happened, man?"

17            And, yeah, he was -- you know, very upset.  And he

18   just kept saying, "I don't know.  I don't know what

19   happened."

20            He said, "I was in the bathroom and then I heard

21   the shot and, you know, I came out and Bianca was on the

22   floor."  So . . .

23   Q.    Did he tell you not just where he was, but what he was

24   doing when the shot went off?

25   A.    Not that I recall, no, sir.  He just said, "I was in

DIRECT - SWANEPOEL

1    the bathroom."  And, you know, I don't know if I ever

2    thought about it afterwards.  You know a lot of things go

3    through your head afterwards and you can't be a hundred

4    percent what you actually recall in the situation to be

5    correct, what you make up afterwards, you know, years

6    afterwards.  This is five years ago, you know, so based on

7    my recollection I remember him saying he was in the bathroom

8    and, you know, he heard the shot and he came out and he saw

9    Bianca on the floor.

10   Q.    Did he say what Bianca had been doing?

11   A.    He didn't say what.  You know, I sort of kept asking,

12   you know, "What happened?"  You know, and he says, "I don't

13   know what happened.  You know, we were packing, and I went

14   to the bathroom, and she must have tried to load the gun

15   into the case herself."

16        And, you know, then we sort of questioned how she

17   could have possibly, you know, had the accident, you know,

18   shot herself while doing so.  And a couple of ideas were

19   sort of back and forth of Larry was saying, "Look, the gun

20   didn't fit very well in the case, you know. "

21        It was quite a long shotgun, and the case, I guess

22   it didn't fit a hundred percent.  And he mentioned that

23   maybe she was trying to jam it in there and it could have

24   gone off.  Or, you know, she possibly could have caught the

25   trigger with her finger when she was closing the zipper.

DIRECT - SWANEPOEL

1    Or, you know, there was sort of a bit of back and forth

2    there, but nothing certain.

3         It wasn't as if he said, "This is what happened."

4    He just said what he thought could have happened.  And, you

5    know, we sort of had a bit of chitchat about that.  Sorry to

6    use the term "chitchat" but back and forth.  That's our

7    vernacular.  And we both went pretty quiet.

8         Like I said, that road is very windy through the

9    bush and I just concentrated on getting us to Mumbwa as fast

10   as we could.

11   Q.   When you were referring to "the case," are you talking

12   about the soft case?

13   A.   Yes, sir, the soft case.

14   Q.   You did a gesture.  Can you explain what you're meaning

15   when you were describing trying to jam the gun into the

16   case.

17   A.   Well, it could be possibly two things.  I mean,

18   either -- you know, sometimes if you don't close the soft

19   cases all the way, if you pick up the soft case the gun can

20   drop out the bottom of it.  Or if you're trying to close the

21   soft case all the way -- as I say the night before, you

22   know, who knows, we were leaving the blind in a hurry, maybe

23   it was only zipped halfway, and she could have possibly been

24   leaning over it to try to close the case.

25        Or if the gun wasn't getting in the case all the

DIRECT - SWANEPOEL

1    way, she could have pushed onto the ground trying to jam the

2    gun into the case.  I mean, it's got a rubber bit

3    underneath, so I guess maybe, you know, one could think

4    that's a better way of doing it than jamming the steel

5    barrel into the ground.  I honestly don't know, sir.

6             You know, like I said, I wasn't -- wasn't there and

7    it's not as if in that moment anything was really making

8    sense.

9    Q.   Do you recall if Larry told you that he had done that

10   same thing before and Bianca may have seen him do it?

11            MR. MARKUS:  Objection.  Leading, Your Honor.

12            THE COURT:  Sustained.

13   BY MR. WINSTEAD:

14   Q.   Well --

15            THE COURT:  Would this be a good time, counsel, to

16   call it a day?  It's past 5:00.  Or do you have a couple

17   more questions so we have more logical breaking point?

18            MR. WINSTEAD:  I think if I could just have just a

19   moment to check, we may be at a time for a subject change.

20   If I may have just a couple more questions and then we'll be

21   done with this.

22            THE COURT:  Sure.  Sure.  Go ahead.

23   BY MR. WINSTEAD:

24   Q.   Did he tell you anything about what Bianca was doing --

25   not theorizing about how the accident happened, but what she

DIRECT - SWANEPOEL

1    was doing beforehand?

2    A.    He did mention, he said, "You know, we were leaving

3    early and, you know, Bianca gets a little bit frantic on

4    days when we're traveling."  And nothing specifically.  He

5    did mention likeYou know how Bianca gets.  She can get a

6    little bit -- you know, I was in the bathroom and she

7    probably tried to pack the guns away herself."

8         As I said, he was very upset at that time as well,

9    and, you know, sort of, it seemed to me, trying to process

10   what had happened and -- you know, so there's a lot of

11   things that were said in that that I'm not a hundred percent

12   sure the accuracy of how I'm repeating it.

13        I'm just -- you know, there was a lot of

14   conversation between him and I, dialogue, and how he thought

15   maybe this had happened.  And I do remember him saying that,

16   "You know how Bianca gets when she travels, and" -- you

17   know.  I think he -- I think even something about, "You know

18   we had to get there for the wedding.  Maybe she was

19   hurrying."  It was something like that.

20        Again, this is me now not saying with certainty;

21   just trying to recall as sort of best I can.

22   Q.    Did he say anything about whether he had previously

23   cleared the shotgun?

24   A.    I don't recall him saying so.  As I said, I recall him,

25   you know, unloading that shotgun the night before.  If he

DIRECT - SWANEPOEL

1    unloaded it completely or not, I can't tell you.  But, no, I

2    don't think he said anything about unloading it.

3    Q.    Do you recall talking about anything else on that

4    drive?

5    A.    Driving to Mumbwa?

6    Q.    Yes, sir.

7    A.    As I say, I don't -- I can't really recall exactly.  I

8    don't -- I recall at some point him mentioning speaking to

9    the Embassy.  I -- I honestly believe that was maybe after

10   we had taken the body to Mumbwa we were going to Lusaka.  I

11   don't think it was on that specific trip, but I'll be honest

12   with you, after that kind of trauma and the shock and

13   everything, you're just trying to get through everything

14   step-by-step.  I could be wrong on some of the timeline and

15   stuff.

16   Q.    Okay.  Thank you.

17            MR. WINSTEAD:  May I have just one moment, Your

18   Honor?

19            THE COURT:  You may.

20   BY MR. WINSTEAD:

21   Q.    Sir, just one more question.  After you were -- I guess

22   it's two more questions, sorry.

23            After you were finished trying to give first aid

24   and you realized that Bianca was dead, did you -- did you

25   have blood on your hands?  Do you recall?

DIRECT - SWANEPOEL

1    A.    Yes, sir, I do recall having blood on my hands.  As I

2    say, when I went outside, you know, to sort of retch and

3    that, I don't -- as I said, I can't recall the exact amount

4    of time that it took, and when I came back to ask for the

5    sat phone, but yeah.  I don't specifically recall having

6    blood on my clothing, but I know I had blood on my hands.

7    Q.    Lawyers always misestimate the number of questions that

8    they're asking.  Three more questions.

9            Sorry, Your Honor.

10           Did you wash your hands?

11   A.    Yes, sir.

12   Q.    You said Larry was helping you put the dressing on.  Do

13   you remember if he washed his hands?

14   A.    As I say, I can't recall exactly what he did

15   afterwards.  I mean, like I say, I probably -- probably I

16   was gone for a good, I'm going to guess, around 10 minutes

17   or so.  As I say, I don't recall if I actually threw up, but

18   I recall, you know, maybe.  And then I think I actually went

19   to my -- my room on my own for a little bit.  I couldn't

20   tell you what happened after that for a while.

21           The first time I can really say, you know, I sort

22   of came back to the room and -- was when I saw him leaning

23   over -- leaning over her body there.

24           MR. WINSTEAD:  Okay.  Thank you.  That's it.  Thank

25   you, Your Honor.

1          THE COURT:  All right.  All right, folks, we're

2    going to call it a day.  As I told you I'm required to do

3    each evening, I need to remind you, especially as the press

4    interest in this case increases as time goes on, please do

5    not do any independent research into or discuss with anyone

6    the facts, the law, or the persons involved in this case.  I

7    ask you be back in the jury deliberation room by 8:35

8    tomorrow morning.  We'll make every effort to start promptly

9    at 8:45 tomorrow morning.

10          We'll be in recess until 8:45.

11          (Jury left the courtroom at 5:06 p.m.)

12          THE COURT:  Mr. Swanepoel, two things.  Same

13    admonition.  Please do not speak with any of the lawyers

14    during the time we're in recess.  Secondly, I ask you to be

15    back in the witness stand by 8:40 tomorrow morning and we'll

16    resume your testimony at 8:45.

17          THE WITNESS:  Yes, sir.

18          (Proceedings concluded at 5:07 p.m.)

19                              INDEX

20    Item                                              PAGE

21                     OPENING STATEMENTS

22    By Mr. Grewell                              9
      By Mr. Markus                               23
23    By Mr. Dill                                 50

24

25

1                          **GOVERNMENT'S WITNESSES**

2          RALPH FINIZIO
           Direct Examination by Mr. Fields              79
3          Cross-examination by Mr. Markus               107
           Redirect Examination by Mr. Fields           119
4
           VINCENT FINIZIO
5          Direct Examination by Mr. Fields             122
           Cross-examination by Mr. Markus              132
6
           ANTHONY GIUSTINI
7          Direct Examination by Mr. Fields             139
           Cross-examination by Mr. Markus              146
8
           MARK SWANEPOEL
9          Direct Examination by Mr. Winstead           151

10                          **GOVERNMENT'S EXHIBITS**

11     **EXHIBITS:**      **Offered**   **Received**  **Refused**   **Stipulated**

12     1                78           78

13     2                78           78

14     3                78           78

15     4                78           78

16     5                78           78

17     6                78           78

18     7                78           78

19     8                78           78

20     9                78           78

21     10               78           78

22     11               78           78

23     12               78           78

24     13               78           78

25     14               78           78

| | GOVERNMENT'S EXHIBITS | | | |
|---|---|---|---|---|
| EXHIBITS: | Offered | Received | Refused | Stipulated |
| 15 | 78 | 78 | | |
| 16 | 78 | 78 | | |
| 17 | 78 | 78 | | |
| 18 | 78 | 78 | | |
| 19 | 78 | 78 | | |
| 20 | 78 | 78 | | |
| 21 | 78 | 78 | | |
| 22 | 78 | 78 | | |
| 23 | 78 | 78 | | |
| 24 | 78 | 78 | | |
| 25 | 78 | 78 | | |
| 26 | 78 | 78 | | |
| 27 | 78 | 78 | | |
| 28 | 78 | 78 | | |
| 29 | 78 | 78 | | |
| 30 | 78 | 78 | | |
| 31 | 78 | 78 | | |
| 32 | 78 | 78 | | |
| 33 | 78 | 78 | | |
| 34 | 78 | 78 | | |
| 35 | 78 | 78 | | |
| 36 | 78 | 78 | | |
| 37 | 78 | 78 | | |

|  | **GOVERNMENT'S EXHIBITS** | | | |
|---|---|---|---|---|
| **EXHIBITS:** | **Offered** | **Received** | **Refused** | **Stipulated** |
| 38 | 78 | 78 | | |
| 39 | 78 | 78 | | |
| 40 | 78 | 78 | | |
| 43 | 78 | 78 | | |
| 44 | 78 | 78 | | |
| 45 | 78 | 78 | | |
| 46 | 78 | 78 | | |
| 47 | 78 | 78 | | |
| 48 | 78 | 78 | | |
| 49 | 78 | 78 | | |
| 50 | 78 | 78 | | |
| 51 | 78 | 78 | | |
| 52 | 78 | 78 | | |
| 53 | 78 | 78 | | |
| 54 | 78 | 78 | | |
| 55 | 78 | 78 | | |
| 56 | 78 | 78 | | |
| 60 | 78 | 78 | | |
| 70 | 78 | 78 | | |
| 71 | 78 | 78 | | |
| 72 | 78 | 78 | | |
| 73 | 78 | 78 | | |
| 74 | 78 | 78 | | |

GOVERNMENT'S EXHIBITS

| EXHIBITS: | Offered | Received | Refused | Stipulated |
|-----------|---------|----------|---------|------------|
| 90 | 78 | 78 | | |
| 91 | 78 | 78 | | |
| 92 | 78 | 78 | | |
| 200 | 78 | 78 | | |
| 201 | 78 | 78 | | |
| 202 | 78 | 78 | | |
| 203 | 78 | 78 | | |
| 204 | 78 | 78 | | |
| 205 | 78 | 78 | | |
| 206 | 78 | 78 | | |
| 207 | 78 | 78 | | |
| 208 | 78 | 78 | | |
| 209 | 78 | 78 | | |
| 210 | 78 | 78 | | |
| 211 | 78 | 78 | | |
| 212 | 78 | 78 | | |
| 213 | 78 | 78 | | |
| 214 | 78 | 78 | | |
| 215 | 78 | 78 | | |
| 220 | 78 | 78 | | |
| 221 | 78 | 78 | | |
| 222 | 78 | 78 | | |
| 223 | 78 | 78 | | |

```
 1                    GOVERNMENT'S EXHIBITS

 2     EXHIBITS:        Offered   Received   Refused    Stipulated

 3     224              78        78

 4     225              78        78

 5     226              78        78

 6     430              78        78

 7

 8                    DEFENDANT'S EXHIBITS

 9     EXHIBITS:        Offered   Received   Refused    Stipulated

10     R-U              78        78

11     R-V              78        78

12     R-W              78        78

13     R-X              78        78

14     R-Y              78        78

15     R-Z              78        78

16     R-A1             78        78

17     R-A2             78        78

18     R-A3             78        78

19     R-A4             78        78

20     R-A5             78        78

21     R-A6             78        78

22     R-A7             78        78

23     R-A8             78        78

24     R-A9             78        78

25     R-A15            78        78
```

| | DEFENDANT'S EXHIBITS | | | | |
|---|---|---|---|---|---|
| **EXHIBITS:** | **Offered** | **Received** | **Refused** | **Stipulated** |
| R-A16 | 78 | 78 | | |
| R-A17 | 78 | 78 | | |
| R-A18 | 78 | 78 | | |
| R-A19 | 78 | 78 | | |
| R-A20 | 78 | 78 | | |
| R-A21 | 78 | 78 | | |
| R-A22 | 78 | 78 | | |
| R-A23 | 78 | 78 | | |
| R-A24 | 78 | 78 | | |
| R-A25 | 78 | 78 | | |
| R-A26 | 78 | 78 | | |
| R-A27 | 78 | 78 | | |
| R-A28 | 78 | 78 | | |
| R-A29 | 78 | 78 | | |
| R-A36 | 78 | 78 | | |
| R-A37 | 78 | 78 | | |
| R-A39 | 78 | 78 | | |
| M-A | 78 | 78 | | |
| M-B | 78 | 78 | | |
| M-C1 | 78 | 78 | | |
| M-C2 | 78 | 78 | | |
| M-E | 78 | 78 | | |
| M-F | 78 | 78 | | |

265

1                    *      *      *      *      *

2                         REPORTER'S CERTIFICATE

3          I certify that the foregoing is a correct transcript

4    from the record of proceedings in the above-entitled matter.

5          Dated at Denver, Colorado, this 11th day of September,

6    2023.

7

8

9

10          MARY J. GEORGE, FCRR, CRR, RMR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25