# EXHIBIT B

Case No. 1:22-cr-00012-WJM    Document 464-3    filed 12/08/23    USDC Colorado    pg 1 of 8

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
STEPHEN RICHER
20230384023  07/24/2023  12:32
ELECTRONIC RECORDING

1690224890825-7-1-1--
morenoa

<u>**When recorded mail to**</u>:

Isaac M. Gabriel, Esq. (#021780)
Dorsey & Whitney LLP
2325 E. Camelback Rd., Ste. 300
Phoenix, Arizona 85016

– CAPTION HEADING –

# DEFAULT JUDGMENT

DO NOT REMOVE

THIS IS PART OF THE OFFICIAL DOCUMENT

# JUDGMENT INFORMATION STATEMENT
## Pursuant to A.R.S. § 33-967

**Name and last known address of Defendants:**
Lawrence P. Rudolph
7000 N 39th Place
Paradise Valley, AZ 85253

Lawrence P. Rudolph, Inmate
c/o Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, Nevada 89060

Lawrence P. Rudolph and Bianca T. Rudolph Trust Dated April 25, 2016
c/o Nevada Southern Detention Center
Attn: Lawrence P. Rudolph, Inmate
2190 E. Mesquite Ave.
Pahrump, Nevada 89060

The Lawrence P. Rudolph Survivor's Trust Created Under the Rudolph Trust Dated April 25, 2016
c/o Nevada Southern Detention Center
Attn: Lawrence P. Rudolph, Inmate
2190 E. Mesquite Ave.
Pahrump, Nevada 89060

**Address Where Defendants received the Summons:**
Lawrence P. Rudolph, Inmate
c/o Nevada Southern Detention Center
2190 E. Mesquite Ave.
Pahrump, Nevada 89060

Lawrence P. Rudolph and Bianca T. Rudolph Trust Dated April 25, 2016
c/o Nevada Southern Detention Center
Attn: Lawrence P. Rudolph, Inmate
2190 E. Mesquite Ave.
Pahrump, Nevada 89060

The Lawrence P. Rudolph Survivor's Trust Created Under the Rudolph Trust Dated April 25, 2016
c/o Nevada Southern Detention Center
Attn: Lawrence P. Rudolph, Inmate
2190 E. Mesquite Ave.
Pahrump, Nevada 89060

Lawrence P. Rudolph and Bianca T. Rudolph Trust Dated April 25, 2016

c/o Julian Rudolph, Trustee
1 NE 2nd Ave
Miami, FL 33132

The Lawrence P. Rudolph Survivor's Trust Created Under the Rudolph Trust Dated April 25, 2016
c/o Julian Rudolph, Trustee
1 NE 2nd Ave
Miami, FL 33132

**Name and address of Plaintiff:**

AnaBianca Rudolph and Julian Rudolph, in his individual capacity and
Trustee of the Credit Bypass Trust Under the Rudolph Trust Dated April 25, 2016
c/o Isaac M. Gabriel., Esq.
Dorsey & Whitney LLP
2325 E. Camelback Rd., Ste. 300
Phoenix, Arizona 85016
Gabriel.Isaac@dorsey.com

**Amount of Judgment:**

Against the Defendants in favor of Plaintiffs, as follows:

1. Awarding damages in the amount of $6,915,974.00 (the "Principal Sum");

2. Awarding disgorgement of $6,900,000.00 of Defendants' assets, plus any appreciation;

3. Granting specific performance, requiring the Survivor's Trust to transfer all trust assets held therein, in the amount of $6,915,974.00 over to the Credit Bypass Trust;

4. Granting a constructive trust over $6,915,974.00 of assets transferred from Mrs. Bianca Rudolph's share of the Property to the Defendants, plus any appreciation;

5. Awarding pre-judgment interest at the rate of 10% per annum on the Principal Sum from October 11, 2016 through the date of entry of this Judgment;

6. Awarding post-judgment interest at the rate of 9.25% pursuant to A.R.S. 44-1201(B) from the date of entry of the Judgment until paid in full.

2

4895-6223-5249\1

**Defendant(s)' social security number, date of birth and driver's license number:**

Lawrence P. Rudolph
SSN: 185 46 3852
DOB: 1/07/1955
Driver's License: N/A

**Has a stay of enforcement been ordered by the Court?**   ☐ Yes       ☒ No

If YES, the date the stay expires:  N/A

3

**CERTIFIED COPY**

COPY FOR CERTIFICATION

CLERK OF THE SUPERIOR COURT
FILED
JUL 20 2023 4:05 p.m.
M Burton, Deputy

Dorsey & Whitney LLP
2325 E. Camelback Road
Suite 300
Phoenix, Arizona 85016
TELEPHONE 602.735.2700

Isaac M. Gabriel (#021780)
gabriel.isaac@dorsey.com
Alissa Brice Castañeda (#027949)
castaneda.alissa@dorsey.com
Hannah-Kaye Fleming (#037369)
fleming.hannah-kaye@dorsey.com

*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ANABIANCA RUDOLPH, an individual; and JULIAN L. RUDOLPH, in his individual capacity and as Trustee of the CREDIT BYPASS TRUST UNDER THE RUDOLPH TRUST DATED APRIL 25, 2016,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE P. RUDOLPH, an individual; the LAWRENCE P. RUDOLPH AND BIANCA T. RUDOLPH TRUST DATED APRIL 25, 2016; and the LAWRENCE P. RUDOLPH SURVIVOR'S TRUST CREATED UNDER THE RUDOLPH TRUST DATED APRIL 25, 2016,<br><br>Defendants. | NO. CV2023-006718<br><br>**DEFAULT JUDGMENT** |

Upon the Court's review and consideration of the *Motion for Entry of Default*

*Judgment Pursuant to Ariz. R. Civ. P. 55(b)(1)* (the "Motion") filed by Plaintiffs AnaBianca Rudolph and Julian L. Rudolph, in his individual capacity and as Trustee of the *Credit Bypass Trust Under the Rudolph Trust dated April 25, 2016* (the "Credit Bypass Trust", together with AnaBianca Rudolph and Julian L. Rudolph, the "Plaintiffs") and the entire record before the Court,

THE COURT HEREBY FINDS AND CONCLUDES:

A. That Defendants Lawrence P. Rudolph, an individual, *Lawrence P. Rudolph and Bianca T. Rudolph Trust Dated April 25, 2016*, and the *Lawrence P. Rudolph Survivor's Trust Created Under the Rudolph Trust Dated April 25, 2016* (collectively the "Defendants") were properly served with process on May 5, 2023 as required by applicable law;[1]

B. That the Defendants failed to appear and/or otherwise plead within the time allowed by law or the applicable rules of civil procedure, or at all; and

C. That the default of the Defendants was entered herein;

As a result of the foregoing findings and conclusions:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Judgment shall be entered against the Defendants in favor of Plaintiffs, as follows:

1. ~~Granting all of the relief requested in the Complaint;~~ [handwritten: $6,915,974.00 *ero*]

2. [handwritten: 1] Awarding damages in the amount of $~~6,900,000.00~~ [handwritten: 6,915,974.00] (the "Principal Sum");

3. [handwritten: 2] Awarding disgorgement of $6,900,000.00 of Defendants' assets, plus any appreciation, ~~benefits, and/or profits or proceeds derived therefrom;~~ [handwritten: ero]

4. [handwritten: 3] Granting specific performance, requiring the Survivor's Trust to transfer all trust assets held therein, in the amount of ~~at least~~ [handwritten: or] $~~6,900,000.00~~ [handwritten: 6,915,974.00], to the Credit Bypass Trust;

5. [handwritten: 4] Granting a constructive trust over $~~6,900,000.00~~ [handwritten: 6,915,974.00] of assets transferred from

---

[1] Unless otherwise defined, all capitalized terms used herein shall have the same meanings ascribed to them in the Complaint filed in this lawsuit.

-2-

1 | Mrs. Bianca Rudolph's share of the Property to the Defendants, plus any appreciation,
2 | ~~benefits, and/or profits or proceeds derived therefrom;~~
3 | ~~5~~ 6. Awarding pre-judgment interest at the rate of 10% per annum on the Principal
4 | Sum from October 11, 2016 through the date of entry of this Judgment;
5 | ~~6~~ 7. Awarding post-judgment interest at the rate of 9.25% pursuant to A.R.S. 44-
6 | 1201(B) from the date of entry of the Judgment until paid in full; and
7 | ~~7~~ 8. Directing that there are no further matters pending and that the Judgment is
8 | entered under Rule 54(c), Arizona Rules of Civil Procedure.
9 | JUDGMENT ENTERED this 20th day of July, 2023.

_____
Honorable Judge Cynthia Gialketsis
Superior Court of Arizona, Maricopa County

**COMMISSIONER CYNTHIA GIALKETSIS**

-3-

4873-3069-3992\1

The foregoing instrument is a full, true and correct copy of the original on file in this office.
Attest JUL 21 2023 20____
JEFF FINE, Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.
By _____, Deputy Clerk