IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. **LAWRENCE RUDOLPH**, and
2. LORI MILLIRON

      Defendants.

## JOINT STATEMENT REGARDING THIRD-PARTY NEUTRAL MEDIATOR

      Pursuant to the Court's Order (Docket # 446), the United States and Petitioners provide notice of their position regarding mediation before a third-party neutral mediator as follows:

      1.      On December 18, 2023, the parties conferred regarding the use of a third-party neutral mediator. At that time, the parties were able to agree to meeting to discuss the issues in this case with a mediator.

      2.      The parties have exchanged four names of potential mediators (two proposed by each party), and have agreed that all of them are generally acceptable.

      3.      The United States offers Judge Scott Varholak and Judge Sandy Brook. A summary of their qualifications and experience is attached as Attachment A.

      4.      Petitioners offer Judge Larry Fleischman and Judge Michael T. Mason. A summary of their qualifications and experience is attached as Attachment B.

      5.      The United States believes that resolution of the Amended Motion to Dismiss Verified Petition For Adjudication of Interest in Property Ordered Forfeited (Docket # 463) is

necessary for the parties to narrow the issues and provide for a more meaningful discussion at mediation. Petitioners disagree and, in so doing, take no position as to when the Court should rule on the pending motion.

      6.    The United States gives notice to the Court that it would not file a Motion for Final Order of Forfeiture until after the parties have attempted mediation of the issues. Therefore, if any agreement could be reached by the parties it could then be reflected in the Final Order of Forfeiture.

      DATED this 29th day of December 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: kurt.bohn@usdoj.gov


*s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: tonya.andrews@usdoj.gov

PETITIONERS' COUNSEL

*s/ Christopher P. Hotaling*
Christopher P. Hotaling (IL Bar #6272432)
NIXON PEABODY LLP
70 West Madison, Suite 5200
Chicago, IL 60602-4378
Tel: 312-977-4418
Fax: 833-968-0535

*s/ John R. Sandweg*
John R. Sandweg (DC Bar #1027208)
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel: 202-585-8189
Fax: 877-743-5914
*Attorneys for Petitioners Julian and
AnaBianca Rudolph*

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

*s/ Sheri Gidan*
Sheri Gidan
FSA Federal Paralegal
United States Attorney's Office