

📞 1-800-ARBITER | 303-572-1919      303-571-1115     📍 1601 Blake St, Suite 500

JAG ARBITERS     JAG STAFF     ADR SERVICES ▾     CALENDAR     POLICIES ▾     NEWS     CONTACT US

## GET TO KNOW

# Brook, Sandy

Former Chief Judge of the Indiana Court of Appeals Sanford M. "Sandy" Brook joined Judicial Arbiter Group, Inc. in 2004, after sixteen years on the bench in Indiana.



Calendar unavailable. Please contact a JAG scheduling clerk at 303-572-1919 or

## Judicial Service

 1-800-ARBITER | 303-572-1919         303-571-1115        1601 Blake St, Suite 500

Twelve of these years were spent on the trial bench in South Bend, Indiana, where he also served three years as Chief Judge. As a trial judge Brook presided over 190 jury and 350 bench trials, and he authored over 275 appellate opinions while on the Indiana Court of Appeals. While a judge, he promoted alternative dispute resolution in the Indiana court system by serving as a judicial mediator and conducting numerous settlement conferences at both the trial and appellate levels.

Since 1987, Brook has taught extensively in the areas of Evidence and Trial Advocacy. He has been an Adjunct Professor at both the Notre Dame Law School and the Indiana University Law School in Bloomington, and has taught Evidence in the Indiana Bar Review Course. Brook has also taught advocacy internationally in Canada, England, Scotland, Northern Ireland, Thailand and China with the National Institute for Trial Advocacy (NITA), and was an Adjunct Faculty member at Nottingham Law School in England.

Trial Court Judge, South Bend, Indiana, 1992-2000 (Chief Judge, 1997-2000)

## Education

J.D. – Indiana University School of Law, Bloomington
B.A. – Indiana University

## Contact

Phone: 720-932-3425
Email: sbrook@jaginc.com

## Career Highlights

- 5280 Magazine Top Lawyers 2015
- Colorado Super Lawyers 2015
- Joined JAG as an arbiter in 2004

## Community and Professional Activities

## Fun Facts

- An undercover actor: he performs the one man show "Darrow."

- (2003)
- Taught Trial Advocacy in Thailand, China, Canada, Scotland, Northern Ireland and England, where he was Adjunct Faculty at Nottingham Law School
- Adjunct Professor, Indiana University School of Law, Bloomington
- Adjunct Professor, Notre Dame Law School
- Deputy Prosecuting Attorney, St, Joseph County, Indiana

- National Institute for Trial Advocacy (Former Faculty Member)
- Taught the Bar Review course in Evidence



Experience. Intuition. Commitment.

──── Receive the latest news

**Follow us here**

Privacy Policy    Cookie Policy

JAG Arbiters    JAG Staff    ADR Services    Calendar    Policies    News

Contact Us

https://jaginc.com/brook-sandy/    3/4

# Scott T. Varholak

*United States District Court, District of Colorado*

Honorable Scott T. Varholak is a Magistrate Judge for the United States District Court for the District of Colorado.  Magistrate Judge Varholak is a graduate of John Carroll University and the University of Michigan Law School.  Following law school, he clerked for the Honorable Catherine C. Black, a United States District Judge for the District of Maryland, and then spent two years at the Defender Association of Philadelphia.  Following a year of private practice in Washington, D.C., Magistrate Judge Varholak moved to Denver in 2003.  Prior to taking the bench in October 2016, he spent over a decade working as a Federal Public Defender and also spent several years in private practice handling a variety of civil litigation and bankruptcy matters.  He has spoken at a number of bar association events and CLEs addressing substantive legal issues and providing his prospective from the bench.

12/21



## Seminars

Best Practices and Ethics in the Profession: Being a Lawyer's Lawyer (/Seminars/EventInfo/sessionaltcd/ET062018L)

6/20/2018

## Homestudies

Better Discovery: Taking a More Targeted Approach (/HomeStudies/Product-Info/productcd/LI120721J)

12/7/2021