IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LAWRENCE RUDOLPH, and
2.    LORI MILLIRON,

        Defendants.
_____

### UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
_____

        COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, pursuant 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure, and moves this Court to enter a Final Order of Forfeiture in this case.

        In support thereof, the United States submits the following:

        1.    On May 17, 2023, the Court entered a Preliminary Order of Forfeiture against Defendant Lawrence Rudolph, based on the evidence admitted during trial which provided a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); that the requisite nexus exists for the assets to be forfeited identified in the Court's Preliminary Order of Forfeiture as follows:

1

a. Real Property located at 7000 N. 39th Place, Paradise Valley, Arizona; Upon the Court's Order of forfeiture, the United States will sell the property, and after fees and expenses, will forfeit 58.74% of the proceeds;

b. Real Property located at 103 Morningside Drive, Cranberry Township, Pennsylvania; Upon the Court's Order of forfeiture, the United States will sell the property, and after fees and expenses, will forfeit 50.55% of the proceeds;

c. All funds seized from Bank of New York Mellon account #10532701000, in the name of Lawrence P. Rudolph Trust; Upon the Court's Order of forfeiture, the United States will take full title and ownership of all funds seized from Bank of New York Mellon account #10532701000;

d. All funds up to $751,776.28 in United States currency seized from Vanguard account #0540-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust; Upon the Court's Order of forfeiture, the United States will take full title and ownership of the $751,776.28 in United States currency seized from Vanguard account #0540-88150069515;

e. All funds up to $527,736.24 held in Vanguard account #0585-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust; Upon the Court's Order of forfeiture, the

    United States will take full title and ownership of all funds seized from Vanguard account #5085-88150069515;

 f. 2018 Aston Martin DB-11, VIN SCFRMFAV5JGL03309; Upon the Court's Order of forfeiture, the United States will sell the vehicle, and after fees and expenses, distribute the remaining proceeds based on the percentage of tainted funds used to purchase the vehicle to the United States and the percentage of untainted funds to the appropriate person/representative;

 g. 2017 Bentley Bentayga, VIN SJAAC2ZV2HC014709; Upon the Court's Order of forfeiture, the United States will sell the vehicle, and after fees and expenses, distribute the remaining proceeds based on the percentage of tainted funds used to purchase the vehicle to the United States and the percentage of untainted funds to the appropriate person/representative.

forfeiting to the United States any and all of Defendant Lawrence Rudolph's right, title and interest in the assets identified above. (Doc. 354).

 2. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

 3. Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appear to be a potential claimant withstanding to contest the forfeiture in the ancillary proceeding."

4. Accordingly, Notice of the forfeiture was sent to all known interested third parties. Specifically, the Government sent notice to the following[1]:

   a. On June 29, 2023, the government sent, via certified and First Class Mail, to Camelback Consulting/Marketing, LLC, 7275 N. Scottsdale Road, G-1021, Scottsdale, AZ 85253. The Notice sent by First Class Mail and certified mail have been returned as undeliverable. (Doc. 377).

   b. On June 29, 2023, the government sent, via certified and First Class Mail, to BNY Mellon, N.A., Mortgage Ops/Post-Closing, 201 Washington Street, 8th Floor, 024-0083, Boston, MA 02108. The Notice sent by First Class Mail and Certified Mail have not been returned as undeliverable. (Doc. 377).

   c. On June 29, 2023, the government sent, via certified and First Class Mail, to VPR Builders LLC, Limited Liability, 8408 E. Shea Blvd. #D100, Scottsdale, AZ 85260-6660. The Notice sent by First Class Mail and Certified Mail have been returned as undeliverable. (Doc. 377).

   d. On June 29, 2023, the government sent, via certified and First Class Mail, to The Vanguard Group, Inc., Attn: Office of the General Counsel – M35; 100 Vanguard Blvd.; Malvera, PA 19355. The Notice sent by

---

[1] The insertion of the notice provided into the Final Order of Forfeiture is to assist the passing of good title for the properties.

First Class Mail and Certified Mail have not been returned as undeliverable. (Doc. 377).

e. On June 29, 2023, the government sent, via certified and First Class Mail, to The Rudolph Trust dated April 25, 2016, 7000 N 39th Place, Paradise Valley, AZ 85253. The Notice sent by First Class Mail and Certified Mail have been returned as undeliverable. (Doc. 377).

f. On June 29, 2023, the government sent, via certified and First Class Mail, to Three Rivers Dental Management Systems LLC, 103 Morningside Drive, Cranberry Township, PA 16066. The Notice sent by First Class Mail and Certified Mail have not been returned as undeliverable. (Doc. 377).

g. On June 29, 2023, the government sent, via certified and First Class Mail, to Farmers National Bank of Emlenton, 612 Main Street, P.O. Drawer D, Emlenton, PA 16373. The Notice sent by First Class Mail and Certified Mail have not been returned as undeliverable. (Doc. 377).

h. On June 29, 2023, the government sent, via certified and First Class Mail, to Dovenmuehle Mortgage Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945. The Notice sent by First Class Mail and Certified Mail have not been returned as undeliverable. (Doc. 377).

i. On June 29, 2023, the government sent, via certified and First Class Mail, to The Rudolph Trust dated April 25, 2016, c/o Lawrence Rudolph, Prisoner ID #7907-509, Nevada Southern Detention Center,

        2190 E. Mesquite Ave., Pahrump, NV 89060. The Notice sent by First Class Mail and Certified Mail have been returned as undeliverable. (Doc. 377).

    j.    On July 13, 2023, the government sent, via certified and First Class Mail, to Eddie Jauregui, Holland & Knight LLP, 400 South Hope Street, 8th Floor, Los Angeles, CA 90071. The Notice sent by First Class Mail and Certified Mail have not been returned as undeliverable. (Doc. 383).

    k.    On July 13, 2023, the government sent, via certified and First Class Mail, to John R. O'Keefe, Jr., Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, Pennsylvania 15222. The Notice sent by First Class Mail and Certified Mail have not been returned as undeliverable. (Doc. 383).

5.    On June 16, 2023, counsel for Petitioners Julian and AnaBianca Rudolph jointly filed a Verified Petition for Adjudication of Interests in Property Ordered Forfeited (Doc. 367) and a Memorandum of Law in Support of Verified Petition for Adjudication of Interests in Property Ordered Forfeited. (Doc. 368).

6.    On August 25, 2023, the Court entered the Judgment in this case, which ordered Defendant Lawrence Rudolph to forfeit the assets identified in the Preliminary Order of Forfeiture.

7.    On November 17, 2023, the United States filed an Amended Motion to Dismiss Verified Petition for Adjudication of Interests in Property Ordered Forfeited. (Doc. 463).

8. After being fully briefed, on April 12, 2024, the Court issued an Order Granting the Government's Amended Motion to Dismiss Verified Petition and Dismissing Petitioners' Verified Petition for Adjudication of Interests in Property Ordered Forfeited. (Doc. 467).

9. In addition, the United States properly published notice of the forfeiture via an official government internet website for thirty consecutive days, from May 20, 2023, to June 18, 2023, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

10. No further Verified Statement of Interest or Petition for Ancillary Hearing have been filed by any third parties within the time period set forth in the Notice of Forfeiture. Therefore, any third parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2 for the following assets:

a. Real Property located at 7000 N. 39th Place, Paradise Valley, Arizona. Upon the Court's Order of forfeiture, the United States will sell the property, and after fees and expenses, will forfeit 58.74% of the net sales proceeds;

b. Real Property located at 103 Morningside Drive, Cranberry Township, Pennsylvania. Upon the Court's Order of forfeiture, the United States will sell the property, and after fees and expenses, will forfeit 50.55% of the net sales proceeds;

c. All funds seized from Bank of New York Mellon account #10532701000, in the name of Lawrence P. Rudolph Trust. Upon the Court's Order of forfeiture, the United States will take full title and ownership of all funds seized from Bank of New York Mellon account #10532701000;

d. All funds up to $751,776.28 in United States currency seized from Vanguard account #0540-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust. Upon the Court's Order of forfeiture, the United States will take full title and ownership of the $751,776.28 in United States currency seized from Vanguard account #0540-88150069515;

e. All funds up to $527,736.24 held in Vanguard account #0585-88150069515, in the name of Lawrence P. Rudolph and Bianca T. Rudolph TR- Rudolph Trust. Upon the Court's Order of forfeiture, the United States will take full title and ownership of all funds seized from Vanguard account #5085-88150069515;

f. 2018 Aston Martin DB-11, VIN SCFRMFAV5JGL03309. Upon the Court's Order of forfeiture, the United States will sell the vehicle, and after fees and expenses, will forfeit 52% of the net sales proceeds; and

g. 2017 Bentley Bentayga, VIN SJAAC2ZV2HC014709. Upon the Court's Order of forfeiture, the United States will sell the vehicle, and after fees and expenses, will forfeit 26.31% of the net sales proceeds.

DATED this 16th day of April 2024.

                                  Respectfully submitted,

                                  COLE FINEGAN
                                  United States Attorney

By:   *s/Kurt J. Bohn*
       Kurt J. Bohn
       Assistant United States Attorney
       1801 California Street, Ste. 1600
       Denver, Colorado 80202
       Telephone (303) 454-0100
       E-mail: kurt.bohn@usdoj.gov
       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of April 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/ *Charisha Cruz*
      Paralegal Specialist
      Office of the U.S. Attorney