IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00012-WJM-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. **LAWRENCE RUDOLPH** and
2. **LORI MILLIRON,**

Defendants.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Julian and AnaBianca Rudolph (collectively "Petitioners") appeal to the United States Court of Appeals for the Tenth Circuit from the Order granting the Government's amended motion to dismiss verified petition and dismissing Petitioners' verified petition entered in this action on the 12th day of April, 2024 as well as the subsequent Final Order of Forfeiture entered in this action on the 17th day of April, 2024.

Respectfully submitted this 26th day of April, 2024.

PETITIONERS' COUNSEL

*/s/John R. Sandweg*
John R. Sandweg (DC Bar #1027208)
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel:   202.585.8189

*/s/Christopher P. Hotaling*
Christopher P. Hotaling (IL Bar #6272432)
NIXON PEABODY LLP
70 West Madison, Suite 5200
Chicago, IL 60602-4378
Tel:   312.977.4418

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on April 26, 2024, and thereby delivered by electronic means to all registered participants.

*/s/John R. Sandweg*
John R. Sandweg (DC Bar #1027208)
NIXON PEABODY LLP
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Tel:    202.585.8189
