IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR-0012-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **LAWRENCE RUDOLPH,**
2. LORI MILLIRON,

    Defendants.

_____/

**LAWRENCE RUDOLPH'S RESPONSE TO THE GOVERNMENT'S JOINT MOTION FOR INTERLOCUTORY SALE OF REAL PROPERTIES**

The Court has asked for Defendant Rudolph's position on two questions. In the latest Order (Doc. 479), the Court asks for Rudolph's position on the following: "The Court is of the view that the legal question of whether the Court has the authority under F.R.Crim.P. 32.2(b)(7) to order the sale of the real properties after the Final Order of Forfeiture has been entered (the 'Legal Question') is wholly dispositive of this matter." We do not oppose the Government's motion. While the rule suggests that the sale must be authorized before the final order, the Court could always amend the final order, allowing for the sale.

That leads to the other question the Court has put forth to Rudolph: "Finally, Defendant Rudolph is DIRECTED to advise the Court of his position on the Motion by no later than **September 3, 2024**, and in doing so to assume the Court has the authority to grant the relief requested in the Motion." Assuming that the Court has the authority to grant the government's motion, we do not object to the motion.

Respectfully submitted,

MARKUS/MOSS PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:   /s/ David Oscar Markus
      David Oscar Markus    Florida
      Bar Number 119318
      dmarkus@markuslaw.com

      /s/ A. Margot Moss
      A. Margot Moss
      Florida Bar Number 091870
      mmoss@markuslaw.com

     /s/ Lauren Doyle Perez
      Lauren Doyle Perez
      Florida Bar Number 117687
      ldoyle@markuslaw.com