FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

September 30, 2024

Christopher M. Wolpert
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

LORI MILLIRON,

   Defendant - Appellant.

No. 23-1217
(D.C. No. 1:22-CR-00012-WJM-2)
(D. Colo.)

---

### ORDER

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before us on motion by John W. Dill to withdraw as counsel of record for Appellant Lori Milliron. Mr. Dill states that Appellant is indigent and he asks that counsel be appointed to represent her in this appeal, but no court has determined that Appellant is financially eligible for appointed counsel. *See* 18 U.S.C. § 3006A.

Upon consideration, Mr. Dill's motion to withdraw is granted. Attorney Robert Fishman[1] is appointed to represent Appellant for the limited purpose of filing the paperwork necessary to allow the district court to determine Appellant's financial

---

[1] Robert Fishman
Ridley, McGreevy & Winocur
303 16th Street, Suite 200
Denver, CO 80202
Tel. 303-629-9700
fishman@ridleylaw.com

eligibility for appointed counsel and other services under 18 U.S.C. § 3006A. Mr. Fishman shall file the necessary motion in the district court as soon as possible. In light of the limited appointment, Mr. Fishman need not file an entry of appearance in this appeal at this time.

**Within 14 days** of the date of this order, Mr. Fishman shall file a written report with this court regarding the status of proceedings in the district court to determine Appellant's financial eligibility for appointed counsel. In addition, Mr. Fishman shall immediately notify this court tin writing when the district court issues its determination.

The deadline for Appellant to file her optional reply brief is vacated pending further order of the court.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        by: Jane K. Castro
            Chief Deputy Clerk