IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

Criminal Case No. 22-cr-012-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2. LORI MILLIRON,**

    Defendant.

---

### ORDER GRANTING MOTION

---

The matter is before the Court on Defendant's Motion For Determination of Financial Eligibility for Appointed Counsel, filed by counsel on October 16, 2024. (ECF No. 486). Defendant was originally represented by retained defense counsel at trial. After Judgment was entered against the Defendant, she filed a notice of appeal (ECF No. 471), and Defendant's counsel then filed a motion to withdraw in the Tenth Circuit Court of Appeals (see ECF No. 485). As part of the motion to withdraw, Defendant's counsel stated that Defendant is "indigent" and requested that "counsel be appointed to represent her in this appeal[.]" (*Id.* at 1). The Tenth Circuit Court of Appeals appointed new counsel to represent the Defendant "for the limited purpose of filing the paperwork necessary to allow the district court to determine [Defendant's] financial eligibility for appointed counsel and other services under 18 U.S.C. § 3006A." (*Id.* at 1-2).

Defendant, though counsel, now requests from this Court a determination that she is entitled to court-appointed counsel pursuant to 18 U.S.C. § 3006A. (ECF No.

1

486). The fees and costs associated with a direct criminal appeal fall under the standards and procedures set forth under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. *United States v. Osuna*, 141 F.3d 1412, 1414 (10th Cir. 1998). Section 3006A(c) provides, "[i]f at any stage of the proceedings, including an appeal, the United States magistrate judge or the court finds that the person is financially unable to pay counsel whom he had retained, it may appoint counsel as provided in subsection (b) and authorize payment as provided in subsection (d), as the interests of justice may dictate."

The Court finds that Defendant is entitled to court-appointed counsel pursuant to 18 U.S.C. § 3006A and will grant the present motion based on both trial counsel's representation that Defendant is indigent and cannot afford to retain an attorney for her appeal and the information contained in Defendant's Financial Affidavit. (*See* ECF Nos. 485, 486-2). Accordingly, it is

ORDERED that Defendant's Motion For Determination of Financial Eligibility for Appointed Counsel (ECF No. 486) is GRANTED. Defendant is entitled to court-appointed counsel pursuant to 18 U.S.C. § 3006A .

It is FURTHER ORDERED that Defendant's Motion to Seal Previously-Filed Exhibit (CJA 23) (ECF No. 487) is GRANTED. The document filed as Exhibit B to Defendant's Motion For Determination of Financial Eligibility for Appointed Counsel (ECF No. 486) shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court).

Dated this 23rd day of October, 2024.

BY THE COURT:

_____
William J. Martínez
Senior United States District Judge